IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STONE & WEBSTER, INC. et al., | ) Bk. No. 00-2142(PJW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| SAUDI AMERICAN BANK, | ) Adv. No. 01-7766(PJW) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-834-SLR |
| | ) |
| SHAW GROUP, INC., SWINC ACQUISITION THREE, INC., and SWE&C LIQUIDATING TRUSTEE, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 3rd day of May, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 29) is denied.

2. Plaintiff's motion for summary judgment (D.I. 47) is granted.

3. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendants.

*/s/ Sue L. Robinson*
United States District Judge