IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| STONE & WEBSTER, INCORPORATED ) <br> et al., ) | Case No. 00-02142 (PJW) <br> Jointly Administered <br> Adv. No. 01-7766 (PJW) |
| ) | |
| Debtors ) | |
| ) | |
| SAUDI AMERICAN BANK, ) <br> Plaintiff ) | 1:04-cv-00834-SLR |
| ) | |
| v. ) | |
| ) | |
| THE SHAW GROUP INC., SWINC ) <br> ACQUISTION THREE, INC., and ) <br> STONE & WEBSTER ENGINEERING ) <br> CORPORATION, et al., ) <br> Defendants ) | |

## PLAINTIFF SAUDI AMERICAN BANK'S
## MOTION FOR ASSESSMENT OF DAMAGES

Plaintiff Saudi American Bank ("SAMBA") hereby moves for an order assessing its

damages consistent with this Court's previously issued Judgment of May 5, 2005, in which this

court entered Judgment in favor of SAMBA and against the Defendants, The Shaw Group Inc.,

SWINC, Acquisition Three, Inc. and Stone & Webster Engineering Corporation Liquidating

Trustee ("Defendants").  As grounds for this Motion and filed herewith is SAMBA's

Memorandum in Support of its Motion for Assessment of Damages, the Affidavits of Daniel E.

Rosenfeld, John C. Hutchins, and Kevin Mangan (setting forth true and correct itemizations of

the litigation costs and fees incurred by SAMBA) and the Declaration of Arif Usmani (setting

forth true and correct itemizations of the expenses incurred by SAMBA, exclusive of attorneys'

fees and costs). As more fully set forth in the Affidavits, Declaration and in the accompanying Memorandum of Law, SAMBA is entitled to recover pre-judgment interest, all of its expenses, including attorneys' fees, court costs, and all other fees and expenses, SAMBA incurred in obtaining or enforcing its rights under the Credit Agreement, Guaranty and Payment Letter, as well as post-judgment interest.

WHEREFORE, SAMBA respectfully requests that this Court enter an order allowing its Motion for Assessment of Damages and awarding it:

(1)    the Initial Judgment of $6,725,000.00;

(2)    pre-judgment interest on this Initial Judgment in the amount of $3,646,054.90 (calculated at the Legal Accrual Rate of 11%); [1]

(3)    SAMBA's net expenses in the amount of $985,663.56, which include:

   (a) SAMBA's travel expenses in the amount of $36,931.00;

   (b) attorneys' fees, court costs, and all other fees and expenses, SAMBA incurred in obtaining or enforcing its rights under the Credit Agreement, in the amount of $1,927,982.56; and

   (c) an estimated $20,750.00[2] in additional fees and costs incurred in connection with this Motion and Memorandum and Affidavits in Support of same and any necessary Reply,

   which total $1,985,663.56,

   less: $1,000,000.00 in fees and costs already recovered from SWEC in the Preference Action,

   resulting in net expenses to be reimbursed in the amount of $985,663.56;

---

[1]   Alternatively, if the Court decides that interest should be calculated under the Guaranty at the same rate as under the Credit Agreement, namely at a 7.375% compounded daily rate, the total amount of the prejudgment interest would be $2,806,000.00. As another alternative, if the Court decides that the obligations covered by the Guaranty include the accrued interest and commission under the Credit Agreement, the amount guaranteed would also include the $2,806,000.00 of accrued interest and commissions.

[2] This estimate may increase.

(4)    post-judgment interest on all portions of the Judgment ($11,356,718.46) at a rate of 3.33% beginning on May 5, 2005 until the date of full payment; and

(5)    leave to file supplemental motions for an assessment of damages pending the resolution of the related cases.

SAMBA further respectfully requests that this Court direct the Defendants to tender such total amount of damages, to Plaintiff's counsel by a date certain, and order any further relief as justice so requires.

Respectfully submitted,
SAUDI AMERICAN BANK,
By its attorneys,

Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8163

Of Counsel:

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: May 18, 2005

## Local Rule 7.1.1 Certification

Daniel E. Rosenfeld, counsel for Plaintiff Saudi American Bank, hereby certifies that he made a reasonable effort to reach agreement with Steven Jenkins, counsel for the Shaw Group, Inc., on the matters set forth in the foregoing motion.

/s/ Daniel E. Rosenfeld
Daniel E. Rosenfeld

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
|  | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) |  |
|  | ) |  |
|  | ) |  |
| SAUDI AMERICAN BANK, | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) | 04-CV-834 (SLR) |
|  | ) |  |
| THE SHAW GROUP INC., SWINC | ) |  |
| ACQUISTION THREE, INC., and | ) |  |
| STONE & WEBSTER ENGINEERING | ) |  |
| CORPORATION, et al., | ) |  |
| Defendants | ) |  |

## CERTIFICATE OF SERVICE

I, Kevin J. Mangan, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 18, 2005 upon:

**VIA HAND DELIVERY**

Gregory A. Taylor, Esq.
Liza Sherman, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899
gtaylor@ashby-geddes.com
*(Counsel to Shaw Group, Inc.*
*and SWINC Acquisition)*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*(Counsel to SWE&C)*
landis@lrclaw.com

Document #:43900

Gary A Rubin, Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19801
garubin@skadden.com
*(Counsel to Stone & Webster)*

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: May 18, 2005

Kevin J. Mangan