IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>        Debtors | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>STONE & WEBSTER ENGINEERING<br>CORPORATION, et al.,<br>    Defendants | |

### DECLARATION OF ARIF USMANI IN SUPPORT OF
### PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES

I, Arif Usmani, do hereby depose and state:

1. I am the Chief Risk Officer for Samba Financial Group (formerly Saudi American Bank), resident in Riyadh, Saudi Arabia which is the head office of the Samba Financial Group. This affidavit is made in support of Plaintiff's Motion for Assessment of Damages and Memorandum in support thereof, which are being filed herewith.

2. I am familiar with the facts surrounding this case, and have supervised or been a member of the group responsible for supervising K&LNG's litigation and monitoring of the bankruptcy cases since the outset of K&LNG's retention.

3. I have reviewed SAMBA's documentation concerning its travel expenses.

BOS-846593 v2 0508830-0901

4.  Each item that is included in the documents attached hereto as Exhibit A is a reasonable and necessary expense incurred by SAMBA in connection with SAMBA enforcing its rights under the SWEC Guaranty. Exhibit A attached hereto and incorporated herein are documents which detail the travel expenses incurred by SAMBA employees in connection with this litigation. These travel expenses total $36,931.

5.  There are no additional unpaid travel expenses.

6.  As Chief Risk Officer I am fully familiar with the method and manner that SAMBA uses and has used to calculate the interest under the credit agreement that Bugshan Stone & Webster had with SAMBA. Under the credit agreement, interest has accrued and continues to accrue on the outstanding principal at the rate of 7.375% compounded monthly. The interest accrued under the credit agreement constitutes part of the obligations covered by the SWEC Guaranty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2005.

_____
Arif Usmani