# Exhibit A

TRAVEL EXPENSES ( LEGAL CASE BSW )

| DATE | DESCRIPTION | | AMOUNT IN SR | USD |
|---|---|---|---|---|
| | **ASAD BOKHARI** | | | |
| Mar-02 | Air Ticket ( RUH\LHR\BOS\JFK\LHR\RUH ) | (A1) | 16,800.00 | 4,480.00 |
| Apr-02 | Hotel etc., | (A2) | 10,678.06 | 2,847.48 |
| | | | 27,478.06 | 7,327.48 |
| | **SHEHERYAR ALI** | | | |
| Jun-02 | Air Ticket ( DMM / LHR / DMM ) Estimated | | 3,600.00 | 960.00 |
| Apr-02 | Hotel etc., | | 7,329.26 | 1,954.47 |
| | | | 10,929.26 | 2,914.47 |
| | **CHAHDAN JEBEYLI** | | | |
| Aug-01 | Hotel etc., ( Business trip during vacation ) | (D) | 7,753.25 | 2,067.53 |
| Apr-02 | Hotel etc., | (B) | 11,263.69 | 3,003.65 |
| Apr-02 | Air Ticket ( RUH\LHR\JFK\LHR\RUH ) | | 18,990.00 | 5,064.00 |
| Jun-02 | Hotel etc., | (C) | 10,878.30 | 2,900.88 |
| Jul-02 | Air Ticket ( RUH\LHR\WAS\LON\RUH ) | | 18,647.00 | 4,972.53 |
| | | | 67,532.24 | 7,873.41 |
| | **JOSE M. MARIGOMEN** | | | |
| Oct-04 | Air Ticket ( RUH\LHR\BOS\JFK\LHR\RUH ) | (E) | 16,923.00 | 4,512.80 |
| Oct-04 | Hotel etc., | (F) | 15,628.18 | 4,167.51 |
| | | | 32,551.18 | 8,680.31 |
| | **TOTAL** | | 138,490.74 | 36,930.86 |

IRM2005.TRAVELING EXP BSW

# EXIHIBT A

Asad Bokhari

| Date | Number | Amount | Route |
|---|---|---|---|
| 3/26/2002 | 3530907212 | (16,800.00) | RUH\LHR\BOS\JFK\LHR |
| 5/25/2002 | 3646805813 | 630.00 | RUH\DMM\RUH\\ |
| 7/28/2002 | 3648103049 | 624.00 | RUH\DMM\RUH\\ |

(A) 1

# EXPENSE CLAIM/VOUCHER

| TO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME AND TITLE | | | ECU | BUILDING | FLOOR NO. | TUBE NO. | PERSONNEL # | FROM | TO | DATE OF REPORT |
| ASSAD BOKHARI - AGM, IRM East | | | | | | | 9537 | 04-Apr-02 | 11-Apr-02 | 25-Apr-02 |
| CHARGE to | IRM 022 | | | | | | | | | |
| DATE | EXPENSES DETAIL & REMARKS | | | | Transport/ Petrol | LODGING/ SVC CHARGE | MEALS (INC. TIPS) | LAUNDRY/ VALET | MISC. TELEPHONE | TOTAL (SR) |
| 03-04-2002 | Taxi to Riyadh Airport SR 40 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| 04-04-2002 | Taxi from Boston Airport to Hotel $30 | | | | 114.19 | 0.00 | 0.00 | 0.00 | 0.00 | 114.19 |
| 4/4 to 05/04/2002 | Sheraton Hotel Boston 4/4/02 to 5/4/02 $ 425.19 | | | | 0.00 | 1,271.19 | 294.83 | 0.00 | 56.11 | 1,622.16 |
| 05-04-2002 | Boston Porterage and Gratuity $23 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 76.12 | 76.12 |
| 05-04-2002 | Food in Boston $9.24 | | | | 0.00 | 0.00 | 35.17 | 0.00 | 0.00 | 35.17 |
| 05-04-2002 | Food ONLY $66.73 | | | | 0.00 | 0.00 | 358.17 | 0.00 | 0.00 | 358.17 |
| 7/4 to 5/4/2002 | Food ONLY $107.06 | | | | 0.00 | 0.00 | 407.49 | 0.00 | 0.00 | 407.49 |
| 08-04-2002 | Meridien Hotel Boston $755.94 | | | | 0.00 | 2,473.49 | 70.97 | 0.00 | 91.41 | 2,807.26 |
| 09-04-2002 | Boston Porterage and Gratuity $25 plus $12.07 late chg; Mini Fridge | | | | 0.00 | 0.00 | 45.94 | 0.00 | 95.16 | 141.19 |
| 09-04-2002 | Taxi to Station in Boston $20 | | | | 76.12 | 0.00 | 0.00 | 0.00 | 0.00 | 76.12 |
| 11-04-2002 | Taxi to Hotel in New York $25 | | | | 95.16 | 0.00 | 0.00 | 0.00 | 0.00 | 95.16 |
| 9/4 to 12/4/2002 | Taxi to Lawyer's Office-New York $25 | | | | 55.16 | 0.00 | 0.00 | 0.00 | 0.00 | 55.16 |
| | Inter-Continental Hotel New York $1107.73 | | | | 0.00 | 3,372.14 | 649.98 | 87.54 | 106.57 | |
| 12-04-2002 | Food ONLY New York $85.23 | | | | 0.00 | 0.00 | 324.40 | 0.00 | 0.00 | |
| 12-04-2002 | New York Porterage & Gratuity $40 plus $9.74 Mini Fridge late chg | | | | 0.00 | 0.00 | 37.07 | 0.00 | 0.00 | |
| | | | | | 420.62 | 7,117.21 | 2,185.03 | 87.54 | 561.56 | 10,678.06 |

Note: Visa $ Rate is SR 3.8062

VOUCHER DEPT - TUBE NO. 95

TOTAL EXP. 010,570

EMPLOYEE SIGNATURE /s/ Asad H. Bokhari 499-1515 Ext 4243
ALL STATEMENTS TO MY KNOWLEDGE ARE FACTUAL

BALANCE IN WORDS AND FIGURES: TEN THOUSAND SIX HUNDRED SEVENTY-EIGHT AND 06/100 SAUDI RIYALS

CREDIT MY ACCOUNT NO.
A/C # 1510998 (SAMBA H.O.)

| | |
|---|---|
| CASH | |
| OTHER | |
| TRANSPORTATION | |
| GRAND TOTAL (SR) | 10,678.06 |

Cash Reimbursement for actual expenditures totaling $100.00 or less may be claimed upon presentation to branch note teller. Expense report must be properly documented and approved.

RECEIPT FOR CASH REIMBURSEMENT

SIGNATURE                                   DATE

APPROVED (RANKING OFFICER'S SIGNATURE)
NAME & TITLE:  AHMED R. AL AMEER
               DIVISION HEAD



# EXPENSE CLAIM/VOUCHER

| TO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME AND TITLE (TYPE OR PRINT) | VOUCHER DEPT. - TUBE NO. 95 | ECU BUILDING | FLOOR NO. | TUBE NO. | PERSONNEL # | FROM | TO | DATE OF REPORT |
| ASAD BOKHARI - AGM, IRM East | | | | | 9537 | 04-Apr-02 | 13-Apr-02 | 25-Apr-02 |
| CHARGE to | IRM 022 | | | | | | | |

| DATE | EXPENSES DETAILS/REMARKS | Transport/ Petrol | LODGING/ SVC CHARGE | MEALS (INC. TIPS) | LAUNDRY/ VALET | MISC./ TELEPHONE | TOTAL (SR) |
|---|---|---|---|---|---|---|---|
| 03-04-2002 | Taxi to Riyadh Airport SR 40 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| 04-04-2002 | Taxi from Boston Airport to Hotel $ 30 | 114.19 | 0.00 | 0.00 | 0.00 | 0.00 | 114.19 |
| 4/4 to 05/04/2002 | Meridien Hotel Boston 4/4/02 to 5/4/02 $ 426.19 | 0.00 | 1,271.19 | 294.83 | 0.00 | 56.14 | 1,622.16 |
| 05-04-2002 | Boston Porterage and Gratuity $20 | 0.00 | 0.00 | 0.00 | 0.00 | 76.12 | 76.12 |
| 05-04-2002 | Food in Boston $9.24 | 0.00 | 0.00 | 35.17 | 0.00 | 0.00 | 35.17 |
| 05-04-2002 | Food ONLY $96.73 | 0.00 | 0.00 | 368.17 | 0.00 | 0.00 | 368.17 |
| 06-04-2002 | Food ONLY $ 107.06 | 0.00 | 0.00 | 407.49 | 0.00 | 0.00 | 407.49 |
| 7/4 to 9/4/2002 | Meridien Hotel Boston $ 755.94 | 0.00 | 2,473.88 | 321.97 | 0.00 | 81.41 | 2,877.26 |
| 09-04-2002 | Boston Porterage and Gratuity $25 plus $12.07 late Chg Mini Fridge | 0.00 | 0.00 | 45.94 | 0.00 | 95.16 | 141.10 |
| 09-04-2002 | Taxi to Station in Boston $20 | 76.12 | 0.00 | 0.00 | 0.00 | 0.00 | 76.12 |
| 09-04-2002 | Taxi to Hotel in New York $25 | 95.16 | 0.00 | 0.00 | 0.00 | 0.00 | 95.16 |
| 11-04-2002 | Taxi to Lawyer's Office-New York $25 | 95.16 | 0.00 | 0.00 | 0.00 | 0.00 | 95.16 |
| 9/4 to 12/4/2002 | Inter-Continental Hotel New York $ 1122.68 | 0.00 | 3,372.14 | 649.98 | 87.54 | 163.48 | 4,273.14 |
| 12-04-2002 | Food ONLY New York $ 85.23 | 0.00 | 0.00 | 324.40 | 0.00 | 0.00 | 324.40 |
| 12-04-2002 | New York Porterage & Gratuity $40 plus $9.74 Mini Fridge late chg | 0.00 | 0.00 | 37.07 | 0.00 | 152.25 | 189.32 |
| | | 420.62 | 7,117.21 | 2,485.03 | 87.54 | 624.56 | 10,734.97 |

CREDIT MY ACCOUNT NO.

A/C # 1540998 (SAMBA H.O.)   TOTAL EXP.   10,734.97

ALL STATEMENTS TO MY KNOWLEDGE ARE FACTUAL

CASH  
OTHER  
TRANSPORTATION  

nil

EMPLOYEE SIGNATURE   *Asad H. Bokhari*   479-1515 Ext. 4243

Note: Visa $ Rate is SR 3.8062

BALANCE IN WORDS AND FIGURES   TEN THOUSAND SEVEN HUNDRED THIRTY-FOUR AND 97/100 SAUDI RIYALS   GRAND TOTAL (SR)   10,734.97

Cash requirement for actual expenditures totaling $100.00 or less may be obtained upon presentation to branch note teller. Expense report must be properly documented and approved

RECEIPT FOR CASH REIMBURSEMENT

SIGNATURE _____   DATE _____

APPROVED (RANKING OFFICER'S SIGNATURE)  
NAME & TITLE   Ahmed R. Al Ameer   479-1515 Tel. 4244

AHMED R. AL AMEER  
DIVISION HEAD



**Le MERIDIEN BOSTON**

A member of
The Leading Hotels of the World

250 Franklin Street, Boston • Massachusetts 02110 USA • Tel. (617) 451-1900 • Fax: (617) 423-2844
www.lemeridienboston.com

| 633 ROOM | ASAD BOKHARI NAME | RATE | APR04,02 ARRIVAL | 1:21p TIME | 008397 |
|---|---|---|---|---|---|
| KGA / TYPE | KIRKPATRICK & LOCKHART FIRM OR COMPANY | BOS PLAN | APR05,02 DEPARTURE | TIME | ACCOUNT |
| PT SERVICE AGENT | P.O. BOX 833 RRIYADH, SAUDI ARABIA 11421 ADDRESS | | TOTAL BALANCE DUE $ | | .00 |

| DATE | DESCRIPTION | REFERENCE | |
|---|---|---|---|
| APR04 | LONG DISTANCE PH | 00 | .75+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-925-5499 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-866-2418 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-866-2418 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR04 | JULIEN BAR | 4624 | 6.51+ |
| APR04 | ROOM SERVICE | 6358 | 36.09+ |
| APR04 | CORPORATE ROOM | Rm 633 | 297.00+ |
| APR04 | STATE TAX 5.7% | Rm 633 | 16.93+ |
| APR04 | CITY TAX 4% | Rm 633 | 11.88+ |
| APR04 | CCF TAX 2.75% | Rm 633 | 8.17+ |
| APR05 | ROOM SERVICE | 6401 | 27.96+ |
| APR05 | LOCAL PHONE | 951-9165 L | 1.00+ |
| APR05 | MINI-BAR | | 6.90+ |
| APR05 | VISA | FDPTXXXXXXXX3881 | 426.19- |

1

IN PARTNERSHIP WITH NIKKO HOTELS                Owned by Great Eagle Hotel Group

agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Please leave your room key at the Front Desk.    Signature:_____





BOSTON

250 Franklin Street, Boston - Massachusetts 02110 USA - Tel. (617) 451-1900 • Fax: (617) 423-2844
www.lemeridienboston.com

| 643 ROOM | ASAD BOKHARI NAME | RATE | APR 07, 02 ARRIVAL | 2:24p TIME | 008467 |
|---|---|---|---|---|---|
| KGB / TYPE | KIRKPATRICK & LOCKHART FIRM OR COMPANY | KL1 PLAN | APR 09, 02 DEPARTURE | TIME | ACCOUNT |
| KB SERVICE AGENT | BOSTON, MA    02109 ADDRESS | | TOTAL BALANCE DUE $ | | .00 |

| DATE | DESCRIPTION | REFERENCE | |
|---|---|---|---|
| APR 07 | ROOM SERVICE | 6597 | 12.56+ |
| APR 07 | CORPORATE ROOM | Rm 643 | 289.00+ |
| APR 07 | STATE TAX 5.7% | Rm 643 | 16.47+ |
| APR 07 | CITY TAX 4% | Rm 643 | 11.56+ |
| APR 07 | CCF TAX 2.75% | Rm 643 | 7.95+ |
| APR 08 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR 08 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR 08 | ROOM SERVICE | 6617 | 21.96+ |
| APR 08 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR 08 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR 08 | LONG DISTANCE PH | 212-979-1016 | 14.39+ |
| APR 08 | JULIEN BAR | 4040 | 18.80+ |
| APR 08 | ROOM SERVICE | 6671 | 21.49+ |
| APR 08 | CORPORATE ROOM | Rm 643 | 289.00+ |
| APR 08 | STATE TAX 5.7% | Rm 643 | 16.47+ |
| APR 08 | CITY TAX 4% | Rm 643 | 11.56+ |
| APR 08 | CCF TAX 2.75% | Rm 643 | 7.95+ |
| PR 09 | LONG DISTANCE PH | 800-247-9297 | 1.00+ |
| APR 09 | LONG DISTANCE PH | 800-247-9297 | 1.00+ |
| APR 09 | LONG DISTANCE PH | 800-225-5288 | 1.00+ |
| APR 09 | MINI-BAR | | 9.78+ |
| APR 09 | VISA | XXXXXXXXXXXX3881 | 755.94- |

1

N PARTNERSHIP WITH NIKKO HOTELS                                                                 Owned by Great Eagle Hotel Group

agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Please leave your room key at the Front Desk.        Signature:_____



# INTER·CONTINENTAL
## THE BARCLAY
### NEW YORK

111 East 48th Street, New York, NY 10017  Telephone: (212) 755-5900  Fax: (212) 644-0079

Mr. Asad Bokhari

UNITED STATES



```
                          Hotel Inter-Continental, New York, 04/12/02
                          Arr.    : 04/09/02
                          Dep.    : 04/12/02      Room No. : 1321
Copy of Invoice   527261   C/O time:12:44         Page :  1 / ABRE
```

| Description | Date | Debit | Credit |
|---|---|---|---|
| In Room Entertainment | 04/09 | 14.95 | |
|  ->#1321 : Movie: 300020 | | | |
| Telephone Local | 04/09 | 1.00 | |
| Bar #1321 : CHECK #3794 | 04/09 | 23.84 | |
| Room Charge | 04/09 | 259.00 | |
| NYS Sales Tax 8.25% | 04/09 | 21.37 | |
| NYC Additional Tax 5% | 04/09 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/09 | 2.00 | |
| RS Breakfast #1321 : CHECK #2628 | 04/10 | 35.10 | |
| Telephone Local | 04/10 | 1.00 | |
| Telephone Local | 04/10 | 1.00 | |
| r #1321 : CHECK #3800 | 04/10 | 16.53 | |
| Minibar #1321 : CHECK #000075 | 04/10 | 36.81 | |
| Dry Cleaning | 04/10 | 23.00 | |
| Telephone Local | 04/10 | 1.00 | |
| Internet Usage internet access | 04/10 | 20.00 | |
| Telephone Local | 04/10 | 1.00 | |
| Room Charge | 04/10 | 259.00 | |
| NYS Sales Tax 8.25% | 04/10 | 21.37 | |
| NYC Additional Tax 5% | 04/10 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/10 | 2.00 | |
| RS Breakfast #1321 : CHECK #2720 | 04/11 | 35.10 | |
| Telephone Local | 04/11 | 1.00 | |
| Telephone Local | 04/11 | 1.00 | |

AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
RSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE
LL AMOUNT OF THESE CHARGES.

SIGNATURE _____

*Thank you for staying with us!*