

# INTER·CONTINENTAL
## THE BARCLAY
### NEW YORK

111 East 48th Street, New York, NY 10017 Telephone: (212) 755-5900 Fax: (212) 644-0079

Mr. Asad Bokhari

UNITED STATES

```
                              Hotel Inter-Continental, New York, 04/12/02
                              Arr.    : 04/09/02      Room No.  : 1321
                              Dep.    : 04/12/02      Page   :  2 / ABRE
Copy of Invoice   527261         C/O time:12:44
```

| Description | Date | Debit | Credit |
|---|---|---|---|
| Room Charge | 04/11 | 259.00 | |
| NYS Sales Tax 8.25% | 04/11 | 21.37 | |
| NYC Additional Tax 5% | 04/11 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/11 | 2.00 | |
| RS Breakfast #1321 : CHECK #2867 | 04/12 | 20.39 | |
| RS Breakfast #1321 : CHECK #2867 | 04/12 | 3.00 | |
| Visa 4966490010033881     05/03 | 04/12 | | 1122.68 |
| Telephone Local | 04/12 | 1.00 | |
| Total | | 1122.68 | 1122.68 |
| Balance | | | 0.00 $ |

Thank you very much for staying at the Hotel Inter-Continental New York.
Your Six Continents Club membership has been creditied with your stay.
Please contact (877) 508-9890 for assistance with future bookings.

AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
RSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE          SIGNATURE _____
LL AMOUNT OF THESE CHARGES.

*Thank you for staying with us!*

الينك السعودي الأمريكي
Saudi American Bank

| Card Number رقم البطاقة | يجب التسديد يد قبل هذا التاريخ | المبلغ الإجمالي المستحق | المبلغ الأدنى المستحق |
|---|---|---|---|
| 4966 4900 1003 3881 VISA GOLD | 23/05/2002 Pay Before This Date | 19424.79 Total Amount Due | 975.00 Minimum Payment Due |

3-8061

REF NO : 002958
ASAD HUSAIN BUKHARI
SAUDI AMERICAN BANK
IRM EAST
P.O.BOX : 842
ALKHOBAR  31952
KSA                    3-8828186-0

# SAMBA CREDIT CARDS
بطاقات سامبا الائتمانية

| 4966 4900 1003 3881 VISA GOLD | تاريخ كشف الحساب Statement Date 26/04/2002 | صفحة رقم Page No. 01 |
|---|---|---|

| حد الصرف الإجمالي Total Credit line 45000 | حد السحب النقدي Cash Advance Limit 42750 | المبلغ الإجمالي المستحق Total Amount Due 19424.79 | حد الصرف المتبقي Available Credit Line 25095.00 | السحب النقدي المتبقي Available Cash Limit 25095.00 |

**Statement Of Charges** — كشف الحساب

| Sale Date تاريخ البيع | Reference Number رقم الإشارة | تفاصيل العمليات منذ آخر كشف حساب Activity Since Last Statement | | | SAR Amount in المبلغ |
|---|---|---|---|---|---|
| | | ********** PREVIOUS BALANCE ********** | | | |
| 21/04 | 11124132504 | THANK YOU FOR PAYMENT | | CR | |
| 04/04 | 10004106203 | BA INFLIGHT RETAIL | HOUNSLOW | GB | 190.49 |
| | | POUND STERLING | 35.00 | | |
| 06/04 | 09724611627 | MERIDIEN HOTEL | BOSTON | US | 1622.18 |
| | | U.S. DOLLAR | 426.19 | | |
| 06/04 | 09724611706 | COLE HAAN-WOODBURY | CENTRAL VALLEUS | | 509.13 |
| | | U.S. DOLLAR | 133.76 | | |
| 06/04 | 09804085464 | CANDELA | NEW YORK | US | 368.16 |
| | | U.S. DOLLAR | 96.73 | | |
| 06/04 | 09924613007 | AMTRAK  0969817251412INTERNET | | US | 285.47 |
| | | U.S. DOLLAR | 75.00 | | |
| 07/04 | 09924613067 | BLOOMINGDALE'S NY | NEW YORK | US | 528.57 |
| | | U.S. DOLLAR | 138.87 | | |
| 09/04 | 10100003261 | MERIDIEN HOTEL | BOSTON | US | 45.94 |
| | | U.S. DOLLAR | 12.07 | | |
| 09/04 | 10100003260 | MERIDIEN HOTEL | BOSTON | US | 2877.29 |
| | | U.S. DOLLAR | 755.94 | | |
| 10/04 | 10304139179 | BLOOMINGDALE'S NY | NEW YORK | US | 3069.85 |
| | | U.S. DOLLAR | 806.54 | | |
| 12/04 | 10304137335 | THE WIZ 04 | NEW YORK | US | 164.77 |
| | | U.S. DOLLAR | 43.29 | | |
| 13/04 | 10504157053 | TIME CAFE | NEW YORK | US | 324.4' |
| | | U.S. DOLLAR | 85.23 | | |
| 13/04 | 11304234212 | BA INFLIGHT RETAIL | HOUNSLOW | GB | 244.85 |
| | | POUND STERLING | 44.50 | | |

**Accounts Summary** — خص عن الحساب

| Previous Balance المبلغ الإجمالي السابق | Purchases and Cash Advances المشتريات والسحب النقدي | Payments and Credits المبالغ المسددة/المستردة | Service Charges مجموع الرسوم | Total Amount Due المبلغ الإجمالي المستحق |
|---|---|---|---|---|
| | | | | Continued-- |

3689

This statement will be considered correct unless we receive notice of exception within 15 days.
Saudi American Bank P.O. Box 17383, Riyadh 11484. For any queries please call
SAMBAphone 800 124 2000

يعتبر كشف الحساب هذا صحيحاً ما لم يصلنا إعتراضكم خلال خمسة عشر يوماً
البنك السعودي الأمريكي ص.ب ١٧٣٨٣ الرياض ١١٤٨٤ ، للإستفسار الرجاء الإتصال
سامبافون ٢٠٠٠ ١٢٤ ٨٠٠

# SAMBA CREDIT CARDS

بطاقات سامبا الائتمانية

4966 4900 1003 3881
SA GOLD

| Total Credit line | Cash Advance Limit | Statement Date | Available Credit Line | Page No. |
|---|---|---|---|---|
| 45000 | 42750 | 26/04/2002 | 25095.00 | 02 |
|  |  | Total Amount Due | Available Cash Limit |  |
|  |  | 19424.79 | 25095.00 |  |

**Statement Of Charges**

كشف الحساب

| Sale Date | Reference Number | Activity Since Last Statement | | | Amount in SAR |
|---|---|---|---|---|---|
| 15/04 | 10604166171 | HOTEL INTER-CONTINENTA | NEW YORK | US | 37.07 |
|  |  | U.S. DOLLAR | 9.74 | |  |
| 15/04 | 10604166170 | HOTEL INTER-CONTINENTA | NEW YORK | US | 4273.19 |
|  |  | U.S. DOLLAR | 1,122.68 | |  |
| 25/04 | 11500004791 | CREDIT SHIELD SERVICE CHARGES | | | 75.46 |
|  |  | SUB TOTAL FOR 4966490010033881 | | | 14616.93 |
| 01/04 | 09224906008 | ALKHAMISS FURNITURE | RIYADH 02 | SA | 400.00 |
| 04/04 | 09624607241 | ETAM LINGERIE CLOTHE | RIYADH | SA | 310.00 |
| 04/04 | 09804083706 | EVANS - AL SHAYA | RIYADH | SA | 495.00 |
| 07/04 | 10100218001 | M.R.ABUNAYAN TRD.EST.,RIY | | | 290.00 |
| 11/04 | 10304139162 | EDIETS.COM,INC | 800-265-6170 | US | 57.09 |
|  |  | U.S. DOLLAR | 15.00 | |  |
| 20/04 | 11304235475 | TAMIMI MARKETS | RIYADH | SA | 1014.59 |
|  |  | SUB TOTAL FOR 4966491010033889 | | | 2566.68 |
|  |  | NIGHATH BOKHARI | | |  |
| 02/04 | 09400003272 | OKBRIDGE, INC | 858-4906770 | US | 376.82 |
|  |  | U.S. DOLLAR | 99.00 | |  |
| 04/04 | 09624610446 | DIXONS | | GB | 695.62 |
|  |  | POUND STERLING | 127.57 | |  |
| 06/04 | 09804085284 | HARRY CIPRIANI | NEW YORK | US | 1168.74 |
|  |  | U.S. DOLLAR | 307.06 | |  |
|  |  | SUB TOTAL FOR 4966492010033867 | | | 2241.18 |
|  |  | ASAD H BOKHARI | | |  |
|  |  | ************ CLOSING BALANCE ************ | | | 19424.79 |

**Accounts Summary**

| Previous Balance | Purchases and Cash Advances | Payments and Credits | Service Charges | Total Amount Due |
|---|---|---|---|---|
| 6553.01 | 19424.79 | 6553.01 | 0.00 | 19424.79 |

3690



# EXIHIBIT B

To: Country Expense Control Center
Attention: Abdullah D. Al-Ghamdi

**NAME AND TITLE (Type or Print):** CHAHDAN JEBEYLI
**Division/Department:** SENOF - LEGAL - HQ

**EMPLOYEE'S**
- Account #: 1530755
- Branch: HO
- Pers. #: 9959
- Group: SENOF

**PERIOD**
- From: 4th April
- To: 12th April
- MIS Code: 0026

**Date of Report:** 29th April 2002

Business Travel - Foreign
Line to be charged

| CHARGE Date | EXPENSES (Type or Print) | Transportation | Lodging | Meals (including tips) | Entertainment | Mileage and expense | Other | Total Amount |
|---|---|---|---|---|---|---|---|---|
| 01.04.02 | Business Trip, USA | | | | | | | 133.93 |
| 01.04.02 | Room + Tax | | | | | | | 27.95 |
| 01.04.02 | Meals | | | | | | | 324.98 |
| 02.04.02 | Meals + tips | | | | | | | 20.16 |
| 02.04.02 | Room + Tax | | 121.98 | | | | | 121.98 |
| 03.04.02 | Room + Tax | | 324.98 | 21.98 | | | | 78.11 |
| 4.4.02 | Transportation (US$ 80.00 to New York - no receipt) | 291.66 | | | | | | 295.12 |
| 03.04.02 | Room + Tax | | | 28.14 | | | | 267.85 |
| 03.04.02 | Meals | | 295.12 | 267.85 | | | 27.00 | 27.00 |
| 08.04.02 | Room + Tax | | | | | | 15.75 | 15.75 |
| 09.04.02 | Meals + tips | | | | | | | 50.62 |
| 09.01.02 | Fax | | | | | | | 295.12 |
| 09.10.02 | Laundry | | 295.12 | 40.67 | | | 50.10 | 40.10 |
| 10.04.02 | Meals | | | | | | | 295.12 |
| 10.04.02 | Room + Tax | | 295.12 | 150.96 | | | | 150.94 |
| 11.04.02 | Telephone | | | 135.93 | | | | 13.95 |
| 11.04.02 | Room + Tax | | | | | | | |
| 12.04.02 | Meals + tips | | | | | | 92.83 | |
| 12.04.02 | Meals + tips | | | | | | | 3,001.67 |
| | TOTAL | 291.89 | 1,869.98 | 747.90 | | | | 11,263.69 |

BALANCE DUE / BALANCE RECEIVED
Employee Paid
Cash
Transportation
Other

Grand Total in SR: 11,263.69

Saudi Riyals: Eleven Thousand Two Hundred Sixty Three & 69/100 (US$ exchange rate = 3.75 Saudi Riyal)

RECEIPT FOR CASH REIMBURSEMENT
Cash reimbursement for actual expenditures totaling $161.00 or less may be obtained upon presentation to branch note teller. Expenses report must be properly documented and approved.

SIGNATURE: _____ DATE 29/4/02

APPROVED (Ranking Officer's signature) - Name and Title:
Abdulrahman Al-Sadhan, General Manager

All statements on front and back to my knowledge, are factual
Chahdan Jebeyli

Attached please find the receipts and tickets.



# INTER·CONTINENTAL
## THE BARCLAY
### NEW YORK

111 East 48th Street, New York, NY 10017  Telephone: (212) 755-5900 Fax: (212) 644-0079

Mr. Chahdan Jebeyli
Saudi American Bank
PO Box 833
11421 Riyadh
SAUDI ARABIA

                             Hotel Inter-Continental, New York, 04/12/02
                             Arr.  : 04/09/02        Room No.  : 1242
                             Dep.  : 04/12/02        Page : 1 / GARCIAE
Copy of Invoice   527312     C/O time:18:21

| Description | Date | Debit | Credit |
|---|---|---|---|
| Facsimile Incoming 3 pages fax | 04/09 | 8.00 | |
| Room Charge | 04/09 | 259.00 | |
| NYC Sales Tax 8.25% | 04/09 | 21.37 | |
| NYC Additional Tax 5% | 04/09 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/09 | 2.00 | |
| Facsimile Incoming 11 pgs | 04/10 | 11.00 | |
| Dry Cleaning | 04/10 | 15.75 | |
| Barclay Dinner #1242 : CHECK # 700 | 04/10 | 43.67 | |
| In Room Entertainment | 04/10 | 14.95 | |
| ->#1242 : Movie: 300035 | | | |
| Room Charge | 04/10 | 259.00 | |
| NYC Sales Tax 8.25% | 04/10 | 21.37 | |
| NYC Additional Tax 5% | 04/10 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/10 | 2.00 | |
| Barclay Breakfast | 04/11 | 25.29 | |
| ->#1242 : CHECK # 500 | | | |
| Facsimile Incoming 3 pgs | 04/11 | 8.00 | |
| Minibar #1242 : CHECK #000051 | 04/11 | 4.33 | |
| Telephone Local | 04/11 | 1.00 | |
| Telephone/Long Distance | 04/11 | 14.43 | |
| Telephone Local | 04/11 | 1.50 | |
| Telephone Local | 04/11 | 1.00 | |
| Telephone Local | 04/11 | 2.25 | |
| Telephone Local | 04/11 | 1.00 | |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE
FULL AMOUNT OF THESE CHARGES.                    SIGNATURE _____

*Thank you for staying with us!*



# INTER·CONTINENTAL
## THE BARCLAY
### NEW YORK

111 East 48th Street, New York, NY 10017  Telephone: (212) 755-5900 Fax: (212) 644-0079

Mr. Chahdan Jebeyli
Saudi American Bank
PO Box 833
11421 Riyadh
SAUDI ARABIA

Hotel Inter-Continental, New York, 04/12/02
Arr. : 04/09/02         Room No. : 1242
Dep. : 04/12/02         Page : 2 / GARCIAE
C/O time:18:21

Copy of Invoice   527352

| Description | Date | Debit | Credit |
|---|---|---|---|
| Telephone/Long Distance | 04/11 | 8.45 | |
| Telephone/Long Distance | 04/11 | 10.16 | |
| Telephone Local | 04/11 | 1.00 | |
| Room Charge | 04/11 | 259.00 | |
| NYS Sales Tax 8.25% | 04/11 | 21.37 | |
| NYC Additional Tax 5% | 04/11 | 12.95 | |
| NYC Room Occ Tax $2/Room | 04/11 | 2.00 | |
| Rebate SCC Movies 6c | 04/11 | -14.95 | |
| Telephone/Long Distance | 04/12 | 9.91 | |
| Mastercard  ->5466160104825752  09/03 | 04/12 | | 1052.09 |
| Total | | 1052.09 | 1052.09 |
| Balance | | | 0.00 $ |

Tyu $5

Thank you very much for staying at the Hotel Inter-Continental New York.
Your Six Continents Club membership has been credited with your stay.
Please contact (877) 508-9350 for assistance with future bookings.

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE
FULL AMOUNT OF THESE CHARGES.

SIGNATURE_____

*Thank you for staying with us!*

# Le MERIDIEN
## BOSTON

250 Franklin Street . Boston - Massachusetts 02110 USA- Tel (617) 451-1900 - Fax (617) 423-2844
www.lemeridienboston.com

A member of
The Leading Hotels of the World

| 365 | CHAHDAN JEBEYLI | | APR07,02 | 2:02p | |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | ARRIVAL | TIME | 008468 |
| KGB / TYPE | KIRKPATRICK & LOCKHART FIRM OR COMPANY | KLL PLAN | APR09,02 DEPARTURE | TIME | ACCOUNT |
| SL SERVICE AGENT | BOSTON, MA          02109 ADDRESS | | | TOTAL BALANCE DUE $ | .00 |

| DATE | DESCRIPTION | | REFERENCE | |
|---|---|---|---|---|
| APR07 | CORPORATE ROOM | | Rm 365 | 289.00+ |
| APR07 | STATE TAX 5.7% | | Rm 365 | 16.47+ |
| APR07 | CITY TAX 4% | | Rm 365 | 11.56+ |
| APR07 | CCF TAX 2.75% | | Rm 365 | 7.95+ |
| APR08 | CORPORATE ROOM | | Rm 365 | 289.00+ |
| APR08 | STATE TAX 5.7% | | Rm 365 | 16.47+ |
| APR08 | CITY TAX 4% | | Rm 365 | 11.56+ |
| APR08 | CCF TAX 2.75% | | Rm 365 | 7.95+ |
| APR09 | CAFE FLEURI | | 317 | 19.01+ |
| APR09 | MASTERCARD | | XXXXXXXXXXXX5752 | 669.97- |

Tip $5

IN PARTNERSHIP WITH NIKKO HOTELS                                    Owned by Great Eagle Hotel Group

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Please leave your room key at the Front Desk.    Signature:_____

## Le MERIDIEN
### BOSTON

250 Franklin Street, Boston - Massachusetts 02110 USA. Tel (617) 451-1900 - Fax (617) 423-2844
www.lemeridienboston.com

| ROOM | NAME | RATE | ARRIVAL | TIME | |
|---|---|---|---|---|---|
| 447 | CHAHDAN JEBEYLI | | APR04,02 | 9:42a | |
| MGO / TYPE | KIRKPATRICK & LOCKHART | BOS | APR05,02 | | 008398 |
| | FIRM OR COMPANY | PLAN | DEPARTURE | TIME | ACCOUNT |
| PT | 9 COACHMAN | | | | |
| | METHUEN, MA       01844 | | | | |
| SERVICE AGENT | ADDRESS | | TOTAL BALANCE DUE $ | | .00 |

| DATE | DESCRIPTION | REFERENCE | |
|---|---|---|---|
| APR04 | CORPORATE ROOM | Rm 447 | 297.00+ |
| APR04 | STATE TAX 5.7% | Rm 447 | 16.93+ |
| APR04 | CITY TAX 4% | Rm 447 | 11.88+ |
| APR05 | CCF TAX 2.75% | Rm 447 | 8.17+ |
| APR05 | CAFE FLEURI | 1713 | 15.08+ |
| APR05 | MINI-BAR | | 6.90+ |
| | MASTERCARD | FDFTXXXXXXXX5752 | 355.96- |

Signature:_____