# EXIHIBIT C

## VOUCHER DEPARTMENT - TUBE NO. 95

**TO:**

**NAME AND TITLE (TYPE OR PRINT):** CHANDAN JEBEYLI - LEGAL COUNSEL

**CHARGE - BRANCH/SECTOR-DIVISION/DEPARTMENT AND EXPENSE CODE:** SAMBA - SENOF - LEGAL COUNSEL

**EXPENSES (TYPE OR PRINT)**

SEE REVERSE SIDE FOR BREAKDOWN / TRAVEL EXPENSE CLASSIFICATION TO BE CHARGED AND EXPLANATION OF EXPENSE DETAILS IF NECESSARY - Voucher Department Does Not Accept Cash. Cash to be Delivered to Branch Rate Teller.

| | FLOOR | BLDG | PERSONNEL NUMBER | PERIOD COVERED FROM | TO | DATE OF REPORT |
|---|---|---|---|---|---|---|
| | 0 | HO | 9089 (15) | 20.06.2002 | 22.06.2002 | 24.06.2002 |

CREDIT — PLEASE CREDIT MY ACCOUNT NUMBER: (1530755).

| DATE | Enter here and describe fully all expenses incurred for transportation, lodging, meals, entertainment and miscellaneous expenses. If applicable to this expense report include place, business purpose names etc. | TRANS-PORTATION | LODGING | MEALS (INCLUDING TIPS) | ENTER-TAINMENT | MISCELLANEOUS MILEAGE AND CARFARE | OTHER | *TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Business (SW Deposition) Boston & NY, USA | | | | | | | |
| 17-21 June | Hotel Accommodation at Intercontinental the Barclay NY Hotel | | 1,229.83 | | | | | 1,229.83 |
| 13-15 June | Hotel Accommodation at le Meridien Boston Hotel | | 571.65 | | | | | 571.65 |
| 16-17 June | Hotel Accommodation at le Meridien Boston Hotel | | 331.83 | | | | | 331.83 |
| 13-21 June | Meals including tips | | | 651.02 | | | | 651.02 |
| 13-21 June | Transportation | 94.70 | | | | | | 94.70 |
| 13-21 June | Other Tips for the whole trip | | | 21.00 | | | | 21.00 |

USD Rate 3.75
Totals: £ 125. 9606551 06 & 125. 30090556167 net credit...
Copy of original Leave Request Travel Requisition is enclosed.

**EXPENSE TOTALS** | 94.70 | 2,133.26 | 672.02 | | | | | |

| | DUE BEARER | DUE BANK | LESS ADVANCE | OTHER | GRAND TOTAL |
|---|---|---|---|---|---|
| | | X | | | 2,899.98 USD |

TOTAL EXPENSES: 2,899.98

PLEASE WRITE DUE / NET IN WORDS AND FIGURES:
US Dollar Two Thousand Nine Hundred & 98/100 Only.

APPROVED AUTHORIZED OFFICERS SIGNATURE

NAME AND TITLE: Abd drahman S. Al-Sadhan (Corporate Secretary)

ASSURE BEARER SIGNATURE. ACTUAL EXPENSES TOTALLING INDIRECTLY LESS MAY BE CHEAP COMPUTING... BUDGET FOR CASH REIMBURSEMENT...

DATE:

ECU-USA NY - New York July 02.xls





RECEIPT FOR CAB FARE

Date: ____
Fare: 17.00 ____ Tip: ____
From: ____
To: ____ Total: ____
Driver: ____ Cab No.: ____

Compliments of
swissôtel BOSTON
MANAGED BY RAFFLES INTERNATIONAL
One Avenue de Lafayette Boston, MA 02111, 617-451-2600

15% OFF
Any breakfast, lunch, or dinner entrée
at Café Suisse. Taxes and ...
CAFE SUISSE

WOLF AND LAMB
********************

| | | |
|---|---|---|
| 1049 | Table 170 #Party 4 | |
| DAVID D | SvrCk: 15 13:59 08/17/02 | |
| 2 ROAST BEEF SANDW, 1 cold, club, 1 cold, club | | 25.00 |
| 1 SMOKED TURKEY SA, cold, wheat | | 11.95 |
| 1 MARKET SALAD | | 7.50 |
| 2 COKE | | 3.80 |
| 1 DIET COKE | | 1.95 |
| | Sub Total: | 50.30 |
| | Tax: | 4.15 |
| 08/17 14:28 | TOTAL: | 54.45 |

Tip 10.00

THANK YOU, COME AGAIN

10 E. 48TH ST,
NEW YORK, NY
212-317-1950

```
           BONFIRE
     AT THE PARK PLAZA HOTEL
          (617) 123-4567
  1204 LOUIS
  ------------------------------
  CHK 8899          77
          JUN 14'02  8:07PM
  ------------------------------
    TARPTO MALBEC 98
  1 OPEN WINE
  1 TAPS SAMPRPP              25.00
  1 SALMON STEAK              60.00
  1 TUNA STEAK                27.00
  1 CHURRASCO                 29.00
  1 VEAL OSCAR                39.00
  1 SWEET POTATO              29.00
  1 BBQ BK POTATO              5.00
  1 BERNAISE SAUCE             9.00
  1 BORDELAISE                 0.00
  1 MSHRM STROGANOFF           0.00
  1 MANGO & JALAPENO           0.00
    FOOD TOTAL               186.00
    WINE TOTAL                29.00
    TAX                       10.85
    TOTAL DUE            $227.85
```