```
1049
Server: DAVID D (#459)
08/17/02 14:32, Swiped                    Ped: 40
                                          Terminal: 1
WOLF AND LAMB
10 E 48TH ST
NEW YORK, NY 10017
(212)317-1950
MERCHANT #:

CARD TYPE
MASTER CARD        ACCOUNT NUMBER       EXP
Name: CHAHRAN E JEBEYLI  5468150164626752  0305
TRANSACTION APPROVED
AUTHORIZATION #: 153281
Reference: 08171049

CHECK:
TIP:                              54.45
TOTAL:                            _____
                                  _____


         (
          Duplicate Copy***
         DER WILL PAY CARD ISSUER ABOVE
         PURSUANT TO CARDHOLDER AGREEMENT
            -> customer
```

