103.39

HOURS - 5.00 COSMOPOLITANS

5.00 AUTENTICA MARGARITAS

THANK YOU



A member of The Leading Hotels of the World

Le MERIDIEN BOSTON

250 Franklin Street · Boston · Massachusetts 02110 USA · Tel. (617) 451-1900 · Fax (617) 423-2844
www.lemeridienboston.com

| ROOM | NAME | RATE | ARRIVAL | TIME | |
|---|---|---|---|---|---|
| 507 | CHA[illegible] JEBEYLI | | JUN16 02 | 10:00p | |
| **TYPE** | **FIRM OR COMPANY** | **PLAN** | **DEPARTURE** | **TIME** | **ACCOUNT** |
| KGB / | KIR[illegible]TRICK & LOCKHART | KL1 | JUN17 02 | | 010228 |

SERVICE AGENT: JC
ADDRESS:
TOTAL BALANCE DUE $

| DATE | DESCRIPTION | REFERENCE | |
|---|---|---|---|
| JUN16 | CO[illegible]RATE ROOM | Rm 507 | 289.00+ |
| JUN16 | ST[illegible] TAX 5.7% | Rm 507 | 16.47+ |
| JUN16 | CI[illegible] TAX 4% | Rm 507 | 11.56+ |
| JUN16 | CC[illegible] TAX 2.75% | Rm 507 | 7.95+ |
| JUN17 | MI[illegible] BAR | | 6.90+ |
| JUN17 | M[illegible]RCARD | XXXXXXXXXXXX5752 | 331.88- |

IN PARTNERSHIP WITH NIKKO HOTELS

Owned by Great Eagle H[illegible]

I agree that my liability for this bi[illegible] waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the[illegible] of these charges. I also agree th[illegible] charges contained in this account are correct and any disputes or requests for copies must be made within five days after m[illegible]

Please leave your room [illegible] at the Front Desk.

Signature:____________________



A member of The Leading Hotels of the World

Le MERIDIEN BOSTON

250 Franklin Street · Boston · Massachusetts 02110 USA · Tel (617) 451-1900 · Fax (617) 423-2844
www.lemeridienboston.com

| ROOM | NAME | RATE | ARRIVAL | TIME | |
|---|---|---|---|---|---|
| 547 | CHA[illegible] JEBENLI | | JUN13 02 | 12:46p | |
| TYPE | FIRM OR COMPANY | PLAN | DEPARTURE | TIME | ACCOUNT |
| KGC / | KIRK[illegible]RICK & LOCKHART | EUR | JUN15 02 | | 011520 |

SERVICE AGENT: KH
ADDRESS: PO [illegible]333 RI[illegible] 11421
TOTAL BALANCE DUE $

| DATE | DESCRIPTION | REFERENCE | |
|---|---|---|---|
| JUN13 | FAX [illegible]RGE | 19 PAGES RECEIVE | 9.00+ |
| JUN13 | CORP[illegible]TE ROOM | Rm 547 | 289.00+ |
| JUN13 | STAT[illegible]AX 5.7% | Rm 547 | 16.47+ |
| JUN13 | CITY [illegible]X 4% | Rm 547 | 11.56+ |
| JUN13 | CCF [illegible] 2.75% | Rm 547 | 7.95+ |
| JUN14 | MINI[illegible] | 7082 | 6.50+ |
| JUN14 | LOC[illegible]HONE | 262-3473 L | 1.00+ |
| JUN14 | ROO[illegible] | Rm 547 | 199.00+ |
| JUN14 | STAT[illegible]AX 5.7% | Rm 547 | 11.34+ |
| JUN14 | CITY [illegible] 4% | Rm 547 | 7.95+ |
| JUN14 | CCF [illegible] 2.75% | Rm 547 | 5.47+ |
| JUN15 | FAX [illegible]GE | 16 PAGES RECVD | 6.00+ |
| JUN15 | MAST[illegible]ARD | XXXXXXXXXXXX5752 | 571.65- |

IN PARTNERSHIP WITH NIKKO HOTELS

Owned by Great Eagle Hotel Group

I agree that my liability for this bill is not waived [illegible] to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges [illegible] in this account are correct and any disputes or requests for copies must be made within five days after my departure.

Please leave your room key at th[illegible] Desk. Signature: ____________