

# INTER·CONTINENTAL
## THE BARC'
### NEW 1

111 East ... Street, New York, NY 10017 Telep... (21.  5-6900 Fax: (212) 644-0079

Mr. Chahdan Jebeyl...
Saudi American Ban...
Po Box 833
Riyadh 11411 Sa,
UNITED STATES

Hotel Inter-Continental, New York, 06/21/02
Arr.   : 06/17/02        Room No. : 0710
Dep.   : 06/21/02        Page     : 1 / SOLERNO
Copy of Invoice : ...64
C/O time:17:55

| Description | Date | Debit | Credit |
|---|---|---|---|
| Facsimile Incomin... PAGE FAX | 06/17 | 16.00 | |
| Telephone Local | 06/17 | 1.00 | |
| Bar #710 : CHECK... | 06/17 | 10.00 | |
| Bar #710 : CHECK... | 06/17 | 10.00 | |
| World Half Off | 06/17 | 249.00 | |
| NYS Sales Tax 8.25 | 06/17 | 20.54 | |
| NYC Additional T... | 06/17 | 12.45 | |
| NYC Room Occ Tax ...Room | 06/17 | 4.00 | |
| Facsimile Incomin... 3pages fax | 06/18 | 6.00 | |
| Facsimile Incomin... ages fax | 06/18 | 5.00 | |
| Telephone Local | 06/18 | 1.00 | |
| Fitness Center 1 ... water | 06/18 | 2.71 | |
| World Half Off | 06/18 | 249.00 | |
| NYS Sales Tax 8.2 | 06/18 | 20.54 | |
| NYC Additional Ta... | 06/18 | 12.45 | |
| NYC Room Occ Tax ...Room | 06/18 | 4.00 | |
| Facsimile Incomin... pages fax | 06/19 | 10.00 | |
| Facsimile Incomin... PAGE FAX | 06/19 | 5.00 | |
| Telephone Local | 06/19 | 1.00 | |
| Telephone Local | 06/19 | 1.00 | |
| Facsimile Incomin... PAGE FAX | 06/19 | 11.00 | |
| Telephone Local | 06/19 | 1.00 | |
| World Half Off | 06/19 | 249.00 | |
| NYS Sales Tax 8.2 | 06/19 | 20.54 | |

I AGREE THAT NO LIABILITY FOR THIS BILL ... ...ED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE E... ...T THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS T... ...ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

SIGNATURE _____

*Thank you for staying with us!*



# INTER-CONTINENTAL
### THE BARC...
### NEW

111 East ... reet, New York, NY 10017  Tel... (2..) ...55-5900 Fax: (212) 644-0079

Mr. Chahdan Jebeyli
Saudi American Bank
Po Box 833
Riyadh 11421 Sa...
UNITED STATES

Hotel Inter-Continental, New York, 06/21/02
Arr.   : 06/17/02         Room No.  : 0710
Dep.   : 06/21/02         Page   : 2 / SOLERNC
Copy of Invoice ...64
C/O time:17:55

| Description | Date | Debit | Credit |
|---|---|---|---|
| NYC Additional T... | 06/19 | 12.45 | |
| NYC Room Occ Tax ...om | 06/19 | 4.00 | |
| Minibar #710 : CH... 9000027 | 06/20 | 5.41 | |
| Facsimile Incoming ...ges fax | 06/20 | 2.00 | |
| Laundry | 06/20 | 35.50 | |
| Telephone Local | 06/20 | 1.00 | |
| Telephone Local | 06/20 | 1.00 | |
| Rebate Option FLA...4/18/19/20 | 06/20 | -66.41 | |
| World Half Off | 06/20 | 349.00 | |
| NYS Sales Tax 8.2... | 06/20 | 28.54 | |
| NYC Additional Ta... | 06/20 | 12.45 | |
| NYC Room Occ Tax ...om | 06/20 | 4.00 | |
| Bar #710 : CHECK ...03 | 06/20 | 10.65 | |
| Facsimile Incoming ... pages fax | 06/21 | 12.00 | |
| Telephone Local | 06/21 | 1.00 | |
| Mastercard ->XXXXXXXXXXXX... ...09/03 | 06/21 | | 1229.83 |
| Total | | 1229.83 | 1229.83 |
| Balance | | 0.00 $ | |

I AGREE THAT NO LIABILITY FOR THIS BILL...
TO BE HELD PERSONALLY...
PERSON COMPANY...
FULL AMOUNT OF THESE CHARGES

SIGNATURE _____

*Thank you for staying with us!*

INTER-CONTINENTAL
THE BARCLAY
NEW YORK

111 E. 48th Street, New York, NY 10017  Telephone: (212) 755-5900 Fax: (212) 644-0079

Mr. Chahdan Jeb...
Saudi American...
PO Box 833
Riyadh 11421 S...
UNITED STATES

Copy of Invoice : 5364

Hotel Inter-Continental, New York, 06/21/02
Arr.  : 06/17/02
Dep.  : 06/21/02           Room No. : 0710
C/O time:17:55             Page : 3 / SCLERHC

| Description | Date | Debit | Credit |
|---|---|---|---|

Thank you very much for staying at the Hotel Inter-Continental New York.
Your Six Continents Club membership has been credited with your stay.
Please contact 1-800-508-9900 for assistance with future bookings.

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR PART OR THE FULL AMOUNT OF THESE CHARGES.

SIGNATURE _____

*Thank you for staying with us!*

# EXIHIBIT D

# VOUCHER DEPARTMENT - TUBE NO. 95

**TO:** 
**NAME AND TITLE (TYPE OR PRINT):** CHAHDAN JEBEYLI - LEGAL COUNSEL
**GROUP/SUBSIDIARY/BRANCH/DEPARTMENT AND EXPENSE CODE:** SAMBA - SENOF - LEGAL COUNSEL
**FLOOR:** 9  **BUILDING:** HO  **PERSONNEL NUMBER:** 9959 (05)
**PERIOD COVERED:** FROM 05.08.2001 TO 09.08.2001  **DATE OF REPORT:** 02.09.2001
**CREDIT:** PLEASE CREDIT MY ACCOUNT NUMBER: (1530755)

| CHARGE DATE | EXPENSES (TYPE OR PRINT) | TRANSPORTATION | LODGING | MEALS (INCLUDING TIPS) | ENTERTAINMENT | MILEAGE AND CAR USE | MISCELLANEOUS | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 05.08.01 | Business During vacation – New York - Intercontinental Central Park South NY/Hotel | | | | | | | | |
| 05.08.01 | Accommodation + Tax + Energy charge | | 332.69 | | | | | | 332.69 |
| 06.08.01 | Accommodation + Tax + Energy charge | | 332.69 | | | | | | 332.69 |
| 07.08.01 | Accommodation + Tax + Energy charge | | 332.69 | | | | | | 332.69 |
| 08.08.01 | Accommodation + Tax + Energy charge | | 332.69 | | | | | | 332.69 |
| 07.08.01 | Food | | | 100.00 | | | | | 100.99 |
| 07.08.01 | Taxi | 7.60 | | | | | | | 7.00 |
| 06.08.01 | Transportation Round Trip Ny Boston | 400.00 | | | | | | | 400.00 |
| 05.08.01 | Taxi | | | | | | | | 0.00 |
| 06.08.01 | Food | 8.00 | | 74.13 | | | | | 74.13 |
| 06.08.01 | Food + tips | | | 71.00 | | | | | 71.00 |
| 08.08.01 | Taxi | 20.30 | | | | | | | 20.30 |
| 09.08.01 | Taxi | 5.30 | | | | | | | 6.30 |
| 07.08.01 | Food | | | 49.53 | | | | | 49.58 |

USD Rate 3.75.
Copy of ticket # 3-125-4401803612-1 & 123-3507404099-1 are enclosed - personal ticket of vacation.
Copy of Leave Request-Travel Requisition is enclosed.

**EXPENSE TOTALS:** 441.22 | 1,330.76 | 295.70 | | | | | **TOTAL EXPENSES:** 2,067.66

**BALANCE DUE:** [X] EMPLOYEE [ ] BANK
**ADVANCES RECEIVED:** CASH / TRANSPORT / OTHER
**Currency:** USD
**GRAND TOTAL:** 2,067.66

EMPLOYEE SIGNATURE: *[signature]*
ALL STATEMENTS IN THIS REPORT, TO MY KNOWLEDGE, ARE FACTUAL

PLEASE WRITE BALANCE IN WORDS AND FIGURES:
US Dollar Two Thousand sixty Seven & 66/100 Only.

APPROVED (RANKING OFFICER'S SIGNATURE): *[signature]*
NAME AND TITLE: Abdulrahman S. Al-Sadhan (Corporate Secretary)

CASH REIMBURSEMENT FOR ACTUAL EXPENSES TOTALING $100.00 OR LESS MAY BE OBTAINED UPON PRESENTATION TO BRANCH NOTE TELLER. EXPENSE REPORT MUST BE PROPERLY DOCUMENTED AND APPROVED. RECEIPT FOR CASH REIMBURSEMENT

SIGNATURE: *[signature]*   DATE:

ECU-USA NY - New York July August 2001 vacation.xls