INVOICE

Riverside Transportation
39½ Oakland ave
Methuen, MA 01842
(978) 688-5555

No. 2001-01

INVOICE DATE _____
CUSTOMER'S
ORDER NO. _____

SOLD TO:
Chandan Sebeill

Round Trip
Methuen — NY
N.Y — Methuen

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | Round Trip | | |
| | | for chandan Sebeill | | |
| | | from 9 coachmen | | |
| | | Methuen MA to | | |
| | | Manhattan N.Y. | | |
| | | and Return from | | |
| | | Manhattan N.Y to | | |
| | | 9 coachmen Methuen | | |
| | | | | |
| | | Departure August 30th 2001 | | |
| | | Return August 31th 2001 | | |
| | | | | |
| | | | | |

INVOICE





# INTER·CONTINENTAL
## CENTRAL PARK SOUTH
### NEW YORK

112 Central Park South · New York, NY 10019 · Telephone: (212) 757-1900 · Facsimile: (212) 757-9620

Mr. Chahdan Jebeyli
9 Coachman Lane
Netum
MA
UNITED STATES

INTER-CONTINENTAL CENTRAL PARK NEW YORK. 08/09/01
Arr.  : 08/05/01          Room No. : 1111
Dep.  : 08/09/01          Page : 1 / ETER
C/O time:09:31

Copy of Invoice : 85321

| Description | Date | Debit | Credit |
|---|---|---|---|
| Room Charge | 08/05 | 289.00 | |
| NYS Sales Tax 8.25% | 08/05 | 23.84 | |
| NYC Additional Tax 5% | 08/05 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/05 | 2.00 | |
| Energy Charge | 08/05 | 3.40 | |
| Room Charge | 08/06 | 289.00 | |
| NYS Sales Tax 8.25% | 08/06 | 23.84 | |
| NYC Additional Tax 5% | 08/06 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/06 | 2.00 | |
| Energy Charge | 08/06 | 3.40 | |
| Room Charge | 08/07 | 289.00 | |
| NYS Sales Tax 8.25% | 08/07 | 23.84 | |
| NYC Additional Tax 5% | 08/07 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/07 | 2.00 | |
| Energy Charge | 08/07 | 3.40 | |
| Room Charge | 08/08 | 289.00 | |
| NYS Sales Tax 8.25% | 08/08 | 23.84 | |
| NYC Additional Tax 5% | 08/08 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/08 | 2.00 | |
| Energy Charge | 08/08 | 3.40 | |
| Mastercard | 08/09 | | 1330.76 |
| >5308980419300042   07/03 | | | |
| **Total** | | **1330.76** | **1330.76** |
| **Balance** | | **0.00 $** | |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

SIGNATURE

*Thank you for staying with us*