## LEAVE REQUEST / TRAVEL REQUISITION

PERSONNEL COPY

**LEAVE REQUEST**

NAME (S): Chandan Jebeni   P-9959
DEPT: Small Land Dept   DATE: July 14 2001

BUSINESS ( ) FURLOUGH (✓)   CASH OPTION ( )
TRAINING ( ) R & R ( )   PER DIEM ( )
VACATION ALLOW. ( )   CASH ADVANCE ( )

EXIT RE ENTRY ( ✓ )
PASSPORT CONT. # ( ✓ )
LAST DAY TO BE WORKED: July 29-01   DATE TO RETURN: August 27

STAFF MEMBER INITIAL: _____
NAME OF SUPERVISOR: Mohammed Sidhar
SUPERVISOR SIGNATURE: _____
PERSONNEL: _____

I will be taking care of dept in Sudan and Tchkey NY

---

**PERSONNEL / PAYROLL UNIT'S ACTION**

(1) VACATION ALLOWANCE TO BE PAID FOR THE YEAR: _____
(2) SALARY ADVANCE TO BE PAID FOR THE MONTH: _____
COORDINATOR'S NAME: _____   INITIAL: _____

---

### TO BE COMPLETED UPON RETURN
( For Furlough and R & R only )

DATE RETURNED TO WORK: _____   NO. OF DAYS TAKEN: _____
STAFF MEMBER INITIAL: _____
SUPERVISOR APPROVAL: _____
PERSONNEL: _____

---

**TRAVEL REQUISITION**

DETAILS

| DATE | FROM | TO | FL. NO. | CLASS | DEP. | ARR. |
|------|------|----|---------|-------|------|------|
|      |      |    |         |       |      |      |
|      |      |    |         |       |      |      |
|      |      |    |         |       |      |      |

PERSONNEL DEPT. APPROVAL
( For Furlough / R & R Expenses only )

TRAVELLER'S SIGNATURE: _____
SUPERVISOR APPROVAL: _____

TOTAL FARE $: _____   ECU INITIAL: _____

3125

```
Author: Abdulrahman Sadhan at Openmail
Date:    7/1/01 07:19
Priority: Normal
Receipt Requested
TO:  P\OPERATING\COMMITTEE at Openmail, Ahmad Asjumaid at Openmail,
     Roy E. Gardner at Openmail, Syed Naeem at Openmail, Shahid Afridi at Openmail
CC:  Ahmad Al-Othaimeen at Openmail, Negussa Tesfalidet at Openmail,
     Chamdan Jeheyli at Openmail, Abdullah Al-Harbi at Openmail,
     Abdulwahab A. Hariry at Openmail, Salem Afyouni at Openmail
Subject: Delegation
------------------------- Message Contents -------------------------

     I will be out of the Kingdom on vacation from Sunday, July 1 thru
     Thursday, August 2 2001 inclusive.  During my absence, Ahmad
     Al-Othaimeen will deputize for me.

     Regards,
     Abdulrahman Sadhan


     copy:  Abdullah Al-Ghamdi (CECC)
```

2



# INTER-CONTINENTAL
## CENTRAL PARK SOUTH
### NEW YORK

112 Central Park South, New York, NY 10019 • Telephone: (212) 757-1900 • Facsimile: (212) 757-9620

Mr. Chahdan Jebeyli
5 Coachman Lane
Metum
MA
UNITED STATES

INTER-CONTINENTAL CENTRAL PARK NEW YORK, 08/09/01
Arr.: 08/05/01          Room No: 1111
Dep.: 08/09/01          Page: 1 / 1 / ETR
Copy of Invoice: 85321  C/O time: 09:31

| Description | Date | Debit | Credit |
|---|---|---|---|
| Room Charge | 08/05 | 289.00 | |
| NYS Sales Tax 8.25% | 08/05 | 23.84 | |
| NYC Additional Tax 5% | 08/05 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/05 | 2.00 | |
| Energy Charge | 08/05 | 3.40 | |
| Room Charge | 08/06 | 289.00 | |
| NYS Sales Tax 8.25% | 08/06 | 23.84 | |
| NYC Additional Tax 5% | 08/06 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/06 | 2.00 | |
| Energy Charge | 08/06 | 3.40 | |
| Room Charge | 08/07 | 289.00 | |
| NYS Sales Tax 8.25% | 08/07 | 23.84 | |
| NYC Additional Tax 5% | 08/07 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/07 | 2.00 | |
| Energy Charge | 08/07 | 3.40 | |
| Room Charge | 08/08 | 289.00 | |
| NYS Sales Tax 8.25% | 08/08 | 23.84 | |
| NYC Additional Tax 5% | 08/08 | 14.45 | |
| NYC Room Occ Tax $2/Room | 08/08 | 2.00 | |
| Energy Charge | 08/08 | 3.40 | |
| Mastercard | 08/09 | | 1330.76 |
| 55308920419300042  07/03 | | | |
| Total | | 1330.76 | 1330.76 |
| Balance | | 0.00 | |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE
FULL AMOUNT OF THESE CHARGES.

SIGNATURE

*Thank you for staying with us*