# EXIHIBIT E



SR 16923.00

E

# EXIHIBIT F

# EXPENSES REPORT

samba (R) لسامبا

| Name & Title | | Building | Floor | Personnel No. | | From | To | Date of Report |
|---|---|---|---|---|---|---|---|---|
| JOSE MARIA MAHGOMEN | | H.O. | 16TH | 11169 | | | | 27 October '04 |

Group/Division/Branch/Dept. and Expense Code No.: **RISK MANAGEMENT GROUP – CENTRAL REGION (0286)**

### Charges

| Date | Expenses | Transportation | Lodging | Meals (including tips) | Parking | Entertainment | Miscellaneous Mileage | Miscellaneous Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| 17 Oct | Room Charge + Taxes | | 432.84 | | | | | | 432.84 |
| 18 Oct | Mini Bar/Dinner/Lunch/Room Charge + Taxes | | 432.04 | 157.07 | | | | | 500.31 |
| 19 Oct | Mini Bar/Valet Charge/Room Charge | | 432.04 | 4.09 | | | | 41.00 | 478.53 |
| | Dinner w/ Dan Rosewicki & Amy Abbott | | | | | 249.10 | | | 249.10 |
| 20 Oct | Lunch/Tel. Conv/Room Charge | | 432.04 | 34.70 | | | | 1.25 | 468.60 |
| | Dinner w/ Don Rosenfeld & Amy Abbott | | | | | 103.02 | | | 103.02 |
| 21 Oct | Dinner/Tel. Conf/Fax Rcvd/Room Charge + Taxes | | 432.04 | | | 16 (Dinner + Taxes/Room Charge) | | | 462.08 |
| 22 Oct | Mini Bar/Lunch/Tel. Conf/Laundry/Room + Taxes | | 432.05 | 17.09 | | Check | | 41.30 | 571.50 |
| 23 Oct | Lunch/Room Charge + Taxes/Dinner | | 432.54 | 170.58 | | Taxi | | 2.00 | 640.23 |
| 24 Oct | Lunch/Taxi Fare | 105.80 | | | | Taxi 28 | | | 157.82 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **Total Expenses** | | 105.80 | 3,026.49 | 602.22 | | 433.02 | 0.00 | 96.00 | 4,105.30 |

Balance due to:
- Advances Cash: 0.00
- Received Transport: 0.00
- Employee: 0.00
- Other: 0.00

GRAND TOTAL  US $  4,105.30

Balance in Words and Figures:
USD FOUR THOUSAND ONE HUNDRED SIXTY FIVE & 30/100 ONLY

Rp. 75,628/8   F

Employee's Signature

Please Credit my A/C No. 1642309

APPROVED (Banking Officer's Signature) Name and Title
Atif Usmani

PROCESSED & SCANNED

**swissôtel THE DRAKE**
NEW YORK

Mr. Jose Maria Marigomen
C/O Samba Financial Group
P.O. Box 833
11421 Riyadh

| | |
|---|---|
| Arrival 10/17/04 | Room 1662 |
| Departure 10/24/04 | No of Person(s) 1 |
| | Cashier 22/HARRY |
| | Page 1 |

F O L I O   N O. 1110529

Swissôtel New York, The Drake, 10/24/04 13:24

| Date | Text | Charges | Credits | By |
|------|------|---------|---------|-----|
| 10/17 | Room Charge | 379.00 | | TASHNA |
| 10/17 | Tax NYS Sales Tax 8.625 | 32.69 | | TASHNA |
| 10/17 | Tax NYC Occupancy Tax 5 | 18.95 | | TASHNA |
| 10/17 | Tax NYC Room Occupancy | 2.00 | | TASHNA |
| 10/18 | Mini-Bar Charge | 5.43 | | FO_SERVER |
| | ->#1662 : EVIAN WATER | | | |
| 10/18 | Mini-Bar Charge | 3.80 | | FO_SERVER |
| | ->#1662 : FAMOUS AMOS | | | |
| 10/18 | Mini-Bar Charge | 3.80 | | FO_SERVER |
| | ->#1662 : KIT KAT BAR | | | |
| 10/18 | Mini-Bar Charge | 5.43 | | FO_SERVER |
| | ->#1662 : EVIAN WATER | | | |
| 10/18 | Mini-Bar Charge | 4.89 | | FO_SERVER |
| | ->#1662 : SWISSOTEL SPRIN | | | |
| 10/18 | Q56 Dinner | 85.69 | | FO_SERVER |
| | ->#1662 : CHECK #72 | | | |
| 10/18 | Room Service Lunch | 48.63 | | FO_SERVER |
| | ->#1662 : CHECK #2808 | | | |
| 10/18 | Room Charge | 379.00 | | TASHNA |
| 10/18 | Tax NYS Sales Tax 8.625 | 32.69 | | TASHNA |
| 10/18 | Tax NYC Occupancy Tax 5 | 18.95 | | TASHNA |
| 10/18 | Tax NYC Room Occupancy | 2.00 | | TASHNA |
| 10/19 | Mini-Bar Charge | 4.89 | | FO_SERVER |
| | ->#1662 : SWISSOTEL SPRIN | | | |
| 10/19 | Valet Charge VALET | 41.00 | | WILLI |
| 10/19 | Room Charge | 379.00 | | TASHNA |
| 10/19 | Tax NYS Sales Tax 8.625 | 32.69 | | TASHNA |
| 10/19 | Tax NYC Occupancy Tax 5 | 18.95 | | TASHNA |
| 10/19 | Tax NYC Room Occupancy | 2.00 | | TASHNA |
| 10/20 | Q56 Lunch | 34.75 | | FO_SERVER |

440 Park Avenue at 56th Street, New York, NY 10022, USA
Telephone (212) 421-0900, Telefax (212) 371-4190

# swissôtel THE DRAKE
NEW YORK

Mr. Jose Maria Marigomen
C/O Samba Financial Group
P.O. Box 833
11421 Riyadh

| | | Room | 1662 |
| | | No of Person(s) | 1 |
Arrival   10/17/04 | | Cashier | 22/HARRY |
Departure 10/24/04 | | Page | 2 |

F O L I O   N O. 1110529

Swissôtel New York, The Drake, 10/24/04 13:24

| Date | Text | Charges | Credits | By |
|---|---|---|---|---|
| | ->#1662 : CHECK #634 | | | |
| 10/20 | Telephone Local Call | 1.25 | | FO_SERVER |
| | ->#1662 : -212-3887 L | | | |
| 10/20 | Room Charge | 379.00 | | TASENA |
| 10/20 | Tax NYS Sales Tax 8.625 | 32.69 | | TASENA |
| 10/20 | Tax NYC Occupancy Tax 5 | 18.95 | | TASENA |
| 10/20 | Tax NYC Room Occupancy | 2.00 | | TASENA |
| 10/21 | Q56 Dinner | 48.19 | | FO_SERVER |
| | ->#1662 : CHECK #36 | | | |
| 10/21 | Telephone Local Call | 1.25 | | FO_SERVER |
| | ->#1662 : -212-8160 L | | | |
| 10/21 | Telephone Local Call | 2.08 | | FO_SERVER |
| | ->#1662 : -212-8160 L | | | |
| 10/21 | Swissoffice Fax Recv | 8.69 | | FO_SERVER |
| | ->#1662 : 2 page(s) IN | | | |
| 10/21 | Room Charge | 379.00 | | TASENA |
| 10/21 | Tax NYS Sales Tax 8.625 | 32.69 | | TASENA |
| 10/21 | Tax NYC Occupancy Tax 5 | 18.95 | | TASENA |
| 10/21 | Tax NYC Room Occupancy | 2.00 | | TASENA |
| 10/22 | Mini-Bar Charge | 5.43 | | FO_SERVER |
| | ->#1662 : EVIAN WATER | | | |
| 10/22 | Mini-Bar Charge | 5.43 | | FO_SERVER |
| | ->#1662 : EVIAN WATER | | | |
| 10/22 | Q56 Lunch | -31.61 | | FO_SERVER |
| | ->#1662 : CHECK #274 | | | |
| 10/22 | Telephone Local Call | 2.64 | | FO_SERVER |
| | ->#1662 : -212-8204 L | | | |
| 10/22 | Telephone Local Call | 1.25 | | FO_SERVER |
| | ->#1662 : -212-5591 L | | | |

440 Park Avenue at 56th Street, New York, NY 10022, USA
Telephone (212) 421-0900, Telefax (212) 371-4190

# swissôtel THE DRAKE
### NEW YORK

Mr. Jose Maria Marigomen
C/O Samba Financial Group
P.O. Box 833
11421 Riyadh

Arrival    10/17/04
Departure  10/24/04

Room             1662
No of Person(s)  1
Cashier          22/HARRY
Page             3

F O L I O   N O. 1110529

Swissôtel New York, The Drake, 10/24/04 13:24

| Date  | Text                          | Charges | Credits | By        |
|-------|-------------------------------|---------|---------|-----------|
| 10/22 | Laundry Charge 1dy            | 37.50   |         | WILLI     |
| 10/22 | Room Charge                   | 379.00  |         | ABEL      |
| 10/22 | Tax NYS Sales Tax 8.625       | 32.69   |         | ABEL      |
| 10/22 | Tax NYC Occupancy Tax 5       | 18.95   |         | ABEL      |
| 10/22 | Tax NYC Room Occupancy        | 2.00    |         | ABEL      |
| 10/23 | Q56 Lunch                     | 42.94   |         | PO_SERVER |
|       | ->#1662 : CHECK #608          |         |         |           |
| 10/23 | Room Charge                   | 379.00  |         | ABEL      |
| 10/23 | Tax NYS Sales Tax 8.625       | 32.69   |         | ABEL      |
| 10/23 | Tax NYC Occupancy Tax 5       | 18.95   |         | ABEL      |
| 10/23 | Tax NYC Room Occupancy        | 2.00    |         | ABEL      |
| 10/24 | Q56 Lunch                     | 51.62   |         | PO_SERVER |
|       | ->#1662 : CHECK #757          |         |         |           |
| 10/24 | Mastercard                    |         | 3506.71 | HARRY     |
|       | ->XXXXXXXXXXXX3893   07/      |         |         |           |
|       | Total                         | 3506.71 | 3506.71 |           |
|       | Balance                       |         | 0.00    |           |

Signature: _____
Credit Card: 5466160216513893   07/07

For any billing questions, please e-mail us at
DRAKENY.billinghotline@swissotel.com

440 Park Avenue at 56th Street, New York, NY 10022, USA
Telephone (212) 421-0900, Telefax (212) 371-4190

# swissôtel THE DRAKE
## NEW YORK

Mr. Jose Maria Marigomen
C/O Samba Financial Group
P.O. Box 833
11421 Riyadh

Arrival    10/17/04
Departure  10/24/04

Room              1662
No of Person(s)   1
Cashier           22/HARRY
Page              4

FOLIO NO. 1110529

Swissôtel New York, The Drake, 10/24/04 13:24

| Date | Text | Charges | Credits | By |
| --- | --- | --- | --- | --- |

When in Chicago, stay at Swissotel Chicago, Where the River Meets the Lake.

440 Park Avenue at 56th Street, New York, NY 10022, USA
Telephone (212) 421-0900, Telefax (212) 371-4190

Air Tickets Proof
for items B & C


*Chahdan Jebely*

| DATE | TICKET | FARE | ROUTE |
|---|---|---|---|
| 11-Feb-01 | 3360654334 | 1,320.00 | RUH\JED\RUH |
| 13-Feb-01 | 3361267422 | 4,172.00 | RUH\BEY\RUH |
| 14-Mar-01 | 3360655887 | 1,320.00 | RUH\JED\RUH |
| 08-May-01 | 3361963932 | 1,320.00 | RUH\JED\RUH |
| 28-May-01 | 3507400155 | 13,698.00 | RUH\LHR\YUL\LHR\RUH |
| 30-Jun-01 | 3507402541 | 11,799.00 | RUH\LHR\RUH\\ |
| 29-Jul-01 | 3507404098 | 948.00 | RUH\BAH\RUH |
| 29-Nov-01 | 3467749794 | 11,130.00 | RUH\LHR\GVA\RUH |
| 07-Feb-02 | 3531385811 | 1,320.00 | RUH\JED\RUH |
| 13-Feb-02 | 3605590165 | 1,238.00 | RUH\BAH\RUH |
| 06-Apr-02 | 3530907427 | (18,990.00) | RUH\LHR\JFK\LHR\RUH ⓑ |
| 08-May-02 | 3530909414 | 12,062.00 | RUH\LHR\BAH\DMM\RUH |
| 14-May-02 | 3468113308 | 2,709.00 | RUH\RUH\RUH\DXB\RUH |
| 13-Jun-02 | 3605655186 | 15,432.00 | RUH\LHR\JFK\LHR\RUH ⓒ |
| 14-Jul-02 | 3530908876 | (18,647.00) | RUH\LHR\WAS\LON\RUH |
| 17-Oct-02 | 3606598443 | 3,133.00 | RUH\LHR\RUH\\ |
| 10-Nov-02 | 3606600308 | 11,390.00 | RUH\LHR\RUH\\ |
| 27-Nov-02 | 3646804638 | 354.00 | MCO\BOS\\\ |
| 30-Nov-02 | 3646804628 | 17,284.00 | RUH\LGW\BOS\LHR\RUH |

2000 = ? (Could not find.)
CECC