IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED <u>et</u> <u>al</u>., | ) ) | Case No. 00-02142 (PJW) Jointly Administered |
| | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) | |
| | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| Plaintiff | ) | 1:04-cv-00834-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| Defendants | ) | |
| | ) | |

## AFFIDAVIT OF DANIEL E. ROSENFELD IN SUPPORT OF PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES

I, Daniel E. Rosenfeld, do hereby depose and state:

1.    I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of Plaintiff's Motion for Assessment of Damages and Memorandum in support thereof, which are being filed herewith.

2.    I am familiar with the facts surrounding this case, and have supervised K&LNG's litigation of this matter. Together with my partner John C. Hutchins, I have been responsible for the representation of SAMBA's interests in this litigation and for overseeing the selection and supervision of other attorneys, and support personnel working on behalf of SAMBA.

3.    I have reviewed and am fully familiar with all of the K&LNG billing items referred to below.

4.    Each item that is included in the invoices attached hereto is, in my judgment, which is based on my substantial litigation experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than K&LNG's customary fees for cases of this type; and (4) is the amount that has been or will be charged by K&LNG to SAMBA in connection with this litigation.

5.    The rates, relevant experience, and roles of the attorneys who assisted in the representation of SAMBA and supervised or billed time during the course of the representation are as follows:

| Partners/Of Counsel | Rate | Number of Hours |
|---|---|---|
| Daniel E. Rosenfeld<br><br>Extensive experience in the litigation and arbitration of complex business disputes, including disputes concerning manufacturing agreements, technology agreements, purchase and sale agreements, service agreements; and wide variety of complex civil litigation matters, including bankruptcy-related proceedings. J.D., Brooklyn Law School, 1990; B.A., Tufts University, 1987. | $250 - $385 | 2,865.80 |
| John Hutchins<br><br>Extensive experience in banking and commercial finance with a particular emphasis on creditors' rights, bankruptcy, corporate reorganization, and insolvency proceedings. More than thirty years experience with asset-based and unsecured lending; loan work-outs, commercial disputes and corporate reorganizations; bank regulatory matters involving commercial banks and thrift institutions; letters of credit and other financial | $305 - $425 | 1,244.90 |

| Partners/Of Counsel | Rate | Number of Hours |
|---|---|---|
| instruments; negotiable instruments and bank deposits and collections; tax-exempt bond financings; and commercial transactions.  Has served or currently serves numerous commercial banks, thrift institutions, mutual funds and various other financial organizations.  LL.B., Harvard Law School, 1966 (*cum laude*); B.A., Cornell University, 1961. | | |
| R. Bruce Allensworth | $345 - $425 | 14.3 |
| J. Rich | $400 - $425 | 7.3 |
| B. Michaelson | $450 | 6 |
| L. Binder | $285 | 2.8 |
| T. Russler | $450 | 1.5 |
| E. Singer | $275 | 1.3 |
| G.M. Cheever | $325 | 0.6 |
| K. Long | $360 | 0.5 |
| A.R. Rosenfeld | $450 | 0.5 |
| A.L. Swope | $235 | 0.1 |

| Associates | Rate | Number of Hours |
|---|---|---|
| Amy Beth Abbott<br><br>Experience in the litigation of a wide variety of complex civil litigation matters.  J.D., Suffolk University Law School, 2000 (*magna cum laude*); B.A., St. Michael's College, 1995 | $140 - $250 | 2,280.00 |
| Sarah Kellogg | $185 - $225 | 132.1 |
| B.W. Sheppard | $140 | 56.9 |

| Associates | Rate | Number of Hours |
|---|---|---|
| A.E. Bierman | $325 | 50.6 |
| S.M. Waelchli | $165 | 28.6 |
| R.W. Sparkes | $165 | 25.1 |
| A. Bloom | $165 | 24.1 |
| Kathy Watras | $150 | 7.2 |
| Christina Lim | $140 | 3 |
| C. Corbett | $165 | 2.6 |
| P. Seliger | $120 | 1.25 |
| D. Board | $370 | 0.6 |

| Legal Assistants, Librarians | Rate | Number of Hours |
|---|---|---|
| Ray Cahill | $135 - $160 | 98.4 |
| L.A. Geyer | $85 - $105 | 46.6 |
| T.M. Cook | $100 | 36.9 |
| K.A. Serrao | $115 - $180 | 31.3 |
| Samantha Bell | $100 | 14 |
| K. Zinski | $105 | 5.3 |
| Librarian | $50 - $125 | 4.7 |
| N. Valente | $120 - $165 | 2.5 |

6.     Exhibit A attached hereto and incorporated herein are invoices (with minor redactions to avoid the disclosure of privileged information) dated July 2000 – April 2005 which

detail the total hours of legal services performed by K&LNG attorneys and other personnel and fees expended in connection with this litigation. The fees for billed professional services total $1,647,584.35; costs total $123,428.35.

7.    To date, there are unbilled fees in the amount of $43,809.50 and costs in the amount of $210.88. These fees and costs are detailed in Exhibit B attached hereto. Counsel estimates that additional fees and costs related to the filing of the Motion for Assessment of Fees, and Memorandum and Affidavits in support thereof and any necessary Reply will total approximately $20,000.00.

8.    In addition to K&LNG's legal fees and costs, SAMBA has incurred certain additional legal fees and costs. These include legal fees and costs for professional services provided by Clifford Chance ("Clifford Chance"), whose involvement was necessary in connection with the various bankruptcy proceedings, as well as mediator fees paid to Judge Francis G. Conrad ("Conrad"), the court-appointed mediator.

9.    I have reviewed spreadsheets regarding the Clifford Chance and Conrad expenses, as provided by SAMBA, and, upon information and belief, these expenses have been paid by SAMBA.

10.    Exhibit C attached hereto details the invoices and payments made by SAMBA to Clifford Chance in the amount of 22,062.23 Saudi Arabian Riyals. As of today, May 18, 2005, 22,062.23 Saudi Arabian Riyals is equivalent to $5,883.10 (USD). Exhibit D attached hereto details the payments made by SAMBA to Judge Francis G. Conrad in the amount of $15,334.00 (USD).

11.    The sum of SAMBA's reasonable attorneys' fees and related costs in connection with this litigation are as follows:

| | |
|---|---|
| Professional Services (billed): (Exhibit A) | $ 1,647,584.35 |
| Professional Services (to be billed): (Exhibit B) | $ 43,809.50 |
| Professional Services (billed by Clifford Chance): (Exhibit C) | $ 5,883.10 |
| Professional Services (billed by Judge Francis G. Conrad): (Exhibit D) | $ 15,334.00 |
| **Subtotal for Professional Services** | **$ 1,712,610.95** |
| Costs (billed): (Exhibit A) | $ 123,428.35 |
| Costs (to be billed): (Exhibit B) | $ 210.88 |
| **Subtotal for Costs** | **$ 123,639.23** |
| | |
| **TOTAL FEES AND COSTS (BILLED AND UNBILLED)** | **$ 1,836,250.18** |
| | |
| **Estimate of additional fees to be incurred in connection with SAMBA's Motion for Assessment of Damages** | **$ 20,000.00** |
| | |
| **TOTAL FEES AND COSTS** | **$ 1,856,250.18** |

12.    Exhibit E attached hereto is a true and correct copy of a Federal Reserve Press Release dated May 16, 2000 indicating that the Federal Discount Rate as of that date was 6%.

13.    Exhibit F attached hereto is a true and correct copy of a press release from The Shaw Group dated May 10, 2005, as found on The Shaw Group's website http://ir.shawgrp.com/phoenix.zhtml?c=61066&p=irol-newsArticle&ID=708279&highlight=.

14.    Exhibit G attached hereto is a true and correct copy of a spreadsheet of post judgment interest rates, which appears on the official website for the U.S. District Court for the Northern District of Texas, indicating that the appropriate post-judgment interest rate for a judgment entered on May 4, 2005 is 3.33%.

Signed under the pains and penalties of perjury this 18th day of May 2005.

_____
Daniel E. Rosenfeld

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Date: MAY 18, 2005

On this 18th day of _____May_____, 2005, before me, the undersigned notary public, personally appeared __Daniel E. Rosenfeld__, proved to me through satisfactory evidence of identification, which was __personally known__, to be the person whose name is signed on the preceding or attached document in my presence.

_____
Gina M. Fitzgerald
Notary Public for
the Commonwealth of Massachusetts

My commission expires January 31, 2008

GINA M. FITZGERALD, NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 31, 2008