# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 16, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **941238**
**Client No.:**      **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
January 31, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ........................................................... $    4,804.50

Disbursements and Other Charges ........................................................... $    120.45

**CURRENT INVOICE** ........................................................... $    4,924.95

Prior Outstanding Invoices ........................................................... $  12,960.33

**TOTAL AMOUNT DUE** ........................................................... $  17,885.28

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 16, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 941238 |
| Services Through | : | January 31, 2001 |

---

Tax Identification Number 25 0921018

**Guaranty Matter**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/01 | J. C. Hutchins | 0.20 | Telephone call to K. Serrao regarding retrieval of documents | 66.00 |
| 01/03/01 | J. C. Hutchins | 1.10 | Telephone conference with K. Serrao; review facsimile from K. Serrao; review and analyze order regarding Shaw/S&W settlement; review and analyze motion and objections; review and analyze miscellaneous pleadings | 363.00 |
| 01/03/01 | K. A. Serrao | 0.30 | Review Stone & Webster pleadings received from copy service; analyze letter agreement attached to motion; voice mail message to J. Hutchins regarding same | 40.50 |
| 01/04/01 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from K. Serrao, check status of court order and S&W/Shaw settlement agreement regarding schedules | 429.00 |
| 01/05/01 | J. C. Hutchins | 0.60 | Review and analyze pleadings regarding Shaw dispute, fee allowance; review and analyze docket sheets | 198.00 |

## Kirkpatrick & Lockhart LLP

| 01/08/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings regarding Ropes & Gray and Shaw dispute; review and analyze docket entries; review and analyze pleadings regarding Shaw purchase and sale | 297.00 |
|---|---|---|---|---|
| 01/09/01 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 66.00 |
| 01/10/01 | J. C. Hutchins | 1.60 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze Bankruptcy Court order regarding Shaw settlement; telephone conference with K. Serrao regarding exhibits to settlement agreement; prepare memorandum to A. Bokhari | 528.00 |
| 01/10/01 | K. A. Serrao | 0.40 | Telephone call with J. Hutchins and telephone call to debtor's counsel regarding Exhibit A to Letter Agreement | 54.00 |
| 01/11/01 | J. C. Hutchins | 0.90 | Review and analyze Shaw/Debtor settlement agreement; telephone conference with K. Serrao regarding copies of Exhibits to same; attention to memorandum to A. Bokhari | 297.00 |
| 01/11/01 | K. A. Serrao | 0.10 | Telephone call to Skadden Arps requesting information concerning disclosure schedules to be attached to Letter Agreement | 13.50 |
| 01/12/01 | J. C. Hutchins | 0.70 | Review and analyze docket update, miscellaneous pleadings; receive and review e-mail from K. Serrao regarding information on exhibits to Shaw settlement; work on memorandum to A. Bokhari. | 231.00 |
| 01/12/01 | K. A. Serrao | 0.40 | Telephone call from C. Haney regarding request for copy of disclosure schedules; email to J. Hutchins regarding same; telephone call to Parcels requesting transcript | 54.00 |
| 01/15/01 | J. C. Hutchins | 0.10 | Receive and review e-mail from A. Bokhari | 33.00 |
| 01/16/01 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket entries. | 99.00 |

**Kirkpatrick & Lockhart** LLP

| 01/17/01 | J. C. Hutchins | 0.90 | Receive and review e-mail from K. Serrao; telephone conference with A. Bokhari; review and analyze miscellaneous pleadings; review and analyze opposition to motion to compromise dispute between Shaw and S&W regarding a particular project | 297.00 |
| 01/18/01 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; review and analyze objections to compromise of claims and counter claims of various oil companies; telephone conference with K. Serrao; receive and review e-mail from K. Serrao (x2); work on memorandum to A. Bokhari | 429.00 |
| 01/18/01 | K. A. Serrao | 0.40 | Telephone calls and emails with J. Hutchins regarding disputed claims list; review docket and telephone calls to C. Haney and M. Fink regarding same; email to J. Hutchins regarding results of research; telephone call to Parcels regarding transcript; telephone call to C. Haney regarding disclosure schedules | 54.00 |
| 01/19/01 | J. C. Hutchins | 1.80 | Receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao; review and analyze transcript of 12/20 hearing; review and analyze settlement agreement, order of approval and conditions; prepare and send e-mail to A. Bokhari; review and analyze docket entries | 594.00 |
| 01/19/01 | K. A. Serrao | 0.50 | Review letter agreement and attached schedules for changes from original schedules; telephone call to J. Hutchins regarding same; fax 12/20/00 transcript to J. Hutchins | 67.50 |
| 01/22/01 | J. C. Hutchins | 0.20 | Review docket, miscellaneous pleadings, review and analyze complete Shaw settlement agreement and schedules. | 66.00 |
| 01/23/01 | J. C. Hutchins | 0.40 | Review and analyze docket, Shaw settlement agreement | 132.00 |

# Kirkpatrick & Lockhart LLP

| 01/25/01 | J. C. Hutchins | 0.20 | Review and analyze docket; review and analyze proposed settlement of claims regarding environmental waste | 66.00 |
|---|---|---|---|---|
| 01/26/01 | J. C. Hutchins | 0.30 | Review and analyze docket; review and analyze settlement agreement | 99.00 |
| 01/29/01 | J. C. Hutchins | 0.30 | Review and analyze docket; review facsimile from Bokhari; review and analyze settlement agreement | 99.00 |
| 01/30/01 | J. C. Hutchins | 0.30 | Review and analyze docket, miscellaneous pleadings, review facsimile from A. Bokhari | 99.00 |
| 01/31/01 | J. C. Hutchins | 0.10 | Review and analyze docket | 33.00 |
| | | TOTAL FEES | $ | 4,804.50 |

| J. C. Hutchins | 13.70 hrs at $ 330/ hr | $4,521.00 |
|---|---|---|
| K. A. Serrao | 2.10 hrs at $ 135/ hr | $283.50 |
| | TOTAL FEES | 15.80 hrs | $ 4,804.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 5.46 |
| Facsimile | 57.75 |
| Copying Expense | 57.24 |
| DISBURSEMENTS & OTHER CHARGES | $ 120.45 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 4,804.50 |
| Disbursements and Other Charges | $ | 120.45 |
| **CURRENT INVOICE DUE** | $ | **4,924.95** |
| Prior Outstanding Invoices * | $ | 12,960.33 |
| **TOTAL AMOUNT DUE** | $ | **17,885.28** |

* Does not include payments received after 02/07/01

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     950710
**Client No.:**     0508830.0901

Tax Identification Number 25 0921018

Re:     Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
February 28, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ..................................................................$   4,873.50

Disbursements and Other Charges...........................................................................$     236.24

**CURRENT INVOICE** ...............................................................................................$   **5,109.74**

Prior Outstanding Invoices........................................................................................$   9,785.52

**TOTAL AMOUNT DUE** ...........................................................................................$   **14,895.26**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| Our File Number | : | 0508830.0901 |
| Invoice | : | 950710 |
| Services Through | : | February 28, 2001 |

Tax Identification Number 25 0921018

**Guaranty Matter**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/01/01 | J. C. Hutchins | 1.30 | Review and analyze Clifford Chance and Speechly Bircham correspondence regarding oil and gas letter of credits and injunction; review and analyze cure claim and proof of claim; prepare and send e-mail to A. Bokhari; telephone call to K. Serrao | 429.00 |
| 02/02/01 | J. C. Hutchins | 2.80 | Review and analyze docket; telephone conference with K. Serrao; review and analyze Stone &Webster Omnibus objection to claims bounced by Shaw; review and analyze settlement agreement and all exhibits; review and analyze financial statements in detail; review and analyze exhibits to debtor omnibus objection; prepare and send e-mail to A. Bokhari (x3); telephone conference with A. Bokhari | 924.00 |
| 02/02/01 | K. A. Serrao | 0.50 | Pacer search for updated docket; review same; phone calls with J. Hutchins and Parcels regarding request for pleading | 67.50 |

**Kirkpatrick & Lockhart** LLP

| 02/05/01 | J. C. Hutchins | 2.30 | Receive and review e-mail from A. Bokhari; review and analyze docket; review and analyze Shaw omnibus objection to claims and exhibits; telephone conference with K. Serrao; prepare and send e-mail to A. Bokhari | 759.00 |
|---|---|---|---|---|
| 02/06/01 | J. C. Hutchins | 1.50 | Review and analyze A. Bokhari; review facsimile from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze docket; review and analyze letters from Clifford Chance and Speechly Birsham regarding UCC claims; draft response to Speechly; revise and edit same; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings regarding special counsel | 495.00 |
| 02/07/01 | J. C. Hutchins | 0.40 | Review facsimile from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze docket, miscellaneous pleadings | 132.00 |
| 02/08/01 | J. C. Hutchins | 0.30 | Review and analyze docket entries, miscellaneous pleadings | 99.00 |
| 02/09/01 | J. C. Hutchins | 0.60 | Receive and review e-mail from A. Bokhari; review and analyze Shaw settlement agreement and order regarding payment; review and analyze docket; conference with M. Stuart regarding getting copy of amendment to Shaw objections; prepare and send correspondence to Speechly Bircham | 198.00 |
| 02/12/01 | J. C. Hutchins | 1.00 | Receive and review e-mail from A. Bokhari; review and analyze docket; telephone conferences with regarding Shaw amendment to schedules to objection; review and analyze miscellaneous pleadings; telephone call to W. Bowden | 330.00 |
| 02/13/01 | J. C. Hutchins | 0.80 | Telephone call from W. Bowden; review and analyze docket; review and analyze Shaw amendment of schedules to Omnibus objection to claims; telephone call to W. Bowden; review and analyze miscellaneous pleadings | 264.00 |

# Kirkpatrick & Lockhart LLP

| 02/14/01 | J. C. Hutchins | 0.90 | Review and analyze docket; review and analyze miscellaneous pleadings regarding Stone & Webster; prepare and send e-mail to A. Bokhari; telephone conference with A. Bokhari | 297.00 |
|---|---|---|---|---|
| 02/15/01 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 66.00 |
| 02/20/01 | K. A. Serrao | 0.30 | Email from M. Stuart requesting pleading; phone call to Parcels regarding same; review pleading and fax to M. Stuart | 40.50 |
| 02/22/01 | J. C. Hutchins | 0.20 | Telephone call to B. Bowden; review and analyze docket and miscellaneous pleadings | 66.00 |
| 02/23/01 | J. C. Hutchins | 0.80 | Telephone call to B. Bowden (Shaw); telephone call to B. Bowden; telephone conference with B. Bowden; prepare and send e-mail to A. Bokhari; review and analyze docket | 264.00 |
| 02/26/01 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; telephone conference with A. Bokhari; telephone call to J. Smith | 132.00 |
| 02/26/01 | K. A. Serrao | 0.10 | Emails and phone calls with Parcel's and J. Hutchins regarding request for Stone & Webster pleadings | 13.50 |
| 02/27/01 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari | 132.00 |
| 02/28/01 | J. C. Hutchins | 0.50 | Telephone conference with A. Bokhari; receive and review e-mail from A. Bokhari; review and analyze docket | 165.00 |

|  |  |  | TOTAL FEES | $ | 4,873.50 |
|---|---|---|---|---|---|

| J. C. Hutchins | 14.40 hrs at $ 330/ hr | $4,752.00 |
|---|---|---|
| K. A. Serrao | 0.90 hrs at $ 135/ hr | $121.50 |
|  | TOTAL FEES    15.30 hrs | $    4,873.50 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 1.35 |
| Facsimile | 15.75 |
| Copying Expense | 0.54 |
| Copying Expense (Outside Off.) | 14.40 |
| Long Distance Courier | 11.70 |
| Charge for Transcripts | 192.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 236.24 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 4,873.50 |
| Disbursements and Other Charges | $ | 236.24 |
| **CURRENT INVOICE DUE** | $ | **5,109.74** |
| Prior Outstanding Invoices [*] | $ | 9,785.52 |
| **TOTAL AMOUNT DUE** | $ | **14,895.26** |

* Does not include payments received after 03/19/01.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/05/2001 | Hutchins, J. C. | .30 | Review and revise docket updates; miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/07/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 03/08/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 03/12/2001 | Hutchins, J. C. | .80 | Telephone call to J. Smith; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari; prepare memorandum to A. Bokhari | 264.00 |
| 03/13/2001 | Hutchins, J. C. | 1.60 | Telephone call from A. Bokhari; review and analyze pleadings regarding Shaw Group objections, response to objections; prepare and send e-mail to A. Bokhari; review and analyze docket, miscellaneous pleadings | 528.00 |
| 03/14/2001 | Hutchins, J. C. | .20 | Review and analyze docket; miscellaneous pleadings | 66.00 |
| 03/15/2001 | Hutchins, J. C. | .10 | Review and analyze miscellaneous pleadings, docket | 33.00 |
| 03/16/2001 | Hutchins, J. C. | .30 | Review and analyze docket, miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/19/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/20/2001 | Hutchins, J. C. | 1.10 | Review facsimile from A. Bokhari; telephone conference with J. Smith (x2); telephone conference with A. Bokhari; prepare demand letter; telephone call to B. Allensworth | 363.00 |
| 03/21/2001 | Hutchins, J. C. | .60 | Work on demand letter; review and analyze docket; review and analyze pleadings; review objections to claims | 198.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

| | | | | |
|---|---|---|---|---|
| 03/21/2001 | Rich, J. | .40 | Telephone J. Hutchins regarding creditors' issues regarding recovering claim in Bankruptcy Court | 160.00 |
| 03/22/2001 | Hutchins, J. C. | .40 | Review and analyze letter agreement regarding deadline for objections | 132.00 |
| 03/23/2001 | Hutchins, J. C. | .70 | Work on demand letter | 231.00 |
| 03/26/2001 | Hutchins, J. C. | 3.10 | Telephone conference with A. Bokhari; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari and C. Jebeyli; revise and edit demand letter; review and analyze purchase and sale agreement, schedules, cure claim, records regarding objections; proofread and review letter; prepare and send e-mail to A. Bokhari and C. Jebeyli | 1023.00 |
| 03/27/2001 | Hutchins, J. C. | 1.90 | Receive and review e-mail from A. Bokhari (x2); receive and review e-mail from C. Jebeyli (x2); revise and edit demand letter; conference with B. Allensworth; revise and edit demand letter; review and analyze cure claim, purchase and sale agreement and 12/27 letter agreement; prepare and send correspondence to Shaw Group and counsel; telephone call to A. Landis; telephone call to L. McGowan; telephone conference with Landis; prepare and send e-mail to Landis; telephone conference with McGowan | 627.00 |
| 03/28/2001 | Hutchins, J. C. | 1.50 | Telephone call to A. Landis; telephone conference with L. McGowan; telephone call from C. Sanchi; telephone call to C. Sanchi; telephone call from C. Sanchi; telephone call to C. Sanchi; prepare and send e-mail to A. Bokhari and C. Jebeyli; review and analyze relevant documents | 495.00 |
| 03/29/2001 | Hutchins, J. C. | 1.70 | Review and analyze schedules regarding assumed contracts, excluded contracts, assumed liabilities; prepare letter to C. Sanchi | 561.00 |
| 03/30/2001 | Hutchins, J. C. | 1.40 | Docket update; review and analyze records regarding objections per 12/27 agreement; telephone call to A. Landis; telephone call to | 462.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

---

creditors' committee member; prepare and send facsimile to C. Sanchi; telephone call to C. Sanchi

|  | | | | | |
|---|---|---|---|---|---|
| TOTAL FEES | | | | | <u>$5,572.00</u> |

| | | | | | |
|---|---|---|---|---|---|
| J. Rich | 0.4 | hrs. | @$400  $/hr | = | 160.00 |
| J. C. Hutchins | 16.4 | hrs. | @$330  $/hr | = | 5,412.00 |

| | |
|---|---|
| *TOTAL FEES* | <u>$5,572.00</u> |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 6.75 |
| Copying Expense | 4.50 |
| Long Distance Courier | 18.72 |
| DISBURSEMENTS & OTHER CHARGES | <u>$ 29.97</u> |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **967640**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
April 30, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$    4,534.50

Disbursements and Other Charges .........................................................................$    12.09

**CURRENT INVOICE** ...............................................................................................$    **4,546.59**

Prior Outstanding Invoices....................................................................................$    5,601.97

**TOTAL AMOUNT DUE**...........................................................................................$  **10,148.56**

BOS-399960 v1 0950000-102

**BOSTON · HARRISBURG · LOS ANGELES · MIAMI · NEW YORK · PITTSBURGH · SAN FRANCISCO · WASHINGTON**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:    967640
Services Through: April 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 04/02/2001 | Hutchins, J. C. | .90 | Review and analyze docket updates; telephone call to A. Landis for creditors' committee information; review and analyze motions to compel performance by Shaw; receive and review e-mail from A. Landis; prepare and send e-mail to A. Bokhari. | 297.00 |
| 04/03/2001 | Hutchins, J. C. | 1.20 | Review and analyze docket sheet, miscellaneous pleadings; prepare information for motion to compel; receive and review e-mail from A. Landis. | 396.00 |
| 04/04/2001 | Hutchins, J. C. | .20 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to Allensworth; review and analyze docket and miscellaneous pleadings. | 66.00 |
| 04/05/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings and docket; receive and review e-mail from A. Bokhari; prepare and send e-mail to B. Allensworth. | 165.00 |
| 04/06/2001 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; outline memorandum. | 132.00 |
| 04/09/2001 | Serrao, K. A. | .10 | Obtain copy of pleading for J. Hutchins | 13.50 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   967640
Services Through: April 30, 2001
Page 3

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 04/09/2001 | Hutchins, J. C. | 1.40 | Review and analyze docket; outline motion to compel; telephone conference with A. Bokhari and S. Mecklendorf regarding pursuing cure claim; prepare and send e-mail to K. Serrao. | 462.00 |
| 04/10/2001 | Hutchins, J. C. | .80 | Review and analyze docket, miscellaneous pleadings; prepare motion to compel. | 264.00 |
| 04/11/2001 | Hutchins, J. C. | .70 | Review and analyze docket; prepare and send e-mail to Serrao; review and analyze documents for motion to compel; telephone conference with J. Rich. | 231.00 |
| 04/12/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; draft motion to compel. | 165.00 |
| 04/13/2001 | Hutchins, J. C. | .70 | Draft motion to compel. | 231.00 |
| 04/16/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari. | 165.00 |
| 04/17/2001 | Hutchins, J. C. | .30 | Draft motion to compel. | 99.00 |
| 04/18/2001 | Hutchins, J. C. | .40 | Review and analyze information from A. Bokhari; prepare motion to compel; telephone conference with A. Bokhari. | 132.00 |
| 04/19/2001 | Hutchins, J. C. | 1.40 | Review and analyze docket; review and analyze fee applications; revise and edit motion to compel. | 462.00 |
| 04/20/2001 | Hutchins, J. C. | .90 | Revise and edit motion to compel; review and analyze miscellaneous pleadings; review and analyze Shaw 2d Omnibus Objection. | 297.00 |
| 04/21/2001 | Hutchins, J. C. | .30 | Receive and review e-mail from A. Bokhari; review and analyze Shaw Second Omnibus Objection. | 99.00 |
| 04/23/2001 | Hutchins, J. C. | .80 | Re A. Bokhari; review and analyze Shaw motion; adapt Motion to Compel; review and analyze docket; prepare and send e-mail to K. Serrao; prepare and send e-mail to A. Bokhari regarding objection. | 264.00 |
| 04/24/2001 | Hutchins, J. C. | .30 | Review and analyze docket; review and analyze miscellaneous | 99.00 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:    967640
Services Through: April 30, 2001
Page 4

| | | | | |
|---|---|---|---|---|
| | | | pleadings; receive and review e-mail from A. Bokhari. | |
| 04/25/2001 | Hutchins, J. C. | .70 | Receive and review e-mail from A. Bokhari; receive and review e-mail from C. Jebeyli; review and analyze miscellaneous pleadings; review and analyze docket. | 231.00 |
| 04/30/2001 | Hutchins, J. C. | .80 | Receive and review e-mail from K. Serrao; review and analyze dockets; review and analyze miscellaneous pleadings; telephone conference with A. Bokhari. | 264.00 |

TOTAL FEES                                                                    $4,534.50

| | | | | | | |
|---|---|---|---|---|---|---|
| J. C. Hutchins | | 13.7 | hrs. | @$330 $/hr | = | 4,521.00 |
| K. A. Serrao | | 0.1 | hrs. | @$135 $/hr | = | 13.50 |

TOTAL FEES                                                                    $4,534.50

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 9.75 |
| Copying Expense | 2.34 |

DISBURSEMENTS & OTHER CHARGES                          $ 12.09

CURRENT INVOICE DUE                                          $4,546.59

PAST DUE INVOICE                                               $5,601.97

TOTAL AMOUNT DUE                                            $10,148.56

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     976430
**Client No.:**      0508830.0901

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................................$   8,177.50

Disbursements and Other Charges...............................................................$     188.33

**CURRENT INVOICE** ...............................................................$   8,365.83

Prior Outstanding Invoices...............................................................$   4,546.59

**TOTAL AMOUNT DUE**...............................................................$  12,912.42

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001

Guaranty Matter

Tax Identification Number 25 0921018

| | | | | | | |
|---|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 23.2 | hrs. | @$330 $/hr | = | 7,656.00 |
| Partner | J. Rich | 0.3 | hrs. | @$400 $/hr | = | 120.00 |
| Partner | A. L. Swope | 0.1 | hrs. | @$235 $/hr | = | 23.50 |
| Legal Assistant | K. A. Serrao | 2.8 | hrs. | @$135 $/hr | = | 378.00 |
| | Total | 26.4 | | | | $8,177.50 |

| | |
|---|---|
| Disbursements | $ 188.33 |
| TOTAL of BILL | $8,365.83 |
| Previously Billed & Outstanding | $4,546.59 |
| TOTAL DUE | $12,912.42 |

BOSTON ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:     976430
Services Through: May 31, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|------------|-------|-------------|--------|
| 05/01/2001 | Serrao, K. A. | .10 | Order pleading from Parcels and fax same to J. Hutchins | 13.50 |
| 05/01/2001 | Hutchins, J. C. | .40 | Review and analyze docket, miscellaneous pleadings; prepare and send correspondence to K. Serrao; review and analyze MWRA stipulation regarding claim | 132.00 |
| 05/03/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; work on response | 99.00 |
| 05/05/2001 | Hutchins, J. C. | .20 | Telephone conference with A. Bokhari | 66.00 |
| 05/08/2001 | Hutchins, J. C. | 2.90 | Review and analyze P&S Agreement and schedules, letter agreement between Shaw; finish drafting response to objection and motion to compel; research and analyze procedural issues; telephone conference with K. Serrao; review and analyze Shaw's 2d omnibus objection | 957.00 |
| 05/09/2001 | Serrao, K. A. | .30 | Phone call with Trumbull regarding SAMBA claims; email to J. Hutchins regarding same | 40.50 |
| 05/09/2001 | Hutchins, J. C. | 4.60 | Research and analyze response issues; revise and edit draft response; telephone conference with J. Rich regarding Delaware | 1518.00 |

# Kirkpatrick & Lockhart LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:    976430
Services Through: May 31, 2001
Page 3

---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | appearance; telephone conference with G. Cheever; telephone conference with A. Swope; receive and review e-mail from A. Bokhari; revise and edit response to objection; telephone conference with A. Bokhari; proofread and review response; prepare and send e-mail to A. Bokhari et al; revise and edit response; telephone conference with F. Monaco regarding pro hac vice local counsel; receive and review e-mail from K. Serrao; prepare and send e-mail to Serrao; telephone call to K. Serrao | |
| 05/09/2001 | Swope, A. L. | .10 | Telephone call with J. Hutchins | 23.50 |
| 05/09/2001 | Rich, J. | .30 | Telephone J. Hutchins regarding procedural questions in resolution of claim through bankruptcy | 120.00 |
| 05/10/2001 | Serrao, K. A. | 2.40 | Phone calls, emails and conference calls with Trumbull Services and J. Hutchins regarding clarification of clerical error in processing SAMBA's cure claim; draft affidavit for Trumbull and fax same to Trumbull; review faxed copies of claim information | 324.00 |
| 05/10/2001 | Hutchins, J. C. | 2.10 | Telephone conference with K. Serrao; receive and review e-mail from K. Serrao; revise and edit affidavit to be submitted to Trumbull; prepare and send e-mail to K. Serrao; telephone conference with K. Serrao and Trumbull clerks; review facsimile from Trumbull, K. Serrao; prepare and send e-mail to A. Bokhari; revise and edit response to opposition | 693.00 |
| 05/11/2001 | Hutchins, J. C. | 2.10 | Revise and edit response to objection regarding Trumbull mistakes; proofread and review same; receive and review e-mail | 693.00 |

**Kirkpatrick & Lockhart LLP**

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | from A. Bokhari; prepare and send e-mail to A. Bokhari; revise and edit response; prepare and send e-mail to A. Bokhari et al; prepare certificate of service and transmittal letter; prepare memorandum to B. Allensworth |  |
| 05/13/2001 | Hutchins, J. C. | .50 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari | 165.00 |
| 05/14/2001 | Hutchins, J. C. | .90 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings, docket update; proofread and review response; file response to objection; review and analyze statement regarding balance owed by S&W | 297.00 |
| 05/15/2001 | Hutchins, J. C. | 1.10 | Review and analyze miscellaneous pleadings; prepare information package for local counsel; review and analyze filing confirmation; prepare and send e-mail to A. Bokhari; review and analyze background information from A. Bokhari; prepare and send facsimile to A. Bokhari | 363.00 |
| 05/16/2001 | Hutchins, J. C. | 1.60 | Telephone conference with A. Bokhari, C. Jebeyli; telephone conference with F. Monaco; prepare and send e-mail to F. Monaco; prepare document package; prepare and send e-mail to F. Monaco | 528.00 |
| 05/17/2001 | Hutchins, J. C. | 1.10 | Telephone conference with F. Monaco; prepare and send e-mail to F. Monaco; review and analyze miscellaneous pleadings; analyze records regarding claim classification | 363.00 |

# Kirkpatrick & Lockhart LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 5

| | | | | |
|---|---|---|---|---|
| 05/18/2001 | Hutchins, J. C. | .70 | Telephone call to F. Monaco; receive and review e-mail from F. Monaco; review and analyze docket; prepare for hearing; telephone conference with F. Monaco's office; receive and review e-mail from F. Monaco regarding hearing rescheduled | 231.00 |
| 05/21/2001 | Hutchins, J. C. | 1.70 | Review and analyze docket entries; review and analyze agenda for 5/22 hearing; prepare pro hac vice motion; prepare and send correspondence to F. Monaco; receive and review e-mail from A. Bokhari; review facsimile from A. Bokhari; review and analyze preference claim letter; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari regarding preference claim | 561.00 |
| 05/22/2001 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari; analyze preference demand letter | 264.00 |
| 05/23/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 05/24/2001 | Hutchins, J. C. | .30 | Review and analyze Credit Committee's objections to Shaw objection; receive and review e-mail from A. Bokhari to Shadden; review and analyze docket updates | 99.00 |
| 05/25/2001 | Hutchins, J. C. | .90 | Attention to file maintenance; prepare letter to A. Bokhari regarding litigation; review and analyze preference discovery issues | 297.00 |
| 05/29/2001 | Hutchins, J. C. | .50 | Work on litigation analysis | 165.00 |
| 05/31/2001 | Hutchins, J. C. | .30 | Review and analyze docket update; review and analyze pleadings regarding various objections | 99.00 |

TOTAL FEES                                         $8,177.50

# Kirkpatrick & Lockhart LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:    976430
Services Through: May 31, 2001
Page 6

| | | | | | |
|---|---|---|---|---|---:|
| J. C. Hutchins | 23.2 | hrs. | @$330 $/hr | = | 7,656.00 |
| J. Rich | 0.3 | hrs. | @$400 $/hr | = | 120.00 |
| K. A. Serrao | 2.8 | hrs. | @$135 $/hr | = | 378.00 |
| A. L. Swope | 0.1 | hrs. | @$235 $/hr | = | 23.50 |

**TOTAL FEES**             **$8,177.50**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 6.08 |
| Facsimile | 40.50 |
| Copying Expense | 56.88 |
| Copying Expense (Outside | 26.86 |
| Word Processing | 37.41 |
| Long Distance Courier | 20.60 |

| | |
|---|---:|
| DISBURSEMENTS & OTHER CHARGES | $ 188.33 |
| **CURRENT INVOICE DUE** | **$8,365.83** |
| PAST DUE INVOICE | **$4,546.59** |
| **TOTAL AMOUNT DUE** | **$12,912.42** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    984389
**Client No.:**    0508830.0901

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
June 30, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$   3,234.00

Disbursements and Other Charges..........................................................................$       99.69

**CURRENT INVOICE** ............................................................................................$   3,333.69

Prior Outstanding Invoices......................................................................................$   8,365.83

**TOTAL AMOUNT DUE**.........................................................................................$  11,699.52

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

| Partner | J. C. Hutchins | 9.8  hrs. | @$330 $/hr | = | 3,234.00 |
|---|---|---|---|---|---|
| | Total | 9.8 | | | $3,234.00 |

| | |
|---|---|
| Disbursements | $ 99.69 |
| TOTAL of BILL | $3,333.69 |
| Previously Billed & Outstanding | $8,365.83 |
| TOTAL DUE | $11,699.52 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|------------|-------|-------------|--------|
| 06/01/2001 | Hutchins, J. C. | .10 | Review and analyze docket; review and analyze miscellaneous pleadings | 33.00 |
| 06/07/2001 | Hutchins, J. C. | 1.20 | Review and analyze miscellaneous pleadings; review and analyze orders regarding expunging claims; review and analyze notices regarding postponement of hearings regarding disputed claims | 396.00 |
| 06/08/2001 | Hutchins, J. C. | 1.00 | Review and analyze miscellaneous pleadings, orders on Shaw objections to claim, rescheduling of hearing and docket entries; telephone conference with A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze preference claim | 330.00 |
| 06/11/2001 | Hutchins, J. C. | 1.00 | Review and analyze miscellaneous pleadings; review and analyze preference demand; prepare and send correspondence to Shaw's counsel | 330.00 |
| 06/13/2001 | Hutchins, J. C. | .70 | Review facsimile from A. Bokhari; review and analyze preference demand; prepare and send correspondence to Skadden Arp; prepare and send facsimile to A. | 231.00 |

# Kirkpatrick & Lockhart LLP

July 20, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001
Page 3

---

| | | | | |
|---|---|---|---|---|
| | | | Bokhari | |
| 06/14/2001 | Hutchins, J. C. | .40 | Review and analyze docket, miscellaneous pleadings, preference complaint | 132.00 |
| 06/15/2001 | Hutchins, J. C. | .80 | Review facsimile from A. Bokhari; review and analyze notices and pleadings from Shaw Group regarding objections to claims; review correspondence from F. Monaco regarding notice, hearing date; telephone call to F. Monaco regarding Shaw; telephone conference with Monaco regarding Sontchi | 264.00 |
| 06/18/2001 | Hutchins, J. C. | .40 | Review facsimile from A. Bokhari; review and analyze loan repayments information; review and analyze docket updates; review correspondence from Skadden Arps; prepare list of information needed regarding preference claim | 132.00 |
| 06/19/2001 | Hutchins, J. C. | .20 | Review and analyze docket updates, miscellaneous pleadings. | 66.00 |
| 06/21/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings, docket update; telephone conference with F. Monaco. | 99.00 |
| 06/22/2001 | Hutchins, J. C. | .40 | Review notice from Creditor's Committee regarding committee objections to claims (not SAMBA); review preference information. | 132.00 |
| 06/25/2001 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings. | 132.00 |
| 06/26/2001 | Hutchins, J. C. | .30 | Receive and review e-mail from F. Monoco; telephone call to F. Monoco. | 99.00 |
| 06/27/2001 | Hutchins, J. C. | 1.60 | Review facsimile from Bokhari; review and analyze preference issues; prepare and send e-mail to A. Bokhari; telephone call to C. Sontchi; review and analyze docket; review and analyze motion to compromise claims | 528.00 |
| 06/28/2001 | Hutchins, J. C. | .70 | Review and analyze Objection of | 231.00 |

**Kirkpatrick & Lockhart LLP**

July 20, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001
Page 4

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2001 | Hutchins, J. C. | | .30 | Creditors Committee to claims (not SAMBA's); review and analyze docket updates; review and analyze preference letter. Review and analyze miscellaneous pleadings. | 99.00 |

TOTAL FEES                                     $3,234.00

J. C. Hutchins                         9.8  hrs.   @$330 $/hr    =        3,234.00

**TOTAL FEES**                                   **$3,234.00**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 6.75 |
| Copying Expense | 3.78 |
| Employee Overtime | 16.00 |
| Long Distance Courier | 73.16 |
| DISBURSEMENTS & OTHER CHARGES | $ 99.69 |
| **CURRENT INVOICE DUE** | **$3,333.69** |
| PAST DUE INVOICE | **$8,365.83** |
| **TOTAL AMOUNT DUE** | **$11,699.52** |