

**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 03/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/01/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates, discovery documents; conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld to Jebeyli and Bokhari (status report). | 136.00 |
| 03/01/2002 | Rosenfeld, D. E. | 7.40 | Prepare discovery responses; prepare discovery requests; telephone conference with G. Rubin regarding depositions and scheduling issues | 1961.00 |
| 03/01/2002 | Abbott, A. B. | 7.00 | Draft responses to Debtors' request for admissions; research regarding preferential transfers | 980.00 |
| 03/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/04/2002 | Hutchins, J. C. | .20 | Receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld; receive and review e-mail from docket update. | 68.00 |
| 03/04/2002 | Rosenfeld, D. E. | 8.80 | Prepare discovery responses; respond to S. Jenkins letter; review further discovery responses; prepare trial strategy | 2332.00 |
| 03/04/2002 | Abbott, A. B. | 6.40 | Draft answers to Debtors' request for admissions; draft supplemental | 896.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 4

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| | | | answers to Shaw's request for admissions | |
| 03/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/05/2002 | Hutchins, J. C. | .30 | Review and analyze docket update; conference with D. Rosenfeld regarding litigation strategy regarding discovery and trial. | 102.00 |
| 03/05/2002 | Rosenfeld, D. E. | 5.10 | Telephone conferences with all counsel; draft letters to all counsel; prepare discovery responses and requests | 1351.50 |
| 03/05/2002 | Abbott, A. B. | 9.00 | Conference with D. Rosenfeld regarding discovery issues; draft responses to Debtors' second set of interrogatories | 1260.00 |
| 03/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/06/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld; review and analyze docket updates. | 136.00 |
| 03/06/2002 | Rosenfeld, D. E. | 8.20 | Prepare discovery responses; legal research concerning preference issues | 2173.00 |
| 03/06/2002 | Abbott, A. B. | 8.20 | Meeting with D. Rosenfeld regarding Debtors' discovery responses, Shaw's outstanding discovery responses and SAMBA's supplemental responses; draft letter to Debtor and Shaw regarding same; draft responses to Debtors' second set of interrogatories | 1148.00 |
| 03/06/2002 | Cook, T. M. | .90 | Work on document index | 90.00 |
| 03/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/07/2002 | Hutchins, J. C. | 1.00 | Conference with D. Rosenfeld regarding discovery; telephone conference with E. Meehan regarding S&W responses and Rosenfeld letter; telephone conference with D. Rosenfeld; conference with D. Rosenfeld; review and analyze correspondence from D. Rosenfeld to Skadden; | 340.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| | | | review correspondence from D. Rosenfeld to Ashby Geddes; review and analyze docket updates. | |
| 03/07/2002 | Rosenfeld, D. E. | 2.20 | Prepare discovery responses and telephone conference with G. Rubin and K. Mangan | 583.00 |
| 03/07/2002 | Abbott, A. B. | 7.50 | Draft responses to Debtors' second set of interrogatories; draft memo regarding outstanding factual issues needed for discovery responses; draft supplemental answers to Shaw's request for admissions | 1050.00 |
| 03/07/2002 | Cook, T. M. | 3.40 | Work on document index | 340.00 |
| 03/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/08/2002 | Rosenfeld, D. E. | 6.30 | Telephone conferences with E. Meehan and S. Jenkins regarding depositions concerning discovery issues; prepare letter concerning discovery issues; prepare defenses to preference claims | 1669.50 |
| 03/08/2002 | Cahill, R. | .30 | Worked on numbering privilege documents | 40.50 |
| 03/08/2002 | Abbott, A. B. | 7.00 | Analyze BS&W's bank account records; draft responses to Debtors' second request for interrogatories; draft letter regarding outstanding factual issues | 980.00 |
| 03/08/2002 | Cook, T. M. | 1.30 | Work on document production index | 130.00 |
| 03/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/11/2002 | Hutchins, J. C. | .20 | Receive and review e-mail from A. Bokhari; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to A. Bokhari, C. Jebeyli and D. Rosenfeld regarding conference call. | 68.00 |
| 03/11/2002 | Rosenfeld, D. E. | 6.30 | Telephone conferences with E. Meehan and S. Jenkins concerning discovery issues; review discovery responses of Shaw; prepare responsive pleadings and discovery | 1669.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1055370
Services Through: March 31, 2002
Page 6

---

| | | | | |
|---|---|---|---|---|
| | | | responses | |
| 03/11/2002 | Abbott, A. B. | 7.90 | Review pleadings and discovery responses to determine topics for deposition of Stone & Webster and Shaw; review Shaw's discovery responses; revise responses to Debtors' second set of interrogatories | 1106.00 |
| 03/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/12/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from D. Rosenfeld (x2); receive and review e-mail from A. Bokhari regarding discovery matters (answers to D. Rosenfeld inquiries); receive and review e-mail from S. Ali (VISA request). | 136.00 |
| 03/12/2002 | Rosenfeld, D. E. | 8.90 | Telephone conference with C. Jebeyli; A. Bokhari and S. Ali; conference with A. Abbott; prepare discovery responses; prepare deposition notice; review documents | 2358.50 |
| 03/12/2002 | Abbott, A. B. | 7.90 | Conference call with D. Rosenfeld, S. Ali, C. Jebeyli, A. Bokhari; draft order for partial judgment on the pleadings; draft responses to request for admissions; meeting with D. Rosenfeld regarding settlement of preference action | 1106.00 |
| 03/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/13/2002 | Hutchins, J. C. | 1.40 | Receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld regarding offer from S&W; review and analyze docket updates and miscellaneous pleadings; review and analyze Shaw responses to discovery requests; conference with D. Rosenfeld; review and analyze draft letter to C. Jebeyli; revise and edit draft letter. | 476.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1055370
Services Through: March 31, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| 03/13/2002 | Rosenfeld, D. E. | 8.20 | Review documents received from Stone & Webster; telephone conferences with E. Meehan regarding settlement; telephone conference with C. Jebeyli concerning settlement proposal; prepare letter to C. Jebeyli concerning settlement proposal; conference with J. Hutchins regarding settlement proposal | 2173.00 |
| 03/13/2002 | Abbott, A. B. | 7.00 | Review and analyze documents produced by Stone & Webster; draft responses to Debtors' second set of interrogatories | 980.00 |
| 03/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/14/2002 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze agenda information; review correspondence from D. Rosenfeld to C. Jebeyli regarding SWEC offer. | 238.00 |
| 03/14/2002 | Rosenfeld, D. E. | 12.60 | Travel to; prepare for and attend pretrial hearing with J. McKelvie in US District Court (Delaware) | 3339.00 |
| 03/14/2002 | Abbott, A. B. | 4.30 | Prepare privilege log for privileged documents; analyze bank transactions and payments associated with funding letter | 602.00 |
| 03/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/15/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding results of 3/14 pre-trial conference; review correspondence from D. Rosenfeld to A. Bokhari and A. Bokhari responses; review and analyze Shaw responses to discovery. | 238.00 |
| 03/15/2002 | Rosenfeld, D. E. | 7.10 | Document review; prepare letter to E. Meehan concerning discovery issues; telephone conferences with E. Meehan; prepare letter to US Embassy concerning S. Ali | 1881.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 8

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 03/15/2002 | Abbott, A. B. | 1.50 | Review documents to determine deposition topics and deponents; draft memo regarding same | 210.00 |
| 03/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/18/2002 | Hutchins, J. C. | 1.80 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; receive and review e-mail from D. Rosenfeld to C. Jebeyli (x2); review and analyze D. Rosenfeld draft response to requests for admissions to S&W; revise and edit same; conference with D. Rosenfeld regarding same; review and analyze equity holders disclosure statement for amended plan; review and analyze debtor's disclosure statement for amended plan of reorganization; conference with D. Rosenfeld regarding A.S. Bugsham claim, debtor objection and response. | 612.00 |
| 03/18/2002 | Rosenfeld, D. E. | 6.80 | Revise and edit discovery responses; prepare letter concerning deposition topics to E. Meehan; telephone conferences with E. Meehan and S. Jenkins regarding discovery disputes; review documents; review disclosure statements | 1802.00 |
| 03/18/2002 | Abbott, A. B. | 6.00 | Review and analyze documents produced by Shaw; create index of documents; edit responses to request for admissions | 840.00 |
| 03/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/19/2002 | Hutchins, J. C. | .90 | Conference with D. Rosenfeld regarding Bugsham; review and analyze new disclosure statement by S&W regarding debtor's plan of reorganization; review and analyze | 306.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 9

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | docket updates. | |
| 03/19/2002 | Rosenfeld, D. E. | 3.30 | Review e-mail from C. Jebeyli; telephone conference with C. Jebeyli; telephone conference with E. Meehan; prepare further discovery responses | 874.50 |
| 03/19/2002 | Abbott, A. B. | 8.00 | Draft responses to Debtors' second set of interrogatories; draft supplemental responses to Shaw's request for admissions; review documents produced by Shaw | 1120.00 |
| 03/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/20/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld regarding Bugshan offer; conference call with D. Rosenfeld and C. Jebeyli; review and analyze debtors disclosure statement. | 374.00 |
| 03/20/2002 | Rosenfeld, D. E. | 2.90 | Telephone conference with K. Rabbani and K. Rice regarding Bugshan and settlement issues; telephone conference with E. Meehan regarding settlement issues and scheduling; document review; prepare for depositions; review disclosure statements; conference with J. Hutchins; prepare memo to C. Jebeyli regarding settlement issues; telephone conference with A. Bokhari | 768.50 |
| 03/20/2002 | Abbott, A. B. | 13.00 | Travel to Washington, D.C.; review and analyze documents | 1820.00 |
| 03/20/2002 | Cook, T. M. | 13.00 | Travel to DC for document review at Skadden & Arps; review documents | 1300.00 |
| 03/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/21/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld regarding information regarding Bugshan position, Aramco claims, appeal victory regarding subsidiary, etc; review and analyze | 136.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 10

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | docket updates. | |
| 03/21/2002 | Abbott, A. B. | 9.00 | Review and analyze documents; return travel to Boston, MA | 1260.00 |
| 03/21/2002 | Cook, T. M. | 8.50 | Review documents at Skadden & Arps; travel back to Boston | 850.00 |
| 03/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/22/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding debtor plan of reorganization, dividend, etc. and Bugshan proposal; receive and review e-mail from D. Rosenfeld to C. Jebeyli; review and analyze docket update; receive and review e-mail from D. Rosenfeld to A. Bokhari regarding answers to interrogatories. | 238.00 |
| 03/22/2002 | Rosenfeld, D. E. | 2.10 | Prepare e-mail to client; prepare discovery responses; conference with A. Abbott; conference with J. Hutchins | 556.50 |
| 03/22/2002 | Abbott, A. B. | 7.00 | Meeting with D. Rosenfeld regarding discovery responses and settlement discussions; draft supplemental responses to Shaw's request for admissions; edit answers to Debtors' second set of interrogatories | 980.00 |
| 03/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/25/2002 | Hutchins, J. C. | 1.00 | Receive and review e-mail from C. Jebeyli (x3); receive and review e-mail from A. Bokhari; telephone conference with D. Rosenfeld regarding scheduling and response to Skadden offer; review and analyze creditor committee disclosure statement; conference with D. Rosenfeld; review and analyze docket updates; receive and review e-mail from F. Monaco. | 340.00 |
| 03/25/2002 | Rosenfeld, D. E. | 3.90 | Prepare discovery responses; edit discovery responses; telephone | 1033.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 11

| | | | | |
|---|---|---|---|---|
| | | | conferences with A. Bokhari and C. Jebeyli regarding discovery and settlement; telephone conferences with opposing counsel | |
| 03/25/2002 | Abbott, A. B. | 6.50 | Edit privilege log; meeting with D. Rosenfeld regarding supplemental responses to Shaw's request for admissions and edit same | 910.00 |
| 03/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/26/2002 | Hutchins, J. C. | 1.90 | Review and analyze creditor committee disclosure statement; conference with D. Rosenfeld regarding same; conference with A. Abbott; revise and edit responses to Shaw's 2nd interrogatories; prepare and send e-mail to A. Bokhari; conference with A. Abbott. | 646.00 |
| 03/26/2002 | Rosenfeld, D. E. | 8.50 | Finalize discovery responses; telephone conferences with client (A. Bokhari); telephone conferences with E. Meehan regarding discovery; legal research regarding defenses; prepare for depositions | 2252.50 |
| 03/26/2002 | Cahill, R. | 3.40 | Worked on document production index | 459.00 |
| 03/26/2002 | Abbott, A. B. | 5.50 | Meeting with D. Rosenfeld regarding supplemental response to Shaw's request for admissions; edit and attention to serving same; review documents produced by Debtors | 770.00 |
| 03/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/27/2002 | Rosenfeld, D. E. | 9.40 | Telephone conferences with client; review emails; telephone calls to and from E. Meehan; prepare letters confirming agreements; prepare for depositions; review documents; review disclosure statements; send emails to client | 2491.00 |
| 03/27/2002 | Cahill, R. | 2.60 | Worked on document production | 351.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 12

| | | | | |
|---|---|---|---|---|
| | | | index | |
| 03/27/2002 | Abbott, A. B. | 7.00 | Draft first request for admissions to Shaw; meeting with D. Rosenfeld regarding same; draft motion for summary judgment; review documents to produce to Debtors and Shaw | 980.00 |
| 03/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/28/2002 | Rosenfeld, D. E. | 3.80 | Prepare for depositions | 1007.00 |
| 03/28/2002 | Cahill, R. | 2.10 | Worked on document production index | 283.50 |
| 03/28/2002 | Abbott, A. B. | 8.00 | Draft request for admissions to Shaw; meeting with D. Rosenfeld regarding same; conduct research regarding ordinary course of business defense | 1120.00 |
| 03/28/2002 | Rich, J. | .20 | Review request for info on ordinary course of business and discuss with L. Binder | 85.00 |
| 03/28/2002 | Binder, L. | 1.50 | Review documents for Dan Rosenfeld in Boston on ordinary course of business defense | 427.50 |
| 03/29/2002 | Rosenfeld, D. E. | 7.20 | Review and edit requests for admissions to Shaw; prepare and send correspondence to E. Meehan regarding outstanding discovery issues; review letter from S. Jenkins concerning discovery and location of deposition; review case law concerning ordinary course of business defense | 1908.00 |
| 03/29/2002 | Cahill, R. | 1.60 | Worked on document production index; worked on document production | 216.00 |
| 03/29/2002 | Abbott, A. B. | 3.00 | Draft second set of interrogatories to Shaw; draft and edit request for admissions | 420.00 |
| 03/30/2002 | Rosenfeld, D. E. | 2.80 | Review disclosure statements; review additional documents produced by S&W | 742.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 13

| | | | | |
|---|---|---|---|---|
| TOTAL FEES | | | | $64,797.50 |

| | | | | | |
|---|---|---|---|---|---|
| A. B. Abbott | 146.7 hrs. | @$140 | $/hr | = | 20,538.00 |
| L. Binder | 1.5 hrs. | @$285 | $/hr | = | 427.50 |
| R. Cahill | 10.0 hrs. | @$135 | $/hr | = | 1,350.00 |
| T. M. Cook | 27.1 hrs. | @$100 | $/hr | = | 2,710.00 |
| L. A. Geyer | 2.0 hrs. | @$ 85 | $/hr | = | 170.00 |
| J. C. Hutchins | 13.5 hrs. | @$340 | $/hr | = | 4,590.00 |
| J. Rich | 0.2 hrs. | @$425 | $/hr | = | 85.00 |
| D. E. Rosenfeld | 131.8 hrs. | @$265 | $/hr | = | 34,927.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES** | | | | **$64,797.50** |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 37.46 |
| Facsimile | 33.75 |
| Copying Expense | 289.44 |
| Long Distance Courier | 104.60 |
| Westlaw Research | 96.36 |
| Travel Expenses | 339.44 |
| Transportation Expenses | 60.00 |
| Air Fare | 817.50 |
| Business Meal | 30.71 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $1,809.26 |
| **CURRENT INVOICE DUE** | **$66,606.76** |
| PAST DUE INVOICE | **$44,135.76** |
| **TOTAL AMOUNT DUE** | **$110,742.52** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 04/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/01/2002 | Rosenfeld, D. E. | 5.30 | Prepare requests for admissions | 1404.50 |
| 04/01/2002 | Abbott, A. B. | 1.10 | Prepare documents for production to Shaw and Stone & Webster; attention to serving same | 154.00 |
| 04/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/02/2002 | Rosenfeld, D. E. | 2.80 | Telephone conference with opposing counsel; review emails; prepare for depositions | 742.00 |
| 04/02/2002 | Abbott, A. B. | 8.60 | Review and edit SAMBA's request for admissions directed to Shaw; attention to serving same; analyze case law regarding ordinary course of business defense and draft memo regarding same | 1204.00 |
| 04/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/03/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from D. Rosenfeld (x3); receive and review e-mail from C. Jebeyli (x2); receive and review e-mail from A. Bokhari (x2); conference with D. Rosenfeld regarding settlement offers, strategies, counter offers; conference with B. Allensworth; review and analyze miscellaneous | 374.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1064829
Services Through: April 30, 2002
Page 4

---

| | | | | |
|---|---|---|---|---|
| | | | pleadings and docket updates. | |
| 04/03/2002 | Rosenfeld, D. E. | 5.40 | Revise and edit requests for admissions; prepare for depositions | 1431.00 |
| 04/03/2002 | Abbott, A. B. | 6.50 | Conduct legal research and analyze case law regarding defenses to preference action; draft memo regarding same | 910.00 |
| 04/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/04/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings; prepare for deposition; analysis of Bugshan information; review and analyze requests for admissions to Shaw; revise and edit same; conference with D. Rosenfeld regarding same and claim preparation instruction forms; review and analyze disclosure statements of creditors committee; equity committee and debtor; conference with D. Rosenfeld regarding reorganization and effects on SAMBA. | 612.00 |
| 04/04/2002 | Rosenfeld, D. E. | 9.80 | Prepare for meeting with client; telephone conferences with opposing counsel; draft and revise requests for admissions | 2597.00 |
| 04/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/05/2002 | Hutchins, J. C. | 1.40 | Conference with C. Jebeyli, A. Bokhari, D. Rosenfeld et al; review and analyze docket updates; review and analyze miscellaneous pleadings (equity holders 2d amended plan and disclosure statement). | 476.00 |
| 04/05/2002 | Rosenfeld, D. E. | 10.20 | Prepare for and attend meetings with A. Bokhari and C. Jebeyli; review voice mails; faxes and correspondence | 2703.00 |
| 04/05/2002 | Abbott, A. B. | 10.00 | Attention to filing request for admission directed to Shaw; | 1400.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

| | | | | |
|---|---|---|---|---|
| Chahdan Jebeyli | | | Our File Number: 0508830.0901 | |
| | | | Invoice:  1064829 | |
| | | | Services Through: April 30, 2002 | |
| | | | Page 5 | |

---

| | | | | |
|---|---|---|---|---:|
| | | | conference with D. Rosenfeld, C. Jebeyli and A. Bokhari regarding deposition preparation; review file in preparation for same | |
| 04/07/2002 | Rosenfeld, D. E. | 2.10 | Prepare for depositions | 556.50 |
| 04/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/08/2002 | Hutchins, J. C. | .90 | Conference with C. Jebeyli, A. Bokhari and D. Rosenfeld regarding deposition preparation; conference with D. Rosenfeld et al regarding background to Shaw agreement; review and analyze miscellaneous pleadings. | 306.00 |
| 04/08/2002 | Rosenfeld, D. E. | 8.90 | Meetings with A. Bokhari; C. Jebeyli and A. Abbott for deposition preparation | 2358.50 |
| 04/08/2002 | Abbott, A. B. | 12.00 | Conference with D. Rosenfeld, A. Bokhari and C. Jebeyli regarding deposition preparation; review documents produced by Stone & Webster; prepare deposition outline | 1680.00 |
| 04/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/09/2002 | Hutchins, J. C. | .90 | Conference with D. Rosenfeld; analyze offers; review and analyze documents regarding plans of reorganization and disclosure statements, oppositions to disclosure statements, etc. | 306.00 |
| 04/09/2002 | Rosenfeld, D. E. | 14.20 | Meetings with A. Bokhari; C. Jebeyli; travel to Delaware; meetings with A. Abbott; prepare for deposition of J. Smith and J. Carroll | 3763.00 |
| 04/09/2002 | Abbott, A. B. | 12.00 | Conference with D. Rosenfeld, A. Bokhari and C. Jebeyli regarding deposition preparation; travel from Boston to Wilmington, DE; review and prepare documents for deposition | 1680.00 |
| 04/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1064829
Services Through: April 30, 2002
Page 6

---

| 04/10/2002 | Hutchins, J. C. | .80 | Review and analyze pleading regarding objections to disclosure statements and plans; telephone conference with D. Rosenfeld regarding deposition of Carroll and Smith and issue of Saudi law raised by Meehan regarding preference. | 272.00 |
| 04/10/2002 | Rosenfeld, D. E. | 13.50 | Prepare for and attend deposition of J. Smith and J. Carroll; travel to New York, New York; meeting with C. Jebeyli and A. Bokhari; review J. Smith deposition transcript | 3577.50 |
| 04/10/2002 | Abbott, A. B. | 11.50 | Attend deposition of J. Smith and J. Carroll; travel from Wilmington, DE to New York | 1610.00 |
| 04/10/2002 | Binder, L. | .30 | Conference with Dan Rosenfeld regarding preference action | 85.50 |
| 04/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/11/2002 | Hutchins, J. C. | .50 | Telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze agenda for hearing. | 170.00 |
| 04/11/2002 | Rosenfeld, D. E. | 15.10 | Meeting with C. Jebeyli and A. Bokhari; attend deposition of A. Bokhari; meeting with E. Meehan regarding settlement; meeting with C. Jebeyli and A. Bokhari for case review; travel to Boston | 4001.50 |
| 04/11/2002 | Abbott, A. B. | 15.30 | Attend deposition of A. Bokhari; travel from New York to Boston | 2142.00 |
| 04/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/12/2002 | Allensworth, R. B. | .40 | Conference with D. Rosenfeld regarding depositions, trial of preference action and settlement discussions | 154.00 |
| 04/12/2002 | Hutchins, J. C. | .80 | Conference with D. Rosenfeld and A. Abbott regarding strategic considerations regarding preference trial, recommendations to client regarding plan of action; review | 272.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 7

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | and analyze miscellaneous pleadings; review and analyze agenda for hearing. | |
| 04/12/2002 | Rosenfeld, D. E. | 7.30 | Meetings with A. Abbott, J. Hutchins and R. B. Allensworth regarding strategy; telephone conference with C. Jebeyli; draft status and recommendation letter | 1934.50 |
| 04/12/2002 | Abbott, A. B. | 5.00 | Review and analyze deposition transcripts; prepare outline of same; meeting with D. Rosenfeld and J. Hutchins regarding status of adversary proceedings | 700.00 |
| 04/13/2002 | Allensworth, R. B. | 2.50 | Review D. Rosenfeld's draft letter to Chahdan and made suggested revisions; telephone conference with D. Rosenfeld regarding same | 962.50 |
| 04/13/2002 | Rosenfeld, D. E. | 9.40 | Draft status and recommendation letter; telephone conference with R. B. Allensworth regarding same; revise and edit status and recommendation letter; trial preparation; draft and send e-mail to C. Jebeyli, Esq. | 2491.00 |
| 04/13/2002 | Abbott, A. B. | .50 | Review D. Rosenfeld's letter to C. Jebeyli | 70.00 |
| 04/14/2002 | Hutchins, J. C. | .80 | Review and analyze draft report letter of Rosenfeld to Chebeyli; review and analyze Allensworth comments; receive and review e-mail from Rosenfeld to Chebeyli and report letter regarding strategy and tactics; prepare and send e-mail to Rosenfeld. | 272.00 |
| 04/14/2002 | Rosenfeld, D. E. | .40 | Prepare trial strategy; draft email to A. Abbott regarding trial preparation | 106.00 |
| 04/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/15/2002 | Allensworth, R. B. | .20 | Telephone conference with D. Rosenfeld regarding C. Jebeyli's email | 77.00 |
| 04/15/2002 | Hutchins, J. C. | 1.60 | Conference with D. Rosenfeld | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 8

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | regarding report letter; review and analyze plans of reorganization and disclosure statements from debtors, from creditors committee and from equity committee; receive and review e-mail from C. Jebeyli; receive and review e-mail from F. Monaco regarding hearing on disclosure statements; review and analyze docket updates. |  |
| 04/15/2002 | Rosenfeld, D. E. | 1.10 | Review email from C. Jebeyli; telephone conferences with A. Abbott, J. Hutchins and R. B. Allensworth; telephone conference with C. Jebeyli | 291.50 |
| 04/15/2002 | Abbott, A. B. | 7.00 | Review deposition transcripts; draft motion in limine to exclude hearsay testimony; review and analyze elements of preference action | 980.00 |
| 04/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/16/2002 | Allensworth, R. B. | .20 | Conference with D. Rosenfeld regarding case status and status of settlement discussions | 77.00 |
| 04/16/2002 | Hutchins, J. C. | .90 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; review and analyze disclosure statements for all three plans regarding treatment of creditors. | 306.00 |
| 04/16/2002 | Rosenfeld, D. E. | 10.40 | Prepare for telephone conference; telephone conference with A. Bokhari; telephone conferences with C. Jebeyli; telephone conference with G. Rubin and Skadden, Arps regarding scheduling; telephone conference with K. Mangan regarding scheduling; telephone conference with clerk of court; prepare findings of fact and conclusions of law; conference with A. Abbott regarding strategy and trial | 2756.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 9

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 04/16/2002 | Abbott, A. B. | 8.50 | preparation Conference with D. Rosenfeld regarding trial preparation; review A. Bokhari's deposition transcript; draft memo regarding relevant testimony for preference action; edit deposition transcript; conduct legal research regarding proof of foreign law | 1190.00 |
| 04/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/17/2002 | Hutchins, J. C. | .60 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding pre-trial and scheduling (x2); review and analyze docket updates; conference with D. Rosenfeld regarding impact of plan regarding preference case and Shaw case. | 204.00 |
| 04/17/2002 | Rosenfeld, D. E. | 7.20 | Prepare for trial; prepare findings of fact and conclusions of law | 1908.00 |
| 04/17/2002 | Abbott, A. B. | 7.50 | Analyze and edit A. Bokhari's deposition transcript; review produced documents for trial preparation | 1050.00 |
| 04/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/18/2002 | Hutchins, J. C. | 1.20 | Conference with A. Abbott; review and analyze D. Rosenfeld draft of agreed order regarding partial judgment regarding preference action; review and analyze Skadden draft; revise and edit both drafts; conference with D. Rosenfeld regarding pretrial conference and judge retirement and impact on cases. | 408.00 |
| 04/18/2002 | Rosenfeld, D. E. | 6.90 | Trial preparation; conference with court; prepare correspondence to clients | 1828.50 |
| 04/18/2002 | Abbott, A. B. | 6.90 | Review documents for trial preparation; revise order granting | 966.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 10

| Date | Name | Hours | Description | Amount |
|------|------|------|-------------|--------|
| | | | partial judgment on pleadings; conference call with Bankruptcy Court regarding trial date; review case law regarding Royal Decrees | |
| 04/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/19/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates. | 68.00 |
| 04/19/2002 | Rosenfeld, D. E. | 6.80 | Prepare correspondence to client; prepare findings of fact and conclusions of law; telephone conference with A. Rovin regarding Saudi law; revise correspondence regarding status to client | 1802.00 |
| 04/19/2002 | Abbott, A. B. | 1.50 | Edit memo regarding A. Bokhari deposition excerpts | 210.00 |
| 04/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/22/2002 | Hutchins, J. C. | .90 | Strategy conference with D. Rosenfeld; receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding settlement strategies; review and analyze miscellaneous pleadings regarding plans and objections to plans. | 306.00 |
| 04/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/23/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous documents; receive and review e-mail from C. Jebeyli regarding Bugshan meeting; conference with D. Rosenfeld regarding settlement offers and counters. | 136.00 |
| 04/23/2002 | Rosenfeld, D. E. | 5.10 | Telephone conferences with C. Jebeyli; prepare settlement options; telephone conference with E. Meehan; prepare discovery strategy for recovery action | 1351.50 |
| 04/23/2002 | Abbott, A. B. | .70 | Meeting with D. Rosenfeld regarding settlement; conference call with D. Rosenfeld and E. Meehan | 98.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 11

| | | | | |
|---|---|---|---|---|
| 04/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/24/2002 | Rosenfeld, D. E. | 8.50 | Telephone conferences with C. Jebeyli, K. Rice, E. Meehan, S. Jenkins, and K. Rabanni concerning settlement and discovery; review Bokhari deposition transcript; prepare findings of fact | 2252.50 |
| 04/24/2002 | Abbott, A. B. | 1.70 | Meeting with D. Rosenfeld regarding settlement; conference call with C. Jebeyli and opposing counsel regarding settlement discussions | 238.00 |
| 04/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/25/2002 | Hutchins, J. C. | .50 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings, conference with D. Rosenfeld. | 170.00 |
| 04/25/2002 | Rosenfeld, D. E. | 3.20 | Telephone conference with C. Jebeyli, K. Rice, and E. Meehan regarding settlement issues | 848.00 |
| 04/25/2002 | Abbott, A. B. | 1.00 | Meeting with D. Rosenfeld regarding settlement negotiations; review deposition transcript of A. Bokhari | 140.00 |
| 04/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/26/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding settlement and C. Jebeyli position; conference with D. Rosenfeld regarding Ed Meehan new offer and rejection, settlement tactics and preparation for trial; review and analyze settlement pleadings regarding Lachawanna claims. | 238.00 |
| 04/26/2002 | Rosenfeld, D. E. | 8.20 | Telephone conferences regarding settlement with C. Jebeyli, K. Rice, and E. Meehan; prepare correspondence to C. Jebeyli concerning settlement discussions; | 2173.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1064829
Services Through: April 30, 2002
Page 12

| | | | | |
|---|---|---|---|---|
| | | | review strategy issues in connection with settlement rejection | |
| 04/26/2002 | Abbott, A. B. | .70 | Discussion with D. Rosenfeld regarding settlement negotiations and trial strategy | 98.00 |
| 04/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/29/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding rejection of Meehan proposal and effect on settlement; conference with D. Rosenfeld; review and analyze pleadings contesting disclosure statements; conference with D. Rosenfeld regarding interviewing S. Ali in London and notice to Aramco; receive and review e-mail from D. Rosenfeld regarding proposed letter to Aramco. | 170.00 |
| 04/29/2002 | Rosenfeld, D. E. | 9.70 | Prepare opening notes, revise letter to Saudi Aramco; telephone conference with A. Bokhari; prepare correspondence to C. Jebeyli; review correspondence from C. Jebeyli; conference with A. Abbott regarding strategy and deposition reviews; review deposition of J. Smith; review excerpts of A. Bokhari deposition | 2570.50 |
| 04/29/2002 | Abbott, A. B. | 1.00 | Meeting with D. Rosenfeld regarding discovery and deposition notices; review documents in preparation for same | 140.00 |
| 04/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/30/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld, C. Jebeyli; conference with D. Rosenfeld; review and analyze D. Rosenfeld draft letter to Aramco (2 versions); review and analyze miscellaneous pleadings | 170.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 13

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | regarding settlement of claims and objections to disclosure statements. | |
| 04/30/2002 | Rosenfeld, D. E. | 9.40 | Prepare opening notes for preference trial; telephone conference with C. Jebeyli regarding meetings; review assignment and payment letter of Bugshan Stone & Webster, acknowledgement of Saudi Arabian Oil Company (Saudi Aramco) and prepare letter to Saudi Aramco; telephone conference with A. Bokhari regarding settlement issues | 2491.00 |
| 04/30/2002 | Abbott, A. B. | 2.30 | Review documents; edit and analyze A. Bokhari's deposition transcript | 322.00 |

TOTAL FEES $72,243.50

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| A. B. Abbott | 121.3 | hrs. | @$140 $/hr | = | 16,982.00 |
| R. B. Allensworth | 3.3 | hrs. | @$385 $/hr | = | 1,270.50 |
| L. Binder | 0.3 | hrs. | @$285 $/hr | = | 85.50 |
| L. A. Geyer | 2.2 | hrs. | @$ 85 $/hr | = | 187.00 |
| J. C. Hutchins | 17.0 | hrs. | @$340 $/hr | = | 5,780.00 |
| D. E. Rosenfeld | 180.9 | hrs. | @$265 $/hr | = | 47,938.50 |

TOTAL FEES $72,243.50

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 60.37 |
| Facsimile | 18.00 |
| Copying Expense | 581.04 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1064829
Services Through: April 30, 2002
Page 14

| | | |
|---|---|---:|
| Long Distance Courier | | 43.91 |
| Westlaw Research | | 416.22 |
| Travel Expenses | | 459.80 |
| Transportation Expenses | | 90.00 |
| Cab Fare | | 46.80 |
| Air Fare | | 2,989.00 |
| Binding Charges | | 3.00 |
| Charge for Transcripts | | 913.47 |

| | |
|---|---:|
| DISBURSEMENTS & OTHER CHARGES | $5,621.61 |
| **CURRENT INVOICE DUE** | **$77,865.11** |
| PAST DUE INVOICE | **$66,606.76** |
| **TOTAL AMOUNT DUE** | **$144,471.87** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1064829
Services Through: April 30, 2002
Page 2

| | | | | | | |
|---|---|---|---|---|---|---:|
| Partner | R. B. Allensworth | 3.3 | hrs. | @$385 $/hr | = | 1,270.50 |
| Partner | J. C. Hutchins | 17.0 | hrs. | @$340 $/hr | = | 5,780.00 |
| Associate | A. B. Abbott | 121.3 | hrs. | @$140 $/hr | = | 16,982.00 |
| Associate | L. Binder | 0.3 | hrs. | @$285 $/hr | = | 85.50 |
| Associate | D. E. Rosenfeld | 180.9 | hrs. | @$265 $/hr | = | 47,938.50 |
| Legal Assistant | L. A. Geyer | 2.2 | hrs. | @$ 85 $/hr | = | 187.00 |
| | Total | 325.0 | | | | $72,243.50 |

Disbursements                    $5,621.61

TOTAL of BILL                   $77,865.11

Previously Billed
& Outstanding                    $66,606.76

TOTAL DUE                       $144,471.87



**Kirkpatrick & Lockhart Nicholson Graham** LLP

June 30, 2002

Chahdan Jebeyli                                          Our File Number: 0508830.0901
Saudi American Bank                                      Invoice:  1071584
Old Airport Street, P. O. Box 833                       Services Through: May 31, 2002
Riyahd  11421
SAUDI ARABIA

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 05/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/01/2002 | Hutchins, J. C. | .30 | Conference with D. Rosenfeld regarding miscellaneous pleadings | 102.00 |
| 05/01/2002 | Rosenfeld, D. E. | 7.40 | Prepare opening notes regarding preference; telephone conferences with C. Jebeyli; conference with A. Abbott regarding meetings in London; prepare for meetings in London; prepare for meetings with S. Ali and C. Jebeyli | 1961.00 |
| 05/01/2002 | Abbott, A. B. | 2.00 | Review and edit A. Bokhari's deposition transcript; review documents authored by S. Ali | 280.00 |
| 05/01/2002 | Bell, S. | 3.50 | Review documents in binders; copy all documents with S. Ali name on each document for A. Abbott | 350.00 |
| 05/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/02/2002 | Hutchins, J. C. | .30 | Telephone conference with D. Rosenfeld regarding London trip; review and analyze draft letters to ARMACO. | 102.00 |
| 05/02/2002 | Rosenfeld, D. E. | 9.70 | Time spent preparing opening notes; review of documents for meeting with S. Ali; review and send emails to C. Jebeyli | 2570.50 |
| 05/02/2002 | Abbott, A. B. | 2.50 | Review pleadings and documents; | 350.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1071584
Services Through: May 31, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| | | | compile pertinent documents for meeting with S. Ali | |
| 05/02/2002 | Bell, S. | 2.50 | Review documents in binder; copy all documents with S. Ali name on each document for A. Abbott | 250.00 |
| 05/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/03/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld; conference with B. Allensworth; review and analyze docket updates; review and analyze miscellaneous pleadings and correspondence. | 136.00 |
| 05/03/2002 | Rosenfeld, D. E. | 7.50 | Prepare for meeting with S. Ali and C. Jebeyli; review and send emails to C. Jebelyi | 1987.50 |
| 05/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/06/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld; review and analyze D. Rosenfeld draft letters to ARAMCO; review and analyze Ras Tanura contract assignment, instruction to pay letter by BSW and ARAMCO acknowledgment; draft notice letter to ARAMCO; revise and edit same; proofread and review same; conference with D. Rosenfeld regarding same | 612.00 |
| 05/06/2002 | Rosenfeld, D. E. | 17.40 | Prepare for meeting with C. Jebeyli and S. Ali; travel to London | 4611.00 |
| 05/06/2002 | Abbott, A. B. | 6.10 | Review and compile pleadings, discovery responses and documents in preparation for meeting with S. Ali; research regarding Saudi law | 854.00 |
| 05/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/07/2002 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 68.00 |
| 05/07/2002 | Rosenfeld, D. E. | 11.70 | Attend meetings with C. Jebeyli and S. Ali for case review and deposition preparation | 3100.50 |
| 05/07/2002 | Abbott, A. B. | 7.00 | Edit A. Bokhari's deposition transcript | 980.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1071584
Services Through: May 31, 2002
Page 5

---

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 05/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/08/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings | 102.00 |
| 05/08/2002 | Rosenfeld, D. E. | 10.30 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation | 2729.50 |
| 05/08/2002 | Abbott, A. B. | 7.50 | Analyze A. Bokhari's deposition transcript; compile documents to prove ordinary course of business defense | 1050.00 |
| 05/09/2002 | Hutchins, J. C. | .10 | Review and analyze docket update | 34.00 |
| 05/09/2002 | Rosenfeld, D. E. | 11.40 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation | 3021.00 |
| 05/09/2002 | Abbott, A. B. | 5.50 | Conduct legal research regarding choice of law, joint ventures and Saudi Arabian law; draft deposition outline of J. Carroll | 770.00 |
| 05/10/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review and analyze docket | 102.00 |
| 05/10/2002 | Rosenfeld, D. E. | 16.60 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation; travel to Boston | 4399.00 |
| 05/10/2002 | Abbott, A. B. | 4.60 | Conduct research regarding application of foreign law, choice of law and Saudi law | 644.00 |
| 05/13/2002 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings, objections, filings regarding plan confirmation; review and analyze docket updates; conference with D. Rosenfeld (London trip report) | 272.00 |
| 05/13/2002 | Rosenfeld, D. E. | 8.20 | Prepare notes to file regarding meetings with client and prepare discovery | 2173.00 |
| 05/13/2002 | Abbott, A. B. | 4.00 | Review A. Bokhari's deposition transcript; revise memo regarding J. Carroll's deposition; meeting with D. Rosenfeld regarding meeting with S. Ali | 560.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002
Page 6

| 05/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
|---|---|---|---|---|
| 05/14/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding S. Ali conferences | 170.00 |
| 05/14/2002 | Rosenfeld, D. E. | 5.70 | Review deposition transcripts | 1510.50 |
| 05/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/15/2002 | Hutchins, J. C. | .10 | Review and analyze miscellaneous pleadings; docket; conference with D. Rosenfeld | 34.00 |
| 05/15/2002 | Rosenfeld, D. E. | 5.10 | Review deposition transcripts; prepare timeline | 1351.50 |
| 05/15/2002 | Rosenfeld, D. E. | .20 | Email to S. Ali and C. Jebeyli regarding scheduling issues | 53.00 |
| 05/15/2002 | Cahill, R. | 2.40 | Worked on chronolizing document production | 324.00 |
| 05/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/16/2002 | Rosenfeld, D. E. | 6.20 | Review depositions; prepare subpoena requests; prepare discovery requests; telephone conference with A. Rovine regarding expert witnesses | 1643.00 |
| 05/16/2002 | Cahill, R. | .40 | Worked on chronolizing document production | 54.00 |
| 05/16/2002 | Abbott, A. B. | 1.70 | Meeting with D. Rosenfeld regarding deposition notices to Shaw; review documents to determine possible deponents and their location of residence | 238.00 |
| 05/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/17/2002 | Rosenfeld, D. E. | 7.80 | Review deposition and prepare notes regarding same; prepare for conferences with S. Ali | 2067.00 |
| 05/17/2002 | Abbott, A. B. | .50 | Prepare deposition notices | 70.00 |
| 05/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/20/2002 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze Shaw responses; review and | 238.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1071584
Services Through: May 31, 2002
Page 7

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | analyze pleadings regarding plans; telephone conference with D. Rosenfeld regarding Shaw responses |  |
| 05/20/2002 | Rosenfeld, D. E. | 6.80 | Telephone conference with S. Ali and A. Bokhari; review responses to admissions | 1802.00 |
| 05/20/2002 | Abbott, A. B. | 3.20 | Conference call with S. Ali and D. Rosenfeld regarding timeline of relevant events; review documents in preparation for same; review and analyze Shaw's responses to SAMBA's requests for admissions | 448.00 |
| 05/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/21/2002 | Hutchins, J. C. | .50 | Review and analyze Shaw responses. | 170.00 |
| 05/21/2002 | Rosenfeld, D. E. | 8.80 | Review and analyze admissions; letter to opposing counsel; research regarding subpoenas of non-resident nationals | 2332.00 |
| 05/21/2002 | Abbott, A. B. | 3.70 | Conference call with D. Rosenfeld and S. Ali; review documents and draft timeline; review and analyze Shaw's responses to SAMBA's request for admissions | 518.00 |
| 05/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/22/2002 | Hutchins, J. C. | 2.00 | Review and analyze Shaw responses to requests for admission; receive and review Federal Insurance response to motion to classify vote; conference with D. Rosenfeld regarding Shaw responses | 680.00 |
| 05/22/2002 | Rosenfeld, D. E. | 4.60 | Review and analyze admissions; prepare correspondence to client | 1219.00 |
| 05/22/2002 | Cahill, R. | .70 | Worked on docket search | 94.50 |
| 05/22/2002 | Abbott, A. B. | 2.80 | Meeting with D. Rosenfeld regarding Shaw's responses to request for admissions; review file in preparation for same; meeting with R. Cahill regarding docket | 392.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1071584
Services Through: May 31, 2002
Page 8

| | | | | |
|---|---|---|---|---|
| | | | entries of adversary proceedings and objections to proofs of claim | |
| 05/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/23/2002 | Hutchins, J. C. | .80 | Review and analyze Shaw responses to request for admissions; conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 272.00 |
| 05/23/2002 | Rosenfeld, D. E. | 4.80 | Draft letter to client; prepare additional requests for admissions | 1272.00 |
| 05/23/2002 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding drafting additional discovery requests to Shaw and debtors | 70.00 |
| 05/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/24/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; docket updates | 136.00 |
| 05/24/2002 | Rosenfeld, D. E. | 4.10 | Analyze Shaw's admissions; prepare letter to client concerning requests for admission | 1086.50 |
| 05/24/2002 | Abbott, A. B. | .80 | Meeting with D. Rosenfeld regarding additional discovery from Shaw and Stone & Webster; compile documents pertaining to APA schedules | 112.00 |
| 05/28/2002 | Geyer, L. A. | .10 | Update Stone and Webster adversary docket | 8.50 |
| 05/28/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings; review and analyze docket updates | 204.00 |
| 05/28/2002 | Rosenfeld, D. E. | 7.20 | Prepare letter to client; draft additional requests for admissions; emails to client | 1908.00 |
| 05/28/2002 | Abbott, A. B. | 7.00 | Draft first request for admissions to Debtors | 980.00 |
| 05/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/29/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings | 204.00 |
| 05/29/2002 | Rosenfeld, D. E. | 2.40 | Prepare additional requests for admission | 636.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

June 30, 2002

| | |
|---|---|
| Chahdan Jebeyli | Our File Number: 0508830.0901 |
| | Invoice:  1071584 |
| | Services Through: May 31, 2002 |
| | Page 9 |

---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 05/29/2002 | Abbott, A. B. | 6.30 | Draft first request for admissions to Debtors; review discovery responses and documents produced by Debtors | 882.00 |
| 05/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/30/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings | 102.00 |
| 05/30/2002 | Abbott, A. B. | 7.80 | Review and analyze documents to incorporate into requests for admissions; review and compile documents in preparation for S. Ali's deposition | 1092.00 |
| 05/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/31/2002 | Hutchins, J. C. | .70 | Receive and review e-mail from D. Rosenfeld regarding Ali deposition; telephone conference with D. Rosenfeld; review and analyze D. Rosenfeld report on Shaw responses to requests for admission; conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 238.00 |
| 05/31/2002 | Rosenfeld, D. E. | 2.80 | Telephone conference with G. Rubin and S. Jenkins regarding scheduling; email to clients regarding scheduling; conference with A. Abbott regarding preparation for deposition; revise requests for admission and related discovery requests; email to K. Mangan | 742.00 |
| 05/31/2002 | Abbott, A. B. | 3.00 | Review documents for deposition preparation of S. Ali | 420.00 |

<br>

|  | TOTAL FEES | | | | | $60,097.50 |
|---|---|---|---|---|---|---|

<br>

| | | | | | |
|---|---|---|---|---|---|
| A. B. Abbott | 76.5 | hrs. | @$140 $/hr | = | 10,710.00 |
| S. Bell | 6.0 | hrs. | @$100 $/hr | = | 600.00 |
| R. Cahill | 3.5 | hrs. | @$135 $/hr | = | 472.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1071584
Services Through: May 31, 2002
Page 10

| | | | | | |
|---|---|---|---|---|---:|
| L. A. Geyer | 1.9 | hrs. | @$ 85 $/hr | = | 161.50 |
| J. C. Hutchins | 11.7 | hrs. | @$340 $/hr | = | 3,978.00 |
| D. E. Rosenfeld | 166.7 | hrs. | @$265 $/hr | = | 44,175.50 |

**TOTAL FEES**                                    **$60,097.50**

## DISBURSEMENTS & OTHER CHARGES

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| Telephone | 115.27 |
| Facsimile | 4.50 |
| Copying Expense | 456.12 |
| Employee Overtime | 110.00 |
| Long Distance Courier | 54.54 |
| Travel Expenses | 2,197.19 |
| Transportation Expenses | 750.00 |
| Cab Fare | 45.00 |
| Air Fare | 6.50 |
| Business Meal | 75.61 |
| Charge for Transcripts | 73.00 |

DISBURSEMENTS & OTHER CHARGES        $3,887.73

**CURRENT INVOICE DUE**        **$63,985.23**

PAST DUE INVOICE        $77,865.11

**TOTAL AMOUNT DUE**        **$141,850.34**



**Kirkpatrick & Lockhart Nicholson Graham** LLP
June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1071584
Services Through: May 31, 2002
Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 11.7 | hrs. | @$340 $/hr | = | 3,978.00 |
| Associate | A. B. Abbott | 76.5 | hrs. | @$140 $/hr | = | 10,710.00 |
| Associate | D. E. Rosenfeld | 166.7 | hrs. | @$265 $/hr | = | 44,175.50 |
| Legal Assistant | S. Bell | 6.0 | hrs. | @$100 $/hr | = | 600.00 |
| Legal Assistant | R. Cahill | 3.5 | hrs. | @$135 $/hr | = | 472.50 |
| Legal Assistant | L. A. Geyer | 1.9 | hrs. | @$ 85 $/hr | = | 161.50 |
| | Total | 266.3 | | | | $60,097.50 |

Disbursements                    $3,887.73

TOTAL of BILL                    $63,985.23

Previously Billed
& Outstanding                    $77,865.11

TOTAL DUE                        $141,850.34