

**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

August 28, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

|  |  |  |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 991827 |
| Services Through | : | July 31, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/02/01 | J. C. Hutchins | 1.50 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari; review and analyze additional information regarding payments by S&W and Bugshan; prepare letter regarding ordinary course. | 495.00 |
| 07/03/01 | J. C. Hutchins | 0.80 | Telephone conference with A. Bokhari regarding preference defenses; telephone call to C. Sontehi; review and analyze miscellaneous pleadings in bankruptcy case. | 264.00 |
| 07/09/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings, claims proceedings; work on preference defense; telephone call from Sontehi. | 297.00 |
| 07/10/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings, prepare letter to debtor counsel. | 297.00 |
| 07/11/01 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding Maine Yankee claims/trial; work on preference letter. | 132.00 |

**K&L** — Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.90 | Receive and review e-mail from A. Bokhari regarding reasons for deferral of February payment by Stone Weber Engineering; review and analyze miscellaneous pleadings, docket updates; work on letter to Skadden. | 627.00 |
| 07/13/01 | J. C. Hutchins | 1.70 | Review and analyze dockets; revise and edit letter to Skadden Arps. | 561.00 |
| 07/16/01 | J. C. Hutchins | 2.70 | Review and analyze miscellaneous pleadings; telephone call to C. Sontchi; telephone call from G. Taylor; assemble information regarding preference claim. | 891.00 |
| 07/17/01 | J. C. Hutchins | 4.10 | Review and analyze records and information regarding payments; research and analyze ordinary course of business defense to preference claim; telephone call to G. Taylor; telephone conference with G. Taylor; telephone conference with F. Monaco regarding tactics regarding Shaw; receive and review e-mail from A. Bokhari (x2); receive and review e-mail from C. Jebeyli; prepare and send e-mail to A. Bokhari. | 1,353.00 |
| 07/18/01 | J. C. Hutchins | 4.50 | Revise and edit letter to Skadden Arps regarding denial of preference claim; research and analyze ordinary course of business defense; prepare and send e-mail to C. Jebeyli; prepare and send e-mail to A. Bokhari, Monaco et al;prepare and send e-mail to S. McClintock; research and analyze case law developments regarding preference claims. | 1,485.00 |
| 07/19/01 | J. C. Hutchins | 0.90 | Research and analyze case law on ordinary course of business defense to preference claims. | 297.00 |
| 07/20/01 | J. C. Hutchins | 1.30 | Research and analyze ordinary course of business defense; review and analyze miscellaneous pleadings. | 429.00 |

**K|L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.40 | Receive and review e-mail from A. Bokhari; review facsimile from A. Bokhari with attachments regarding Bugshan payments; telephone conference with A. Bokhari; review and analyze letter to Skadden; revise and edit same; conference with B. Allensworth. | 462.00 |
| 07/24/01 | J. C. Hutchins | 1.30 | Review and analyze docket; review facsimile from Bokhari and related memos; revise and edit draft letter to Skadden; review and analyze miscellaneous pleadings; order copy of objection. | 429.00 |
| 07/25/01 | J. C. Hutchins | 0.60 | Review and analyze docket; review and analyze miscellaneous pleadings; revise and edit letter to Skadden Arps. | 198.00 |
| 07/26/01 | J. C. Hutchins | 0.20 | Review and analyze docket update, miscellaneous pleadings; review facsimile from A. Bokhari regarding Clifford Chance. | 66.00 |
| 07/27/01 | J. C. Hutchins | 1.10 | Review and analyze docket, miscellaneous pleadings; review and analyze preference claim issues and case law. | 363.00 |
| 07/30/01 | J. C. Hutchins | 1.90 | Receive and review e-mail from S. McClintock; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari; telephone conference with C. Jebeyli; revise and edit letter to O. Okwumabua (Skadden); receive and review e-mail from F. Monaco; review and analyze miscellaneous pleadings; prepare and send e-mail to A. Bokhari. | 627.00 |
| 07/31/01 | J. C. Hutchins | 2.70 | Review and analyze A. Bokhari report; conference with C. Jebeyli; prepare materials for C. Jebeyli; conference with B. Allensworth and C. Jebeyli; review and analyze Shaw Group opposition to Hyundai motion. | 891.00 |
| | | **TOTAL FEES** | | $  10,164.00 |

| | | | | |
|---|---|---|---|---|
| J. C. Hutchins | | 30.80  hrs at  $  330/ hr | | $10,164.00 |
| | **TOTAL FEES** | 30.80 hrs | | $   10,164.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 15.30 |
| Facsimile | 8.25 |
| Copying Expense | 16.02 |
| DISBURSEMENTS & OTHER CHARGES | $ 39.57 |

## OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 06/15/01 | 976430 | 8,177.50 | 188.33 | 8,365.83 |
| 07/20/01 | 984389 | 3,234.00 | 99.69 | 3,333.69 |
| | OUTSTANDING BALANCE | | | $ 11,699.52 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | | |
|---|---|---:|
| Fees | $ | 10,164.00 |
| Disbursements and Other Charges | $ | 39.57 |
| **CURRENT INVOICE DUE** | $ | **10,203.57** |
| Past Due Invoices * | $ | 11,699.52 |
| **TOTAL AMOUNT DUE** | $ | **21,903.09** |

* Does not include payments received after 08/06/01.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 26, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1000113 |
| Services Through | : | August 31, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/01 | J. C. Hutchins | 1.10 | Review and analyze Shaw Contract regarding rejected contracts and completed contracts; review and analyze Shaw response to Motion to Compel Payment | 363.00 |
| 08/02/01 | J. C. Hutchins | 1.40 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 462.00 |
| 08/03/01 | J. C. Hutchins | 0.80 | Telephone conference with G. Taylor; prepare and send e-mail A. Bokhars; review and analyze pleading regarding claims process | 264.00 |
| 08/06/01 | J. C. Hutchins | 1.40 | Review e-mail from Asad Bokhari; review and analyze creditor committee pleadings; research and analyze procedural issues regarding cure claim enforcement. | 462.00 |
| 08/07/01 | J. C. Hutchins | 1.10 | Research and analyze procedure; review e-mail from A. Bokhari; revise and edit letter to Skadden regarding preferences | 363.00 |
| 08/08/01 | J. C. Hutchins | 1.80 | Review and analyze credit file material from A. Bokhari; telephone call to F.Monoco; review e-mail from Bokhari regarding preference letter | 594.00 |

0508830.0901

**KL**
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 0.50 | Revise and edit letter to Skadden Arps; analyze credit file info | 165.00 |
| 08/10/01 | J. C. Hutchins | 1.10 | Telephone call with F. Monaco; prepare and send e-mail to A. Bokhari regarding Skadden letter; prepare and send e-mail Monaco regarding draft response regarding preference claim. | 363.00 |
| 08/13/01 | J. C. Hutchins | 2.20 | Revise and edit letter regarding preference defenses; prepare and send e-mail A. Bokari; review facsimile from Bokhari regarding Ras Tanura; telephone call to F. Monoco; telephone conference with C. Jebeyli; telephone call to Taylor regarding meeting conference call; prepare and send e-mail Bokhari regarding Ras Tanura. | 726.00 |
| 08/14/01 | J. C. Hutchins | 1.90 | Review and analyze Shaw P+S Agreement and issues regarding assumed contract and liabilities; telephone conference with C. Jebeyli regarding arranging meeting; telephone call to G. Taylor; review and analyze mise pleadings. | 627.00 |
| 08/15/01 | J. C. Hutchins | 1.60 | Review e-mail from A. Bokhari; review e-mail from K. Mangan (local counsel); review and analyze notice of postponed hearing; review facsimile from Bokhari; review and analyze miscellaneous pleadings; telephone call to G. Taylor; review facsimile from S. McClintock regarding adversary proceeding by debtor; review and analyze Complaint in Adversary Proceeding; telephone conference with Chadan Jebefi. | 528.00 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| | J. C. Hutchins | 2.60 | Arrange conference call; review and analyze mise pleadings; review and analyze complaint in Adversary proceeding; prepare and send e-mail Bokhari et,al; prepare and send correspondence to Okwumabue (Skadden), telephone conference with G. Taylor; prepare and send e-mail Bokhari | 858.00 |
| 08/16/01 | J. Rich | 0.30 | Telephone J. Hutchins re jurisdiction and procedural issues | 120.00 |
| 08/17/01 | J. C. Hutchins | 0.90 | Review e-mail from Bokhari; telephone conference with Adam Landis ( Creditor's Comm); prepare and send e-mail A. Landis; prepare and send e-mail B. Allensworth; prepare and send e-mail A. Bokhari; telephone conference with C. Jebeyli re conference call; telephone conference with Brian McGlocklin re preference letter | 297.00 |
| 08/19/01 | J. C. Hutchins | 0.90 | Telephone call from G. Taylor; telephone conference with A. Bokhari; Review e-mail from A. Bokhari; prepare and send e-mail A. Bokhari. | 297.00 |
| 08/20/01 | R. B. Allensworth | 0.40 | Review communication from J. Hutchins | 150.00 |
| 08/20/01 | J. C. Hutchins | 3.90 | Review e-mail from A. Bokhari; preparation for conference call; arrange conference call; telephone conference with C. Jebeyli; telephone conference with C. Sontchi (x2); review e-mail from A. Bokhari; prepare and send e-mail A. Bokhari; outline arguments ;telephone conference with B. Allensworth. | 1,287.00 |
| 08/21/01 | R. B. Allensworth | 1.00 | Conference call with J. Hutchins and representatives of SAB; telephone conference with J. Hutchins, C. Jebeyli and representatives of Shaw Group | 375.00 |

**K|L** ®
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 4.10 | Prep for conference call with C. Sontchi and G. Graphia; conference call Bokhari, C Jebeyli; S. Mc Clintock and J. Marigomen; conference call C. Jebeyli; B. Allenworth, C. Sontchi and G. Graphia; telephone conference with J. Marigomen; telephone call to A. Bokhari; telephone conference with Bokhari ; review and analyze miscellaneous pleadings; review and analyze complaint in adversary proceeding. | 1,353.00 |
| 08/22/01 | J. C. Hutchins | 2.10 | Review and analyze orders regarding hearing; telephone conference with Taylor regarding August 24 hearing, telephone call to Monaco office regarding same; review facsimile from K. Serrao; review e-mail from Serrao regarding various documents. | 693.00 |
| 08/23/01 | J. C. Hutchins | 2.10 | Review e-mails from K. Serrao; prepare and send e-mail K. Serrao regarding various pleadings regarding Bugshan claim;review and analyze Bugshan proof of claim and Debtor objections to claim; review and analyze docket update; prepare answer to Adversary Proceeding; review e-mail from K. mangan; review and analyze Notice of continued hearing. | 693.00 |
| 08/23/01 | K. A. Serrao | 0.40 | Docket search; download pleadings; emails/fax re same | 54.00 |
| 08/24/01 | J. C. Hutchins | 1.40 | Receive and review e-mail from K. Magam; review and analyze miscellaneous pleadings; prepare answer to complaint; review and analyze Bugshan proof of claim and Debtor objections; telephone conference with Greg Taylor regarding cure claim. | 462.00 |
| 08/27/01 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from J. Marijomen. | 99.00 |

**KL**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 08/28/01 | J. C. Hutchins | 0.20 | Receive and review e-mail from Monoco (x2); review miscellaneous pleadings. | 66.00 |
| 08/29/01 | J. C. Hutchins | 0.20 | Review and analyze docket update and miscellaneous pleadings. | 66.00 |
| 08/30/01 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings and docket update. | 33.00 |
| 08/31/01 | J. C. Hutchins | 0.40 | Conference with L. McDonald regarding proper service of advanced proceedings; telephone call to G. Galardi (Skadden); prepare answer to complaint. | 132.00 |

|  | TOTAL FEES |  |  | $  11,952.00 |

| Name | Hours | | Rate | Amount |
|------|-------|--|------|--------|
| R. B. Allensworth | 1.40 hrs | at | $ 375/ hr | $525.00 |
| J. C. Hutchins | 34.10 hrs | at | $ 330/ hr | $11,253.00 |
| J. Rich | 0.30 hrs | at | $ 400/ hr | $120.00 |
| K. A. Serrao | 0.40 hrs | at | $ 135/ hr | $54.00 |
| TOTAL FEES | 36.20 hrs | | | $  11,952.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 32.65 |
| Facsimile | 30.00 |
| Copying Expense | 28.98 |
| Copying Expense (Outside Off.) | 8.95 |
| Long Distance Courier | 16.84 |
| DISBURSEMENTS & OTHER CHARGES | $  117.42 |

## OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|------|-----------|------|-------|-----------|
| 08/23/01 | 991827 | 10,164.00 | 39.57 | 10,203.57 |
|  | OUTSTANDING BALANCE |  |  | $  10,203.57 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 11,952.00 |
| Disbursements and Other Charges | $ | 117.42 |
| | | ―――――― |
| **CURRENT INVOICE DUE** | $ | **12,069.42** |
| Past Due Invoices * | $ | 10,203.57 |
| **TOTAL AMOUNT DUE** | $ | **22,272.99** |

\* Does not include payments received after 09/07/01.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

October 26, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyadh 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1007531 |
| Services Through | : | September 30, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/04/01 | J. C. Hutchins | 3.40 | Receive and review e-mail from J. Marigomen; telephone call from A. Bokhari; receive and review e-mail from A. Bokhari (x2); review facsimile from A. Bokhari; prepare and send e-mail to J. Marigomen and A. Bokhari; telephone conference with A. Bokhari and Jebeyli; prepare report; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleading and docket updates. | 1,122.00 |
| 09/05/01 | J. C. Hutchins | 1.40 | Telephone call from Ed Mehan; telephone call to Ed Mehan; prepare report; conference with D. Rosenfeld. | 462.00 |
| 09/06/01 | J. C. Hutchins | 2.80 | Prepare report regarding S&W claims; telephone call to Ed Mehan regarding preference action; long telephone conference with Ed Mehan regarding same; review and analyze factual information. | 924.00 |
| 09/07/01 | J. C. Hutchins | 2.60 | Prepare memorandum; prepare and send facsimile to Ed. Mahan (Skadden). | 858.00 |

0508830.0901

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 3.90 | Prepare report; review and analyze miscellaneous pleadings and docket. | 1,287.00 |
| 09/11/01 | J. C. Hutchins | 3.90 | Receive and review e-mail from A. Bokhari; prepare report memorandum; prepare and send e-mail to Bokhari; review and analyze docket updates and miscellaneous pleadings; revise and edit memorandum. | 1,287.00 |
| 09/12/01 | J. C. Hutchins | 6.50 | Revise and edit case strategy memorandum; telephone call to E. Mehan regarding preference claim; review and analyze docket updates, revise and edit memorandum; research and analyze claims procedures; prepare and send e-mail to A. Bokhari (draft of memorandum). | 2,145.00 |
| 09/13/01 | J. C. Hutchins | 0.20 | Telephone call from J. Horwitt; telephone call to J. Horwitt; telephone call from J. Horwitt. | 66.00 |
| 09/13/01 | D. E. Rosenfeld | 1.40 | Review memorandum of J. Hutchins | 350.00 |
| 09/14/01 | R. B. Allensworth | 0.70 | Read J. Hutchins client memo; telephone conference with J. Hutchins regarding same | 262.50 |
| 09/14/01 | J. C. Hutchins | 4.20 | Conference with D. Rosenfeld; revise and edit report to A. Bokhari; telephone call to B. Allensworth; revise and edit report to A. Bokhari; telephone conference with A. Swope regarding Shaw Group; conference with R. Zehntner regarding pending suit v. Shaw Group; revise and edit report; telephone conference with B. Allensworth; prepare and send e-mail to A. Bokhari, C. Jebeyli et al. | 1,386.00 |
| 09/14/01 | D. E. Rosenfeld | 1.00 | Review memorandum of J. Hutchins | 250.00 |
| 09/14/01 | D. E. Rosenfeld | 0.70 | Conference with J. Hutchins | 175.00 |
| 09/14/01 | D. E. Rosenfeld | 7.10 | Review proofs of claim, pleadings, agreements | 1,775.00 |
| 09/17/01 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding research, information on Shaw Group. | 231.00 |

**K|L**® **Kirkpatrick & Lockhart Nicholson Graham** LLP

| | | | | |
|---|---|---|---|---|
| | D. E. Rosenfeld | 8.40 | Review asset purchase agreement by and among S&W and The Shaw Group; review Proof of Claim; review Cure Claim | 2,100.00 |
| 09/18/01 | A. B. Abbott | 1.30 | Telephone conference with D. Rosenfeld and review of materials in preparation for same | 182.00 |
| 09/18/01 | J. C. Hutchins | 0.30 | Review and analyze docket update and miscellaneous pleadings. | 99.00 |
| 09/18/01 | B. W. Sheppard | 1.20 | Conference call concerning research assignment, library research on cure claims; read memo | 168.00 |
| 09/19/01 | A. B. Abbott | 3.00 | Legal research regarding assumed liability | 420.00 |
| 09/19/01 | J. C. Hutchins | 1.10 | Receive and review e-mail from A. Bokhari and attached e-mails; prepare and send e-mail to D. Rosenfeld; work on motion to compel. | 363.00 |
| 09/19/01 | B. W. Sheppard | 3.80 | Library research on cure claims; read memo; Westlaw research, printing | 532.00 |
| 09/20/01 | A. B. Abbott | 3.50 | Legal research regarding contract interpretation | 490.00 |
| 09/20/01 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; review new summons and complaint in adversary proceeding; review and analyze docket updates; conference with D. Rosenfeld; telephone conference with B. Allensworth. | 231.00 |
| 09/20/01 | D. E. Rosenfeld | 8.10 | Legal research review; conference with B. Sheppard and A. Abbott; conference with J. Hutchins; review agreements and guaranty documents | 2,025.00 |
| 09/20/01 | B. W. Sheppard | 4.60 | Met with attorney to discuss options, assignment and schedule; researched online, printed cases, read cases | 644.00 |
| 09/21/01 | A. B. Abbott | 8.00 | Review documents and research regarding parol evidence and cure claims | 1,120.00 |

**K|L** ®
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.10 | Review and analyze docket update; review correspondence from Ed. Mehan (fresh copy of summons and complaint); prepare and send correspondence to D. Rosenfeld; review and analyze complaint; prepare and send e-mail to Jebeyli and Bokhari. | 363.00 |
| 09/21/01 | D. E. Rosenfeld | 5.10 | Legal research; document review; review bankruptcy code | 1,275.00 |
| 09/21/01 | B. W. Sheppard | 7.00 | Continued research, met with attorney to discuss further research strategy, copied cases and notated for attorney use, continued online research, assessed validity of printed cases | 980.00 |
| 09/23/01 | J. C. Hutchins | 0.30 | Receive and review e-mail from C. Jebeyli; prepare and send e-mail to C. Jebeyli; prepare and send e-mail to D. Rosenfeld. | 99.00 |
| 09/24/01 | A. B. Abbott | 7.40 | Draft memo to D. Rosenfeld regarding cure claim; review documents and conference regarding same; research regarding contract interpretation | 1,036.00 |
| 09/24/01 | J. C. Hutchins | 3.60 | Receive and review e-mail from A. Bokhari; review and analyze report to C. Jebeyli and A. Bokhari; receive and review e-mail from C. Jebeyli regarding accepting service of process; telephone conference with Ed. Mehan regarding same; telephone conference with D. Rosenfeld; conference with D. Rosenfeld; review and analyze docket updates; review and analyze notice regarding postponement of hearing on objection; receive and review e-mail from F. Monaco; prepare and send e-mail to F. Monaco; draft disclosure statement of unsecured creditors committee; review and analyze oppositions to substantive consolidation motion; prepare and send e-mail to J. Rich; telephone conference with J. Rich. | 1,188.00 |

**KL**®
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. Rich | 1.00 | Re: Store & Walder - review memo of J. Hutchins and telephone conference with J. Hutchins | 400.00 |
| 09/24/01 | D. E. Rosenfeld | 3.10 | Review preference complaint | 775.00 |
| 09/24/01 | D. E. Rosenfeld | 2.40 | Review correspondence | 600.00 |
| 09/24/01 | D. E. Rosenfeld | 2.90 | Research regarding choice of forum | 725.00 |
| 09/24/01 | B. W. Sheppard | 7.70 | Met with attorney, continued research of third party beneficiary; presented options; research Bankruptcy code for time limits. | 1,078.00 |
| 09/25/01 | A. B. Abbott | 2.20 | Conference with D. Rosenfeld regarding construction of P&S agreement and legal research regarding same | 308.00 |
| 09/25/01 | J. C. Hutchins | 2.80 | Review and analyze creditor committee disclosure statement; prepare for conference call with client; conference with D. Rosenfeld; review correspondence from D. Rosenfeld and J. Rich; telephone call from C. Jebeyli regarding postponing conference call; review and analyze appropriate vehicle to proceed against Shaw; review and analyze complaint in adversary proceeding to prepare answer; telephone conference with A. Bokhari; receive and review e-mail from A. Bokhari (answers regarding factual issues); prepare and send e-mail to D. Rosenfeld; review and analyze docket update. | 924.00 |
| 09/25/01 | Librarian | 2.00 | Search for and review New York and Delaware cases | 100.00 |
| 09/25/01 | J. Rich | 0.50 | Telephone J. Harbeson to discuss legal strategy | 200.00 |
| 09/25/01 | D. E. Rosenfeld | 6.10 | Review legal research concerning choice of forum and contract construction | 1,525.00 |

**K&L** ®
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| | | | | |
|---|---|---|---|---|
| | B. W. Sheppard | 6.90 | Met with attorney and discussed options for client call. Began drafting memo; continued online research on third party beneficiary; copied bankruptcy code for attorney. | 966.00 |
| 09/26/01 | R. B. Allensworth | 0.70 | Participate in telephone conference with J. Hutchins and D. Rosenberg with Assad and Chahdan | 262.50 |
| 09/26/01 | J. C. Hutchins | 2.70 | Prepare for conference call; conference with D. Rosenfeld; conference call with D. Rosenfeld, B. Allensworth, C. Jebeyli and A. Bokhari; review and analyze complaint; research and analyze procedural issues; telephone conference with J. Rich; telephone call to D. Rosenfeld; prepare memorandum of recommendation to C. Jebeyli and A. Bokhari; receive and review e-mail from E. Mehan regarding service of process; draft response; receive and review e-mail from J. Rich. | 891.00 |
| 09/26/01 | J. Rich | 0.70 | Review memo from J. Hutchins; e-mail from J. Hutchins and telephone call from J. Hutchins re procedurial issues | 280.00 |
| 09/26/01 | D. E. Rosenfeld | 2.80 | Meet with J. Hutchins; telephone conference with client; review research | 700.00 |
| 09/26/01 | B. W. Sheppard | 5.10 | Continued to draft memo; performed research on ways to stop Shaw from modifying contract; online research, shepardizing | 714.00 |
| 09/27/01 | A. B. Abbott | 8.00 | Legal research regarding parol evidence and contract construction | 1,120.00 |

**K&L** ®
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 2.20 | Research and analyze procedural alternatives; prepare and send e-mail to J. Rich and D. Rosenfeld regarding procedural alternatives; prepare memo to C. Jebeyli and A. Bokhari regarding recommendation for action; review and analyze docket; review and analyze notice of continuance of hearing on SAMBA response and other response. | 726.00 |
| 09/27/01 | B. W. Sheppard | 7.70 | Met with attorney, continued research of third party beneficiary; presented options; researched Bankruptcy code for time limits | 1,078.00 |
| 09/28/01 | A. B. Abbott | 3.80 | Draft memo regarding scope of assumption provision in purchase and sale agreement | 532.00 |
| 09/28/01 | L. Binder | 1.00 | Review Bank rules and research for how to bring action | 285.00 |
| 09/28/01 | J. C. Hutchins | 2.60 | Receive and review e-mail from J. Rich; telephone conference with D. Rosenfeld; telephone conference with J. Rich; prepare memorandum to A. Bokhari and C. Jebeyli; conference with D. Rosenfeld; revise and edit memorandum; receive and review e-mail from J. Rich; telephone conference with D. Rosenfeld; review and analyze preference complaint; review and analyze docket; prepare and send e-mail to C. Jebeyli and A. Bokhari. | 858.00 |
| 09/28/01 | J. Rich | 1.80 | Review memo from J. Hutchins, review complaint and file | 720.00 |
| 09/28/01 | D. E. Rosenfeld | 8.20 | Legal research and preparation of litigation strategy; revise memorandum to client; conference with J. Hutchins; conference with A. Abbott and B. Sheppard | 2,050.00 |
| 09/28/01 | B. W. Sheppard | 4.50 | Finished memo; shepardized; met with attorney and handed over memo | 630.00 |

TOTAL FEES                                                   $    44,343.00

**K L**

**NG**

A. Abbott                        37.20  hrs  at  $  140/ hr          $5,208.00

Kirkpatrick & Lockhart Nicholson Graham LLP    1.40  hrs  at  $  375/ hr            $525.00

L. Binder                         1.00  hrs  at  $  285/ hr            $285.00

J. C. Hutchins                   47.00  hrs  at  $  330/ hr         $15,510.00

Librarian                         2.00  hrs  at  $   50/ hr            $100.00

J. Rich                           4.00  hrs  at  $  400/ hr          $1,600.00

D. E. Rosenfeld                  57.30  hrs  at  $  250/ hr         $14,325.00

B. W. Sheppard                   48.50  hrs  at  $  140/ hr          $6,790.00

|  | TOTAL FEES | 198.40 hrs | $ | 44,343.00 |
|---|---|---|---|---|

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 8.65 |
| Facsimile | 6.75 |
| Copying Expense | 71.10 |
| Word Processing | 83.83 |
| Westlaw Research | 1,810.26 |
| DISBURSEMENTS & OTHER CHARGES | $   1,980.59 |

### OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/23/01 | 991827 | 10,164.00 | 39.57 | 10,203.57 |
| 09/28/01 | 1000113 | 11,952.00 | 117.42 | 12,069.42 |
| | OUTSTANDING BALANCE | | $ | 22,272.99 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 44,343.00 |
| Disbursements and Other Charges | $ | 1,980.59 |
| **CURRENT INVOICE DUE** | $ | **46,323.59** |
| Past Due Invoices * | $ | 22,272.99 |
| **TOTAL AMOUNT DUE** | $ | **68,596.58** |

---

* Does not include payments received after 10/05/01.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

November 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1015143 |
| Services Through | : | October 31, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/01 | A. B. Abbott | 7.00 | Draft memo regarding contract construction and jurisdiction of bankruptcy court | 980.00 |
| 10/01/01 | J. C. Hutchins | 2.20 | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld; receive and review e-mail from F. Monaco; prepare memorandum to A. Bokhari; prepare answer to complaint; work on cross claim; review docket update; review and analyze miscellaneous pleadings. | 726.00 |
| 10/01/01 | J. Rich | 0.80 | Review memo analyzing situation and e-mail J. Hutchins | 340.00 |
| 10/01/01 | D. E. Rosenfeld | 6.90 | Research regarding contract interpretation; research regarding bankruptcy code; research regarding preference issues; conference with A. Abbott; review memorandum by A. Abbott | 1,725.00 |

0508830.0901

**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.90 | Receive and review e-mail from A. Bokhari; receive and review e-mail from C. Jebeyli; review facsimile from F. Monaco, review and analyze complaint; prepare and send e-mail to J. Rich, D. Rosenfeld; prepare and send e-mail to C. Jebeyli; prepare and send e-mail to A. Bokhari. | 627.00 |
| 10/02/01 | D. E. Rosenfeld | 8.50 | Review correspondence, legal research | 2,125.00 |
| 10/03/01 | J. C. Hutchins | 1.40 | Review and analyze complaint, cross claim; review facsimile from F. Monaco; review and analyze docket, miscellaneous pleadings. | 462.00 |
| 10/03/01 | J. Rich | 0.20 | Review e-mails from J. Hutchins re motion | 85.00 |
| 10/04/01 | A. B. Abbott | 4.40 | Legal research regarding preference action and proof of claim | 616.00 |
| 10/04/01 | J. C. Hutchins | 1.00 | Review and analyze docket updates and miscellaneous pleadings; work on answer; prepare and send facsimile to A. Bokhari. | 330.00 |
| 10/04/01 | D. E. Rosenfeld | 2.30 | Legal research | 575.00 |
| 10/05/01 | A. B. Abbott | 5.50 | Review Stone & Webster's preference action and research bankruptcy proceedings under Chapter 11 | 770.00 |
| 10/05/01 | J. C. Hutchins | 4.10 | Review and analyze docket update; prepare answer to complaint; review and analyze possible defenses and cross-claims; prepare and send e-mail to A. Bokhari; prepare memorandum to D. Rosenfeld; telephone call from E. Mehan; telephone call to D. Rosenfeld regarding scheduling litigation; telephone conference with E. Mehan regarding amending complaint; prepare and send e-mail to J. Rich. | 1,353.00 |

**KL**

Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 4.10 | Review and analyze docket update; prepare answer to complaint; review and analyze possible defenses and cross-claims; prepare and send e-mail to A. Bokhari; prepare memorandum to D. Rosenfeld; telephone call from E. Mehan; telephone call to D. Rosenfeld regarding scheduling litigation; telephone conference with E. Mehan regarding amending complaint; prepare and send e-mail to J. Rich. | 1,353.00 |
| 10/09/01 | A. B. Abbott | 7.50 | Research preferential transfers and avoidable transactions | 1,050.00 |
| 10/09/01 | J. C. Hutchins | 3.10 | Receive and review e-mail from A. Bokhari regarding Monaco invoice; prepare and send e-mail to F. Monaco; receive and review e-mail from A. Bokhari regarding mechanics of payments by SWEC to BSW; prepare and send e-mail to J. Rich and D. Rosenfeld regarding defenses and issues based on payment mechanics; telephone conference with J. Rich regarding procedural issues regarding action against Shaw; review and analyze issues regarding internal accounting and records regarding S&W liability; prepare and send e-mail to A. Bokhari; prepare and send e-mail to J. Rich and D. Rosenfeld. | 1,023.00 |
| 10/09/01 | J. Rich | 0.40 | Review e-mail from J. Hutchins to client and discuss with J. Hutchins | 170.00 |
| 10/09/01 | D. E. Rosenfeld | 6.10 | Legal research and draft answer; review rules regarding consolidation and joinder; conference with A. Abbott and J. Hutchins | 1,525.00 |

**KL**
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 3.10 | Review and analyze docket entries; review and analyze Kermer memorandum in support of motion to compel payment by Shaw; review and analyze complaint; conference with D. Rosenfeld; telephone conference with J. Rich; review and analyze docket entries, pending motions by third parties to compel Shaw to pay cure claims; review and analyze procedural issues; conference with D. Rosenfeld regarding discovery. | 1,023.00 |
| 10/10/01 | D. E. Rosenfeld | 6.20 | Legal research and draft answer | 1,550.00 |
| 10/11/01 | A. B. Abbott | 1.50 | Conference with J. Rich, J. Hutchins and D. Rosenfeld regarding preference action and affirmative pleadings; review Answer | 210.00 |
| 10/11/01 | J. C. Hutchins | 3.40 | Work on answer to S&W complaint; conference with D. Rosenfeld, A. Abbott and J. Rich regarding procedural issues regarding action against Shaw Group; outline complaint against Shaw; review and analyze motions. | 1,122.00 |
| 10/11/01 | J. Rich | 0.70 | Conference with J. Hutchins and others re bankruptcy strategy | 297.50 |
| 10/11/01 | D. E. Rosenfeld | 8.30 | Draft answer; research regarding bankruptcy procedure; meeting with J. Rich, J. Hutchins and A. Abbott | 2,075.00 |
| 10/11/01 | B. W. Sheppard | 3.00 | Began memo concerning the modification of contracts in the case | 420.00 |
| 10/12/01 | A. B. Abbott | 2.00 | Review complaint and answer; research code provisions cited in complaint | 280.00 |
| 10/12/01 | J. C. Hutchins | 3.90 | Work on cross claim against Shaw Group; telephone conference with K. Serrao; review and analyze docket entries; obtain copies of various pleadings through K. Serrao; prepare and send e-mail to J. Rich; conference with D. Rosenfeld; draft cross claim. | 1,287.00 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | D. E. Rosenfeld | 7.50 | Draft answer and research regarding cross-claims/claims | 1,875.00 |
| 10/12/01 | K. A. Serrao | 1.10 | Phone call with J. Hutchins regardind Stone & Webster docket entries and pleadings; Pacer searches to obtain missing docket entries and to download requested pleadings; phone call to Parcels requesting additional documents; phone call to Trumbull Services regarding correction of SAMBA claims; email to J. Hutchins re same | 148.50 |
| 10/12/01 | B. W. Sheppard | 5.40 | Finished drafting memo; shepardized; proofread; met with attorney | 756.00 |
| 10/14/01 | J. C. Hutchins | 2.00 | Draft Cross Claim against Shaw Group. | 660.00 |
| 10/15/01 | A. B. Abbott | 0.40 | Review answer; conference with D. Rosenfeld regarding same | 56.00 |
| 10/15/01 | J. C. Hutchins | 4.80 | Receive and review e-mail from A. Bokhari; conference with D. Rosenfeld regarding proceeding by separate complaint; draft complaint against Shaw Group; revise and edit draft complaint; prepare and send e-mail to D. Rosenfeld; review and analyze docket entries; revise and edit draft answer; conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld to A. Bokhari; prepare and send e-mail to A. Bokhari. | 1,584.00 |
| 10/15/01 | D. E. Rosenfeld | 8.40 | Revise and edit answer and affirmative defenses; conference with J. Hutchins regarding same; e-mails to A. Bokhari; further revisions to answer and draft complaint | 2,100.00 |
| 10/15/01 | K. A. Serrao | 0.30 | Review pleadings faxed by Parcels and phone call re same; Pacer search to confirm docket numbers requested; fax pleadings to J. Hutchins | 40.50 |
| 10/16/01 | A. B. Abbott | 6.60 | Review answer and complaint; research regarding necessary parties and consolidation | 924.00 |

**KL**
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| | | | | |
|---|---|---|---|---|
| | J. C. Hutchins | 2.90 | Receive and review e-mail from A. Bokhari; receive and review D. Rosenfeld complaint; research and analyze various factual issues; conference with D. Rosenfeld regarding same; prepare and send facsimile to A. Bokhari; review and analyze docket entries; review and analyze pleadings obtained by Serrao; receive and review e-mail from D. Rosenfeld to A. Bokhari; revise and edit latest draft of complaint. | 957.00 |
| 10/16/01 | D. E. Rosenfeld | 9.40 | Revise and edit complaint; legal research concerning preferences, joinder, third-party actions, cross-claims and consolidation; telephone conference with F. Monaco | 2,350.00 |
| 10/17/01 | A. B. Abbott | 9.00 | Compile and review documents to be filed with complaint; research motions to consolidate | 1,260.00 |
| 10/17/01 | J. C. Hutchins | 2.10 | Revise and edit answer; revise and edit complaint; conference with D. Rosenfeld; telephone conference with A. Bokhari and D. Rosenfeld; receive and review e-mail from C. Jebeyli; conference with A. Abbott; review and analyze exhibits; review and analyze Bugshan pleadings; review and analyze docket update; receive and review package from A. Bokhari (BSW deposit account statements). | 693.00 |
| 10/17/01 | D. E. Rosenfeld | 3.70 | Revise and edit complaint; legal research; telephone conferences with K. Mangan; conferences with J. Hutchins and A. Abbott | 925.00 |
| 10/18/01 | J. C. Hutchins | 2.10 | Receive and review e-mail from K. Serrao; review and analyze docket; receive and review e-mail from K. Serrao; review and analyze Bugshan objection; telephone conference with D. Rosenfeld; receive and review e-mail from service lists, motion to consolidate; prepare and send e-mail to K. Serrao. | 693.00 |

**K L** ®
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | D. E. Rosenfeld | 5.30 | Review finalized complaint; telephone conferences with K, Mangan regarding filing; conference with J. Hutchins and K. Serrao; conference with A. Abbott concerning motion to consolidate or in the alternative to dismiss the preference action; telephone conference with Testa Hurwitz & Thibeault regarding access to K. Smith; telephone conference with A. Bokhari | 1,325.00 |
| 10/18/01 | K. A. Serrao | 0.50 | Respond to attorney requests for docket/pleading information; phone calls and emails re same | 67.50 |
| 10/19/01 | A. B. Abbott | 3.00 | Research regarding consolidation and motions to dismiss | 420.00 |
| 10/19/01 | J. C. Hutchins | 2.50 | Telephone conference with D. Rosenfeld regarding additional claim against Shaw; review and analyze dockets; prepare and send e-mail to D. Rosenfeld; review and analyze pleadings regarding Bugshan & Bugshan response to S&W objection; review and analyze statements of deposit account; prepare and send e-mail to A. Bokhari review and analyze docket updates; prepare memorandum to D. Rosenfeld regarding analysis of statements of deposit accounts. | 825.00 |
| 10/19/01 | D. E. Rosenfeld | 1.40 | Conference with A. Abbott regarding motion; review memos from A. Bokhari and J. Hutchins | 350.00 |
| 10/19/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/22/01 | A. B. Abbott | 4.90 | Legal research regarding misjoinder of parties; draft motion regarding same | 686.00 |

**KL** ®
**Kirkpatrick & Lockhart Nicholson Graham** LLP

| | | | | |
|---|---|---|---|---|
| | J. C. Hutchins | 1.30 | Receive and review e-mail from C. Jebeyli; prepare and send e-mail to J. Rich; receive and review e-mail from J. Rich; review and analyze miscellaneous pleadings; review correspondence from pleadings regarding Bugshan claim; conference with D. Rosenfeld; receive and review e-mail from K. Mangan regarding postponement of hearing; prepare and send e-mail to K. Mangan; prepare memorandum to D. Rosenfeld regarding current account records. | 429.00 |
| 10/22/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/23/01 | A. B. Abbott | 7.30 | Draft motion to consolidate; review documents in preparation for same | 1,022.00 |
| 10/23/01 | J. C. Hutchins | 0.70 | Telephone call from Monaco office; review and analyze docket updates. | 231.00 |
| 10/23/01 | D. E. Rosenfeld | 2.30 | Review docket materials; review memo regarding H.K. Smith; telephone conference with Testa, Hurwitz & Thibeault; conference with A. Abbott regarding motion to consolidate | 575.00 |
| 10/23/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/24/01 | A. B. Abbott | 3.70 | Draft motion to consolidate or, in the alternative, to dismiss | 518.00 |
| 10/24/01 | J. C. Hutchins | 1.20 | Review and analyze dockets; receive and review e-mail from A. Bokhari; review correspondence from Monaco firm; prepare memorandum to D. Rosenfeld regarding file on complaint. | 396.00 |
| 10/24/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/25/01 | A. B. Abbott | 1.50 | Draft memorandum in support of motion to dismiss | 210.00 |

**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 0.70 | Review and analyze additional statements regarding current account from Bokhari; review and analyze manual loan account statements; prepare memorandum to D. Rosenfeld regarding same; review and analyze docket entries; conference with D. Rosenfeld. | 231.00 |
| 10/25/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/26/01 | A. B. Abbott | 2.70 | Draft memorandum in support of motion to consolidate and conference with D. Rosenfeld regarding same | 378.00 |
| 10/26/01 | J. C. Hutchins | 0.50 | Telephone conference with B. Allensworth; prepare memorandum to D. Rosenfeld regarding additional statements; prepare and send e-mail to B. Allensworth. | 165.00 |
| 10/26/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/29/01 | J. C. Hutchins | 0.80 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to B. Allensworth; review and analyze pleadings regarding Shaw settlements; review and analyze Kerner stipulation to settle; conference with D. Rosenfeld regarding same. | 264.00 |
| 10/29/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/30/01 | D. E. Rosenfeld | 2.30 | Review and revise motion to consolidate and/or dismiss preference action | 575.00 |
| 10/30/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 10/31/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| | **TOTAL FEES** | | | $ 47,910.50 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. B. Abbott | 67.00 hrs at | $ 140/ hr | $9,380.00 |
| J. C. Hutchins | 49.80 hrs at | $ 330/ hr | $16,434.00 |
| J. Rich | 2.10 hrs at | $ 425/ hr | $892.50 |
| D. E. Rosenfeld | 78.60 hrs at | $ 250/ hr | $19,650.00 |
| K. A. Serrao | 2.80 hrs at | $ 135/ hr | $378.00 |
| B. W. Sheppard | 8.40 hrs at | $ 140/ hr | $1,176.00 |
| **TOTAL FEES** | 208.70 hrs | | $ 47,910.50 |



Kirkpatrick & Lockhart Nicholson Graham **DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 4.33 |
| Facsimile | 21.75 |
| Copying Expense | 232.56 |
| Word Processing | 142.02 |
| Westlaw Research | 3,077.61 |
| Transportation Expenses | 30.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 3,508.27 |

## OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/28/01 | 1000113 | 11,952.00 | 117.42 | 12,069.42 |
| 10/30/01 | 1007531 | 44,277.00 | 1,896.76 | 46,173.76 |
| | OUTSTANDING BALANCE | | $ | 58,243.18 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 47,910.50 |
| Disbursements and Other Charges | $ | 3,508.27 |
| | | _____ |
| **CURRENT INVOICE DUE** | $ | **51,418.77** |
| | | |
| Past Due Invoices * | $ | 58,243.18 |
| | | |
| **TOTAL AMOUNT DUE** | $ | **109,661.95** |

.

\* Does not include payments received after 11/05/01.