

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

December 27, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1025937 |
| Services Through | : | November 30, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/01 | A. B. Abbott | 1.20 | Analyze deposit account records | 168.00 |
| 11/01/01 | J. C. Hutchins | 0.10 | Review and analyze docket; prepare and send e-mail to D. Rosenfeld regarding same. | 33.00 |
| 11/01/01 | D. E. Rosenfeld | 4.20 | Review docket; review objections to claim of Bugshan; review motions regarding Shaw | 1,050.00 |
| 11/01/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/02/01 | A. B. Abbott | 5.60 | Analyze deposit account records; prepare schedule of transfers | 784.00 |
| 11/02/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/05/01 | A. B. Abbott | 1.40 | Draft schedule of debits, loan payments and transfers of funds into BSW's deposit account records | 196.00 |
| 11/05/01 | J. C. Hutchins | 0.50 | Review correspondence from Ed Meehan; review and analyze discovery requests; review and analyze settlement agreement with Comfibre. | 165.00 |
| 11/05/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |

**K&L®**

Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/06/01 | J. C. Hutchins | 0.40 | Review and analyze docket updates, discovery request; review and analyze miscellaneous pleadings. | 132.00 |
| 11/06/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/07/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/08/01 | J. C. Hutchins | 0.50 | Review and analyze discovery request; prepare memorandum to D. Rosenfeld; review and analyze docket updates, miscellaneous pleadings. | 165.00 |
| 11/08/01 | D. E. Rosenfeld | 6.30 | Review motion to consolidate; revise motion to consolidate; review discovery requests and letter from Skadden; review dockets | 1,575.00 |
| 11/08/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/09/01 | J. C. Hutchins | 0.70 | Receive and review e-mail from A. Bokhari (x3); telephone call from A. Bokhari; prepare and send e-mail to D. Rosenfeld; prepare and send e-mail to A. Bokhari; review and analyze docket updates, miscellaneous pleadings. | 231.00 |
| 11/09/01 | K. A. Serrao | 0.10 | Docket search and email re same | 13.50 |
| 11/12/01 | J. C. Hutchins | 1.00 | Review and analyze docket updates. | 330.00 |
| 11/12/01 | D. E. Rosenfeld | 8.20 | Research and draft motion to consolidate; review discovery requests | 2,050.00 |
| 11/12/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/13/01 | J. C. Hutchins | 0.20 | Review and analyze docket update; prepare and send e-mail to D. Rosenfeld; conference with D. Rosenfeld. | 66.00 |
| 11/13/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/14/01 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Bokhari regarding motion to consolidate; prepare and send e-mail to D. Rosenfeld, conference with D. Rosenfeld, review and analyze docket updates. | 99.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/14/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/15/01 | A. B. Abbott | 2.00 | Conference with D. Rosenfeld and J. Hutchins regarding status of claim; conference with D. Rosenfeld regarding deposit account records; review of documents in preparation for same | 280.00 |
| 11/15/01 | J. C. Hutchins | 0.60 | Telephone conference with A. Bokhari regarding motion to consolidate debtors substantially and status; conference with D. Rosenfeld and A. Abbott regarding motion to consolidate adversary proceedings; review and analyze docket updates. | 198.00 |
| 11/15/01 | D. E. Rosenfeld | 8.60 | Revise and edit motion for consolidation; telephone conference with E. Meehan; conference with J. Hutchins and A. Abbott; review local rules of Delaware Bankruptcy Court regarding service; prepare automatic disclosures | 2,150.00 |
| 11/15/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/16/01 | D. E. Rosenfeld | 4.30 | Revise motion for consolidation; prepare automatic disclosures; telephone conferences with K. Mangan and E. Meehan regarding automatic disclosures | 1,075.00 |
| 11/16/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/19/01 | J. C. Hutchins | 0.40 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld regarding service of complaint; telephone conference with B. Allensworth. | 132.00 |
| 11/19/01 | D. E. Rosenfeld | 8.30 | Draft motion to consolidate; revise amended complaint; telephone conference with K. Mangan; telephone conference with E. Meehan | 2,075.00 |
| 11/19/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |

Kirkpatrick & Lockhart Nicholson Graham LLP

**K&L** Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/21/01 | J. C. Hutchins | 0.30 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 99.00 |
| 11/21/01 | D. E. Rosenfeld | 1.40 | Review dockets and new pleadings | 350.00 |
| 11/26/01 | D. E. Rosenfeld | 7.40 | Prepare initial disclosures; prepare discovery requests; review discovery; revise and edit motion to consolidate | 1,850.00 |
| 11/26/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/27/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/28/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/29/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| 11/30/01 | K. A. Serrao | 0.10 | Docket search and email regarding same | 13.50 |
| | | TOTAL FEES | | $   15,496.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 10.20 hrs at | $ 140/ hr | | $1,428.00 |
| J. C. Hutchins | 5.00 hrs at | $ 330/ hr | | $1,650.00 |
| D. E. Rosenfeld | 48.70 hrs at | $ 250/ hr | | $12,175.00 |
| K. A. Serrao | 1.80 hrs at | $ 135/ hr | | $243.00 |
| TOTAL FEES | 65.70 hrs | | | $   15,496.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 3.89 |
| Copying Expense | 8.64 |
| Copying Expense (Outside Off.) | 144.76 |
| Long Distance Courier | 53.93 |
| Westlaw Research | 568.10 |
| DISBURSEMENTS & OTHER CHARGES | $   779.32 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/28/01 | 1000113 | 11,952.00 | 117.42 | 12,069.42 |
| 10/30/01 | 1007531 | 44,277.00 | 1,896.76 | 46,173.76 |
| 11/17/01 | 1015143 | 46,557.50 | 3,366.25 | 49,923.75 |
| | OUTSTANDING BALANCE | | | $   108,166.93 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 15,496.00 |
| Disbursements and Other Charges | $ | 779.32 |
| **CURRENT INVOICE DUE** | $ | **16,275.32** |
| Past Due Invoices [*] | $ | 108,166.93 |
| **TOTAL AMOUNT DUE** | $ | **124,442.25** |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

January 30, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   1038077
Services Through: December 31, 2001

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 11/26/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings. | 165.00 |
| 11/27/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings, docket updates; telephone conference with D. Rosenfeld regarding service; receive and review e-mail from local counsel. | 99.00 |
| 11/28/2001 | Hutchins, J. C. | .40 | Review and analyze docket, miscellaneous pleading; receive and review e-mail from Monaco firm regarding service; telephone call to D. Rosenfeld; receive and review e-mail from Skadden Arps. | 132.00 |
| 11/29/2001 | Hutchins, J. C. | .50 | Receive and review e-mail from K. Morgan regarding summons and service; review facsimile from Skadden regarding no service of law suit; telephone call to D. Rosenfeld; review and analyze docket updates;, miscellaneous pleadings. | 165.00 |
| 11/30/2001 | Hutchins, J. C. | .40 | Receive and review e-mail from Monaco firm regarding service of complaint; review docket updates; prepare and send e-mail to D. Rosenfeld. | 132.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

January 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1038077
Services Through: December 31, 2001
Page 4

| | | | | |
|---|---|---|---|---|
| 12/03/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/03/2001 | Hutchins, J. C. | .30 | Review and analyze docket updates; telephone conference with D. Rose regarding service, motion to consolidate, receive and review e-mail from Sadden Carps. | 99.00 |
| 12/03/2001 | Rosenfeld, D. E. | .60 | Prepare amended complaint | 150.00 |
| 12/04/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/04/2001 | Hutchins, J. C. | .20 | Review and analyze docket updates, miscellaneous pleadings; telephone conference with D. Rosenfeld. | 66.00 |
| 12/04/2001 | Rosenfeld, D. E. | 3.10 | Revise and edit motion to consolidate; review pleadings | 775.00 |
| 12/05/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/05/2001 | Hutchins, J. C. | 1.90 | Review and analyze status of various matters; prepare action list; attention to file maintenance; receive and review e-mail from Skadden Arps; conference with D. Rosenfeld regarding action list. | 627.00 |
| 12/05/2001 | Rosenfeld, D. E. | 3.50 | Meeting with J. Hutchins; review pleadings; telephone conference with K. Mangan; telephone conference with E. Meehan | 875.00 |
| 12/06/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/06/2001 | Hutchins, J. C. | .20 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 66.00 |
| 12/07/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/07/2001 | Hutchins, J. C. | .20 | Review and analyze docket update. | 66.00 |
| 12/10/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/10/2001 | Hutchins, J. C. | .80 | Receive and review e-mail from A. Bokhari; conference with B. Allensworth; prepare and send e-mail to A. Bokhari. | 264.00 |
| 12/11/2001 | Serrao, K. A. | .10 | Docket search and email regarding | 13.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

January 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1038077
Services Through: December 31, 2001
Page 5

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 12/11/2001 | Hutchins, J. C. | .80 | same<br>Receive and review e-mail from A. Bokhari; prepare and send e-mail to B. Allensworth; telephone call to A. Bokhari (x3); telephone conference with B. Allensworth; review and analyze pleadings regarding claims and substantive consolidation; review docket updates. | 264.00 |
| 12/12/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/12/2001 | Hutchins, J. C. | .30 | Prepare and send facsimile to A. Bokhari and C. Jebeyli; telephone conference with D. Rosenfeld. | 99.00 |
| 12/12/2001 | Rosenfeld, D. E. | 1.80 | Draft letter to client; telephone conference with A. Wentlandt | 450.00 |
| 12/13/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/13/2001 | Hutchins, J. C. | .10 | Review docket. | 33.00 |
| 12/13/2001 | Rosenfeld, D. E. | 1.60 | Revise and edit motion to consolidate; review pleadings; telephone conference with K. Mangan | 400.00 |
| 12/14/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/14/2001 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; review and analyze docket; review and analyze amended agenda regarding postponement of hearing on Shaw objection to Samba's cure claim; revise and edit opinions per telecon with lender's counsel; conference with P. Wong regarding same (x2); proofread and review revised drafts. | 132.00 |
| 12/17/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/17/2001 | Hutchins, J. C. | .60 | Review and analyze docket updates; conference with B. Allensworth; review and analyze miscellaneous pleadings; telephone | 198.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

January 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1038077
Services Through: December 31, 2001
Page 6

| | | | | |
|---|---|---|---|---|
| | | | call to D. Rosenfeld | |
| 12/17/2001 | Rosenfeld, D. E. | 5.30 | Revise and edit motion to consolidate, amended complaint, discovery responses | 1325.00 |
| 12/18/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/18/2001 | Hutchins, J. C. | 1.40 | Review and analyze updated agenda, notice regarding continuance of hearing date; review and analyze motions to compromise; review and analyze motions regarding substantive consolidation; conference with D. Rosenfeld regarding status of amended complaint and motion to consolidate; telephone call to C. Jebeyli | 462.00 |
| 12/19/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/19/2001 | Hutchins, J. C. | 1.20 | Telephone call to A. Bokhari; conference with B. Allensworth; review and analyze docket updates; telephone call to C. Jebeyli; review and analyze reports regarding status of objections, continuance of hearing | 396.00 |
| 12/20/2001 | Hutchins, J. C. | .70 | Telephone conference with A. Bokhari; conference with B. Allensworth; conference with D. Rosenfeld | 231.00 |
| 12/21/2001 | Hutchins, J. C. | 1.20 | Conference with D. Rosenfeld; review Rosenfeld draft of motion to consolidate adversary proceedings and brief in support; telephone conference with Skadden Arps re re-scheduled pre-trial conference | 396.00 |
| 12/21/2001 | Rosenfeld, D. E. | 2.80 | Finalize motion and amended complaint | 700.00 |
| 12/26/2001 | Hutchins, J. C. | 1.60 | Review and analyze miscellaneous pleadings; file maintenance; revise and edit D. Rosenfeld draft motion and brief; receive e-mail from K. Mangan | 528.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

January 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1038077
Services Through: December 31, 2001
Page 7

| | | | | |
|---|---|---|---|---|
| 12/27/2001 | Hutchins, J. C. | 1.60 | Review and analyze pleadings re settlement with Vulcan; telephone conference with Klett Rooney re creditor's committee membership; review and analyze Rosenfeld drafts | 528.00 |
| 12/28/2001 | Serrao, K. A. | .10 | Docket search and email regarding same | 13.50 |
| 12/28/2001 | Hutchins, J. C. | 1.40 | Review and analyze miscellaneous pleadings; revise and edit Rosenfeld drafts | 462.00 |
| 12/31/2001 | Hutchins, J. C. | 2.80 | Review and analyze Rosenfeld drafts; research and analyze issues regarding consolidation of adversary proceedings; revise and edit amended answer; conference with D. Rosenfeld; review and analyze docket updates; attention to file maintenance | 924.00 |
| 12/31/2001 | Rosenfeld, D. E. | .80 | Revise motion to consolidate; review correspondence from G. Rubin at Skadden | 200.00 |

TOTAL FEES                                                        $11,598.00

| | | | | | | |
|---|---|---|---|---|---|---|
| J. C. Hutchins | 19.8 | hrs. | @$330 $/hr | = | 6,534.00 |
| D. E. Rosenfeld | 19.5 | hrs. | @$250 $/hr | = | 4,875.00 |
| K. A. Serrao | 1.4 | hrs. | @$135 $/hr | = | 189.00 |

**TOTAL FEES**                                                   **$11,598.00**

### DISBURSEMENTS & OTHER CHARGES

**DESCRIPTION**                                                   **AMOUNT**



**Kirkpatrick & Lockhart Nicholson Graham** LLP
January 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1038077
Services Through: December 31, 2001
Page 8

---

| | |
|---|---|
| Telephone | 39.53 |
| Facsimile | 13.50 |
| Copying Expense | 45.00 |

**DISBURSEMENTS & OTHER CHARGES**              **$ 98.03**

**CURRENT INVOICE DUE**                          **$11,696.03**



**Kirkpatrick & Lockhart Nicholson Graham LLP**
**January 30, 2002**

Chahdan Jebeyli

Our File Number: **0508830.0901**
Invoice:  1038077
Services Through: **December 31, 2001**
Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 19.8 hrs. | @$330 $/hr | = | 6,534.00 |
| Associate | D. E. Rosenfeld | 19.5 hrs. | @$250 $/hr | = | 4,875.00 |
| Legal Assistant | K. A. Serrao | 1.4 hrs. | @$135 $/hr | = | 189.00 |
| | Total | 40.7 | | | $11,598.00 |

Disbursements                    $ 98.03

TOTAL of BILL                  $11,696.03



Kirkpatrick & Lockhart Nicholson Graham LLP

February 27, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 01/02/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 01/02/2002 | Hutchins, J. C. | 2.60 | Revise and edit memorandum in support of motion to consolidate; conference with D. Rosenfeld regarding same and filing motions to amend and to consolidate; receive and review e-mail from Mangan (x2); review and analyze Shaw's answer to Samba's adversary proceeding; review and analyze Debtor answer to adversary proceeding. | 884.00 |
| 01/03/2002 | Hutchins, J. C. | 1.40 | Review and analyze docket updates; review and analyze miscellaneous pleadings; receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding contacts with Shaw and S&W; receive and review e-mail from K. Mangan; review and analyze revised drafts. | 476.00 |
| 01/03/2002 | Rosenfeld, D. E. | 1.80 | Review discovery requests and prepare responses; review dockets; telephone conference with K. Mangan regarding service and | 477.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | procedure of Delaware bankruptcy court; telephone conference with G. Rubin | |
| 01/04/2002 | Hutchins, J. C. | 1.40 | Review and analyze answers to complaint; conference with D. Rosenfeld regarding conference call; receive and review e-mail from D. Rosenfeld to Mangan (motion to amend, etc); review and analyze docket updates; review and analyze miscellaneous pleadings; prepare and send e-mail to A. Bokhari and C. Jebeyli regarding settlement discussions. | 476.00 |
| 01/04/2002 | Rosenfeld, D. E. | 3.20 | Revise and edit motion for consolidation and motion to amend complaint; telephone conferences with S. Jenkins and G. Rubin regarding motions and settlement discussions and discovery issues | 848.00 |
| 01/07/2002 | Hutchins, J. C. | 3.60 | Receive and review e-mail from K. Maragan (x2) regarding motion to amend and motion to consolidate; receive and review e-mail from C. Jebeyli; review and analyze answers of Shaw & S&W; conference with D. Rosenfeld regarding settlement conference call; telephone conference with C. Jebeyli; conference call with S&W counsel and Shaw counsel regarding settlement discovery, etc. | 1224.00 |
| 01/07/2002 | Rosenfeld, D. E. | 5.90 | Prepare for conference call; finalize motions; prepare discovery responses; conference with J. Hutchins; telephone conference with Shaw and S&W | 1563.50 |
| 01/07/2002 | Abbott, A. B. | 4.60 | Review file; draft answers to interrogatories | 644.00 |
| 01/08/2002 | Hutchins, J. C. | 1.90 | Review and analyze pleadings, motion to consolidate as filed, amend complaint; telephone conference with D. Rosenfeld | 646.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1039497
Services Through: January 31, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| | | | regarding discovery responses; prepare and send reports to A. Bokhari; prepare and send e-mail to A. Bokari et al (x3). | |
| 01/08/2002 | Abbott, A. B. | 5.30 | Draft responses to interrogatories; conduct research regarding same | 742.00 |
| 01/09/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings, docket updates. | 102.00 |
| 01/09/2002 | Rosenfeld, D. E. | 3.80 | Prepare discovery responses and discovery requests; telephone conference with H.J. Rosenfeld regarding contract provisions in asset purchase agreement; prepare for hearing | 1007.00 |
| 01/09/2002 | Abbott, A. B. | 2.70 | Review documents for production | 378.00 |
| 01/10/2002 | Hutchins, J. C. | .80 | Review and analyze Miscellaneous pleadings; review and analyze Shaw discovery requests; brief conference with D. Rosenfeld regarding discovery responses and SAMBA discovery. | 272.00 |
| 01/10/2002 | Rosenfeld, D. E. | 3.80 | Prepare discovery responses and review documents | 1007.00 |
| 01/11/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates. | 136.00 |
| 01/11/2002 | Rosenfeld, D. E. | 2.10 | Telephone conference with G. Rubin; prepare discovery responses and requests | 556.50 |
| 01/11/2002 | Abbott, A. B. | .20 | Attention to responses to interrogatories | 28.00 |
| 01/12/2002 | Abbott, A. B. | 2.00 | Review documents for response to request for production | 280.00 |
| 01/13/2002 | Abbott, A. B. | 5.50 | Attention to request for production of documents | 770.00 |
| 01/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/14/2002 | Hutchins, J. C. | 1.80 | Review and analyze S&W motion and related pleadings; review and analyze docket; conference with D. Rosenfeld regarding responses to discovery pleadings; revise and edit answers. | 612.00 |
| 01/14/2002 | Rosenfeld, D. E. | 5.20 | Prepare discovery responses, | 1378.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 6

| | | | | |
|---|---|---|---|---|
| | | | meeting with J. Hutchins concerning interrogatory answers | |
| 01/14/2002 | Abbott, A. B. | 3.30 | Attention to request for production of documents and responses to interrogatories; meeting with D. Rosenfeld regarding same | 462.00 |
| 01/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/15/2002 | Hutchins, J. C. | 1.10 | Telephone call from D. Rosenfeld; review and analyze revised answers to discovery; receive and review e-mail from D. Rosenfeld to A. Bokhari; review and analyze S&W motion for summary judgment and brief; conference with D. Rosenfeld regarding same. | 374.00 |
| 01/15/2002 | Rosenfeld, D. E. | 5.10 | Prepare discovery responses; outline opposition to motion for summary judgment; telephone conference with L. Singer | 1351.50 |
| 01/15/2002 | Abbott, A. B. | 7.40 | Draft first set of interrogatories propounded to Stone & Webster; meeting with D. Rosenfeld regarding same | 1036.00 |
| 01/15/2002 | Singer, E. | .80 | Review legal pleadings in bankruptcy case | 220.00 |
| 01/16/2002 | Geyer, L. A. | .10 | Stone & Webster adversary docket updates | 8.50 |
| 01/16/2002 | Hutchins, J. C. | 2.30 | Review and analyze motion for summary judgment and brief; conference with D. Rosenfeld regarding response. | 782.00 |
| 01/16/2002 | Abbott, A. B. | 7.90 | Draft request for production of documents; meeting with D. Rosenfeld regarding same; attention to interrogatory requests | 1106.00 |
| 01/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 01/17/2002 | Hutchins, J. C. | .60 | Telephone call from A. Bokhari; telephone conference with D. Rosenfeld; review and analyze S&W motions and briefs. | 204.00 |
| 01/17/2002 | Abbott, A. B. | 8.70 | Draft opposition to motion for | 1218.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| | | | summary judgment | |
| 01/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 01/18/2002 | Geyer, L. A. | .20 | Respond to attorney request for copies of adversary dockets | 17.00 |
| 01/18/2002 | Hutchins, J. C. | 3.60 | Review and analyze miscellaneous pleadings, receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari; prepare summary of litigations; prepare and send e-mail to A. Bokhari; prepare and send e-mail to D. Rosenfeld (x2). | 1224.00 |
| 01/18/2002 | Abbott, A. B. | 5.70 | Attention to opposition to motion for summary judgment and reply to debtor's opposition to motion for consolidation or dismissal | 798.00 |
| 01/18/2002 | Bell, S. | 1.50 | Review documents; create bates stamped labels; attach bates stamped labels to each individual documents | 150.00 |
| 01/18/2002 | Singer, E. | .50 | Review and revise objection to debtors' motion for summary judgment and reply re motion to consolidate | 137.50 |
| 01/19/2002 | Rosenfeld, D. E. | 1.60 | Review e-mail from A. Bokhari; review e-mail from J. Hutchins; review opposition to debtors' motion for summary judgment; telephone call with A. Bokhari | 424.00 |
| 01/21/2002 | Rosenfeld, D. E. | 7.60 | Revise and edit opposition to debtors' motion for summary judgment; review pleadings received from Shaw; telephone conference with K. Mangan | 2014.00 |
| 01/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/22/2002 | Hutchins, J. C. | 4.60 | Receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari (answers to interrogatories); explanation regarding Romanian Bank demand; conference with D. Rosenfeld | 1564.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1039497
Services Through: January 31, 2002
Page 8

---

| | | | | |
|---|---|---|---|---|
| | | | regarding discovery; review and analyze Shaw response to motion to consolidate; review and analyze S&W motion for judgment on pleadings and related brief; conference with D. Rosenfeld regarding same; preparation for call with S&W counsel; conference with D. Rosenfeld regarding reply to S&W's motion for summary judgment; receive and review e-mail from A. Bokhari (follow-up questions of Sr. Management Group); prepare response to Asad; prepare and send e-mail to D. Rosenfeld regarding oil and gas draft; receive and review e-mail from L. Geyer (docket updates); review and analyze miscellaneous pleadings from S&W counsel and Shaw counsel. | |
| 01/22/2002 | Rosenfeld, D. E. | 7.80 | Prepare opposition to Stone & Webster's motion for summary judgment and reply to opposition to motion for consolidation; telephone conferences with E. Meehan and G. Rubin; revise discovery requests to Stone & Webster | 2067.00 |
| 01/22/2002 | Abbott, A. B. | 4.00 | Attention to serving documents, answers to interrogatories and opposition to motion for summary judgment; meeting with D. Rosenfeld regarding same | 560.00 |
| 01/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/23/2002 | Hutchins, J. C. | 4.30 | Prepare and send e-mail to D. Rosenfeld regarding computer discovery; conference with D. Rosenfeld regarding reply to S&W response to motion for dismissal or consolidation; revise and edit draft reply; receive and review e-mail from Shaw response; review and | 1462.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 9

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | analyze agenda for January 25 proceedings; conference with D. Rosenfeld regarding same; file maintenance; prepare memorandum to A. Bokhari regarding responses to Sr. management questions. |  |
| 01/23/2002 | Rosenfeld, D. E. | 8.40 | Prepare discovery requests to Shaw; review Shaw's opposition to SAMBA's motion for consolidation and amendment and draft reply to same | 2226.00 |
| 01/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/24/2002 | Hutchins, J. C. | 2.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari (request for additional estimates); conference with D. Rosenfeld; revise and edit D. Rosenfeld draft reply to Shaw response to motion to consolidate; review and analyze S&W opposition regarding motion to amend complaint; telephone conference with D. Rosenfeld. | 782.00 |
| 01/24/2002 | Rosenfeld, D. E. | 9.10 | Prepare for hearing; draft, revise and edit reply to Shaw's opposition to SAMBA's motion for consolidation and amendment | 2411.50 |
| 01/24/2002 | Abbott, A. B. | 5.20 | Draft request for production of documents to the Shaw Group; draft first set of interrogatories to the Shaw Group; meeting with D. Rosenfeld regarding same | 728.00 |
| 01/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/25/2002 | Hutchins, J. C. | .80 | Review and analyze discovery pleadings; telephone conference with D. Rosenfeld regarding results of hearings. | 272.00 |
| 01/25/2002 | Rosenfeld, D. E. | 13.20 | Travel to and from Wilmington, Delaware; meeting with K. Mangan; meeting with G. Rubin and E. Meehan; appearance at Pre- | 3498.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| | | | Trial Conference and hearings on motions for summary judgment, motion to dismiss and motion to consolidate | |
| 01/25/2002 | Abbott, A. B. | 3.70 | Research regarding judgment on pleadings | 518.00 |
| 01/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 01/28/2002 | Hutchins, J. C. | 4.50 | Receive and review e-mail from D. Rosenfeld; conference call with A. Bokhari and D. Rosenfeld; review and analyze creditor committee disclosure statement; review and analyze equity holders committee disclosure statement; review and analyze Bugshan claim dispute pleadings; telephone call to A. Landis regarding information on assets, liabilities, contingencies; telephone conference with M. Yetnikoff (counsel equity holders committee) regarding assets, liabilities, contingencies and consolidation; prepare memorandum to A. Bokhari; review and analyze miscellaneous claim settlement motions; review and analyze S&W memorandum opposing SAMBA's motion to amend; revise and edit D. Rosenfeld memorandum to A. Bokhari. | 1530.00 |
| 01/28/2002 | Rosenfeld, D. E. | 2.60 | Meeting with J. Hutchins and telephone conference with A. Bokhari regarding status; prepare emails to A. Bokhari | 689.00 |
| 01/28/2002 | Abbott, A. B. | 8.20 | Draft answer to Debtors' counterclaim; meeting with D. Rosenfeld regarding same; draft opposition to Debtors' motion for judgment on the pleadings | 1148.00 |
| 01/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1039497
Services Through: January 31, 2002
Page 11

| | | | | |
|---|---|---|---|---|
| 01/29/2002 | Hutchins, J. C. | 3.90 | Review and analyze docket updates; receive and review e-mail from D. Rosenfeld to A. Bokhari (x3); prepare reports to Bokhari regarding asset pools and claim pools of S&W (consolidated) and SWEC alone; prepare report to Bokhari regarding Bugshan claim dispute; review and analyze disclosure statements of creditors committee and equity holders committee; investigate monthly operating reports; telephone call to B. Allensworth. | 1326.00 |
| 01/29/2002 | Abbott, A. B. | 3.60 | Draft opposition to motion for judgment on the pleadings | 504.00 |
| 01/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 01/30/2002 | Hutchins, J. C. | 2.30 | Revise and edit two memoranda to A. Bokhari; receive and review e-mail from L. Geyer; review and analyze debtors monthly operating reports for Sept., Oct. and Nov. 2001; revise and edit memoranda to A. Bokhari; review and analyze disclosure statements; prepare and send e-mail to A. Bokhari (x3); prepare and send correspondence to A. Bokhari. | 782.00 |
| 01/30/2002 | Abbott, A. B. | 4.70 | Draft opposition to motion for judgment on pleadings; draft responses to request for admissions | 658.00 |
| 01/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 01/31/2002 | Hutchins, J. C. | 1.10 | | 374.00 |
| 01/31/2002 | Abbott, A. B. | 7.20 | Review file; draft responses to requests for admissions; draft responses to interrogatories propounded by the Shaw Group | 1008.00 |

TOTAL FEES                                                           $50,257.50



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1039497
Services Through: January 31, 2002
Page 12

| | | | | | |
|---|---|---|---|---|---|
| A. B. Abbott | 89.9 | hrs. | @$140 $/hr | = | 12,586.00 |
| S. Bell | 1.5 | hrs. | @$100 $/hr | = | 150.00 |
| L. A. Geyer | 1.5 | hrs. | @$ 85 $/hr | = | 127.50 |
| J. C. Hutchins | 45.6 | hrs. | @$340 $/hr | = | 15,504.00 |
| D. E. Rosenfeld | 81.2 | hrs. | @$265 $/hr | = | 21,518.00 |
| K. A. Serrao | 0.1 | hrs. | @$145 $/hr | = | 14.50 |
| E. Singer | 1.3 | hrs. | @$275 $/hr | = | 357.50 |

**TOTAL FEES**                                           **$50,257.50**


### DISBURSEMENTS & OTHER CHARGES

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| Telephone | 68.87 |
| Facsimile | 68.25 |
| Copying Expense | 216.18 |
| Long Distance Courier | 133.20 |
| Transportation Expenses | 30.00 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $ 516.50 |
| **CURRENT INVOICE DUE** | **$50,774.00** |
| PAST DUE INVOICE | **$15,844.53** |
| **TOTAL AMOUNT DUE** | **$66,618.53** |



Kirkpatrick & Lockhart Nicholson Graham LLP

March 27, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 02/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/01/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates and miscellaneous pleadings. | 136.00 |
| 02/01/2002 | Abbott, A. B. | 5.10 | Draft responses to interrogatories; draft answers to request for production of documents | 714.00 |
| 02/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/04/2002 | Hutchins, J. C. | .70 | Telephone conference with A. Bokhari; telephone conference with D. Rosenfeld regarding conference call; review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari. | 238.00 |
| 02/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/05/2002 | Hutchins, J. C. | 1.30 | Review and analyze Motion for settlement of overtime wage claims; review and analyze docket; telephone conference with C. Jebeyli, A. Bokhari and J. Marigoman; prepare and send e-mail to Jebeyli and Marigoman (x6); telephone conference with C. Jebeyli, A, Bokhari and D. Rosenfeld. | 442.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1046607
Services Through: February 28, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| 02/05/2002 | Rosenfeld, D. E. | .40 | Telephone conference with J. Hutchins and client | 106.00 |
| 02/05/2002 | Rosenfeld, D. E. | 1.20 | Prepare discovery responses | 318.00 |
| 02/05/2002 | Abbott, A. B. | 3.20 | Draft Samba's opposition to Debtors' motion for judgment on the pleadings | 448.00 |
| 02/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/06/2002 | Hutchins, J. C. | 2.10 | Receive and review e-mail from C. Jebeyli; prepare and send e-mail to D. Rosenfeld; review and analyze docket; review and analyze miscellaneous pleadings; review and analyze draft response to request for admissions; revise and edit same; conference with D. Rosenfeld and A. Abbott regarding response. | 714.00 |
| 02/06/2002 | Rosenfeld, D. E. | 8.20 | Draft discovery response to admissions; prepare discovery response | 2173.00 |
| 02/06/2002 | Abbott, A. B. | 8.00 | Conference with D. Rosenfeld and J. Hutchins regarding response to requests for admission; revise responses; attention to filing same | 1120.00 |
| 02/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/07/2002 | Hutchins, J. C. | .80 | Review and analyze response to request for admission as sent; review and analyze docket updates; review and analyze pleadings regarding various settlements with creditors. | 272.00 |
| 02/07/2002 | Rosenfeld, D. E. | 2.90 | Draft discovery responses | 768.50 |
| 02/07/2002 | Abbott, A. B. | 1.80 | Meeting with D. Rosenfeld regarding opposition to motion for judgment on the pleadings; revise draft | 252.00 |
| 02/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/08/2002 | Hutchins, J. C. | 1.80 | Review and analyze motion for judgment on the pleadings; conference with A. Abbot and D. | 612.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002
Page 5

---

| | | | | |
|---|---|---|---|---|
| | | | Rosenfeld regarding response; revise and edit draft response to motion for judgment on pleadings; review and analyze Romanian Bank demand; telephone conference with D. Rosenfeld regarding litigation roadmap. | |
| 02/08/2002 | Rosenfeld, D. E. | 2.80 | Draft correspondence to client; telephone conference with S. Jenkins, counsel for Shaw regarding discovery issues | 742.00 |
| 02/08/2002 | Abbott, A. B. | 6.20 | Revise opposition to motion for judgment on the pleadings; attention to filing same; draft answers to interrogatories | 868.00 |
| 02/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/11/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from D. Rosenfeld (litigation road map); review and analyze docket updates; conference with D. Rosenfeld regarding discovery; prepare and send e-mail to A. Bokhari regarding conference call; review and analyze miscellaneous pleadings; attention to payment to local counsel. | 374.00 |
| 02/11/2002 | Rosenfeld, D. E. | 2.70 | Revise and edit interrogatory answers; conference with J. Hutchins and A. Abbott; telephone conference with client | 715.50 |
| 02/11/2002 | Abbott, A. B. | 7.20 | Draft answers to Shaw's first set of interrogatories; review documents for production to Shaw; meeting with D. Rosenfeld regarding discovery | 1008.00 |
| 02/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/12/2002 | Hutchins, J. C. | 1.90 | Review and analyze docket; receive and review e-mail from A. Bokhari (documents sent); receive and review e-mail from Bokhari; conference with D. Rosenfeld and | 646.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002
Page 6

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | A. Abbott; receive and review e-mail from A. Bokhari; conference call with C. Jebeyli and A. Bokhari; review and analyze draft answer to Shaw interrogatives; revise and edit same; brief conference with D. Rosenfeld; receive and review e-mail from A. Bokhari regarding contacts. |  |
| 02/12/2002 | Rosenfeld, D. E. | 8.90 | Prepare discovery responses | 2358.50 |
| 02/12/2002 | Abbott, A. B. | 6.20 | Conference call with SAMBA; analyze elements of causes of action and construction of asset purchases agreement | 868.00 |
| 02/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/13/2002 | Hutchins, J. C. | 1.40 | Review and analyze dockets; telephone conference with Rosenfeld; receive and review e-mail from A. Bokhari (x3); review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari (x2); review and analyze revised answer to Shaw's interrogatories. | 476.00 |
| 02/13/2002 | Rosenfeld, D. E. | 3.40 | Prepare discovery responses | 901.00 |
| 02/13/2002 | Abbott, A. B. | 7.70 | Analyze case law regarding burden of proof in preference action and cure claim; review file to determine factual issues remaining for additional discovery; prepare outline of same | 1078.00 |
| 02/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/14/2002 | Hutchins, J. C. | 2.30 | Review and analyze miscellaneous pleadings; review correspondence from E. Meehan; review correspondence from A. Bokhari; review and analyze documents produced by client for discovery. | 782.00 |
| 02/14/2002 | Rosenfeld, D. E. | 6.40 | Review discovery responses and documents | 1696.00 |
| 02/14/2002 | Abbott, A. B. | 9.00 | Analyze case law regarding | 1260.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| | | | preference action and ordinary course of business; review documents; review and analyze Shaw's asset purchase agreement and Jacobs Engineering's asset purchase agreement | |
| 02/14/2002 | Cook, T. M. | 4.90 | Work on document production | 490.00 |
| 02/15/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 02/15/2002 | Hutchins, J. C. | 4.60 | Review and analyze document package from client; conference with D. Rosenfeld and A. Abbott reviewing document package, privileged documents; prepare memorandum to A. Bokhari regarding documents; conference with D. Rosenfeld regarding same; receive and review e-mail from D. Rosenfeld to A. Bokhari. | 1564.00 |
| 02/15/2002 | Rosenfeld, D. E. | 7.60 | Review documents and prepare memorandum to client | 2014.00 |
| 02/15/2002 | Abbott, A. B. | 9.50 | Meeting with J. Hutchins and D. Rosenfeld to review documents for production to Shaw; attention to serving same | 1330.00 |
| 02/15/2002 | Cook, T. M. | 4.90 | Work on document production | 490.00 |
| 02/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/18/2002 | Hutchins, J. C. | 4.30 | Receive and review e-mail from A. Bokhari (answers to questions regarding documents); conference with D. Rosenfeld and A. Abbott; conference call with C. Jebeyli, A. Bokhari, S. Ali and M. AlMousa; review client documents and records; review and analyze discovery requests; receive and review e-mail from K. Mangan; receive and review e-mail from A. Abbott regarding discovery schedule. | 1462.00 |
| 02/18/2002 | Rosenfeld, D. E. | 1.50 | Telephone conference with client | 397.50 |
| 02/18/2002 | Rosenfeld, D. E. | 2.10 | Conference with J. Hutchins and A. | 556.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002
Page 8

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Abbott regarding discovery and trial strategy |  |
| 02/18/2002 | Abbott, A. B. | 4.50 | Conference call with SAMBA; draft privilege log; review documents | 630.00 |
| 02/19/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 02/19/2002 | Hutchins, J. C. | 3.20 | Review and analyze miscellaneous pleadings; review and analyze docket updates; review and analyze Skadden reply brief regarding judgment on pleadings; conference with A. Abbott regarding organizing clients documents produced in discovery and additional documents; conference with D. Rosenfeld regarding hearing on 2/21 and Skadden reply; review and analyze Debtor answers to interrogatories and document production request; review and analyze agenda for 2/21 Bankruptcy Court proceedings.. | 1088.00 |
| 02/19/2002 | Rosenfeld, D. E. | 2.10 | Prepare for hearing; review discovery from opposing counsel | 556.50 |
| 02/19/2002 | Abbott, A. B. | 5.00 | Review Debtors' response to SAMBA's discovery requests, Debtors' second set of interrogatories, Debtors' first set of admissions; analyze account records | 700.00 |
| 02/20/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 02/20/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from Skadden regarding deposition; receive and review e-mail from D. Rosenfeld to A. Bokhari regarding depositions; review and analyze docket updates; review and analyze miscellaneous pleadings and docket notices. | 374.00 |
| 02/20/2002 | Abbott, A. B. | 4.30 | Analyze bank records; draft chart of activity in current account | 602.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1046607
Services Through: February 28, 2002
Page 9

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 02/21/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same ( ) | 14.50 |
| 02/21/2002 | Hutchins, J. C. | .60 | Review and analyze docket updates; telephone conference with D. Rosenfeld regarding result of hearing on motion on partial summary judgment; prepare memorandum regarding comments on Skadden's response to our discovery. | 204.00 |
| 02/21/2002 | Rosenfeld, D. E. | 13.10 | Travel to Delaware; attend hearing on motion for partial judgment on the pleadings | 3471.50 |
| 02/21/2002 | Abbott, A. B. | 2.10 | Analyze bank records; review Debtors' response to SAMBA's interrogatories and request for production | 294.00 |
| 02/22/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 02/22/2002 | Hutchins, J. C. | .10 | Review and analyze docket updates. | 34.00 |
| 02/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/25/2002 | Hutchins, J. C. | .30 | Review and analyze docket update; review and analyze miscellaneous pleadings. | 102.00 |
| 02/25/2002 | Abbott, A. B. | 1.00 | Review bank records of current account; prepare chart of deposits | 140.00 |
| 02/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/26/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates; prepare comments on Skadden responses. | 68.00 |
| 02/26/2002 | Abbott, A. B. | 2.30 | Review documents; prepare privilege log for documents not produced | 322.00 |
| 02/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/27/2002 | Hutchins, J. C. | .90 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from Askby and Geddes regarding discovery; telephone conference with A. Abbott regarding same; | 306.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**
March 27, 2002

| | |
|---|---|
| Chahdan Jebeyli | Our File Number: 0508830.0901 |
| | Invoice:  1046607 |
| | Services Through: February 28, 2002 |
| | Page 10 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | telephone conference with D. Rosenfeld. | |
| 02/27/2002 | Abbott, A. B. | 7.60 | Review documents; draft supplemental responses to Shaw's request for admissions; research regarding expert witness | 1064.00 |
| 02/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 02/28/2002 | Hutchins, J. C. | .80 | Conference with D. Rosenfeld and A. Abbott; conference call with C. Jebeyli; conference with D. Rosenfeld regarding response to Ashby letter, discovery schedules, etc. | 272.00 |
| 02/28/2002 | Abbott, A. B. | 6.70 | Conference call with J. Hutchins, D. Rosenfeld and C. Jebeyli; draft responses to Debtors' request for admissions; draft supplemental responses to Shaw's request for admissions | 938.00 |

**TOTAL FEES** $41,756.50

| | | | | | | |
|---|---|---|---|---|---|---|
| A. B. Abbott | 97.4 | hrs. | @$140 | $/hr | = | 13,636.00 |
| T. M. Cook | 9.8 | hrs. | @$100 | $/hr | = | 980.00 |
| L. A. Geyer | 1.5 | hrs. | @$ 85 | $/hr | = | 127.50 |
| J. C. Hutchins | 29.9 | hrs. | @$340 | $/hr | = | 10,166.00 |
| D. E. Rosenfeld | 63.3 | hrs. | @$265 | $/hr | = | 16,774.50 |
| K. A. Serrao | 0.5 | hrs. | @$145 | $/hr | = | 72.50 |

**TOTAL FEES** **$41,756.50**

DISBURSEMENTS & OTHER CHARGES

**DESCRIPTION** **AMOUNT**



**Kirkpatrick & Lockhart Nicholson Graham** LLP

March 27, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1046607
Services Through: February 28, 2002
Page 11

---

| | |
|---|---:|
| Telephone | 69.18 |
| Copying Expense | 1,072.62 |
| Long Distance Courier | 71.66 |
| Travel Expenses | 119.99 |
| Transportation Expenses | 60.00 |
| Cab Fare | 118.00 |
| Air Fare | 812.50 |
| Business Meal | 29.90 |
| Other | 25.41 |

**DISBURSEMENTS & OTHER CHARGES**          **$2,379.26**

**CURRENT INVOICE DUE**          **$44,135.76**