

**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 06/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/03/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; receive and review e-mail from S. Ali; review and analyze miscellaneous pleadings. | 170.00 |
| 06/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/04/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from D. Rosenfeld regarding status, reassignment of case to Judge Walsh; review and analyze docket updates; review and analyze D. Rosenfeld memorandum regarding results of requests for admission by Shaw. | 136.00 |
| 06/04/2002 | Rosenfeld, D. E. | 8.20 | Prepare requests for admissions; prepare for deposition of S. Ali; review A. Bokhari deposition changes | 2173.00 |
| 06/04/2002 | Abbott, A. B. | 1.00 | Compile documents for S. Ali deposition | 140.00 |
| 06/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/05/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding preparation for S. Ali deposition; review and analyze | 204.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| | | | docket updates. | |
| 06/05/2002 | Rosenfeld, D. E. | 6.20 | Draft request for admissions | 1643.00 |
| 06/05/2002 | Abbott, A. B. | 2.00 | Compile documents to create chronology of S. Ali's involvement with the loan facility | 280.00 |
| 06/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/06/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates; receive and review e-mail from D. Rosenfeld. | 68.00 |
| 06/06/2002 | Rosenfeld, D. E. | 6.20 | Draft discovery requests; research regarding deposition notices for foreign residents; prepare simulated deposition | 1643.00 |
| 06/06/2002 | Abbott, A. B. | 5.80 | Review docket and filings in related proceedings; analyze objections filed by Shaw; review errata sheet for A. Bokhari's deposition | 812.00 |
| 06/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/07/2002 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings; review and analyze docket. | 68.00 |
| 06/07/2002 | Rosenfeld, D. E. | 5.80 | Prepare for simulated deposition | 1537.00 |
| 06/07/2002 | Abbott, A. B. | 1.50 | Review and edit errata sheet for A. Bokhari deposition | 210.00 |
| 06/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/10/2002 | Hutchins, J. C. | .50 | Review and analyze docket update; telephone conference with D. Rosenfeld regarding deposition notices; conference with D. Rosenfeld and A. Abbott regarding video depositions and prepping S. Ali for same. | 170.00 |
| 06/10/2002 | Rosenfeld, D. E. | 8.10 | Correspondence to opposing counsel; prepare memoranda regarding Delaware deposition rules | 2146.50 |
| 06/10/2002 | Cahill, R. | 5.40 | Worked on document index chart | 729.00 |
| 06/10/2002 | Abbott, A. B. | 2.50 | Meeting with D. Rosenfeld regarding S. Ali deposition; review | 350.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 5

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | deposition notices; telephone call to G. Rubin regarding recording of deposition; draft letter to G. Rubin and S. Jenkins regarding format of deposition | |
| 06/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/11/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; review and analyze notice regarding status conference; review and analyze miscellaneous pleadings. | 170.00 |
| 06/11/2002 | Rosenfeld, D. E. | 10.20 | Prepare for S. Ali deposition | 2703.00 |
| 06/11/2002 | Cahill, R. | 3.90 | Worked on document index chart | 526.50 |
| 06/11/2002 | Abbott, A. B. | 5.00 | Meeting with D. Rosenfeld regarding S. Ali deposition; analyze and compile documents for deposition preparation of S. Ali | 700.00 |
| 06/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/12/2002 | Hutchins, J. C. | .90 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding preparation for deposition, deposing Shaw; review and analyze docket updates. | 306.00 |
| 06/12/2002 | Rosenfeld, D. E. | 10.30 | Draft practice deposition; draft request for admissions | 2729.50 |
| 06/12/2002 | Cahill, R. | 2.90 | Worked on deposition preparation index and notebook | 391.50 |
| 06/12/2002 | Abbott, A. B. | 2.00 | Compile exhibits from A. Bokhari deposition; edit chronological index of documents for S. Ali deposition preparation; meeting with D. Rosenfeld regarding S. Ali deposition preparation | 280.00 |
| 06/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/13/2002 | Hutchins, J. C. | 1.60 | Review and analyze docket updates; conference with D. Rosenfeld; review and analyze S&W complaint against Saudi ARAMCO; receive and review e-mail from K. Dalton; prepare and | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | send e-mail to K. Dalton (Monaco office); conference with D. Rosenfeld regarding implications, inconsistent positions taken and possible intervention/third party complaint. | |
| 06/13/2002 | Rosenfeld, D. E. | 8.80 | Draft practice deposition | 2332.00 |
| 06/13/2002 | Cahill, R. | .80 | Worked on document index | 108.00 |
| 06/13/2002 | Abbott, A. B. | 8.50 | Conduct legal research regarding intervention of right and permissive intervention; analyze documents and discovery responses for S. Ali deposition preparation; meeting with D. Rosenfeld regarding same | 1190.00 |
| 06/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/14/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld, S. Ali, C. Jebeyli and A. Abbott regarding deposition preparation and strategies regarding Saudi ARAMCO situations. | 238.00 |
| 06/14/2002 | Rosenfeld, D. E. | 10.30 | Prepare for S. Ali deposition | 2729.50 |
| 06/14/2002 | Abbott, A. B. | 10.00 | Deposition preparation with S. Ali, D. Rosenfeld and C. Jebeyli; meeting with D. Rosenfeld regarding same; prepare materials regarding deposition | 1400.00 |
| 06/15/2002 | Rosenfeld, D. E. | 8.50 | Prepare for S. Ali deposition | 2252.50 |
| 06/15/2002 | Abbott, A. B. | 9.00 | Deposition preparation with S. Ali and D. Rosenfeld; review materials in preparation for deposition | 1260.00 |
| 06/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/17/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings. | 136.00 |
| 06/17/2002 | Rosenfeld, D. E. | 9.20 | Prepare for S. Ali deposition | 2438.00 |
| 06/17/2002 | Abbott, A. B. | 12.00 | Travel to New York for S. Ali deposition; discuss deposition and strategy with D. Rosenfeld, C. Jebeyli and S. Ali; review documents in preparation for same | 1680.00 |
| 06/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| 06/18/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 102.00 |
| 06/18/2002 | Rosenfeld, D. E. | 12.70 | Prepare for deposition of S. Ali; attend deposition of S. Ali; conferences with C. Jebeyli | 3365.50 |
| 06/18/2002 | Abbott, A. B. | 12.50 | Meeting with D. Rosenfeld and S. Ali regarding deposition; attend S. Ali deposition; conference with C. Jebeyli and D. Rosenfeld | 1750.00 |
| 06/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/19/2002 | Hutchins, J. C. | 1.20 | Review and analyze miscellaneous pleadings regarding substantive consolidation, claims objections; review and analyze opposition to substantive consolidation; telephone call from D. Rosenfeld regarding S Ali deposition. | 408.00 |
| 06/19/2002 | Rosenfeld, D. E. | 13.10 | Prepare for deposition of S. Ali; attend deposition of S. Ali; conferences with C. Jebeyli and S. Ali concerning deposition | 3471.50 |
| 06/19/2002 | Abbott, A. B. | 13.20 | Meeting with D. Rosenfeld and S. Ali regarding deposition; attend S. Ali deposition; meeting with D. Rosenfeld, S. Ali and C. Jebeyli regarding litigation strategy; travel to Boston | 1848.00 |
| 06/20/2002 | Hutchins, J. C. | 1.00 | Review and analyze docket updates, telephone conference with D. Rosenfeld; attention to strategic analysis. | 340.00 |
| 06/20/2002 | Rosenfeld, D. E. | 6.20 | Travel from New York; draft strategy letter | 1643.00 |
| 06/20/2002 | Abbott, A. B. | 4.00 | Draft memo to D. Rosenfeld regarding Shaw's and Stone and Webster's strategy, interested parties and common interests | 560.00 |
| 06/21/2002 | Hutchins, J. C. | 1.00 | Conference with D. Rosenfeld regarding S. Ali deposition and case strategy and tactics. | 340.00 |
| 06/21/2002 | Rosenfeld, D. E. | 3.80 | Prepare strategy letter; telephone | 1007.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 8

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | conference with S. Ali; conference with A. Abbott and J. Hutchins | |
| 06/21/2002 | Abbott, A. B. | 3.00 | Review A. Bokhari deposition; draft memo regarding topics on which A. Bokhari's testimony is necessary; meeting with D. Rosenfeld regarding S. Ali deposition testimony | 420.00 |
| 06/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/24/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates and miscellaneous pleadings. | 68.00 |
| 06/24/2002 | Abbott, A. B. | 5.00 | Conduct legal research regarding right of setoff and automatic stay; draft memo regarding same | 700.00 |
| 06/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/25/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; conference with A. Abbott. | 102.00 |
| 06/25/2002 | Abbott, A. B. | 4.50 | Conduct legal research regarding intervention, post-petition setoff and code provisions restricting setoff | 630.00 |
| 06/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/26/2002 | Hutchins, J. C. | .60 | Review and analyze docket entries; review and analyze miscellaneous pleadings; receive and review e-mail from Monaco firm. | 204.00 |
| 06/26/2002 | Abbott, A. B. | 8.50 | Review docket; analyze Abdullah Said Bugshan & Brothers' proof of claim, Debtors' objection, Abdullah Said Bugshan & Brothers' response and Debtors' complaint against Saudi Arabian Oil Company; draft memo regarding same | 1190.00 |
| 06/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/27/2002 | Hutchins, J. C. | .40 | Review and analyze docket entries; review and analyze miscellaneous pleadings. | 136.00 |
| 06/27/2002 | Rosenfeld, D. E. | .60 | Prepare strategy | 159.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 9

| | | | | |
|---|---|---|---|---|
| 06/27/2002 | Abbott, A. B. | 6.80 | Draft first request for admissions directed to Debtors; edit memo regarding interested parties, common interests and pending litigations; review notes from S. Ali deposition | 952.00 |
| 06/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/28/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 102.00 |
| 06/28/2002 | Abbott, A. B. | 6.30 | Draft and edit request for admissions directed to debtors; conduct legal research regarding permissive intervention and intervention as of right in bankruptcy proceeding | 882.00 |

TOTAL FEES                                        $57,127.00

| | | | | | |
|---|---|---|---|---|---|
| A. B. Abbott | 123.1 | hrs. | @$140 $/hr | = | 17,234.00 |
| R. Cahill | 13.0 | hrs. | @$135 $/hr | = | 1,755.00 |
| L. A. Geyer | 1.8 | hrs. | @$ 85 $/hr | = | 153.00 |
| J. C. Hutchins | 11.8 | hrs. | @$340 $/hr | = | 4,012.00 |
| D. E. Rosenfeld | 128.2 | hrs. | @$265 $/hr | = | 33,973.00 |

**TOTAL FEES**                                  **$57,127.00**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 2.94 |
| Facsimile | 16.50 |
| Copying Expense | 348.30 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1079637
Services Through: June 30, 2002
Page 10

| | |
|---|---:|
| Word Processing | 174.20 |
| Lexis Research | 785.50 |
| Westlaw Research | 17.84 |
| Travel Expenses | 2,150.33 |
| Transportation Expenses | 30.00 |
| Cab Fare | 26.75 |
| Air Fare | 1,139.70 |
| Binding Charges | 12.00 |
| Court Reporter Fee | 463.85 |

DISBURSEMENTS & OTHER CHARGES            $5,167.91

**CURRENT INVOICE DUE**                           $62,294.91

PAST DUE INVOICE                                      $63,985.23

**TOTAL AMOUNT DUE**                             $126,280.14



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli                                    Our File Number: 0508830.0901
Saudi American Bank                                Invoice:  1087413
Old Airport Street, P. O. Box 833                  Services Through: July 31, 2002
Riyahd  11421
SAUDI ARABIA

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|------------|-------|-------------|--------|
| 07/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 07/01/2002 | Abbott, A. B. | 6.50 | Analyze caselaw regarding intervention; draft motion to intervene; review bankruptcy code provisions regarding right of set-off | 910.00 |
| 07/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 07/02/2002 | Rosenfeld, D. E. | 8.20 | Draft letter to client; telephone conference with A. Bokhari; research regarding bankruptcy issues concerning letter of credit 969 | 2173.00 |
| 07/02/2002 | Abbott, A. B. | 7.00 | Conduct legal research regarding deposition notices and subpoenas; draft deposition notices; meeting with D. Rosenfeld regarding same; conference call with D. Rosenfeld and K. Mangan regarding service of deposition notices; draft motion to intervene | 980.00 |
| 07/03/2002 | Geyer, L. A. | .30 | Update Stone & Webster adversary docket; per attorney request-search Pacer for new adversary proceeding; download docket and e-mail | 25.50 |
| 07/03/2002 | Rosenfeld, D. E. | 5.20 | Draft letter to client regarding status | 1378.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 4

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 07/03/2002 | Abbott, A. B. | 6.50 | Conference with D. Rosenfeld regarding status of litigation; review video tapes of S. Ali deposition; revise memo regarding right of set-off; draft list of deposition topics for 30(b)(6) deposition of Shaw; draft motion to intervene | 910.00 |
| 07/05/2002 | Rosenfeld, D. E. | 2.80 | Revise and edit letter to client; prepare letter to K. Mangan; review correspondence and docket updates | 742.00 |
| 07/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/08/2002 | Hutchins, J. C. | 2.90 | Review and analyze docket updates; review and analyze numerous pleadings; receive and review e-mail from Skadden; brief conference with D. Rosenfeld; review and analyze deposition transcript of S. Ali. | 986.00 |
| 07/08/2002 | Rosenfeld, D. E. | 8.60 | Review S. Ali deposition transcripts; prepare strategy | 2279.00 |
| 07/08/2002 | Abbott, A. B. | 7.00 | Draft motion to intervene; review docket and related proceedings; review Debtors' omnibus objections to claims filed | 980.00 |
| 07/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/09/2002 | Hutchins, J. C. | 3.80 | Review and analyze numerous pleadings; review and analyze docket update; prepare and send e-mail to D. Rosenfeld; review and analyze deposition transcript of S. Ali. | 1292.00 |
| 07/09/2002 | Rosenfeld, D. E. | 5.20 | Review S. Ali deposition transcripts; review Asset Purchase Agreement; conference with K. Mangan; prepare deposition notices | 1378.00 |
| 07/09/2002 | Abbott, A. B. | 3.00 | Analyze related adversary proceedings; revise motion to intervene | 420.00 |
| 07/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1087413
Services Through: July 31, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| 07/10/2002 | Hutchins, J. C. | 3.10 | Review and analyze deposition transcript; review and analyze miscellaneous pleadings and docket updates. | 1054.00 |
| 07/10/2002 | Cahill, R. | 3.10 | Review deposition video and transcript | 418.50 |
| 07/10/2002 | Abbott, A. B. | 6.00 | Review and analyze S. Ali deposition transcript; draft outline of same | 840.00 |
| 07/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/11/2002 | Hutchins, J. C. | 3.40 | Review and analyze deposition transcript of S. Ali; review and analyze exhibits from deposition; research and analyze various issues raised by deposition. | 1156.00 |
| 07/11/2002 | Cahill, R. | 7.20 | Review deposition video and transcript | 972.00 |
| 07/11/2002 | Abbott, A. B. | 6.00 | Review and analyze S. Ali deposition and prepare outline of pertinent issues; telephone call with K. Mangan regarding deposition notices | 840.00 |
| 07/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/12/2002 | Hutchins, J. C. | 3.30 | Review and analyze S. Ali deposition transcript and exhibits. | 1122.00 |
| 07/12/2002 | Cahill, R. | 5.20 | Worked on deposition video and transcript | 702.00 |
| 07/12/2002 | Abbott, A. B. | 7.00 | Analyze S. Ali deposition transcript; draft memo regarding issues raised during deposition; compile deposition exhibits; telephone calls with K. Mangan regarding deposition notices | 980.00 |
| 07/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/15/2002 | Hutchins, J. C. | 2.30 | Review and analyze deposition transcripts; review and analyze exhibits; review and analyze docket updates; review and analyze miscellaneous pleadings. | 782.00 |
| 07/15/2002 | Rosenfeld, D. E. | 6.80 | Draft letter to client; review | 1802.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1087413
Services Through: July 31, 2002
Page 6

---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | transcripts and videotape | |
| 07/15/2002 | Abbott, A. B. | 8.00 | Meeting with D. Rosenfeld regarding deposition strategy; review of J. Smith deposition; draft letter to G. Rubin regarding opposition to discovery; revise motion to intervene; conduct research regarding G. Halpin's contact information | 1120.00 |
| 07/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/16/2002 | Hutchins, J. C. | 2.60 | Review and analyze deposition transcripts and exhibits; review and analyze docket updates; review and analyze miscellaneous pleadings. | 884.00 |
| 07/16/2002 | Rosenfeld, D. E. | 8.80 | Research summary judgment regarding contract interpretation; conference with A. Abbott | 2332.00 |
| 07/16/2002 | Abbott, A. B. | 8.30 | Conference with D. Rosenfeld and J. Hutchins regarding S. Ali deposition; conduct legal research regarding use of extrinsic evidence and contract interpretation; review J. Carroll deposition transcript; telephone call with S. Jenkins regarding discovery; meeting with D. Rosenfeld regarding discovery | 1162.00 |
| 07/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/17/2002 | Rosenfeld, D. E. | 7.90 | Deposition review; prepare letter to client regarding strategy | 2093.50 |
| 07/17/2002 | Abbott, A. B. | 5.70 | Conference call with K. Mangan regarding discovery procedure; analyze caselaw regarding subjective intent and contract interpretation; review documents regarding equity contributions to BSW | 798.00 |
| 07/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/18/2002 | Hutchins, J. C. | 4.10 | Review and analyze S. Ali deposition transcript; review and analyze videotapes; review and | 1394.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 7

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | analyze transcripts and exhibits to transcripts; prepare analysis. |  |
| 07/18/2002 | Abbott, A. B. | 4.50 | Revise and edit motion to intervene | 630.00 |
| 07/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/19/2002 | Hutchins, J. C. | 6.40 | Review and analyze videotapes of S. Ali deposition; conference with D. Rosenfeld and A. Abbott regarding legal and factual issues, strategies, research, etc. | 2176.00 |
| 07/19/2002 | Rosenfeld, D. E. | 7.40 | Conference with A. Abbott and J. Hutchins regarding strategy and deposition issues; telephone conferences with E. Meehan regarding scheduling issues; draft letter to E. Meehan regarding scheduling issues | 1961.00 |
| 07/19/2002 | Abbott, A. B. | 7.50 | Conference with D. Rosenfeld and J. Hutchins regarding S. Ali deposition; review file in preparation for same | 1050.00 |
| 07/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/22/2002 | Hutchins, J. C. | 1.20 | Review and analyze docket updates; review and analyze pleadings regarding substantive consolidation, review and analyze motions to sell assets; conference with D. Rosenfeld regarding discovery, summary judgment. | 408.00 |
| 07/22/2002 | Rosenfeld, D. E. | 8.40 | Draft letters to opposing counsel regarding discovery issues; telephone conferences with E. Meehan and S. Jenkins regarding discovery issues; prepare letter to client; review pleadings from opposing counsel; research regarding summary judgment | 2226.00 |
| 07/22/2002 | Abbott, A. B. | 5.00 | Review and compile documents pertaining to BSW's accounting practices and financial analysis of Ras Tanura project; edit and revise motion to intervene | 700.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 8

| | | | | |
|---|---|---|---|---|
| 07/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/23/2002 | Hutchins, J. C. | 3.80 | Receive and review e-mail from D. Rosenfeld; review and analyze S&W motion for partial summary judgment regarding L/C 959; review and analyze exhibits to motion; conference with D. Rosenfeld and A. Abbott regarding response to motion, research issues, etc. | 1292.00 |
| 07/23/2002 | Rosenfeld, D. E. | 10.60 | Review opposition to motion for partial summary judgment; review prior pleadings regarding judgment on the pleadings and summary judgment; teleconferences with S. Jenkins and E. Meehan regarding scheduling | 2809.00 |
| 07/23/2002 | Abbott, A. B. | 8.20 | Review and analyze Debtor's motion for partial summary judgment; conference with D. Rosenfeld and J. Hutchins regarding same; conduct research regarding historic exchange rates of Saudi Riyals | 1148.00 |
| 07/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/24/2002 | Hutchins, J. C. | 3.50 | Review and analyze docket entries; prepare and send e-mail to D. Rosenfeld; conference with D. Rosenfeld and A. Abbott regarding L/C 969 and Rumanian judgment/MSR bank claim; review and analyze cases cited by S&W in partial SJ motion regarding L/C 969; telephone call to D. Rosenfeld; conference with D. Rosenfeld; review and analyze claims procedures/objections; conference with A. Abbott. | 1190.00 |
| 07/24/2002 | Rosenfeld, D. E. | 11.80 | Prepare opposition to motion for partial summary judgment and research regarding same | 3127.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 9

| | | | | |
|---|---|---|---|---|
| 07/24/2002 | Abbott, A. B. | 8.50 | Conference with J. Hutchins and D. Rosenfeld regarding letter of credit 969; conduct research and analyze case law regarding affidavits and verifications in support of summary judgment motion; review motion for judgment on the pleadings and opposition; meeting with D. Rosenfeld regarding same | 1190.00 |
| 07/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/25/2002 | Hutchins, J. C. | 2.80 | Review and analyze miscellaneous pleadings; review and analyze records regarding letters of credit; review and analyze records regarding MISR court proceedings and judgment against MISR, telephone call to D. Rosenfeld. | 952.00 |
| 07/25/2002 | Rosenfeld, D. E. | 11.50 | Prepare opposition to motion for partial summary judgment and research regarding same; telephone conferences with E. Meehan regarding status and scheduling | 3047.50 |
| 07/25/2002 | Abbott, A. B. | 2.00 | Meeting with D. Rosenfeld regarding opposition to motion for summary judgment; research regarding personal knowledge; analyze case law regarding burden of proof; draft memo regarding same | 280.00 |
| 07/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/26/2002 | Hutchins, J. C. | 2.90 | Review files and records regarding L/C's, Rumanian judgment v. MISR; telephone conference with D. Rosenfeld, A. Abbott and C. Jebeyli. | 986.00 |
| 07/26/2002 | Rosenfeld, D. E. | 11.30 | Prepare for meeting with C. Jebeyli; research regarding standing; summary judgment evidence standards in District of Delaware; meeting with client; letters to Clifford Chance and S. | 2994.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 10

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 07/26/2002 | Abbott, A. B. | 6.50 | Ali; review pleadings Analyze case law regarding evidentiary requirements of motion for summary judgment; draft memo regarding burden of proof; meeting with C. Jebeyli, D. Rosenfeld and J. Hutchins; review documents | 910.00 |
| 07/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/29/2002 | Hutchins, J. C. | .70 | Review and analyze ''ripeness'' arguments regarding S&W Summary Judgment Motion; telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 238.00 |
| 07/29/2002 | Rosenfeld, D. E. | 10.20 | Prepare opposition to motion for partial summary judgment | 2703.00 |
| 07/29/2002 | Cahill, R. | 2.10 | Worked on comparing documents with S A B production | 283.50 |
| 07/29/2002 | Abbott, A. B. | 6.50 | Revise memo regarding burden of proof; research and analyze case law regarding certifications and affidavits in support of motion for summary judgment | 910.00 |
| 07/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/30/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; file maintenance; conference with D. Rosenfeld | 170.00 |
| 07/30/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to motion for partial summary judgment | 2173.00 |
| 07/30/2002 | Cahill, R. | 3.80 | Review documents against production documents | 513.00 |
| 07/30/2002 | Abbott, A. B. | 2.00 | Analyze case law regarding motions to strike; review J. Carroll deposition transcript | 280.00 |
| 07/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/31/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; docket; file maintenance | 136.00 |
| 07/31/2002 | Rosenfeld, D. E. | 7.20 | Prepare opposition to motion for partial summary judgment; telephone conferences with Haider | 1908.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1087413
Services Through: July 31, 2002
Page 11

---

| 07/31/2002 | Abbott, A. B. | 1.00 | and A. Bokhari; conference with A. Abbott; draft analysis of reasons to oppose motion; research regarding third-party beneficiary Meeting with D. Rosenfeld regarding cross motion for summary judgment; conduct research regarding same | 140.00 |

TOTAL FEES                                         $73,607.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 122.7 hrs. | @$140 $/hr | = | 17,178.00 |
| R. Cahill | 21.4 hrs. | @$135 $/hr | = | 2,889.00 |
| L. A. Geyer | 2.3 hrs. | @$ 85 $/hr | = | 195.50 |
| J. C. Hutchins | 47.7 hrs. | @$340 $/hr | = | 16,218.00 |
| D. E. Rosenfeld | 140.1 hrs. | @$265 $/hr | = | 37,126.50 |

TOTAL                                              $73,607.00
Less Discount                                      $-7,400.00

**TOTAL FEES**                                     **$66,207.00**

---

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.30 |
| Facsimile | 14.25 |
| Postage | 3.94 |
| Copying Expense | 590.04 |
| Copying Expense (Outside | 103.19 |
| Long Distance Courier | 99.45 |
| Lexis Research | 1,369.50 |
| Travel Expenses | 1,873.06 |
| Transportation Expenses | 808.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 12

---

| | | |
|---|---|---:|
| Cab Fare | | 171.10 |
| Air Fare | | 350.44 |
| Business Meal | | 334.21 |
| Binding Charges | | 18.00 |
| Charge for Transcripts | | 998.18 |

| | |
|---|---:|
| DISBURSEMENTS & OTHER CHARGES | <u>$6,733.66</u> |
| **CURRENT INVOICE DUE** | **<u>$72,940.66</u>** |

.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 08/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/01/2002 | Hutchins, J. C. | .60 | Document organization; receive and review e-mail A. Abbott regarding same; prepare and send e-mail Abbott; conference with D. Rosenfeld | 204.00 |
| 08/01/2002 | Rosenfeld, D. E. | 8.20 | Research summary judgment; prepare letter regarding motion for partial summary judgment; telephone conference with G. Rubin | 2173.00 |
| 08/01/2002 | Abbott, A. B. | 4.00 | Review documents; review and email letter to A. Bokhari | 560.00 |
| 08/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/02/2002 | Hutchins, J. C. | 1.40 | Review correspondence from D. Rosenfeld to Bokhari; conference with D. Rosenfeld regarding same and records from Clifford Chance; review and analyze miscellaneous pleadings; work on response | 476.00 |
| 08/02/2002 | Rosenfeld, D. E. | 2.10 | Review correspondence from client and Clifford Chance | 556.50 |
| 08/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/05/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; conference with D. | 102.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1095525
Services Through: August 31, 2002
Page 4

---

| | | | Rosenfeld | |
|---|---|---|---|---|
| 08/05/2002 | Rosenfeld, D. E. | 4.70 | Prepare opposition to motion for partial summary judgment | 1245.50 |
| 08/05/2002 | Abbott, A. B. | 7.00 | Review asset purchase agreement and conduct research regarding contract interpretation and questions of fact | 980.00 |
| 08/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/06/2002 | Hutchins, J. C. | 1.70 | Review correspondence from A. Bokhari; telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings in main bankruptcy case; review and analyze docket updates | 578.00 |
| 08/06/2002 | Rosenfeld, D. E. | 3.20 | Telephone conference with client; prepare letter to client regarding motion for partial summary judgment; telephone conferences with S. Ali and H. Al-Shakhes | 848.00 |
| 08/06/2002 | Abbott, A. B. | 4.50 | Conduct legal research and analyze case law regarding standing, ripeness and indispensable parties; conference with D. Rosenfeld regarding motion for summary judgment | 630.00 |
| 08/07/2002 | Hutchins, J. C. | 1.40 | Review and analyze docket updates; file maintenance; conference with D. Rosenfeld; research and analyze preference law and elements of ordinary course of business defense | 476.00 |
| 08/07/2002 | Rosenfeld, D. E. | 2.90 | Review Clifford Chance file and prepare opposition for motion for partial summary judgment | 768.50 |
| 08/07/2002 | Abbott, A. B. | 5.00 | Analyze case law regarding standing and doctrines of justiciability; draft memo regarding same | 700.00 |
| 08/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/08/2002 | Hutchins, J. C. | .60 | Review and analyze preference case law; conference with D. | 204.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| | | | Rosenfeld; review and analyze docket updates | |
| 08/08/2002 | Rosenfeld, D. E. | 3.80 | Prepare opposition to motion for partial summary judgment; review Clifford Chance file | 1007.00 |
| 08/08/2002 | Abbott, A. B. | 5.50 | Analyze case law regarding standing and justiciability; draft memo regarding same | 770.00 |
| 08/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/09/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates | 68.00 |
| 08/09/2002 | Rosenfeld, D. E. | 3.90 | Prepare opposition to motion for partial summary judgment | 1033.50 |
| 08/09/2002 | Abbott, A. B. | 6.50 | Edit and revise memo regarding standing and ripeness; draft procedural background for motion for summary judgment | 910.00 |
| 08/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/12/2002 | Hutchins, J. C. | 1.70 | Review and analyze miscellaneous pleadings; review and analyze records regarding LC 969; conference with D. Rosenfeld; review and analyze Shaw third omnibus objection to claims vs time limit for objections; review and analyze pleadings regarding substantive consolidation | 578.00 |
| 08/12/2002 | Rosenfeld, D. E. | 4.20 | Prepare opposition to motion for partial summary judgment | 1113.00 |
| 08/12/2002 | Rosenfeld, D. E. | 1.20 | Telephone conference with local counsel regarding hearing in bankruptcy court; telephone conference with G. Rubin regarding scheduling issues | 318.00 |
| 08/12/2002 | Abbott, A. B. | 8.30 | Analyze caselaw regarding standing and indispensable party; draft memo regarding same | 1162.00 |
| 08/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/13/2002 | Hutchins, J. C. | 1.90 | Review and analyze S&W motion for partial summary judgment and issue raised regarding letter of | 646.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 6

| | | | | |
|---|---|---|---|---|
| | | | credit; conference with D. Rosenfeld regarding response and status of Shaw action; review and analyze miscellaneous pleading | |
| 08/13/2002 | Rosenfeld, D. E. | 5.90 | Prepare opposition to motion for partial summary judgment; telephone conference with K. Mangan; review correspondence from K. Mangan | 1563.50 |
| 08/13/2002 | Abbott, A. B. | 8.50 | Review local rules of U.S. District Court for District of Delaware; revise memo regarding failure to join indispensable party; meeting with D. Rosenfeld regarding same; conference call with D. Rosenfeld and G. Rubin regarding scheduling; draft letter to G. Rubin regarding same; conduct research regarding motion to compel | 1190.00 |
| 08/14/2002 | Serrao, K. A. | .10 | Update Stone & Webster adversary dockets and email regarding same | 14.50 |
| 08/14/2002 | Hutchins, J. C. | 3.20 | Review and analyze docket updates; review and analyze Shaw motion for summary judgment; review and analyze various documents, APA, schedules to APA; conference with D. Rosenfeld | 1088.00 |
| 08/14/2002 | Rosenfeld, D. E. | 9.10 | Review summary judgment motion | 2411.50 |
| 08/14/2002 | Abbott, A. B. | 3.80 | Review Shaw's motion for summary judgment; meeting with D. Rosenfeld regarding opposition to Shaw's motion for summary judgment | 532.00 |
| 08/15/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 08/15/2002 | Hutchins, J. C. | 3.80 | Review and analyze docket updates; review and analyze exhibits to Shaw motion for summary judgment; conference with D. Rosenfeld and A. Abbott regarding strategy, recommendation to client and Shaw | 1292.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| | | | motion for summary judgment; review and analyze miscellaneous drafts | |
| 08/15/2002 | Rosenfeld, D. E. | 8.90 | Meeting with J. Hutchins and A. Abbott regarding strategy and review of summary judgment motion; review summary judgment motion; prepare email to A. Bokhari and C. Jebeyli | 2358.50 |
| 08/15/2002 | Librarian | .40 | Pull cases for A. Abbott in Westlaw | 42.00 |
| 08/15/2002 | Abbott, A. B. | 9.50 | Conference with D. Rosenfeld and J. Hutchins regarding Shaw's motion for summary judgment; review and analyze asset purchase agreement | 1330.00 |
| 08/16/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 08/16/2002 | Hutchins, J. C. | 2.50 | Review and analyze exhibits to Shaw summary judgment motion; conference with A. Abbott regarding various research; prepare and send e-mail to A. Abbott and D. Rosenfeld regarding issues to be researched; conference with D. Rosenfeld regarding report letter to client; review and analyze draft report letter to client; revise and edit same; conference with D. Rosenfeld regarding same | 850.00 |
| 08/16/2002 | Rosenfeld, D. E. | 8.80 | Prepare letter to client concerning status and advice | 2332.00 |
| 08/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/19/2002 | Hutchins, J. C. | 1.80 | Review and analyze miscellaneous pleadings; review and analyze summary judgment motions by S&W regarding certain claims; conference with D. Rosenfeld; review correspondence from D. Rosenfeld to C. Jebeyli and A. Bokhari | 612.00 |
| 08/19/2002 | Rosenfeld, D. E. | 8.90 | Prepare opposition to Shaw's | 2358.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 8

| | | | | |
|---|---|---|---|---|
| | | | motion for summary judgment | |
| 08/19/2002 | Abbott, A. B. | 8.30 | Meeting with D. Rosenfeld regarding opposition to Shaw's motion for summary judgment; analyze docket entries and review documents regarding cure claims and schedules to APA | 1162.00 |
| 08/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/20/2002 | Hutchins, J. C. | 1.30 | Review and analyze pleadings regarding settlement of certain claims by S&W/preference claim withdrawal; review and analyze S&W motion for partial sum judgment; attention to file maintenance | 442.00 |
| 08/20/2002 | Rosenfeld, D. E. | 1.50 | Prepare opposition to Shaw's motion for summary judgment | 397.50 |
| 08/20/2002 | Rosenfeld, D. E. | 2.40 | Prepare opposition to debtors' motion for partial summary judgment | 636.00 |
| 08/20/2002 | Abbott, A. B. | 2.50 | Review of SAMBA's requests for production of documents and Debtors' responses; search docket to determine court's approval of various schedules | 350.00 |
| 08/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/21/2002 | Hutchins, J. C. | 1.30 | Review and analyze docket updates and pleadings regarding substantive consolidation; review and analyze omnibus claims objections by creditors committee; review and analyze omnibus objections by Shaw regarding late filing | 442.00 |
| 08/21/2002 | Rosenfeld, D. E. | 5.30 | Prepare opposition to Shaw's motion for summary judgment | 1404.50 |
| 08/21/2002 | Rosenfeld, D. E. | 2.80 | Prepare opposition to debtors' motion for partial summary judgment | 742.00 |
| 08/21/2002 | Abbott, A. B. | 4.00 | Legal research regarding application of foreign law and burden of proof; review docket | 560.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1095525
Services Through: August 31, 2002
Page 9

| | | | | |
|---|---|---|---|---|
| | | | entries | |
| 08/22/2002 | Serrao, K. A. | .80 | Conference with L. Geyer and phone call with A. Abbott regarding search for disclosure schedules to asset purchase agreement with Shaw; Pacer search of entire Stone & Webster docket for references to filing of schedule 2.02(e) | 116.00 |
| 08/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/22/2002 | Hutchins, J. C. | .60 | Review and analyze objections to claims, docket update. | 204.00 |
| 08/22/2002 | Rosenfeld, D. E. | 1.30 | Prepare opposition to debtors' motion for partial summary judgment | 344.50 |
| 08/22/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to Shaw's motion for summary judgment; review bankruptcy pleadings; telephone conferences with G. Rubin and S. Jenkins | 2173.00 |
| 08/22/2002 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding burden of proof; e-mail and telephone call to K. Serrao regarding retrieval of schedules to asset purchase agreement | 70.00 |
| 08/23/2002 | Serrao, K. A. | .90 | Review Stone & Webster files for Disclosure Schedules to Asset Purchase Agreement; email and phone call with A. Abbott regarding same | 130.50 |
| 08/23/2002 | Hutchins, J. C. | 1.30 | Review and analyze docket updates; file maintenance; review and analyze records regarding letter of credit claim | 442.00 |
| 08/23/2002 | Rosenfeld, D. E. | 3.40 | Prepare opposition to Shaw's motion for summary judgment | 901.00 |
| 08/23/2002 | Rosenfeld, D. E. | 3.10 | Prepare opposition to debtors' motion for partial summary judgment | 821.50 |
| 08/23/2002 | Rosenfeld, D. E. | 3.20 | Prepare opening brief in support of motion to strike Carroll affidavit | 848.00 |
| 08/23/2002 | Abbott, A. B. | 5.00 | Research and analyze caselaw | 700.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**
September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1095525
Services Through: August 31, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| | | | regarding proof of foreign law; draft memo regarding same | |
| 08/25/2002 | Rosenfeld, D. E. | 3.20 | Draft, revise and edit Al-Shakhes declaration for opposition to motion for partial summary judgment | 848.00 |
| 08/25/2002 | Rosenfeld, D. E. | 5.10 | Prepare opposition to Shaw motion for summary judgment | 1351.50 |
| 08/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/26/2002 | Hutchins, J. C. | 3.40 | Review and analyze docket update; conference with D. Rosenfeld regarding brief in opposition to S&W partial summary judgment motion; revise and edit draft brief; revise and edit Haiden affidavit; revise and edit motion to strike; conference with D. Rosenfeld | 1156.00 |
| 08/26/2002 | Rosenfeld, D. E. | 4.20 | Draft, revise and edit Al-Shakhes declaration, answering brief to motion for partial summary judgment and prepare letter to H. Al-Shakhes; telephone conference with H. Al-Shakhes; conference with A. Abbott and J. Hutchins | 1113.00 |
| 08/26/2002 | Rosenfeld, D. E. | 1.20 | Prepare and revise motion to strike and brief in support | 318.00 |
| 08/26/2002 | Rosenfeld, D. E. | 6.60 | Prepare opposition to motion for summary judgment by Shaw | 1749.00 |
| 08/26/2002 | Abbott, A. B. | 5.50 | Review and edit declaration, order and opposition to motion for partial summary judgment; review docket and schedules to asset purchase agreement | 770.00 |
| 08/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/27/2002 | Hutchins, J. C. | 3.60 | Review and analyze D. Rosenfeld draft brief opposing summary judgment regarding L/C 969; revise and edit brief; conference with D. Rosenfeld; review and analyze docket updates; review and analyze miscellaneous pleadings; | 1224.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1095525
Services Through: August 31, 2002
Page 11

| | | | | |
|---|---|---|---|---|
| | | | conference with D. Rosenfeld regarding brief opposing Shaw motion for summary judgment | |
| 08/27/2002 | Rosenfeld, D. E. | 9.10 | Prepare cross motion for summary judgment | 2411.50 |
| 08/27/2002 | Abbott, A. B. | 10.50 | Review and edit SAMBA's answering brief in opposition to Debtors' motion for summary judgment; draft stipulation regarding extension of time to respond to Shaw's motion for summary judgment; draft certification of counsel and letter to Shaw regarding same; analyze caselaw regarding standing under asset purchase agreement | 1470.00 |
| 08/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/28/2002 | Hutchins, J. C. | 2.30 | Review and analyze docket updates, miscellaneous pleadings; review and analyze proposed exhibits to Haiden affidavit regarding L/C 969; conference with A. Abbott; review and analyze revised brief regarding S&W summary judgment motion | 782.00 |
| 08/28/2002 | Rosenfeld, D. E. | 5.20 | Prepare cross motion for summary judgment | 1378.00 |
| 08/28/2002 | Abbott, A. B. | 6.50 | Conduct research regarding standing; review and edit answering brief | 910.00 |
| 08/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/29/2002 | Hutchins, J. C. | 3.50 | Review and analyze D. Rosenfeld revised draft brief; review and analyze Haider affidavit exhibits and exhibits to S&W summary judgment brief; revise and edit 2d draft of brief; review and analyze SAMBA's claim documents; conference with D. Rosenfeld and A. Abbott regarding redraft; review and analyze docket updates. | 1190.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 12

| | | | | |
|---|---|---|---|---|
| 08/29/2002 | Rosenfeld, D. E. | 8.20 | Prepare cross motion for summary judgment | 2173.00 |
| 08/29/2002 | Abbott, A. B. | 6.20 | Conference with J. Hutchins and D. Rosenfeld regarding answering brief to Debtors' motion for summary judgment; revise answering brief; attention to ordering of various pleadings from court | 868.00 |
| 08/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/30/2002 | Hutchins, J. C. | 2.90 | Review and analyze 3d draft of brief and all exhibits and Haiden affidavit; conference with D. Rosenfeld; review and analyze docket update | 986.00 |
| 08/30/2002 | Rosenfeld, D. E. | 2.10 | Revise and edit opposition to Debtors' motion for partial summary judgment | 556.50 |
| 08/30/2002 | Rosenfeld, D. E. | 8.20 | Draft opposition to Shaw's motion for summary judgment and cross motion for summary judgment by SAMBA | 2173.00 |
| 08/30/2002 | Abbott, A. B. | 3.20 | Draft letter to Debtors and Shaw regarding production of additional documents; bates stamp documents; review answering brief and conference with D. Rosenfeld regarding same | 448.00 |
| 08/31/2002 | Rosenfeld, D. E. | .20 | Telephone conference with H. Al-Shakhes regarding L/C 969 | 53.00 |

TOTAL FEES                                   $73,070.00

| | | | | | | |
|---|---|---|---|---|---|---|
| A. B. Abbott | 114.8 | hrs. | @$140 $/hr | = | 16,072.00 |
| L. A. Geyer | 1.7 | hrs. | @$ 85 $/hr | = | 144.50 |
| J. C. Hutchins | 41.3 | hrs. | @$340 $/hr | = | 14,042.00 |
| Librarian | 0.4 | hrs. | @$105 $/hr | = | 42.00 |
| D. E. Rosenfeld | 160.3 | hrs. | @$265 $/hr | = | 42,479.50 |
| K. A. Serrao | 2.0 | hrs. | @$145 $/hr | = | 290.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1095525
Services Through: August 31, 2002
Page 13

---

**TOTAL FEES**                                                      **$73,070.00**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 37.55 |
| Facsimile | 77.25 |
| Copying Expense | 315.72 |
| Long Distance Courier | 180.68 |
| Lexis Research | 1,362.50 |
| Transportation Expenses | 180.00 |
| Court Reporter Fee | 2,064.70 |
| DISBURSEMENTS & OTHER CHARGES | $4,218.40 |
| **CURRENT INVOICE DUE** | **$77,288.40** |
| PAST DUE INVOICE | **$72,940.66** |
| **TOTAL AMOUNT DUE** | **$150,229.06** |