

**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 09/02/2002 | Rosenfeld, D. E. | 3.50 | Telephone conference with C. Jebeyli; review correspondence from C. Jebeyli and H. Al-Shakhes regarding L/C 969; prepare expected revisions to declarations | 927.50 |
| 09/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/03/2002 | Hutchins, J. C. | 2.90 | Conference with D. Rosenfeld regarding Haider affidavit, SAMBA Bharahda affidavit and changes to brief; revise and edit brief; conference with D. Rosenfeld; review and analyze Haider affidavit, Bharahda affidavit; review and analyze miscellaneous pleadings; review and analyze motion to strike as filed; review and analyze brief opposing summary judgment. | 986.00 |
| 09/03/2002 | Rosenfeld, D. E. | 1.20 | Telephone conference with H. Al-Shakhes, B. Bharakda and C. Jebeyli regarding declarations in support of opposition to motion for partial summary judgment | 318.00 |
| 09/03/2002 | Rosenfeld, D. E. | .90 | Revise and edit motion to strike verification of J. Carroll | 238.50 |
| 09/03/2002 | Rosenfeld, D. E. | 8.10 | Prepare opposition to Shaw's motion for summary judgment | 2146.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 4

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 09/03/2002 | Abbott, A. B. | 8.00 | Review and edit SAMBA's answering brief in opposition to Debtors' motion for summary judgment, SAMBA's motion to strike and SAMBA's opening brief in support of motion to strike; attention to filing same; review documents; review proposed orders granting judgment on the pleadings | 1120.00 |
| 09/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/04/2002 | Hutchins, J. C. | 2.80 | Review and analyze brief opposing summary judgment as filed; revise and edit same; revise and edit motion to strike, affidavits, etc. as filed; conference with D. Rosenfeld; review correspondence from D. Rosenfeld to Rubin regarding stipulation to dismiss claims regarding expired L/C's. | 952.00 |
| 09/04/2002 | Rosenfeld, D. E. | 7.30 | Prepare cross motion for summary judgment; revise and edit order regarding motion for partial summary judgment on the pleadings; telephone conference with G. Rubin; revise emails from K. Mangan and staff | 1934.50 |
| 09/04/2002 | Abbott, A. B. | 2.20 | Revise order granting partial judgment on the pleadings; meeting with D. Rosenfeld regarding same; draft letter to G. Rubin regarding same | 308.00 |
| 09/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/05/2002 | Hutchins, J. C. | 2.10 | Conference with D. Rosenfeld; review and analyze Skadden redraft of stipulation to dismiss expired L/C claims; conference with D. Rosenfeld regarding same; research and analyze L/C issues; conference with D. Rosenfeld regarding Rubin. | 714.00 |
| 09/05/2002 | Rosenfeld, D. E. | 2.30 | Review correspondence from G. Rubin regarding proposed order; | 609.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| | | | telephone conference with G. Rubin regarding proposed order and scheduling for October 3, 2002 hearing; prepare cross motion for summary judgment | |
| 09/05/2002 | Abbott, A. B. | 2.00 | Review Debtors' proposed order; review and analyze schedules to asset purchase agreement | 280.00 |
| 09/06/2002 | Serrao, K. A. | .10 | Docket update | 14.50 |
| 09/06/2002 | Hutchins, J. C. | 1.10 | Conference with D. Rosenfeld; review and analyze docket entries and miscellaneous pleadings. | 374.00 |
| 09/06/2002 | Abbott, A. B. | 6.60 | Analyze filed cure claims, order approving asset purchase agreement, various objections and schedules | 924.00 |
| 09/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/09/2002 | Hutchins, J. C. | 1.20 | Conference with D. Rosenfeld regarding response to Shaw summary judgment motion, Meehan settlement feelers and issues to be researched; research and analyze right to intervene in Aramco/Bugsham/S&W case. | 408.00 |
| 09/09/2002 | Rosenfeld, D. E. | 6.40 | Prepare motion for summary judgment | 1696.00 |
| 09/09/2002 | Abbott, A. B. | 6.00 | Conduct legal research regarding assignment of executory contracts | 840.00 |
| 09/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/10/2002 | Hutchins, J. C. | 1.70 | Conference with D. Rosenfeld regarding settlement feelers; receive and review e-mail from D. Rosenfeld; conference with A. Abbott and D. Rosenfeld regarding summary judgment issues and ARAMCO/S&W case; review and analyze miscellaneous pleadings of objections to claims and substantive consolidation. | 578.00 |
| 09/10/2002 | Rosenfeld, D. E. | 10.20 | Telephone conference with clients; prepare motion for summary | 2703.00 |

to



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | judgment and opposition to Shaw's motion for summary judgment | |
| 09/10/2002 | Abbott, A. B. | 7.00 | Analyze case law regarding contract interpretation, creditor beneficiaries and standing to enforce terms of asset purchase agreement; draft memo regarding same; meeting with D. Rosenfeld regarding settlement discussions | 980.00 |
| 09/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/11/2002 | Hutchins, J. C. | 2.40 | Preparation for conference call; conference with D. Rosenfeld; telephone conference with C. Jebeyli, D. Rosenfeld and A. Bokhari; conference with A. Abbott and D. Rosenfeld regarding summary judgment issues. | 816.00 |
| 09/11/2002 | Rosenfeld, D. E. | 7.90 | Prepare motion for summary judgment | 2093.50 |
| 09/11/2002 | Abbott, A. B. | 2.30 | Conference call with C. Jebeyli and A. Bokhari; review documents in preparation for same; conduct legal research regarding third party beneficiaries | 322.00 |
| 09/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/12/2002 | Hutchins, J. C. | 1.10 | Conference with D. Rosenfeld; discuss summary judgment tactics and timing; review and analyze docket updates; receive and review e-mail from D. Rosenfeld to Rubin; review and analyze miscellaneous pleadings. | 374.00 |
| 09/12/2002 | Rosenfeld, D. E. | 1.30 | Prepare motion for summary judgment | 344.50 |
| 09/12/2002 | Abbott, A. B. | 8.20 | Analyze schedules of assets and liabilities, disclosure schedules, assumed contracts and excluded assets; draft memo regarding standing, third party beneficiary and interpretation of asset purchase agreement | 1148.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| 09/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/13/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld and A. Abbott; review and analyze schedules and exhibits filed by S&W under Section 521. | 612.00 |
| 09/13/2002 | Rosenfeld, D. E. | 9.60 | Prepare motion for summary judgment | 2544.00 |
| 09/13/2002 | Abbott, A. B. | 8.70 | Review and analyze disclosure schedules to asset purchase agreement; meeting with D. Rosenfeld and J. Hutchins regarding same; review docket; draft memo regarding party in interest and third party beneficiaries | 1218.00 |
| 09/16/2002 | Serrao, K. A. | .30 | Review Stone & Webster pleadings file and download disclosure schedules; email to A. Abbott | 43.50 |
| 09/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/16/2002 | Hutchins, J. C. | .80 | Review and analyze docket updates, review and analyze miscellaneous pleadings. | 272.00 |
| 09/16/2002 | Rosenfeld, D. E. | 2.10 | Prepare summary judgment motion | 556.50 |
| 09/16/2002 | Abbott, A. B. | 8.50 | Review and analyze disclosure schedules to Jacobs asset purchase agreement; omnibus objections, orders and objections to sale; conduct research regarding auction proceedings | 1190.00 |
| 09/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/17/2002 | Hutchins, J. C. | 1.10 | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld; receive and review e-mail from A. Bokhari regarding BSW status; receive and review e-mail from Rubin regarding discovery disputes; review and analyze D. Rosenfeld response; conference with A. Abbott regarding information in S&W | 374.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 8

| | | | | |
|---|---|---:|---|---:|
| | | | schedules. | |
| 09/17/2002 | Rosenfeld, D. E. | 9.30 | Prepare cross motion for summary judgment | 2464.50 |
| 09/17/2002 | Abbott, A. B. | 8.80 | Review and analyze auction proceedings and sale hearings; draft letter to G. Rubin; review order granting partial judgment on the pleadings; meeting with D. Rosenfeld regarding disclosure schedules | 1232.00 |
| 09/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/18/2002 | Hutchins, J. C. | 1.20 | Conference with D. Rosenfeld regarding response of Rubin to Dan's 9/17 letter; review and analyze Rubin response; discuss discovery dispute; brief conference with R.B. Allensworth; review and analyze docket updates; review and analyze S&W motion regarding Bugshan litigation. | 408.00 |
| 09/18/2002 | Rosenfeld, D. E. | 9.40 | Prepare cross motion for summary judgment | 2491.00 |
| 09/18/2002 | Abbott, A. B. | 9.00 | Draft memo regarding interpretation of asset purchase agreement; compile pertinent schedules, orders and contract lists for opposition to motion for summary judgment; meetings with D. Rosenfeld regarding same; analyze sale order | 1260.00 |
| 09/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/19/2002 | Hutchins, J. C. | 1.70 | Receive and review correspondence from Skadden Arps; conference with D. Rosenfeld regarding Skadden motion for summary judgment and reply brief and brief regarding motion to strike and notice regarding close of briefing; conference with D. Rosenfeld regarding responses; review and | 578.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 9

| | | | | |
|---|---|---|---|---|
| | | | analyze Nixon Peabody response to objections regarding their cure claims. | |
| 09/19/2002 | Rosenfeld, D. E. | 9.10 | Telephone conference with G. Rubin regarding discovery and schedule of hearings; prepare cross motion for summary judgment | 2411.50 |
| 09/19/2002 | Abbott, A. B. | 9.50 | Draft memo regarding third party beneficiary; conduct legal research regarding failure to object; meeting with D. Rosenfeld regarding opposition to motion for summary judgment | 1330.00 |
| 09/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/20/2002 | Hutchins, J. C. | 3.20 | Review and analyze Skadden response to reply brief, motion to strike Al Shakes affidavit; conference with D. Rosenfeld; review draft letter to Rubin; revise and edit draft letter; prepare response to Skadden motion to strike and response regarding SAMBA motion to strike; review and analyze Skadden response to reply brief regarding summary judgment; conference with D. Rosenfeld and Allensworth regarding briefing summary judgment motions v. Shaw; prepare and send e-mail to C. Jebeyli regarding Bugsham. | 1088.00 |
| 09/20/2002 | Rosenfeld, D. E. | 10.10 | Prepare opposition to summary judgment and cross motion for summary judgment; telephone conferences with local counsel and S. Jenkins; prepare letter to G. Rubin regarding discovery disputes | 2676.50 |
| 09/20/2002 | Abbott, A. B. | 8.80 | Revise and edit memo regarding third party beneficiaries; draft memo regarding contract construction; analyze case law regarding same; draft letter to G. | 1232.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| | | | Rubin regarding discovery; meeting with D. Rosenfeld regarding analysis of asset purchase agreement | |
| 09/21/2002 | Rosenfeld, D. E. | 5.20 | Prepare opposition to summary judgment and cross motion for summary judgment | 1378.00 |
| 09/21/2002 | Abbott, A. B. | 4.50 | Draft memo regarding interpretation of asset purchase agreement | 630.00 |
| 09/22/2002 | Rosenfeld, D. E. | 4.40 | Prepare opposition to summary judgment and cross motion | 1166.00 |
| 09/22/2002 | Abbott, A. B. | 2.00 | Analyze case law regarding construction of ambiguous contract | 280.00 |
| 09/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/23/2002 | Hutchins, J. C. | 3.40 | Receive and review e-mail from D. Rosenfeld to Bokhari; receive and review e-mail from Chebeyli regarding Saudi law; revise and edit reply to debtor's answering brief regarding motions to strike; revise and edit reply to answer brief; review and analyze docket updates and miscellaneous pleadings; review and analyze debtor's reply to SAMBA's answering brief regarding partial S.J.; outline response; conference with D. Rosenfeld; conference with A. Abbott; revise and edit draft letter to Rubin; receive and review e-mail from D. Rosenfeld (x2); review and revise response regarding notice of completion of briefing as filed. | 1156.00 |
| 09/23/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to motion to strike affidavits and reply to opposition to motion to strike affidavits; prepare motion for summary judgment; telephone conference with C. Jebeyli | 2173.00 |
| 09/23/2002 | Abbott, A. B. | 7.50 | Draft memo regarding extrinsic | 1050.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 11

| | | | | |
|---|---|---:|---|---:|
| | | | evidence and interpretation of specific contractual provisions | |
| 09/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/24/2002 | Hutchins, J. C. | 2.90 | Revise and edit reply to debtor's motion to strike and opposition to SAMBA motion to strike; review and analyze allegation in Debtor's reply brief regarding L/C 969 summary judgment; compare all exhibits and analyze L/C records; outline our response;; proofread and review answer to debtor's motion to strike and reply to debtor's answer regarding SAMBA motion to strike as filed; conference with D. Rosenfeld and A. Abbott (x3); conference regarding Saudi Aramco issues and main summary judgment brief; review and analyze letter from Meehan; conference with D. Rosenfeld regarding response; revise and edit draft response. | 986.00 |
| 09/24/2002 | Rosenfeld, D. E. | 10.30 | Prepare motion for summary judgment | 2729.50 |
| 09/24/2002 | Abbott, A. B. | 7.00 | Conference call with A. Bokhari, S. Ali and J. Marigomen; conduct legal research regarding foundation for use of business records as affiant's basis of knowledge; edit answering brief in opposition to Debtors' motion to strike and reply to Debtors' answering brief in opposition to SAMBA's motion to strike | 980.00 |
| 09/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/25/2002 | Hutchins, J. C. | 2.80 | Attention to reply brief regarding L/C 969; review and analyze draft letter to Asad and Chadan regarding debtor's allegations regarding amended complaint and | 952.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 12

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | auto stay violation; conference with D. Rosenfeld; revise and edit letter to Meehan; revise and edit letter to Bokhari and Jebeyli; review and analyze Saudi Aramco pleadings. |  |
| 09/25/2002 | Rosenfeld, D. E. | 7.30 | Prepare motion summary judgment and opposition | 1934.50 |
| 09/25/2002 | Abbott, A. B. | 5.00 | Analyze case law regarding contract interpretation; draft memo regarding analysis of terms of asset purchase agreement | 700.00 |
| 09/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 09/26/2002 | Hutchins, J. C. | 2.80 | Draft Sur reply brief; review and analyze D. Rosenfeld to C. Jebeyli; review correspondence from D. Rosenfeld to Meehan; review and analyze draft letter to Rubin regarding discovery cutoff. | 952.00 |
| 09/26/2002 | Rosenfeld, D. E. | 7.80 | Prepare motion for summary judgment | 2067.00 |
| 09/26/2002 | Abbott, A. B. | 2.70 | Review Saudi Aramco pleadings; meeting with D. Rosenfeld regarding sur-reply to Debtors' motion for summary judgment | 378.00 |
| 09/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/27/2002 | Hutchins, J. C. | 3.30 | Revise and edit Sur-reply brief regarding L/C 969 summary judgment; conference with D. Rosenfeld; conference with A. Abbott; research and analyze L/C cases cited by Debtors; review correspondence from D. Rosenfeld to Rubin. | 1122.00 |
| 09/27/2002 | Rosenfeld, D. E. | 10.10 | Prepare motion for summary judgment and letter to C. Jebeyli regarding witness analysis | 2676.50 |
| 09/27/2002 | Abbott, A. B. | 6.00 | Review and edit sur-reply in opposition to Debtors' motion for partial summary judgment; analyze Debtors' reply | 840.00 |
| 09/28/2002 | Hutchins, J. C. | 2.20 | Revise and edit Sur reply brief; | 748.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002
Page 13

| | | | | |
|---|---|---|---|---|
| | | | prepare and send e-mail to D. Rosenfeld. | |
| 09/28/2002 | Rosenfeld, D. E. | 3.90 | Prepare sur-reply affidavit; prepare motion for summary judgment | 1033.50 |
| 09/29/2002 | Hutchins, J. C. | 1.40 | Revise and edit SAMBA brief; prepare and send e-mail to D. Rosenfeld, A. Abbott; prepare and send e-mail to D. Rosenfeld, A. Abbott, C. Jebeyli. | 476.00 |
| 09/29/2002 | Abbott, A. B. | 1.00 | Review sur-reply | 140.00 |
| 09/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/30/2002 | Hutchins, J. C. | 3.90 | Revise and edit Sur Reply brief; conference with D. Rosenfeld and A. Abbott regarding motion for permission to file Sur reply; revise and edit brief; review and analyze L/C documents; proofread and review brief; review and analyze miscellaneous pleadings; review and analyze Saudi Aram,co motion to dismiss brief and exhibits; review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 1326.00 |
| 09/30/2002 | Rosenfeld, D. E. | 9.40 | Prepare motion for summary judgment and opposition, review and revise sur-reply memorandum of law | 2491.00 |
| 09/30/2002 | Abbott, A. B. | 10.10 | Revise sur-reply brief; draft motion for order granting leave to file sur-reply; attention to filing same | 1414.00 |

TOTAL FEES $80,072.00

| | | | | | |
|---|---|---|---|---|---|
| A. B. Abbott | 141.4 | hrs. | @$140 $/hr | = | 19,796.00 |
| L. A. Geyer | 1.9 | hrs. | @$ 85 $/hr | = | 161.50 |
| J. C. Hutchins | 47.8 | hrs. | @$340 $/hr | = | 16,252.00 |
| D. E. Rosenfeld | 165.3 | hrs. | @$265 $/hr | = | 43,804.50 |
| K. A. Serrao | 0.4 | hrs. | @$145 $/hr | = | 58.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 14

---

**TOTAL FEES**

**$80,072.00**

<br><br>

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.15 |
| Facsimile | 19.50 |
| Copying Expense | 1,620.36 |
| Computer Research | 21.00 |
| Word Processing | 442.70 |
| Long Distance Courier | 141.90 |
| Westlaw Research | 2,098.73 |
| Travel Expenses | 9.00 |
| Transportation Expenses | 120.00 |
| Business Meal | 31.45 |
| DISBURSEMENTS & OTHER CHARGES | $4,521.79 |
| **CURRENT INVOICE DUE** | **$84,593.79** |
| PAST DUE INVOICE | $77,288.40 |
| **TOTAL AMOUNT DUE** | **$161,882.19** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002

Guaranty Matter

For Professional Services Rendered

**FEES**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 10/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/01/2002 | Hutchins, J. C. | 2.30 | Review and analyze sur-reply brief as filed; review and analyze motion for permission to file sur-reply brief; receive and review e-mail from K. Mangan; review and analyze hearing agenda; review and analyze S&W v. S. Aramco motion to dismiss and exhibits; review and analyze miscellaneous pleadings; review and analyze docket; conference with D. Rosenfeld regarding Meehan telecon; receive and review e-mail from D. Rosenfeld regarding agenda; receive and review e-mail from A. Abbott regarding agenda; receive and review e-mail from K. Mangan to Rubin; review and analyze Skadden notice regarding completion of briefing. | 782.00 |
| 10/01/2002 | Rosenfeld, D. E. | 7.50 | Prepare motion for summary judgment and opposition | 1987.50 |
| 10/01/2002 | Abbott, A. B. | 5.80 | Review hearing agenda and docket; draft memorandum regarding interpretation of Asset Purchase Agreement; review pleadings for | 812.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| | | | scheduling conference | |
| 10/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/02/2002 | Hutchins, J. C. | 1.40 | Receive and review e-mail from D. Rosenfeld regarding agenda completion; receive and review e-mail from K. Mangan; review and analyze S&W opposition to motion to file sur-reply brief; receive and review e-mail from D. Rosenfeld; review and analyze Saudi Aramco motion to dismiss and exhibits regarding Ras Tanura contract, S&W performance guaranty and analysis of Saudi law; conference with D. Rosenfeld regarding Meehan threats regarding amended complaint and auto stay violations. | 476.00 |
| 10/02/2002 | Rosenfeld, D. E. | 10.20 | Prepare for summary judgment hearing, review correspondence from Ed Meehan, Prepare for pretrial conference, Prepare summary judgment papers | 2703.00 |
| 10/02/2002 | Abbott, A. B. | 7.00 | Draft proposed scheduling orders; review hearing agenda; conduct legal research regarding implied terms of contract and parol evidence; meeting with D. Rosenfeld regarding trial schedule | 980.00 |
| 10/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/03/2002 | Hutchins, J. C. | 12.60 | Travel to Wilmington, DE with D. Rosenfeld; review and analyze agenda for hearing; review and analyze Meehan letter regarding amending S&W complaint to add additional counts regarding preferences and violation of automatic stay; conference with K. Mangan and Rosenfeld; review and analyze Rosenfeld draft brief regarding Shaw summary judgment; prepare for and attend | 4284.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 5

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | hearings in Bankruptcy court; attend pre-trial conference before Judge Walsh; conference with counsel to Saudi Aramco and AS Bugshan Brothers; travel to Boston; revise and edit D. Rosenfeld draft brief. | |
| 10/03/2002 | Rosenfeld, D. E. | 14.40 | Prepare for hearing and pretrial conference, conference with J. Hutchins, conference with attorneys Rice and Benson, conference with attorneys Rubin and Meehan, Revise and edit motion for summary judgment | 3816.00 |
| 10/03/2002 | Abbott, A. B. | 4.50 | Draft memorandum regarding interpretation of Asset Purchase Agreement, use of extrinsic evidence and evidence of intent | 630.00 |
| 10/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/04/2002 | Hutchins, J. C. | .80 | Prepare notice regarding conference with counsel to Saudi Aramco and Bugshan Brothers; conference with D. Rosenfeld; conference with A. Abbott regarding assignment of Aramco contract; review and analyze assignment documents. | 272.00 |
| 10/04/2002 | Rosenfeld, D. E. | 7.60 | Prepare motion for summary judgment | 2014.00 |
| 10/04/2002 | Librarian | 1.00 | Search for the whereabouts and other information on eight people for A. Abbott | 105.00 |
| 10/04/2002 | Abbott, A. B. | 7.50 | Revise memorandum regarding interpretation of Asset Purchase Agreement; conduct research regarding waiver of right to object to cure claim; analyze pleadings in associated adversary proceedings | 1050.00 |
| 10/05/2002 | Abbott, A. B. | 5.50 | Conduct research regarding failure to object to cure claim; draft memorandum regarding same | 770.00 |
| 10/07/2002 | Serrao, K. A. | .80 | Stone & Webster - Pacer search for | 116.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | ability to download exhibits to pleading requested by A. Abbott; review pleadings files for same | |
| 10/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/07/2002 | Hutchins, J. C. | 2.90 | Revise and edit D. Rosenfeld brief; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; conference with A. Abbott regarding documents evidencing collateral assignment of Saudi Aramco contract to SAMBA. | 986.00 |
| 10/07/2002 | Rosenfeld, D. E. | 10.60 | Prepare summary judgment motion and opposition | 2809.00 |
| 10/07/2002 | Abbott, A. B. | 3.60 | Revise stipulation; review answering brief; revise memo regarding Shaw's failure to object to cure claim | 504.00 |
| 10/08/2002 | Serrao, K. A. | .30 | Stone & Webster:  Review docket #340 and phone call to Parcels regarding exhibits to same; email to A. Abbott regarding results of research | 43.50 |
| 10/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/08/2002 | Hutchins, J. C. | 5.40 | Conference with D. Rosenfeld; revise and edit D. Rosenfeld draft brief regarding Shaw - summary judgment; review and analyze miscellaneous pleadings; review and analyze docket updates, conference with D. Rosenfeld regarding motion to exceed page limit; prepare and send correspondence to F. Monoco. | 1836.00 |
| 10/08/2002 | Rosenfeld, D. E. | 3.20 | Prepare summary judgment motion and opposition | 848.00 |
| 10/08/2002 | Abbott, A. B. | 7.30 | Conduct research regarding contract construction; revise opposition to Shaw's motion for summary judgment | 1022.00 |
| 10/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 7

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 10/09/2002 | Hutchins, J. C. | 5.10 | Draft section on disputed facts regarding Shaw's motion for summary judgment; revise and edit same; review and analyze Shaw's motion and factual assertions. | 1734.00 |
| 10/09/2002 | Rosenfeld, D. E. | 9.20 | Prepare summary judgment motion and opposition | 2438.00 |
| 10/09/2002 | Abbott, A. B. | 9.20 | Revise opposition to motion for summary judgment | 1288.00 |
| 10/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/10/2002 | Hutchins, J. C. | 4.80 | Revise and edit section regarding disputed facts; conference with D. Rosenfeld regarding various strategic issues; conference with A. Abbott regarding documents; revise and edit D. Rosenfeld drafts; revise and edit disputed facts. | 1632.00 |
| 10/10/2002 | Rosenfeld, D. E. | 16.30 | Prepare summary judgment motion and opposition | 4319.50 |
| 10/10/2002 | Abbott, A. B. | 16.00 | Draft opposition to Shaw's motion for summary judgment; conference with D. Rosenfeld regarding same | 2240.00 |
| 10/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 10/11/2002 | Hutchins, J. C. | 3.10 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings and docket updates; revise and edit disputed facts section for SAMBA's summary judgment brief; review and analyze D. Rosenfeld revised draft of brief; revise and edit same; conference with D. Rosenfeld. | 1054.00 |
| 10/11/2002 | Rosenfeld, D. E. | 8.90 | Prepare summary judgment motion and opposition | 2358.50 |
| 10/11/2002 | Cahill, R. | .90 | Review quotes in brief for correction | 121.50 |
| 10/11/2002 | Abbott, A. B. | 9.00 | Revise SAMBA's opposition to Shaw's motion for summary judgment | 1260.00 |
| 10/12/2002 | Abbott, A. B. | 6.50 | Prepare appendix to opening brief and answering brief | 910.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 8

| | | | | |
|---|---|---|---|---:|
| 10/13/2002 | Hutchins, J. C. | 3.10 | Revise and edit D. Rosenfeld draft brief for summary judgment | 1054.00 |
| 10/13/2002 | Abbott, A. B. | 3.00 | Prepare appendix to opening brief and answering brief | 420.00 |
| 10/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/14/2002 | Hutchins, J. C. | 4.20 | Telephone conference with D. Rosenfeld; revise and edit D. Rosenfeld draft summary judgment draft; conference with D. Rosenfeld regarding various issues in brief; revise and edit draft. | 1428.00 |
| 10/14/2002 | Rosenfeld, D. E. | 10.30 | Prepare motion for summary judgment and edit same | 2729.50 |
| 10/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/15/2002 | Hutchins, J. C. | 3.50 | Revise and edit summery judgment brief against Shaw and related motion; conference with A. Abbott; conference with D. Rosenfeld; review and analyze Shaw brief and facts disputed. | 1190.00 |
| 10/15/2002 | Abbott, A. B. | 5.00 | Revise opposition to Shaw's motion for summary judgment and cross-motion | 700.00 |
| 10/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/16/2002 | Hutchins, J. C. | 1.80 | Review and analyze revised draft of summary judgment brief against Shaw in recovery action; review and analyze debtors' motion to amend preference complaint; review and analyze amended complaint; conference with A. Abbott; review and analyze facts regarding Ras Tanura contracts. | 612.00 |
| 10/16/2002 | Rosenfeld, D. E. | 10.60 | Prepare motion for summary judgment and edit same | 2809.00 |
| 10/16/2002 | Abbott, A. B. | 4.50 | Review and edit opposition to Shaw's motion for summary judgment and cross-motion for summary judgment | 630.00 |
| 10/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 9

---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | dockets | |
| 10/17/2002 | Allensworth, R. B. | 2.00 | Review and comment on summary judgment brief; telephone conference with D. Rosenfeld regarding same | 770.00 |
| 10/17/2002 | Hutchins, J. C. | 4.70 | Review and analyze draft of amended complaint and motion to amend of S&W; review and analyze motion for summary judgment v. Shaw in recovery case; revise and edit same; telephone conference with D. Rosenfeld (x3); conference with A. Abbott; review and analyze miscellaneous pleadings. | 1598.00 |
| 10/17/2002 | Rosenfeld, D. E. | 11.60 | Prepare motion for summary judgment, proposed orders, and motion to strike | 3074.00 |
| 10/17/2002 | Abbott, A. B. | 5.00 | Prepare opposition to Shaw's motion for summary judgment and SAMBA's cross-motion | 700.00 |
| 10/17/2002 | Bell, S. | 1.50 | Review motion for summary judgment; highlight each document with the space bar on it and the exhibit numbers located on each document for A. Abbott | 150.00 |
| 10/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/18/2002 | Hutchins, J. C. | 2.50 | Conference with A. Abbott; review and analyze revised drafts; proofread and review revised draft of summary judgment motion; telephone conference with D. Rosenfeld; review and analyze amended complaint of S&W; conference with A. Abbott (x3); review and analyze docket updates. | 850.00 |
| 10/18/2002 | Rosenfeld, D. E. | 9.40 | Revise and edit motion for summary judgment, proposed orders, and motion to strike, tel. conferences with K. Mangan and A. Abbott, tel. conferences with R.B. Allensworth and J.C. Hutchins | 2491.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| 10/18/2002 | Cahill, R. | .40 | Worked on exhibits for filing | 54.00 |
| 10/18/2002 | Abbott, A. B. | 5.00 | Edit opposition to Shaw's motion for summary judgment and cross-motion; attention to filing same | 700.00 |
| 10/18/2002 | Bell, S. | 1.50 | Review documents; scan documents into scanner using PDF clean-up documents and then e-mail documents to A. Abbott | 150.00 |
| 10/18/2002 | Lim, C. H. | 3.00 | Search of SEC filings by Stone & Webster to locate 3/31 balance sheet publ. 4/30/00 earnings release as corrected | 420.00 |
| 10/19/2002 | Rosenfeld, D. E. | 6.80 | Prepare correspondence to client, review motion to amend the complaint and proposed amended complaint | 1802.00 |
| 10/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/21/2002 | Hutchins, J. C. | 4.20 | Review and analyze docket update; review and analyze miscellaneous pleadings; review and analyze S&W motion to amend complaint and amended complaint; compare amended complaint with original complaint; rough out answers; review and analyze fraudulent conveyance, set off and automatic stay issues and reliance on new factual allegations; conference with D. Rosenfeld and A. Abbott regarding opposing motion to amend, statute of limitations on new preference, set off and fraudulent conveyance counts; research and analyze statute of limitations; research and analyze recovery from intermediate transferee of avoided transfers; prepare and send e-mail to D. Rosenfeld and A. Abbott. | 1428.00 |
| 10/21/2002 | Rosenfeld, D. E. | 10.50 | Telephone conference with clients, conference with J. Hutchins and A. Abbott regarding amended | 2782.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 11

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | complaint, prepare opposition to motion to amend complaint | |
| 10/21/2002 | Abbott, A. B. | 7.50 | Conduct research regarding extra-territorial effect of stay and rules regarding deposition; meeting with D. Rosenfeld and J. Hutchins regarding Debtors' amended complaint | 1050.00 |
| 10/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/22/2002 | Hutchins, J. C. | .90 | Research and analyze statute of limitations; conference with D. Rosenfeld regarding 546(a) N/A actions under 362; review and analyze docket updates and miscellaneous pleadings. | 306.00 |
| 10/22/2002 | Rosenfeld, D. E. | 2.40 | Prepare opposition to motion to amend the complaint | 636.00 |
| 10/22/2002 | Watras, K. | 7.20 | Research for opposition to motion to amend regarding standard of futility, delay and prejudice; draft portion of opposition regarding same | 1080.00 |
| 10/22/2002 | Bell, S. | 2.00 | Sort and separate new filings; maintain correspondence filings and arrange documents into chronological order and create sub-file folders and labels | 200.00 |
| 10/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/23/2002 | Hutchins, J. C. | .80 | Conference with D. Rosenfeld regarding opposition to S&W motion to amend complaint; review and analyze miscellaneous pleadings and docket updates; conference with A. Abbott. | 272.00 |
| 10/23/2002 | Rosenfeld, D. E. | 7.40 | Prepare opposition to motion to amend the complaint | 1961.00 |
| 10/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 10/24/2002 | Hutchins, J. C. | 1.60 | Review and analyze proposed opposition to motion to amend; revise and edit proposed | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 12

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | settlement; conference with D. Rosenfeld regarding same | |
| 10/24/2002 | Rosenfeld, D. E. | 3.10 | Prepare opposition to amend the complaint, correspondence and telephone calls with K. Mangan | 821.50 |
| 10/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/25/2002 | Hutchins, J. C. | .20 | Conference with D. Rosenfeld and A. Abbott. | 68.00 |
| 10/25/2002 | Rosenfeld, D. E. | 2.10 | Revise and edit opposition, telephone conference with K. Mangan | 556.50 |
| 10/25/2002 | Abbott, A. B. | .80 | Review and edit SAMBA's opposition to Debtors' motion for leave to file Amended Complaint | 112.00 |
| 10/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/28/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco, Bugshan settlement; review and analyze Saudi Aramco agreement to pay documents; review and analyze opposition to S&W's motion to amend as filed. | 170.00 |
| 10/28/2002 | Rosenfeld, D. E. | 8.60 | Telephone conference with K. Mangan, review standards of proof regarding proposed complaint for trial preparation, review notices of completion of briefing, telephone conference with S. Jenkins regarding discovery issues | 2279.00 |
| 10/28/2002 | Abbott, A. B. | 6.00 | Review transcript of omnibus hearing; meeting with D. Rosenfeld regarding depositions; conduct research regarding burden of proof and elements of newly pled causes of action; research current addresses of deponents | 840.00 |
| 10/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 13

| | | | | |
|---|---|---|---|---|
| 10/29/2002 | Hutchins, J. C. | 1.40 | Review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld; review and analyze assignment of Saudi Aramco/BSW; Ras Tanura contacts; telephone conference with C. Benson (White & Case); draft letter to K. Rice and J. Benson regarding rights to payments under Ras Tanura contract. | 476.00 |
| 10/29/2002 | Rosenfeld, D. E. | 8.80 | Prepare opening and trial strategy, telephone conferences with G. Rubin and S. Jenkins regarding discovery issues | 2332.00 |
| 10/29/2002 | Rosenfeld, D. E. | .10 | | 26.50 |
| 10/29/2002 | Abbott, A. B. | 3.30 | Draft letter to E. Meehan regarding depositions; conduct research regarding bankruptcy code sections cited in Amended Complaint | 462.00 |
| 10/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/30/2002 | Hutchins, J. C. | 2.20 | Review and analyze records regarding S&W's scheduling of SAMBA as creditor and Debtors' schedules of Bugsham S&W contracts assumed/rejected; conference call with C. Jebeyli, A. Bokhari and D. Rosenfeld; review and analyze S&W/Saudi Aramco adversary proceeding regarding intervention; review and analyze Bugshan/Saudi Aramco/.S&W settlement terms; conference with D. Rosenfeld regarding intervention and complaint to intervene; prepare and send correspondence to Cy Benson and K. Rice. | 748.00 |
| 10/30/2002 | Rosenfeld, D. E. | 9.10 | Prepare for telephone conference, telephone conference with D. Jebeyli, A. Bokhari and J. Hutchins, prepare motion to intervene and complaint in | 2411.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 14

| | | | | |
|---|---|---|---|---|
| | | | intervention | |
| 10/30/2002 | Abbott, A. B. | 4.00 | Meeting with D. Rosenfeld regarding intervention and consolidation; review documents; research regarding burden of proof | 560.00 |
| 10/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/31/2002 | Hutchins, J. C. | .60 | Prepare and send e-mail to D. Rosenfeld and A. Abbott; receive and review e-mail from D. Rosenfeld; review and analyze draft of intervention pleadings. | 204.00 |
| 10/31/2002 | Rosenfeld, D. E. | 8.60 | Prepare complaint in intervention, prepare motion to intervene | 2279.00 |
| 10/31/2002 | Cahill, R. | 2.80 | Worked on deposition prep | 378.00 |
| 10/31/2002 | Abbott, A. B. | 3.50 | Conduct research regarding setoff; draft letter to E. Meehan | 490.00 |

|  | TOTAL FEES | | | $98,202.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| A. B. Abbott | 129.5 | hrs. | @$140 | $/hr | = | 18,130.00 |
| R. B. Allensworth | 2.0 | hrs. | @$385 | $/hr | = | 770.00 |
| S. Bell | 5.0 | hrs. | @$100 | $/hr | = | 500.00 |
| R. Cahill | 4.1 | hrs. | @$135 | $/hr | = | 553.50 |
| L. A. Geyer | 2.3 | hrs. | @$ 85 | $/hr | = | 195.50 |
| J. C. Hutchins | 70.6 | hrs. | @$340 | $/hr | = | 24,004.00 |
| Librarian | 1.0 | hrs. | @$105 | $/hr | = | 105.00 |
| C. H. Lim | 3.0 | hrs. | @$140 | $/hr | = | 420.00 |
| D. E. Rosenfeld | 197.3 | hrs. | @$265 | $/hr | = | 52,284.50 |
| K. A. Serrao | 1.1 | hrs. | @$145 | $/hr | = | 159.50 |
| K. Watras | 7.2 | hrs. | @$150 | $/hr | = | 1,080.00 |

|  | TOTAL FEES | | | **$98,202.00** |
|---|---|---|---|---|

---

DISBURSEMENTS & OTHER CHARGES

**DESCRIPTION**                                                                **AMOUNT**



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 15

| | |
|---|---:|
| Telephone | 4.80 |
| Facsimile | 42.75 |
| Copying Expense | 806.40 |
| Long Distance Courier | 10.92 |
| Westlaw Research | 1,757.13 |
| Travel Expenses | 269.84 |
| Transportation Expenses | 60.00 |
| Air Fare | 1,347.00 |
| Other | 2,287.56 |

| | |
|---|---:|
| DISBURSEMENTS & OTHER CHARGES | $6,586.40 |
| **CURRENT INVOICE DUE** | **$104,788.40** |
| PAST DUE INVOICE | **$161,882.19** |
| **TOTAL AMOUNT DUE** | **$266,670.59** |