

**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 11/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/01/2002 | Hutchins, J. C. | .50 | Conference with D. Rosenfeld; receive and review e-mail from L. Geyer; review and analyze dockets and miscellaneous pleadings; conference with A. Abbott. | 170.00 |
| 11/01/2002 | Rosenfeld, D. E. | 15.50 | Prepare motion to intervene, complaint in intervention, memorandum in support of motion to intervene, motion to join ASB&B and memo in support of motion to join ASB&B | 4107.50 |
| 11/01/2002 | Cahill, R. | 1.70 | Worked on deposition preparation | 229.50 |
| 11/02/2002 | Hutchins, J. C. | 5.80 | Receive and review e-mail from D. Rosenfeld (x3); review and analyze D. Rosenfeld draft complaint in intervention; draft motion to intervene and brief in support of motion; revise and edit same; prepare and send e-mail to D. Rosenfeld and A. Abbott (x3); receive and review e-mail from D. Rosenfeld (x2); prepare and send e-mail to D. Rosenfeld. | 1972.00 |
| 11/02/2002 | Rosenfeld, D. E. | 5.80 | Prepare motion to intervene, complaint in intervention, opening brief, and order granting | 1537.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| 11/03/2002 | Hutchins, J. C. | .20 | intervention<br>Receive and review e-mail from D. Rosenfeld (x2); prepare and send e-mail to D. Rosenfeld. | 68.00 |
| 11/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/04/2002 | Hutchins, J. C. | .70 | Receive and review e-mail from D. Rosenfeld; conference with A. Abbott; review and analyze docket updates; review and analyze revised draft complaint intervention. | 238.00 |
| 11/04/2002 | Abbott, A. B. | 8.00 | Review and edit proposed order, complaint in intervention and opening brief; conduct research regarding joinder | 1120.00 |
| 11/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/05/2002 | Hutchins, J. C. | .70 | Revise and edit intervention and draft order regarding intervention; conference with A. Abbott; review and analyze Skadden Arps reply to our opposition to motion to amend preference complaint. | 238.00 |
| 11/05/2002 | Abbott, A. B. | 8.00 | Revise and edit opening brief, complaint in intervention, motion to intervene and proposed order | 1120.00 |
| 11/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/06/2002 | Hutchins, J. C. | 1.60 | Review and analyze brief regarding motion to intervene; proofread and review motion to intervene; conference with D. Rosenfeld; conference with A. Abbott; receive and review e-mail from A. Abbott; attention to file maintenance; receive and review e-mail from K. Mangan regarding reply brief of S&W; prepare and send e-mail to Mangan. | 544.00 |
| 11/06/2002 | Abbott, A. B. | 6.00 | Prepare motion, order, complaint in intervention and opening brief for filing | 840.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1122133
Services Through: November 30, 2002
Page 5

| | | | | |
|---|---|---|---|---|
| 11/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/07/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from A. Abbott regarding motion to intervene file; review and analyze motion and related documents as filed; telephone conference with A. Abbott; review and analyze docket updates; review and analyze miscellaneous Skadden pleadings; telephone conference with B. Allensworth. | 136.00 |
| 11/07/2002 | Abbott, A. B. | 3.00 | Attention to filing motion to intervene, complaint, opening brief and proposed order | 420.00 |
| 11/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/08/2002 | Hutchins, J. C. | 1.90 | Review and analyze S&W reply brief regarding opposition to motion to amend; telephone conference with D. Rosenfeld regarding same and E. Meehan reaction regarding intervention; review and analyze miscellaneous pleadings; telephone conference with Cy Benson; telephone conference with D. Rosenfeld regarding Saudi Aramco concerns about complaint; review and analyze motion and complaint to intervene in Saudi Aramco case regarding Benson concerns. | 646.00 |
| 11/08/2002 | Rosenfeld, D. E. | 6.40 | Review reply memorandum of S&W concerning motion for leave to amend complaint, review correspondence from Ed Meehan, telephone conferences with Ed Meehan, prepare correspondence to Asad Bokhari and Chahdan Jebeyli re status | 1696.00 |
| 11/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/11/2002 | Hutchins, J. C. | 2.20 | Telephone conference with C. | 748.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1122133
Services Through: November 30, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| | | | Benson; conference with D. Rosenfeld; prepare letter to C. Benson; review and analyze motion to intervene in Saudi Aramco case, allegations in complaint in intervention and brief regarding Saudi Aramco; revise and edit letter to C. Benson; review correspondence from D. Rosenfeld to Asad and C. Jebeyli; conference with D. Rosenfeld; revise and edit letter; review and analyze docket updates, review and analyze miscellaneous pleadings. | |
| 11/11/2002 | Rosenfeld, D. E. | 8.20 | Prepare answer to amended preference complaint; review legal basis for same, telephone conference with client regarding status | 2173.00 |
| 11/11/2002 | Abbott, A. B. | 2.00 | Draft stipulations; review amended complaint | 280.00 |
| 11/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/12/2002 | Hutchins, J. C. | 2.20 | Revise and edit letter to Benson; conference with D. Rosenfeld; proofread and review letter to Benson; prepare and send facsimile to Benson; telephone call to K. Rice; telephone conference with Rice; receive and review e-mail from E. Meehan; receive and review docket; review and analyze hearing agenda; conference with D. Rosenfeld. | 748.00 |
| 11/12/2002 | Rosenfeld, D. E. | 4.20 | Prepare discovery requests, telephone conferences with Ed Meehan and G. Rubin re discovery, revise answer to amended complaint | 1113.00 |
| 11/12/2002 | Abbott, A. B. | 2.00 | Draft letter to E. Meehan, proposed stipulations and orders regarding depositions | 280.00 |
| 11/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1122133
Services Through: November 30, 2002
Page 7

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| | | | dockets | |
| 11/13/2002 | Hutchins, J. C. | 1.10 | Telephone call to D. Rosenfeld; receive and review e-mail from D. Rosenfeld; receive and review e-mail from D. Rosenfeld regarding prior settlement terms with Saudi Aramco and Bugshan; investigate interest claim; review and analyze draft letter to E. Meehan; review and analyze proposed stipulations regarding no deposition of J. Rose et al; conference with D. Rosenfeld regarding Shaw implications; conference with B. Allensworth. | 374.00 |
| 11/13/2002 | Rosenfeld, D. E. | 7.80 | Conference with Ed Meehan and Gary Rubin, Conference with client, review settlement options, review guaranty for considerations in settlement proposal, conference with S. Jenkins re scheduling, conference with L. Meltzer re scheduling, review pleadings for reply on summary judgment | 2067.00 |
| 11/13/2002 | Abbott, A. B. | 1.50 | Revise stipulations regarding testimony of G. Halpin, J. Rase and M. Mott; meeting with D. Rosenfeld regarding same | 210.00 |
| 11/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/14/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld; receive and review e-mail from S. Jenkins regarding stipulations regarding depositions; review correspondence from E. Mehan; review correspondence from D. Rosenfeld to Chadan and Asad. | 204.00 |
| 11/14/2002 | Rosenfeld, D. E. | 2.30 | Revisions to stipulations and deposition notices, conferences with opposing counsel re discovery, review email of S. Jenkins re discovery | 609.50 |
| 11/14/2002 | Abbott, A. B. | 1.50 | Revise stipulations regarding testimony of J. Rase, M. Mott and | 210.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

| Chahdan Jebeyli | | Our File Number: 0508830.0901 |
|---|---|---|
| | | Invoice: 1122133 |
| | | Services Through: November 30, 2002 |
| | | Page 8 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | G. Halpin; draft deposition notices | |
| 11/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster advesary dockets | 8.50 |
| 11/15/2002 | Hutchins, J. C. | 1.00 | Receive and review e-mail from K. Rice; conference with D. Rosenfeld; review and analyze Judge Walsh decision regarding substantive consolidation (regarding impact on SAMBA claims). | 340.00 |
| 11/15/2002 | Rosenfeld, D. E. | 6.10 | Telephone conferences with Ed Meehan and Kevin Rice, prepare correspondence to client, review decision re consolidation | 1616.50 |
| 11/15/2002 | Abbott, A. B. | 1.50 | Review and edit joint stipulation regarding extension of time; review order by J. Walsh on consolidation motion | 210.00 |
| 11/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/18/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from D. Rosenfeld regarding SAMBA's settlement analysis regarding Bugshan; conference with D. Rosenfeld; telephone conference with K. Rice and partner regarding Bugshan settlement and threat to dissolve BSW. | 374.00 |
| 11/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/19/2002 | Hutchins, J. C. | .40 | Telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Skadden motion for extension regarding intervention and Bugshan impact; conference with A. Abbott regarding right to interest and attorney fees. | 136.00 |
| 11/19/2002 | Rosenfeld, D. E. | 8.10 | Review guaranty, credit agreement re attorneys' fees analysis, review A. Abbott memo re same, review decision re substantive | 2146.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1122133
Services Through: November 30, 2002
Page 9

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| | | | consolidation, prepare for depositions of M. Mott, G. Halpin, J. Rase | |
| 11/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/20/2002 | Hutchins, J. C. | .60 | Review correspondence from client; conference with D. Rosenfeld regarding response to Skadden's motion for extension; review and analyze motion for extension; telephone call to D. Rosenfeld; review memo by A. Abbott regarding rights to interest and attorneys fees. | 204.00 |
| 11/20/2002 | Rosenfeld, D. E. | 7.80 | Telephone conference with K. Rice re settlement, prepare correspondence re same, prepare for depositions for preference action | 2067.00 |
| 11/20/2002 | Abbott, A. B. | 2.00 | Review documents; draft memo regarding attorneys fees, interest and costs | 280.00 |
| 11/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/21/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding lack of response from Bugshan and Ed Meehan; receive and review correspondence from Cy Benson; conference with D. Rosenfeld regarding how to respond. | 204.00 |
| 11/21/2002 | Rosenfeld, D. E. | 4.90 | Prepare for depositions in preference action | 1298.50 |
| 11/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/22/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review correspondence from C. Jebeyli; prepare and send correspondence to A. Bokhari (Monaco invoice). | 102.00 |
| 11/22/2002 | Rosenfeld, D. E. | 3.40 | Draft letters to C. Benson and C. Jebeyli | 901.00 |
| 11/22/2002 | Abbott, A. B. | 1.00 | Review and edit letter regarding | 140.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| | | | settlement assurances | |
| 11/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/25/2002 | Hutchins, J. C. | 1.30 | Conference with D. Rosenfeld; revise and edit draft letter to Benson; conference with D. Rosenfeld; review and analyze miscellaneous pleadings. | 442.00 |
| 11/25/2002 | Rosenfeld, D. E. | 3.80 | Prepare strategy for preference trial | 1007.00 |
| 11/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/26/2002 | Hutchins, J. C. | .80 | Review and analyze revised letter to C. Benson; revise and edit same; conference with D. Rosenfeld regarding Saudi Aramco settlement prospects and effect on Shaw claim and granting extensions to S&W and Shaw for their replies. | 272.00 |
| 11/26/2002 | Rosenfeld, D. E. | 7.20 | Revise letter to C. Benson; conference with L. Meltzer re scheduling, prepare for depositions of J. Rase and M. Mott | 1908.00 |
| 11/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/27/2002 | Hutchins, J. C. | .70 | Review and analyze docket updates; review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld regarding approval of response to Benson; review and analyze stipulation regarding extension of time; telephone conference with D. Rosenfeld regarding same. | 238.00 |
| 11/27/2002 | Rosenfeld, D. E. | 5.30 | Prepare for J. Rase and M. Mott depositions | 1404.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES | | $39,551.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 36.5 hrs. | @$140 $/hr | = | 5,110.00 |
| R. Cahill | 1.7 hrs. | @$135 $/hr | = | 229.50 |
| L. A. Geyer | 1.9 hrs. | @$ 85 $/hr | = | 161.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1122133
Services Through: November 30, 2002
Page 11

| | | | | |
|---|---|---|---|---|
| J. C. Hutchins | 24.7  hrs. | @$340  $/hr | = | 8,398.00 |
| D. E. Rosenfeld | 96.8  hrs. | @$265  $/hr | = | 25,652.00 |

**TOTAL FEES**           **$39,551.00**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 7.34 |
| Facsimile | 60.75 |
| Copying Expense | 45.90 |
| Computer Research | 2.75 |
| Long Distance Courier | 74.81 |
| Westlaw Research | 390.67 |
| Travel Expenses | 142.70 |
| Transportation Expenses | 30.00 |
| Cab Fare | 89.45 |
| Other | 0.07 |

**DISBURSEMENTS & OTHER CHARGES**     **$ 844.44**

**CURRENT INVOICE DUE**     **$40,395.44**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

R. Bruce Allensworth
617.261.3119
Fax: 617.261.3175
ballensworth@kl.com

January 16, 2003

**VIA DHL International Ltd.**

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:     Guaranty Matter

Dear Chahdan:

Enclosed please find this firm's statement for professional services rendered through December 31, 2002 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosure

BOS-399959 v1 0950000-102

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**      **1127609**
**Client No.:**       **0508830.0901**

---

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2002 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................................$ 65,392.00

Disbursements and Other Charges.........................................................................$  3,098.14

**CURRENT AMOUNT DUE** ..............................................................................$ 68,490.14

Prior Outstanding Invoices......................................................................................$ 40,395.44

**TOTAL AMOUNT DUE**.....................................................................................$108,885.58

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002

Guaranty Matter

---

Tax Identification Number 25 0921018

| | | | | | | |
|---|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 17.6 hrs. | @$340 $/hr | = | 5,984.00 |
| Partner | D. E. Rosenfeld | 153.9 hrs. | @$265 $/hr | = | 40,783.50 |
| Associate | A. B. Abbott | 118.1 hrs. | @$140 $/hr | = | 16,534.00 |
| Associate | S. C. Kellogg | 10.0 hrs. | @$185 $/hr | = | 1,850.00 |
| Legal Assistant | L. A. Geyer | 1.7 hrs. | @$ 85 $/hr | = | 144.50 |
| Legal Assistant | K. A. Serrao | 0.3 hrs. | @$145 $/hr | = | 43.50 |
| Librarian | Librarian | 0.5 hrs. | @$105 $/hr | = | 52.50 |

|  | Total | 302.1 | | | $65,392.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Disbursements | $3,098.14 |
| TOTAL of BILL | $68,490.14 |
| Previously Billed & Outstanding | $40,395.44 |
| TOTAL DUE | $108,885.58 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002

Guaranty Matter

---

Tax Identification Number 25 0921018

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 12/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/02/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco status; review and analyze docket updates; review correspondence from D. Rosenfeld to C. Jebeyli regarding Saudi Aramco settlement proposals. | 204.00 |
| 12/02/2002 | Rosenfeld, D. E. | 1.50 | Prepare for telephone. conferences with Ed Meehan and S. Jenkins, prepare for deposition of G. Halpin | 397.50 |
| 12/02/2002 | Abbott, A. B. | 3.50 | Analyze legal requirements for obtaining evidence in Thailand and Saudi Arabia; prepare deposition notices | 490.00 |
| 12/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/03/2002 | Hutchins, J. C. | 1.50 | Review and analyze numerous pleadings regarding settlements of preference claims; Hyundai claims and procedures regarding disclosure statements/substantive consolidation; review and analyze docket updates. | 510.00 |
| 12/03/2002 | Rosenfeld, D. E. | 8.10 | Prepare for reply memorandum to Shaw's opposition, prepare for | 2146.50 |

# Kirkpatrick & Lockhart LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 3

---

| | | | | |
|---|---|---|---|---|
| | | | reply memorandum to SWEC's opposition to motion to intervene | |
| 12/03/2002 | Abbott, A. B. | 2.00 | Research regarding service of process with Thailand; review stipulations regarding testimony | 280.00 |
| 12/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/04/2002 | Hutchins, J. C. | .90 | Receive and review e-mail from D. Rosenfeld to A. Bokhari and C. Jebeyli; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review correspondence from Bank; prepare and send correspondence to F. Monaco; review correspondence from C. Benson. | 306.00 |
| 12/04/2002 | Rosenfeld, D. E. | 2.90 | Tel. conference. with E. Meehan and S. Jenkins re settlement and status, telephone conf. with K. Rice, prepare correspondence to client | 768.50 |
| 12/04/2002 | Abbott, A. B. | 3.00 | Prepare deposition notices and subpoenas; conduct research regarding deposition of American citizen in Thailand; meeting with D. Rosenfeld regarding settlement discussions and discovery strategy | 420.00 |
| 12/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/05/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding Ed Meehan telecon and need to prepare for trial; strategic analysis; review and analyze miscellaneous pleadings and docket updates. | 204.00 |
| 12/05/2002 | Rosenfeld, D. E. | 5.10 | Tel. conference. with S. Jenkins, review subpoenas, prepare for Mott and Rase depositions, prepare for meetings with client | 1351.50 |
| 12/05/2002 | Abbott, A. B. | 4.00 | Attention to serving deposition subpoena; prepare deposition notice; telephone call with Kentucky counsel regarding service | 560.00 |

# Kirkpatrick & Lockhart LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| | | | of subpoena | |
| 12/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/06/2002 | Hutchins, J. C. | .40 | Review and analyze agenda for hearing; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings. | 136.00 |
| 12/06/2002 | Kellogg, S. C. | 2.80 | Meet with D. Rosenfeld and A. Abbott regarding amended complaint; review amended complaint | 518.00 |
| 12/06/2002 | Rosenfeld, D. E. | 3.90 | Conference with Amy Abbott and Sarah Kellogg, prepare for preference trial | 1033.50 |
| 12/06/2002 | Abbott, A. B. | 7.50 | Attention to service of deposition notices and subpoena; review Debtors' amended complaint; meeting with D. Rosenfeld regarding new courses of action and trial strategy for preference case | 1050.00 |
| 12/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/09/2002 | Hutchins, J. C. | .80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; receive and review e-mail from K. Mangan; conference with D. Rosenfeld regarding response to Bugshan | 272.00 |
| 12/09/2002 | Rosenfeld, D. E. | 8.30 | Prepare subpoenas and conduct conference call with S. Jenkins, review SAMBA's motion for summary judgment, review motion to intervene and opposition | 2199.50 |
| 12/09/2002 | Librarian | .50 | Print out cases for A. Abbott | 52.50 |
| 12/09/2002 | Abbott, A. B. | 5.50 | Meeting with D. Rosenfeld regarding Debtors' amended complaint; conduct research regarding new causes of action; review correspondence | 770.00 |
| 12/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 5

---

| | | | | |
|---|---|---|---|---|
| 12/10/2002 | Hutchins, J. C. | 1.60 | Conference with D. Rosenfeld; receive and review e-mail from K. Mangan; review and analyze Shaw response to SAMBA motion for summary judgment; receive and review e-mail from D. Rosenfeld (x2); conference with D. Rosenfeld regarding Shaw reply; review and analyze Debtor (Skadden) opposition regarding intervention in Saudi Aramco suit. | 544.00 |
| 12/10/2002 | Kellogg, S. C. | 1.30 | Review case documents; discussion with A. Abbott regarding same | 240.50 |
| 12/10/2002 | Rosenfeld, D. E. | 10.40 | Telephone conferences with C. Jebeyli re status, telephone. conference with A. Bokhari re status, review Debtors' opposition to motion to intervene and Shaw's ''reply'' to SAMBA's motion for summary judgment; review case law | 2756.00 |
| 12/10/2002 | Abbott, A. B. | 5.50 | Review Debtors' answering brief and Shaw's reply; meeting with D. Rosenfeld regarding same; conduct research regarding assignments and right to intervene; analyze response to motion to strike Carroll affidavit | 770.00 |
| 12/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/11/2002 | Hutchins, J. C. | .60 | Review and analyze debtor's opposition to SAMBA's motion to intervene in the S&W v. Aramco case; conference with D. Rosenfeld. | 204.00 |
| 12/11/2002 | Rosenfeld, D. E. | 8.60 | Prepare reply to Debtors' opposition to motion to intervene | 2279.00 |
| 12/11/2002 | Abbott, A. B. | 8.00 | Analyze case law regarding timeliness element of motion to intervene; draft reply to Debtors' answering brief | 1120.00 |
| 12/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/12/2002 | Hutchins, J. C. | 1.20 | Telephone conference with D. | 408.00 |

# Kirkpatrick & Lockhart LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 6

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Rosenfeld; review and analyze Shaw's reply to Samba motion for summary judgement. |  |
| 12/12/2002 | Kellogg, S. C. | 3.30 | Review pleadings and case background | 610.50 |
| 12/12/2002 | Rosenfeld, D. E. | 5.60 | Prepare reply to Debtors' opposition to motion to intervene | 1484.00 |
| 12/12/2002 | Abbott, A. B. | 8.30 | Conduct legal research and analyze case law regarding imposition of sanctions and misrepresentation by counsel; draft reply to Debtors' answering brief; meeting with D. Rosenfeld regarding same | 1162.00 |
| 12/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/13/2002 | Hutchins, J. C. | 2.60 | Review and analyze docket updates; review and analyze Shaw's response to SAMBA's motion for summary judgment and Shaw's motion for summary judgment and related documents; conference with D. Rosenfeld regarding analysis and how to respond; review and analyze debtor (Mehan's) objection to motion to intervene; conference with D. Rosenfeld regarding response. | 884.00 |
| 12/13/2002 | Rosenfeld, D. E. | 10.50 | Prepare reply to Debtors' opposition to motion to intervene and review Shaws ''reply'' brief | 2782.50 |
| 12/13/2002 | Abbott, A. B. | 7.00 | Analyze case law cited in Debtors' answering brief; draft reply; conduct research regarding assignment, bankruptcy rule 9019 and timeliness element of motion to intervene | 980.00 |
| 12/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/16/2002 | Hutchins, J. C. | .60 | Receive and review miscellaneous pleadings; conference with D. Rosenfeld; review and analyze background on discussions with Saudi Aramco settlement. | 204.00 |

# Kirkpatrick & Lockhart LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 7

| | | | | |
|---|---|---|---|---|
| 12/16/2002 | Rosenfeld, D. E. | 9.20 | Prepare reply brief concerning motion to intervene and join ASB&B | 2438.00 |
| 12/16/2002 | Abbott, A. B. | 4.20 | Attention to service of Halpin subpoena; meeting with D. Rosenfeld regarding motion to preclude testimony and/or compel; revise and edit Reply to Debtors' Answering Brief | 588.00 |
| 12/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/17/2002 | Hutchins, J. C. | .60 | Receive and review e-mail from D. Rosenfeld regarding counter offer authorized regarding AS Bugshan; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding approach to K. Rice (Bugshan), status of settlement conditions. | 204.00 |
| 12/17/2002 | Kellogg, S. C. | 2.60 | Review pleadings and case background | 481.00 |
| 12/17/2002 | Rosenfeld, D. E. | 8.10 | Prepare reply brief concerning motion to intervene and join ASB&B | 2146.50 |
| 12/17/2002 | Abbott, A. B. | 6.70 | Conduct research regarding factors weighed in considering timelines of motion; draft Reply to Debtors' Answering Brief | 938.00 |
| 12/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/18/2002 | Hutchins, J. C. | 1.40 | Review and analyze docket updates; review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari | 476.00 |
| | | | mail from D. Rosenfeld; review and analyze draft response to Debtor's opposition to motion to intervene. | |

# Kirkpatrick & Lockhart LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 8

| 12/18/2002 | Rosenfeld, D. E. | 10.30 | Prepare reply brief concerning motion for summary judgment against Shaw | 2729.50 |
|---|---|---|---|---|
| 12/18/2002 | Abbott, A. B. | 9.40 | Revise Reply to Debtors' Answering Brief; meeting with D. Rosenfeld regarding same; draft affidavits in support of Reply | 1316.00 |
| 12/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/19/2002 | Hutchins, J. C. | 1.20 | Review and analyze response to debtors opposition to intervention in Saudi Aramco suit; revise and edit same; conference with D. Rosenfeld; revise and edit affidavits in support of response | 408.00 |
| 12/19/2002 | Rosenfeld, D. E. | 9.70 | Prepare reply brief concerning motion for summary judgment against Shaw | 2570.50 |
| 12/19/2002 | Abbott, A. B. | 8.50 | Prepare Reply to Debtors' Opposition and Supporting Affidavits; meeting with D. Rosenfeld regarding same | 1190.00 |
| 12/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/20/2002 | Hutchins, J. C. | 1.10 | Review and analyze docket update; conference with D. Rosenfeld; revise and edit response to Shaw reply brief | 374.00 |
| 12/20/2002 | Rosenfeld, D. E. | 7.60 | Prepare reply brief concerning motion for summary judgment against Shaw | 2014.00 |
| 12/20/2002 | Abbott, A. B. | 8.50 | Edit reply to Shaw's opposition; analyze case law cited in Shaw's opposition; meeting with D. Rosenfeld regarding same | 1190.00 |
| 12/22/2002 | Abbott, A. B. | 4.80 | Revise reply to Debtors' opposition; conduct legal research regarding third party beneficiaries | 672.00 |
| 12/23/2002 | Serrao, K. A. | .10 | Pacer search for updated Stone & Webster docket and email regarding same | 14.50 |
| 12/23/2002 | Rosenfeld, D. E. | 8.10 | Prepare reply brief and file same | 2146.50 |
| 12/23/2002 | Abbott, A. B. | 7.00 | Revise reply to Debtors' | 980.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 9

| | | | | |
|---|---|---|---|---|
| | | | opposition; meeting with D. Rosenfeld regarding same | |
| 12/24/2002 | Hutchins, J. C. | .10 | Review and analyze docket updates | 34.00 |
| 12/24/2002 | Rosenfeld, D. E. | 7.50 | Prepare motion to compel; review rules and case law regarding motion for sanctions; telephone conference with Saudi Arabian consulate; prepare visa application | 1987.50 |
| 12/26/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 12/26/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld (x3) | 136.00 |
| 12/26/2002 | Rosenfeld, D. E. | 8.50 | Trial preparation; prepare response to proposed amended complaint; review proposed order and draft changes; review case law regarding motion for sanctions | 2252.50 |
| 12/27/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 12/27/2002 | Rosenfeld, D. E. | 2.80 | Draft status memorandum; prepare for status conference; telephone conference with G. Rubin | 742.00 |
| 12/27/2002 | Rosenfeld, D. E. | 4.10 | Meeting with C. Jebeyli; attention to travel arrangements | 1086.50 |
| 12/28/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; receive and review e-mail from D. Rosenfeld regarding 1/2 hearing; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings | 102.00 |
| 12/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/30/2002 | Hutchins, J. C. | .80 | Receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding January 2 hearing, scheduling issues; deposition strategy; receive and review e-mail from D. Rosenfeld regarding Bugshan refusal of offer; review and analyze miscellaneous pleadings | 272.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1127609
Services Through: December 31, 2002
Page 10

| | | | | |
|---|---|---|---|---|
| 12/30/2002 | Rosenfeld, D. E. | 6.10 | Prepare correspondence with Shaw and Debtors' counsel; telephone conference with ASB&B's counsel; conference with A. Abbott and S. Kellogg regarding trial preparation; prepare motion to compel | 1616.50 |
| 12/30/2002 | Abbott, A. B. | 7.20 | Draft motion to compel; meeting with D. Rosenfeld regarding same | 1008.00 |
| 12/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/31/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; review and analyze miscellaneous correspondence and pleadings | 102.00 |
| 12/31/2002 | Rosenfeld, D. E. | 7.00 | Prepare motion to compel and revise same; telephone conferences with K. Mangan regarding motion to compel and status conference; draft correspondence to S. Jenkins regarding depositions; review correspondence from S. Jenkins regarding depositions | 1855.00 |
| 12/31/2002 | Abbott, A. B. | 7.50 | Prepare and edit opening brief in support of SAMBA's motion to compel; meeting with D. Rosenfeld regarding same; conduct legal research regarding same | 1050.00 |

TOTAL FEES                                                                $65,392.00

| | | | | | | |
|---|---|---|---|---|---|---|
| A. B. Abbott | 118.1 | hrs. | @$140 | $/hr | = | 16,534.00 |
| L. A. Geyer | 1.7 | hrs. | @$ 85 | $/hr | = | 144.50 |
| J. C. Hutchins | 17.6 | hrs. | @$340 | $/hr | = | 5,984.00 |
| S. C. Kellogg | 10.0 | hrs. | @$185 | $/hr | = | 1,850.00 |
| Librarian | 0.5 | hrs. | @$105 | $/hr | = | 52.50 |
| D. E. Rosenfeld | 153.9 | hrs. | @$265 | $/hr | = | 40,783.50 |
| K. A. Serrao | 0.3 | hrs. | @$145 | $/hr | = | 43.50 |

TOTAL FEES                                                                $65,392.00

**Kirkpatrick & Lockhart LLP**

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1127609
Services Through: December 31, 2002
Page 11

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 56.98 |
| Facsimile | 26.25 |
| Copying Expense | 157.68 |
| Copying Expense (Outside | 1,384.43 |
| Word Processing | 301.23 |
| Westlaw Research | 615.91 |
| Transportation Expenses | 30.00 |
| Cab Fare | 80.00 |
| Business Meal | 12.90 |
| Other | 432.76 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $3,098.14 |
| **CURRENT INVOICE DUE** | **$68,490.14** |
| PAST DUE INVOICE | **$40,395.44** |
| **TOTAL AMOUNT DUE** | **$108,885.58** |