# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1135274
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
January 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ..................................................................$ 85,880.00

Disbursements and Other Charges.............................................................................$   3,576.40

**CURRENT AMOUNT DUE** .....................................................................................$ 89,456.40

Prior Outstanding Invoices..........................................................................................$108,885.58

**TOTAL AMOUNT DUE**...........................................................................................<u>$198,341.98</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1135274
Services Through: January 31, 2003

Guaranty Matter

---

Tax Identification Number 25 0921018

| | | | | | |
|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 23.8 hrs. | @$365 $/hr | = | 8,687.00 |
| Partner | D. E. Rosenfeld | 199.3 hrs. | @$300 $/hr | = | 59,790.00 |
| Associate | A. B. Abbott | 96.5 hrs. | @$170 $/hr | = | 16,405.00 |
| Legal Assistant | R. Cahill | 2.8 hrs. | @$145 $/hr | = | 406.00 |
| Legal Assistant | L. A. Geyer | 3.6 hrs. | @$ 95 $/hr | = | 342.00 |
| Legal Assistant | P. Seliger | 1.3 hrs. | @$120 $/hr | = | 150.00 |
| Librarian | Librarian | 0.8 hrs. | @$125 $/hr | = | 100.00 |
| | Total | 328.1 | | | $85,880.00 |

| | |
|---|---|
| Disbursements | $3,576.40 |
| TOTAL of BILL | $89,456.40 |
| Previously Billed & Outstanding | $108,885.58 |
| TOTAL DUE | $198,341.98 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1135274
Services Through: January 31, 2003

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/02/2003 | Hutchins, J. C. | .80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; review and analyze docket for January 2 hearing and issues regarding discovery. | 292.00 |
| 01/02/2003 | Rosenfeld, D. E. | 13.10 | Travel to and from status conference; prepare for and attend status conference; conference with K. Mangan regarding status and trial matters; telephone conference regarding expert witnesses | 3930.00 |
| 01/02/2003 | Abbott, A. B. | 5.30 | Review Amended Complaint; conduct research regarding causes of action and prepare memo regarding same; review documents | 901.00 |
| 01/03/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/03/2003 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld (x2); conference regarding amended complaint. | 292.00 |
| 01/03/2003 | Rosenfeld, D. E. | 7.80 | Prepare for meetings; telephone conference with G. Rubin and S. Jenkins; conference with J. | 2340.00 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 3

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Hutchins and A. Abbott to C. Jebeyli, A. Bokhari and S. Ali regarding status | |
| 01/03/2003 | Abbott, A. B. | 8.50 | Review documents; prepare binders for trial preparation; draft memo regarding causes of action in Debtors' Amended Complaint | 1445.00 |
| 01/06/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/06/2003 | Hutchins, J. C. | .70 | Telephone conference with D. Rosenfeld; conference regarding answer to amended complaint; receive and review e-mail from D. Rosenfeld regarding order on amending complaint; prepare and send e-mail to D. Rosenfeld. | 255.50 |
| 01/06/2003 | Rosenfeld, D. E. | 9.20 | Prepare for meetings; emails to S. Jenkins; emails to G. Rubin; emails to K. Mangan; prepare for status conference; review and research complaint | 2760.00 |
| 01/06/2003 | Abbott, A. B. | 3.50 | Draft 30(b)(6) deposition notice of Debtors and 2nd notice of J. Carroll deposition | 595.00 |
| 01/06/2003 | Seliger, P. | .75 | Arrange for court reporter and video taping of 1/9/03 deposition of J. Halpin at Skadden Arps; telephone discussions with with M. Souza re same; telephone calls to Doyle Reporting re same | 90.00 |
| 01/07/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/07/2003 | Hutchins, J. C. | 1.30 | Conference with D. Rosenfeld; review and analyze docket update; review and analyze miscellaneous settlement pleadings; conference with D. Rosenfeld regarding order to allow amended complaint (discovery); conference with D. Rosenfeld regarding Section 548 issues in amended preference complaint; review and analyze regarding same; conference with D. | 474.50 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 4

---

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Rosenfeld regarding fraudulent transfer issues (x2). | |
| 01/07/2003 | Rosenfeld, D. E. | 7.50 | Prepare for client meetings; legal research regarding setoff and fraudulent transfers | 2250.00 |
| 01/07/2003 | Cahill, R. | 1.90 | Worked on index for trial witness preparation notebook | 275.50 |
| 01/07/2003 | Abbott, A. B. | 9.80 | Draft deposition notice of J. Smith, J. Carroll and 30(b)(6) notice of debtors; conduct research regarding causes of action in Debtors' Amended Complaint; draft memo regarding same | 1666.00 |
| 01/07/2003 | Seliger, P. | .50 | Telephone discussions with K&L Boston attorneys, Doyle Reporting, and Skadden Arps attorneys re arrangements for 1/09/03 deposition of J. Halpin at Skadden Arps | 60.00 |
| 01/08/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/08/2003 | Hutchins, J. C. | 1.40 | Conference with D. Rosenfeld regarding interviews; legal theories in amended complaint; research and analyze issues regarding set off and immediate transfers. | 511.00 |
| 01/08/2003 | Rosenfeld, D. E. | 10.10 | Prepare for client meetings; legal research regarding setoff and fraudulent transfers; prepare for Halpin deposition; finalize travel plans; telephone conference with C. Jebeyli and A. Bokhari | 3030.00 |
| 01/08/2003 | Cahill, R. | .90 | Worked on index for trial witness preparation notebook | 130.50 |
| 01/08/2003 | Abbott, A. B. | 12.00 | Prepare for deposition of G. Halpin and compile documents for trial preparation | 2040.00 |
| 01/09/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/09/2003 | Rosenfeld, D. E. | 17.10 | Prepare for Halpin deposition and take Halpin deposition; travel to New York; travel to Saudi Arabia | 5130.00 |
| 01/09/2003 | Abbott, A. B. | 14.50 | Travel to New York and attend | 2465.00 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 5

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | deposition of G. Halpin; attend teleconference with Court regarding discovery and motion to compel | |
| 01/10/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/10/2003 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze opposition regarding Rase depositions; research and analyze Section 550, 553 issues regarding amended preference action; telephone conference with A. Abbott. | 255.50 |
| 01/10/2003 | Rosenfeld, D. E. | 14.50 | Travel to Saudi Arabia; prepare for client meetings | 4350.00 |
| 01/10/2003 | Abbott, A. B. | 3.40 | Draft answer to debtors' amended complaint | 578.00 |
| 01/11/2003 | Rosenfeld, D. E. | 8.00 | Meeting with S. Ali | 2400.00 |
| 01/12/2003 | Rosenfeld, D. E. | 8.00 | Meetings with S. Ali and Devdos | 2400.00 |
| 01/13/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/13/2003 | Hutchins, J. C. | .50 | Review and analyze docket updates; receive and review e-mail from M. Souza; review and analyze discovery request from S&W (3d set of interrogatories); prepare and send e-mail to M. Souza; review and analyze amended preference complaint regarding set off and fraudulent conveyance causes of action. | 182.50 |
| 01/13/2003 | Rosenfeld, D. E. | 13.00 | Meetings with S. Ali; A. Bokari; Mousa, Haider and C. Jebeyli | 3900.00 |
| 01/13/2003 | Abbott, A. B. | 6.70 | Review debtors' answering brief in opposition to SAMBA's motion to compel; review debtors' third set of interrogatories; draft answer to debtors' amended complaint | 1139.00 |
| 01/14/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/14/2003 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; telephone conference | 182.50 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 6

|            |                |       |                                                                                                                                                                                                                                            |         |
|------------|----------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|            |                |       | with A. Abbott regarding response to discovery; review and analyze docket updates; review and analyze amended preference complaint.                                                                                                        |         |
| 01/14/2003 | Rosenfeld, D. E. | 8.10  | Meetings with A, Bokhari; C. Jebeyli; Ahmed, Atif and S. McClintock; travel to USA                                                                                                                                                          | 2430.00 |
| 01/14/2003 | Abbott, A. B.    | .50   | Draft letter to G. Rubin; review debtors' answering brief                                                                                                                                                                                  | 85.00   |
| 01/15/2003 | Geyer, L. A.     | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                    | 9.50    |
| 01/15/2003 | Hutchins, J. C.  | .60   | Review and analyze docket update; prepare and send e-mail to A. Abbott regarding new discovery request by S&W; review and analyze amended complaint regarding answers, legal issues; prepare and send e-mail to D. Rosenfeld (x2).          | 219.00  |
| 01/15/2003 | Rosenfeld, D. E. | 23.20 | Travel to Boston; prepare and edit notes concerning meetins with Mousa Al Mousa, A. Bokhari, Sheheryar Ali and Devdos                                                                                                                      | 6960.00 |
| 01/16/2003 | Geyer, L. A.     | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                    | 9.50    |
| 01/16/2003 | Hutchins, J. C.  | 1.70  | Review and analyze miscellaneous pleadings; review and analyze amended preference complaint regarding burden of proof and evidentiary issues; telephone conference with D. Rosenfeld; review and analyze pleadings by S&W regarding discovery; review and analyze original complaint. | 620.50  |
| 01/16/2003 | Rosenfeld, D. E. | 5.20  | Review discovery requests; telephone conferences with G. Rubin; E. Meehan; telephone call to S. Jenkins; meetings with J. Hutchins and A. Abbott                                                                                             | 1560.00 |
| 01/17/2003 | Geyer, L. A.     | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                    | 9.50    |
| 01/17/2003 | Hutchins, J. C.  | 1.40  | Review and analyze amended preference complaint; conference                                                                                                                                                                                | 511.00  |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 7

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | with D. Rosenfeld (x2); review and analyze docket updates; review and analyze docket updates; review and analyze G. Rubin certification; prepare and send e-mail to D. Rosenfeld. | |
| 01/17/2003 | Rosenfeld, D. E. | 4.90 | Telephone conference with G. Rubin; prepare for trial | 1470.00 |
| 01/17/2003 | Abbott, A. B. | 1.80 | Meeting with D. Rosenfeld regarding discovery and answer to amended complaint; telephone call to L. Meltzer; review certification of counsel to file amended complaint; review joint scheduling order | 306.00 |
| 01/21/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/21/2003 | Hutchins, J. C. | 1.30 | Review and analyze amended preference complaint; review and analyze original preference complaint; receive and review e-mail from D. Rosenfeld regarding Rubin pleading mistake; review and analyze amended complaint. | 474.50 |
| 01/21/2003 | Rosenfeld, D. E. | 8.50 | Prepare opening statement; conference with A. Abbott | 2550.00 |
| 01/21/2003 | Abbott, A. B. | 6.00 | Draft letter to S. Jenkins; revise answer to amended complaint; draft scheduling order; meeting with D. Rosenfeld and J. Hutchins regarding discovery and amended complaint | 1020.00 |
| 01/22/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/22/2003 | Hutchins, J. C. | 2.90 | Review and analyze amended complaint; conference with D. Rosenfeld and A. Abbott; prepare and send e-mail to D. Rosenfeld regarding indispensable party issues and third party claim against AS Bugshan; review and analyze miscellaneous pleadings; review and analyze Smith deposition | 1058.50 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 8

---

|            |                  |      |                                                                                                                                                                                                                                                      |         |
|------------|------------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|            |                  |      | .; receive and review e-mail from D. Rosenfeld.                                                                                                                                                                                                      |         |
| 01/22/2003 | Rosenfeld, D. E. | 7.90 | Conference regarding answer and defenses; legal research concerning recoupment defense; legal research regarding answer and motion to add defendant and dismiss; prepare letter to C. Jebeyli and A. Bokhari                                         | 2370.00 |
| 01/22/2003 | Abbott, A. B.    | 5.50 | Meeting with D. Rosenfeld and J. Hutchins regarding discovery and answer to amended complaint; draft scheduling order; meeting with D. Rosenfeld regarding motion to dismiss                                                                          | 935.00  |
| 01/23/2003 | Geyer, L. A.     | .10  | Update Stone & Webster adversary dockets                                                                                                                                                                                                             | 9.50    |
| 01/23/2003 | Hutchins, J. C.  | 1.70 | Conference with D. Rosenfeld and A. Abbott regarding indispensable party defenses and cross claims; review and analyze miscellaneous pleadings; review and analyze docket updates; conference with D. Rosenfeld regarding letter to C. Jebeyli and A. Bokhari; review and analyze draft letter; revise and edit same; proofread and review letter as sent. | 620.50  |
| 01/23/2003 | Rosenfeld, D. E. | 8.40 | Prepare opening statement; meeting with J. Hutchins and A. Abbott                                                                                                                                                                                    | 2520.00 |
| 01/23/2003 | Librarian        | .80  | Print out cases for D. Rosenfeld                                                                                                                                                                                                                     | 100.00  |
| 01/23/2003 | Abbott, A. B.    | 4.00 | Meeting with D. Rosenfeld and J. Hutchins regarding motion to dismiss; draft 2nd set of interrogatories to debtors                                                                                                                                    | 680.00  |
| 01/24/2003 | Geyer, L. A.     | .10  | Update Stone & Webster adversary dockets                                                                                                                                                                                                             | 9.50    |
| 01/24/2003 | Hutchins, J. C.  | .80  | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld and A. Abbott; review and analyze miscellaneous pleadings; prepare and send e-mail                                                                                               | 292.00  |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 9

---

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | to D. Rosenfeld regarding deadlines for answering amended complaint. | |
| 01/24/2003 | Rosenfeld, D. E. | 8.30 | Prepare opening statement; revise letter to client; review and revise strategy; review and revise interrogatory answers; telephone conference with G. Rubin regarding scheduling | 2490.00 |
| 01/24/2003 | Abbott, A. B. | 5.00 | Draft 2nd set of interrogatories to debtors; attention to serving same | 850.00 |
| 01/27/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/27/2003 | Hutchins, J. C. | 1.20 | Review and analyze amended complaint; review and analyze interrogatories; review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld. | 438.00 |
| 01/27/2003 | Rosenfeld, D. E. | 8.90 | Prepare motion to dismiss for failure to join indispensable party; research regarding recoupment and setoff; telephone conferences and email to G. Rubin regarding scheduling | 2670.00 |
| 01/27/2003 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding motion to dismiss and answer to amended complaint | 85.00 |
| 01/28/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/28/2003 | Hutchins, J. C. | .60 | Review and analyze interrogatories sent and issues raised by amended complaint. | 219.00 |
| 01/28/2003 | Rosenfeld, D. E. | 1.80 | Prepare answer to complaint | 540.00 |
| 01/28/2003 | Abbott, A. B. | 4.00 | Revise answer to debtors' amended complaint | 680.00 |
| 01/29/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/29/2003 | Hutchins, J. C. | 1.80 | Telephone call from D. Rosenfeld; telephone conference with D. Rosenfeld ; receive and review e-mail from A. Bokhari; conference with D. Rosenfeld; review and | 657.00 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1135274
Services Through: January 31, 2003
Page 10

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/29/2003 | Rosenfeld, D. E. | 5.80 | analyze interrogatories and prepare additional questions. Review email from client; review impact of email from client; conferences with J. Hutchins and A. Abbott; telephone conference with A. Bokhari; revise answer with new information | 1740.00 |
| 01/29/2003 | Abbott, A. B. | 1.50 | Conference call with D. Rosenfeld and A. Bokhari; meeting with D. Rosenfeld and J. Hutchins regarding motion to dismiss and answer to amended complaint | 255.00 |
| 01/30/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/30/2003 | Hutchins, J. C. | 1.60 | Complete review of amended complaint; prepare memorandum to D. Rosenfeld regarding possible subject for interrogatories; receive and review e-mail from A. Abbott; prepare and send e-mail to D. Rosenfeld, A. Abbott; review and analyze docket updates; review and analyze equity committee objections regarding claims and claim classification. | 584.00 |
| 01/30/2003 | Abbott, A. B. | 4.00 | Draft second request for production of documents to debtors and third set of interrogatories; review deposition transcript of A. Bokhari and S. Ali | 680.00 |
| 01/31/2003 | Geyer, L. A. | 1.60 | Update Stone & Webster adversary dockets; phone call with J. Hutchins; search docket for Schedule F; fax copy of Schedule F to J. Hutchins | 152.00 |
| 01/31/2003 | Hutchins, J. C. | 1.50 | Review and analyze miscellaneous pleadings; review and analyze equity committee claims objections and request for allocating claims to particular debtors; telephone conference with L. Geyer (x2); review and analyze local counsel | 547.50 |

# Kirkpatrick & Lockhart LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 11

---

fee statements; review and analyze docket updates; review and analyze interrogatory issues.

| | | | |
|---|---|---|---|
| TOTAL FEES | | | $85,880.00 |
| A. B. Abbott | 96.5 hrs. | @$170 $/hr = | 16,405.00 |
| R. Cahill | 2.8 hrs. | @$145 $/hr = | 406.00 |
| L. A. Geyer | 3.6 hrs. | @$ 95 $/hr = | 342.00 |
| J. C. Hutchins | 23.8 hrs. | @$365 $/hr = | 8,687.00 |
| Librarian | 0.8 hrs. | @$125 $/hr = | 100.00 |
| D. E. Rosenfeld | 199.3 hrs. | @$300 $/hr = | 59,790.00 |
| P. Seliger | 1.3 hrs. | @$120 $/hr = | 150.00 |
| **TOTAL FEES** | | | **$85,880.00** |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.51 |
| Facsimile | 6.75 |
| Copying Expense | 457.74 |
| Employee Overtime | 41.25 |
| Westlaw Research | 1,556.70 |
| Transportation Expenses | 30.00 |
| Air Fare | 703.50 |
| Binding Charges | 21.00 |
| Service of Subpoena Cost | 749.70 |
| Other | 7.75 |
| DISBURSEMENTS & OTHER CHARGES | $3,576.40 |
| **CURRENT INVOICE DUE** | **$89,456.40** |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1135274
Services Through: January 31, 2003
Page 12

---

        PAST DUE INVOICE                      **$108,885.58**

        **TOTAL AMOUNT DUE**                 **$198,341.98**

**Kirkpatrick & Lockhart** LLP

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**   1144733
**Client No.:**   0508830.0901

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
February 28, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................. $ 33,797.50

Disbursements and Other Charges ................................................................................ $ 12,847.99

**CURRENT AMOUNT DUE** ..................................................................................... $ 46,465.49

Prior Outstanding Invoices............................................................................................. $       .00

**TOTAL AMOUNT DUE** ........................................................................................... <u>$ 46,465.49</u>

BOS-399960 v1 0950000-102

**Kirkpatrick & Lockhart LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1144733 |
| Services Through : | February 28, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/03/03 | J. C. Hutchins | 3.10 | Review and analyze draft answer to amended complaint; revise and edit same; conference with D. Rosenfeld regarding same; review and analyze docket updates; review and analyze equity committee pleadings regarding substantive consolidation and segregation claims by debtor and order copy of S&W Schedule F (unsecured creditor listing of SAMBA). | 1,131.50 |
| 02/03/03 | D. E. Rosenfeld | 8.10 | Prepare opening notes; teleconferences with G. Rubin regarding scheduling and partial settlement; legal research concerning motion to dismiss | 2,430.00 |
| 02/04/03 | A. B. Abbott | 1.50 | Telephone calls with G. Rubin regarding discovery; draft joint stipulation regarding extension of time to respond to discovery; review scheduling order; meeting with D. Rosenfeld regarding same | 255.00 |
| 02/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/04/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 109.50 |
| 02/04/03 | D. E. Rosenfeld | 7.20 | Prepare opening notes; prepare motion to dismiss for failure to join indispensable party; conferences regarding scheduling order | 2,160.00 |
| 02/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/05/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 02/05/03 | D. E. Rosenfeld | 4.80 | Prepare opening notes | 1,440.00 |
| 02/06/03 | A. B. Abbott | 0.20 | Revise stipulation to extend time to respond to discovery | 34.00 |
| 02/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/06/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 109.50 |
| 02/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/07/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review and analyze docket updates; prepare and send correspondence to F. Monaco regarding payments. | 182.50 |
| 02/07/03 | D. E. Rosenfeld | 2.10 | Prepare opening notes | 630.00 |
| 02/10/03 | A. B. Abbott | 0.30 | Draft answer to debtors' third set of interrogatories | 51.00 |
| 02/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/10/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding consolidation and claims allocation. | 182.50 |
| 02/11/03 | A. B. Abbott | 2.20 | Review and analyze docket entries and related filings in main bankruptcy proceeding; review documents for reference to R. J. Miranda | 374.00 |
| 02/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/11/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; review and analyze answer. | 219.00 |
| 02/11/03 | D. E. Rosenfeld | 5.10 | Prepare opening statement | 1,530.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/12/03 | A. B. Abbott | 5.60 | Prepare responses to debtors' third set of interrogatories; review deposition transcript of A. Bokhari and S. Ali | 952.00 |
| 02/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/12/03 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding strategies and trial dates; prepare and send e-mail to D. Rosenfeld regarding Isobard discovery. | 584.00 |
| 02/13/03 | A. B. Abbott | 8.60 | Review documents for admissions of J. Rase and M. Mott; draft memo regarding same; draft letter to S. Jenkins regarding depositions of J. Rase and M. Mott | 1,462.00 |
| 02/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/13/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings and docket updates; receive and review e-mail from D. Rosenfeld to C. Jebeyli, A. Bokhari and S. Ali; conference with D. Rosenfeld regarding discovery status. | 146.00 |
| 02/13/03 | D. E. Rosenfeld | 0.80 | Revise and edit interrogatory answers | 240.00 |
| 02/14/03 | A. B. Abbott | 11.00 | Draft response to debtors' third set of interrogatories | 1,870.00 |
| 02/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/14/03 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Abbott; review and analyze miscellaneous pleadings, docket update. | 109.50 |
| 02/14/03 | D. E. Rosenfeld | 8.40 | Revise and edit interrogatory answers; review of documents regarding interrogatory answers; prepare letter to client | 2,520.00 |
| 02/17/03 | J. C. Hutchins | 0.20 | Receive and review e-mail from A. Abbott; review correspondence from A. Bokhari; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari regarding visa. | 73.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/18/03 | A. B. Abbott | 2.20 | Review documents in support of SAMBA's response to debtors' third set of interrogatories | 374.00 |
| 02/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/18/03 | J. C. Hutchins | 0.80 | Review and analyze answers by SAMBA to 3d interrogatories; review and analyze miscellaneous pleadings; review and analyze docket updates. | 292.00 |
| 02/18/03 | D. E. Rosenfeld | 8.10 | Trial preparation, conference regarding experts; conference with trial graphix regarding exhibits; telephone conference with client regarding status; prepare for trial | 2,430.00 |
| 02/19/03 | A. B. Abbott | 5.00 | Revise and draft SAMBA's answer to debtors' 3rd set of interrogatories | 850.00 |
| 02/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/19/03 | J. C. Hutchins | 0.50 | Review and analyze docket update; review and analyze answers to interrogatories; conference with D. Rosenfeld regarding same. | 182.50 |
| 02/19/03 | D. E. Rosenfeld | 4.90 | Prepare discovery responses; prepare opening statement | 1,470.00 |
| 02/20/03 | A. B. Abbott | 2.50 | Draft responses to debtors' second document request and answer to debtors' fourth set of interrogatories | 425.00 |
| 02/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/20/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates, miscellaneous pleadings regarding preference settlements, classification of claims. | 109.50 |
| 02/21/03 | A. B. Abbott | 0.60 | Meeting with D. Rosenfeld regarding discovery responses; email A. Bokhari regarding SAMBA's response to debtors second document request and answer to fourth set of interrogatories | 102.00 |
| 02/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/21/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings regarding claims and docket updates. | 73.00 |
| 02/21/03 | D. E. Rosenfeld | 1.30 | Revise and edit discovery responses; prepare correspondence to client | 390.00 |
| 02/24/03 | A. B. Abbott | 1.50 | Conference call with D. Rosenfeld and A. Bokhari; review SAMBA's answer to debtors' fourth set of interrogatories and bank statements; email A. Bokhari regarding telephone conference | 255.00 |
| 02/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/24/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 219.00 |
| 02/24/03 | D. E. Rosenfeld | 4.20 | Telephone conference with A. Bokhari; review revised interrogatories; review case law regarding ordinary course of business defense | 1,260.00 |
| 02/25/03 | A. B. Abbott | 2.50 | Conference call with A. Bokhari and D. Rosenfeld; review bank statements in preparation for same; edit SAMBA's response to debtors' fourth set of interrogatories; draft SAMBA's third set of interrogatories propounded to debtors | 425.00 |
| 02/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/25/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings regarding claims classifications. | 146.00 |
| 02/25/03 | D. E. Rosenfeld | 7.10 | Telephone conference with G. Rubin; emails to/from G. Rubin and S. Jenkins regarding discovery; review exhibits for trial | 2,130.00 |
| 02/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/26/03 | J. C. Hutchins | 1.10 | Review and analyze miscellaneous pleadings regarding claims proceedings; review and analyze credit committee brief regarding claims classification and debt assumed. | 401.50 |

-5-

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/26/03 | D. E. Rosenfeld | 8.30 | Trial preparation - exhibits; telephone conference with potential experts | 2,490.00 |
| 02/27/03 | A. B. Abbott | 0.70 | Review SAMBA's answers to debtors' fourth set of interrogatories and response to debtors' 2nd document request | 119.00 |
| 02/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/27/03 | J. C. Hutchins | 0.50 | Telephone conference with D. Rosenfeld; review correspondence from F. Monaco; prepare and send e-mail to A. Bokhari; review and analyze docket updates. | 182.50 |
| 02/28/03 | A. B. Abbott | 1.20 | Attention to filing SAMBA's third set of interrogatories to debtors, SAMBA's response to debtors' second document request and answers to debtors' fourth set of interrogatories | 204.00 |
| 02/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/28/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings. | 219.00 |
| | | TOTAL FEES | | $ 33,797.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 45.60 hrs at | $ 170/ hr | | $7,752.00 |
| L. A. Geyer | 1.90 hrs at | $ 95/ hr | | $180.50 |
| J. C. Hutchins | 13.00 hrs at | $ 365/ hr | | $4,745.00 |
| D. E. Rosenfeld | 70.40 hrs at | $ 300/ hr | | $21,120.00 |
| | TOTAL FEES | 130.90 hrs | | $ 33,797.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 16.92 |
| Facsimile | 3.00 |
| Copying Expense | 44.64 |
| Long Distance Courier | 385.61 |
| Travel Expenses | 1,431.09 |
| Transportation Expenses | 405.00 |
| Cab Fare | 152.16 |
| Air Fare | 8,686.07 |
| Local Courier | 44.30 |
| Court Reporter Fee | 1,388.85 |
| Other | 290.35 |
| DISBURSEMENTS & OTHER CHARGES | $ 12,847.99 |

-6-