**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 33,797.50 |
| Disbursements and Other Charges | $ 12,847.99 |
| **CURRENT INVOICE DUE** | $ __46,645.49__ |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 2, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Invoice No.: 430619
Client No.: 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2003 in connection with the above-referenced matter, as more fully described in the attached itemization ............................................................$ 71,802.50

**Less 10% Discount**..............................................................................$ -7,180.25

Current Amount Due For Professional Services After 10% Discount............$ 64,622.25

Disbursements and Other Charges........................................................$ 1,186.62

**CURRENT AMOUNT DUE** ...................................................................$ 65,808.87

Prior Outstanding Invoices....................................................................$ 46,645.49

**TOTAL AMOUNT DUE**........................................................................$112,454.36

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

April 30, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number    :  0508830.0901
Invoice            :  1152414
Services Through   :  March 31, 2003

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/03/03 | A. B. Abbott | 0.30 | Review omnibus hearing agenda; email to P. Gakhar regarding service of deposition subpoena on M. Mott | 51.00 |
| 03/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/03/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings, docket updates. | 182.50 |
| 03/03/03 | D. E. Rosenfeld | 2.60 | Prepare additional interrogatory answers | 780.00 |
| 03/04/03 | A. B. Abbott | 7.60 | Telephone call to P. Gakhar regarding service of deposition subpoena; review and analyze debtors' responses to SAMBA's second set of interrogatories; conduct research regarding | 1,292.00 |
| 03/04/03 | R. Cahill | 1.10 | Work on deposition preparation | 159.50 |
| 03/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/04/03 | J. C. Hutchins | 1.60 | Review and analyze SWEC's response to interrogatories; annotate same; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings and docket update. | 584.00 |
| 03/04/03 | D. E. Rosenfeld | 5.20 | Review Debtors' interrogatory answers and documents referenced therein; prepare trial exhibits | 1,560.00 |
| 03/05/03 | A. B. Abbott | 8.00 | Meeting with J. Hutchins and D. Rosenfeld regarding debtors' responses to SAMBA's second set of interrogatories; conduct research regarding | 1,360.00 |
| 03/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/05/03 | J. C. Hutchins | 2.40 | Review and analyze SWEC's answers to interrogatories; conference with D. Rosenfeld and A. Abbott regarding responses and further discovery. | 876.00 |
| 03/05/03 | D. E. Rosenfeld | 4.70 | Conference with A. Abbott and J. Hutchins regarding interrogatory answers; prepare additional discovery requests; conferences regarding discovery issues with opposing counsel | 1,410.00 |
| 03/06/03 | A. B. Abbott | 6.00 | Draft letter to G. Rubin regarding debtors' responses to SAMBA's second set of interrogatories; telephone calls with P. Gakhar regarding service of deposition subpoena; telephone call with K. Mangan regarding service of deposition notice and request for the production of documents | 1,020.00 |
| 03/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/06/03 | J. C. Hutchins | 0.80 | Review and analyze discovery pleadings and pleadings regarding claims classifications and consolidation. | 292.00 |
| 03/06/03 | D. E. Rosenfeld | 3.20 | Prepare for depositions of Carroll and Smith | 960.00 |

-2-

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/07/03 | A. B. Abbott | 7.50 | Revise SAMBA's second document request to debtors; conference call with D. Rosenfeld and G. Rubin regarding discovery issues; meeting with D. Rosenfeld regarding debtors' fifth set of interrogatories; draft letter to G. Rubin regarding debtors' responses to SAMBA's second set of interrogatories; telephone call and emails to K. Mangan regarding filing of deposition notices and document request; telephone calls and emails to P. Gakhar regarding service of deposition subpoena; draft answers to debtors' fifth set of interrogatories | 1,275.00 |
| 03/07/03 | R. Cahill | 5.60 | Work on deposition preparation | 812.00 |
| 03/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/07/03 | J. C. Hutchins | 0.50 | Review and analyze docket updates, miscellaneous pleadings; telephone conference with D. Rosenfeld regarding trial preparation. | 182.50 |
| 03/07/03 | D. E. Rosenfeld | 2.80 | Review additional discovery requests; revise and edit letter to G. Rubin; telephone conference with G. Rubin; telephone conference with S. Jenkins regarding scheduling and emails regarding same | 840.00 |
| 03/10/03 | A. B. Abbott | 7.80 | Review and analyze causes of action asserted in debtors' amended complaint; meeting with D. Rosenfeld regarding same; conference call with G. Rubin regarding trial schedule; depositions and dismissal of claims; draft joint scheduling order regarding J. Rase deposition; draft deposition outline for J. Smith; review SAMBA's answers to debtors' third set of interrogatories | 1,326.00 |
| 03/10/03 | R. Cahill | 3.30 | Work on deposition preparation | 478.50 |
| 03/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/10/03 | J. C. Hutchins | 1.50 | Receive and review e-mail from A. Bokhari and D. Rosenfeld; review and analyze miscellaneous pleadings regarding claims allocations, settlements; conference with D. Rosenfeld regarding Meehan settlement feelers regarding debtor's recovery action and analysis of tactics; receive and review e-mail from D. Rosenfeld to C. Jebeyli and A. Bokhari regarding same. | 547.50 |
| 03/10/03 | D. E. Rosenfeld | 4.90 | Telephone conferences with G. Rubin regarding scheduling issue and discovery disputes; telephone conferences with E. Meehan regarding settlement issues; prepare stipulations; conference with A. Abbott regarding discovery responses | 1,470.00 |
| 03/11/03 | A. B. Abbott | 10.70 | Conference call with A. Bokhari, C. Jebeyli and D. Rosenfeld regarding trial schedule and settlement proposal; meeting with D. Rosenfeld and J. Hutchins regarding same; draft stipulated scheduling order regarding deposition of J. Rase; draft deposition outlines for J. Carroll and J. Smith; review documents in connection with same | 1,819.00 |
| 03/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 03/11/03 | J. C. Hutchins | 1.70 | Conference with D. Rosenfeld regarding conference call with C. Jebeyli and A. Bokhari regarding SWEC (Meehan) offer to postpone and fix amount of claim; telephone conference with D. Rosenfeld regarding Meehan change of position and Bugshan possible new offer; review and analyze miscellaneous pleadings regarding equity committee claim allocation orders; receive and review e-mail from D. Rosenfeld to C. Jebeyli and A. Bokhari. | 620.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/11/03 | D. E. Rosenfeld | 3.80 | Telephone conferences with client; prepare correspondence to A. Bokhari and C. Jebeyli; telephone conference with E. Meehan; telephone conference with L. Nugent; prepare discovery responses regarding offset | 1,140.00 |
| 03/12/03 | A. B. Abbott | 6.90 | Meeting with D. Rosenfeld regarding settlement discussions; draft amended stipulated scheduling order; revise stipulated scheduling order regarding J. Rase deposition; email K. Mangan regarding re-noticing depositions of J. Smith and J. Carroll; draft answers to debtors' fifth set of interrogatories | 1,173.00 |
| 03/12/03 | R. B. Allensworth | 0.30 | Conference with D. Rosenfeld regarding various including case status | 127.50 |
| 03/12/03 | R. Cahill | 2.10 | Work on deposition preparation | 304.50 |
| 03/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 03/12/03 | J. C. Hutchins | 1.90 | Conference with D. Rosenfeld regarding Meehan telecon and sudden change of position; conference with D. Rosenfeld regarding offer from Bugshan; receive and review e-mail from C. Jebeyli; receive and review e-mail from A. Bokhari; receive and review e-mail from D. Rosenfeld (draft message to client) (x2); conference with D. Rosenfeld regarding Meehan; receive and review e-mail from D. Rosenfeld to A. Bokhari. | 693.50 |
| 03/12/03 | D. E. Rosenfeld | 8.50 | Review correspondence from client; prepare response including review of fee related issues; conference with C. Jebeyli; prepare correspondence to C. Jebeyli and A. Bokhari; trial preparation | 2,550.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/14/03 | J. C. Hutchins | 1.90 | Receive and review e-mail from D. Rosenfeld to client regarding Bugshan proposal; conference with D. Rosenfeld regarding        ; receive and review e-mail from Russler analysis; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings, settlements, claim allocation orders; orders regarding disclosure statements. | 693.50 |
| 03/17/03 | J. C. Hutchins | 1.80 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 657.00 |
| 03/17/03 | D. E. Rosenfeld | 9.10 | Prepare discovery responses; conference with G. Rubin regarding discovery responses; prepare correspondence regarding scheduling and discovery disputes | 2,730.00 |
| 03/17/03 | K. A. Serrao | 0.10 | PACER search for Stone & Webster adversary dockets and email regarding same | 16.50 |
| 03/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/18/03 | J. C. Hutchins | 2.40 | Review and analyze debtors' disclosure statement; receive and review e-mail from A. Bokhari regarding           ; conference with D. Rosenfeld. | 876.00 |
| 03/18/03 | D. E. Rosenfeld | 6.90 | Prepare discovery responses | 2,070.00 |
| 03/19/03 | A. B. Abbott | 4.00 | Meeting with D. Rosenfeld regarding settlement discussions and discovery; draft answers to debtors' fifth set of interrogatories; prepare memo regarding motions in limine | 680.00 |
| 03/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/19/03 | J. C. Hutchins | 1.10 | Receive and review e-mail from K. Mangan; review and analyze docket update; review and analyze debtors' amended disclosure statement. | 401.50 |
| 03/19/03 | D. E. Rosenfeld | 7.80 | Prepare motions in limine; prepare deposition outlines | 2,340.00 |

-7-

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/20/03 | A. B. Abbott | 5.50 | Draft answers to debtors fifth set of interrogatories; draft memo regarding motions in limine | 935.00 |
| 03/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/20/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; review and analyze debtors' disclosure statement. | 255.50 |
| 03/20/03 | D. E. Rosenfeld | 7.20 | Prepare discovery responses; prepare information regarding billing; conferences regarding scheduling; correspondence regarding scheduling | 2,160.00 |
| 03/21/03 | A. B. Abbott | 9.00 | Draft SAMBA's responses to debtors' fifth set of interrogatories; meeting with D. Rosenfeld regarding same | 1,530.00 |
| 03/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster docket | 9.50 |
| 03/21/03 | J. C. Hutchins | 1.10 | Review and analyze debtors' disclosure statement; conference with D. Rosenfeld; start review of answers to 5th set of interrogatories; receive and review e-mail from F. Monaco; prepare and send e-mail to F. Monaco. | 401.50 |
| 03/21/03 | D. E. Rosenfeld | 2.10 | Prepare discovery responses | 630.00 |
| 03/24/03 | A. B. Abbott | 8.50 | Review and edit SAMBA's answers to debtors' fifth set of interrogatories; meeting with D. Rosenfeld and J. Hutchins regarding same; prepare deposition materials for J. Smith and J. Carroll; review amended stipulated scheduling order; email G. Rubin regarding same | 1,445.00 |
| 03/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/24/03 | J. C. Hutchins | 2.40 | Revise and edit draft answer to 3d set of interrogatories; conference with D. Rosenfeld and A. Abbott; review and analyze draft answers; review and analyze miscellaneous pleadings. | 876.00 |
| 03/24/03 | D. E. Rosenfeld | 8.30 | Trial preparation - document and exhibit list; list of motions; prepare objections; conferences with K. Mangan; prepare and revise interrogatory answers | 2,490.00 |

-8-

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/25/03 | A. B. Abbott | 9.30 | Meeting with D. Rosenfeld and J. Hutchins regarding SAMBA's answers to debtors' fifth set of interrogatories; revise and edit same; prepare documents for deposition of J. Smith | 1,581.00 |
| 03/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/25/03 | J. C. Hutchins | 2.50 | Review and analyze draft answers to 5th set of interrogatories; conference with D. Rosenfeld and A. Abbott regarding same; receive and review e-mail from D. Rosenfeld regarding Bugshan; prepare and send e-mail to D. Rosenfeld. | 912.50 |
| 03/25/03 | D. E. Rosenfeld | 7.50 | Prepare for depositions of J. Smith and J. Carroll | 2,250.00 |
| 03/26/03 | A. B. Abbott | 10.00 | Prepare for and attend deposition of J. Smith; meeting with D. Rosenfeld and S. Kellogg regarding same; prepare SAMBA's answers to debtors' fifth set of interrogatories for filing; revise deposition outline for J. Carroll and prepare documents for deposition | 1,700.00 |
| 03/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

-9-

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/26/03 | J. C. Hutchins | 4.30 | Furnished review of Debtor's amended disclosure statement and plan; review and analyze equity committee disclosure statement; review and analyze equity committee plan; conference with D. Rosenfeld and A. Abbott; telephone call to K. Mangan; revise and edit K. Mangan draft objection to Debtor's disclosure statement; prepare and send e-mail to K. Mangan regarding same; brief conference with E. Mechan regarding settlement feeler; prepare opposition to equity committee disclosure statement; prepare and send e-mail to K. Mangan; conference with D. Rosenfeld regarding Smith deposition; review and analyze K. Mangan redraft of objection to Debtor; review and analyze K. Mangan draft of Objection to equity committee disclosure statement; prepare and send e-mail to K. Mangan. | 1,569.50 |
| 03/26/03 | S. C. Kellogg | 2.80 | Attend deposition of J. Smith; discussion with D. Rosenfeld and A. Abbott regarding strategy | 630.00 |
| 03/26/03 | K. C. Long | 0.50 | Conference D. Rosenfeld regarding settlement issue | 180.00 |
| 03/26/03 | D. E. Rosenfeld | 8.60 | Prepare for and attend deposition of J. Smith; prepare for J. Carroll deposition | 2,580.00 |
| 03/27/03 | A. B. Abbott | 7.80 | Prepare for and attend deposition of J. Carroll; meeting with D. Rosenfeld regarding same; edit stipulated amended scheduling order; review deposition exhibits | 1,326.00 |
| 03/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/27/03 | J. C. Hutchins | 0.80 | Conference with E. Meahan; conference with D. Rosenfeld; review and analyze objections to disclosure statement. | 292.00 |
| 03/27/03 | D. E. Rosenfeld | 7.20 | Prepare for and attend deposition of J. Carroll | 2,160.00 |

-10-

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/28/03 | A. B. Abbott | 2.00 | Review deposition transcripts of J. Smith and J. Carroll; meeting with D. Rosenfeld regarding trial strategy and exhibits list; email G. Rubin regarding amended scheduling order | 340.00 |
| 03/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/28/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Meahan settlement feelers; review and analyze docket updates. | 146.00 |
| 03/28/03 | D. E. Rosenfeld | 3.90 | Trial preparation | 1,170.00 |
| 03/30/03 | A. B. Abbott | 2.00 | Review scheduling orders and prepare memo regarding same; compile documents to review in preparation for designation of trial exhibit list | 340.00 |
| 03/31/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 03/31/03 | J. C. Hutchins | 2.70 | Receive and review e-mail from K. Mangan regarding equity committee resolution of objection to disclosure statement (x3); review and analyze objections to disclosure statements (equity committee and joint plans); review and analyze miscellaneous pleadings; review correspondence from F. Monaco; review and analyze F. Monaco statement; review and analyze hearing agenda. | 985.50 |
| 03/31/03 | D. E. Rosenfeld | 2.90 | Review correspondence regarding objections to disclosures; trial preparation | 870.00 |
| | TOTAL FEES | | | $ 71,802.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 116.90 hrs at | $ 170/ hr | | $19,873.00 |
| R. B. Allensworth | 0.30 hrs at | $ 425/ hr | | $127.50 |
| R. Cahill | 18.70 hrs at | $ 145/ hr | | $2,711.50 |
| L. A. Geyer | 2.00 hrs at | $ 95/ hr | | $190.00 |
| J. C. Hutchins | 34.30 hrs at | $ 365/ hr | | $12,519.50 |
| S. C. Kellogg | 2.80 hrs at | $ 225/ hr | | $630.00 |
| K. C. Long | 0.50 hrs at | $ 360/ hr | | $180.00 |
| D. E. Rosenfeld | 116.10 hrs at | $ 300/ hr | | $34,830.00 |
| T. Russler | 1.50 hrs at | $ 450/ hr | | $675.00 |

**Kirkpatrick & Lockhart LLP**

| | | | |
|---|---|---|---:|
| K. A. Serrao | | 0.40 hrs at  $ 165/ hr | $66.00 |
| | TOTAL FEES | 293.50 hrs | $ 71,802.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 42.35 |
| Facsimile | 12.00 |
| Copying Expense | 493.92 |
| Travel Expenses | 10.00 |
| Transportation Expenses | 60.00 |
| Service of Subpoena Cost | 568.35 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,186.62 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 03/22/03 | 1144733 | 33,797.50 | 12,847.99 | 46,645.49 |
| | OUTSTANDING BALANCE | | $ | 46,645.49 |

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 71,802.50 |
| Fee Discount | $ | (7,180.25) |
| Total Fees | $ | 64,622.25 |
| Disbursements and Other Charges | $ | 1,186.62 |
| **CURRENT INVOICE DUE** | $ | **65,808.87** |
| Past Due Invoices * | $ | 46,645.49 |
| **TOTAL AMOUNT DUE** | $ | **112,454.36** |

\* Does not include payments received after 05/02/03.

-13-

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**  1164000
**Client No.:**  0508830.0901

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2003 in connection with the above-referenced matter, as more fully described in the attached itemization ................................................................$ 89,947.50

Disbursements and Other Charges................................................................$ 4,550.01

**CURRENT AMOUNT DUE** ................................................................$ 94,497.51

Prior Outstanding Invoices................................................................$ 65,808.87

**TOTAL AMOUNT DUE**................................................................<u>$160,306.38</u>

BOS-399960 v1 0950000-102