# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1164000 |
| Services Through | : | April 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/01/03 | J. C. Hutchins | 1.10 | Review and analyze S&W's answers to interrogatories; review and analyze objections to disclosure statements; telephone conference with D. Rosenfeld; receive and review e-mail from K. Mangan; telephone call to K. Mangan. | 401.50 |
| 04/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/02/03 | J. C. Hutchins | 2.40 | Review and analyze objections by various parties to disclosure statements and related pleadings of debtor and equity committee; review and analyze answers to interrogatories by debtor; receive and review e-mail from K. Mangan regarding hearing; telephone conference with D. Rosenfeld regarding Judge Walsh's rejection of disclosure statements. | 876.00 |
| 04/02/03 | S. C. Kellogg | 6.00 | Trial Preparation - meet with D. Rosenfeld regarding case strategy and selection of exhibits; telephone conference with D. Rosenfeld and K. Morgan regarding status | 1,350.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/02/03 | D. E. Rosenfeld | 5.70 | Review exhibits | 1,710.00 |
| 04/03/03 | A. B. Abbott | 0.30 | Email R. Rubin regarding scheduling order; conference with D. Rosenfeld regarding same | 51.00 |
| 04/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/03/03 | J. C. Hutchins | 1.90 | Review and analyze revisions (marked copies) of equity committee disclosure statement and joint disclosure statement regarding BSW, Saudi Aramco, Bugshan and SAMBA regarding debtor's responses to discovery; review and analyze debtor's notice regarding amended schedules filed; review and analyze amended schedules; telephone conference with D. Rosenfeld regarding SAMBA removed from schedules. | 693.50 |
| 04/03/03 | S. C. Kellogg | 4.00 | Trial preparation - meet with D. Rosenfeld - review and select trial exhibits; discussion with D. Rosenfeld regarding trial strategy and Rase deposition | 900.00 |
| 04/03/03 | D. E. Rosenfeld | 4.90 | Exhibit review | 1,470.00 |
| 04/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/04/03 | J. C. Hutchins | 0.80 | Review and analyze debtor's answers to SAMBA discovery request; review and analyze docket updates; review and analyze miscellaneous pleadings regarding disclosure statements. | 292.00 |
| 04/07/03 | A. B. Abbott | 7.50 | Meeting with D. Rosenfeld regarding trial exhibits and graphics; email G. Rubin regarding amended scheduling order; analyze documents and draft chart of BS&W's current account transactions; prepare timeline of important dates | 1,275.00 |
| 04/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/07/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld; review and analyze S&W responses regarding discovery. | 219.00 |
| 04/07/03 | D. E. Rosenfeld | 7.30 | Review trial exhibits | 2,190.00 |
| 04/08/03 | A. B. Abbott | 8.70 | Conference call with D. Rosenfeld and A. Bokhari; review statements of account in preparation for same; meeting with D. Rosenfeld and S. Kellogg to review and analyze documents in preparation for trial; review debtors' motion for partial summary judgment | 1,479.00 |
| 04/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/08/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; review and analyze Debtor's motion for summary judgment; telephone conference with D. Rosenfeld (x2) regarding same. | 255.50 |
| 04/08/03 | S. C. Kellogg | 5.50 | Discussion with A. Abbott and D. Rosenfeld regarding debtors' motion for summary judgment and opposition thereto; review exhibits in preparation for trial; review their motion for summary judgment | 1,237.50 |
| 04/08/03 | D. E. Rosenfeld | 6.90 | Review trial exhibits; conference with G. Rubin regarding trial exhibits and witnesses | 2,070.00 |
| 04/09/03 | A. B. Abbott | 7.10 | Review and analyze debtors' motion for partial summary judgment; meeting with J. Hutchins, D. Rosenfeld and S. Kellogg regarding same; analyze documents regarding SWEC's balance sheet; prepare chart of BSW's current account transactions; telephone call to trial graphix regarding graphic design | 1,207.00 |
| 04/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/09/03 | J. C. Hutchins | 3.80 | Telephone conference with D. Rosenfeld; review and analyze S&W Motion for summary judgment regarding 3/29/00 payment; conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding opposition to summary judgment. | 1,387.00 |
| 04/09/03 | D. E. Rosenfeld | 6.20 | Review motion for partial summary judgment; prepare strategy for response | 1,860.00 |
| 04/10/03 | A. B. Abbott | 4.30 | Meeting with J. Hutchin, D. Rosenfeld and S. Kellogg regarding Debtors' motion for partial summary judgment; telephone conference with S. Fong regarding graphics; meeting with D. Rosenfeld regarding trial strategy and deposition of J. Rase; review documents | 731.00 |
| 04/10/03 | R. Cahill | 1.40 | Worked on chronology of important documents | 203.00 |
| 04/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/10/03 | J. C. Hutchins | 2.20 | Conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding responses to summary judgment motion; review and analyze debtor's answers to discovery. | 803.00 |
| 04/10/03 | S. C. Kellogg | 2.80 | Meet with D. Rosenfeld, J. Hutchins and A. Abbott regarding response to motion for summary judgment; research regarding same | 630.00 |
| 04/11/03 | R. Cahill | 1.30 | Worked on chronology of important documents | 188.50 |
| 04/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/11/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings; review and analyze discovery responses to SAMBA. | 292.00 |
| 04/11/03 | S. C. Kellogg | 3.50 | Research regarding opposition to motion for summary judgment | 787.50 |
| 04/11/03 | D. E. Rosenfeld | 4.10 | Prepare opposition to motion for summary judgment | 1,230.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/14/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding discovery and response to summary judgment motion; telephone conference with D. Rosenfeld regarding another cure claim dispute regarding Shaw. | 182.50 |
| 04/14/03 | S. C. Kellogg | 2.10 | Research regarding opposition to motion for summary judgment; discussion with D. Rosenfeld regarding deposition coverage and exhibits for trial | 472.50 |
| 04/14/03 | D. E. Rosenfeld | 7.10 | Review documents for designation of trial exhibits | 2,130.00 |
| 04/15/03 | A. B. Abbott | 8.30 | Review documents and prepare designation of trial exhibits; meeting with D. Rosenfeld regarding same; review graphics prepared by Trial Graphix; conduct research regarding ordinary course of business | 1,411.00 |
| 04/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/15/03 | J. C. Hutchins | 0.50 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings, notices regarding disclosure statements. | 182.50 |
| 04/15/03 | S. C. Kellogg | 2.40 | Discussion with A. Abbott regarding opposition to motion for summary judgment; research regarding same | 540.00 |
| 04/16/03 | A. B. Abbott | 10.10 | Prepare proposed exhibit list to be served; conduct legal research regarding ordinary course of business defense; payment plans and insolvency | 1,717.00 |
| 04/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/16/03 | S. C. Kellogg | 2.20 | Review draft exhibit list; discussion with A. Abbott regarding same; research and draft opposition to motion for summary judgment | 495.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/17/03 | A. B. Abbott | 11.80 | Draft opposition to debtors' motion for partial summary judgment; review debtors' proposed exhibit list | 2,006.00 |
| 04/17/03 | R. Cahill | 2.60 | Worked on possible trial exhibits | 377.00 |
| 04/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/17/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates and miscellaneous pleadings; brief conference with D. Rosenfeld; receive and review e-mail from K. Mangan. | 146.00 |
| 04/17/03 | S. C. Kellogg | 2.50 | Draft opposition to motion for summary judgment | 562.50 |
| 04/17/03 | D. E. Rosenfeld | 8.40 | Review and revise brief in opposition to summary judgment; review Debtors' proposed exhibits | 2,520.00 |
| 04/18/03 | A. B. Abbott | 9.90 | Draft opposition to debtors' motion for summary judgment | 1,683.00 |
| 04/18/03 | S. C. Kellogg | 7.30 | Research and draft opposition to motion for summary judgment | 1,642.50 |
| 04/18/03 | D. E. Rosenfeld | 4.20 | Review and revise brief; telephone conference with S. Gill at TrialGraphix; telephone conference with K. Mangan; telephone conference with L. Nugent regarding Bugshan; review Debtors' proposed exhibits | 1,260.00 |
| 04/19/03 | A. B. Abbott | 12.20 | Draft opposition to debtors' motion for partial summary judgment and conduct legal research regarding same | 2,074.00 |
| 04/19/03 | S. C. Kellogg | 9.50 | Draft opposition to motion for summary judgment | 2,137.50 |
| 04/20/03 | A. B. Abbott | 7.70 | Draft opposition to debtors' motion for partial summary judgment and conduct legal research regarding same | 1,309.00 |
| 04/20/03 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld. | 73.00 |
| 04/20/03 | S. C. Kellogg | 13.50 | Draft opposition to motion for summary judgment | 3,037.50 |
| 04/20/03 | D. E. Rosenfeld | 6.80 | Revise and edit opposition to motion for partial summary judgment | 2,040.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/21/03 | A. B. Abbott | 13.20 | Draft opposition to debtors' motion for partial summary judgment and prepare opposition for filing | 2,244.00 |
| 04/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/21/03 | S. C. Kellogg | 12.50 | Revise and edit opposition to motion for summary judgment; attention to exhibits; attention to finalize brief and exhibits for filing and service | 2,812.50 |
| 04/21/03 | D. E. Rosenfeld | 8.20 | Prepare and finalize opposition to motion for summary judgment | 2,460.00 |
| 04/22/03 | A. B. Abbott | 3.20 | Draft stipulation of dismissal; draft outline for trial preparation; prepare documents for deposition of J. Rase | 544.00 |
| 04/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/22/03 | J. C. Hutchins | 2.40 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze opposition to Debtors' summary judgment motion; receive and review e-mail from D. Rosenfeld to client. | 876.00 |
| 04/22/03 | S. C. Kellogg | 1.50 | Trial preparation; attention to Debtors' proposed exhibits for trial; discussion with D. Rosenfeld regarding same | 337.50 |
| 04/22/03 | D. E. Rosenfeld | 1.20 | Review Debtors' designations | 360.00 |
| 04/23/03 | A. B. Abbott | 2.70 | Revise stipulation of dismissal; review SAMBA's opposition to debtors' motion for partial summary judgment; attention to filing amended opening brief; telephone conference with K. Mangan regarding same; prepare deposition outline for J. Rase | 459.00 |
| 04/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/23/03 | J. C. Hutchins | 1.80 | Review and analyze opposition to debtor's summary judgment motion; conference with D. Rosenfeld regarding same; receive and review e-mail from F. Monaco; prepare and send e-mail to F. Monaco. | 657.00 |
| 04/23/03 | S. C. Kellogg | 2.50 | Review Debtors' proposed trial exhibits with D. Rosenfeld and assert objections thereto; review/edit objection list; attention to serving objections | 562.50 |
| 04/23/03 | D. E. Rosenfeld | 8.30 | Review Debtors' document designations; prepare objections; prepare trial preparation agenda; telephone conferences with S. Jenkins and G. Rubin regarding deposition issues; email to L. Nugent regarding depositions of Bugshan; trial preparation | 2,490.00 |
| 04/24/03 | A. B. Abbott | 6.80 | Prepare deposition outline for J. Rase; review Delaware local rules regarding pre-trial order; draft memo and meeting with D. Rosenfeld regarding same | 1,156.00 |
| 04/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/24/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings regarding disclosure statements and amended plans for reorganization. | 146.00 |
| 04/24/03 | D. E. Rosenfeld | 4.80 | Prepare for Rase deposition | 1,440.00 |
| 04/25/03 | A. B. Abbott | 6.50 | Prepare deposition outline for J. Rase and compile documents for use as exhibits | 1,105.00 |
| 04/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/25/03 | J. C. Hutchins | 0.30 | Conference with D. Rosenfeld; review and analyze O. Okwamabua preference demand letter; review and analyze draft stipulation of dismissal of letter of credit claim; review and analyze Debtor's responses to interrogatories. | 109.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/28/03 | A. B. Abbott | 7.80 | Prepare exhibits for deposition of J. Rase | 1,326.00 |
| 04/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/28/03 | J. C. Hutchins | 2.10 | Receive and review e-mail from D. Rosenfeld to L. Nugent regarding Bugshan offer; conference with D. Rosenfeld regarding same and preparation for Rose deposition; telephone conference with E. Meehan regarding offer to settle ·· ·; telephone conference with D. Rosenfeld regarding response; review and analyze amended debtor disclosure statement and plan; receive and review e-mail from K. Mangan regarding Equity Committee disclosure regarding SAMBA and settlement; prepare and send e-mail to D. Rosenfeld regarding Section 550 case; revise and edit draft of stipulation of dismissal of LOC claim and send to D. Rosenfeld. | 766.50 |
| 04/28/03 | S. C. Kellogg | 5.20 | Travel to Delaware for J. Rase deposition; deposition preparation | 1,170.00 |
| 04/28/03 | D. E. Rosenfeld | 6.00 | Prepare for Rase deposition and travel to Delaware; telephone conferences with K. Mangan regarding scheduling issues and objections by SWEC's counsel to videotaping the deposition | 1,800.00 |
| 04/29/03 | A. B. Abbott | 1.00 | Prepare pretrial order | 170.00 |
| 04/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/29/03 | J. C. Hutchins | 1.90 | Review and analyze debtor's response to discovery; review and analyze docket update; review and analyze pleadings regarding disclosure statements. | 693.50 |
| 04/29/03 | S. C. Kellogg | 8.90 | Deposition preparation; attend deposition of J. Rase | 2,002.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/29/03 | D. E. Rosenfeld | 10.20 | Take J. Rase deposition; review email; conferences with SWEC's counsel regarding trial issues | 3,060.00 |
| 04/30/03 | A. B. Abbott | 5.30 | Review stipulation of dismissal; draft letter to G. Rubin enclosing witness list; prepare pretrial order | 901.00 |
| 04/30/03 | R. Cahill | 1.30 | Worked on trial preparation | 188.50 |
| 04/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/30/03 | J. C. Hutchins | 1.90 | Telephone call from D. Rosenfeld regarding settlement; telephone call to D. Rosenfeld; review and analyze pleadings regarding disclosure statement amendments and asbestos claimants committee; review and analyze disclosure statements; review and analyze debtor list of documents for trial. | 693.50 |
| 04/30/03 | S. C. Kellogg | 9.20 | Deposition preparation; attend deposition of J. Rase; review witness list; travel home from Delaware | 2,070.00 |
| 04/30/03 | D. E. Rosenfeld | 11.20 | Review and send emails to client; take J. Rase deposition; travel to Boston | 3,360.00 |
| | | **TOTAL FEES** | | $  89,947.50 |

| | | | | | | |
|------|------|------|------|------|------|------|
| A. B. Abbott | | 134.40 | hrs at | $ | 170/ hr | $22,848.00 |
| R. Cahill | | 6.60 | hrs at | $ | 145/ hr | $957.00 |
| L. A. Geyer | | 2.10 | hrs at | $ | 95/ hr | $199.50 |
| J. C. Hutchins | | 26.70 | hrs at | $ | 365/ hr | $9,745.50 |
| S. C. Kellogg | | 101.10 | hrs at | $ | 225/ hr | $22,747.50 |
| D. E. Rosenfeld | | 111.50 | hrs at | $ | 300/ hr | $33,450.00 |
| | **TOTAL FEES** | 382.40 hrs | | $ | | 89,947.50 |

## DISBURSEMENTS & OTHER CHARGES

**Kirkpatrick & Lockhart** LLP

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.11 |
| Facsimile | 61.50 |
| Copying Expense | 911.70 |
| Copying Expense (Outside Off.) | 86.61 |
| Lexis Research | 530.00 |
| Travel Expenses | 20.00 |
| Transportation Expenses | 30.00 |
| Business Meal | 17.23 |
| Binding Charges | 3.00 |
| Charge for Transcripts | 2,827.51 |
| Service of Subpoena Cost | 45.00 |
| Other | 0.35 |
| DISBURSEMENTS & OTHER CHARGES | $ 4,550.01 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 04/30/03 | 1152414 | 64,622.25 | 1,186.62 | 65,808.87 |
| | OUTSTANDING BALANCE | | | $ 65,808.87 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 89,947.50 |
| Disbursements and Other Charges | $ | 4,550.01 |
| **CURRENT INVOICE DUE** | $ | **94,497.51** |
| Past Due Invoices * | $ | 65,808.87 |
| **TOTAL AMOUNT DUE** | $ | **160,306.38** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 19, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1169894**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................................$ 51,639.00

Disbursements and Other Charges...........................................................................$   7,797.59

**CURRENT AMOUNT DUE** ...................................................................................$ 59,436.59

Prior Outstanding Invoices.......................................................................................$ 94,454.12

**TOTAL AMOUNT DUE**...................................................................................**$153,890.71**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 19, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

|  |  |  |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1169894 |
| Services Through | : | May 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/03 | A. B. Abbott | 8.90 | Prepare pretrial order; meeting with D. Rosenfeld regarding same; review debtors' reply brief; conference with S. Fong regarding trial graphics | 1,513.00 |
| 05/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/01/03 | J. C. Hutchins | 2.90 | Review and analyze Debtor's reply brief; review and analyze pleadings regarding reorganization plans and disclosure statement; conference with D. Rosenfeld regarding counter offer; prepare counter-offer to Debtors; prepare and send correspondence to E. Meehan; prepare and send facsimile to E. Meehan; prepare and send correspondence to A. Bokhari. | 1,058.50 |
| 05/01/03 | S. C. Kellogg | 5.20 | Review and edit letter with counteroffer; discussion with D. Rosenfeld regarding trial preparation; review Debtors' Reply brief; trial preparation - review Asad's deposition | 1,170.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/01/03 | D. E. Rosenfeld | 10.30 | Prepare trial memo; conferences with client; prepare letters regarding settlement; conferences with J. Hutchins, A. Abbott, and S. Kellogg | 3,090.00 |
| 05/02/03 | A. B. Abbott | 6.90 | Conference with J. Hutchins, D. Rosenfeld and S. Kellogg regarding debtors' reply brief; conference with D. Rosenfeld and S. Kellogg regarding pretrial order; draft pretrial order | 1,173.00 |
| 05/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/02/03 | J. C. Hutchins | 3.90 | Review and analyze S&W's reply brief regarding summary judgment in preference action; conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding same and possible sur-reply brief; telephone conference with K. Mangan; telephone conference with E. Meehan; review facsimile from E. Meehan; review and analyze e-mails regarding Bugshan offer (x4); review and analyze debtor's counter offer; conference with D. Rosenfeld; telephone conference with E. Meehan; revise and edit D. Rosenfeld draft letter to client regarding counter offer; prepare and send e-mail to D. Rosenfeld (x2). | 1,423.50 |
| 05/02/03 | S. C. Kellogg | 4.30 | Review reply to opposition to motion for summary judgment; meet with D. Rosenfeld, J. Hutchins and A. Abbott regarding Reply and necessity of surreply; meeting with D. Rosenfeld and A. Abbott regarding pretrial memorandum; discussion with D. Rosenfeld, A. Abbott and J. Hutchins regarding settlement offer; draft pretrial memorandum | 967.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/02/03 | D. E. Rosenfeld | 13.20 | Prepare trial memo; conference with client; review settlement offer; analyze settlement offer; prepare letter to client; conferences with J. Hutchins, A. Abbott, and S. Kellogg | 3,960.00 |
| 05/03/03 | J. C. Hutchins | 1.50 | Telephone conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld; revise and edit supplemental analysis letter to clients; telephone conference with D. Rosenfeld regarding same; receive and review e-mail from D. Rosenfeld to C. Jebeyli and A. Bokhari. | 547.50 |
| 05/03/03 | D. E. Rosenfeld | 7.80 | Telephone conference with C. Jebeyli; telephone conference with J. Hutchins; prepare letter to client regarding settlement offer; prepare pretrial memorandum | 2,340.00 |
| 05/04/03 | A. B. Abbott | 6.20 | Draft pretrial order | 1,054.00 |
| 05/04/03 | J. C. Hutchins | 0.80 | Telephone conference with D. Rosenfeld; revise and edit draft counter offer; telephone conference with D. Rosenfeld; receive and review e-mail from C. Jebeyli. | 292.00 |
| 05/04/03 | S. C. Kellogg | 4.00 | Draft, revise and edit pretrial memo | 900.00 |
| 05/04/03 | D. E. Rosenfeld | 2.80 | Telephone conference with A. Bokhari, C. Jebeyli, A. Ameer; telephone conference with A. Bokhari; telephone conference with J. Hutchins; prepare offer letter | 840.00 |
| 05/05/03 | A. B. Abbott | 6.20 | Prepare pretrial order; conference with D. Rosenfeld regarding settlement proposal | 1,054.00 |
| 05/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/05/03 | J. C. Hutchins | 4.40 | Conference with D. Rosenfeld; telephone conference with A. Bokhari; revise and edit counter offer letter to E. Meehan; receive and review e-mail from A. Bokhari; conference with D. Rosenfeld; proofread and review offer letter; prepare and send e-mail to E. Meehan; prepare and send correspondence to E. Meehan (supplemental letter regarding deadline); review and analyze pleadings regarding reorganization plans and disclosure statements; receive and review e-mail from D. Rosenfeld to client and negotiation strategy; receive and review e-mail from D. Rosenfeld regarding ethical disclosure issue raised by Meehan; telephone conference with E. Meehan (settlement reached); conference with D. Rosenfeld regarding same; prepare letter to memorialize settlement; prepare and send facsimile to E. Meehan regarding settlement terms; receive and review e-mail from D. Rosenfeld to client. | 1,606.00 |
| 05/05/03 | S. C. Kellogg | 4.70 | Draft, revise and edit pretrial memo; discussion with D. Rosenfeld regarding settlement status; attention to organizing documents from Rase deposition | 1,057.50 |
| 05/05/03 | D. E. Rosenfeld | 7.90 | Trial preparation; prepare counter-offer letter; telephone conference with A. Bokhari and A. Usmani; telephone conference with G. Rubin; telephone conference with E. Meehan; conferences with J. C. Hutchins; revise and edit counter-offer and amendments to counter offer | 2,370.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/06/03 | A. B. Abbott | 1.20 | Conference with D. Rosenfeld regarding status of recovery action; review deposition transcript of A. Bokhari | 204.00 |
| 05/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/06/03 | J. C. Hutchins | 2.80 | Conference with D. Rosenfeld; telephone conference with E. Meehan; review facsimile from E. Meehan; work on drafting settlement agreement; review and analyze Bugshan proposal e-mails. | 1,022.00 |
| 05/06/03 | D. E. Rosenfeld | 4.90 | Prepare settlement letters and conferences with J.C. Hutchins and client; prepare response to Bugshan settlement offer; telephone conference with A. Bokhari | 1,470.00 |
| 05/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/07/03 | J. C. Hutchins | 3.30 | Telephone conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld to A. Bokhari; prepare memorandum to file regarding 5/5 teleconference with E. Meehan; prepare and send e-mail to E. Meehan regarding ethical concern of his regarding cooperation terms of settlement; prepare draft of settlement agreement with debtors; conference with D. Rosenfeld regarding Bugshan demand for quick response to settlement ; outline settlement proposal; receive and review e-mail from D. Rosenfeld to A. Bokhari, Usmani et al regarding Bugshan request; analysis of settlement alternatives; revise and edit D. Rosenfeld draft of counter proposal to Bugshan. | 1,204.50 |
| 05/07/03 | D. E. Rosenfeld | 2.80 | Telephone conferences with A. Bokhari, C. Jebeyli regarding Bugshan issues, prepare draft letter to Bugshan | 840.00 |
| 05/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/08/03 | J. C. Hutchins | 3.20 | Preparation for conference call to A. Bokhari; conference call with D. Rosenfeld, A. Bokhari, Arif Usmani; prepare settlement agreement with debtors; review and analyze disclosure statement relative to debtor settlement; review and analyze D. Rosenfeld draft settlement proposal to A. S. Bugshan; revise and edit same; telephone call to E. Meehan, telephone conference with E. Meehan; conference with D. Rosenfeld regarding same and contacts with Akin Gump (x3); revise and edit settlement proposal. | 1,168.00 |
| 05/08/03 | D. E. Rosenfeld | 3.30 | Telephone conference with A. Bokhari and A. Usmani regarding Bugshan; prepare correspondence to Bugshan's counsel; telephone conference with Bugshan's counsel | 990.00 |
| 05/09/03 | A. B. Abbott | 0.60 | Review deposition transcript of A. Bokhari | 102.00 |
| 05/09/03 | C. E. Corbett | 2.60 | ; meeting with D. Rosenfeld to discuss status of the law. | 429.00 |
| 05/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/09/03 | J. C. Hutchins | 2.50 | Prepare settlement agreement; revise and edit same; conference with D. Rosenfeld and C. Jebeyli; review and analyze D. Rosenfeld comments on settlement agreement; revise and edit same; prepare and send e-mail to E. Meehan with proposed settlement agreement; conference with D. Rosenfeld regarding | 912.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/16/03 | J. C. Hutchins | 3.20 | File maintenance; telephone call to E. Meehan; telephone call from E. Meehan; review facsimile from E. Meehan and G. Rubin; conference with D. Rosenfeld; revise and edit E. Meehan revision; telephone call to E. Meehan; conference with D. Rosenfeld. | 1,168.00 |
| 05/16/03 | D. E. Rosenfeld | 1.80 | Review settlement agreement and make changes to same; conference with J. Hutchins; telephone conference with G. Rubin | 540.00 |
| 05/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/19/03 | J. C. Hutchins | 1.70 | Revise and edit settlement agreement; telephone call to E. Meehan; receive and review e-mail from D. Rosenfeld; review and analyze pleadings regarding disclosure statement, docket and agenda for hearing regarding disclosure statements. | 620.50 |
| 05/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/20/03 | J. C. Hutchins | 2.90 | Revise and edit settlement agreement; review and analyze D. Rosenfeld comments; telephone conference with E. Meehan; receive and review e-mail from G. Rubin; review and analyze E. Meehan and G. Rubin edits of settlement agreement; revise and edit settlement agreement; prepare and send e-mail to E. Meehan with revised settlement agreement; receive and review e-mail from E. Meehan. | 1,058.50 |
| 05/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/21/03 | J. C. Hutchins | 1.50 | Review and analyze pleadings regarding disclosure statements and equity committee response to objections to its disclosure statement; revise and edit settlement agreement; prepare and send e-mail to C. Jebeyli and A. Bokhari regarding settlement agreement; prepare and send e-mail to E. Meehan regarding settlement agreement; receive and review e-mail from G. Rubin regarding motion to approve compromise. | 547.50 |
| 05/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/22/03 | J. C. Hutchins | 3.20 | Review and analyze motion to approve settlement; receive and review e-mail from C. Jebeyli (x2); conference with D. Rosenfeld regarding problems with motion; revise and edit motion; revise and edit settlement agreement per C. Jebeyli and A. Bokhari comments; conference with D. Rosenfeld regarding same; telephone conference with E. Meehan; prepare and send e-mail to E. Meehan with revised settlement; revise and edit motion; receive and review e-mail from D. Rosenfeld regarding Bugshan and Next Factors hearing (whether to attend). | 1,168.00 |
| 05/22/03 | D. E. Rosenfeld | 2.90 | Revise settlement documents | 870.00 |
| 05/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/23/03 | J. C. Hutchins | 4.60 | Revise and edit S&W's motion to approve settlement; telephone conference with D. Rosenfeld; telephone conference with E. Meehan; receive and review e-mail from E. Meehan; prepare and send e-mail to E. Meehan (revised Motion to approve settlement); telephone conference with E. Meehan; conference with D. Rosenfeld; revise and edit settlement agreement; prepare and send facsimile to E. Meehan; revise and edit Rubin draft of motion; telephone conference with E. Meehan; prepare and send e-mail to Rubin and E. Meehan; receive and review e-mail from E. Meehan regarding filing. | 1,679.00 |
| 05/23/03 | D. E. Rosenfeld | 6.20 | Travel to Wilmington, DE for hearing regarding Shaw issues and attend hearing on assumption of liabilities | 1,860.00 |
| 05/23/03 | D. E. Rosenfeld | 1.40 | Conference with clients; conference with G. Rubin; conference with E. Meehan and J. Hutchins regarding settlement | 420.00 |
| 05/27/03 | A. B. Abbott | 0.40 | Review settlement motion; meeting with D. Rosenfeld regarding SAMBA's answering brief | 68.00 |
| 05/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/27/03 | J. C. Hutchins | 2.30 | Receive and review e-mail from K. Mangan; review and analyze motion to approve settlement, as filed, proposed order and other attachments; file maintenance regarding same; conference with D. Rosenfeld (x2) regarding filing statement in support of motion to focus on facts we want to emphasize; conference with D. Rosenfeld regarding removing Shaw case up to District Court; review and analyze miscellaneous pleadings; review and analyze local counsel statement. | 839.50 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/28/03 | A. B. Abbott | 3.00 | Review debtors' motion for order approving settlement with SAMBA; draft statement in support | 510.00 |
| 05/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/28/03 | J. C. Hutchins | 1.10 | Review and analyze revised disclosure statements; attention to file maintenance; conference with D. Rosenfeld. | 401.50 |
| 05/28/03 | D. E. Rosenfeld | 2.80 | Review motion; review rules regarding answering briefs; conferences regarding necessity of answering brief | 840.00 |
| 05/29/03 | A. B. Abbott | 1.70 | Draft answering brief to statement in support of debtors' motion | 289.00 |
| 05/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/29/03 | J. C. Hutchins | 1.80 | Review and analyze miscellaneous pleadings regarding revised disclosure statements; conference with D. Rosenfeld; review and analyze docket updates; file maintenance regarding Shaw case. | 657.00 |
| 05/30/03 | A. B. Abbott | 0.80 | Draft answering brief | 136.00 |
| 05/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/30/03 | J. C. Hutchins | 0.40 | Telephone conference with F. Monaco; review facsimile from F. Monaco; prepare and send correspondence to A. Bokhari; prepare and send correspondence to F. Monaco. | 146.00 |
| | | TOTAL FEES | | $   51,639.00 |

| | | | | |
|------|------|------|------|------|
| A. B. Abbott | | 39.10 hrs at | $   170/ hr | $6,647.00 |
| C. E. Corbett | | 2.60 hrs at | $   165/ hr | $429.00 |
| L. A. Geyer | | 2.10 hrs at | $    95/ hr | $199.50 |
| J. C. Hutchins | | 50.90 hrs at | $   365/ hr | $18,578.50 |
| S. C. Kellogg | | 18.20 hrs at | $   225/ hr | $4,095.00 |
| D. E. Rosenfeld | | 72.30 hrs at | $   300/ hr | $21,690.00 |
| | TOTAL FEES | 185.20 hrs | | $   51,639.00 |

## DISBURSEMENTS & OTHER CHARGES

**Kirkpatrick & Lockhart** LLP

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 45.12 |
| Facsimile | 19.50 |
| Copying Expense | 189.00 |
| Copying Expense (Outside Off.) | 25.00 |
| Employee Overtime | 247.50 |
| Long Distance Courier | 39.97 |
| Lexis Research | 38.00 |
| Westlaw Research | 361.11 |
| Other Data Base Research | 27.51 |
| Travel Expenses | 31.00 |
| Transportation Expenses | 150.90 |
| Cab Fare | 510.80 |
| Air Fare | 1,915.50 |
| Business Meal | 102.25 |
| Charge for Transcripts | 1,204.89 |
| Service of Subpoena Cost | 534.09 |
| Other | 2,355.45 |
| DISBURSEMENTS & OTHER CHARGES | $  7,797.59 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 05/16/03 | 1164000 | 89,947.50 | 4,550.01 | 94,497.51 |
| OUTSTANDING BALANCE | | | $ | 94,497.51 |

**Kirkpatrick & Lockhart** LLP

## <u>INVOICE SUMMARY</u>

|  |  |  |
|---|---|---|
| Fees | $ | 51,639.00 |
| Disbursements and Other Charges | $ | 7,797.59 |
| **CURRENT INVOICE DUE** | $ | <u>59,436.59</u> |
| Past Due Invoices * | $ | <u>94,497.51</u> |
| **TOTAL AMOUNT DUE** | $ | <u>153,934.10</u> |

\* Does not include payments received after 06/19/03.