# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 11, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1176548 |
| Services Through | : | June 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/02/03 | A. B. Abbott | 2.20 | Draft answering brief to debtors' motion for order approving settlement; review settlement motion | 374.00 |
| 06/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/02/03 | J. C. Hutchins | 1.80 | Receive and review e-mail from A. Bokhari (x2); conference with D. Rosenfeld regarding Bugshan/ARAMCO; review and analyze revised disclosure statements and plans to be heard on 6/5. | 657.00 |
| 06/02/03 | D. E. Rosenfeld | 0.20 | Review answering brief | 60.00 |
| 06/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/03/03 | J. C. Hutchins | 1.60 | Review and analyze revisions to disclosure statements, terms of reorganization plans and related documents; review and analyze Shaw response to preference settlement motion; conference with D. Rosenfeld regarding statement in support of settlement; review and analyze certification of counsel regarding competing plans and disclosure statements; prepare and send e-mail to D. Rosenfeld and K. Mangan. | 584.00 |
| 06/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/04/03 | J. C. Hutchins | 1.20 | Review and analyze miscellaneous pleadings; review and analyze disclosure statements; prepare memorandum to D. Rosenfeld regarding changes regarding SAMBA; conference with D. Rosenfeld regarding status of statement on support of settlement with S&W and status regarding Bugshan settlement. | 438.00 |
| 06/04/03 | D. E. Rosenfeld | 1.90 | Review and revise answering brief | 570.00 |
| 06/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/05/03 | J. C. Hutchins | 1.40 | Review and analyze disclosure statements and plans regarding 6/5 hearing; review and analyze creditor committee limited objection to proposed settlement of SAMBA/S&W preference action; conference with D. Rosenfeld; conference with D. Rosenfeld regarding Shaw action. | 511.00 |
| 06/05/03 | D. E. Rosenfeld | 2.80 | Review objections and disclosure statement issues | 840.00 |
| 06/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/06/03 | J. C. Hutchins | 2.10 | Review and analyze creditor committee objection to SAMBA's settlement with S&W; conference with D. Rosenfeld regarding how to respond and attendance at hearing; receive and review e-mail from K. Mangan; review and analyze order regarding mailing disclosure statements and plans, voting, confirmation hearing; review and analyze miscellaneous pleadings. | 766.50 |
| 06/06/03 | D. E. Rosenfeld | 2.90 | Review limited responses | 870.00 |
| 06/09/03 | A. B. Abbott | 2.60 | Conduct research and analyze caselaw regarding waiver and jury demand; conference with D. Rosenfeld regarding same | 442.00 |
| 06/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/09/03 | J. C. Hutchins | 1.40 | Review correspondence from C. Jebeyli; receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld regarding Bugshan direct offer; conference call with A. Bokhari, C. Jebeyli and D. Rosenfeld; review and analyze claims objection settlement; review and analyze schedule regarding plans of reorganization; receive and review e-mail from D. Rosenfeld regarding response to Bugshan. | 511.00 |
| 06/09/03 | D. E. Rosenfeld | 2.90 | Conferences regarding withdrawal of reference and possible settlement with Saudi Aramco | 870.00 |
| 06/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/10/03 | J. C. Hutchins | 2.20 | Conference with D. Rosenfeld regarding Bugshan settlement; review and analyze history of S&W/Bugshan/Aramco settlement regarding direct enforcement of collateral assignment against ARAMCO; receive and review e-mail from C. Jebeyli; receive and review e-mail from A. Bokhari (x2); conference call with D. Rosenfeld and A. Bokhari. | 803.00 |
| 06/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/11/03 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings by equity committee regarding voting on plans, discovery; conference with D. Rosenfeld regarding preparation for hearing on Motion to Approve Settlement and Bugshan response; review and analyze docket updates; review and analyze pleading by other creditors to compel payment by Shaw; prepare and send e-mail to D. Rosenfeld. | 584.00 |
| 06/11/03 | D. E. Rosenfeld | 4.20 | Travel to Delaware; prepare for hearing | 1,260.00 |
| 06/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/12/03 | J. C. Hutchins | 1.60 | Review and analyze docket update; review and analyze Collateral assignment of Saudi Aramco Contract and related documents; review and analyze term sheet regarding S&W/Bugshan/Saudi Aramco settlement regarding impediments to direct claim on Saudi Aramco; telephone conference with D. Rosenfeld regarding motion to approve settlement allowed. | 584.00 |
| 06/12/03 | D. E. Rosenfeld | 5.00 | Attend settlement hearing; travel to Boston | 1,500.00 |
| 06/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/13/03 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; prepare memorandum to D. Rosenfeld regarding making demand on Saudi Aramco under collateral assignment of Saudi Aramco contract; receive and review e-mail from D. Rosenfeld to client regarding settlement approved. | 438.00 |
| 06/13/03 | D. E. Rosenfeld | 0.80 | Send correspondence to clients; review docket; conferences with local counsel | 240.00 |
| 06/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/16/03 | J. C. Hutchins | 1.20 | Revise and edit memorandum to D. Rosenfeld; review and analyze assignment documents regarding Saudi Aramco contract; review and analyze miscellaneous pleadings; review and analyze approval order; review and analyze miscellaneous pleadings regarding solicitation/confirmation. | 438.00 |
| 06/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/17/03 | J. C. Hutchins | 0.40 | Revise and edit memorandum to D. Rosenfeld. | 146.00 |
| 06/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/18/03 | J. C. Hutchins | 0.80 | Review and analyze equity committee pleadings regarding soliciting votes and creditor committee objections; review and analyze claim settlement pleadings; prepare and send correspondence to E. Meehan, G. Rubin regarding wire transfer of settlement funds; receive and review e-mail from D. Rosenfeld. | 292.00 |
| 06/18/03 | D. E. Rosenfeld | 2.90 | Telephone conference with C. Jebeyli; review new docket entries; prepare correspondence | 870.00 |
| 06/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/19/03 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding plan solicitation, confirmation; review and analyze more motions to compel payment by Shaw; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from G. Rubin; conference with D. Rosenfeld regarding wire transfer deadline; receive and review e-mail from D. Rosenfeld to G. Rubin. | 182.50 |
| 06/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/20/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings;prepare memorandum to D. Rosenfeld regarding Saudi Aramco. | 73.00 |
| 06/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/23/03 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding solicitation of ballots, voting procedures, etc. | 182.50 |
| 06/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/24/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, docket update. | 146.00 |
| 06/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/25/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding disclosure statements, proposed transmittals to creditors, mechanics for voting, etc. | 219.00 |
| 06/26/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding revised disclosure statements, creditor solicitations; review and analyze invoice status. | 182.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/27/03 | J. C. Hutchins | 1.30 | Telephone call from J. Carroll regarding wire transfer instructions incomplete; receive and review e-mail from G. Rubin; prepare and send e-mail to C. Oleson regarding wire transfer; prepare and send correspondence to A. Bokhari, C. Jebeyli; telephone call to J. Carroll; prepare and send e-mail to G. Rubin; review and analyze pleadings regarding disclosure statement and plans; review and analyze docket updates; receive and review e-mail from Mangan regarding revised disclosure statements filed and available. | 474.50 |
| 06/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/30/03 | J. C. Hutchins | 1.60 | Attention to wire transfer instructions for settlement payment; conference with D. Rosenfeld; receive and review e-mail from A. Bokhari (x2); prepare and send e-mail to G. Rubin; receive and review e-mail from G Rubin; prepare and send e-mail to G. Rubin; receive and review e-mail from G. Rubin; prepare and send e-mail to A. Bokhari (with duplicate bill for April); review and analyze miscellaneous pleadings and amended disclosure statement; conference with D. Rosenfeld regarding moving on Shaw. | 584.00 |
| 06/30/03 | D. E. Rosenfeld | 0.60 | Conference with client; conference with J. Hutchins regarding status | 180.00 |

TOTAL FEES                                                                                    $    17,053.00

| | | | |
|---|---|---|---|
| A. B. Abbott | 4.80  hrs  at  $   170/ hr | $816.00 |
| L. A. Geyer | 1.90  hrs  at  $     95/ hr | $180.50 |
| J. C. Hutchins | 24.10  hrs  at  $   365/ hr | $8,796.50 |
| D. E. Rosenfeld | 24.20  hrs  at  $   300/ hr | $7,260.00 |

TOTAL FEES                    55.00 hrs                    $    17,053.00

## DISBURSEMENTS & OTHER CHARGES

Kirkpatrick & Lockhart LLP

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 265.28 |
| Facsimile | 3.75 |
| Copying Expense | 24.48 |
| Travel Expenses | 8,988.48 |
| Transportation Expenses | 203.00 |
| Cab Fare | 426.52 |
| Air Fare | 935.50 |
| Business Meal | 307.38 |
| DISBURSEMENTS & OTHER CHARGES | $  11,154.39 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 05/16/03 | 1164000 | 89,904.11 | 4,550.01 | 94,454.12 |
| 06/19/03 | 1169894 | 51,639.00 | 7,797.59 | 59,436.59 |
| | OUTSTANDING BALANCE | | $ | 153,890.71 |

Kirkpatrick & Lockhart LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 17,053.00 |
| Disbursements and Other Charges | $ | 11,154.39 |
| **CURRENT INVOICE DUE** | $ | **28,207.39** |
| Past Due Invoices [*] | $ | 153,890.71 |
| **TOTAL AMOUNT DUE** | $ | **182,098.10** |

[*] Does not include payments received after 07/29/03.

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1185477**
**Client No.:**      **0508830.0901**

Tax Identification Number 25 0921018

Re:     Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
July 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................$ 13,040.50

Disbursements and Other Charges............................................................$  2,004.73

**CURRENT AMOUNT DUE** ...................................................................$ 15,045.23

Prior Outstanding Invoices........................................................................$      .00

**TOTAL AMOUNT DUE** ........................................................................$15,045.23

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1185477 |
| Services Through | : | July 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/01/03 | J. C. Hutchins | 0.90 | Review and analyze 3d amended plan, disclosure statement of equity committee (6/25 version) and executive summary of plan; telephone conference with D. Rosenfeld. | 328.50 |
| 07/01/03 | D. E. Rosenfeld | 0.80 | Telephone conference with client regarding strategy | 240.00 |
| 07/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/02/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, next factors motion; review and analyze docket updates. | 146.00 |
| 07/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/03/03 | J. C. Hutchins | 0.50 | Review and analyze objection to claims, more pleadings regarding solicitations of votes; prepare and send e-mail to D. Rosenfeld. | 182.50 |
| 07/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/07/03 | J. C. Hutchins | 0.10 | Receive and review e-mail from C. Jebeyli regarding wire transfer; receive and review e-mail from S. Alam regarding funds received. | 36.50 |
| 07/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/08/03 | D. E. Rosenfeld | 2.70 | Telephone conference with C. Jebeyli; prepare letter to client regarding A. Bokhari | 810.00 |
| 07/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/10/03 | J. C. Hutchins | 0.20 | Review and analyze docket; prepare and send e-mail to L. Geyer; receive and review e-mail from D. Rosenfeld. | 73.00 |
| 07/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/14/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari. | 292.00 |
| 07/15/03 | A. B. Abbott | 2.20 | Conduct research and analyze case law regarding withdrawal of reference to bankruptcy court; draft opening brief | 374.00 |
| 07/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/15/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; local counsel invoice. | 109.50 |
| 07/16/03 | A. B. Abbott | 2.10 | Analyze caselaw regarding withdrawal of reference to bankruptcy court; draft opening brief | 357.00 |
| 07/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/16/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings, docket updates; conference with D. Rosenfeld regarding withdrawing the reference for Shaw case. | 182.50 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/16/03 | D. E. Rosenfeld | 1.30 | Research and preparation regarding motion for withdrawal of reference; conference with A. Abbott regarding withdrawal of reference | 390.00 |
| 07/17/03 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding withdrawal of reference to bankruptcy court; attention to drafting same | 51.00 |
| 07/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/17/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 109.50 |
| 07/18/03 | A. B. Abbott | 3.20 | Conduct research regarding core proceedings; draft motion to withdraw reference; conference with D. Rosenfeld regarding same | 544.00 |
| 07/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/18/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; attention to file administration; telephone conference with D. Rosenfeld; prepare and send e-mail to A. Bokhari. | 182.50 |
| 07/21/03 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding motion to withdraw reference; review caselaw regarding same | 68.00 |
| 07/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/21/03 | J. C. Hutchins | 1.20 | Review and analyze pleadings regarding solicitation procedures, miscellaneous claims settlement, retention of Carroll; attention to administration matters. | 438.00 |
| 07/22/03 | A. B. Abbott | 3.20 | Conduct research regarding core matters and interpretation of asset purchase agreement; draft opening brief to withdraw reference to bankruptcy court | 544.00 |
| 07/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/22/03 | J. C. Hutchins | 0.40 | Review and analyze docket; review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 146.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/23/03 | A. B. Abbott | 3.70 | Analyze caselaw regarding removal of reference to bankruptcy court; draft opening brief with withdraw reference | 629.00 |
| 07/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/23/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; attention to docket update. | 73.00 |
| 07/23/03 | D. E. Rosenfeld | 7.20 | Review legal research regarding withdrawal of reference | 2,160.00 |
| 07/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/24/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates, miscellaneous pleadings. | 146.00 |
| 07/24/03 | D. E. Rosenfeld | 4.20 | Research regarding motion to withdraw reference; review new pleadings and docket entries | 1,260.00 |
| 07/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/25/03 | J. C. Hutchins | 1.70 | Review and analyze miscellaneous pleadings; attention to file maintenance. | 620.50 |
| 07/25/03 | D. E. Rosenfeld | 2.70 | Research regarding withdrawal of reference | 810.00 |
| 07/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/28/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 146.00 |
| 07/28/03 | D. E. Rosenfeld | 0.80 | Prepare motion regarding withdrawal of reference; correspondence with L. Nugent | 240.00 |
| 07/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/29/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, fee applications. | 73.00 |
| 07/29/03 | D. E. Rosenfeld | 2.90 | Research regarding withdrawal of reference | 870.00 |
| 07/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/30/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 07/31/03 | A. B. Abbott | 0.10 | Review agenda of matters scheduled for hearing | 17.00 |
| 07/31/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/31/03 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld regarding status of removal motion. | 73.00 |
| | | TOTAL FEES | | $ 13,040.50 |

| | | | | |
|------|------|-------|-------------|--------|
| A. B. Abbott | | 15.20 hrs at $ 170/ hr | | $2,584.00 |
| L. A. Geyer | | 2.20 hrs at $ 95/ hr | | $209.00 |
| J. C. Hutchins | | 9.50 hrs at $ 365/ hr | | $3,467.50 |
| D. E. Rosenfeld | | 22.60 hrs at $ 300/ hr | | $6,780.00 |
| | | TOTAL FEES | 49.50 hrs | $ 13,040.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 36.24 |
| Copying Expense | 16.92 |
| Westlaw Research | 762.82 |
| Travel Expenses | 363.25 |
| Cab Fare | 17.00 |
| Air Fare | 808.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 2,004.73 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 13,040.50 |
| Disbursements and Other Charges | $ | 2,004.73 |
| **CURRENT INVOICE DUE** | $ | **15,045.23** |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 23, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1195416 |
| Services Through | : | August 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/01/03 | J. C. Hutchins | 0.80 | Review and analyze claims objections, voting objections and other misc. pleadings | 292.00 |
| 08/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/04/03 | J. C. Hutchins | 1.20 | Review and analyze objections to claims, voting status, docket updates | 438.00 |
| 08/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/05/03 | J. C. Hutchins | 0.60 | Review and analyze misc. pleadings; file maint. regarding objections to claims | 219.00 |
| 08/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/06/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, docket update | 255.50 |
| 08/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/07/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings regarding claims and objections to claims, asbestos claimants estimation | 292.00 |
| 08/07/03 | D. E. Rosenfeld | 3.20 | Review dockets; revise and edit motion | 960.00 |

**K&L®**
Kilpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/08/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings | 182.50 |
| 08/08/03 | K. A. Serrao | 0.10 | PACER search for updated Stone & Webster adversary dockets and email regarding same | 16.50 |
| 08/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/11/03 | J. C. Hutchins | 0.90 | Review and analyze claim settlement pleadings and voting motions regarding asbestos. | 328.50 |
| 08/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/12/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, objections to claims. | 255.50 |
| 08/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/13/03 | J. C. Hutchins | 0.50 | Review and analyze amended plan of reorganization. | 182.50 |
| 08/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/14/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 08/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/15/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, amended joint disclosure statements. | 219.00 |
| 08/15/03 | D. E. Rosenfeld | 3.10 | Prepare motions regarding withdrawal of reference | 930.00 |
| 08/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/18/03 | J. C. Hutchins | 1.00 | Receive and review e-mail from A. Bokhari; conference with D. Rosenfeld regarding sale of allowed claim and relationship to Bugshan offer and claim v. Shaw, and status of removal of Shaw case to District Court; review and analyze amended disclosure statement and plan regarding treatment of unsecured claims v. SWEC. | 365.00 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/18/03 | D. E. Rosenfeld | 2.80 | Telephone conference with A. Bokhari; review correspondence from A. Bokhari; prepare email to A. Bokhari; prepare motions regarding withdrawal of reference | 840.00 |
| 08/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/19/03 | J. C. Hutchins | 0.80 | Review and analyze amended joint disclosure statement; conference with D. Rosenfeld regarding response to solicitation to buy claim. | 292.00 |
| 08/19/03 | D. E. Rosenfeld | 0.40 | Telephone conference with R. Minkoff of Liquidity Solutions | 120.00 |
| 08/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/20/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 109.50 |
| 08/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/21/03 | J. C. Hutchins | 0.80 | Review and analyze Third Amended Joint Plan (Equity Committee now a proponent); review and analyze miscellaneous settlements | 292.00 |
| 08/21/03 | D. E. Rosenfeld | 0.30 | Telephone conference with R. Minkoff of Liquidity Solutions | 90.00 |
| 08/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/22/03 | J. C. Hutchins | 0.70 | Review and analyze docket; review joint plan regarding new dividend structures and equity committee deal | 255.50 |
| 08/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/25/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari | 146.00 |
| 08/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/26/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, consensus disclosure statement and plan regarding changes | 109.50 |

Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/26/03 | D. E. Rosenfeld | 3.20 | Telephone conference with clients; prepare request regarding withdrawal of reference | 960.00 |
| 08/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/27/03 | J. C. Hutchins | 0.70 | Review and analyze consensus plan, local counsel statement | 255.50 |
| 08/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/28/03 | J. C. Hutchins | 0.50 | Review and analyze Consensus Plan, miscellaneous pleadings, docket entries | 182.50 |
| 08/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/29/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous claim settlements. | 109.50 |
| | | **TOTAL FEES** | | $     8,961.00 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| L. A. Geyer | 2.00 hrs at | $ 95/ hr | $190.00 |
| J. C. Hutchins | 13.30 hrs at | $ 365/ hr | $4,854.50 |
| D. E. Rosenfeld | 13.00 hrs at | $ 300/ hr | $3,900.00 |
| K. A. Serrao | 0.10 hrs at | $ 165/ hr | $16.50 |
| **TOTAL FEES** | 28.40 hrs | | $     8,961.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 9.90 |
| Other | 33.18 |
| DISBURSEMENTS & OTHER CHARGES | $     ·    43.08 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 08/22/03 | 1185477 | 13,040.50 | 1,961.34 | 15,001.84 |
| | OUTSTANDING BALANCE | | | $   15,001.84 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 8,961.00 |
| Disbursements and Other Charges | $ | 43.08 |
| **CURRENT INVOICE DUE** | $ | **9,004.08** |
| Past Due Invoices * | $ | 15,001.84 |
| **TOTAL AMOUNT DUE** | $ | **24,005.92** |

\* Does not include payments received after 09/25/03.

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 20, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1200854**
**Client No.:**     **0508830.0901**

---

Tax Identification Number 25 0921018

Re:     <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
September 30, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$   4,113.50

Disbursements and Other Charges .........................................................................$      97.10

**CURRENT AMOUNT DUE** ...............................................................................$   4,210.60

Prior Outstanding Invoices.....................................................................................$   8,960.69

**TOTAL AMOUNT DUE**.....................................................................................<u>$13,171.29</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 20, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1200854 |
| Services Through | : | September 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/02/03 | J. C. Hutchins | 0.90 | Receive and review e-mail from A. Bokhari; receive and review e-mail from C. Jebeyli; prepare and send e-mail to A. Bokhari; review and analyze Monzack, Monaco bill/payment reconciliation; review and analyze objections to confirmation and motions regarding voting; review and analyze miscellaneous pleadings; prepare and send e-mail to D. Rosenfeld; review and analyze amendment of change filed by Debtor. | 328.50 |
| 09/02/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/03/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 09/03/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/04/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/05/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 109.50 |
| 09/05/03 | D. E. Rosenfeld | 0.30 | Telephone conference with R. Minkoff regarding settlement | 90.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/05/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/08/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 09/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/10/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings regarding voting, confirmation. | 73.00 |
| 09/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/11/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding confirmation, voting rights. | 219.00 |
| 09/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/12/03 | J. C. Hutchins | 0.40 | Review and analyze plan and voting instructions. | 146.00 |
| 09/12/03 | D. E. Rosenfeld | 0.30 | Telephone conferences with R. Minkoff | 90.00 |
| 09/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/15/03 | J. C. Hutchins | 0.80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; review and analyze voting designations; receive and review e-mail from A. Bokhari regarding sale of claim; receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld. | 292.00 |
| 09/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/16/03 | J. C. Hutchins | 0.40 | Review and analyze voting designation order; conference with D. Rosenfeld. | 146.00 |
| 09/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/17/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates. | 73.00 |
| 09/17/03 | D. E. Rosenfeld | 0.80 | Teleconferences with client - C. Jebeyli | 240.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/18/03 | A. B. Abbott | 0.70 | Review revised voting designation and settlement agreement; telephone conference with G. Rubin regarding same; conference with D. Rosenfeld and J. Hutchins regarding same | 119.00 |
| 09/18/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates. | 73.00 |
| 09/18/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/19/03 | J. C. Hutchins | 0.60 | Review and analyze order approving confirmation and miscellaneous pleadings; review and analyze Walsh Monzack and Monaco statement. | 219.00 |
| 09/22/03 | A. B. Abbott | 0.20 | Telephone conference with G. Rubin regarding revised voting designations; draft email to D. Rosenfeld and J. Hutchins regarding same | 34.00 |
| 09/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/22/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; review and analyze miscellaneous pleadings; receive and review e-mail from A. Abbott regarding improper designation of SAMBA's claim a non-voting status. | 109.50 |
| 09/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/23/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates, miscellaneous pleadings; prepare and send e-mail to A. Abbott regarding improper classification of SAMBA's claim as non-voting. | 73.00 |
| 09/24/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; attention to miscellaneous pleadings regarding claims objections. | 109.50 |
| 09/24/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/25/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/26/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; research and analyze removal of cases from bankruptcy court to district court; receive and review e-mail from A. Abbott regarding voting designation. | 182.50 |
| 09/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/29/03 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; revise and edit A. Abbott; attention to ballots, file maintenance; research and analyze law on removal. | 474.50 |
| 09/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/30/03 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous objections to claims and claims processing motions; review and analyze order approving disclosure statement regarding ballots for various classes. | 474.50 |
| | | | TOTAL FEES | $ 4,113.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 0.90 hrs at $ 170/ hr | | $153.00 |
| L. A. Geyer | | 1.40 hrs at $ 95/ hr | | $133.00 |
| J. C. Hutchins | | 9.00 hrs at $ 365/ hr | | $3,285.00 |
| D. E. Rosenfeld | | 1.40 hrs at $ 300/ hr | | $420.00 |
| K. A. Serrao | | 0.70 hrs at $ 175/ hr | | $122.50 |
| | TOTAL FEES | 13.40 hrs | | $ 4,113.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Telephone | | 68.30 |
| Copying Expense | | 28.80 |
| | DISBURSEMENTS & OTHER CHARGES | $ 97.10 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/23/03 | 1195416 | 8,960.69 | 0.00 | 8,960.69 |
| | OUTSTANDING BALANCE | | | $ 8,960.69 |

Kirkpatrick & Lockhart LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 4,113.50 |
| Disbursements and Other Charges | $ | 97.10 |
| **CURRENT INVOICE DUE** | $ | 4,210.60 |
| Past Due Invoices [*] | $ | 8,960.69 |
| **TOTAL AMOUNT DUE** | $ | 13,171.29 |

[*] Does not include payments received after 10/20/03.