# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 17, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1210162**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
October 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ...................................................$   9,209.00

Disbursements and Other Charges...........................................................$      73.08

**CURRENT AMOUNT DUE** ....................................................................$   9,282.08

Prior Outstanding Invoices........................................................................$   4,167.21

**TOTAL AMOUNT DUE**............................................................................$  13,449.29

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 17, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1210162 |
| Services Through | : | October 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/01/03 | J. C. Hutchins | 0.80 | Review correspondence from docket and miscellaneous pleadings; attention to file maintenance. | 292.00 |
| 10/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/02/03 | J. C. Hutchins | 0.70 | Review and analyze pleadings regarding voting designations. | 255.50 |
| 10/02/03 | D. E. Rosenfeld | 2.10 | Revisions and conferences regarding scheduling | 630.00 |
| 10/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/03/03 | J. C. Hutchins | 0.40 | Prepare and send e-mail to A. Abbott; review and analyze miscellaneous pleadings. | 146.00 |
| 10/03/03 | D. E. Rosenfeld | 0.40 | Attention to scheduling and ballot issues | 120.00 |
| 10/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/06/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates and miscellaneous pleadings. | 146.00 |
| 10/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/07/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; attention to local counsel fee matters. | 219.00 |
| 10/08/03 | A. B. Abbott | 0.40 | Review ballot distribution lists; review and reply to emails from J. Hutchins regarding same | 68.00 |
| 10/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/08/03 | J. C. Hutchins | 0.70 | Review and analyze ballot packages; prepare and send e-mail to D. Rosenfeld; review and analyze docket updates and miscellaneous pleadings; attention to file maintenance; review and analyze objection to claim; prepare and send e-mail to A. Abbott regarding same; receive and review e-mail from A. Abbott. | 255.50 |
| 10/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/14/03 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings. | 109.50 |
| 10/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/15/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 10/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/16/03 | J. C. Hutchins | 1.10 | Review correspondence from A. Bokhari; prepare and file SAMBA's ballot; telephone call to D. Rosenfeld; prepare and send e-mail to agent for ballots; review and analyze miscellaneous pleadings. | 401.50 |
| 10/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/17/03 | J. C. Hutchins | 0.40 | Telephone conference with D. Rosenfeld regarding ballot; prepare and send e-mail to A. Bloom; review and analyze miscellaneous pleadings. (claim settlements). | 146.00 |
| 10/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/21/03 | A. Bloom | 1.60 | Collect and review court filings regarding summary judgment; review case file; meet with J. Hutchins regarding case status | 264.00 |
| 10/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/21/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 10/22/03 | A. Bloom | 4.10 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court | 676.50 |
| 10/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/23/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 10/24/03 | A. Bloom | 3.80 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court; retrieve cases cited in brief and amplify number of citations | 627.00 |
| 10/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/24/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings regarding objections to confirmation, claims proceedings, etc; conference with A. Kurth; telephone conference with D. Rosenfeld. | 292.00 |
| 10/27/03 | A. Bloom | 1.80 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court | 297.00 |
| 10/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/27/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from C. Jebeyli. | 109.50 |
| 10/28/03 | A. Bloom | 2.30 | Meet with D. Rosenfeld regarding status of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court and memo in support thereof; begin revision of drafts of same | 379.50 |
| 10/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/28/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 10/29/03 | A. Bloom | 3.20 | Continue revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; continue revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 528.00 |
| 10/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/29/03 | D. E. Rosenfeld | 5.20 | Review motion regarding withdrawal of reference; conference with A. Bloom | 1,560.00 |
| 10/30/03 | A. Bloom | 3.20 | Continue revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; continue revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 528.00 |
| 10/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/31/03 | A. Bloom | 4.10 | Finalize revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; finalize revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 676.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/31/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| | | TOTAL FEES | | $ 9,209.00 |

| | | | | AMOUNT |
|---|---|---|---|---|
| A. B. Abbott | | 0.40 hrs at $ 170/ hr | | $68.00 |
| A. Bloom | | 24.10 hrs at $ 165/ hr | | $3,976.50 |
| L. A. Geyer | | 2.20 hrs at $ 95/ hr | | $209.00 |
| J. C. Hutchins | | 7.20 hrs at $ 365/ hr | | $2,628.00 |
| D. E. Rosenfeld | | 7.70 hrs at $ 300/ hr | | $2,310.00 |
| K. A. Serrao | | 0.10 hrs at $ 175/ hr | | $17.50 |
| | TOTAL FEES | 41.70 hrs | | $ 9,209.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 31.68 |
| Long Distance Courier | 41.40 |
| DISBURSEMENTS & OTHER CHARGES | $ 73.08 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 10/20/03 | 1200854 | 4,113.50 | 53.71 | 4,167.21 |
| | OUTSTANDING BALANCE | | $ | 4,167.21 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 9,209.00 |
| Disbursements and Other Charges | $ | 73.08 |
| **CURRENT INVOICE DUE** | $ | 9,282.08 |
| Past Due Invoices * | $ | 4,167.21 |
| **TOTAL AMOUNT DUE** | $ | 13,449.29 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 23, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1219489**
**Client No.:**    **0508830.0901**

---

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
November 30, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................. $   2,183.50

Disbursements and Other Charges ........................................................................ $      84.90

**CURRENT AMOUNT DUE** ............................................................................... $   **2,268.40**

Prior Outstanding Invoices................................................................................... $   9,238.69

**TOTAL AMOUNT DUE** ..................................................................................... $  **11,507.09**

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 23, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1219489 |
| Services Through | : | November 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/03/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 11/03/03 | D. E. Rosenfeld | 2.90 | Prepare and revise motion for reference; conference with A. Bloom regarding same | 870.00 |
| 11/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/04/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, objections to confirmations, claim settlements. | 109.50 |
| 11/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/05/03 | J. C. Hutchins | 0.20 | Review and analyze pleadings. | 73.00 |
| 11/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/10/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/11/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/13/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/14/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/17/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 11/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/19/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/19/03 | D. E. Rosenfeld | 1.70 | Prepare audit response | 510.00 |
| 11/19/03 | N. A. Valente | 0.10 | Order accounting information for audit letter | 12.00 |
| 11/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/21/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| | | TOTAL FEES | | $  2,183.50 |

| | | | | |
|------|------|------|------|------|
| L. A. Geyer | | 1.80 hrs at $ 95/ hr | | $171.00 |
| J. C. Hutchins | | 1.70 hrs at $ 365/ hr | | $620.50 |
| D. E. Rosenfeld | | 4.60 hrs at $ 300/ hr | | $1,380.00 |
| N. A. Valente | | 0.10 hrs at $ 120/ hr | | $12.00 |
| | TOTAL FEES | 8.20 hrs | | $  2,183.50 |

Kirkpatrick & Lockhart LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 84.00 |
| Copying Expense | 0.90 |
| DISBURSEMENTS & OTHER CHARGES | $ 84.90 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| | OUTSTANDING BALANCE | | $ | 9,238.69 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,183.50 |
| Disbursements and Other Charges | $ | 84.90 |
| **CURRENT INVOICE DUE** | $ | **2,268.40** |
| Past Due Invoices * | $ | 9,238.69 |
| **TOTAL AMOUNT DUE** | $ | **11,507.09** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 20, 2004

Asad H. Bokhari
Saudi American Bank                    **Invoice No.:**      **1226686**
Old Airport Street                     **Client No.:**       **0508830.0901**
P.O. Box 833
Riyahd 11421
Saudi Arabia

---

Tax Identification Number 25 0921018

      Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$  1,772.50

Disbursements and Other Charges.........................................................................$    319.27

**CURRENT AMOUNT DUE** ............................................................................$  **2,091.77**

Prior Outstanding Invoices..................................................................................$ 11,507.09

**TOTAL AMOUNT DUE**...................................................................................<u>**$ 13,598.86**</u>

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 20, 2004

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1226686 |
| Services Through | : | December 31, 2003 |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/03/03 | D. E. Rosenfeld | 0.30 | Reply to A. Bokhari's email | 90.00 |
| 12/03/03 | N. A. Valente | 0.30 | Revisions to audit letter | 36.00 |
| 12/04/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, docket updates. | 255.50 |
| 12/04/03 | K. Zinski | 0.10 | Docket update | 10.00 |
| 12/05/03 | K. Zinski | 0.10 | Update adversary dockets | 10.00 |
| 12/08/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; revise and edit audit response letter; conference with N. Valente. | 219.00 |
| 12/10/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates and miscellaneous pleadings. | 109.50 |
| 12/11/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings. | 182.50 |
| 12/15/03 | J. C. Hutchins | 0.10 | Review and analyze docket updates, miscellaneous pleadings. | 36.50 |
| 12/17/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates; receive and review e-mail from A. Bokhari | 73.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/19/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/22/03 | J. C. Hutchins | 0.40 | Receive and review e-mail K. Al-Mogrin; receive and review e-mail D. Rosenfeld; review and analyze revised pleadings | 146.00 |
| 12/23/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings | 109.50 |
| 12/23/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/24/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 109.50 |
| 12/29/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings | 109.50 |
| 12/29/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/30/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; review and analyze miscellaneous pleadings | 109.50 |
| 12/30/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 12/31/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 73.00 |
| 12/31/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| | | TOTAL FEES | | $    1,772.50 |

| | | | | |
|---|---|---|---|---|
| L. A. Geyer | | 0.30 hrs at $ 95/ hr | | $28.50 |
| J. C. Hutchins | | 4.20 hrs at $ 365/ hr | | $1,533.00 |
| D. E. Rosenfeld | | 0.30 hrs at $ 300/ hr | | $90.00 |
| K. A. Serrao | | 0.20 hrs at $ 175/ hr | | $35.00 |
| N. A. Valente | | 0.30 hrs at $ 120/ hr | | $36.00 |
| K. Zinski | | 0.50 hrs at $ 100/ hr | | $50.00 |
| | TOTAL FEES | 5.80 hrs | | $    1,772.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 7.16 |
| Postage | 68.25 |
| Copying Expense | 11.16 |
| Long Distance Courier | 41.20 |
| Service of Subpoena Cost | 191.50 |
| DISBURSEMENTS & OTHER CHARGES | $    319.27 |

**Kirkpatrick & Lockhart** LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 12/23/03 | 1219489 | 2,183.50 | 84.90 | 2,268.40 |
| | OUTSTANDING BALANCE | | $ | 11,507.09 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,772.50 |
| Disbursements and Other Charges | $ | 319.27 |
| **CURRENT INVOICE DUE** | $ | **2,091.77** |
| Past Due Invoices [*] | $ | 11,507.09 |
| **TOTAL AMOUNT DUE** | $ | **13,598.86** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 26, 2004

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1235352 |
| Services Through : | January 31, 2004 |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; docket updates, settlements. | 197.50 |
| 01/02/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/05/04 | J. C. Hutchins | 1.70 | Review and analyze status of case; review draft brief; review and analyze miscellaneous pleadings; attention to file maintenance. | 671.50 |
| 01/06/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, status of confirmation of reorganization and Shaw position. | 316.00 |
| 01/07/04 | J. C. Hutchins | 0.80 | Continue review of status of Shaw case. | 316.00 |
| 01/07/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 01/08/04 | J. C. Hutchins | 1.60 | Conference with D. Rosenfeld; review and analyze removal brief; review and analyze miscellaneous pleadings. | 632.00 |
| 01/09/04 | J. C. Hutchins | 1.90 | Review and analyze miscellaneous pleadings and Shaw briefs. | 750.50 |
| 01/13/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/14/04 | K. Zinski | 0.20 | Update the Stone & Webster adversary dockets | 21.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/20/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 553.00 |
| 01/21/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings regarding plan; review and analyze claim settlement and objections. | 276.50 |
| 01/21/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/22/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 01/22/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/23/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous drafts. | 118.50 |
| 01/23/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/26/04 | J. C. Hutchins | 0.20 | Receive and review e-mail from K. AlMogrin; review and analyze audit response request. | 79.00 |
| 01/26/04 | K. Zinski | 0.10 | Update Stone & Webster adversary docket | 10.50 |
| 01/27/04 | J. C. Hutchins | 0.50 | Conference with D. Rosenfeld regarding audit response and determine status of response to November request; conference with N. Valente; conference with D. Rosenfeld; review and analyze docket updates and miscellaneous pleadings. | 197.50 |
| 01/27/04 | N. A. Valente | 0.30 | Matters re audit letter | 45.00 |
| 01/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/28/04 | J. C. Hutchins | 0.20 | Review and analyze docket updates and miscellaneous pleadings. | 79.00 |
| 01/29/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld regarding case status; review local rules | 45.00 |
| 01/29/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 01/29/04 | D. E. Rosenfeld | 1.40 | Prepare audit inquiry letter response and emails to client | 490.00 |
| 01/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/30/04 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld regarding status of motion to remove; review and analyze docket updates. | 79.00 |
| 01/30/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $  5,169.50 |

| | | | | |
|------|------|------|------|------|
| A. B. Abbott | | 0.20 hrs at | $ 225/ hr | $45.00 |
| J. C. Hutchins | | 11.30 hrs at | $ 395/ hr | $4,463.50 |
| D. E. Rosenfeld | | 1.40 hrs at | $ 350/ hr | $490.00 |
| N. A. Valente | | 0.30 hrs at | $ 150/ hr | $45.00 |
| K. Zinski | | 1.20 hrs at | $ 105/ hr | $126.00 |
| | TOTAL FEES | 14.40 hrs | | $  5,169.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Postage | 68.25 |
| Copying Expense | 9.54 |
| Long Distance Courier | 41.60 |
| DISBURSEMENTS & OTHER CHARGES | $  119.39 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| | OUTSTANDING BALANCE | | | $  9,238.69 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 5,169.50 |
| Disbursements and Other Charges | $ | 119.39 |
| **CURRENT INVOICE DUE** | $ | **5,288.89** |
| Past Due Invoices * | $ | 9,238.69 |
| **TOTAL AMOUNT DUE** | $ | **14,527.58** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 15, 2004

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**   **1246054**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
February 29, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$   1,584.00

Disbursements and Other Charges ........................................................................$      46.17

**CURRENT AMOUNT DUE** ................................................................................$   1,630.17

Prior Outstanding Invoices.....................................................................................$ 14,527.58

**TOTAL AMOUNT DUE**.......................................................................................**$ 16,157.75**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 15, 2004

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1246054 |
| Services Through | : | February 29, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/02/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and docket updates. | 79.00 |
| 02/03/04 | A. B. Abbott | 0.30 | Telephone conference with K. Mangan regarding status of case; conference with D. Rosenfeld regarding same | 67.50 |
| 02/04/04 | L. A. Geyer | 0.30 | Update LTV dockets (.2); update case calendar (.1) | 31.50 |
| 02/04/04 | L. A. Geyer | 0.10 | Update Stone and Webster adversary dockets | 10.50 |
| 02/04/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 02/05/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 02/06/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 02/09/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 02/10/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 276.50 |
| 02/11/04 | J. C. Hutchins | 0.20 | Review and analyze docket updates and miscellaneous pleadings. | 79.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/12/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari; review and analyze order setting bar date regarding certain claims. | 158.00 |
| 02/13/04 | J. C. Hutchins | 0.30 | Prepare and send e-mail to D. Rosenfeld regarding bar dates for claims; review and analyze docket updates. | 118.50 |
| 02/17/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding bar date; prepare memorandum to D. Rosenfeld. | 158.00 |
| 02/19/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 02/20/04 | J. C. Hutchins | 0.30 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 118.50 |
| 02/20/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 02/24/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and docket updates. | 79.00 |
| 02/25/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; review and analyze local counsel statement. | 79.00 |
| 02/27/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket update; reconcile Monaco statements. | 118.50 |
| 02/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | **TOTAL FEES** | | $   1,584.00 |

| | | | | |
|------|------|------|------|------|
| A. B. Abbott | | 0.30  hrs  at   $   225/ hr | | $67.50 |
| L. A. Geyer | | 0.40  hrs  at   $   105/ hr | | $42.00 |
| J. C. Hutchins | | 3.60  hrs  at   $   395/ hr | | $1,422.00 |
| K. Zinski | | 0.50  hrs  at   $   105/ hr | | $52.50 |
| | **TOTAL FEES** | 4.80 hrs | | $   1,584.00 |

Kirkpatrick & Lockhart LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|-------------|---|--------|
| Telephone | | 0.30 |
| Copying Expense | | 1.98 |
| Long Distance Courier | | 43.89 |
| | DISBURSEMENTS & OTHER CHARGES | $ 46.17 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| | OUTSTANDING BALANCE | | | $ 14,527.58 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,584.00 |
| Disbursements and Other Charges | $ | 46.17 |
| **CURRENT INVOICE DUE** | $ | **1,630.17** |
| Past Due Invoices * | $ | 14,527.58 |
| **TOTAL AMOUNT DUE** | $ | **16,157.75** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261 3100
www.kl com

April 21, 2004

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**   **1259065**
**Client No.:**   **0508830.0901**

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
March 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................$ 16,964.50

Disbursements and Other Charges........................................................................$    491.99

**CURRENT AMOUNT DUE** ...............................................................................$ 17,456.59

Prior Outstanding Invoices.....................................................................................$ 16,157.75

**TOTAL AMOUNT DUE**.....................................................................................<u>$ 33,614.24</u>

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

April 21, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1259065 |
| Services Through | : | March 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/04 | J. C. Hutchins | 0.20 | Review miscellaneous pleadings. | 79.00 |
| 03/02/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/03/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/04/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/05/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 03/08/04 | A. B. Abbott | 2.70 | Receive and review e-mail from K. Mangan; review agenda; telephone conference with D. Rosenfeld regarding same; review and analyze pleadings | 607.50 |
| 03/08/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from K. Mangan regarding status hearing; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld. | 118.50 |
| 03/08/04 | D. E. Rosenfeld | 1.30 | Review order from Court; prepare for status conference | 455.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/09/04 | A. B. Abbott | 2.80 | Review pleadings; assist D. Rosenfeld with preparation for status conference; review status conference agenda; telephone conference with D. Rosenfeld regarding same | 630.00 |
| 03/09/04 | J. C. Hutchins | 0.40 | Review facsimile from Mangan (agenda); conference with D. Rosenfeld regarding preparation for status conference and agenda; review and analyze agenda; prepare and send e-mail to D. Rosenfeld regarding agenda items; receive and review e-mail from K. Mangan. | 158.00 |
| 03/09/04 | D. E. Rosenfeld | 1.20 | Prepare for status conference, email to client, telephone conference with K. Mangan | 420.00 |
| 03/10/04 | A. B. Abbott | 0.70 | Review docket and notice of agenda; telephone conference with K. Mangan regarding agenda and hearing; telephone conference with D. Rosenfeld regarding same | 157.50 |
| 03/10/04 | J. C. Hutchins | 0.20 | Review facsimile from Creditor Committee regarding revised agenda for hearing; review and analyze revised agenda | 79.00 |
| 03/10/04 | D. E. Rosenfeld | 5.30 | Prepare for status conference | 1,855.00 |
| 03/11/04 | A. B. Abbott | 1.30 | Receive and review e-mail from K. Mangan; review docket and pleadings; telephone conference with D. Rosenfeld regarding status conference; receive and review e-mail from D. Rosenfeld | 292.50 |
| 03/11/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and agenda items to be heard by court; telephone call from D. Rosenfeld. | 79.00 |
| 03/11/04 | D. E. Rosenfeld | 15.20 | Travel to Delaware; meetings with K. Mangan and F. Monaco, A. Landis; prepare for status conference; telephone conference with A. Abbott; conference with Shaw Group counsel; attend hearing; travel to Boston | 5,320.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/12/04 | A. B. Abbott | 2.50 | Conference with D. Rosenfeld regarding status conference and deposition notices; telephone conferences with K. Mangan and D. Rosenfeld; conference with D. Rosenfeld and J. Hutchins regarding case strategy; telephone conference with L. Sherman regarding scheduling of depositions | 562.50 |
| 03/12/04 | J. C. Hutchins | 0.90 | Receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld and A. Abbott regarding results of hearing, discovery strategy regarding Shaw case, mediation strategy regarding Saudi Aramco/Bugshan case. | 355.50 |
| 03/12/04 | D. E. Rosenfeld | 4.30 | Meetings with J. Hutchins, A. Abbott regarding conference; review strategy post conference with Court; review correspondence from The Shaw Group counsel; prepare correspondence to client | 1,505.00 |
| 03/12/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/15/04 | A. B. Abbott | 1.20 | Conference with D. Rosenfeld regarding scheduling of depositions; draft letter to L. Sherman; draft letter to A. Landis | 270.00 |
| 03/15/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Mahrous; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to B. Allensworth and D. Rosenfeld; review and analyze miscellaneous pleadings and docket update. | 118.50 |
| 03/15/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/16/04 | A. B. Abbott | 0.20 | Draft letter to A. Landis; conference with D. Rosenfeld regarding same | 45.00 |
| 03/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/16/04 | D. E. Rosenfeld | 3.10 | Review correspondence from client; prepare correspondence to client | 1,085.00 |
| 03/16/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/17/04 | J. C. Hutchins | 0.40 | Review and analyze docket; review and analyze miscellaneous pleadings; review and analyze substitution of counsel in Saudi Aramco case. | 158.00 |
| 03/17/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket and download pleading as per J. Hutchins | 10.50 |
| 03/18/04 | A. B. Abbott | 0.40 | Receive and review e-mails regarding notice of dismissal; conference with D. Rosenfeld regarding case strategy | 90.00 |
| 03/18/04 | J. C. Hutchins | 0.30 | Conference with D. Rosenfeld regarding dismissal; review and analyze miscellaneous pleadings; review and analyze docket update. | 118.50 |
| 03/19/04 | A. B. Abbott | 0.20 | Review draft stipulation and order of dismissal | 45.00 |
| 03/22/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from D. Rosenfeld; review and analyze draft of dismissal of preference adversary proceedings. | 118.50 |
| 03/23/04 | A. B. Abbott | 0.90 | Conference with D. Rosenfeld regarding stipulation of dismissal; telephone call to L. Sherman; review settlement agreement and revised stipulation of dismissal | 202.50 |
| 03/23/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/24/04 | A. B. Abbott | 0.70 | Telephone conference with D. Rosenfeld and K. Mangan regarding deposition notices; conference with D. Rosenfeld regarding depositions and stipulation of dismissal; telephone conference with L. Sherman regarding scheduling of depositions; draft e-mail to D. Rosenfeld regarding same | 157.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/24/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/25/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding depositions; telephone call to and from L. Ernce; receive and review e-mail from L. Ernce | 90.00 |
| 03/25/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/26/04 | A. B. Abbott | 1.20 | Revise stipulation of dismissal; draft e-mail to L. Ernce regarding same; draft e-mail to K. Dalton; conference with D. Rosenfeld regarding execution of stipulation | 270.00 |
| 03/26/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/29/04 | J. C. Hutchins | 0.60 | Review and analyze draft stipulation for dismissal of preference action; prepare and send e-mail to D. Rosenfeld regarding same and various issues (who should sign). | 237.00 |
| 03/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 03/30/04 | A. B. Abbott | 0.20 | Telephone call to L. Sherman regarding depositions; conference with D. Rosenfeld regarding same | 45.00 |
| 03/30/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; docket. | 79.00 |
| 03/31/04 | A. B. Abbott | 1.10 | Telephone call from L. Sherman; conference with D. Rosenfeld regarding depositions; telephone conference with D. Rosenfeld and K. Mangan regarding same; draft deposition notices | 247.50 |
| 03/31/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket. | 118.50 |
| 03/31/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $ 16,964.50 |

## Kirkpatrick & Lockhart LLP

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 16.50 hrs at | $ | 225/ hr | $3,712.50 |
| J. C. Hutchins | 6.40 hrs at | $ | 395/ hr | $2,528.00 |
| D. E. Rosenfeld | 30.40 hrs at | $ | 350/ hr | $10,640.00 |
| K. Zinski | 0.80 hrs at | $ | 105/ hr | $84.00 |
| TOTAL FEES | 54.10 hrs | | $ | 16,964.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 4.20 |
| Facsimile | 5.25 |
| Copying Expense | 36.90 |
| Long Distance Courier | 88.83 |
| Transportation Expenses | 30.00 |
| Cab Fare | 326.81 |
| DISBURSEMENTS & OTHER CHARGES | $ 491.99 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| | OUTSTANDING BALANCE | | $ | 16,157.75 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 16,964.50 |
| Disbursements and Other Charges | $ | 491.99 |
| **CURRENT INVOICE DUE** | $ | 17,456.49 |
| Past Due Invoices [*] | $ | 16,157.75 |
| **TOTAL AMOUNT DUE** | $ | 33,614.24 |