# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 13, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1265259**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
April 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................$ 24,634.00

Disbursements and Other Charges.........................................................$  1,485.98

**CURRENT AMOUNT DUE** ...............................................................$ 26,119.98

Prior Outstanding Invoices.....................................................................$ 33,614.24

**TOTAL AMOUNT DUE**.......................................................................**$  59,734.22**

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 13, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number | : 0508830.0901 |
| Invoice | : 1265259 |
| Services Through | : April 30, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/04 | A. B. Abbott | 1.20 | Draft letter to L. Sherman; draft deposition notices | 270.00 |
| 04/01/04 | J. C. Hutchins | 0.30 | Review and analyze docket; attention to miscellaneous pleadings. | 118.50 |
| 04/02/04 | A. B. Abbott | 2.90 | Draft deposition notices; conduct research regarding deposition subpoenas; draft e-mail to J. Redden regarding service of subpoena; review pleadings | 652.50 |
| 04/02/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 04/05/04 | A. B. Abbott | 4.70 | Draft deposition notices; attention to obtaining local counsel; conferences with D. Rosenfeld regarding same; revise letter to L. Sherman; conduct research regarding rules of civil procedure in Southern District of Texas | 1,057.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/06/04 | A. B. Abbott | 2.70 | Telephone conference with J. Redden regarding depositions; draft letter to C. Strauss; draft deposition subpoena; attention to serving same; conduct research regarding witness fees; telephone call to K. Mangan re: service of deposition notices; draft e-mail to K. Mangan regarding same; conferences with D. Rosenfeld regarding same | 607.50 |
| 04/06/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, docket update. | 79.00 |
| 04/06/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/07/04 | A. B. Abbott | 0.20 | Receive and review e-mails from D. Rosenfeld and S. Jenkins regarding depositions; conference with D. Rosenfeld regarding same | 45.00 |
| 04/07/04 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld; review and analyze docket update. | 79.00 |
| 04/08/04 | A. B. Abbott | 0.40 | Receive and review e-mails regarding depositions; conference with D. Rosenfeld regarding drafting of stipulation | 90.00 |
| 04/08/04 | J. C. Hutchins | 0.10 | Review docket update. | 39.50 |
| 04/08/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/12/04 | A. B. Abbott | 2.10 | Review correspondence regarding Saudi Aramco settlement negotiations; telephone conference with clients regarding arbitration; conference with D. Rosenfeld regarding same | 472.50 |
| 04/12/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket; prepare and send e-mail to K. Serrao. | 118.50 |
| 04/12/04 | D. E. Rosenfeld | 1.70 | Prepare for conference call; attend conference call; conference with A. Abbott regarding follow-up to conference call | 595.00 |
| 04/12/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/13/04 | A. B. Abbott | 1.60 | Conference with D. Rosenfeld regarding arbitration; review and analyze draft settlement agreement; draft e-mail to D. Rosenfeld regarding same; review pleadings | 360.00 |
| 04/13/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/14/04 | J. C. Hutchins | 0.10 | Review and analyze docket update. | 39.50 |
| 04/14/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/15/04 | A. B. Abbott | 0.40 | Draft stipulation | 90.00 |
| 04/15/04 | J. C. Hutchins | 0.20 | Review and analyze docket update; review and analyze miscellaneous pleadings. | 79.00 |
| 04/15/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary docket | 18.00 |
| 04/16/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding depositions; draft e-mail to S. Jenkins regarding same | 90.00 |
| 04/16/04 | J. C. Hutchins | 0.10 | Review and analyze docket update. | 39.50 |
| 04/16/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/19/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld regarding depositions | 45.00 |
| 04/19/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/20/04 | A. B. Abbott | 0.60 | Draft e-mail to S. Jenkins regarding stipulations; receive and review e-mail from S. Jenkins regarding 30(b)(6) deposition; conference with D. Rosenfeld regarding same | 135.00 |
| 04/20/04 | J. C. Hutchins | 0.40 | Review and analyze docket sheets. | 158.00 |
| 04/21/04 | A. B. Abbott | 1.90 | Review e-mail from S. Jenkins; draft response to S. Jenkins' e-mail regarding depositions and objections to 30(b)(6) topics; prepare deposition outlines | 427.50 |
| 04/21/04 | J. C. Hutchins | 0.30 | Review and analyze docket sheets. | 118.50 |
| 04/22/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket updates. | 118.50 |
| 04/22/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/23/04 | D. E. Rosenfeld | 4.90 | Prepare letter to S. Jenkins; prepare for depositions | 1,715.00 |
| 04/23/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary docket | 18.00 |
| 04/25/04 | A. B. Abbott | 7.60 | Draft stipulation regarding deposition of C. Struass; draft deposition outlines | 1,710.00 |
| 04/26/04 | A. B. Abbott | 6.20 | Conference with D. Rosenfeld regarding stipulations; receive and review e-mail from S. Jenkins; attention to arrangements for depositions; review docket; revise stipulation | 1,395.00 |
| 04/26/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings. | 197.50 |
| 04/27/04 | A. B. Abbott | 3.30 | Conference with D. Rosenfeld regarding stipulation; revise stipulation | 742.50 |
| 04/27/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, docket updates | 316.00 |
| 04/28/04 | A. B. Abbott | 4.20 | Draft deposition outlines | 945.00 |
| 04/28/04 | D. E. Rosenfeld | 7.30 | Prepare for depositions | 2,555.00 |
| 04/29/04 | A. B. Abbott | 7.20 | Draft deposition outlines | 1,620.00 |
| 04/29/04 | R. Cahill | 2.60 | Worked on deposition preparation | 416.00 |
| 04/29/04 | J. C. Hutchins | 0.40 | Review and analyze agenda for hearing (SAMBA matters not listed); review and analyze miscellaneous pleadings. | 158.00 |
| 04/29/04 | D. E. Rosenfeld | 8.20 | Prepare for depositions | 2,870.00 |
| 04/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 04/30/04 | A. B. Abbott | 4.60 | Conference with D. Rosenfeld regarding depositions; prepare documents for deposition and draft deposition outlines | 1,035.00 |
| 04/30/04 | R. Cahill | 4.80 | Worked on deposition preparation | 768.00 |
| 04/30/04 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 39.50 |
| 04/30/04 | D. E. Rosenfeld | 5.40 | Prepare for depositions | 1,890.00 |
| 04/30/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $   24,634.00 |

**Kirkpatrick & Lockhart LLP**

| | | | |
|---|---|---|---|
| A. B. Abbott | 52.40 hrs at $ 225/ hr | | $11,790.00 |
| R. Cahill | 7.40 hrs at $ 160/ hr | | $1,184.00 |
| J. C. Hutchins | 4.70 hrs at $ 395/ hr | | $1,856.50 |
| D. E. Rosenfeld | 27.50 hrs at $ 350/ hr | | $9,625.00 |
| K. A. Serrao | 0.70 hrs at $ 180/ hr | | $126.00 |
| K. Zinski | 0.50 hrs at $ 105/ hr | | $52.50 |
| TOTAL FEES | 93.20 hrs | $ | 24,634.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 7.73 |
| Facsimile | 21.00 |
| Copying Expense | 317.70 |
| Long Distance Courier | 58.99 |
| Transportation Expenses | 120.00 |
| Air Fare | 758.70 |
| Business Meal | 77.86 |
| Binding Charges | 9.00 |
| Service of Subpoena Cost | 115.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,485.98 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| 04/21/04 | 1259065 | 16,964.50 | 491.99 | 17,456.49 |
| | OUTSTANDING BALANCE | | $ | 33,614.24 |

Kirkpatrick & Lockhart LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 24,634.00 |
| Disbursements and Other Charges | $ | 1,485.98 |
| **CURRENT INVOICE DUE** | $ | **26,119.98** |
| Past Due Invoices * | $ | 33,614.24 |
| **TOTAL AMOUNT DUE** | $ | **59,734.22** |

* Does not include payments received after 05/14/04.

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 17, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1275338**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$ 32,871.00

Disbursements and Other Charges..........................................................................$  7,158.55

**CURRENT AMOUNT DUE** ...................................................................................$ 40,029.55

Prior Outstanding Invoices.....................................................................................$ 59,734.22

**TOTAL AMOUNT DUE**........................................................................................**$ 99,763.77**

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 17, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1275338 |
| Services Through | : | May 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/02/04 | A. B. Abbott | 5.10 | Conduct research and analyze case law regarding attorney client privilege and work product doctrine; draft memo regarding same; review and revise deposition outlines | 1,147.50 |
| 05/03/04 | A. B. Abbott | 11.30 | Review documents and deposition outlines; assist D. Rosenfeld with deposition preparation; travel to Baton Rouge for deposition of G. Graphia | 2,542.50 |
| 05/03/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 05/03/04 | D. E. Rosenfeld | 9.90 | Prepare for depositions; travel to Baton Rouge; meetings with A. Abbott; review documents for use at deposition of G. Graphia; telephone conference with S. Jenkins | 3,465.00 |
| 05/03/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/04/04 | A. B. Abbott | 11.00 | Review and prepare deposition exhibits; attend deposition of G. Graphia; travel to Houston for deposition of C. Strauss; assist D. Rosenfeld with deposition preparation | 2,475.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/04/04 | D. E. Rosenfeld | 10.80 | Prepare for and attend deposition of G. Graphia; travel to Houston, Texas for C. Strauss deposition; prepare for C. Strauss deposition | 3,780.00 |
| 05/05/04 | A. B. Abbott | 10.00 | Review and prepare deposition exhibits; attend deposition of C. Strauss; travel to Boston | 2,250.00 |
| 05/05/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates, miscellaneous pleadings regarding claim. | 276.50 |
| 05/05/04 | D. E. Rosenfeld | 10.30 | Prepare for and attend deposition of C. Strauss; travel to Boston | 3,605.00 |
| 05/06/04 | J. C. Hutchins | 0.10 | Attention to docket update. | 39.50 |
| 05/06/04 | D. E. Rosenfeld | 0.40 | Review docket information | 140.00 |
| 05/06/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/07/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 05/10/04 | J. C. Hutchins | 0.20 | Review and analyze docket; review and analyze miscellaneous pleadings. | 79.00 |
| 05/10/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/11/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 05/11/04 | D. E. Rosenfeld | 1.20 | Telephone conference with K. Mangan regarding status; prepare for hearing | 420.00 |
| 05/13/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/14/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 05/14/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/17/04 | A. B. Abbott | 0.40 | Receive and review e-mails from J. Hutchins; review discovery requests | 90.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/17/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates and miscellaneous pleadings; review facsimile from Landis Rath & Cobb; prepare and send e-mail to D. Rosenfeld regarding status of hearing regarding Bugsham matter on hearing agenda; receive and review e-mail from Landis firm (revised agenda adding status report regarding Shaw Group adversary proceeding; telephone conference with A. Abbott; telephone call from D. Rosenfeld; receive and review e-mail from A. Abbott (x2); receive and review e-mail from K. Mangan. | 276.50 |
| 05/18/04 | A. B. Abbott | 0.20 | Telephone conference with D. Rosenfeld regarding status conference | 45.00 |
| 05/18/04 | J. C. Hutchins | 1.40 | Receive and review e-mail from A. Abbott; telephone conference with counsel to S&W Liquidating Trust regarding A. Bugsham case and status conference; telephone call to K. Mangan; telephone conference with D. Rosenfeld regarding status conferences (x2); review and analyze docket; review and analyze miscellaneous pleadings. | 553.00 |
| 05/18/04 | D. E. Rosenfeld | 13.30 | Travel to Delaware, attend status conferences in S. Armco and Shaw cases | 4,655.00 |
| 05/18/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/19/04 | A. B. Abbott | 0.60 | Conference with D. Rosenfeld regarding status conference; receive and review e-mails regarding same | 135.00 |
| 05/19/04 | J. C. Hutchins | 1.30 | Receive and review e-mail from docket; conference with D. Rosenfeld regarding result of 5/18 status conference with Judge Walsh, mediation, deposition and discovery matters; receive and review e-mail from D. Rosenfeld to client (reporting status conference). | 513.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/19/04 | D. E. Rosenfeld | 3.20 | Conference with A. Abbott regarding strategy; telephone conference with K. Mangan regarding F. Conrad; email regarding F. Conrad; telephone conferences regarding F. Conrad; prepare email to client | 1,120.00 |
| 05/20/04 | A. B. Abbott | 0.90 | Draft letter to S. Jenkins; receive and review e-mail from D. Rosenfeld; review deposition exhibits and deposition transcripts | 202.50 |
| 05/20/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld regarding mediator; prepare and send e-mail to D. Rosenfeld; review and analyze docket updates; receive and review e-mail from D. Rosenfeld. | 118.50 |
| 05/21/04 | A. B. Abbott | 0.20 | Review deposition transcript of G. Graphia | 45.00 |
| 05/21/04 | J. C. Hutchins | 3.70 | Telephone call to D. Rosenfeld; review and analyze deposition transcript of C.L. Strauss; review and analyze deposition transcript of G. Graphia. | 1,461.50 |
| 05/24/04 | J. C. Hutchins | 0.60 | Review and analyze deposition of Graphia relative to case against Shaw. | 237.00 |
| 05/24/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/25/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings. | 276.50 |
| 05/25/04 | D. E. Rosenfeld | 0.30 | Prepare for client conference call | 105.00 |
| 05/25/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/26/04 | A. B. Abbott | 0.80 | Telephone conference with D. Rosenfeld and client regarding mediation and discovery requests; telephone call from K. Mangan; conference with D. Rosenfeld regarding mediation | 180.00 |
| 05/26/04 | J. C. Hutchins | 0.60 | Review and analyze docket update; review and analyze miscellaneous pleadings, file maintenance. | 237.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/26/04 | D. E. Rosenfeld | 0.90 | Telephone conference with clients regarding interrogatories, mediation and Bugshan's offer; review emails regarding mediation from F. Conrad, C. Benson, and J. Haupt | 315.00 |
| 05/27/04 | A. B. Abbott | 0.60 | Telephone conference with K. Mangan regarding mediation; telephone conference with D. Rosenfeld regarding same; review deposition transcripts and exhibits | 135.00 |
| 05/27/04 | J. C. Hutchins | 0.80 | Attention to file maintenance; review and analyze docket updates. | 316.00 |
| 05/27/04 | D. E. Rosenfeld | 0.60 | Review email from C. Benson, J. Haupt, and F. Conrad; draft email to counsel regarding S. Aramco matter | 210.00 |
| 05/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/28/04 | J. C. Hutchins | 2.10 | Review and analyze miscellaneous pleadings; review and analyze Shaw depositions; attention to file maintenance. | 829.50 |
| 05/28/04 | D. E. Rosenfeld | 0.30 | Review email regarding mediation | 105.00 |
| | TOTAL FEES | | | $ 32,871.00 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| A. B. Abbott | | 41.10 | hrs at | $ | 225 | / hr | $9,247.50 |
| J. C. Hutchins | | 14.20 | hrs at | $ | 395 | / hr | $5,609.00 |
| D. E. Rosenfeld | | 51.20 | hrs at | $ | 350 | / hr | $17,920.00 |
| K. Zinski | | 0.90 | hrs at | $ | 105 | / hr | $94.50 |
| | TOTAL FEES | 107.40 hrs | | $ | | | 32,871.00 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 16.38 |
| Copying Expense | 143.64 |
| Copying Expense (Outside Off.) | 1,284.31 |
| Long Distance Courier | 436.15 |
| Other Data Base Research | 9.52 |
| Transportation Expenses | 67.00 |
| Air Fare | 5,188.06 |
| Business Meal | 7.49 |
| Binding Charges | 6.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 7,158.55 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| 04/21/04 | 1259065 | 16,964.50 | 491.99 | 17,456.49 |
| 05/13/04 | 1265259 | 24,634.00 | 1,485.98 | 26,119.98 |
| | OUTSTANDING BALANCE | | $ | 59,734.22 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 32,871.00 |
| Disbursements and Other Charges | $ | 7,158.55 |
| **CURRENT INVOICE DUE** | $ | 40,029.55 |
| Past Due Invoices * | $ | 59,734.22 |
| **TOTAL AMOUNT DUE** | $ | 99,763.77 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 19, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    **1296442**
**Client No.:**    **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
June 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ...............................................$ 50,176.50

Disbursements and Other Charges.........................................................$   5,009.60

**CURRENT AMOUNT DUE** .........................................................$ 55,186.10

Prior Outstanding Invoices ........................................................$        .00

**TOTAL AMOUNT DUE**.........................................................$  55,186.10

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 19, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1296442 |
| Services Through | : | June 30, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/01/04 | A. B. Abbott | 2.10 | Conference with D. Rosenfeld regarding mediation; draft e-mails to K. Mangan regarding same; telephone conference regarding Saudi Aramco mediation; telephone conference with J. Houpt regarding mediation schedule; telephone conference with S. Jenkins regarding mediation | 472.50 |
| 06/01/04 | J. C. Hutchins | 0.50 | Review and analyze docket updates; review and analyze various claims, objections. | 197.50 |
| 06/01/04 | D. E. Rosenfeld | 2.90 | Prepare for mediation conference; telephone conference with A. Abbott and J. Houpt; telephone conference with parties to S. Aramco mediation; review and send emails to S. Jenkins regarding mediation; telephone conference with F. Conrad; second telephone conference with F. Conrad | 1,015.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/02/04 | A. B. Abbott | 1.60 | Telephone conference with S. Jenkins; conference with D. Rosenfeld regarding motion to withdraw reference; telephone conference with K. Mangan regarding stipulation; review motion for determination of non-core proceeding | 360.00 |
| 06/02/04 | J. C. Hutchins | 2.10 | Review and analyze docket updates; review and analyze Shaw motion for non-core determination; review and analyze Shaw motion to withdraw the reference; prepare and send e-mail to D. Rosenfeld; telephone call from D. Rosenfeld. | 829.50 |
| 06/02/04 | D. E. Rosenfeld | 2.90 | Review email from S. Jenkins; review email from client; conference with J. Hutchins; review motions for a non core finding and to withdraw reference | 1,015.00 |
| 06/02/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 06/03/04 | A. B. Abbott | 2.90 | Telephone conference with S. Jenkins, Judge Conrad and D. Rosenfeld; conference with D. Rosenfeld regarding same; review and analyze motion to withdraw reference | 652.50 |
| 06/03/04 | J. C. Hutchins | 0.50 | Review and analyze motion for determination that Shaw case is non-core; review and analyze miscellaneous pleadings and docket. | 197.50 |
| 06/03/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 06/04/04 | A. B. Abbott | 0.20 | Review proposed memorandum of understanding | 45.00 |
| 06/04/04 | J. C. Hutchins | 1.60 | Review and analyze Shaw;s motions regarding non-core determination and to withdraw the reference; compare prior pleadings; review and analyze miscellaneous pleadings. | 632.00 |
| 06/04/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/07/04 | A. B. Abbott | 0.30 | Receive and review e-mails from D. Rosenfeld regarding mediation and discovery responses | 67.50 |
| 06/07/04 | J. C. Hutchins | 1.10 | Review and analyze miscellaneous pleadings; review and analyze Shaw motions; prepare comments. | 434.50 |
| 06/08/04 | A. B. Abbott | 0.10 | Telephone call to S. Jenkins regarding discovery responses | 22.50 |
| 06/08/04 | J. C. Hutchins | 1.10 | Research and analyze motion for non-core matter determination and prior briefs for consistency. | 434.50 |
| 06/08/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 06/09/04 | A. B. Abbott | 2.60 | Conference with R. Sparkes regarding research; review and analyze motion for noncore proceeding and motion to withdraw reference | 585.00 |
| 06/09/04 | J. C. Hutchins | 0.60 | Attention to file maintenance; review Shaw motions. | 237.00 |
| 06/09/04 | D. E. Rosenfeld | 3.30 | Prepare mediation statement; conference with A. Abbott | 1,155.00 |
| 06/09/04 | R. W. Sparkes | 4.40 | Background research of Bankruptcy Court Procedure and Jurisdiction; meeting with Amy Abbott; reading and analyzing the opposition's memoranda; case law research on Delaware Bankruptcy jurisdiction | 726.00 |
| 06/10/04 | A. B. Abbott | 1.10 | Review memorandum of understanding and e-mails concerning mediation; review discovery requests | 247.50 |
| 06/10/04 | R. W. Sparkes | 5.50 | Researching case law, outlining and beginning to draft a memorandum regarding bankruptcy jurisdiction in the District of Delaware | 907.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/11/04 | A. B. Abbott | 4.70 | Draft proposed order referring adversary proceeding; conference with D. Rosenfeld regarding same; draft answers to Shaw's second set of interrogatories; draft e-mail to client regarding memorandum of understanding; draft e-mail to S. Jenkins and Judge Conrad regarding proposed order | 1,057.50 |
| 06/11/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings, docket updates. | 197.50 |
| 06/11/04 | R. W. Sparkes | 5.20 | Drafting a memorandum regarding the factors relevant to the Bankruptcy Court for the District of Delaware in determining whether a proceeding is a core or non-core proceeding | 858.00 |
| 06/14/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings; review and analyze motion for non-core determination. | 553.00 |
| 06/14/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 06/14/04 | R. W. Sparkes | 7.00 | Draft, edit and proofread memorandum on Bankruptcy Court Jurisdiction in the District of Delaware | 1,155.00 |
| 06/15/04 | J. C. Hutchins | 2.50 | Review and analyze Shaw's motion for non-core determination and to withdraw reference to Bankruptcy Court; prepare comments and edits on same; review and analyze docket updates, miscellaneous claim objections. | 987.50 |
| 06/15/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 06/16/04 | A. B. Abbott | 6.80 | Draft answers to Shaw's second set of interrogatories and response to Shaw's second request for production of documents; conference with D. Rosenfeld regarding same | 1,530.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/16/04 | J. C. Hutchins | 1.10 | Finished review of Shaw's motion for non-core determination and withdrawal of reference; prepared memorandum D. Rosenfeld regarding comments on same. | 434.50 |
| 06/16/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 06/17/04 | A. B. Abbott | 3.20 | Conference with R. Sparkes regarding research; draft answers to Shaw's second set of interrogatories; draft e-mail to J. Marigomen regarding conference call | 720.00 |
| 06/17/04 | J. C. Hutchins | 0.40 | Review and analyze objection to claims by Shaw; review and analyze docket updates. | 158.00 |
| 06/17/04 | R. W. Sparkes | 0.60 | Meet with Amy Abbott to discuss research memo and conclusions on the Bankruptcy Court jurisdiction issues | 99.00 |
| 06/18/04 | A. B. Abbott | 3.10 | Draft response to motion for determination of non-core proceeding | 697.50 |
| 06/18/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 158.00 |
| 06/21/04 | A. B. Abbott | 5.40 | Conference with D. Rosenfeld regarding interrogatory responses; draft response to motion for determination of non-core proceeding | 1,215.00 |
| 06/21/04 | J. C. Hutchins | 1.40 | Review and analyze docket; prepare and send e-mail to K. Zinski regarding Hyundai Heavy Industries cure claim and administrative expense claim and objections; receive and review e-mail from K. Zinski regarding Hyundai documents; note differences and similarities to SAMBA positions; review and analyze status of core matter determination and sale order. | 553.00 |
| 06/21/04 | D. E. Rosenfeld | 1.60 | Prepare for conference call; conference with A. Abbott regarding drafting issues | 560.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/22/04 | A. B. Abbott | 9.70 | Conference with D. Rosenfeld regarding Shaw's second set of interrogatories; draft response to motion for determination of non-core proceeding; draft e-mails to J. Marigomen | 2,182.50 |
| 06/22/04 | J. C. Hutchins | 2.30 | Review and analyze objections of Hyundai Heavy Industries claim relative to assumed contracts and assumed liabilities; conference with D. Rosenfeld; review and analyze miscellaneous claim objections. | 908.50 |
| 06/23/04 | A. B. Abbott | 3.30 | Conference with D. Rosenfeld regarding discovery responses; draft e-mail to D. Rosenfeld regarding same; draft response to motion for determination that proceeding is non-core | 742.50 |
| 06/23/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 06/23/04 | D. E. Rosenfeld | 1.10 | Prepare for and attend conference call with client | 385.00 |
| 06/24/04 | A. B. Abbott | 4.80 | Revise response to Shaw's motion for determination of non-core proceeding; conference with D. Rosenfeld regarding same; telephone conference with S. Jenkins regarding discovery responses; draft letter to S. Jenkins regarding same | 1,080.00 |
| 06/24/04 | J. C. Hutchins | 0.40 | Conference with D. Rosenfeld; review and analyze Shaw non-core motion. | 158.00 |
| 06/25/04 | A. B. Abbott | 3.60 | Conduct research and analyze case law regarding core proceedings; revise response to Shaw's motion for determination of non-core proceedings; draft mediation statement | 810.00 |
| 06/25/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 118.50 |
| 06/25/04 | D. E. Rosenfeld | 1.70 | Prepare mediation statements and discovery answers | 595.00 |
| 06/26/04 | A. B. Abbott | 7.20 | Draft answering brief to Shaw's motion for withdrawal of the reference | 1,620.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/27/04 | A. B. Abbott | 4.60 | Revise answering brief to Shaw's motion for withdrawal of reference; draft mediation statement | 1,035.00 |
| 06/28/04 | A. B. Abbott | 7.20 | Conference with D. Rosenfeld regarding SAMBA's reply to Shaw's motion for determination of non-core proceeding and SAMBA's answering brief to Shaw's motion for withdrawal of the reference; draft mediation statement; conference with R. Cahill regarding compiling pleadings for mediator; conferences with DER regarding mediation statement | 1,620.00 |
| 06/28/04 | R. Cahill | 3.30 | Worked on preparation for mediation hearing | 528.00 |
| 06/28/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings, objections; review and analyze draft response to Shaw's motion for core determination. | 513.50 |
| 06/28/04 | D. E. Rosenfeld | 8.20 | Prepare non-core response; prepare and revise withdrawal response; prepare and revise mediation memoranda; prepare email to client; conferences with A. Abbott | 2,870.00 |
| 06/29/04 | A. B. Abbott | 7.90 | Draft mediation statements; conferences with DER regarding same; conference with D. Rosenfeld and J. Hutchins regarding response to motion for withdrawal of reference and motion for determination of non-core proceeding | 1,777.50 |
| 06/29/04 | R. Cahill | 0.90 | Worked on mediation preparation | 144.00 |
| 06/29/04 | J. C. Hutchins | 3.50 | Review and analyze draft of response regarding Shaw's non-core motion; review and analyze draft response regarding Shaw motion to withdraw reference; review and analyze sale order, Shaw's motion and related documents; revise and edit responses; conference with D. Rosenfeld and A. Abbott regarding same; review and analyze status. | 1,382.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/29/04 | D. E. Rosenfeld | 9.40 | Prepare non-core response; prepare and revise withdrawal response; prepare and revise mediation memoranda; prepare email to client; conferences with A. Abbott | 3,290.00 |
| 06/30/04 | A. B. Abbott | 8.80 | Review and revise mediation statements; conference with D. Rosenfeld and J. Hutchins regarding same; attention to filing and serving answering brief to Shaw's motion to withdraw the reference and response to Shaw's motion for determination of non-core proceeding; attention to filing mediation statements and relevant pleadings | 1,980.00 |
| 06/30/04 | R. Cahill | 2.10 | Worked on mediation preparation | 336.00 |
| 06/30/04 | J. C. Hutchins | 2.80 | Review and analyze revised draft of responses to Shaw motions for non-core determination and to withdraw reference; revise and edit same; conference with A. Abbott regarding same; telephone conference with D. Rosenfeld; review and analyze mediation statements for Shaw and Saudi Aramco mediations; conference with D. Rosenfeld and A. Abbott regarding same; review and analyze docket update. | 1,106.00 |
| 06/30/04 | D. E. Rosenfeld | 10.20 | Prepare and finalize pleadings and mediation statements; prepare correspondence to mediator | 3,570.00 |
| 06/30/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |

TOTAL FEES $ 50,176.50

| | | | | |
|------|------|------|------|------|
| A. B. Abbott | 91.20 | hrs at | $ 225 / hr | $20,520.00 |
| R. Cahill | 6.30 | hrs at | $ 160 / hr | $1,008.00 |
| J. C. Hutchins | 26.20 | hrs at | $ 395 / hr | $10,349.00 |
| D. E. Rosenfeld | 41.30 | hrs at | $ 350 / hr | $14,455.00 |
| K. A. Serrao | 0.20 | hrs at | $ 180 / hr | $36.00 |
| R. W. Sparkes | 22.70 | hrs at | $ 165 / hr | $3,745.50 |
| K. Zinski | 0.60 | hrs at | $ 105 / hr | $63.00 |

TOTAL FEES    188.50 hrs    $ 50,176.50

**Kirkpatrick & Lockhart LLP**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Telephone | | 15.12 |
| Facsimile | | 5.25 |
| Copying Expense | | 310.68 |
| Long Distance Courier | | 108.43 |
| Westlaw Research | | 87.84 |
| Travel Expenses | | 1,029.95 |
| Transportation Expenses | | 295.78 |
| Cab Fare | | 125.50 |
| Air Fare | | 360.70 |
| Binding Charges | | 9.00 |
| Charge for Transcripts | | 2,591.35 |
| Other | | 70.00 |
| | DISBURSEMENTS & OTHER CHARGES | $ 5,009.60 |

## INVOICE SUMMARY

| Fees | $ | 50,176.50 |
|---|---|---|
| Disbursements and Other Charges | $ | 5,009.60 |
| **CURRENT INVOICE DUE** | $ | **55,186.10** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 19, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1298435 |
| Services Through | : | July 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/01/04 | A. B. Abbott | 0.90 | Prepare and send pleadings to mediator | 202.50 |
| 07/01/04 | D. E. Rosenfeld | 0.40 | Review email; telephone conference with J. Houpt regarding mediation | 140.00 |
| 07/01/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 07/02/04 | J. C. Hutchins | 1.70 | Receive and review e-mail from Zinski; review and analyze docket updates regarding filings; attention to file maintenance. | 671.50 |
| 07/02/04 | D. E. Rosenfeld | 3.20 | Review court filings; conference call with J. Houpt; call to C. Benson | 1,120.00 |
| 07/02/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 07/06/04 | A. B. Abbott | 0.50 | Conduct research regarding evidentiary rules in Delaware District Court | 112.50 |
| 07/07/04 | A. B. Abbott | 1.40 | Telephone conference with D. Rosenfeld; receive and review e-mail from J. Marigomen; draft e-mail to J. Marigomen; draft letter to Judge Conrad enclosing retainer; conference with S. Waelchli regarding admissibility of court orders | 315.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/07/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; attention to docket updates. | 237.00 |
| 07/07/04 | S. M. Waelchli | 0.80 | Consult with A. Abbott regarding assignment on admissibility of bankruptcy court rulings; begin Lexis research | 132.00 |
| 07/08/04 | A. B. Abbott | 0.60 | Attention to e-mails from K. Mangan, J. Houpt and D. Rosenfeld; Review transmittal of motion to district court and Shaw's completion of briefing notices; revise SAMBA's answers to Shaw's second set of interrogatories | 135.00 |
| 07/08/04 | J. C. Hutchins | 0.30 | Review and analyze agenda for hearing; docket entries regarding Shaw case. | 118.50 |
| 07/08/04 | S. M. Waelchli | 1.00 | Research print sources - evidence treatises for admission of bankruptcy rulings in district court | 165.00 |
| 07/08/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 07/09/04 | A. B. Abbott | 0.30 | Revise SAMBA's answers to Shaw's second set of interrogatories | 67.50 |
| 07/09/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings, agenda; attention to file maintenance. | 553.00 |
| 07/12/04 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings regarding settlement of claims objections and Shaw objections regarding claims; review and analyze responses to Shaw motion to withdraw reference and for completion of briefing regarding non-core determination. | 355.50 |
| 07/13/04 | J. C. Hutchins | 1.30 | Attention to file maintenance; review and analyze invoices from local counsel; review and analyze miscellaneous pleadings regarding settlement of other adversary proceedings; additional file maintenance and organization. | 513.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/14/04 | J. C. Hutchins | 1.50 | Conference with D. Rosenfeld regarding support from liquidating trustee regarding Shaw case; status of mediation proceedings; review and analyze docket updates. | 592.50 |
| 07/15/04 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; review and analyze motion by liquidating trustee to dismiss action in Delaware District Court regarding Saudi Aramco withdrawal of reference; conference with D. Rosenfeld regarding same. | 474.00 |
| 07/16/04 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld; attention to file maintenance; review and analyze docket updates. | 355.50 |
| 07/16/04 | J. C. Hutchins | 1.40 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze docket update. | 553.00 |
| 07/19/04 | A. B. Abbott | 3.10 | Conference with D. Rosenfeld regarding mediation; review e-mails regarding same; telephone conference with D. Rosenfeld and Judge Conrad; telephone call to J. Marigomen; review and revise SAMBA's answers to Shaw's second set of interrogatories | 697.50 |
| 07/19/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding claims, objections, settlements. | 237.00 |
| 07/19/04 | D. E. Rosenfeld | 1.20 | Revise discovery | 420.00 |
| 07/20/04 | A. B. Abbott | 9.10 | Telephone conference with J. Marigomen and D. Rosenfeld; revise SAMBA's answers to Shaw's second set of interrogatories; telephone conference with D. Rosenfeld regarding same; review and analyze documents; draft e-mail to J. Marigomen | 2,047.50 |
| 07/20/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/20/04 | D. E. Rosenfeld | 0.50 | Review interrogatories; conference with client; conference with A. Abbott; review F. Conrad's correspondence | 175.00 |
| 07/21/04 | A. B. Abbott | 0.90 | Receive and review e-mail from J. Marigomen; telephone conference with S. Jenkins regarding discovery responses and mediation; draft e-mail to D. Rosenfeld regarding same; draft letter to S. Jenkins regarding extension of time to respond to discovery | 202.50 |
| 07/21/04 | J. C. Hutchins | 0.80 | Attention to file maintenance. | 316.00 |
| 07/22/04 | J. C. Hutchins | 1.20 | Review and analyze miscellaneous pleadings, docket updates; attention to file maintenance. | 474.00 |
| 07/23/04 | A. B. Abbott | 0.60 | Conference with D. Rosenfeld and J. Hutchins regarding SAMBA's answers to Shaw's second set of interrogatories; review and analyze documents | 135.00 |
| 07/23/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates; conference with D. Rosenfeld regarding answers to interrogatories; review and analyze draft answer to interrogatories. | 513.50 |
| 07/23/04 | D. E. Rosenfeld | 1.20 | Conference with J. Hutchins and A. Abbott regarding interrogatories; telephone conference with S. Jenkins regarding mediation | 420.00 |
| 07/26/04 | D. E. Rosenfeld | 0.20 | Review email regarding scheduling issues | 70.00 |
| 07/26/04 | S. M. Waelchli | 6.00 | Research admissibility of bankruptcy proceedings in district court case -- Westlaw and print sources search | 990.00 |
| 07/27/04 | S. M. Waelchli | 4.70 | Research case law and treatises on entering court orders into evidence; begin drafting memorandum | 775.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/28/04 | S. M. Waelchli | 1.90 | Read cases on judicial notice of court decisions; draft memorandum; Westlaw (free) research on judicial notice of court orders/transcripts | 313.50 |
| | | | TOTAL FEES | $ 14,790.00 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| A. B. Abbott | | 17.40 | hrs at | $ | 225 | / hr | $3,915.00 |
| J. C. Hutchins | | 15.50 | hrs at | $ | 395 | / hr | $6,122.50 |
| D. E. Rosenfeld | | 6.70 | hrs at | $ | 350 | / hr | $2,345.00 |
| S. M. Waelchli | | 14.40 | hrs at | $ | 165 | / hr | $2,376.00 |
| K. Zinski | | 0.30 | hrs at | $ | 105 | / hr | $31.50 |
| | TOTAL FEES | | 54.30 hrs | | | $ | 14,790.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 10.48 |
| Facsimile | 12.75 |
| Copying Expense | 23.94 |
| Long Distance Courier | 87.76 |
| Westlaw Research | 140.08 |
| OT Dinner, Cabs, Parking | 22.00 |
| Travel Expenses | 95.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 392.51 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 07/19/04 | 1296442 | 50,176.50 | 5,009.60 | 55,186.10 |
| | OUTSTANDING BALANCE | | $ | 55,186.10 |

### INVOICE SUMMARY

| | | |
|--|--|--|
| Fees | $ | 14,790.00 |
| Disbursements and Other Charges | $ | 392.51 |
| **CURRENT INVOICE DUE** | $ | **15,182.51** |
| Past Due Invoices [*] | $ | 55,186.10 |
| **TOTAL AMOUNT DUE** | $ | **70,368.61** |