# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

September 24, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | | |
|---|---|---|---|
| Our File Number | : | 0508830.0901 | |
| Invoice | : | 1309433 | |
| Services Through | : | August 31, 2004 | |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/02/04 | J. C. Hutchins | 0.80 | Review and analyze docket entries, miscellaneous pleadings, discovery issues. | 316.00 |
| 08/02/04 | S. M. Waelchli | 7.00 | Draft memo to A. Abbott regarding admissibility of bankruptcy court records into related district court case; case law and treatise research | 1,155.00 |
| 08/03/04 | J. C. Hutchins | 0.50 | Review and analyze draft answer to interrogatory; brief conference with D. Rosenfeld; review and analyze miscellaneous pleadings. | 197.50 |
| 08/03/04 | D. E. Rosenfeld | 0.40 | Conference call with J. Houpt regarding status | 140.00 |
| 08/03/04 | S. M. Waelchli | 1.80 | Edit memo; further Westlaw research on what facts in court records be judicially noticed | 297.00 |
| 08/04/04 | A. B. Abbott | 2.20 | Conference with D. Rosenfeld and J. Hutchins regarding SAMBA's answers to Shaw's second set of interrogatories; revise same; conference with D. Rosenfeld regarding mediation; conference with S. Waelchli regarding evidence research | 495.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/04/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld and A. Abbott regarding answers to interrogatories, status regarding mediations, case management matters. | 395.00 |
| 08/04/04 | S. M. Waelchli | 5.40 | Draft, edit, and proof-read memo to A. Abbott regarding admission of bankruptcy court record into district court | 891.00 |
| 08/05/04 | J. C. Hutchins | 1.70 | Review and analyze miscellaneous pleadings; file maintenance. | 671.50 |
| 08/05/04 | D. E. Rosenfeld | 0.30 | Email to F. Conrad regarding scheduling | 105.00 |
| 08/06/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; file maintenance. | 158.00 |
| 08/09/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; docket update. | 79.00 |
| 08/09/04 | D. E. Rosenfeld | 0.80 | Calls regarding mediation scheduling | 280.00 |
| 08/11/04 | A. B. Abbott | 1.30 | Telephone conference with A. Swope regarding omnibus objections; review file and docket | 292.50 |
| 08/11/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 08/12/04 | A. B. Abbott | 1.80 | Review files and docket regarding omnibus objections; review Shaw's objection to settlement agreement; conference with D. Rosenfeld regarding same | 405.00 |
| 08/13/04 | A. B. Abbott | 0.90 | Conference with D. Rosenfeld regarding status conference; review agenda | 202.50 |
| 08/13/04 | J. C. Hutchins | 0.40 | Review facsimile from liquidating Trustee regarding status conference on 3 adversary proceedings; telephone conference with Rosenfeld regarding attending; receive and review e-mail from K. Mumford regarding same. | 158.00 |
| 08/16/04 | A. B. Abbott | 0.60 | Conferences with D. Rosenfeld regarding status conference and mediation; review agenda | 135.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/16/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, revised agenda; reconcile Monzack & Monaco invoices. | 276.50 |
| 08/16/04 | D. E. Rosenfeld | 11.60 | Travel to and from Delaware; prepare for and attend conference with Judge Walsh | 4,060.00 |
| 08/17/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 08/18/04 | J. C. Hutchins | 0.40 | Telephone call to D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding status. | 158.00 |
| 08/19/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket updates. | 118.50 |
| 08/20/04 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld regarding Monzack & Monaco invoices; review and analyze miscellaneous pleadings. | 79.00 |
| 08/23/04 | J. C. Hutchins | 0.80 | Receive and review e-mail from D. Rosenfeld; receive and review e-mail from B. Allensworth; review and analyze Monzack & Monaco statements, payment history. | 316.00 |
| 08/24/04 | J. C. Hutchins | 0.60 | Reconcile Monzack & Monaco statements and accounts; conference with D. Rosenfeld; review and analyze miscellaneous pleadings regarding objections to claims, settlements. | 237.00 |
| 08/25/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; reconcile M&M invoices. | 197.50 |
| 08/26/04 | J. C. Hutchins | 0.90 | Draft letter to J. Marigomen regarding Monzack & Monaco reconciliation; telephone conference with K. Mangan regarding same; telephone conference with D. Rosenfeld regarding mediation. | 355.50 |
| 08/27/04 | J. C. Hutchins | 0.60 | Revise and edit letter to Marigomen; review and analyze miscellaneous pleadings. | 237.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/30/04 | A. B. Abbott | 0.20 | Receive and review e-mails from S. Jenkins; conference with D. Rosenfeld regarding mediation schedule | 45.00 |
| 08/30/04 | J. C. Hutchins | 1.50 | Revise and edit letter to J. Marigomen regarding Monzack & Monaco invoices; reconcile statements; proofread and review letter to Marigomen. | 592.50 |
| 08/31/04 | A. B. Abbott | 0.50 | Telephone conference with Judge Conrad regarding mediation; conference with D. Rosenfeld regarding same | 112.50 |
| 08/31/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding objections to claims, motions to extend deadline for objecting. | 197.50 |
| 08/31/04 | D. E. Rosenfeld | 0.30 | Conference with A. Abbott regarding scheduling; review email from S. Jenkins and Judge F. Conrad regarding scheduling | 105.00 |
| | | | TOTAL FEES | $    13,658.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 7.50 hrs at | $ 225 / hr | | $1,687.50 |
| J. C. Hutchins | 12.50 hrs at | $ 395 / hr | | $4,937.50 |
| D. E. Rosenfeld | 13.40 hrs at | $ 350 / hr | | $4,690.00 |
| S. M. Waelchli | 14.20 hrs at | $ 165 / hr | | $2,343.00 |
| | TOTAL FEES | 47.60 hrs | | $    13,658.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 9.58 |
| Copying Expense | 43.02 |
| Long Distance Courier | 45.15 |
| Lexis Research | 26.11 |
| Westlaw Research | 132.69 |
| Travel Expenses | 32.00 |
| Cab Fare | 33.30 |
| Air Fare | 52.60 |
| Other | 113.68 |
| DISBURSEMENTS & OTHER CHARGES | $    488.13 |

**Kirkpatrick & Lockhart** LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 07/19/04 | 1296442 | 50,176.50 | 5,009.60 | 55,186.10 |
| 08/19/04 | 1298435 | 14,790.00 | 392.51 | 15,182.51 |
| | OUTSTANDING BALANCE | | $ | 70,368.61 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 13,658.00 |
| Disbursements and Other Charges | $ | 488.13 |
| **CURRENT INVOICE DUE** | $ | **14,146.13** |
| Past Due Invoices * | $ | 70,368.61 |
| **TOTAL AMOUNT DUE** | $ | **84,514.74** |

* Does not include payments received after 9/23/04.

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261 3100
www.kl.com

October 18, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1320272**
**Client No.:**      **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
September 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ...........................................................$    3,908.00

Disbursements and Other Charges...........................................................................$     761.62

**CURRENT AMOUNT DUE** ...................................................................................$    4,669.62

Prior Outstanding Invoices ...................................................................................$ 19,363.78  *14,146.13*

**TOTAL AMOUNT DUE**.........................................................................................$ 24,033.40

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 18, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1320272 |
| Services Through | : | September 30, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/04 | A. B. Abbott | 0.10 | Receive and review e-mails regarding mediation | 22.50 |
| 09/01/04 | D. E. Rosenfeld | 0.40 | Prepare for client call | 140.00 |
| 09/02/04 | A. B. Abbott | 0.90 | Receive and review e-mail from S. Jenkins; conference with D. Rosenfeld regarding mediation | 202.50 |
| 09/02/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings regarding claims settlements and objections to claims; memorandum to D. Rosenfeld | 276.50 |
| 09/06/04 | D. E. Rosenfeld | 0.40 | Call with clients regarding discovery and mediation | 140.00 |
| 09/08/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/13/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/14/04 | J. C. Hutchins | 0.70 | Review and analyze omnibus hearing notice, miscellaneous pleadings. | 276.50 |
| 09/15/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding claim objections, discovery. | 158.00 |
| 09/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/17/04 | A. B. Abbott | 0.20 | Receive and review e-mails from K. Mangan | 45.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/20/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings. | 158.00 |
| 09/21/04 | A. B. Abbott | 0.60 | Review e-mails regarding mediation; draft letter to Judge Conrad confirming mediation schedule; draft letter to client regarding retainer | 135.00 |
| 09/22/04 | A. B. Abbott | 0.70 | Review e-mail correspondence regarding mediation; revise letter to J. Conrad; review agenda of matters scheduled for hearing | 157.50 |
| 09/22/04 | J. C. Hutchins | 0.40 | Review and analyze agenda for omnibus hearings; review and analyze miscellaneous pleadings. | 158.00 |
| 09/23/04 | J. C. Hutchins | 0.40 | Receive and review e-mail from F. Monaco; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings; prepare and send e-mail to C. Shitzinger (Monzack & Monaco). | 158.00 |
| 09/23/04 | D. E. Rosenfeld | 0.30 | Review correspondence from Court | 105.00 |
| 09/27/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous claim resolution proceedings; prepare and send e-mail to D. Rosenfeld. | 158.00 |
| 09/27/04 | D. E. Rosenfeld | 0.30 | Prepare for mediation; call to A. Mahrous regarding invoice issues and follow-up email | 105.00 |
| 09/28/04 | J. C. Hutchins | 0.60 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to F. Monaco; review and analyze miscellaneous pleadings. | 237.00 |
| 09/28/04 | D. E. Rosenfeld | 0.80 | Call to client; prepare for mediation | 280.00 |
| 09/29/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 09/30/04 | A. B. Abbott | 0.10 | Telephone call to L. Sherman regarding proposed scheduling order | 22.50 |
| 09/30/04 | J. C. Hutchins | 0.30 | Review and analyze Monaco invoice; review and analyze miscellaneous pleadings. | 118.50 |
| 09/30/04 | D. E. Rosenfeld | 1.20 | Prepare for mediation; review J. Robinson's order regarding scheduling | 420.00 |
| | TOTAL FEES | | | $    3,908.00 |

**Kirkpatrick & Lockhart LLP**

| | | | |
|---|---|---|---|
| A. B. Abbott | 2.60 hrs at $ 225 / hr | | $585.00 |
| J. C. Hutchins | 5.40 hrs at $ 395 / hr | | $2,133.00 |
| D. E. Rosenfeld | 3.40 hrs at $ 350 / hr | | $1,190.00 |
| | TOTAL FEES | 11.40 hrs | $ 3,908.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.50 |
| Facsimile | 9.00 |
| Copying Expense | 7.74 |
| Long Distance Courier | 134.82 |
| Lexis Research | 0.03 |
| Westlaw Research | 113.94 |
| Travel Expenses | 151.24 |
| Cab Fare | 79.65 |
| Air Fare | 264.70 |
| DISBURSEMENTS & OTHER CHARGES | $ 761.62 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 07/19/04 | 1296442 | 5,217.65 | 0.00 | 5,217.65 |
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| | OUTSTANDING BALANCE | | $ | 19,363.78 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,908.00 |
| Disbursements and Other Charges | $ | 761.62 |
| **CURRENT INVOICE DUE** | $ | **4,669.62** |
| Past Due Invoices * | $ | 19,363.78 |
| **TOTAL AMOUNT DUE** | $ | **24,033.40** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 8, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1331512**
**Client No.:**      **0508830.0901**

---

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
October 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization .................................................. $ 59,207.50

Disbursements and Other Charges.......................................................... $    678.00

**CURRENT AMOUNT DUE** ................................................................. $ 59,885.50

Prior Outstanding Invoices ..................................................................... $ 18,815.75

**TOTAL AMOUNT DUE** ...................................................................... $ 78,701.25

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 8, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1331512 |
| Services Through | : | October 31, 2004 |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/04 | A. B. Abbott | 0.20 | Receive and review e-mails from L. Sherman; attention to scheduling of telephone conference regarding discovery plan | 45.00 |
| 10/01/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; check status of local counsel invoices; attention to file maintenance; review and analyze agenda for hearing. | 513.50 |
| 10/04/04 | A. B. Abbott | 0.50 | Conference with D. Rosenfeld regarding mediation; receive and review e-mail from J. Marigomen; draft e-mail to J. Marigomen | 112.50 |
| 10/04/04 | J. C. Hutchins | 0.90 | Rview and analyze miscellaneous pleadings. | 355.50 |
| 10/05/04 | A. B. Abbott | 0.50 | Telephone conference with S. Jenkins, L. Sherman, and D. Rosenfeld regarding scheduling conference; review court order for scheduling conference | 112.50 |
| 10/05/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings and settlement stipulations; review and analyze docket. | 237.00 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/05/04 | D. E. Rosenfeld | 2.80 | Prepare for hearing; telephone conference with S. Jenkins, A. Abbott and L. Sherman | 980.00 |
| 10/06/04 | A. B. Abbott | 1.20 | Draft e-mail to client regarding interrogatory answers; revise interrogatory answers; review document response | 270.00 |
| 10/06/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 10/07/04 | A. B. Abbott | 0.20 | Review draft proposed scheduling order and letter to Judge Robinson | 45.00 |
| 10/08/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld re proposed scheduling order | 45.00 |
| 10/11/04 | A. B. Abbott | 1.30 | Receive and review e-mail from J. Marigomen; draft e-mail to J. Houpt re scheduling conference; telephone conference with D. Rosenfeld re same; revise SAMBA's answers to Shaw's second set of interrogatories; draft e-mail to J. Marigomen re same | 292.50 |
| 10/12/04 | A. B. Abbott | 1.80 | Conference with D. Rosenfeld regarding mediation; telephone conference with J. Marigomen regarding interrogatory answers; revise interrogatory answers; draft e-mails to J. Marigomen regarding same; attention to filing and serving interrogatory answers and document response | 405.00 |
| 10/12/04 | D. E. Rosenfeld | 4.60 | Prepare for telephone conference with court and all counsel; review email from J. Houpt regarding mediations | 1,610.00 |
| 10/13/04 | A. B. Abbott | 1.50 | Telephone conference with Judge Robinson, D. Rosenfeld, S. Jenkins, and J. Houpt; conference with D. Rosenfeld regarding same; review pleadings in preparation for mediation | 337.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/13/04 | J. C. Hutchins | 0.90 | Receive and review e-mail from D. Rosenfeld to J. Marigomen; receive and review e-mail from J. Marigomen; telephone conference with D. Rosenfeld; telephone call to D. Rosenfeld; review and analyze miscellaneous pleadings. | 355.50 |
| 10/13/04 | D. E. Rosenfeld | 3.10 | Telephone conference with Court, J. Houpt, S. Jenkins, L. Sherman, and A. Abbott; prepare for mediation and summary judgment hearing | 1,085.00 |
| 10/14/04 | A. B. Abbott | 1.60 | Conferences with D. Rosenfeld regarding research; telephone call from G. Rubin regarding status report; analyze case law regarding contract interpretation; review asset purchase agreement | 360.00 |
| 10/14/04 | J. C. Hutchins | 0.40 | Telephone conference with D. Rosenfeld regarding preparation for mediations, trials and certain issues regarding Shaw and In-Kingdom contract. | 158.00 |
| 10/14/04 | D. E. Rosenfeld | 2.90 | Prepare for mediation | 1,015.00 |
| 10/15/04 | A. B. Abbott | 2.90 | Conduct research and analyze case law regarding : ; conference with J. Hutchins and D. Rosenfeld regarding mediation; prepare materials for mediation | 652.50 |
| 10/15/04 | J. C. Hutchins | 2.80 | Review and analyze Shaw P&S and issues raised by D. Rosenfeld ﹔ conference with d. Rosenfeld and A. Abbott; review SAMBA's motion for summary judgment. | 1,106.00 |
| 10/15/04 | D. E. Rosenfeld | 3.60 | Prepare for mediation; conference with J. Hutchins and A. Abbott | 1,260.00 |
| 10/17/04 | A. B. Abbott | 1.60 | Prepare materials for mediation; conduct research regarding mutual mistake | 360.00 |
| 10/18/04 | A. B. Abbott | 7.90 | Travel to New York; conference with D. Rosenfeld and J. Marigomen regarding mediation; conferences with D. Rosenfeld in preparation for mediation; review pleadings | 1,777.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/18/04 | J. C. Hutchins | 2.20 | Review and analyze<br><br>mediation; telephone conference with D. Rosenfeld (in NY for mediation); review and analyze SWEC action regarding Saudi Aramco. | 869.00 |
| 10/18/04 | D. E. Rosenfeld | 8.40 | Travel to New York; prepare for mediations; prepare for summary judgment hearing, conference with A. Abbott; meeting with J. Marigomen and A. Abbott | 2,940.00 |
| 10/19/04 | A. B. Abbott | 9.10 | Review pleadings; attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same | 2,047.50 |
| 10/19/04 | J. C. Hutchins | 0.70 | Review and analyze SWEC complaint v. S. ARAMCO; telephone conference with D. Rosenfeld regarding status of mediation and strategy regarding Shaw; review and analyze notice of substitution of counsel. | 276.50 |
| 10/19/04 | D. E. Rosenfeld | 10.40 | Prepare for and attend mediation; conferences with J. Marigomen and A. Abbott | 3,640.00 |
| 10/20/04 | A. B. Abbott | 6.80 | Attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same; telephone conference with D. Rosenfeld and J. Hutchins regarding same; review pleadings | 1,530.00 |
| 10/20/04 | J. C. Hutchins | 1.90 | Review and analyze information regarding Aramco contract assignment by BSW; conference call with D. Rosenfeld and A. Abbott regarding failure of mediation with Aramco/Bugshan and preparation for mediation with Shaw. | 750.50 |
| 10/20/04 | D. E. Rosenfeld | 9.30 | Prepare for and attend mediation; meetings with A. Abbott and J. Marigomen | 3,255.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/21/04 | A. B. Abbott | 9.60 | Attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same; telephone conference with D. Rosenfeld and J. Hutchins regarding same; review pleadings and docket | 2,160.00 |
| 10/21/04 | J. C. Hutchins | 1.20 | Review and analyze ARAMCO telephone conference with D. Rosenfeld and A. Abbott regarding Shaw mediation; review and analyze miscellaneous pleadings and notices. | 474.00 |
| 10/21/04 | D. E. Rosenfeld | 10.30 | Prepare for and attend mediation; conferences with A. Abbott, J. Hutchins, B. Michaelson; conferences with J. Marigomen | 3,605.00 |
| 10/22/04 | A. B. Abbott | 6.40 | Review pleadings; conference with D. Rosenfeld and J. Marigomen regarding case strategy; conference with D. Rosenfeld and R. Michaelson regarding same; travel to Boston | 1,440.00 |
| 10/22/04 | J. C. Hutchins | 2.20 | Telephone conference with D. Rosenfeld regarding issues regarding Shaw and ARAMCO; conference with D. Rosenfeld regarding status of cases; review and analyze Shaw contract and December 01 letter agreement. | 869.00 |
| 10/22/04 | B. Michaelson | 2.80 | Review binders regarding SJ motions | 1,260.00 |
| 10/22/04 | D. E. Rosenfeld | 8.50 | Prepare for client meeting; review assignment; call with J. Hutchins; meeting with A. Abbott; meeting with J. Marigomen and A. Abbott; meeting with B. Michaelson and A. Abbott; travel to Boston; meet with J. Hutchins | 2,975.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/25/04 | A. B. Abbott | 5.40 | Conferences with D. Rosenfeld regarding summary judgment hearing; draft memorandum regarding mediation; conduct research and analyze case law regarding modification of asset purchase agreement and schedules; review docket and pleadings; draft e-mail to K. Serrano regarding same | 1,215.00 |
| 10/25/04 | J. C. Hutchins | 2.80 | Telephone conference with D. Rosenfeld; review and analyze Shaw P&S and schedules regarding completed contracts, rejected contracts, special project claims, excluded assets, briefs regarding summary judgment by and against Shaw, proposed settlement with S. Aramco, standstill agreements with Saudi Aramco; conference with D. Rosenfeld. | 1,106.00 |
| 10/25/04 | B. Michaelson | 1.20 | Review documents; telephone call to D. Rosenfeld | 540.00 |
| 10/25/04 | D. E. Rosenfeld | 3.90 | Prepare for summary judgment hearing; telephone conference with B. Michaelson; call with F. Monaco; conference with J. Hutchins and A. Abbott | 1,365.00 |
| 10/26/04 | A. B. Abbott | 6.80 | Review pleadings and court orders; conduct research and analyze case law regarding ; ; telephone conference with D. Rosenfeld, J. Hutchins, and R. Michaelson regarding summary judgment hearing and case strategy | 1,530.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/26/04 | J. C. Hutchins | 3.90 | Review and analyze strategic alternatives regarding claim against Saudi Aramco, demand letters and non-interference letters; review and analyze Shaw's arguments regarding non-assumption of SWEC guaranty, analysis of Shaw P&S, special project claims exhibit and December 2002 letter agreement; conference with D. Rosenfeld, R. Michelsen and A. Abbott; review and analyze motion for debtor/Shaw settlement in December 2000. | 1,540.50 |
| 10/26/04 | B. Michaelson | 2.00 | Conference call with J. Hutchins and D. Rosenfeld regarding strategy; review documents | 900.00 |
| 10/26/04 | D. E. Rosenfeld | 2.30 | Prepare for and attend conference with J. Hutchins; A. Abbott and B. Michaelson | 805.00 |
| 10/26/04 | K. A. Serrao | 1.00 | E-mails with A. Abbott regarding requests for Stone & Webster pleadings; Pacer search for same; telephone conferences with Parcels regarding request; forward documents to A. Abbott | 180.00 |
| 10/27/04 | A. B. Abbott | 4.40 | Conduct research and analyze case law regarding sale orders, assumption agreement and notice to creditors; conference with D. Rosenfeld regarding same | 990.00 |
| 10/27/04 | J. C. Hutchins | 2.80 | Review and analyze motion for approval of December 2000 letter agreement and original draft of December 2000 agreement; review and analyze objections to December 2000 motion; review and analyze transcripts of court hearing; review and analyze December 2000 agreement regarding purpose and effect. | 1,106.00 |
| 10/27/04 | D. E. Rosenfeld | 3.10 | Prepare for hearing; conference with F. Monaco | 1,085.00 |
| 10/28/04 | A. B. Abbott | 3.80 | Review pleadings and deposition transcripts; conduct research regarding modification of sale order | 855.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/28/04 | J. C. Hutchins | 2.20 | Receive and review e-mail from D. Rosenfeld; review and analyze December 2000 letter agreement as signed and approval order; analyze status. | 869.00 |
| 10/28/04 | D. E. Rosenfeld | 3.20 | Prepare for summary judgment hearing; conference with A. Abbott; review email from J. Houpt and S. Jenkins | 1,120.00 |
| 10/29/04 | A. B. Abbott | 1.60 | Review and analyze sale orders, deposition transcripts, and asset purchase agreement; conference with D. Rosenfeld regarding same | 360.00 |
| 10/29/04 | J. C. Hutchins | 1.90 | Review and analyze release of indemnification rights in December 2001 letter agreement; review and analyze assumed liabilities and financial statement; receive and review e-mail from D. Rosenfeld; receive and review e-mail from S. Jenkins; conference with D. rosenfeld. | 750.50 |
| 10/29/04 | D. E. Rosenfeld | 3.40 | Prepare for hearing; conferences with A. Abbott and J. Hutchins | 1,190.00 |
| | TOTAL FEES | | | $    59,207.50 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. B. Abbott | 75.30 hrs at | $ 225 / hr | $16,942.50 |
| J. C. Hutchins | 29.00 hrs at | $ 395 / hr | $11,455.00 |
| B. Michaelson | 6.00 hrs at | $ 450 / hr | $2,700.00 |
| D. E. Rosenfeld | 79.80 hrs at | $ 350 / hr | $27,930.00 |
| K. A. Serrao | 1.00 hrs at | $ 180 / hr | $180.00 |
| TOTAL FEES | 191.10 hrs | $ | 59,207.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 18.57 |
| Facsimile | 7.50 |
| Copying Expense | 496.80 |
| Long Distance Courier | 137.13 |
| Binding Charges | 18.00 |
| DISBURSEMENTS & OTHER CHARGES | $    678.00 |

**Kirkpatrick & Lockhart** LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| 10/18/04 | 1320272 | 3,908.00 | 761.62 | 4,669.62 |
| | OUTSTANDING BALANCE | | | $ 18,815.75 |

**Kirkpatrick & Lockhart** LLP

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 59,207.50 |
| Disbursements and Other Charges | $ | 678.00 |
| **CURRENT INVOICE DUE** | $ | **59,885.50** |
| Past Due Invoices * | $ | 18,815.75 |
| **TOTAL AMOUNT DUE** | $ | **78,701.25** |

\* Does not include payments received after 11/8/04.