# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 20, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1342624 |
| Services Through | : | November 30, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/04 | A. B. Abbott | 4.10 | Review and analyze pleadings, court orders, and asset purchase agreement; conferences with D. Rosenfeld regarding same | 922.50 |
| 11/01/04 | J. C. Hutchins | 1.40 | Conference with D. Rosenfeld; review and analyze regarding additional arguments against Shaw. | 553.00 |
| 11/01/04 | D. E. Rosenfeld | 5.90 | Prepare for summary judgment hearing | 2,065.00 |
| 11/02/04 | A. B. Abbott | 5.80 | Prepare outline for summary judgment hearing; compile documents for same; review docket | 1,305.00 |
| 11/02/04 | J. C. Hutchins | 1.60 | Research and analyze third party beneficiary case law; prepare and send e-mail to D. Rosenfeld regarding recent decision on third party beneficiary rights; prepare memorandum to D. Rosenfeld regarding | 632.00 |
| 11/02/04 | D. E. Rosenfeld | 5.80 | Prepare for hearing | 2,030.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/03/04 | A. B. Abbott | 13.50 | Draft outline for summary judgment hearing; prepare documents for same; conferences with D. Rosenfeld and J. Hutchins regarding same; review deposition transcripts; assist D. Rosenfeld with preparation for oral argument; travel to Delaware | 3,037.50 |
| 11/03/04 | R. Cahill | 2.90 | Worked on organizing cited cases for hearing preparations | 464.00 |
| 11/03/04 | J. C. Hutchins | 3.80 | Telephone conference with D. Rosenfeld; conference with A. Abbott and D. Rosenfeld regarding hearing on summary judgment motions and various issues; prepare memorandum to D. Rosenfeld regarding _____ _____ ; revise and edit same; proofread and review same; conference with D, Rosenfeld regarding same; review and analyze Shaw brief and reply brief regarding arguments; review and analyze asset purchase agreement; conference with d. Rosenfeld; receive and review e-mail from A. Abbott (x3) regarding likely Shaw arguments and answers; revise and edit memorandum regarding | 1,501.00 |
| 11/03/04 | D. E. Rosenfeld | 14.60 | Prepare for summary judgment hearing; conferences with A. Abbott and J. Hutchins; travel to Delaware | 5,110.00 |
| 11/03/04 | K. A. Serrao | 0.20 | Research and e-mail to A. Abbott in response to request for pleading | 36.00 |
| 11/04/04 | A. B. Abbott | 10.50 | Assist D. Rosenfeld with preparation for summary judgment hearing; telephone conference with J. Hutchins regarding same; attend hearing; travel to Boston | 2,362.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/04/04 | J. C. Hutchins | 1.90 | Review and analyze briefs regarding summary judgment motions; review and analyze Saudi Aramco pleadings regarding assignment of contract proceeds by BSW; conference call with A. Abbott and D. Rosenfeld regarding results of hearing. | 750.50 |
| 11/04/04 | D. E. Rosenfeld | 13.10 | Prepare for and attend summary judgment hearing; conferences with A. Abbott and F. Monaco; travel to Boston | 4,585.00 |
| 11/05/04 | A. B. Abbott | 1.00 | Conference with D. Rosenfeld regarding summary judgment hearing; telephone conference with D. Rosenfeld and J. Marigomen regarding same | 225.00 |
| 11/05/04 | J. C. Hutchins | 2.60 | Conference with D. Rosenfeld regarding result of summary judgment hearing and need to address Saudi Aramco concerns; review and analyze Saudi Aramco documents, claims, pleadings regarding | 1,027.00 |
| 11/05/04 | D. E. Rosenfeld | 2.40 | Telephone conference with client; conference with J. Hutchins regarding strategy; review damages strategy | 840.00 |
| 11/08/04 | J. C. Hutchins | 2.90 | Review and analyze Shaw briefs; review and analyze Debtor's complaint against Saudi Aramco, Assignment of Contract Proceeds to SAMBA and related documents; ; review and analyze C. Benson letter commitment; draft letters. | 1,145.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/09/04 | J. C. Hutchins | 3.50 | Draft letter to Saudi Aramco c/o C. Benson; revise and edit same; draft warning letter to liquidating trustee; revise and edit same; review and analyze records regarding Saudi Aramco assignment and Bugshan status; revise and edit demand letter and warning letter. | 1,382.50 |
| 11/09/04 | D. E. Rosenfeld | 2.10 | Prepare letter to S. Jenkins; conference with A. Abbott | 735.00 |
| 11/10/04 | J. C. Hutchins | 2.80 | Review and analyze Saudi Aramco Motion to Dismiss, acknowledgement of SAMBA's rights; review and edit demand letter to Saudi Aramco and warning letter to Bugshan and Liquidating Trustee for Debtor; prepare and send e-mail to D. Rosenfeld and A. Abbott; receive and review e-mail from D. Rosenfeld | 1,106.00 |
| 11/11/04 | J. C. Hutchins | 1.50 | Receive and review e-mail from D. Rosenfeld; review and analyze relevant files regarding Saudi Aramco matter; review and analyze miscellaneous pleadings regarding claims, settlements, administration | 592.50 |
| 11/11/04 | D. E. Rosenfeld | 1.50 | Prepare strategy regarding damages issues; conference with A. Abbott | 525.00 |
| 11/12/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings; review and analyze Saudi Aramco issues | 395.00 |
| 11/12/04 | D. E. Rosenfeld | 1.10 | Review letters by J. Hutchins regarding S. Aramco matter | 385.00 |
| 11/15/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings and analyze claim regarding Saudi Aramco; telephone call to D. Rosenfeld regarding draft letter. | 553.00 |
| 11/16/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, docket. | 237.00 |
| 11/19/04 | A. B. Abbott | 0.30 | Review demand letters | 67.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/19/04 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld; review and analyze Saudi Aramco position. | 632.00 |
| 11/19/04 | D. E. Rosenfeld | 2.90 | Meet and confer concerning S. Aramco advice; conference with J. Hutchins; call with K. Mangan; review transcript | 1,015.00 |
| 11/22/04 | A. B. Abbott | 5.00 | Conference with D. Rosenfeld and J. Hutchins regarding demand letters and case strategy; conduct research and analyze case law regarding appealability of order denying intervention; conference with D. Rosenfeld regarding same; draft motion to lift stay; review docket | 1,125.00 |
| 11/22/04 | J. C. Hutchins | 3.70 | Receive and review e-mail from A. Abbott; review and analyze draft letters to Saudi Aramco and Liquidating Trustee's counsel; review and analyze status of motion to intervene; receive and review e-mail from A. Abbott regarding effect of denial of motion to intervene; conference with D. Rosenfeld and A. Abbott regarding strategy regarding intervention, demand on Saudi Aramco, Saudi law issues, local counsel, etc; revise and edit letter to Saudi Aramco; revise and edit letter to Liquidating Trustee and Bugshan; prepare and send e-mail to A. Abbott and D. Rosenfeld (x2); review and analyze miscellaneous pleadings. | 1,461.50 |
| 11/22/04 | D. E. Rosenfeld | 1.20 | Meeting with A. Abbott and J. Hutchins regarding letters and strategy | 420.00 |
| 11/23/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding motion to intervene; review and analyze same | 90.00 |
| 11/23/04 | D. E. Rosenfeld | 2.80 | Review letters; review S. Aramco pleadings; conferences with A. Abbott | 980.00 |
| 11/24/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |

# Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/29/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review facimile from liquidating trustee (agenda); review facimile from liquidating trustee (revised agenda). | 197.50 |
| 11/30/04 | J. C. Hutchins | 0.20 | Review and analyze hearing agenda. | 79.00 |
| | | TOTAL FEES | | $ 40,688.50 |

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| A. B. Abbott | | 40.60 hrs at | $ 225 / hr | $9,135.00 |
| R. Cahill | | 2.90 hrs at | $ 160 / hr | $464.00 |
| J. C. Hutchins | | 31.30 hrs at | $ 395 / hr | $12,363.50 |
| D. E. Rosenfeld | | 53.40 hrs at | $ 350 / hr | $18,690.00 |
| K. A. Serrao | | 0.20 hrs at | $ 180 / hr | $36.00 |
| | TOTAL FEES | 128.40 hrs | | $ 40,688.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 29.28 |
| Facsimile | 7.50 |
| Copying Expense | 535.14 |
| Copying Expense (Outside Off.) | 91.20 |
| Long Distance Courier | 155.86 |
| Westlaw Research | 337.02 |
| Travel Expenses | 3,525.16 |
| Transportation Expenses | 30.00 |
| Cab Fare | 74.00 |
| Air Fare | 1,269.92 |
| Business Meal | 601.69 |
| Binding Charges | 12.00 |
| Other | 28.70 |
| DISBURSEMENTS & OTHER CHARGES | $ 6,697.47 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| 11/08/04 | 1331512 | 59,207.50 | 678.00 | 59,885.50 |
| | OUTSTANDING BALANCE | | $ | 74,031.63 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 20, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**    1342624
**Client No.:**    0508830.0901

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
November 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$ 40,688.50

Disbursements and Other Charges........................................................................$   6,697.47

**CURRENT AMOUNT DUE** ..............................................................................$ 47,385.97

Prior Outstanding Invoices ...................................................................................$ 74,031.63

**TOTAL AMOUNT DUE**.................................................................................$121,417.60

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

January 24, 2004

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1352638**
**Client No.:**      **0508830.0901**

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................ $   3,546.00

Disbursements and Other Charges........................................................................... $   1,891.91

**CURRENT AMOUNT DUE** .................................................................................. $   5,437.91

Prior Outstanding Invoices ..................................................................................... $  47,828.59

**TOTAL AMOUNT DUE**........................................................................................ $  53,266.50

BOS-399960 v1  0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 24, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1352638 |
| Services Through | : | December 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/01/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, agenda notices and amendments of same. | 237.00 |
| 12/02/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 12/06/04 | J. C. Hutchins | 1.30 | Review and analyze Monaco invoice; telephone conferences with regarding where is October bill; reconcile with August report; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco, | 513.50 |
| 12/07/04 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; conference with A. Abbott regarding Monaco invoices; review and analyze same; prepare letter to J. Marigomen; telephone conference with F. Monaco; revise and edit letter to J. Marigomen; review and analyze miscellaneous pleadings; receive and review e-mail from A. Abbott. | 474.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/08/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings including service list motion; reconcile Monzack and Monaco bills; review facimile from F. Monaco; prepare and send correspondence to J. Marigomen. | 395.00 |
| 12/09/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, docket updates. | 316.00 |
| 12/10/04 | J. C. Hutchins | 0.60 | Review and analyze pleadings regarding objections to claims and claims assumed by Shaw. | 237.00 |
| 12/13/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings | 158.00 |
| 12/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; hearing agenda | 118.50 |
| 12/17/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 79.00 |
| 12/21/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 79.00 |
| 12/22/04 | J. C. Hutchins | 0.20 | Review and analyze local counsel invoice and reconcile | 79.00 |
| 12/23/04 | J. C. Hutchins | 0.20 | Prepare and send correspondence to J. Margotmen | 79.00 |
| 12/29/04 | D. E. Rosenfeld | 0.20 | Correspondence and call with client regarding status issues | 70.00 |
| 12/30/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous claims objections, docket notices, service list pleadings, fee applications and court orders regarding same. | 316.00 |
| 12/31/04 | J. C. Hutchins | 0.70 | Review and analyze pleadings; prepare and send memorandum to D. Rosenfeld regarding continuing to be on service list. | 276.50 |
| | TOTAL FEES | | | $  3,546.00 |

| | | | |
|---|---|---|---|
| J. C. Hutchins | 8.80 hrs at $ 395 / hr | | $3,476.00 |
| D. E. Rosenfeld | 0.20 hrs at $ 350 / hr | | $70.00 |
| | TOTAL FEES | 9.00 hrs | $  3,546.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.70 |
| Copying Expense | 29.88 |
| Long Distance Courier | 94.08 |
| Westlaw Research | 604.16 |
| OT Dinner, Cabs, Parking | 96.00 |
| Travel Expenses | 451.17 |
| Air Fare | 586.02 |
| Business Meal | 29.90 |
| DISBURSEMENTS & OTHER CHARGES | $    1,891.91 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| | OUTSTANDING BALANCE | | $ | 47,828.59 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,546.00 |
| Disbursements and Other Charges | $ | 1,891.91 |
| **CURRENT INVOICE DUE** | $ | 5,437.91 |
| Past Due Invoices * | $ | 47,828.59 |
| **TOTAL AMOUNT DUE** | $ | 53,266.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

February 25, 2005

75 State Street<br>
Boston, MA 02109-1808<br>
617.261.3100<br>
Fax 617.261.3175<br>
www.klng.com

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     **1362428**
**Client No.:**      **0508830.0901**

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization ................................................................. $   2,639.50

Disbursements and Other Charges........................................................... $      195.95

**CURRENT AMOUNT DUE** ................................................................ $   2,835.45

Prior Outstanding Invoices ................................................................ $  53,266.50

**TOTAL AMOUNT DUE** ................................................................ **$  56,101.95**

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 25, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| Our File Number | : | 0508830.0901 |
|---|---|---|
| Invoice | : | 1362428 |
| Services Through | : | January 31, 2005 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/04/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleading; attention to preparation of audit response. | 170.00 |
| 01/04/05 | N. A. Valente | 0.70 | Matters regarding audit letter; prepare inquiry memorandum and send to attorneys | 115.50 |
| 01/05/05 | A. B. Abbott | 0.20 | Draft audit response | 50.00 |
| 01/05/05 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous claim objection pleadings, updates to hearing agenda and schedule; fee allowance proceedings and adjustments to professionals' fees. | 382.50 |
| 01/06/05 | J. C. Hutchins | 0.40 | Review and analyze claim objection pleadings. | 170.00 |
| 01/07/05 | A. B. Abbott | 0.20 | Draft audit response | 50.00 |
| 01/10/05 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous objection pleadings, affidavits, discovery. | 255.00 |
| 01/10/05 | N. A. Valente | 0.40 | Preparation of audit letter | 66.00 |
| 01/11/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 01/11/05 | N. A. Valente | 0.30 | Finalize audit letter | 49.50 |
| 01/12/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 01/13/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, dockets. | 85.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/13/05 | N. A. Valente | 0.40 | Search on line for overseas addresses for accountants | 66.00 |
| 01/18/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and notices. | 85.00 |
| 01/19/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 01/20/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings regarding claim objections. | 127.50 |
| 01/21/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 01/24/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 01/25/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 01/27/05 | A. B. Abbott | 0.30 | Review hearing agenda; review docket | 75.00 |
| 01/31/05 | J. C. Hutchins | 0.30 | Review and analyze agenda for hearing; review and analyze miscellaneous pleadings. | 127.50 |
| | | TOTAL FEES | | $   2,639.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 0.70 hrs at | $ 250 / hr | | $175.00 |
| J. C. Hutchins | 5.10 hrs at | $ 425 / hr | | $2,167.50 |
| N. A. Valente | 1.80 hrs at | $ 165 / hr | | $297.00 |
| TOTAL FEES | 7.60 hrs | | $ | 2,639.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 7.38 |
| Long Distance Courier | 188.43 |
| Pacer Research | 0.14 |
| DISBURSEMENTS & OTHER CHARGES | $   195.95 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| | OUTSTANDING BALANCE | | $ | 53,266.50 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,639.50 |
| Disbursements and Other Charges | $ | 195.95 |
| **CURRENT INVOICE DUE** | $ | **2,835.45** |
| Past Due Invoices * | $ | 53,266.50 |
| **TOTAL AMOUNT DUE** | $ | **56,101.95** |

* Does not include payments received after 2/25/05.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

March 24, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1371923 |
| Services Through | : | February 28, 2005 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 02/02/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze local counsel invoices. | 127.50 |
| 02/07/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 127.50 |
| 02/08/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, settlements of claim objections. | 127.50 |
| 02/11/05 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; telephone call to K. Mangan. | 297.50 |
| 02/15/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 02/17/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 02/22/05 | A. B. Abbott | 2.60 | Telephone conference with J. Hutchins regarding status update; receive and review e-mail regarding same; review correspondence; draft status update | 650.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/22/05 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Mahrous; telephone call to D. Rosenfeld; conference with A. Abbott regarding preparing updating status report; prepare and send e-mail to A. Mahrous. | 170.00 |
| 02/23/05 | A. B. Abbott | 1.40 | Review and revise status update; conference with J. Hutchins regarding same | 350.00 |
| 02/23/05 | J. C. Hutchins | 1.20 | Receive and review e-mail from A. Abbott; review and analyze draft status report; revise and edit same; conference with A. Abbott regarding revised report; receive and review e-mail from A. Abbott. | 510.00 |
| 02/25/05 | A. B. Abbott | 0.40 | Review hearing agenda; draft e-mail to K. Mangan regarding same; conference with J. Hutchins regarding same; review docket | 100.00 |
| 02/25/05 | J. C. Hutchins | 0.50 | Review facimile from Debtor counsel regarding omnibus hearing; review and analyze agenda for omnibus hearing; telephone conference with D. Rosenfeld regarding Saudi Aramco adversary proceeding status conference; prepare and send e-mail to D. Rosenfeld; telephone conference with A. Abbott; telephone conference with D. Rosenfeld. | 212.50 |
| 02/28/05 | J. C. Hutchins | 0.40 | Receive and review e-mail from Ahmed; prepare and send e-mail to D. Rosenfeld; telephone conference with D. Rosenfeld regarding preparation of response; review and analyze Monzack & Monaco invoice as local counsel. | 170.00 |
| | | | TOTAL FEES | $ 3,267.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 4.40 hrs at $ 250 / hr | | $1,100.00 |
| J. C. Hutchins | 5.10 hrs at $ 425 / hr | | $2,167.50 |
| | TOTAL FEES | 9.50 hrs | $ 3,267.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Copying Expense | | 5.22 |
| Long Distance Courier | | 234.08 |
| Other | | 75.25 |
| | DISBURSEMENTS & OTHER CHARGES | $ 314.55 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| 02/25/05 | 1362428 | 2,639.50 | 195.95 | 2,835.45 |
| | OUTSTANDING BALANCE | | | $ 56,101.95 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,267.50 |
| Disbursements and Other Charges | $ | 314.55 |
| **CURRENT INVOICE DUE** | $ | 3,582.05 |
| Past Due Invoices [*] | $ | 56,101.95 |
| **TOTAL AMOUNT DUE** | $ | 59,684.00 |

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 40,688.50 |
| Disbursements and Other Charges | $ | 6,697.47 |
| **CURRENT INVOICE DUE** | $ | **47,385.97** |
| Past Due Invoices * | $ | 74,031.63 |
| **TOTAL AMOUNT DUE** | $ | **121,417.60** |

\* Does not include payments received after 12/20/04.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

April 19, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1382314 |
| Services Through : | March 31, 2005 |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/05 | A. B. Abbott | 0.60 | Receive and review e-mail from K. Mangan regarding status conference; conference with D. Rosenfeld regarding same; review docket | 150.00 |
| 03/03/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 03/07/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 03/09/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, docket. | 170.00 |
| 03/11/05 | J. C. Hutchins | 0.10 | Review and analyze pleading. | 42.50 |
| 03/15/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket. | 127.50 |
| 03/18/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 03/21/05 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 42.50 |
| 03/24/05 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding mediation and motion to disqualify; review docket | 75.00 |
| 03/24/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze Monaco invoice. | 127.50 |
| 03/25/05 | J. C. Hutchins | 2.00 | Prepare and send correspondence to A. Mahrous. | 850.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/28/05 | J. C. Hutchins | 0.10 | Receive and review e-mail from Monaco's office regarding local counsel invoice. | 42.50 |
| 03/30/05 | A. B. Abbott | 0.40 | Review notes from mediation; conference with D. Rosenfeld regarding same | 100.00 |
| 03/30/05 | D. E. Rosenfeld | 0.80 | Prepare letter regarding F. Conrad | 308.00 |
| 03/31/05 | A. B. Abbott | 0.50 | Review and revise letter to A. Mahrous | 125.00 |
| 03/31/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from Monaco office; review and analyze agenda for 4/4/05 hearing. | 170.00 |
| | | TOTAL FEES | | $ 2,628.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 1.80 hrs at $ 250 / hr | | $450.00 |
| J. C. Hutchins | | 4.40 hrs at $ 425 / hr | | $1,870.00 |
| D. E. Rosenfeld | | 0.80 hrs at $ 385 / hr | | $308.00 |
| | TOTAL FEES | 7.00 hrs | $ | 2,628.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 2.88 |
| Long Distance Courier | 47.14 |
| DISBURSEMENTS & OTHER CHARGES | $ 50.02 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| 02/25/05 | 1362428 | 2,639.50 | 195.95 | 2,835.45 |
| 03/24/05 | 1371923 | 3,267.50 | 314.55 | 3,582.05 |
| | OUTSTANDING BALANCE | | $ | 59,684.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 2,628.00 |
| Disbursements and Other Charges | $ | 50.02 |
| **CURRENT INVOICE DUE** | $ | **2,678.02** |
| Past Due Invoices * | $ | 59,684.00 |
| **TOTAL AMOUNT DUE** | $ | **62,362.02** |

\* Does not include payments received after 4/21/05.