# Exhibit B

```
Proforma Number:                                                    Page (1) 1                          05/18/05
Invoice Number: ******                   KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP                     Batch #:

ID: 0508830.0901
                                                 P R O F O R M A

CLIENT:   Saudi American Bank              BILL PREPARER:        05009    R. B. Allensworth

MATTER:   Guaranty Matter                  INVENTORY MANAGER:    05009    R. B. Allensworth
OPENED:   06/05/2000
ADDRESS:  Ahmed Mahrous                     FEE ARRANGEMENT:     HOURLY
          Saudi American Bank               OFFICE:              05       BOSTON
          Old Airport Street, P. O. Box 833
          Riyadh 11421                       BILLING TEMPLATE:   S1
          SAUDI ARABIA                       BILLING FORMAT:     S01
          SAUDI ARABIA
          SAUDI ARABIA
                                                                         Invoice Number:            ******
                                                                         Invoice Date:              05/18/05
                                   BILLED
                                                                         Fee Cutoff Date:           05/18/05
FEES                 43,809.50                                           Disbursement Cutoff Date:  05/18/05

DISBURSEMENTS           210.88

SUBTOTAL             44,020.38                                           PREPAYMENT BALANCE:         $.00

A/R                     462.62                                           TRUST BALANCES:             $.00

TOTAL               $44,483.00
                  =============


BILLING INSTRUCTIONS:                                 ATTY APPROVAL: _____


EXPLANATION FOR WRITE OFFS:
```

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

```
Proforma Number:                                                    05/18/05
Invoice Number: ******                                             Batch #:
Client:  Saudi American Bank                                       Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                                Matter Number: 0508830.0901
```

### ACTIVITY FROM INCEPTION (or Post 1/1/1992)

```
                                                                    FEES              DISB              TOTAL
TOTAL FEES BILLED         1,647,584.35    WIP WRITE UP/DOWNS:  (15,952.65)       (4,483.98)       (20,436.63)
TOTAL DISB BILLED           123,428.35    A/R W/O:              (6,696.65)             .00         (6,696.65)
                                                              ============     ============     ============
TOTAL AMTS BILLED         1,771,012.70    TOTAL.:              (22,649.30)       (4,483.98)       (27,133.28)
                                                              ============     ============     ============
LESS A/R WRITEOFFS            6,696.65
LESS PAYMENT RECD         1,763,853.43    LAST BILL DATE:       04/19/05    LAST BILL AMOUNT:        2,678.02
                          ------------     LAST PAYMENT DATE:   05/16/05    LAST PAYMENT AMOUNT:    61,899.40
OUTSTANDING A/R BAL             462.62
                          ============
```

### RECEIVABLE AGING

```
AGED ACCOUNTS RECEIVABLE     0-30        31-60       61-90       91-120        120+          Total

                            20.00          .00         .00          .00       442.62        462.62
```

```
INVOICE NUMBER    DATE        BALANCE      OPEN
   1309433     09/24/04       442.62     236 days
   1382314     04/19/05        20.00      29 days
                            ------------
TOTAL                          462.62
                            ============
```

Proforma Number: ******
Invoice Number: ******
Client:   Saudi American Bank
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

05/18/05                                    Page (3)  3
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

UNBILLED FEES

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| A. B. Abbott | 12383742 | | 05804 | 04/01/05 | Review hearing agenda | .10 | 25.00 |
| J. C. Hutchins | 12382839 | | 05094 | 04/01/05 | Receive and review fax from Landis Rath & Cobb; review and analyze agenda for 4/4 hearing regarding any SAMBA related matters. | .20 | 85.00 |
| J. C. Hutchins | 12505712 | | 05094 | 04/04/05 | Review and analyze revised agenda for 4/4 omni hearing. | .20 | 85.00 |
| J. C. Hutchins | 12404456 | | 05094 | 04/05/05 | Review and analyze miscellaneous pleadings and docket. | .30 | 127.50 |
| J. C. Hutchins | 12403980 | | 05094 | 04/07/05 | Review and analyze miscellaneous pleadings. | .20 | 85.00 |
| D. E. Rosenfeld | 12428148 | | 05127 | 04/11/05 | Review email from A. Mahrous and respond | .10 | 38.50 |
| J. C. Hutchins | 12428922 | | 05094 | 04/13/05 | Review and analyze invoice of local counsel; prepare and send correspondence to A. Mahrous. | .20 | 85.00 |
| J. C. Hutchins | 12453143 | | 05094 | 04/18/05 | Review correspondence from Monzack & Monaco; review and analyze grantor trust tax reporting form; prepare letter to A. Mahrous regarding same. | .50 | 212.50 |
| J. C. Hutchins | 12453354 | | 05094 | 04/18/05 | Review miscellaneous pleadings. | .20 | 85.00 |
| D. Board | 12456760 | | 05767 | 04/19/05 | Conference with J. Hutchins regarding tax reporting obligations of liquidating trust for creditors; research regarding same | .60 | 222.00 |
| J. C. Hutchins | 12456175 | | 05094 | 04/19/05 | Conference with D. Board regarding tax reporting letter from SWBEC Liquidating Trust regarding grantor trust tax information. | .20 | 85.00 |
| J. C. Hutchins | 12456202 | | 05094 | 04/20/05 | Receive and review e-mail from D. Rosenfeld; review and analyze decision of Delaware Bankruptcy Court regarding claim in IT Bankruptcy allegedly assumed by Shaw; prepare and send e-mail to D. Rosenfeld regarding | .70 | 297.50 |

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Page (4)  4

Proforma Number: ******
Invoice Number: ******
Client: Saudi American Bank
Matter Description: Guaranty Matter

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

## UNBILLED FEES

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| D. E. Rosenfeld | 12468261 | | 05127 | 04/25/05 | factually distinguishable decision. | | |
| | | | | | Prepare for conference call | .30 | 115.50 |
| J. C. Hutchins | 12470695 | | 05094 | 04/29/05 | Review and analyze docket, miscellaneous pleadings. | .30 | 127.50 |
| A. B. Abbott | 12501699 | | 05804 | 05/04/05 | Review memorandum opinion; conference with D. Rosenfeld regarding same; review documents, pleadings, and local rules; calculate damages | 2.90 | 725.00 |
| A. B. Abbott | 12501879 | | 05804 | 05/04/05 | Conference with der ree assessment of damages; conduct research and analyze case law rea;, petition for attorneys' fees and costs; ¦dd motion for assessment of damages; rrr order and entry of judgment | 2.60 | 650.00 |
| J. C. Hutchins | 12501404 | | 05094 | 05/04/05 | Receive and review e-mail from K. Mangan regarding decision; telephone conference with D. Rosenfeld; review and analyze Court's decisions granting client summary judgment and denying Shaw motion for summary judgment; receive and review e-mail from D. Rosenfeld; receive and review e-mail from D. Rosenfeld; telephone call from B. Allensworth; brief conference with A. Abbott regarding preparing supplemental pleadings regarding damages; receive and review e-mail from A. Abbott; review and analyze Court's decision regarding Court's factual summary ¸ | 2.80 | 1,190.00 |
| D. E. Rosenfeld | 12500576 | | 05127 | 05/04/05 | Review decision; call with J. Hutchins; K. Mangan; and A. Abbott; call with client | 2.30 | 885.50 |
| A. B Abbott | 12502543 | | 05804 | 05/05/05 | Conference with D. Rosenfeld regarding assessment of damages; conduct research and analyze case law regarding petition for attorneys' fees and costs; draft motion for assessment of damages; review order and entry of judgment | 2.60 | 650.00 |
| J. C. Hutchins | 12501829 | | 05094 | 05/05/05 | Review and analyze summary judgment decision - conference with D. Rosenfeld -¸arding preparing damages claim; receive | 1.10 | 467.50 |

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

05/18/05                                    Page (5) 5
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

Proforma Number: ******
Invoice Number: ******
Client:   Saudi American Bank
Matter Description: Guaranty Matter

| TIMEKEEPER | INDEX | T/A CODE TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **UNBILLED FEES** | | |
| A. B. Abbott | 12502709 | 05804 | 05/06/05 | Review case law regarding application for attorneys' fees and costs; review hearing agenda and pleadings; draft motion for assessment of damages; conferences with D. Rosenfeld regarding memorandum opinion; review e-mail from J. Hutchins and review e-mail from K. Mangan; review and analyze docket entry regarding judgment; telephone call to D. Rosenfeld. | 2.60 | 650.00 |
| A. Bierman | 12528738 | 05079 | 05/06/05 | Meet with D. Rosenfeld re: fee application | .10 | 32.50 |
| J. C. Hutchins | 12502442 | 05094 | 05/06/05 | Conference with D. Rosenfeld regarding preparing back-up information regarding counsel fees and motion regarding same. | .50 | 212.50 |
| D. E. Rosenfeld | 12506677 | 05127 | 05/06/05 | Review decision; conference with A. Abbott regarding judgment and fee application; prepare email to client regarding judgment and fee application | 1.20 | 462.00 |
| A. B. Abbott | 12519987 | 05804 | 05/09/05 | Review local rules and federal rules of civil procedure; conferences with A. Bierman and D. Rosenfeld regarding application for fees; review summary judgment briefs; draft opening brief in support of motion for assessment of fees | 6.30 | 1,575.00 |
| A. Bierman | 12528762 | 05079 | 05/09/05 | Met with A. Abbott re: fee application; legal research re: fee applications under Delaware law; review pleadings and client documents | 3.10 | 1,007.50 |
| J. C. Hutchins | 12524635 | 05094 | 05/09/05 | Conference with D. Rosenfeld and A. Abbott regarding preparing motion to assess damages, interest rate issues, etc. | .80 | 340.00 |
| D. E. Rosenfeld | 12526437 | 05127 | 05/09/05 | Prepare motion regarding damages; conferences with A. Abbott | 3.20 | 1,232.00 |
| A. B. Abbott | 12520155 | 05804 | 05/10/05 | Conference with J. Hutchins and D. Rosenfeld regarding assessment of damages; telephone conference with K. Mangan regarding motion for attorneys' fees; conduct research and analyze case law regarding same; review | 1.70 | 425.00 |

Proforma Number: ******
Invoice Number: ******
Client:  Saudi American Bank
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

Page (6) 6

## UNBILLED FEES

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| A. Bierman | 12528766 | | 05079 | 05/10/05 | Legal research re: pre and post judgment interest and awards of expenses, attorney's fees and costs; review court's summary judgment opinion | 5.00 | 1,625.00 |
| J. C. Hutchins | 12525220 | | 05094 | 05/10/05 | Conference with D. Rosenfeld; review and analyze judgment and decision regarding grounds for appeal and rights to claim interest and legal fees; review and analyze cross motion for summary judgment and all briefs regarding various issues in decision; telephone conference with D. Rosenfeld regarding Conrad refusal in Saudi Aramco mediation. | 1.50 | 637.50 |
| D. E. Rosenfeld | 12526479 | | 05127 | 05/10/05 | Prepare motion | 1.60 | 616.00 |
| A. B. Abbott | 12525350 | | 05804 | 05/11/05 | Conferences with D. Rosenfeld and A. Bierman regarding motion for assessment of damages; draft opening brief in support of motion for assessment of damages | 6.50 | 1,625.00 |
| A. Bierman | 12528777 | | 05079 | 05/11/05 | Continued legal research re: pre and post judgment interest and awards of expenses, attorney's fees, and costs; meet with J. Hutchins, D. Rosenfeld and A. Abbott re: same; e-mails to/from J. Hutchins, D. Rosenfeld and A. Abbott re: same; begin drafting motion for assessment od damages, affidavits in support of same and memorandum in support of same | 10.90 | 3,542.50 |
| J. C. Hutchins | 12525485 | | 05094 | 05/11/05 | Telephone conference with D. Rosenfeld regarding Conrad e-mail; telephone conference with G. Norack and D. Rosenfeld regarding Conrad's attempts to avoid recusal; review and analyze status of Saudi Aramco; telephone conference with A. Bierman regarding terms of engagement by SAMBA in May 2000; revise and edit D. Rosenfeld draft letter to Conrad. | 1.20 | 510.00 |
| D. E. Rosenfeld | 12507517 | | 05127 | 05/11/05 | Conference with G. Novack and J. Hutchins; review Conrad's email; conference with A. | 3.90 | 1,501.50 |

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Page (7) 7

```
Proforma Number: ******                                    05/18/05
Invoice Number: ******                                     Batch #:
Client: Saudi American Bank                                Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                        Matter Number: 0508830.0901
```

## UNBILLED FEES

Abbott and A. Bierman regarding application Aden interest rates

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| A. B. Abbott | 12525429 | | 05804 | 05/12/05 | Conferences with J. Hutchins, D. Rosenfeld, and A. Bierman regarding motion for assessment of costs; attention to drafting same; review bills for attorneys' fees; telephone conferences with K. Mangan regarding local rules | 8.40 | 2,100.00 |
| A. Bierman | 12528804 | | 05079 | 05/12/05 | Continued legal research re: pre and post judgment interest and awards of expenses, attorney's fees, and costs; meet with J. Hutchins, D. Rosenfeld and A. Abbott re: same; e-mails to/from J. Hutchins, D. Rosenfeld and A. Abbott re: same; begin drafting motion for assessment od damages, affidavits in support of same and memorandum in support of same | 7.30 | 2,372.50 |
| J. C. Hutchins | 12525857 | | 05094 | 05/12/05 | Conference with D. Rosenfeld; review and analyze draft letters to Conrad; receive and review e-mail from S. Jenkins regarding possible appeal; receive and review e-mail from A. Berman regarding motion and brief; receive review and analyze motion and brief; receive and review e-mail from F. Conrad regarding Hoyt; conference with D. Rosenfeld regarding Conrad recusal matter; conference with D. Rosenfeld, A. Abbott and A. Bierman regarding claim for interest and damages; conference call with K. Mangan; receive and review e-mail from K. Mangan regarding deadlines and how to file claim. | 2.30 | 977.50 |
| D. E. Rosenfeld | 12526601 | | 05127 | 05/12/05 | Meeting regarding damages issues with J. Hutchins, A. Abbott, and A. Bierman; call with K. Mangan; review memos; call with S. Jenkins; review J. Houpt letter; review F. Conrad email; conferences with J. Hutchins, A. Rosenfeld regarding conflict issue | 6.80 | 2,618.00 |
| A. R. Rosenfeld | 12527301 | | 05112 | 05/12/05 | Conference with D. Rosenfeld | .50 | 225.00 |
| A. B. Abbott | 12526258 | | 05804 | 05/13/05 | Review transcript of oral argument on motion | 8.20 | 2,050.00 |

**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP**

Page (8) 8

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

Proforma Number: ******
Invoice Number: ******
Client: Saudi American Bank
Matter Description: Guaranty Matter

## UNBILLED FEES

| TIMEKEEPER | INDEX T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | to consolidate, deposition transcripts, and pleadings; revise opening brief in support of motion for assessment of costs; conferences with A. Bierman and D. Rosenfeld regarding same; review and analyze attorneys' fees; telephone conferences with K. Magnan regarding local counsel fees; conference with A. Bierman and D. Rosenfeld regarding strategy and filing of motion | | |
| A. Bierman | 12528788 | 05079 | 05/13/05 | E-mail U.S. litigation group re: Judge Sue L. Robinson and bifurcation of fee applications; legal research re: federal discount rate; continued revisions to motion for assessment of damages and memorandums and affidavits in support of same; meet with J. Hutchins, D. rosenfeld and A. Abbott re: same | 6.20 | 2,015.00 |
| J. C. Hutchins | 12524174 | 05094 | 05/13/05 | Conference with D. Rosenfeld; conference with A. Bierman regarding brief for damages claim; telephone conference with D. Rosenfeld regarding letter to Conrad; receive and review e-mail from A. Bierman; review and analyze opening brief to support damage assessment; conference with D. Rosenfeld regarding Conrad matter. | 1.40 | 595.00 |
| D. E. Rosenfeld | 12526640 | 05127 | 05/13/05 | Prepare letter regarding mediation; conference with J. Hutchins, A. Abbott, and A. Bierman | 4.10 | 1,578.50 |
| J. C. Hutchins | 12524458 | 05094 | 05/15/05 | Revise and edit draft of opening brief to support damage assessment; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld. | 2.80 | 1,190.00 |
| A. Bierman | 12528834 | 05079 | 05/16/05 | Meet with and e-mail to/from J. Hutchins, D. Rosenfeld and A. Abbott re: Plaintiff's Motion for Assessment of Damages and memorandum and affidavits in support of same; draft affidavit of Ahmed Makrous in support of same; review K&LNG bills and M&M's bills | 8.50 | 2,762.50 |
| A. Bierman | 12528848 | 05079 | 05/17/05 | Continued revisions to Motion for Assessment of Damages, Memorandum in Support of same; and Affidavits of D. Rosenfeld, K. Magnan and | 9.50 | 3,087.50 |

Proforma Number:
Invoice Number: ******
Client:    Saudi American Bank
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 050830.0901

Page (9) 9

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|

**UNBILLED FEES**

A. Makrous in support of same; meet with J.
Hutchins, D. Rosenfeld and A. Abbott re:
same; e-mails to/from J. Hutchins, D.
Rosenfeld, A. Abbott, K. Magnon and C.
Stritzinger re: same

TOTAL FEES                   134.50    43,809.50
                          =========================

Proforma Number: ********
Invoice Number: ******
Client: Saudi American Bank
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Page (10) 10

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

## TIMEKEEPER SUMMARY

| TKID | TIMEKEEPER NAME | RANK | HOURS | RATE | AMOUNT |
|------|-----------------|------|-------|------|--------|
| 05094 | J. C. Hutchins | Partner | 17.40 | 425.00 | 7,395.00 |
| 05127 | D. E. Rosenfeld | Partner | 23.50 | 385.00 | 9,047.50 |
| 05079 | A. Bierman | Associate | 50.60 | 325.00 | 16,445.00 |
| 05767 | D. Board | Associate | .60 | 370.00 | 222.00 |
| 05804 | A. B. Abbott | Associate | 41.90 | 250.00 | 10,475.00 |
| 05112 | A. R. Rosenfeld | Of Counsel | .50 | 450.00 | 225.00 |
| | TOTAL | | 134.50 | | 43,809.50 |
| | | | ========== | | =============== |

Proforma Number:
Invoice Number: ******
Client:  Saudi American Bank
Matter Description: Guaranty Matter

05/18/05
Batch #:
Inventory Manager: Allensworth,
Matter Number: 050830.0901

Page (11) 11

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 5343637 | 04 | 05009 | 04/28/05 | Copying Expense USER DEFINED 1: 5865 | 16.56 | 16.56 | 92 |
| | | | | Subtotal Copying Expense | 16.56 | 16.56 | |
| 5287727 | 10h | 05009 | 04/18/05 | Long Distance Courier - FEDEX Inv #7-738-30902 Delivery from Allensworth to Jose Marigomen on 3/24/05 Voucher # 764872     Check #  5006237 | 47.58 | 47.58 | 1 |
| 5287728 | 10h | 05094 | 04/18/05 | Long Distance Courier - FEDEX Inv #7-738-30902 Delivery from JCH to Ahmed Mahrous on 3/25/05 Voucher # 764872     Check # 5006237 | 47.58 | 47.58 | 1 |
| 5362208 | 10h | 05094 | 04/28/05 | Long Distance Courier - FEDEX Inv #7-750-01376 Delivery from Hutchins to Ahmed Mahrous on 4/13/05 Voucher # 766941     Check #  5006404 | 47.58 | 47.58 | 1 |
| 5348830 | 10h | 05009 | 04/30/05 | Long Distance Courier - FEDEX Inv #7-750-11674 Delivery from RBA to Jose Marigomen 4/19/05 Voucher # 767792     Check #  5006504 | 47.58 | 47.58 | 1 |
| | | | | Subtotal Long Distance Courier | 190.32 | 190.32 | |
| 5354779 | 61h | 05592 | 05/11/05 | Misc. Expenses - American Express - Library 4/29/05 Pacer Service Center 1/1 - 3/31/05 Voucher # 769111     Check # 1020485 | 4.00 | 4.00 | 1 |
| | | | | Subtotal Misc. Expenses | 4.00 | 4.00 | |

TOTAL DISBURSEMENTS AND OTHER CHARGES

210.88    210.88

Proforma Number:
Invoice Number: ******
Client:    Saudi American Bank
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

05/18/05                                           Page (12) 12
Batch #:
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|----------------|-----------------|
| 04   | Copying Expense | 16.56 | 16.56 |
| 10h  | Long Distance Courier | 190.32 | 190.32 |
| 61h  | Misc. Expenses | 4.00 | 4.00 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 210.88 | 210.88 |

# Exhibit C

**Bugshan Stone & Webster Company Limited**

**Legal Fees / Professional services**

**Payments of Invoices**

| Clifford Chance | | | | | | |
|---|---|---|---|---|---|---|
| Date of Receive | Invoice No | Date of Period | | Amount Stg | Equilent SR | TOTAL |
| August 24,2000 | 2004522 | 1st July To 31st July 2000 | | £736.00 | 3,893.80 | 3,893.80 |
| Nove 13,2000 | 2006211 | 1st August To 31st October 2000 | | £150.50 | 812.31 | 4,706.11 |
| March 29,2001 | 12001515 | 1st November 00 To 31st January 2001 | | £294.50 | 1,604.32 | 6,310.43 |
| 12/23/2002 | 22005968 | 29/7 to 15/11 2002 | | £2,625.30 | 15751.80 | 22,062.23 |
| | | | | | | |
| | | | | TOTAL | 22,062.23 | 22,062.23 |

# Exhibit D

**Bugshan Stone & Webster Company Limited**

**Legal Fees / Professional services**

**Payments of Invoices**

| JUDGE FRANCIS G. CONRAD | | | | | | |
|---|---|---|---|---|---|---|
| Date of Receive | Invoice No | Date of Period | | AMT | Equilent SR | TOTAL |
| | | | | US $ | | |
| June 2004 | | | | $9,200.00 | SAR 34,500.00 | 34,500.00 |
| September 2004 | | | | $6,134.00 | SAR 23,002.50 | 57,502.50 |
| | | | TOTAL | $15,334.00 | SAR 57,502.50 | 57,502.50 |

# Exhibit E

Case 1:04-cv-00884-SLR Document 65-3 Filed 05/18/2005 Page 19 of 23

Federal Reserve Release



# Press Release

*Release Date: May 16, 2000*

For immediate release

The Federal Open Market Committee voted today to raise its target for the federal funds rate by 50 basis points to 6-1/2 percent. In a related action, the Board of Governors approved a 50 basis point increase in the discount rate to 6 percent.

Increases in demand have remained in excess of even the rapid pace of productivity-driven gains in potential supply, exerting continued pressure on resources. The Committee is concerned that this disparity in the growth of demand and potential supply will continue, which could foster inflationary imbalances that would undermine the economy's outstanding performance.

Against the background of its long-term goals of price stability and sustainable economic growth and of the information already available, the Committee believes the risks are weighted mainly toward conditions that may generate heightened inflation pressures in the foreseeable future.

In taking the discount rate action, the Federal Reserve Board approved requests submitted by the Boards of Directors of the Federal Reserve Banks of Boston, Cleveland, Richmond, and San Francisco. The discount rate is the rate charged depository institutions when they borrow short-term adjustment credit from their district Federal Reserve Banks.

2000 Monetary policy

Home | News and events
Accessibility
**Last update: May 16, 2000**

# Exhibit F

Shaw Awarded Front End Engineering Design Project for Polyethersulphone Expansion Project for Solvay

BATON ROUGE, La.--(BUSINESS WIRE)--May 10, 2005--The Shaw Group Inc. (NYSE:SGR) announced today that its Shaw Stone & Webster unit has been awarded the front end engineering design for a polyethersulphone (PES) expansion project for Solvay Advanced Polymers L.L.C. Polyethersulphone is a high-temperature engineering plastic that is used in electrical and electronic components, sterilization equipment and photographic accessories. Shaw's engineering engagement includes process studies, basic engineering design, cost estimating, modular construction analysis, and master project scheduling. The amount of Shaw's front end contract was not disclosed.

The overall project cost is estimated to be over $50 million and would triple Solvay's existing PES capacity. The planned location of the new unit has not been disclosed and the facility is expected to be commissioned in 2006. Shaw's Toronto office is currently executing several polyethylene, linear alpha olefins and polystyrene projects for Canadian and international clients.

J.M. Bernhard, Jr., Chairman and Chief Executive Officer of Shaw, commented, "This is another important engineering award for Shaw and reflects our Toronto office's expertise in polymer science. This significant project provides Shaw opportunities to develop additional markets and applications in this exciting technology driven arena."

The Shaw Group Inc. is a leading global provider of technology, engineering, procurement, construction, maintenance, fabrication, manufacturing, consulting, remediation, and facilities management services for government and private sector clients in the power, process, environmental, infrastructure and emergency response markets. With over $3 billion in revenues, Shaw is headquartered in Baton Rouge, Louisiana and employs approximately 20,000 people at its offices and operations in North America, South America, Europe, the Middle East and the Asia-Pacific region. The Company was recently named for the second consecutive year to Fortune magazine's annual list of "America's Most Admired Companies". For further information, please visit the Shaw's website at www.shawgrp.com.

The Private Securities Litigation Reform Act of 1995 provides a "safe harbor" for certain forward-looking statements. The statements contained herein that are not historical facts (including without limitation statements to the effect that the Company or its management "believes," "expects," "anticipates," "plans," or other similar expressions) and statements related to revenues, earnings, backlog, or other financial information or results are forward-looking statements based on the Company's current expectations and beliefs concerning future developments and their potential effects on the Company. There can be no assurance that future developments affecting the Company will be those anticipated by the Company. These forward-looking statements involve significant risks and uncertainties (some of which are beyond our control) and assumptions and are subject to change based upon various factors. Should one or more of such risks or uncertainties materialize, or should any of our assumptions prove incorrect, actual results may vary in material respects from those projected in the forward-looking statements. The Company undertakes no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. A description of some of the risks and uncertainties that could cause actual results to differ materially from such forward-looking statements can be found in the Company's reports and registration statements filed with the Securities and Exchange Commission, including its Form 10-K and Form 10-Q reports, and on the Company's web-site under the heading "Forward-Looking Statements". These documents are also available from the Securities and Exchange Commission or from the Investor Relations department of Shaw. For more information on the company and announcements it makes from time to time on a regional basis visit our web site at www.shawgrp.com.

CONTACT: The Shaw Group Inc., Baton Rouge
Chris D. Sammons, 225-932-2500

SOURCE: The Shaw Group Inc.

"Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995: Statements in this press release regarding SHAW GROUP INC's business which are not historical facts are "forward-looking statements" that involve risks and uncertainties. For a discussion of such risks and uncertainties, which could cause actual results to differ from those contained in the forward-looking statements, see "Risk Factors" in the Company's Annual Report or Form 10-K for the most recently ended fiscal year.

# Exhibit G

# UNITED STATES DISTRICT C

## Northern District o

## Publications - Post Judgment Rate

Search:

1982 - 1989 | 1990 - 1999 | 2000 - 2004 | 2005 - 2009

| 2005 U. S. Government Securities Treasury Constant Maturities - 1 Year | | |
|---|---|---|
| **Week Ending** | **Interest Rate** | **Effective Date** |
| 12/24/04 | 2.71% | 12/27/04 to 01/02/05 |
| 12/31/04 | 2.77% | 01/03/05 to 01/09/05 |
| 01/07/05 | 2.82% | 01/10/05 to 01/16/05 |
| 01/14/05 | 2.85% | 01/17/05 to 01/23/05 |
| 01/21/05 | 2.87% | 01/24/05 to 01/30/05 |
| 01/28/05 | 2.89% | 01/31/05 to 02/06/05 |
| 02/04/05 | 2.95% | 02/07/05 to 02/13/05 |
| 02/11/05 | 2.96% | 02/14/05 to 02/20/05 |
| 02/18/05 | 3.05% | 02/21/05 to 02/27/05 |
| 02/25/05 | 3.13% | 02/28/05 to 03/06/05 |
| 03/04/05 | 3.20% | 03/07/05 to 03/13/05 |
| 03/11/05 | 3.24% | 03/14/05 to 03/20/05 |
| 03/18/05 | 3.31% | 03/21/05 to 03/27/05 |
| 03/25/05 | 3.38% | 03/28/05 to 04/03/05 |
| 04/01/05 | 3.38% | 04/04/05 to 04/10/05 |
| 04/08/05 | 3.33% | 04/11/05 to 04/17/05 |
| 04/15/05 | 3.32% | 04/18/05 to 04/24/05 |
| 04/22/05 | 3.28% | 04/25/05 to 05/01/05 |
| 04/29/05 | 3.33% | 05/02/05 to 05/08/05 |
| 05/06/05 | 3.33% | 05/09/05 to 05/15/05 |
| 05/13/05 | 3.35% | 05/16/05 to 05/22/05 |