IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED et al., | ) ) ) ) | Case No. 00-02142 (PJW) Jointly Administered Adv. No. 01-7766 (PJW) |
| Debtors | ) ) | |
| SAUDI AMERICAN BANK, Plaintiff | ) ) ) ) | |
| v. | ) ) | |
| THE SHAW GROUP INC., SWINC ACQUISTION THREE, INC., and STONE & WEBSTER ENGINEERING CORPORATION, et al., Defendants | ) ) ) ) ) ) | |

## AFFIDAVIT OF JOHN C. HUTCHINS IN SUPPORT OF PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES

I, John C. Hutchins, do hereby depose and state:

1. I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of Plaintiff's Motion for Assessment of Damages and Memorandum in support thereof, which are being filed herewith.

2. I am familiar with the facts surrounding this case, I have supervised K&LNG's representation of SAMBA in the bankruptcy proceedings and I have assisted in the litigation of this matter from the outset.

BOS-847207 v1 0508830-0901

3. I have reviewed and am fully familiar with all of the K&LNG billing items referred to in the Affidavit of Daniel E. Rosenfeld and attached as Exhibits A and B thereto.

4. Each item that is included in the Affidavit of Daniel E. Rosenfeld and attached as Exhibits A and B thereto is, in my judgment, which is based on my substantial legal experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than K&LNG's customary fees for cases of this type; and (4) is the amount that has been or will be charged by K&LNG to SAMBA in connection with this litigation. Signed under the pains and penalties of perjury this 18th day of May 2005.

_____
John C. Hutchins

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                   Date: May 18, 2005

On this 18th day of May, 2005, before me, the undersigned notary public, personally appeared John C. Hutchins, proved to me through satisfactory evidence of identification, which was personally known, to be the person whose name is signed on the preceding or attached document in my presence.

_____
Gina M. Fitzgerald
Notary Public for
the Commonwealth of Massachusetts

My commission expires January 31, 2008

GINA M. FITZGERALD, NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 31, 2008