IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) | |
| | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| Defendants | ) | |

## AFFIDAVIT OF KEVIN J. MANGAN IN SUPPORT OF
## PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES

I, Kevin J. Mangan, do hereby depose and state:

1.    I am a senior associate in the law firm of Monzack and Monaco, P. A. ("M&M"),

local counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action.

This affidavit is made in support of Plaintiff's Motion for Assessment of Damages and

Memorandum in support thereof, which are being filed herewith.

2.    I am familiar with the facts surrounding this case.  M&M has served as local

Delaware counsel in this matter since it was contacted by Kirkpatrick & Lockhart Nicholson

Graham LLP ("K&LNG") in May 2001.  I have been responsible for overseeing the selection

and supervision of other attorneys and support personnel working on behalf of SAMBA.

3.    I have reviewed and have direct personal knowledge of all of the M&M billing items referred to below.

4.    Each item that is included in the invoices attached hereto is, in my judgment, which is based on my substantial litigation experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than M&M's customary fees for cases of this type; and (4) is the amount that has been or will be charged by M&M to SAMBA in connection with this litigation.

5.    The rates, relevant experience, and roles of the attorneys and paraprofessionals who assisted in the litigation and supervised or billed time during the course of the litigation are as follows:

| Name | Rate | Number of Hours |
| --- | --- | --- |
| Kevin J. Mangan, Associate<br><br>Experience in the litigation of a wide variety of complex civil litigation matters.  J.D., Villanova University, 1989; B.S., University of Scranton, 1986 | $215 - $295 | 205.97 |
| Francis A. Monaco, Jr., Partner | $315 - $425 | 83.26 |
| Heidi E. Sasso, Paralegal | $110 - $135 | 11.95 |
| Joseph J. Bodnar, Associate | $305 | 1.70 |
| Joseph R. Biden, III, Of Counsel | $195 | 1.70 |
| Edward M. Lilly, Associate | $205 | 0.4 |

6.    Exhibit A attached hereto and incorporated herein are invoices dated June 2000 – May 2005 which detail the total hours of legal services performed by M&M attorneys and

paraprofessionals and fees expended in connection with this litigation. The fees for professional services total $86,523.07; costs total $3,227.81.

7.  To date, there are unbilled fees in the amount of $1,981.50. These fees and costs are detailed in Exhibit B attached hereto. Counsel estimates that additional fees and costs related to the filing of the Motion for Assessment of Fees, and Memorandum and Affidavits in support thereof will total $750.00.

8.  The sum of SAMBA's reasonable attorneys' fees and related costs, performed by M&M in connection with this litigation, are as follows:

| | |
|---|---|
| Professional Services (billed): (Exhibit A) | $ 86,523.07 |
| Professional Services (to be billed): (Exhibit B) | $ 1,981.50 |
| **Subtotal for Professional Services** | **$ 88,504.57** |
| Costs (billed): (Exhibit A) | $ 3,227.81 |
| Costs (to be billed): (Exhibit B) | $ 0 |
| **Subtotal for Costs** | **$ 3,227.81** |
| | |
| **TOTAL FEES AND COSTS (BILLED AND UNBILLED)** | **$ 91,732.38** |
| | |
| **Estimate of additional fees to be incurred in connection with SAMBA's Motion for Assessment of Damages** | **$ 750.00** |
| **TOTAL FEES AND COSTS** | **$ 92,482.38** |

Signed under the pains and penalties of perjury this _18th_ day of May 2005.

Kevin J. Mangan

**STATE OF DELAWARE**    :
                  : SS
**NEW CASTLE COUNTY**   :


On this _18th_ day of May 2005, before me, the undersigned notary public, personally

appeared Kevin J. Mangan, known to me personally to be such, and acknowledged this Affidavit

In Support Of Plaintiff's Motion for Assessment of Damages.

Notary Public

**TARA L. KRATZER**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires May 18, 2007