# Exhibit A

REPRINT OF BILLED DETAILS (as billed)

Bill number 3776 -00001-003 FAM
Bill date 06/22/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808
Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 05/09/01 | FAM | Telephone conference with and telephone call to J. Hutchins. | .30 hrs | 315 | /hr | 94.50 |
| 05/16/01 | FAM | Telephone conference with J. Hutchins. | .10 hrs | 315 | /hr | 31.50 |
| 05/17/01 | FAM | Correspondence from J. Hutchins. Review of papers. | .20 hrs | 315 | /hr | 63.00 |
| 05/18/01 | KJM | Review of response to Shaw Objection and related pleadings; review of notice of agenda; email to J. Hutchins. | .80 hrs | 215 | /hr | 172.00 |
| 05/18/01 | FAM | Review of agenda notice. Telephone conference with J. Hutchins. | .20 hrs | 315 | /hr | 63.00 |
| 05/21/01 | FAM | Correspondence from Shaw counsel. | .10 hrs | 315 | /hr | 31.50 |
| 05/21/01 | FAM | Correspondence from A. Swope. | .10 hrs | 315 | /hr | 31.50 |
| 05/23/01 | FAM | Review of agenda notice and bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| 05/24/01 | FAM | Review of docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 05/25/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| | | TOTAL FEES | | | $ | 581.50 |

DISBURSEMENTS

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 05/31/01 | PH | Photocopying | | 4.00 |
| | | TOTAL DISBURSEMENTS | $ | 4.00 |

BILLING SUMMARY

REPRINT OF BILLED DETAILS (as billed)
3776 -00001-003 FAM

| | | |
|---|---|---|
| TOTAL FEES | $ | 581.50 |
| TOTAL DISBURSEMENTS | $ | 4.00 |
| TOTAL CHARGES FOR THIS BILL | $ | 585.50 |

REPRINT OF BILLED DETAILS (as billed)

Bill number 3776 -00001-005 FAM
Bill date 07/19/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808
Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 06/04/01 | FAM | Correspondence from C. Sontchi. | .10 hrs | 315 | /hr | 31.50 |
| 06/06/01 | FAM | Review of docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 06/08/01 | FAM | Review of agenda notice. | .10 hrs | 315 | /hr | 31.50 |
| 06/10/01 | KJM | Review of notice of agenda and adjournment of Shaw second omnibus objection; correspondence to co-counsel re: adjuornment. | .20 hrs | 215 | /hr | 43.00 |
| 06/14/01 | FAM | Telephone conference with J. Hutchins. | .20 hrs | 315 | /hr | 63.00 |
| 06/15/01 | FAM | Review of docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 06/19/01 | FAM | Review of docket sheets and bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| 06/21/01 | FAM | Review of UCC omnibus objections. | .10 hrs | 315 | /hr | 31.50 |
| 06/26/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |

TOTAL FEES $ 326.50

DISBURSEMENTS

TOTAL DISBURSEMENTS $ .00

BILLING SUMMARY

TOTAL FEES $ 326.50

TOTAL CHARGES FOR THIS BILL $ 326.50

:PRINT OF BILLED DETAILS (as billed)

Bill number 3776 -00001-006 FAM
Bill date 08/15/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808
Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 07/09/01 | FAM | Review of agenda notice and docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 07/10/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| 07/12/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| 07/14/01 | FAM | Review of docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 07/17/01 | KJM | Telephone conference with G. Taylor re: Shaw objection to claims. | .10 hrs | 215 | /hr | 21.50 |
| 07/17/01 | FAM | Telephone conference with and telephone call to A. Lee. | .20 hrs | 315 | /hr | 63.00 |
| 07/17/01 | FAM | Telephone conference with J. Hutchinson. | .20 hrs | 315 | /hr | 63.00 |
| 07/18/01 | FAM | Correspondence from J. Hutchinson. | .10 hrs | 315 | /hr | 31.50 |
| 07/24/01 | FAM | Review of docket sheets and bankruptcy pleadings. | .20 hrs | 315 | /hr | 63.00 |
| 07/27/01 | FAM | Review of docket sheets. | .10 hrs | 315 | /hr | 31.50 |
| 07/30/01 | BJM | Review correspondence and reply correspondence re: Preference Action | .30 hrs | 225 | /hr | 67.50 |
| 07/30/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 | /hr | 31.50 |
| 07/31/01 | FAM | Interoffice conference with Brian J. McLaughlin. | .10 hrs | 315 | /hr | 31.50 |

TOTAL FEES $ 530.00

DISBURSEMENTS

REPRINT OF BILLED DETAILS (as billed)
3776 -00001-006 FAM

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | .00 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 530.00 |
| TOTAL CHARGES FOR THIS BILL | $ | 530.00 |

REPRINT OF BILLED DETAILS (as billed)

Bill number 3776 -00001-007 FAM
Bill date 09/11/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808
Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/01 | BJM | Review correspondence; miscellaneous review of Case Law re: issues raised in correspondence/analysis | 1.00 hrs | 230 /hr | 230.00 |
| 08/06/01 | FAM | Review of motion to retain chief restructuring officer. | .10 hrs | 325 /hr | 32.50 |
| 08/07/01 | FAM | Review of Shaw objection notice. | .10 hrs | 325 /hr | 32.50 |
| 08/10/01 | FAM | Telephone conference with J. Hutchins. | .10 hrs | 325 /hr | 32.50 |
| 08/11/01 | KJM | Review of notice of rescheduled hearing for Shaw claims. | .10 hrs | 220 /hr | 22.00 |
| 08/11/01 | KJM | Email to J. Hutchins re: status of claims objection. | .20 hrs | 220 /hr | 44.00 |
| 08/13/01 | FAM | Correspondence from J. Hutchins. | .10 hrs | 325 /hr | 32.50 |
| 08/14/01 | FAM | Review of motion to substantially consolidate and disclosure statement. Correspondence to J. Hutchins. | 1.60 hrs | 325 /hr | 520.00 |
| 08/16/01 | BJM | Review and review letter | .20 hrs | 230 /hr | 46.00 |
| 08/17/01 | FAM | Correspondence from J. Hutchins. | .10 hrs | 325 /hr | 32.50 |
| 08/17/01 | BJM | Review Preference Response letter; Analysis and telephone call to John Hutchins, Esquire | .50 hrs | 230 /hr | 115.00 |
| 08/17/01 | BJM | Telephone conference with John Hutchins, Esquire re: Response letter | .20 hrs | 230 /hr | 46.00 |
| 08/22/01 | FAM | Review of bankruptcy pleadings and agenda notice. | .20 hrs | 325 /hr | 65.00 |
| 08/23/01 | KJM | Review of notice of agenda re: status of | | | |

REPRINT OF BILLED DETAILS (as billed)
3776 -00001-007 FAM Page 2

| Date | Atty | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| | | objection; correspondence to co-counsel. | .20 hrs | 220 | /hr | 44.00 |
| 08/24/01 | FAM | Review of amended agenda notice. | .10 hrs | 325 | /hr | 32.50 |

TOTAL FEES $ 1,327.00

DISBURSEMENTS

TOTAL DISBURSEMENTS $ .00

BILLING SUMMARY

TOTAL FEES $ 1,327.00

TOTAL CHARGES FOR THIS BILL $ 1,327.00

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
November 28, 2001
Account No: 3776-00001M
Statement No: 835

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

09/14/01
FAM Review of bankruptcy pleadings. Telephone conference with J. Hutchins.

09/17/01
FAM Review of bankruptcy pleadings. Telephone call to A. Princi.

09/19/01
FAM Review of equity committee's disclosure statement.

09/22/01
KJM Review of correspondence from G. Taylor re: continuation of Shaw objection and correspondence to co-counsel.

09/24/01
FAM Review of bankruptcy pleadings and agenda notice.

09/25/01
KJM Review of notice of agenda for hearing and continuance.

09/27/01
FAM Correspondence from J. Hutchins.

10/12/01
FAM Review of bankruptcy pleadings.

10/15/01
FAM Review of bankruptcy pleadings.

10/16/01
FAM Telephone conference with M. Brantzberg. Interoffice conference with Rachel B. Mersky.

10/17/01
KJM Telephone conference with D. Rosenfeld re: filing of pleading.

10/18/01
KJM Reviewed, finalized and filed answer to adversary complaint and complaint against Shaw and Debtor with exhibits.
PL3 File/serve Adversary Complaint.

Saudi American Bank

v. Stone & Webster, Inc.

| | | Hours | |
|---|---|---|---|
| 10/22/01 | | | |
| | KJM Review of notice of agenda re: adjournment of and correspondence to J. Hutchins. | | |
| | FAM Review of agenda notice. | | |
| 10/24/01 | | | |
| | FAM Review of agenda notice and bankruptcy pleadings. | | |
| | Total fees for this matter | 5.50 | 1,379.50 |
| | TOTAL CURRENT WORK | | 1,379.50 |
| | BALANCE FORWARD | | $2,769.00 |
| | BALANCE DUE | | $4,148.50 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
December 20, 2001
Account No: 3776-00001M
Statement No: 2099

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

| | | Hours | |
|---|---|---|---|
| 11/01/01 | FAM Review of bankruptcy pleadings. | | |
| 11/19/01 | KJM Telephone conference with D. Rosenfeldt re: disclosures in preference action; telephone conference with Court re: issuance of summons. | | |
| | KJM Review of correspondence from D. Rosen and correspondence to C. Sontchi. | | |
| 11/22/01 | FAM Review of bankruptcy pleadings. | | |
| 11/23/01 | FAM Review of agenda notice. | | |
| 11/26/01 | FAM Review of bankruptcy pleadings. | | |
| 11/28/01 | FAM Correspondence from Debtor's counsel. | | |
| 11/29/01 | KJM Review of notice of pretrial conference and email to J. Hutchins and review of status of complaint against Shaw. | | |
| 11/30/01 | KJM Telephone conference with Court; review of summons; email to J. Hutchins; served summons and Complaint on Debtor and Shaw. | | |
| | Total fees for this matter | 1.50 | 382.50 |

EXPENSES

| | |
|---|---|
| Photocopying | 53.20 |
| Total Expenses Thru 11/30/01 | 53.20 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/18/01 | Messenger/Courier Expenses | 5.00 |
| 10/23/01 | Special Postal Services | 18.01 |
| | Total Advances | 23.01 |

December 20, 2001
Account No: 3776-00001M
Statement No: 2099

Saudi American Bank

v. Stone & Webster, Inc.

| | |
|---|---|
| TOTAL CURRENT WORK | 458.71 |
| BALANCE FORWARD | $4,148.50 |
| BALANCE DUE | $4,607.21 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
January 18, 2002
Account No: 3776-00001M
Statement No: 2991

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

12/06/01
FAM Review of bankruptcy pleadings.

12/07/01
FAM Review of bankruptcy pleadings.

12/12/01
KJM Telephone conference with D. Rosenfeld re: claim objection.
FAM Review of bankruptcy pleadings and agenda notice.

12/13/01
KJM Telephone conference with C. Sontchi re: status of claim objection and adversary action.

12/14/01
KJM Review of notice of agenda and continuance of claim objection; correspondence to J. Hutchins.
FAM Review of amended agenda notice and bankruptcy pleadings.

12/20/01
FAM Review of omnibus objection to claims.

12/26/01
KJM Review of notice of rescheduled hearing and correspondence to co-counsel.

12/27/01
FAM Review of bankruptcy pleadings.

12/31/01
FAM Correspondence from G. Rubin.
KJM Telephone conference with D. Rosenfeld re: pretrial and motion to consolidate.

| | Hours | Amount |
|---|---|---|
| Total fees for this matter | 1.30 | 359.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/19/01 | Messenger/Courier Expenses | 5.00 |
| 11/29/01 | Messenger/Courier Expenses | 10.00 |
| 11/30/01 | Messenger/Courier Expenses | 5.00 |
| | Total Advances | 20.00 |

Saudi American Bank

v. Stone & Webster, Inc.

January 18, 2002
Account No: 3776-00001M
Statement No: 2991

| | |
|---|---|
| TOTAL CURRENT WORK | 379.50 |
| BALANCE FORWARD | $4,607.21 |
| BALANCE DUE | $4,986.71 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
February 20, 2002
Account No: 3776-00001M
Statement No: 4387

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

01/02/02
KJM Review of correspondence from D. Rosenfeld and draft motion to consolidate and amend complaint; review of Shaw answer; correspondence to D. Rosenfeld; review of Debtors answer to complaint and correspondence to co-counsel.

01/03/02
KJM Telephone conference with D. Rosenfeld re: status.
FAM Review of amended complaint, motion to consolidate and memo. Correspondence from G. Rubin and D. Rosenfeld.

01/04/02
KJM Review of revised order and motion; correspondence to D. Rosenfeld re: filing of motion.
FAM Telephone call to and telephone conference with D. Rosenfeld. Review of motion to amend complaint.

01/06/02
KJM Review of correspondence from D. Rosenfeld; review of amended complaint and motion to amend; correspondence to D. Rosenfeld re: status; review of dockets and correspondence to D. Rosenfeld.

01/07/02
KJM Review of email from D. Rosenfeld re: filing; review of electronic notice of discovery of Shaw.
KJM Revised motion to compel and prepared proposed order; telephone conference with co-counsel; filed and served motions to amend and consolidate.

01/08/02
FAM Review of discovery request.

01/10/02
FAM Review of bankruptcy pleadings.

01/12/02
KJM Review of Shaw discovery and correspondence to D. Rosenfeld re: same.

Saudi American Bank

v. Stone & Webster, Inc.

                                              Hours

01/15/02
      KJM  Review of Debtors' motion for summary
           judgment; telephone conference with D.
           Rosenfeld; telephone conference with G.
           Rubin.
      FAM  Review of motion for summary judgment.

01/17/02
      KJM  Review of correspondence from G. Rubin
           and telephone conference with G. Rubin
           re: discovery extension until 1/22/02.
      KJM  Review of Debtors motion for judgment on
           pleadings and forwarded to co-counsel.

01/18/02
      KJM  Review of Shaw's response to motions and
           forwarded to co-counsel.

01/19/02
      FAM  Review of Debtor's motion for partial
           summary judgment and Shaw response.

01/21/02
      KJM  Review of correspondence from D.
           Rosenfeld and respond re: pleadings
           status.
      KJM  Telephone conference with D. Rosenfeld
           re: pleadings to be filed.

01/22/02
      KJM  Telephone conference with D. Rosenfeld
           re: status and strategy; telephone
           conference with G. Rubin.
      KJM  Telephone conference with D. Rosenfeld;
           review of opposition to summary judgment;
           reply to motion to consolidate, discovery
           responses and discovery to Debtor; filed
           and served pleadings.
      FAM  Correspondence from D. Rosenfeld.
           Review of and file notice of service.

01/23/02
      KJM  Review of discovery documents and
           correspondence to Debtors' counsel re:
           same; review notice of agenda.
      FAM  Review of discovery responses.

01/24/02
      KJM  Telephone conference with D. Rosenfeld
           re: hearing issues.
      KJM  Review of Debtors' opposition to motion
           for leave to file amended complaint;
           correspondence to D. Rosenfeld.
      KJM  Review of reply to Shaw response,
           revised, filed and served same; review of
           discovery to Shaw and served same.
      FAM  Telephone conference with and
           correspondence from D. Rosenfeld.
           Review of SAMBA discovery and response.

| | | Hours | |
|---|---|---|---|
| 01/25/02 | | | |
| | KJM Conference with D. Rosenfeld; prepared for and attended hearing. | | |
| | FAM Review of Review of Debtor's opposition. Interoffice conference with Kevin J. Mangan. | | |
| 01/26/02 | | | |
| | KJM Review of Debtors' third omnibus objection to claims. | | |
| 01/28/02 | | | |
| | KJM Review of answer to counterclaim; telephone conference with D. Rosenfeld; filed and served answer. | | |
| | Total fees for this matter | 16.80 | 4,252.00 |

EXPENSES

| | |
|---|---|
| Facsimile Expenses | 10.00 |
| Photocopying | 324.80 |
| Postage | 2.41 |
| Total Expenses Thru 01/31/02 | 337.21 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/07/02 | Messenger/Courier Expenses | 15.00 |
| 01/10/02 | Special Postal Services | 9.97 |
| 01/24/02 | Messenger/Courier Expenses | 54.00 |
| | Total Advances | 78.97 |
| | TOTAL CURRENT WORK | 4,668.18 |
| | BALANCE FORWARD | $4,986.71 |
| | BALANCE DUE | $9,654.89 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
March 14, 2002
Account No: 3776-00001M
Statement No: 5311

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

02/01/02
FAM Review of bankruptcy pleadings.

02/04/02
FAM Review of bankruptcy pleadings.

02/06/02
KJM Telephone conference with D. Rosenfeld re: answer to Shaw request for admission.
KJM Review of response to request for admission served upon defendants.
FAM Review of bankruptcy pleadings.

02/08/02
KJM Review of opposition to partial summary judgment and prepared to file; telephone conference with A. Abbott; review of revisions; filed and served.

02/14/02
FAM Review of bankruptcy pleadings.
KJM Review of bankruptcy pleadings filed.

02/15/02
KJM Telephone conference with D. Rosenfeld re: discovery issues.

02/16/02
FAM Review of bankruptcy pleadings.

02/17/02
KJM Review of Debtors' reply to opposition to motion for judgment on the pleadings and correspondence to co-counsel.

02/18/02
FAM Review of Debtor's discovery response, brief and discovery.
KJM Review of correspondence from A. Abbott and discovery responses; prepared notice of service for filing.

02/19/02
FAM Review of agenda notice.
KJM Review of correspondence from A. Abbott re: discovery; review of Debtors response to discovery and second set of interrogatories and admissions; forwarded to co-counsel.

Saudi American Bank

March 14, 2002
Account No: 3776-00001M
Statement No: 5311

v. Stone & Webster, Inc.

Hours

02/20/02
KJM Review of notice of agenda and correspondence to co-counsel.
KJM Review of correspondence from A. Abbott re: discovery.

02/21/02
FAM Interoffice conference with D. Rosenfeld. Court appearance.
KJM Review of correspondence from court and pro hac order of A. Abbott; email to A. Abbott.

02/27/02
FAM Review of bankruptcy pleadings.

02/28/02
FAM Review of bankruptcy pleadings.

| | Hours | Amount |
|---|---|---|
| Total fees for this matter | 6.30 | 1,765.00 |

EXPENSES

| | |
|---|---|
| Photocopying | 42.40 |
| Total Expenses Thru 02/28/02 | 42.40 |

COSTS ADVANCED

| | |
|---|---|
| 01/22/02 Messenger/Courier Expenses | 15.00 |
| 01/28/02 Messenger/Courier Expenses | 15.00 |
| 02/06/02 Messenger/Courier Expenses | 50.00 |
| Total Advances | 80.00 |
| TOTAL CURRENT WORK | 1,887.40 |
| BALANCE FORWARD | $9,654.89 |

PAYMENTS

| | |
|---|---|
| Total Payments for 02/22/02 | -2,769.00 |
| BALANCE DUE | $8,773.29 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
April 15, 2002
Account No: 3776-00001M
Statement No: 6636

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

03/05/02
FAM Review of bankruptcy pleadings.

03/06/02
KJM Telephone conference with D. Rosenfeld re: discovery issue.

03/07/02
FAM Correspondence from S. Jenkins.

03/08/02
KJM Review of notice of rescheduled hearing.

03/09/02
FAM Review of Shaw discovery responses and omnibus objection to claims.

03/11/02
KJM Review of correspondence from S. Jerkins re: discovery schedule; review of Shaw discovery responses.

03/12/02
FAM Review of bankruptcy pleadings and agenda notice.
KJM Review of notice of agenda and correspondence to D. Rosenfeld.

03/14/02
KJM Prepared for and attended pretrial conference.

03/18/02
FAM Review of claims objection.
KJM Review of correspondence from A. Abbott and response to request to admit; filed response and filed notice of service.

03/20/02
FAM Review of Disclosure Statement notice.

03/21/02
FAM Review of bankruptcy pleadings.

03/23/02
FAM Review of Debtor's Disclosure Statement.

03/25/02
FAM Review of Equity Committee Disclosure

Saudi American Bank

April 15, 2002
Account No: 3776-00001M
Statement No: 6636

v. Stone & Webster, Inc.

Hours

Statement.
Correspondence to J. Hutchins.

03/26/02
FAM Review of UCC Disclosure Statement.
KJM Review of email from A. Abott; review of supplemental response to request for admission and filed and served same.

03/27/02
FAM Correspondence from S. Jenkins.

03/29/02
FAM Review of bankruptcy pleadings.

| | Hours | Amount |
|---|---|---|
| Total fees for this matter | 6.80 | 2,116.00 |

EXPENSES

| | |
|---|---|
| Facsimile Expenses | 10.00 |
| Photocopying | 84.00 |
| Total Expenses Thru 03/31/02 | 94.00 |

COSTS ADVANCED

| | |
|---|---|
| 03/11/02 Copy Expenses | 77.20 |
| Total Advances | 77.20 |
| TOTAL CURRENT WORK | 2,287.20 |
| BALANCE FORWARD | $8,773.29 |
| BALANCE DUE | $11,060.49 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
May 09, 2002
Account No: 3776-00001M
Statement No: 7701

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

04/01/02
FAM Telephone call to D. Rosenfeld.

04/02/02
FAM Review of Disclosure Statement motion.

04/03/02
FAM Review of bankruptcy pleadings.

04/04/02
KJM Review of correspondence from A. Abbott and response to second set of interrogatories; filed and served discovery.
KJM Telephone conference with D. Rosenfeld re: deposition and settlement issues.

04/05/02
FAM Review of bankruptcy pleadings.

04/08/02
FAM Telephone call to C. Bifferato.
Review of Disclosure Statement pleadings.
KJM Review of correspondence from A. Abbott and discovery to Shaw.

04/09/02
FAM Review of Equity Committee solicitation motion, notice and revised Disclosure Statement.
Telephone call to C. Bifferato.
Memo to J. Hutchins.
Attendance at Disclosure Statement hearing.
KJM Filed and served discovery to Shaw; telephone conference with D. Rosenfeld; conducted arrangements for deposition; review of correspondence from D. Rosenfeld.

04/10/02
FAM Review of bankruptcy pleadings.
Memo to D. Rosenfeld.
KJM Conference with D. Rosenfeld and A. Abbott re: deposition of Debtors witnesses.

04/11/02
FAM Review of bankruptcy pleadings.

Saudi American Bank

v. Stone & Webster, Inc.


                                                Hours

04/12/02
      FAM Review of bankruptcy pleadings.

04/13/02
      FAM Review of agenda notice, bankruptcy
          pleadings and UCC solicitation motion.

04/15/02
      JJB E-mail to Francis A. Monaco, Jr. re:
          Disclosure Statement hearing.
      JJB Attendance at Disclosure Statement
          hearing.
      FAM Interoffice conference with Joseph J.
          Bodnar.
          Review of bankruptcy pleadings and UCC
          Amended Disclosure Statement.

04/16/02
      FAM Review of revised Equity Committee
          Disclosure Statement and bankruptcy
          pleadings.
      KJM Telephone conference with D. Rosenfeld
          re: trial strategy.
      KJM Telephone conference with J. McKelvie's
          chambers re: trial date.

04/17/02
      KJM Telephone conference with D. Rosenfeld
          and Court re: trial status.
      KJM Telephone conference with court clerk re:
          teleconference; telephone conference with
          D. Rosenfeld re: status; review of
          correspondence from D. Rosenfeld.
      KJM Review of correspondence from G. Rubin
          re: scheduling hearing.

04/18/02
      FAM Correspondence from and telephone call to
          D. Rosenfeld.
          Review of notices.
      KJM Review of notice of trial cancellation
          and correspondence to D. Rosenfeld.
      KJM Prepared for and attended hearing;
          telephone conference with D. Rosenfeld.

04/19/02
      FAM Review of UCC and Equity Committee plans.

04/20/02
      FAM Review of Debtor's plan.

04/22/02
      FAM Review of bankruptcy pleadings.

04/24/02
      FAM Review of bankruptcy pleadings.
      KJM Review of correspondence from D.
          Rosenfeld and proposed order on judgment
          on pleadings.

| | | Hours | |
|---|---|---|---|
| 04/26/02 | | | |
| | KJM Telephone conference with D. Rosenfeld re: status of settlement negiotations. | | |
| | Total fees for this matter | 13.00 | 4,019.00 |

EXPENSES

| | |
|---|---|
| Photocopying | 138.80 |
| Postage | 5.20 |
| Total Expenses Thru 04/30/02 | 144.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 03/18/02 | Messenger/Courier Expenses | 5.00 |
| 03/18/02 | Messenger/Courier Expenses | 5.00 |
| 03/21/02 | Copy Expenses | 78.50 |
| 03/25/02 | Special Postal Services | 21.48 |
| 03/26/02 | Messenger/Courier Expenses | 5.00 |
| 03/26/02 | Messenger/Courier Expenses | 5.00 |
| 04/11/02 | Bankruptcy Court Research | 18.40 |
| | Total Advances | 138.38 |
| | TOTAL CURRENT WORK | 4,301.38 |
| | BALANCE FORWARD | $11,060.49 |

PAYMENTS

| | |
|---|---|
| Total Payments for 04/04/02 | -4,105.11 |
| Total Payments for 05/06/02 | -4,668.18 |
| Total Payments | -8,773.29 |
| BALANCE DUE | $6,588.58 |

**WALSH MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

July 12, 2002
Account No: 03776 00001
Statement No: 31785

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 05/08/02 | FAM | Review of bankruptcy pleadings and omnibus objection to claims. | 0.20 | 70.00 |
| 05/09/02 | KJM | Telephone conference with C. Sontchi and A. Abbott re: Shaw discovery responses; telephone conference with Shaw counsel. | 0.30 | 72.00 |
| 05/09/02 | KJM | Review of correspondence from L. Meltzer re: discovery extension. | 0.10 | 24.00 |
| 05/09/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 05/11/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 05/16/02 | FAM | Review of Shaw discovery responses. | 0.20 | 70.00 |
| 05/20/02 | KJM | Review of Shaw's discovery responses and correspondence to D. Rosenfeld. | 0.30 | 72.00 |
| 05/21/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 05/24/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 05/25/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 05/29/02 | KJM | Review of Debtors omnibus objection to claim. | 0.20 | 48.00 |
| 06/03/02 | KJM | Review of correspondence from D. Rosenfeld re: S. Ali's deposition. | 0.10 | 24.00 |
| 06/04/02 | KJM | Review of pleadings and assignment of case; correspondence to co-counsel. | 0.20 | 48.00 |
| 06/08/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 06/10/02 | FAM | Review of deposition notices. | 0.10 | 35.00 |
| 06/10/02 | KJM | Telephone conference with D. Rosenfeld re: discovery issues. | 0.20 | 48.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/10/02 | KJM | Review of notice of status conference of 6/25/02. | 0.10 | 24.00 |
| 06/11/02 | KJM | Review of notice of depositions; analyzed deposition issues and correspondence to D. Rosenfeld; review of correspondence from D. Rosenfeld re: deposition. | 0.70 | 168.00 |
| 06/13/02 | FAM | Review of bankruptcy pleadings and SAOC complaint. | 0.50 | 175.00 |
| 06/17/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 06/18/02 | FAM | Review of bankruptcy pleadings and Judge McKelvie's decision. | 0.60 | 210.00 |
| 06/20/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 06/25/02 | JRB | | 1.70 | 331.50 |
| 06/26/02 | FAM | Review of Joseph R. Biden, III memo. | 0.10 | 35.00 |
| 06/27/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| | | Total fees for this matter | 6.50 | $1,769.50 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.60 | 350 | 910.00 |
| Biden, III, Joseph R. | 1.70 | 195 | 331.50 |
| Mangan, Kevin J. | 2.20 | 240 | 528.00 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,769.50 |
| NET BALANCE FORWARD | 0.10 |
| BALANCE DUE | $1,769.60 |

**WALSH MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 13, 2002
Account No: 03776 00001
Statement No: 32192

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 07/02/02 | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: deposition of Shaw employees and status of matter. | 0.20 | 48.00 |
| 07/08/02 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 70.00 |
| 07/08/02 | KJM | Review of correspondence from D. Rosenfeld re: various depositions. | 0.20 | 48.00 |
| 07/09/02 | KJM | Review of notice of agenda for 7/10/02 hearing. | 0.10 | 24.00 |
| 07/09/02 | PL3 | Interoffice conference with Kevin J. Mangan re: Notices of Deposition. | 0.10 | 11.00 |
| 07/09/02 | PL3 | Review of letter from co-counsel re: Notices of Deposition. | 0.20 | 22.00 |
| 07/11/02 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 35.00 |
| 07/11/02 | KJM | Review of correspondence from A. Abbott; review and revised notices of depositions and subpoenas for various Shaw witnesses; telephone conference with A. Abbott re: scheduling issues. | 0.90 | 216.00 |
| 07/11/02 | PL3 | Interoffice conference with Kevin J. Mangan, Esquire re: deposition. | 0.10 | 11.00 |
| 07/11/02 | PL3 | Schedule depositions. | 0.40 | 44.00 |
| 07/11/02 | PL3 | Draft notices of depositions for John Reese and Mitchell | 0.20 | 22.00 |

| | | | | |
|---|---|---|---|---|
| | | Mott. | | |
| 07/11/02 | PL3 | Draft notice of deposition for G. Graphia, C. Strauss and G. Halpin. | 0.60 | 66.00 |
| 07/11/02 | PL3 | Draft 30(b)(6) notice. | 0.30 | 33.00 |
| 07/11/02 | PL3 | Draft subpoenas for G. Halpin and C. Strauss. | 0.50 | 55.00 |
| 07/11/02 | PL3 | Draft service list for notices of depositions. | 0.15 | 16.50 |
| 07/11/02 | PL3 | Draft notices of service for notices of depositions (x5). | 0.30 | 33.00 |
| 07/12/02 | KJM | Telephone conference with A. Abbott and finalized notice of deposition to be served. | 0.30 | 72.00 |
| 07/12/02 | PL3 | Revise notices of service (x5). | 0.20 | 22.00 |
| 07/12/02 | PL3 | Serve notices of deposition. | 0.20 | 22.00 |
| 07/12/02 | PL3 | File notices of service re: notices of deposition. | 0.30 | 33.00 |
| 07/16/02 | FAM | Review of bankruptcy pleadings. Correspondence from S. Jenkins. | 0.20 | 70.00 |
| 07/16/02 | KJM | Review of correspondence from co-counsel re: discovery issues; finalized and served notice of 30(b)(6) deposition. | 0.20 | 48.00 |
| 07/16/02 | PL3 | Review and revise 30(b)(6) notice. | 0.10 | 11.00 |
| 07/16/02 | PL3 | Correspondence to/correspondence from A. Abbott re: subpoenas. | 0.20 | 22.00 |
| 07/16/02 | PL3 | Serve 30(b)(6) notice. | 0.10 | 11.00 |
| 07/17/02 | KJM | Review of correspondence from S. Jenkins discovery. | 0.10 | 24.00 |
| 07/17/02 | KJM | Telephone conference with D. Rosenfeld and A. Abbott re: discovery strategy. | 0.20 | 48.00 |
| 07/17/02 | PL3 | Set up 30(b)(6) deposition and conference rooms. | 0.20 | 22.00 |
| 07/17/02 | PL3 | File notice of service re: 30(b)(6) notice. | 0.10 | 11.00 |
| 07/19/02 | PL3 | Correspondence to co-counsel re: depositions. | 0.10 | 11.00 |
| 07/22/02 | PL3 | Correspondence from co-counsel re: rescheduling of depositions. | 0.10 | 11.00 |
| 07/23/02 | FAM | Review of motion for partial summary judgment. | 0.20 | 70.00 |
| 07/23/02 | KJM | Review of Debtors motion for partial summary judgment and correspondence to co-counsel. | 0.80 | 192.00 |
| 07/23/02 | KJM | Telephone conference with D. Rosenfeld re: discovery issues | 0.20 | 48.00 |

| | | | | |
|---|---|---|---|---|
| | | (2 calls). | | |
| 07/23/02 | KJM | Review of draft letter to Shaw; telephone conference with D. Rosenfeld. | 0.20 | 48.00 |
| 07/29/02 | KJM | Review of status of discovery; telephone court reporter re: deposition cancellation. | 0.20 | 48.00 |
| 07/30/02 | KJM | Review of correspondence from D. Rosenfeld and analyzed summary judgment schedule; telephone conference with D. Rosenfeld re: status. | 0.30 | 72.00 |
| | | Total fees for this matter | 9.05 | $1,670.50 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.70 | 350 | 245.00 |
| Mangan, Kevin J. | 3.90 | 240 | 936.00 |
| Sasso, Heidi E. | 4.45 | 110 | 489.50 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,670.50 |
| NET BALANCE FORWARD | 1,769.60 |
| BALANCE DUE | $3,440.10 |