# WALSH MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE 19801
## (302) 656-8162

September 13, 2002

Account No:  03776  00001
Statement No:          33039

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/05/02 | KJM | Review of correspondence from D. Rosenfeld re: summary judgment schedule. | 0.10 | 24.00 |
| 08/06/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 08/07/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 08/08/02 | KJM | Telephone conference with A. Abbott re: affidavits in response of summary judgment motion. | 0.10 | 24.00 |
| 08/08/02 | KJM | Review of hearing agenda notice status of pretrial conference; correspondence to A. Abbott. | 0.30 | 72.00 |
| 08/09/02 | FAM | Review of omnibus objection to claims and agenda notice. | 0.20 | 70.00 |
| 08/09/02 | KJM | Telephone conference with D. Rosenfeld. | 0.20 | 48.00 |
| 08/12/02 | KJM | Review of pleadings re: Saudi Arabian Oil Company adversary. | 0.80 | 192.00 |
| 08/12/02 | KJM | Review of Shaw's 3rd omnibus objection to claims. | 0.20 | 48.00 |
| 08/12/02 | KJM | Court appearance re: Stone and Webster Saudi ARAMCO status conference; correspondence to D. Rosenfeld. | 3.80 | 912.00 |
| 08/13/02 | FAM | Review of bankruptcy pleadings and omnibus objection to claims. | 0.20 | 70.00 |
| 08/13/02 | KJM | Review of Shaw's 5th omnibus objection to claims. | 0.30 | 72.00 |
| 08/13/02 | KJM | Review of Shaw's motion for summary judgment and opening | 1.50 | 360.00 |

Saudi American Bank                                    Page    2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | brief; forwarded to D. Rosenfeld and A. Abbott. | | |
| 08/14/02 | FAM | Interoffice conference with Kevin J. Mangan. Correspondence from D. Rosenfeld. | 0.10 | 35.00 |
| 08/14/02 | KJM | Review of notice of appendix of summary judgment motion and correspondence to D. Rosenfeld. | 0.60 | 144.00 |
| 08/14/02 | KJM | Review of affidavit from Shaw attorney re: summary judgment and email to co-counsel. | 0.10 | 24.00 |
| 08/15/02 | FAM | Review of omnibus objection to claims and motion for summary judgment. | 0.50 | 175.00 |
| 08/15/02 | KJM | Review of correspondence from A. Abbott re: response and hearing dates. | 0.10 | 24.00 |
| 08/16/02 | FAM | Review of eighth omnibus objection to claims. | 0.40 | 140.00 |
| 08/19/02 | KJM | Review of Debtors' 8th objection to claims. | 0.20 | 48.00 |
| 08/21/02 | FAM | Review of bankruptcy pleadings. | 0.20 | 70.00 |
| 08/26/02 | FAM | Telephone conference with and correspondence from D. Rosenfeld.  Review of omnibus objection to claims. | 0.40 | 140.00 |
| 08/27/02 | FAM | Telephone call to and correspondence from D. Rosenfeld.  Review of omnibus objection to claims. | 0.30 | 105.00 |
| 08/28/02 | FAM | Correspondence from A. Abbott. Review of omnibus objection to claims. | 0.10 | 35.00 |

Total fees for this matter                       10.90      $2,902.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Monaco, Jr., Francis A. | 2.60 | 350 | 910.00 |
| Mangan, Kevin J. | 8.30 | 240 | 1,992.00 |

DISBURSEMENTS

07/18/02  Special Postal Services                              10.98

Total disbursements for this matter                        $10.98

BILLING SUMMARY

Saudi American Bank                                    Page      3

      TOTAL FEES                      $2,902.00

      TOTAL DISBURSEMENTS                 10.98

      NET BALANCE FORWARD              3,440.10
                                      _____
      BALANCE DUE                     $6,353.08

# WALSH MONZACK and MONACO, P.A.
### 1201 Orange Street, Suite 400
### Wilmington, DE  19801
### (302) 656-8162

October 9, 2002
Account No:   03776   00001
Statement No:              34028

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 09/03/02 | KJM | Review of draft stipulation re: extension of deadlines with Shaw; telephone conference with D. Rosenfeld. | 0.20 | 50.00 |
| 09/03/02 | KJM | Review of and finalized motion to strike affidavit and opening brief in opposition of Debtors summary judgment motion; telephone conference with D. Rosenfeld. | 1.80 | 450.00 |
| 09/03/02 | PL3 | Review and revise SAMBA's answering brief in opposition to summary judgment. | 0.20 | 22.00 |
| 09/03/02 | PL3 | Review and revise motion to strike and brief in support thereof. | 0.10 | 11.00 |
| 09/03/02 | PL3 | Preparation of exhibits to answering brief. | 0.40 | 44.00 |
| 09/03/02 | PL3 | File/serve answering brief, motion to strike and brief in support of motion to strike. | 0.80 | 88.00 |
| 09/04/02 | KJM | Review of pleadings - including receipts of electronic filing; review stipulation filed by Shaw. | 0.30 | 75.00 |
| 09/04/02 | PL3 | Correspondence to co-counsel re: answering brief, motion to strike. | 0.20 | 22.00 |
| 09/05/02 | KJM | Review of committee's 2nd objection to claims; 4th omnibus objection; 6th omnibus | 0.20 | 50.00 |

Saudi American Bank                                          Page      2

| | | | | |
|---|---|---|---|---|
| | | objection; 5th omnibus objection; and Debtors' 9th objection. | | |
| 09/09/02 | KJM | Review of docket and order from Court re: Shaw motion for summary judgment scheduling stipulation; forwarded order to D. Rosenfeld. | 0.20 | 50.00 |
| 09/11/02 | KJM | Review of hearing agenda for 9/13/02. | 0.10 | 25.00 |
| 09/13/02 | FAM | Review of amended agenda notice. | 0.10 | 36.00 |
| 09/16/02 | KJM | Review of agenda notice. | 0.20 | 50.00 |
| 09/17/02 | KJM | Review of order granting partial summary judgment and correspondence to co-counsel. | 0.20 | 50.00 |
| 09/19/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 09/20/02 | KJM | Review of Debtors' notice of completion of briefing and Debtors' reply brief and motion to strike affidavits; review of Debtors' reply to response of Busshan to claim objection; telephone conference with D. Rosenfeld. | 1.50 | 375.00 |
| 09/20/02 | KJM | Review of supplemental notice of objection to claim of Bugshan. | 0.10 | 25.00 |
| 09/20/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 09/23/02 | KJM | Communications with D. Rosenfeld; prepared objection to notice of completion; review of correspondence from A. Abbott re: stipulation with Shaw; telephone conference with L. Meltzer; filed and served stipulation; telephone conference with D. Rosenfeld re: status of reply; filed objection to notice. | 2.50 | 625.00 |
| 09/24/02 | KJM | Telephone conference with D. Rosenfeld re: summary judgment issues;; review of reply in support of motion to strike and answering brief in opposition to Debtors motion to strike; reviewed brief; filed and served. | 1.30 | 325.00 |
| 09/24/02 | FAM | Review of Debtor's brief and motion to strike and notice. Review of bankruptcy pleadings. | 0.40 | 144.00 |

Saudi American Bank                                    Page      3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/02 | KJM | Review of pleadings and notice of filing to summary judgment; telephone conference with Court re: briefing issue. | 0.30 | 75.00 |
| 09/26/02 | KJM | Review of pleadings and telephone conference with plaintiff's counsel. | 0.20 | 50.00 |
| 09/30/02 | KJM | Review of Debtors' notice of completion of brief; correspondence to D. Rosenfeld. | 0.50 | 125.00 |
| 09/30/02 | KJM | Review of order approving stipulation excluding deadline from Court and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 09/30/02 | FAM | Interoffice conference with Kevin J. Mangan.  Review of omnibus objection to claims. | 0.20 | 72.00 |

Total fees for this matter                    12.40    $2,961.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.90 | 360 | 324.00 |
| Mangan, Kevin J. | 9.80 | 250 | 2,450.00 |
| Sasso, Heidi E. | 1.70 | 110 | 187.00 |

DISBURSEMENTS

09/30/02  Photocopying                                          0.20

Total disbursements for this matter                   $0.20

BILLING SUMMARY

TOTAL FEES                      $2,961.00

TOTAL DISBURSEMENTS                  0.20

NET BALANCE FORWARD              2,912.98

BALANCE DUE                      $5,874.18

# WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

November 12, 2002
Account No:    03776  00001
Statement No:              34667

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 09/03/02 | FAM | Interoffice conference with Kevin J. Mangan.  Review of stipulation. | 0.10 | 36.00 |
| 09/05/02 | FAM | Review of motion to strike and brief. | 0.30 | 108.00 |
| 09/11/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 10/01/02 | FAM | Interoffice conference with Kevin J. Mangan.  Review of bankruptcy pleadings and agenda notice. | 0.30 | 108.00 |
| 10/01/02 | KJM | Review of draft of motion for leave to file sur-reply and brief; telephone conference with A. Abbott; revised, filed and served motion; telephone conference with Court and Debtor's counsel. | 2.30 | 575.00 |
| 10/01/02 | KJM | Review of hearing agenda; telephone conference with G. Rubin re: motion; correspondence to co-counsel re: agenda and status of pleadings; review of pleadings to be submitted to Court by Debtor re: hearing. | 1.50 | 375.00 |
| 10/01/02 | KJM | Correspondence to G. Rubin re: pleadings to be listed on amended agenda. | 0.10 | 25.00 |
| 10/02/02 | KJM | Review of correspondence from G. Rubin and forwarded to co-counsel re: motion to strike; | 3.20 | 800.00 |

Saudi American Bank                                          Page      2

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | telephone conference with D. Rosenfeld re: strategy; correspondence to G. Rubin re: agenda; review of Debtors response to motion for leave to file sur-reply and correspondence to co-counsel; communications with Court and Debtors counsel re: hearing; filed and served notice. | | |
| 10/02/02 | KJM | Review of amended hearing agenda and correspondence to co-counsel. | 0.30 | 75.00 |
| 10/02/02 | PL3 | File/serve notice of completion of briefing. | 0.20 | 24.00 |
| 10/03/02 | KJM | Prepared for pretrial conference; including meeting with J. Hutchins and D. Rosenfeld; attended Court. | 2.90 | 725.00 |
| 10/04/02 | KJM | Telephone conference with D.Rosenfeld re: Shaw brief issues and hearing results. | 0.20 | 50.00 |
| 10/04/02 | KJM | Telephone conference with court reporter re: transcript. | 0.20 | 50.00 |
| 10/04/02 | KJM | Conference with L. Johnson of Court re: opening and answering briefs re: Shaw summary judgment motion. | 0.20 | 50.00 |
| 10/04/02 | KJM | Prepared draft stipulation and order to be presented to Shaw; review of pleadings. | 1.00 | 250.00 |
| 10/05/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/07/02 | KJM | Telephone conference with A. Abbott re: answer brief to Shaw motion. | 0.10 | 25.00 |
| 10/07/02 | KJM | Review of correspondence from A. Abbott re: stipulation; prepared certificate of counsel and telephone conference with Court re: brief. | 0.50 | 125.00 |
| 10/08/02 | KJM | Telephone conference with L. Johnson re: stipulation to be entered. | 0.10 | 25.00 |
| 10/08/02 | KJM | Filed and served certification of counsel and stipulation regarding Shaw summary judgment motion. | 0.30 | 75.00 |
| 10/09/02 | KJM | Telephone conference with court re: status of stipulation and order; correspondence to co-counsel. | 0.30 | 75.00 |

Saudi American Bank                                           Page      3

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/09/02 | KJM | Review of hearing transcript and forwarded to R. Rosenfeld. | 0.30 | 75.00 |
| 10/10/02 | KJM | Review of dockets and correspondence to Judge Walsh chambers. | 0.20 | 50.00 |
| 10/10/02 | KJM | Telephone conference with Court and correspondence to D. Rosenfeld re: briefing schedule. | 0.30 | 75.00 |
| 10/11/02 | KJM | Review of dockets and telephone conference with Court re: status of order. | 0.20 | 50.00 |
| 10/11/02 | KJM | Telephone conference with D. Rosenfeld stipulation with Shaw. | 0.10 | 25.00 |
| 10/11/02 | KJM | Prepared joint stipulation and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/11/02 | KJM | Review of email from D. Rosenfeld; filed and served stipulation. | 0.30 | 75.00 |
| 10/11/02 | KJM | Telephone conference with Judge Walsh secretary re: page limitation; correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/14/02 | FAM | Review of claims objection. | 0.10 | 36.00 |
| 10/15/02 | KJM | Review of order extending page limitation and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/16/02 | KJM | Review of plaintiff's motion to amend complaint and amended complaint; forwarded to co-counsel. | 1.60 | 400.00 |
| 10/16/02 | KJM | Telephone conference with A. Abbott re: exhibits for summary judgment brief. | 0.10 | 25.00 |
| 10/17/02 | KJM | Review of correspondence from D. Rosenfeld re: motion to amend issues and responded to same; review of correspondence from A. Abbott re: exhibits to motion. | 0.50 | 125.00 |
| 10/18/02 | FAM | Review of motion to amend complaint. Interoffice conference with Kevin J. Mangan. | 0.30 | 108.00 |
| 10/18/02 | KJM | Telephone conference with A. Abbott re: exhibits. | 0.10 | 25.00 |
| 10/18/02 | KJM | Review of correspondence from D. Rosenfeld and responded to response to motion to amend. | 0.10 | 25.00 |
| 10/18/02 | KJM | Communications with co-counsel | 5.60 | 1,400.00 |

Saudi American Bank

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | re: motion for summary judgment; review of and organization of exhibit to appendix; review, finalized and prepared for filing and service motion for summary judgment, motion to strike and supporting; telephone conference wit Court and Parcels, Inc. |  |  |
| 10/18/02 | PL3 | Draft order for motion to strike. | 0.20 | 24.00 |
| 10/18/02 | PL3 | File/serve motion to strike and motion for summary judgement. | 0.00 | 0.00 |
| 10/18/02 | PL3 | Review and revise answering brief. | 0.30 | 36.00 |
| 10/21/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/21/02 | KJM | Telephone conference with Court re: filing of appendix and brief; review of receipt of electronic filing; correspondence to co-counsel. | 0.80 | 200.00 |
| 10/22/02 | KJM | Telephone conference with Court re: summary judgment. | 0.20 | 50.00 |
| 10/23/02 | KJM | Review of order approving time to respond to summary judgment motion. | 0.10 | 25.00 |
| 10/24/02 | FAM | Review of motions to strike and for summary judgment, brief and bankruptcy pleadings. | 0.60 | 216.00 |
| 10/24/02 | KJM | Telephone conference with Y. Marvelle re: docket issues and status of motion. | 0.20 | 50.00 |
| 10/24/02 | KJM | Review of dockets re: Court's request on status of certain motions. | 0.30 | 75.00 |
| 10/25/02 | KJM | Review of correspondence from D. Rosenfeld re: respond to motion to amend. | 0.10 | 25.00 |
| 10/25/02 | KJM | Telephone conference with D. Rosenfeld re: status of issues raised by Court. | 0.10 | 25.00 |
| 10/25/02 | KJM | Review of response to motion to amend Debtors complaint and exhibits; revised and filed response; communications with D. Rosenfeld. | 1.50 | 375.00 |
| 10/25/02 | PL3 | Review and revise opposition to motion to amend complaint. | 0.50 | 60.00 |
| 10/25/02 | PL3 | File/serve brief in opposition to amende complaint. | 0.40 | 48.00 |

Saudi American Bank                                          Page      5

| Date | TK | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 10/28/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/28/02 | PL3 | Correspondence to co-counsel re: opposition brief. | 0.10 | 12.00 |
| 10/29/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/29/02 | KJM | Review of dockets; telephone conference with Y. Marvel re: status conference with Court re: two adversaries; prepared notice of completion of briefing. | 2.00 | 500.00 |
| 10/30/02 | KJM | Continued to prepare notices of completion of various motions of co-counsel; prepared, filed and served motions. | 1.00 | 250.00 |
| 10/30/02 | KJM | Telephone conference with D. Rosenfeld re: intervention of Saudi Arabco case. | 0.20 | 50.00 |
| 10/30/02 | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: notice. | 0.10 | 25.00 |
| 10/31/02 | KJM | Revised notice re: motion to amend; filed and served 3 notices of completion; telephone conference with Court. | 0.50 | 125.00 |

Total fees for this matter                           34.20    $8,571.00

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Monaco, Jr., Francis A. | 2.20 | 360 | 792.00 |
| Mangan, Kevin J. | 30.30 | 250 | 7,575.00 |
| Sasso, Heidi E. | 1.70 | 120 | 204.00 |

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/02 | Special Postal Services | 13.84 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/24/02 | Messenger/Courier Expenses | 15.00 |
| 10/18/02 | Messenger/Courier Expenses | 5.00 |
| 10/18/02 | Messenger/Courier Expenses | 5.00 |
| 10/18/02 | Messenger/Courier Expenses | 25.00 |
| 10/23/02 | Messenger/Courier Expenses | 7.50 |
| 10/31/02 | Court Reporter Fees - Doman Transcribing & Recording Services | 137.00 |

Total disbursements for this matter               $244.34

Saudi American Bank                                    Page        6

BILLING SUMMARY

      TOTAL FEES                              $8,571.00

      TOTAL DISBURSEMENTS                        244.34

      NET BALANCE FORWARD                      5,874.18

      BALANCE DUE                             $14,689.52

# WALSH MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 19, 2002
Account No:   03776  00001
Statement No:          35577

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| . 11/03/02 | KJM | Review of Debtors' omnibus objection to claims of certain equity holders. | 0.20 | 50.00 |
| 11/05/02 | FAM | Review of Debtors' reply brief. | 0.30 | 108.00 |
| 11/06/02 | KJM | Review of Debtors' reply in support of motion to amend complaint; correspondence to D. Rosenfeld. | 0.80 | 200.00 |
| 11/07/02 | KJM | Review of motion to intervene and proposed Complaint in intervention; telephone conference with co-counsel; filed and revised motion and brief. | 1.50 | 375.00 |
| 11/08/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 11/08/02 | KJM | Review of correspondence from Court re: filing of motion to intervene; forwarded to co-counsel. | 0.20 | 50.00 |
| 11/08/02 | KJM | Review of Debtors' notice of completion of briefing re: motion to amend; correspondence to A. Abbott. | 0.20 | 50.00 |
| 11/12/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 11/13/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 11/14/02 | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: stipulation. | 0.10 | 25.00 |
| 11/14/02 | KJM | Review of correspondence from L. Meltzer and stipulation; | 0.20 | 50.00 |

Saudi American Bank                                              Page      2

| | | | | |
|---|---|---|---|---|
| | | telephone conference with L. Meltzer re: same. | | |
| 11/15/02 | FAM | Review of bankruptcy pleadings and Judge Walsh's decision on substantive consolidation. | 0.60 | 216.00 |
| 11/18/02 | FAM | Review of stipulation and bankruptcy pleadings. | 0.20 | 72.00 |
| 11/18/02 | KJM | Review of filing by Shaw of stipulation and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 11/19/02 | FAM | Review of motion to extend. | 0.10 | 36.00 |
| 11/19/02 | KJM | Review of pleadings and Debtors motion to extend time to oppose motion to intervene. | 0.50 | 125.00 |
| 11/19/02 | KJM | Telephone conference with D. Rosenfeld re: strategy as to settlement and response to Debtors motion. | 0.30 | 75.00 |
| 11/21/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 11/21/02 | KJM | Review of notice of agenda for hearing and correspondence to D.Rosenfeld. | 0.20 | 50.00 |
| 11/22/02 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.20 | 72.00 |
| 11/26/02 | FAM | Review of bankruptcy pleadings and joint stipulation. | 0.10 | 36.00 |
| 11/26/02 | KJM | Review of correspondence from D. Rosenfeld re: Shaw extension and telephone conference with L. Meltzer. | 0.20 | 50.00 |
| 11/27/02 | KJM | Review of pleadings and stipulation; correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 11/29/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| | | Total fees for this matter | 6.90 | $1,934.00 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.90 | 360 | 684.00 |
| Mangan, Kevin J. | 5.00 | 250 | 1,250.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 08/15/02 | Pacer/Bankruptcy Research | 3.71 |
| 10/25/02 | Messenger/Courier Expenses | 10.00 |
| 10/25/02 | Special Postal Services | 11.03 |
| 10/29/02 | Messenger/Courier Expenses | 315.00 |
| 10/29/02 | Messenger/Courier Expenses | 409.50 |
| 11/07/02 | Messenger/Courier Expenses | 7.50 |

Saudi American Bank                                          Page       3

| Date | Description | Amount |
|---|---|---|
| 11/07/02 | Messenger/Courier Expenses | 7.50 |
| 11/07/02 | Special Postal Services | 23.63 |
| 11/07/02 | Special Postal Services | 16.61 |
| 11/07/02 | Special Postal Services | 16.61 |

    Total disbursements for this matter                   $821.09

BILLING SUMMARY

    TOTAL FEES                          $1,934.00

    TOTAL DISBURSEMENTS                      821.09

    NET BALANCE FORWARD                    8,815.54

    BALANCE DUE                         $11,570.63

# WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

January 13, 2003
Account No:   03776   00001
Statement No:           35907

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 12/02/02 | KJM | Telephone conference with G. Rubin; review of correspondence from G. Rubin and D. Rosenfeld; executed stipulation; review of pleadings. | 0.50 | 125.00 |
| 12/03/02 | KJM | Review of stipulation filed by Debtor and forwarded to D. Rosenfeld. | 0.10 | 25.00 |
| 12/04/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 12/04/02 | PL3 | Preparation of subpoena for G. Halpin. | 0.30 | 36.00 |
| 12/04/02 | KJM | Telephone conference with A. Abbott re: deposition notice. | 0.10 | 25.00 |
| 12/04/02 | KJM | Review of correspondence from A. Abbott and notice; review of subpoena; telephone conference with A. Abbott. | 0.40 | 100.00 |
| 12/04/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 12/06/02 | KJM | Filed and served notice of deposition of M. Mott. | 0.20 | 50.00 |
| 12/06/02 | KJM | Telephone conference with A. Abbott; filed and served notice of deposition of Gerald Halpin. | 0.30 | 75.00 |
| 12/06/02 | KJM | Review of correspondence from D. Rosenfeld re: status of settlement discussions and pleadings. | 0.10 | 25.00 |
| 12/06/02 | KJM | Communications with A. Abbott. | 0.20 | 50.00 |
| 12/07/02 | KJM | Review of pleadings and notice of filing deposition notices | 0.20 | 50.00 |

Saudi American Bank                                    Page        2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | with the Court; forwarded notices to A. Abbott. | | |
| 12/09/02 | KJM | Review of Shaw's responses to summary judgement motion and motion to strike; forwarded to co-counsel. | 0.60 | 150.00 |
| 12/10/02 | FAM | Review of deposition notices and Shaw reply and brief. | 0.30 | 108.00 |
| 12/10/02 | KJM | Review of Debtors' answering brief to motion to intervene in Saudi Arabian case; forwarded to co-counsel. | 0.50 | 125.00 |
| 12/10/02 | KJM | Telephone conference with D. Rosenfeld re: strategy in responding to various papers. | 0.30 | 75.00 |
| 12/11/02 | FAM | Review of answering brief and 6th omnibus objection to claims. | 0.30 | 108.00 |
| 12/11/02 | PL3 | Correspondence to KJM re: deposition notices. | 0.10 | 12.00 |
| 12/13/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 12/16/02 | KJM | Telephone conference with A. Abbott; telephone conference with G. Rubin; prepared filed and served renotice of deposition of Halpin. | 0.50 | 125.00 |
| 12/16/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.10 | 25.00 |
| 12/19/02 | KJM | Review of reply brief in support of motion to intervene and filed and served; telephone conference with D. Rosenfeld re: status. | 1.40 | 350.00 |
| 12/22/02 | KJM | Review of dockets and filing of reply brief. | 0.20 | 50.00 |
| 12/23/02 | FAM | Telephone conference with D. Rosenfeld.  Interoffice conference with Kevin J. Mangan.  Review of and file reply brief. | 0.50 | 180.00 |
| 12/23/02 | KJM | Telephone conference with D. Rosenfeld re: status of summary judgment reply. | 0.10 | 25.00 |
| 12/23/02 | KJM | Prepared, filed and served notice of completion. | 0.40 | 100.00 |
| 12/24/02 | KJM | Correspondence to D. Rosenfeld re: filing of notice of completion in the intervention proceeding. | 0.10 | 25.00 |
| 12/24/02 | KJM | Review of reply brief in support of cross motion for | 0.40 | 100.00 |

Saudi American Bank                                      Page      3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | summary judgment against Shaw; correspondence to A. Abbott re: filing of notice with Court; telephone conference with D. Rosenfeld re: status. | | |
| 12/26/02 | KJM | Review of notice of status conference and notice of filing brief; correspondence to D. Rosenfeld re: same. | 0.50 | 125.00 |
| 12/26/02 | KJM | Review of dockets re: cross motion for summary judgment against Shaw in preparation for filing with Court. | 0.80 | 200.00 |
| 12/27/02 | KJM | Filed and served notice relating to summary judgment motion. | 0.20 | 50.00 |
| 12/27/02 | KJM | Telephone conference with D. Rosenfeld re: status conference issues. | 0.20 | 50.00 |
| 12/27/02 | KJM | Prepared notice of completion relating to motion to strike Carroll affidavit. | 0.20 | 50.00 |
| 12/30/02 | PL3 | Telephone call from Yvonne at PJW Chambers re: notice of completion. | 0.20 | 24.00 |
| 12/30/02 | PL3 | Preparation of documents for PJW re: completion of briefing. | 0.60 | 72.00 |
| 12/31/02 | PL3 | Review and revise motion to compel depositions. | 0.20 | 24.00 |
| 12/31/02 | PL3 | Review and revise brief in support of motion to compel depositions. | 0.20 | 24.00 |
| 12/31/02 | PL3 | Preparation of service list for brief in support of motion to compel depositions. | 0.10 | 12.00 |
| 12/31/02 | PL3 | File/serve motion to compel depositions and brief in support. | 0.60 | 72.00 |
| 12/31/02 | KJM | Review of correspondence from D. Rosenfeld re: scheduling order and deposition; review of hearing agenda; telephone conference with D.Rosenfeld re: status. | 0.40 | 100.00 |
| 12/31/02 | KJM | Review of correspondence from D. Rosenfeld and S. Jenkens re: deposition; telephone conference D. Rosenfeld; review of and revised for filing and service of motion to compel, brief and exhibits; | 2.30 | 575.00 |

Saudi American Bank

Page    4

       correspondence to S. Jenkins
       re: 1/23/03 hearing.1

   Total fees for this matter      15.10    $3,619.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.30 | 360 | 468.00 |
| Mangan, Kevin J. | 11.50 | 250 | 2,875.00 |
| Sasso, Heidi E. | 2.30 | 120 | 276.00 |

DISBURSEMENTS

| 12/19/02 | Messenger/Courier Expenses | 12.00 |
|---|---|---|
| 12/19/02 | Messenger/Courier Expenses | 12.00 |

   Total disbursements for this matter    $24.00

BILLING SUMMARY

| TOTAL FEES | $3,619.00 |
|---|---|
| TOTAL DISBURSEMENTS | 24.00 |
| NET BALANCE FORWARD | 11,570.63 |
| BALANCE DUE | $15,213.63 |

# MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

|  |  |  |
|---|---|---|
|  | March 25, 2003 |  |
| Account No: | 03776 | 00001 |
| Statement No: |  | 37611 |

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | | HOURS | |
|---|---|---|---|---|---|
| 01/02/03 | KJM | Telephone conference with A. Abbott re: revised motion to compel. | | 0.10 | 25.00 |
| 01/02/03 | KJM | Review of correspondence from S. Jenkens re: deposition/discovery issues. | | 0.10 | 25.00 |
| 01/02/03 | KJM | Conference with D. Rosenfeld; prepared for and attended hearing relating to preference action; review of revised motion to compel; correspondence to G. Rubin, S. Jenkens and filed and served amended opening brief. | | 4.00 | 1,000.00 |
| 01/06/03 | KJM | Review of correspondence from S. Jenkens; G. Rubin and D. Rosenfeld re: discovery issues. | | 0.20 | 50.00 |
| 01/07/03 | KJM | Correspondence to D. Rosenfeld re: teleconference with Court; telephone conference with G. Rubin. | | 0.30 | 75.00 |
| 01/07/03 | KJM | Telephone conference with A. Abbott and review of draft notice of deposition. | | 0.20 | 50.00 |
| 01/07/03 | KJM | Filed and served notice of deposition. | | 0.20 | 50.00 |
| 01/08/03 | KJM | Review of correspondence from D. Rosenfeld and proposed order to amended and replied. | | 0.20 | 50.00 |
| 01/08/03 | KJM | Review of correspondence from | | 0.10 | 25.00 |

Saudi American Bank                                              Page        2

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | D. Rosenfeld re: discovery and hearing. | | |
| 01/09/03 | FAM | Review of motion to compel amended brief, brief, deposition and interrogatory. | 0.30 | 108.00 |
| 01/09/03 | KJM | Review of Shaw's 6th claim objection. | 0.20 | 50.00 |
| 01/09/03 | KJM | Review of pleadings and Debtors' discovery requests to SAMBA. | 0.30 | 75.00 |
| 01/12/03 | KJM | Review of Debtors' answering brief to motion to compel and correspondence to A. Abbott. | 0.30 | 75.00 |
| 01/14/03 | FAM | Review of Debtor's answering brief. | 0.10 | 36.00 |
| 01/14/03 | KJM | Telephone conference with A. Abbott re: status of motion to compel and trial. | 0.10 | 25.00 |
| 01/15/03 | FAM | Review of claims objection. | 0.10 | 36.00 |
| 01/17/03 | FAM | Review of draft discovery. | 0.10 | 36.00 |
| 01/17/03 | KJM | Review of pleadings; order to amend and forwarded to co-counsel. | 0.30 | 75.00 |
| 01/17/03 | KJM | Telephone conference with D. Rosenfeld re: status. | 0.20 | 50.00 |
| 01/19/03 | KJM | Review of Debtors set of request for production and third set of interrogatories; correspondence to co-counsel. | 0.20 | 50.00 |
| 01/24/03 | FAM | Review of amended complaint and order. | 0.10 | 36.00 |
| 01/24/03 | KJM | Review of order allowing amended complaint and amended complaint filed by plaintiff; correspondence to co-counsel re: same. | 0.60 | 150.00 |
| 01/26/03 | KJM | Review of court filing notice and forwardedto A. Abbott. | 0.10 | 25.00 |
| 01/27/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 01/27/03 | KJM | Review of bankruptcy pleadings. | 0.30 | 75.00 |
| 01/28/03 | FAM | Review of claims objections. | 0.10 | 36.00 |
| 01/29/03 | FAM | Review of claims objections. | 0.20 | 72.00 |
| 01/30/03 | KJM | Review of hearing for 2/3/03. | 0.10 | 25.00 |
| 01/30/03 | KJM | Review of Equity committee's omnibus objection to claims. | 0.10 | 25.00 |
| 01/31/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.30 | 108.00 |
| 02/03/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/03/03 | KJM | Review of answer to amended complaint and filed and served. | 0.50 | 125.00 |
| 02/04/03 | FAM | Review of answer to amended | 0.10 | 36.00 |

Saudi American Bank                                          Page        3

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | complaint. | | |
| 02/06/03 | KJM | Review of proposed stipulation from G. Rubin. | 0.10 | 25.00 |
| 02/07/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/07/03 | PL3 | File joint stipulation to extend Time to respond to 3rd set of interrogatories. | 0.20 | 24.00 |
| 02/07/03 | KJM | Telephone conference with D. Rosenfeld; filed and served stipulation. | 0.20 | 50.00 |
| 02/07/03 | KJM | Review of certification from Debtor relating to trial date and schedule; correspondence to co-counsel. | 0.10 | 25.00 |
| 02/09/03 | KJM | Review of pleadings re: filing of stipulation; correspondence to A. Abbott. | 0.10 | 25.00 |
| 02/10/03 | KJM | Telephone conference with Court re: trial scheduling; correspondence to D. Rosenfield re: status. | 0.30 | 75.00 |
| 02/13/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/13/03 | KJM | Review of scheduling order entered by Court and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 02/13/03 | KJM | Review of equity committee's 4th adn 5th omnibus objection to claims and motion to reclassify claim. | 0.30 | 75.00 |
| 02/13/03 | KJM | Telephone conference with L. Johnson re: trial date; telephone conference with Bankruptcy Court re: resubmission of discovery stipulation. | 0.20 | 50.00 |
| 02/14/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 72.00 |
| 02/14/03 | KJM | Review of pleadings and hearing agenda. | 0.10 | 25.00 |
| 02/19/03 | KJM | Review of, filed and served discovery response to Debtors' 3rd set of interrogatories. | 0.50 | 125.00 |
| 02/21/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/23/03 | KJM | Review of order from Court and pleadings forwarded to co-counsel. | 0.30 | 75.00 |
| 02/24/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 72.00 |
| 02/25/03 | KJM | Review of Debtors' 5th set of interrogatories; correspondence to co-counsel. | 0.20 | 50.00 |
| 02/25/03 | FAM | Review of Debtor's interrogatories. | 0.10 | 36.00 |

Saudi American Bank                                           Page      4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/28/03 | KJM | Review of, filed and served response to 2nd set of request to production; 3rd set of interrogatories addressed to Debtors' 4th set of interrogatories; communicationsd with D. Rosenfeld. | 0.90 | 225.00 |
| 02/28/03 | KJM | Review of bankruptcy pleadings and 3/4/03 agenda for hearing. | 0.20 | 50.00 |

Total fees for this matter                        15.10      $4,024.00

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.50 | 360 | 900.00 |
| Mangan, Kevin J. | 12.40 | 250 | 3,100.00 |
| Sasso, Heidi E. | 0.20 | 120 | 24.00 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/19/02 | Special Postal Services | 13.76 |
| 12/19/02 | Special Postal Services | 11.14 |
| 12/23/02 | Messenger/Courier Expenses | 20.00 |
| 12/30/02 | Messenger/Courier Expenses | 5.00 |
| 12/30/02 | Pacer/Bankruptcy Research | 17.43 |
| 12/31/02 | Messenger/Courier Expenses | 7.50 |
| 12/31/02 | Special Postal Services | 13.10 |
| 01/07/03 | Messenger/Courier Expenses | 7.50 |
| 01/07/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 02/19/03 | Messenger/Courier Expenses | 15.00 |

Total disbursements for this matter                          $140.43

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $4,024.00 | |
| TOTAL DISBURSEMENTS | 140.43 | |
| LESS TRUST APPLIED | 4,164.43 CR | |
| BALANCE DUE | -0- | |

Saudi American Bank                                    Page        5

Trust remaining balance:              $1,709.55

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE 19801
## (302) 656-8162

```
                                              April 24, 2003
                                 Account No:   03776  00001
                                 Statement No:         38263

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808


v. Stone & Webster, Inc.


FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
```

| | | | HOURS | |
|---|---|---|---|---|
| 03/03/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/04/03 | KJM | Review of Debtors' objections and answers to SAMBA second set of interrogatories; correspondence to D. Rosenfeld and A. Abbott. | 0.50 | 125.00 |
| 03/04/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 50.00 |
| 03/05/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/05/03 | KJM | Review of discovery responses from plaintiff. | 0.30 | 75.00 |
| 03/06/03 | KJM | Review of correspondence from A. Abott and prepared notice of deposition of M. Mott. | 0.30 | 75.00 |
| 03/07/03 | KJM | Telephone conference with A. Abbott re: discovery issues; prepared, filed and served notice of deposition; review of second request for production and filed and served same. | 1.00 | 250.00 |
| 03/10/03 | KJM | Telephone conference with A. Abbott re: Mott deposition; prepared and filed re: notice of Mott deposition. | 0.20 | 50.00 |
| 03/10/03 | KJM | Review of correspondence from S. Jekens; review of correspondence from D. Rosenfeld; telephone conference with D. Rosenfeld. | 0.20 | 50.00 |
| 03/12/03 | KJM | Communication with A. Abbott and prepared amended notice of | 0.30 | 75.00 |

Saudi American Bank                                      Page      2

| | | | | |
|---|---|---|---|---|
| | | deposition. | | |
| 03/14/03 | KJM | Review of pladings and notice of disclosure statement. | 0.20 | 50.00 |
| 03/18/03 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 36.00 |
| 03/18/03 | KJM | Review of correspondence from D. Rosenfeld re: draft letter to Judge Walsh and replied. | 0.20 | 50.00 |
| 03/19/03 | KJM | Review of notice of disclosure statement and disclosure statements of Debtors and equity committee; correspondence to co-counsel. | 0.50 | 125.00 |
| 03/20/03 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 03/20/03 | KJM | Review of amended hearing agenda for 3/21/03 hearing. | 0.10 | 25.00 |
| 03/21/03 | FAM | Review of disclosure statement notice, motion and bankruptcy pleadings. | 0.20 | 72.00 |
| 03/22/03 | FAM | Review of disclosure statement notice, motion and disclosure statement.  Review of Equity Co. disclosure statement. | 3.50 | 1,260.00 |
| 03/25/03 | FAM | Interoffice conference with Kevin J. Mangan. | 0.20 | 72.00 |
| 03/25/03 | KJM | Review of Equity Committee and Debtor/unsecured creditor committee disclosure statement; telephone conferene with D. Rosenfeld; prepared notices of deposition for John Rase; correspondence to D. Rosenfeld; review of status of letter agreement with Shaw; review of Debtors motion for partial summary judgment. | 3.70 | 925.00 |
| 03/26/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of bankruptcy pleadings.  Review of disclosure statement objection. | 0.30 | 108.00 |
| 03/26/03 | KJM | Prepared objection to Debtors' disclosure statement; correspondence to D. Rosenfeld and J. Hutchins; telephone conference with co-counsel re: revisions and status; finalized objection for filing; review of correspondence from J. Hutchins and prepared objection to Equity Committee disclosure | 6.20 | 1,550.00 |

Saudi American Bank                                          Page      3

| | | | | |
|---|---|---|---|---|
| | | statement; filed and served objections to disclosure statements; review and filed and served re: responses to interrogatories; telephone conference with D. Rosenfeld re: settlement issues. | | |
| 03/27/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of disclosure statement objections. | 0.50 | 180.00 |
| 03/27/03 | KJM | Prepared and filed notice of service of interrogatories responses with Court. | 0.20 | 50.00 |
| 03/27/03 | KJM | Review of various objections to disclosures statements, including official committee to unsecured creditors; correspondence to J. Hutchins and D. Rosenfeld. | 1.20 | 300.00 |
| 03/28/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/28/03 | KJM | Telephone conference with S. Dominowski re: changes to Equity Committee's disclosure statement. | 0.20 | 50.00 |
| 03/29/03 | KJM | Communication withS. Dominowski re: revisions to equity committee disclosure statement; correspondence to co-counsel re: status. | 0.30 | 75.00 |
| 03/31/03 | FAM | Review of agenda notice and bankruptcy pleadings. Telephone conference with E. Davis.  Interoffice conference with Kevin J. Mangan. | 0.10 | 36.00 |
| 03/31/03 | KJM | Telephone conference with S. Dominowski; review of Equity Committee revisions; correspondence to co-counsel. | 0.30 | 75.00 |
| 03/31/03 | KJM | Telephone conference with Debtors' counsel re: objection to disclosure statement; telephone conference with S. Domanowski re: resolution of equity committee objection. | 0.30 | 75.00 |
| 03/31/03 | KJM | Review of April 2 hearing agenda and status of objection. | 0.20 | 50.00 |

|  |  |  |
|---|---|---|
| Total fees for this matter | 21.90 | $6,058.00 |

Saudi American Bank                                    Page      4

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 5.30 | 360 | 1,908.00 |
| Mangan, Kevin J. | 16.60 | 250 | 4,150.00 |

BILLING SUMMARY

        TOTAL FEES                          $6,058.00

        LESS TRUST APPLIED                  1,709.55 CR
                                        _____
        BALANCE DUE                         $4,348.45

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

May 29, 2003

Account No:    03776    00001
Statement No:    39195

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | URS | |
|------|------|------|------|------|
| 04/01/03 | KJM | Review of plaintiff's responses to 3rd set of interrogatories; correspondence to co-counsel re: status of disclosure objections. | 30 | 75.00 |
| 04/01/03 | KJM | Review of Equity Committee response to objections and blacklined revisions to disclosure statement. | | 50.00 |
| 04/02/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of agenda notice, bankruptcy pleadings, Equity Committee's reply and revised Disclosure Statement. | 1 | 468.00 |
| 04/02/03 | KJM | Review of Debtors response to objection and revised disclosure statement; prepared for and attended disclosure statement hearing; correspondence to co-counsel re: status and result of hearing; review of motion to appoint asbestos committee; telephone conference to D. Rosenfeld re: status. | 3.8 | 950.00 |
| 04/03/03 | KJM | Review of notice of deposition of Abdulla Said Bugshan and Brothers and correspondence to D. Rosenfeld. | 0.20 | |
| 04/07/03 | KJM | Review of correspondence from | 0.20 | |

Saudi American Bank                                              Page      2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | G. Rubin re: stipulation; filed and served stipulation. |  |  |
| 04/08/03 | FAM | Review of Debtor's discovery and response to motion for summary judgement. Review of bankruptcy pleadings. | 0.30 | 108.00 |
| 04/09/03 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 36.00 |
| 04/09/03 | KJM | Review of discovery responses and plaintiff's motion for partial summary judgment. | 1.10 | 275.00 |
| 04/10/03 | KJM | Telephone conference with D. Rosenfeld re: summary judgment motion and deposition. | 0.20 | 50.00 |
| 04/11/03 | KJM | Review of pleadings and order from Court re: discovery. | 0.20 | 50.00 |
| 04/11/03 | KJM | Review of exhibits to plaintiff's motion for partial summary judgment; review of correspondence from D. Rosenfeld re: response date. | 0.30 | 75.00 |
| 04/14/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 04/17/03 | KJM | Review of correspondence from D. Rosenfeld and exhibit list forwarded to plaintiff. | 0.10 | 25.00 |
| 04/17/03 | KJM | Review of notice of disclosure statement hearing; correspondence to co-counsel. | 0.20 | 50.00 |
| 04/18/03 | FAM | Review of pre-trial list and bankruptcy pleadings. | 0.30 | 108.00 |
| 04/18/03 | KJM | Review of status; telephone conference with D. Rosenfeld; filed and served notice of depositions on J. Rase in both adversary cases. | 0.60 | 150.00 |
| 04/21/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 04/21/03 | KJM | Telephone conference with D. Rosenfeld re: Rase deposition. | 0.10 | 25.00 |
| 04/21/03 | KJM | Review of plaintiff's lists of exhibits to be used at trial. | 0.20 | 50.00 |
| 04/21/03 | KJM | Telephone conference with A. Abbott re: status of brief; review of hearing agenda notice from Debtor. | 0.20 | 50.00 |
| 04/21/03 | KJM | Review of response to plaintiff's summary judgment motion and exhibits; filed and served response. | 3.20 | 800.00 |
| 04/22/03 | KJM | Telephone conference with Judge Walsh chambers re: hearing. | 0.20 | 50.00 |
| 04/22/03 | KJM | Telephone conference with D. | 0.30 | 75.00 |

Saudi American Bank                                          Page        3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Rosenfeld; telephone conference with court report and hotel; correspondence to D. Rosenfeld. |  |  |
| 04/23/03 | KJM | Telephone conference with A. Abbott re: revisions to response. | 0.10 | 25.00 |
| 04/23/03 | KJM | Review of and filed/served amended answering brief; correspondence to Court re: courtesy copy of brief and exhibits. | 0.70 | 175.00 |
| 04/24/03 | FAM | Review of bankruptcy pleadings and opening brief. | 0.70 | 252.00 |
| 04/24/03 | KJM | Review of objections to trial exhibits; telephone conference with D. Rosenfeld re: deposition and trial strategy. | 0.40 | 100.00 |
| 04/25/03 | FAM | Review of Equity Committee's Disclosure Statement and amended brief. | 0.30 | 108.00 |
| 04/26/03 | FAM | Review of Equity Committee and UCC revised Disclosure Statements. | 0.80 | 288.00 |
| 04/28/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 04/28/03 | KJM | Telephone conference with G. Rubin re: Rase deposition. | 0.30 | 75.00 |
| 04/28/03 | KJM | Telephone conference with P. Rosenfeld re: deposition issues. | 0.20 | 50.00 |
| 04/28/03 | KJM | Review of Equity Committee's amended disclosure statement; correspondence to J. Hutchins re: same. | 0.70 | 175.00 |
| 04/29/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of bankruptcy pleadings and claims objection. | 0.60 | 216.00 |
| 04/29/03 | KJM | Telephone conference with D. Rosenfeld re: status and pretrial. | 0.20 | 50.00 |
| 04/29/03 | KJM | Review of Debtors motion to reclassify certain claims for voting purposes and motion to realocate certain claims to consolidated cases for voting purposes. | 1.00 | 250.00 |
| 04/29/03 | KJM | Telephone conference with G. Rubin and D. Rosenfeld. | 0.20 | 50.00 |
| 04/30/03 | KJM | Review of correspondence from D. Rosenfeld and stipulation relating to letter of credit | 0.30 | 75.00 |

Saudi American Bank                                          Page      4

| | | | | |
|---|---|---|---|---|
| | | #969. | | |
| 04/30/03 | KJM | Review of correspondence from D. Rosenfeld re: witness list; telephone conference with G. Rubin; review of pleadings relating to bankruptcy. | 0.50 | 125.00 |

|  | | |
|---|---|---|
| Total fees for this matter | 20.90 | $5,742.00 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 4.70 | 360 | 1,692.00 |
| Mangan, Kevin J. | 16.20 | 250 | 4,050.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/25/03 | Messenger/Courier Expenses | 12.00 |
| 03/26/03 | Messenger/Courier Expenses | 31.50 |
| 03/26/03 | Messenger/Courier Expenses | 12.00 |
| 03/26/03 | Messenger/Courier Expenses | 12.00 |
| 03/26/03 | Messenger/Courier Expenses | 12.00 |
| 04/22/03 | Messenger/Courier Expenses | 7.50 |
| 04/22/03 | Messenger/Courier Expenses | 7.50 |
| 04/30/03 | Photocopying | 63.00 |

| | |
|---|---|
| Total disbursements for this matter | $157.50 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $5,742.00 |
| TOTAL DISBURSEMENTS | 157.50 |
| NET BALANCE FORWARD | 4,348.45 |
| BALANCE DUE | $10,247.95 |