# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

June 18, 2003

Account No:   03776  00001
Statement No:          39740

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 05/01/03 | KJM | Review of bankruptcy pleadings; communication with M. Sousa re: trial. | 0.20 | 52.00 |
| 05/01/03 | KJM | Review of plaintiff's reply in support of summary judgment and forwarded to co-counsel. | 0.30 | 78.00 |
| 05/02/03 | KJM | Review of plaintiff's reply and analyzed SUR reply issues; telephone conference with D. Rosenfeld, J. Hutchins, A. Abbott re: status and strategy. | 1.00 | 260.00 |
| 05/02/03 | KJM | Review of agenda relating to hearing on objection to claim of Abdulla Said Bugshan and Brothers; correspondence to co-counsel. | 0.20 | 52.00 |
| 05/05/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of bankruptcy pleadings and agenda notice. | 0.40 | 150.00 |
| 05/05/03 | KJM | Review of notice of certification from G. Rubin; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status and settlement issues. | 0.30 | 78.00 |
| 05/05/03 | KJM | Telephone conference with Court re: trial date. | 0.20 | 52.00 |
| 05/05/03 | KJM | Telephone conference with D. Rosenfeld, A. Abbott. | 0.20 | 52.00 |
| 05/06/03 | KJM | Review of correspondence from | 0.20 | 52.00 |

Saudi American Bank

Page     2

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/03 | KJM | D. Rosenfeld and correspondence from J. Hutchin re: settlement. Review of pleadings re: Bugshaw claim papers; prepared for and attended Court re: claim objection; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status. | 1.30 | 338.00 |
| 05/07/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of omnibus claims objection. | 0.40 | 150.00 |
| 05/07/03 | KJM | Review of order disallowing Bugshan's claims; correspondence to D. Rosenfeld. | 0.20 | 52.00 |
| 05/08/03 | KJM | Telephone conference with D. Rosenfeld re: withdraw of motion to intervene and related issues. | 0.20 | 52.00 |
| 05/12/03 | FAM | Review of bankruptcy pleadings. | 0.60 | 225.00 |
| 05/12/03 | KJM | Review of various objections to the  disclosure statements. | 0.40 | 104.00 |
| 05/12/03 | KJM | Review of Debtors' 10th and 11th omnibus objection to claims. | 0.30 | 78.00 |
| 05/13/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 05/14/03 | FAM | Review of deposition notice. | 0.10 | 37.50 |
| 05/14/03 | KJM | Telephone conference with Court re: resolution of trial. | 0.20 | 52.00 |
| 05/16/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.10 | 37.50 |
| 05/16/03 | KJM | Telephone conference with D. Rosenfeld re: Next Factor's motion; conference with J. Bodnar; review of Next Factor motion. | 1.30 | 338.00 |
| 05/17/03 | FAM | Review of Debtor's response and revised disclosure statement. | 0.70 | 262.50 |
| 05/19/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 05/19/03 | KJM | Review of Shaw response to Next Factor motion; correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 05/19/03 | KJM | Review of disclosure statement objection and pleadings from Equity committee and Debtors/unsecured creditor committee; review of hearing agenda and correspondence to D. Rosenfeld. | 1.50 | 390.00 |
| 05/21/03 | FAM | Review of Equity Committee response and revised disclosure statement.  Review of | 2.00 | 750.00 |

Saudi American Bank

Page    3

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/03 | KJM | bankruptcy pleadings. Review of hearing agenda; interoffice conference with E. Lilly re: hearing; correspondence to D. Rosenfeld; review of bankruptcy pleadings. | 0.40 | 104.00 |
| 05/21/03 | EML | Conference with Kevin J. Mangan re: attendance at May 23 hearing. | 0.20 | 41.00 |
| 05/22/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 05/22/03 | KJM | Review of Equity Committee reply to objection to disclosure statement. | 0.20 | 52.00 |
| 05/22/03 | KJM | Correspondence to D. Rosenfeld re: Next Factors motion. | 0.10 | 26.00 |
| 05/22/03 | EML | Conference with Kevin J. Mangan re: attendance at hearing on May 23. | 0.20 | 41.00 |
| 05/23/03 | EML | Legal research re: mechanics lien/violation of automatic stay. | 1.30 | 266.50 |
| 05/25/03 | FAM | Review of settlement motion. | 0.20 | 75.00 |
| 05/26/03 | KJM | Review of pleadings and settlement motion; correspondence to co-counsel. | 1.20 | 312.00 |
| 05/28/03 | KJM | Review of correspondence from D. Rosenfeld re: settlement. | 0.10 | 26.00 |
| 05/28/03 | KJM | Review of notice of cancellation of hearing. | 0.10 | 26.00 |
| 05/30/03 | FAM | Review of bankruptcy pleadings. Interoffice conference with Kevin J. Mangan. | 0.10 | 37.50 |
| 05/31/03 | FAM | Review of Equity Committee's and Debtor's plans. | 2.50 | 937.50 |

Total fees for this matter        19.60    $5,865.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lilly, Edward M. | 1.70 | 205 | 348.50 |
| Monaco, Jr., Francis A. | 7.50 | 375 | 2,812.50 |
| Mangan, Kevin J. | 10.40 | 260 | 2,704.00 |

DISBURSEMENTS

| 04/23/03 | Messenger/Courier Expenses | 6.50 |
|---|---|---|
| 04/30/03 | Special Postal Services | 63.85 |

Total disbursements for this matter        $70.35

Saudi American Bank                                      Page    4

BILLING SUMMARY

       TOTAL FEES                        $5,865.00

       TOTAL DISBURSEMENTS                   70.35

       NET BALANCE FORWARD                5,899.50

       BALANCE DUE                      $11,834.85

# MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

July 14, 2003

Account No:   03776  00001
Statement No:        40071

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | | | | HOURS | |
|------|------|------|------|-------|------|
| 06/03/03 | FAM | Correspondence from Kevin J. Mangan and D. Rosenfeld. Review of Shaw response. | | 0.20 | 75.00 |
| 06/03/03 | KJM | Review of pleadings including amendments to disclosure statements and notices from equity committee and Debtors/unsecured creditors committee; telephone conference with D. Rosenfeld re: settlement with Debtors and disclosure statements; review of Shaw's limited response to settlement motion; correspondence to D. Rosenfeld. | | 3.00 | 780.00 |
| 06/04/03 | KJM | Review of correspondence from D. Rosenfeld and response in support of settlement motion; correspondence to D. Rosenfeld. | | 0.40 | 104.00 |
| 06/05/03 | FAM | Review of UCC response. | | 0.20 | 75.00 |
| 06/05/03 | KJM | Telephone conference with D. Rosenfeld; revised, filed and served response. | | 0.40 | 104.00 |
| 06/05/03 | KJM | Review of dockets and pleadings; review of Committee response to settlement motion; correspondence to D. Rosenfeld. | | 0.40 | 104.00 |
| 06/06/03 | FAM | Review of disclosure statement order and bankruptcy pleadings. | | 0.20 | 75.00 |
| 06/06/03 | KJM | Review of order entered approving disclosure statements | | 0.20 | 52.00 |

Saudi American Bank                                              Page      2

| | | | | |
|---|---|---|---|---|
| | | and correspondence to co-counsel. | | |
| 06/10/03 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld re: hearing on settlement motion. | 0.20 | 52.00 |
| 06/11/03 | FAM | Review of disclosure statement order and agenda notice. | 0.20 | 75.00 |
| 06/11/03 | KJM | Telephone conference with D. Rosenfeld re: hearing; review of pleadings; prepared for settlement hearing. | 0.50 | 130.00 |
| 06/12/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 06/12/03 | KJM | Prepared for and attended hearing regarding settlement motion and conference with D. Rosenfeld. | 1.80 | 468.00 |
| 06/13/03 | KJM | Review of certification of counsel from Debtor; telephone conference with Court re: status of settlement order. | 0.20 | 52.00 |
| 06/13/03 | KJM | Review of order from dockets and correspondence to D. Rosenfeld. | 0.20 | 52.00 |
| 06/17/03 | KJM | Review of pleadings filed by Debtor. | 0.20 | 52.00 |
| 06/18/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/20/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/23/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 52.00 |
| 06/26/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/27/03 | FAM | Review of revised Equity Committee disclosure statement, order and motion. | 1.00 | 375.00 |
| 06/27/03 | KJM | Review of 2nd amended disclosure statement and notice of hearing; correspondence to D. Rosenfeld and J. Hutchins. | 0.80 | 208.00 |
| 06/30/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/30/03 | KJM | Continued to review disclosure statement to 2nd amended plan. | 1.50 | 390.00 |

Total fees for this matter                          12.40      $3,500.00

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.40 | 375 | 900.00 |
| Mangan, Kevin J. | 10.00 | 260 | 2,600.00 |

BILLING SUMMARY

TOTAL FEES                                          $3,500.00

Saudi American Bank

NET BALANCE FORWARD                    11,834.85

BALANCE DUE                            $15,334.85

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

August 14, 2003
Account No:   03776   00001
Statement No:                40679

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | HOURS | |
|------|------|-------------|-------|---|
| 07/02/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/07/03 | KJM | Review of equity committee revised disclosure statement with respect to third amended plan of liquidation; correspondence to D. Rosenfeld. | 0.60 | 156.00 |
| 07/08/03 | FAM | Review of revised equity disclosure statement. | 0.20 | 75.00 |
| 07/09/03 | FAM | Review of settlement order. | 0.10 | 37.50 |
| 07/11/03 | KJM | Review of pleadings and settlement order from Court. | 0.20 | 52.00 |
| 07/14/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/14/03 | KJM | Review of pleadings re: disclosure statement and plan. | 0.20 | 52.00 |
| 07/18/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/18/03 | KJM | Review of proposed order approving disclosure statement. | 0.20 | 52.00 |
| 07/21/03 | FAM | Review of disclosure statement order and agenda notice. | 0.20 | 75.00 |
| 07/21/03 | KJM | Review of pleading; review of hearing agenda; correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 07/22/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 07/23/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 75.00 |
| 07/23/03 | KJM | Prepared for and attended disclosure statement hearing; correspondence to D. Rosenfeld re: status. | 2.50 | 650.00 |
| 07/24/03 | KJM | Review of bankruptcy pleadings. | 0.10 | 26.00 |

Saudi American Bank                                    Page        2

      Total fees for this matter              5.20      $1,478.50

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Monaco, Jr., Francis A. | 1.10 | 375 | 412.50 |
| Mangan, Kevin J. | 4.10 | 260 | 1,066.00 |

BILLING SUMMARY

     TOTAL FEES                          $1,478.50

     NET BALANCE FORWARD                  9,435.35

     BALANCE DUE                        $10,913.85

# MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

September 15, 2003
Account No:    03776  00001
Statement No:            41317

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 05/01/03 | KJM | Review of bankruptcy pleadings; communication with M. Sousa re: trial. | 0.20 | 52.00 |
| 05/01/03 | KJM | Review of plaintiff's reply in support of summary judgment and forwarded to co-counsel. | 0.30 | 78.00 |
| 05/02/03 | KJM | Review of plaintiff's reply and analyzed SUR reply issues; telephone conference with D. Rosenfeld, J. Hutchins, A. Abbott re: status and strategy. | 1.00 | 260.00 |
| 05/02/03 | KJM | Review of agenda relating to hearing on objection to claim of Abdulla Said Bugshan and Brothers; correspondence to co-counsel. | 0.20 | 52.00 |
| 05/05/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of bankruptcy pleadings and agenda notice. | 0.40 | 150.00 |
| 05/05/03 | KJM | Review of notice of certification from G. Rubin; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status and settlement issues. | 0.30 | 78.00 |
| 05/05/03 | KJM | Telephone conference with Court re: trial date. | 0.20 | 52.00 |
| 05/05/03 | KJM | Telephone conference with D. Rosenfeld, A. Abbott. | 0.20 | 52.00 |
| 05/06/03 | KJM | Review of correspondence from | 0.20 | 52.00 |

Saudi American Bank

Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/03 | KJM | D. Rosenfeld and correspondence from J. Hutchin re: settlement. Review of pleadings re: Bugshaw claim papers; prepared for and attended Court re: claim objection; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status. | 1.30 | 338.00 |
| 05/07/03 | FAM | Interoffice conference with Kevin J. Mangan.  Review of omnibus claims objection. | 0.40 | 150.00 |
| 05/07/03 | KJM | Review of order disallowing Bugshan's claims; correspondence to D. Rosenfeld. | 0.20 | 52.00 |
| 05/08/03 | KJM | Telephone conference with D. Rosenfeld re: withdraw of motion to intervene and related issues. | 0.20 | 52.00 |
| 05/12/03 | FAM | Review of bankruptcy pleadings. | 0.60 | 225.00 |
| 05/12/03 | KJM | Review of various objections to the  disclosure statements. | 0.40 | 104.00 |
| 05/12/03 | KJM | Review of Debtors' 10th and 11th omnibus objection to claims. | 0.30 | 78.00 |
| 05/13/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 05/14/03 | FAM | Review of deposition notice. | 0.10 | 37.50 |
| 05/14/03 | KJM | Telephone conference with Court re: resolution of trial. | 0.20 | 52.00 |
| 05/16/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.10 | 37.50 |
| 05/16/03 | KJM | Telephone conference with D. Rosenfeld re: Next Factor's motion; conference with J. Bodnar; review of Next Factor motion. | 1.30 | 338.00 |
| 05/17/03 | FAM | Review of Debtor's response and revised disclosure statement. | 0.70 | 262.50 |
| 05/19/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 05/19/03 | KJM | Review of Shaw response to Next Factor motion; correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 05/19/03 | KJM | Review of disclosure statement objection and pleadings from Equity committee and Debtors/unsecured creditor committee; review of hearing agenda and correspondence to D. Rosenfeld. | 1.50 | 390.00 |
| 05/21/03 | FAM | Review of Equity Committee response and revised disclosure statement.  Review of | 2.00 | 750.00 |

Saudi American Bank

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | bankruptcy pleadings. | | |
| 05/21/03 | KJM | Review of hearing agenda; interoffice conference with E. Lilly re: hearing; correspondence to D. Rosenfeld; review of bankruptcy pleadings. | 0.40 | 104.00 |
| 05/21/03 | EML | Conference with Kevin J. Mangan re:  attendance at May 23 hearing. | 0.20 | 41.00 |
| 05/22/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 05/22/03 | KJM | Review of Equity Committee reply to objection to disclosure statement. | 0.20 | 52.00 |
| 05/22/03 | KJM | Correspondence to D. Rosenfeld re: Next Factors motion. | 0.10 | 26.00 |
| 05/22/03 | EML | Conference with Kevin J. Mangan re:  attendance at hearing on May 23. | 0.20 | 41.00 |
| 05/25/03 | FAM | Review of settlement motion. | 0.20 | 75.00 |
| 05/26/03 | KJM | Review of pleadings and settlement motion; correspondence to co-counsel. | 1.20 | 312.00 |
| 05/28/03 | KJM | Review of correspondence from D. Rosenfeld re: settlement. | 0.10 | 26.00 |
| 05/28/03 | KJM | Review of notice of cancellation of hearing. | 0.10 | 26.00 |
| 05/30/03 | FAM | Review of bankruptcy pleadings. Interoffice conference with Kevin J. Mangan. | 0.10 | 37.50 |
| 05/31/03 | FAM | Review of Equity Committee's and Debtor's plans. | 2.50 | 937.50 |
| 08/02/03 | KJM | Review of correspondence from Debtor counsel re: hearing agenda. | 0.10 | 26.00 |
| 08/03/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 08/05/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 08/11/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 08/12/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 08/13/03 | FAM | Review of revised disclosure statement and agenda notice. | 0.60 | 225.00 |
| 08/13/03 | KJM | Review of notice of disclosure statement of 3rd amended plan and correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 08/14/03 | KJM | Review of notice of hearing agenda. | 0.10 | 26.00 |
| 08/16/03 | KJM | Review of revised disclosure statement re: SAMBA litigation. | 0.50 | 130.00 |
| 08/18/03 | KJM | Telephone conference with D. Rosenfeld re: core matters and possible motion to withdraw | 0.50 | 130.00 |

Saudi American Bank                                           Page        4

|          |     |                                                    | Hours | Amount     |
|----------|-----|----------------------------------------------------|-------|------------|
|          |     | reference and for determination of core proceedings. |       |            |
| 08/25/03 | FAM | Review of bankruptcy pleadings.                    | 0.10  | 37.50      |
| 08/29/03 | FAM | Review of bankruptcy pleadings.                    | 0.10  | 37.50      |
|          |     | Total fees for this matter                         | 21.10 | $6,476.00  |

RECAPITULATION

| Timekeeper              | Hours | Rate | Total    |
|-------------------------|-------|------|----------|
| Lilly, Edward M.        | 0.40  | 205  | 82.00    |
| Monaco, Jr., Francis A. | 8.80  | 375  | 3,300.00 |
| Mangan, Kevin J.        | 11.90 | 260  | 3,094.00 |

DISBURSEMENTS

| 04/23/03 | Messenger/Courier Expenses           | 6.50   |
|----------|--------------------------------------|--------|
| 04/30/03 | Special Postal Services              | 63.85  |
|          | Total disbursements for this matter  | $70.35 |

BILLING SUMMARY

| TOTAL FEES          | $6,476.00   |
|---------------------|-------------|
| TOTAL DISBURSEMENTS | 70.35       |
| NET BALANCE FORWARD | 4,978.50    |
| BALANCE DUE         | $11,524.85  |

# MONZACK and MONACO, P.A.
### 1201 Orange Street, Suite 400
### Wilmington, DE 19801
### (302) 656-8162

October 14, 2003
Account No:   03776  00001
Statement No:            41984

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | HOURS | Amount |
|---|---|---|---|---|
| 09/05/03 | KJM | Review of pleadings including order apporving disclosure statement and attachments. | 0.40 | 104.00 |
| 09/08/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 09/08/03 | KJM | Review of agenda hearing. | 0.10 | 26.00 |
| 09/10/03 | FAM | Review of disclosure statement order and revised disclosure statement. | 0.30 | 112.50 |
| 09/16/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 09/17/03 | FAM | Review of omnibus objection to claims. | 0.20 | 75.00 |
| 09/18/03 | FAM | Review of plan and bankruptcy pleadings. | 1.50 | 562.50 |
| 09/22/03 | KJM | Review of bankruptcy pleadings and motion to compel. | 0.20 | 52.00 |
| 09/24/03 | KJM | Review of pleadings and claim objections re: Shaw. | 0.20 | 52.00 |
| 09/29/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |

Total fees for this matter                     3.20        $1,096.50

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.30 | 375 | 862.50 |
| Mangan, Kevin J. | 0.90 | 260 | 234.00 |

BILLING SUMMARY

TOTAL FEES                          $1,096.50

Saudi American Bank                                    Page     2

              NET BALANCE FORWARD                  11,524.85

              BALANCE DUE                         $12,621.35

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

November 11, 2003
Account No:    03776  00001
Statement No:              42736

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/04/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 10/06/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 52.00 |
| 10/10/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 10/13/03 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.10 | 37.50 |
| 10/20/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 10/22/03 | FAM | Review of plan supplement. | 0.10 | 37.50 |
| 10/27/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 10/30/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 10/30/03 | KJM | Review of pleadings and brief in support of confirmation; correspondence to D. Rosenfeld. | 0.40 | 104.00 |
| 10/31/03 | FAM | Review of confirmation brief. | 0.50 | 187.50 |

Total fees for this matter                     2.00      $681.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.40 | 375 | 525.00 |
| Mangan, Kevin J. | 0.60 | 260 | 156.00 |

BILLING SUMMARY

TOTAL FEES                     $681.00

NET BALANCE FORWARD            12,621.35

BALANCE DUE                   $13,302.35

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 16, 2003
Account No:    03776  00001
Statement No:           43229

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                              | HOURS |         |
|----------|-----|----------------------------------------------|-------|---------|
| 11/03/03 | FAM | Review of bankruptcy pleadings.              | 0.10  | 37.50   |
| 11/05/03 | FAM | Review of bankruptcy pleadings.              | 0.10  | 37.50   |
| 11/12/03 | FAM | Review of bankruptcy pleadings.              | 0.20  | 75.00   |
| 11/13/03 | FAM | Review of bankruptcy pleadings.              | 0.10  | 37.50   |
| 11/14/03 | FAM | Review of bankruptcy pleadings.              | 0.10  | 37.50   |
| 11/17/03 | FAM | Review of bankruptcy pleadings.              | 0.20  | 75.00   |
| 11/19/03 | KJM | Review of Debtor claim objection and pleading. | 0.20  | 52.00   |
| 11/20/03 | FAM | Review of bankruptcy pleadings.              | 0.10  | 37.50   |
| 11/20/03 | KJM | Review of Debtors 8th and 9th claim objection. | 0.20  | 52.00   |
| 11/28/03 | FAM | Review of bankruptcy pleading.               | 0.10  | 37.50   |

Total fees for this matter                          1.40      $479.00

RECAPITULATION

| Timekeeper               | Hours | Rate | Total  |
|--------------------------|-------|------|--------|
| Monaco, Jr., Francis A.   | 1.00  | 375  | 375.00 |
| Mangan, Kevin J.          | 0.40  | 260  | 104.00 |

BILLING SUMMARY

TOTAL FEES                          $479.00

NET BALANCE FORWARD                 13,302.35

BALANCE DUE                         $13,781.35

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                          January 12, 2004
                              Account No:   03776  00001
                              Statement No:          43767
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                          HOURS
12/10/03  FAM   Review of bankruptcy pleadings.    0.10      37.50
12/19/03  FAM   Review of bankruptcy pleadings.    0.10      37.50
12/26/03  FAM   Review of bankruptcy pleadings.    0.30     112.50
                                          -----   --------
          Total fees for this matter      0.50    $187.50
```

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.50 | 375 | 187.50 |

BILLING SUMMARY

```
     TOTAL FEES                       $187.50

     NET BALANCE FORWARD             13,781.35
                                    -----------
     BALANCE DUE                    $13,968.85
```

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

```
                                              February 11, 2004
                                  Account No:    03776  00001
Saudi American Bank                 Statement No:          44398
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
01/12/04  FAM   Review of bankruptcy pleadings.    0.10        39.50
01/13/04  FAM   Review of agenda notice.           0.10        39.50
01/15/04  FAM   Review of bankruptcy pleadings.    0.10        39.50
01/16/04  KJM   Review of confirmation order.      0.30        82.50
                Correspondence to D. Rosenfeld.
01/18/04  KJM   Review of status of bankruptcy     0.20        55.00
                case. Correspondence to D.
                Rosenfeld.
01/20/04  FAM   Review of bankruptcy pleadings     0.50       197.50
                and confirmation order.
01/21/04  FAM   Review of omnibus objection to     0.10        39.50
                claims.
01/21/04  KJM   Review of 10th and 11th claim      0.10        27.50
                objection and bankruptcy
                pleadings.
01/30/04  FAM   Review of confirmation notice.     0.10        39.50
                                                  ─────      ──────────
          Total fees for this matter              1.60      $560.00
```

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.00 | 395 | 395.00 |
| Mangan, Kevin J. | 0.60 | 275 | 165.00 |

BILLING SUMMARY

```
     TOTAL FEES                          $560.00

     NET BALANCE FORWARD                13,968.85
```

Saudi American Bank                                    Page        2


                    BALANCE DUE                        $14,528.85

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

.

                                                  March 12, 2004
                                   Account No:    03776  00001
                                   Statement No:          45176
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
02/03/04  KJM   Telephone conference with A.    0.10        27.50
                Abbott re: status of summary
                judgment motion.
02/24/04  FAM   Review of bankruptcy pleadings. 0.10        39.50
                                              _____    _____
          Total fees for this matter            0.20       $67.00

                        RECAPITULATION
Timekeeper                  Hours    Rate        Total
Monaco, Jr., Francis A.      0.10    395         39.50
Mangan, Kevin J.             0.10    275         27.50
BILLING SUMMARY

        TOTAL FEES                             $67.00

        NET BALANCE FORWARD                 14,528.85
                                           _____
        BALANCE DUE                         $14,595.85

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

```
                                              April 12, 2004
                               Account No:   03776  00001
Saudi American Bank            Statement No:         45702
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808
```

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 03/08/04 | FAM | Correspondence from K. Mumford. | 0.10 | 39.50 |
| 03/08/04 | KJM | Telephone conference with K. Mumford re: Court request. Correspondence to J. Hutchinson and D. Rosenfield re: status conference. | 0.30 | 82.50 |
| 03/09/04 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. | 0.10 | 39.50 |
| 03/09/04 | KJM | Review of hearing agenda. Correspondence to co-counsel. | 0.20 | 55.00 |
| 03/10/04 | FAM | Interoffice conference with Kevin J. Mangan.  Telephone conference with J. Hutchinson. | 0.20 | 79.00 |
| 03/10/04 | KJM | Telephone conference with A. Abbott.  Review of dockets and case re: status. | 0.30 | 82.50 |
| 03/11/04 | FAM | Conference with D. Rosenfeld. Interoffice conference with Kevin J. Mangan. | 0.50 | 197.50 |
| 03/11/04 | KJM | Conference with D. Rosenfeld. Prepared for and attended status conference with Court. | 4.00 | 1,100.00 |
| 03/12/04 | KJM | Review of hearing notices. Telephone conference with a. Abbott and D. Rosenfield. Forward pleadings to d. Rosenfeld.  Review of docket. | 0.50 | 137.50 |
| 03/15/04 | KJM | Telephone conference with D. Rosenfeld re: mediation and transcript of hearing. | 0.30 | 82.50 |

Saudi American Bank                                        Page      2

|          |     |                                                                                                                                                                                          |      |          |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |     | Telephone conference with Court re: hearing.                                                                                                                                              |      |          |
| 03/16/04 | FAM | Review of notice regarding substitution of party.                                                                                                                                        | 0.10 | 39.50    |
| 03/16/04 | KJM | Correspondence to S. Scaruzzi re: transcript request.                                                                                                                                     | 0.20 | 55.00    |
| 03/23/04 | FAM | Correspondence from D. Rosenfeld.  Telephone conference with and correspondence from C. Bifferato.  Interoffice conference with Kevin J. Mangan.  Review of stipulation.                   | 0.30 | 118.50   |
| 03/23/04 | KJM | Review of Correspondence from C. Bifferato and stipulation of dismissal.  Correspondence to D. Rosenfield.                                                                                 | 0.20 | 55.00    |
| 03/24/04 | KJM | Telephone conference with A. Abbott re: disposition.                                                                                                                                      | 0.10 | 27.50    |
| 03/26/04 | FAM | Correspondence from and correspondence to R. Rosenfeld. Correspondence from L. Ernce. Review of stipulation.                                                                              | 0.30 | 118.50   |
| 03/29/04 | FAM | Review of bankruptcy pleadings.                                                                                                                                                           | 0.10 | 39.50    |
| 03/31/04 | KJM | Telephone conference with D. Rosenfeld re: deposition of Shaw witness.                                                                                                                    | 0.10 | 27.50    |

              Total fees for this matter              7.90      $2,376.50

                          RECAPITULATION

| Timekeeper              | Hours | Rate | Total    |
|-------------------------|-------|------|----------|
| Monaco, Jr., Francis A. | 1.70  | 395  | 671.50   |
| Mangan, Kevin J.        | 6.20  | 275  | 1,705.00 |

DISBURSEMENTS

03/12/04  Special Postal Services                              14.38

          Total disbursements for this matter              $14.38

BILLING SUMMARY

          TOTAL FEES                      $2,376.50

          TOTAL DISBURSEMENTS                  14.38

          NET BALANCE FORWARD              14,595.85

Saudi American Bank                                              Page       3

                        BALANCE DUE                              $16,986.73