# MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                 May 12, 2004
                                Account No:    03776  00001
                                Statement No:          46263
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808


v. Stone & Webster, Inc.


FOR PROFESSIONAL SERVICES RENDERED
```

| | | | HOURS | |
|---|---|---|---|---|
| 04/05/04 | KJM | Review of notice of subsitution of counsel and forwarded to D. Rosenfeld. | 0.10 | 27.50 |
| 04/06/04 | KJM | Review of stipulation and order dismissing adversary. Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 04/06/04 | KJM | Review of Correspondence from A. Abott and notices of depositions. | 0.20 | 55.00 |
| 04/07/04 | KJM | Communications with A. Abbott. Review of Correspondence from A. Abbott. Filed and served notices of depositions. Review of Correspondence from D. Rosenfeld and S. Jenkins. | 0.60 | 165.00 |
| 04/07/04 | KJM | Communications S. Jenkins and D. Rosenfeld re: depositions. | 0.20 | 55.00 |
| 04/08/04 | KJM | Review of Correspondence from S. Jenkins and D. Rosenfeld re: deposition of Fulbright firm. | 0.10 | 27.50 |
| 04/09/04 | KJM | Review of hearing transcript and Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 04/12/04 | FAM | Review of deposition notices. | 0.10 | 39.50 |
| 04/12/04 | KJM | Review of Correspondence from Court reporter. Review of status from Court. | 0.20 | 55.00 |
| 04/13/04 | KJM | Review of bankruptcy pleading from reorganized Debtor. | 0.20 | 55.00 |
| 04/19/04 | FAM | Review of omnibus objection to claims. | 0.10 | 39.50 |

Saudi American Bank                                          Page      2

| 04/19/04 | KJM | Review of Correspondence from S.Jenkins re: discovery issues. | 0.10 | 27.50 |
| 04/20/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |
| 04/27/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 04/27/04 | KJM | Review of bankruptcy pleadings and hearing agenda. | 0.20 | 55.00 |
| 04/27/04 | KJM | Review of Correspondence from D. Rosenfield and draft stipulation with Shaw. | 0.20 | 55.00 |

Total fees for this matter                               3.10      $888.50

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.30 | 395 | 118.50 |
| Mangan, Kevin J. | 2.80 | 275 | 770.00 |

DISBURSEMENTS

| 03/16/04 | Pacer/Bankruptcy Research | 1.54 |
| 03/26/04 | Messenger/Courier Expenses | 6.50 |
| 04/30/04 | Court Reporter Fees - Transcripts Plus | 33.12 |
| 04/30/04 | Photocopying | 4.20 |

Total disbursements for this matter                                $45.36

BILLING SUMMARY

| TOTAL FEES | $888.50 |
| TOTAL DISBURSEMENTS | 45.36 |
| NET BALANCE FORWARD | 16,986.73 |
| BALANCE DUE | $17,920.59 |

# MONZACK and MONACO, P.A.
### 1201 Orange Street, Suite 400
### Wilmington, DE  19801
### (302) 656-8162

|  |  |  |
|---|---|---|
|  | | June 8, 2004 |
| | Account No: | 03776  00001 |
| | Statement No: | 46889 |

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 05/03/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/05/04 | KJM | Review of bankruptcy pleading. | 0.20 | 55.00 |
| 05/06/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/11/04 | KJM | Telephone conference with D. Rosenfeld re: status of discovery. | 0.10 | 27.50 |
| 05/13/04 | FAM | Review of Shaw discovery. | 0.10 | 39.50 |
| 05/14/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 05/14/04 | KJM | Review of Shaw second set of interrogatories and request for production of documents. Review of hearing agenda. Correspondence to D. Rosenfeld. | 0.40 | 110.00 |
| 05/14/04 | KJM | Telephone conference with A. Landis re: status conference with Court.  Communication with A. Abbot and S. Jenkins. | 0.30 | 82.50 |
| 05/14/04 | KJM | Correspondence to S. Jenkins and A. Landis. | 0.20 | 55.00 |
| 05/17/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 05/17/04 | KJM | Review of amended hearing agenda and Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 05/18/04 | KJM | Conference with D. Rosenfeld; prepared for and attended status conference with Court. | 1.60 | 440.00 |
| 05/24/04 | KJM | Review of Correspondence from J. Houpt; Review of Correspondence from C. Benson; Correspondence to D. Rosenfeld re: mediation. | 0.20 | 55.00 |

Saudi American Bank                                                      Page    2

| 05/24/04 | KJM | Review of Correspondence from F. Conrad. Communication with D. Rosenfeld. | 0.10 | 27.50 |
| 05/25/04 | KJM | Review of Correspondence from J. Houpt, C. Benson, F. Conrad; communication with D. Rosenfeld re: mediation. | 0.30 | 82.50 |
| 05/26/04 | KJM | Telephone conference with D. Rosenfeld and A. Abbott re: mediation. | 0.10 | 27.50 |
| 05/26/04 | KJM | Review of Correspondence from F. Conrad and D. Rosenfeld re: mediation. Review of Order dismissing adversary. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 05/27/04 | KJM | Telephone conference with A. Abbott. Review of Correspondence from J. Houpt and responded re: mediation. | 0.20 | 55.00 |
| 05/27/04 | KJM | Review of Correspondence from C. Benson and D. Rosenfeld. | 0.10 | 27.50 |
| 05/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/28/04 | KJM | Review of Correspondence from J. Houpt. Review of Correspondence from Judge Conrad. | 0.20 | 55.00 |
| 05/31/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |

Total fees for this matter                         5.40     $1,569.00

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.70 | 395 | 276.50 |
| Mangan, Kevin J. | 4.70 | 275 | 1,292.50 |

DISBURSEMENTS

05/31/04  Photocopying                                            1.80

Total disbursements for this matter              $1.80

BILLING SUMMARY

TOTAL FEES                          $1,569.00

TOTAL DISBURSEMENTS                      1.80

NET BALANCE FORWARD                 17,920.59

Saudi American Bank

BALANCE DUE                          $19,491.39

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

July 16, 2004

Account No:    03776  00001
Statement No:              47677

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 06/01/04 | KJM | Review of bankruptcy pleadings and claim objection. | 0.20 | 55.00 |
| 06/01/04 | KJM | Communications with A. Abbott. Correspondence to J. Houpt re: mediation.  Review of Correspondence from C. Lonstein re: SWINC withdraw. | 0.20 | 55.00 |
| 06/01/04 | KJM | Review of Docket re: omnibus hearing dates.  Telephone conference with D. Rosenfeld re: status and preparation for conference call with mediation. | 0.20 | 55.00 |
| 06/01/04 | KJM | Telephone conference with with Judge Conrad and counsel re: mediation. | 0.50 | 137.50 |
| 06/01/04 | KJM | Review of Shaw's motion to withdraw reference and motion for determination matter is non-core.  Correspondence to D. Rosenfeld. | 0.70 | 192.50 |
| 06/02/04 | FAM | Review of motion regarding withdrawal of reference and bankruptcy pleadings. | 0.30 | 118.50 |
| 06/02/04 | KJM | Telephone conference with A. Abbott re: Shaw's withdrawal of reference.  Prepared stipulation with Shaw. | 0.30 | 82.50 |
| 06/03/04 | KJM | Correspondence to S. Jenkins re: motion to withdraw reference. | 0.20 | 55.00 |

Saudi American Bank                                                Page      2

| 06/03/04 | KJM | Filed and served stipulation. Communication with D. Rosenfeld. | 0.30 | 82.50 |
| 06/03/04 | KJM | Review of Correspondence from J. Houpt and proposed mediation Order.  Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 06/03/04 | KJM | Communication with D. Rosenfield re: mediation. | 0.10 | 27.50 |
| 06/04/04 | FAM | Review of Shavo stipulation. | 0.10 | 39.50 |
| 06/04/04 | KJM | Review of Correspondence from Judge Conrad and pleading. Stipulations filed with Court. | 0.20 | 55.00 |
| 06/04/04 | KJM | Review of D. Houpt re: revised mediation Order. | 0.10 | 27.50 |
| 06/07/04 | KJM | Review of pleading re: bankruptcy court | 0.30 | 82.50 |
| 06/07/04 | KJM | Telephone conference with S. Jenkins re: stipulation re: withdraw of reference. | 0.20 | 55.00 |
| 06/08/04 | KJM | Review of Correspondence from A. Abbott re: discovery continuance. | 0.10 | 27.50 |
| 06/09/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 06/10/04 | KJM | Review of Correspondence from J. Houpt and Order from Court. Review of Correspondence from F. Conrad. | 0.20 | 55.00 |
| 06/15/04 | FAM | Review of bankruptcy pleadings. | 0.20 | 79.00 |
| 06/16/04 | FAM | Review of omnibus objection to claims. | 0.10 | 39.50 |
| 06/17/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 06/18/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 06/23/04 | KJM | Review of Correspondence from A. Abbott and mediation Order. Prepared certification of counsel. | 0.30 | 82.50 |
| 06/23/04 | KJM | Filed and served certification of counsel and Order. | 0.20 | 55.00 |
| 06/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 06/29/04 | KJM | Telephone conference with A. Abbott re: opposition to Shaw's motion to withdraw reference. | 0.10 | 27.50 |
| 06/30/04 | KJM | Review of response to Shaw's motion for determination that | 1.20 | 330.00 |

Saudi American Bank                                    Page      3

> proceeding is non-core and
> response to Shaw's motion to
> withdraw the reference.  Filed
> and served both documents .

Total fees for this matter                    6.90        $2,029.50

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Monaco, Jr. Francis A. | 1.10 | 395 | 434.50 |
| Mangan, Kevin J. | 5.80 | 275 | 1,595.00 |

## DISBURSEMENTS

| 06/30/04 | Miscellaneous Costs Advanced - Legal Media Incorporated | 250.00 |
|----------|---------------------------------------------------------|--------|
| 06/30/04 | Photocopying | 40.80 |

Total disbursements for this matter              $290.80

BILLING SUMMARY

|  |  |
|--|--|
| TOTAL FEES | $2,029.50 |
| TOTAL DISBURSEMENTS | 290.80 |
| NET BALANCE FORWARD | 19,491.39 |
| BALANCE DUE | $21,811.69 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | **$0.00** |

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 9, 2004
Account No:    03776  00001
Statement No:            48036

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 07/02/04 | FAM | Review of brief, response and bankruptcy pleadings. | 0.40 | 158.00 |
| 07/02/04 | KJM | Review of bankruptcy pleadings, include various claim objection. | 0.50 | 137.50 |
| 07/06/04 | KJM | Communications with A. Abbott re: withdrawal of reference filings. | 0.20 | 55.00 |
| 07/08/04 | FAM | Review of agenda notice and notice of briefing completion. | 0.10 | 39.50 |
| 07/08/04 | KJM | Review of Correspondence from C. Benson re: mediation. | 0.10 | 27.50 |
| 07/08/04 | KJM | Review of pleadings- notices of completion of briefing and transmittal of motion to withdraw reference to District Court.  Correspondence to A. Abbott. | 0.20 | 55.00 |
| 07/08/04 | KJM | Review of Correspondence from C. Benson. | 0.10 | 27.50 |
| 07/10/04 | KJM | Review of Correspondence from F. Conrad.  Review of pleadings in bankruptcy and adversary. | 0.20 | 55.00 |
| 07/12/04 | KJM | Review of Notice of docketing from District Court. | 0.10 | 27.50 |
| 07/12/04 | KJM | Review of notice of docketing and record re: motion to withdraw reference. Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 07/14/04 | KJM | Review of Correspondence from | 0.10 | 27.50 |

Saudi American Bank                                          Page        2

| | | | | |
|---|---|---|---|---|
| | | F. Conrad, J. Houpt and C. Benson re: mediation. | | |
| 07/14/04 | KJM | Review of Correspondence from D. Rosenfeld re: mediation issues. | 0.10 | 27.50 |
| 07/14/04 | KJM | Review of non-core Order. Review of SWEC Trustee response to Rule to show cause. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 07/15/04 | KJM | Review of Correspondence from C. Benson and Judge Conrad re: mediation. Review of dockets. Communication with D. Rosenfeld re: non-core Order. | 0.30 | 82.50 |
| 07/20/04 | KJM | Review of notice of assignment of Judge Robinson. | 0.10 | 27.50 |
| 07/20/04 | KJM | Review of Correspondence from Judge Conrad, C. Benson and J. Houpt re: mediation. | 0.10 | 27.50 |
| 07/23/04 | FAM | Telephone conference with D. Rosenfeld. | 0.20 | 79.00 |
| 07/30/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |
| | | Total fees for this matter | 3.50 | $1,046.50 |

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.70 | 395 | 276.50 |
| Mangan, Kevin J. | 2.80 | 275 | 770.00 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | | $1,046.50 |
| NET BALANCE FORWARD | | 21,811.69 |
| BALANCE DUE | | $22,858.19 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | | $0.00 |

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE 19801
## (302) 656-8162

September 10, 2004

Account No:     03776  00001

Statement No:              48810

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 08/12/04 | KJM | Review of CD of Charles Strauss deposition.  Communication with D. Rosenfeld. | 0.30 | 82.50 |
| 08/13/04 | KJM | Communications with A. Abbott r: Strauss deposition.   Review of pleadings and agenda from Court. | 0.20 | 55.00 |
| 08/14/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 08/16/04 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. | 0.10 | 39.50 |
| 08/16/04 | KJM | Prepared for and attended hearing with D. Rosenfeld. | 1.20 | 330.00 |
| 08/16/04 | KJM | Review of Order from Judge Robinson re: dismissal of District Court action. | 0.20 | 55.00 |
| 08/16/04 | KJM | Review of Correspondence from K. Mumford.  Review of amended agenda.  Telephone conference with D. Rosenfeld. | 0.20 | 55.00 |
| 08/30/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |

| | Total fees for this matter | 2.40 | $696.00 |
|---|---|---|---|

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.30 | 395 | 118.50 |
| Mangan, Kevin J. | 2.10 | 275 | 577.50 |

Saudi American Bank

## DISBURSEMENTS

| | | |
|---|---|---:|
| 08/12/04 | Copy Expenses | 3.00 |
| 08/12/04 | Special Postal Services | 10.56 |
| | Total disbursements for this matter | $13.56 |

BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $696.00 |
| TOTAL DISBURSEMENTS | 13.56 |
| NET BALANCE FORWARD | 22,858.19 |
| BALANCE DUE | $23,567.75 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | **$0.00** |

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

October 8, 2004
Account No:   03776   00001
Statement No:        49565

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                                                | HOURS |       |
|----------|-----|------------------------------------------------------------------------------------------------|-------|-------|
| 09/10/04 | FAM | Review of bankruptcy pleadings.                                                                 | 0.20  | 79.00 |
| 09/13/04 | KJM | Review of various bankruptcy pleadings.                                                         | 0.30  | 82.50 |
| 09/13/04 | KJM | Review of Order withdraw reference from Judge Robinson. Forwarded to D. Rosenfeld.              | 0.10  | 27.50 |
| 09/16/04 | FAM | Review of scheduling order.                                                                     | 0.10  | 39.50 |
| 09/16/04 | KJM | Review of order from Court scheduling conference. Correspondence to D. Rosenfeld and A. Abbott. | 0.30  | 82.50 |
| 09/17/04 | FAM | Review of notice of withdrawal.                                                                 | 0.10  | 39.50 |
| 09/17/04 | KJM | Review of bankruptcy pleadings. Review of notice relating to withdraw.  Correspondence to D. Rosenfeld. | 0.30  | 82.50 |
| 09/21/04 | FAM | Review of bankruptcy pleadings and agenda notice.                                              | 0.10  | 39.50 |
| 09/26/04 | KJM | Review of bankruptcy pleadings.                                                                 | 0.20  | 55.00 |
| 09/27/04 | FAM | Review of bankruptcy pleadings.                                                                 | 0.10  | 39.50 |
| 09/28/04 | KJM | Review of Trustee objection to claims.                                                          | 0.20  | 55.00 |
| 09/28/04 | KJM | Review of docket re: closing of adversary in bankruptcy court Saudi American Bank v. Shaw.      | 0.10  | 27.50 |
| 09/30/04 | FAM | Interoffice conference with Kevin J. Mangan. Correspondence from D. Rosenfeld.                  | 0.10  | 39.50 |

Saudi American Bank                                              Page        2

                    Total fees for this matter              2.20          $689.00

                              RECAPITULATION

Timekeeper                           Hours    Rate        Total
Monaco, Jr. Francis A.                0.70    395         276.50
Mangan, Kevin J.                      1.50    275         412.50
09/01/04  Court Reporter Fees - Legal Media, Inc.                    250.00
09/21/04  Court Reporter Fees - Legal Media, Inc.                   (250.00)

BILLING SUMMARY

          TOTAL FEES                               $689.00

          NET BALANCE FORWARD                   23,567.75

          BALANCE DUE                          $24,256.75

          PAYMENTS RECEIVED SINCE LAST BILL        $0.00

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

November 10, 2004
Account No:    03776  00001
Statement No:            50352

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                    | HOURS |          |
|----------|-----|--------------------------------------------------------------------|-------|----------|
| 10/01/04 | FAM | Review of agenda notice.                                           | 0.10  | 39.50    |
| 10/01/04 | KJM | Review of pleadings. Review of Correspondence from D. Rosenfeld and replied re: teleconference. | 0.20 | 55.00 |
| 10/04/04 | FAM | Review of bankruptcy pleadings.                                    | 0.10  | 39.50    |
| 10/12/04 | JJB | Review of SAMBA's responses to interrogatories.                    | 0.50  | 152.50   |
| 10/12/04 | JJB | E-mail from A. Doshi re: service of discovery on Plaintiff.        | 0.50  | 152.50   |
| 10/12/04 | PL3 | Review and revise responses to second set of discovery.           | 0.30  | 40.50    |
| 10/12/04 | PL3 | Various correspondence from/to A. Abbott re: second set of discovery. | 0.40 | 54.00 |
| 10/12/04 | PL3 | Serve discovery.                                                   | 0.40  | 54.00    |
| 10/13/04 | FAM | Conference with District Court and parties.                        | 0.30  | 118.50   |
| 10/15/04 | FAM | Review of order.                                                   | 0.10  | 39.50    |
| 10/19/04 | FAM | Correspondence from D. Rosenfeld and J. Haupt.  Review of bankruptcy pleadings. | 0.20 | 79.00 |
| 10/25/04 | FAM | Review of bankruptcy pleadings and agenda notice.                  | 0.10  | 39.50    |
|          |     | Total fees for this matter                                         | 3.20  | $864.00  |

RECAPITULATION

Saudi American Bank                                          Page       2

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.90 | 395 | 355.50 |
| Bodnar, Joseph J. | 1.00 | 305 | 305.00 |
| Mangan, Kevin J. | 0.20 | 275 | 55.00 |
| Sasso, Heidi E. | 1.10 | 135 | 148.50 |

### DISBURSEMENTS

| | | |
|---|---|---|
| 10/12/04 | Copy Expenses | 6.40 |
| 10/12/04 | Messenger/Courier Expenses | 6.50 |
| | Total disbursements for this matter | $12.90 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $864.00 |
| TOTAL DISBURSEMENTS | 12.90 |
| NET BALANCE FORWARD | 5,038.99 |
| BALANCE DUE | $5,915.89 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | **$19,217.76** |

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE  19801
## (302) 656-8162

December 10, 2004

Account No:  03776  00001
Statement No:       50821

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 10/27/04 | FAM | Telephone conference with D. Rosenfeld. | 0.20 | 79.00 |
| 10/29/04 | FAM | Review of omnibus objection to claims.  Interoffice conference with Kevin J. Mangan. | 0.20 | 79.00 |
| 11/01/04 | FAM | Review of omnibus objection to claims. | 0.10 | 39.50 |
| 11/03/04 | FAM | Interoffice conference with Kevin J. Mangan.  Review of file. | 0.30 | 118.50 |
| 11/03/04 | JJB | E-mail to Kevin J. Mangan and Francis A. Monaco, Jr. re: Thursday's hearing rescheduled re:  OA. | 0.20 | 61.00 |
| 11/04/04 | FAM | Review of file.  Conference with co-counsel.  Court appearance. | 4.00 | 1,580.00 |
| 11/04/04 | KJM | Review of Correspondence from J. Haugt and Conference with D. Rosenfeld re: Summary Judgment Motion. | 0.20 | 55.00 |
| 11/10/04 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 39.50 |
| 11/16/04 | KJM | Review of pleadings from Court. | 0.20 | 55.00 |
| 11/18/04 | FAM | Review of bankruptcy pleadings. | 0.30 | 118.50 |
| 11/18/04 | FAM | Review of bankruptcy pleadings. | 0.30 | 118.50 |
| 11/26/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 11/29/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 11/29/04 | KJM | Review of bankruptcy pleadings | 0.20 | 55.00 |

Saudi American Bank                                          Page      2

                    and notice of hearing agenda.

            Total fees for this matter              6.50      $2,477.50

                              RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 5.70 | 395 | 2,251.50 |
| Bodnar, Joseph J. | 0.20 | 305 | 61.00 |
| Mangan, Kevin J. | 0.60 | 275 | 165.00 |

                              DISBURSEMENTS

| 11/04/04 | Messenger/Courier Expenses | 6.50 |
|---|---|---|
| 11/04/04 | Messenger/Courier Expenses | 6.50 |
| 11/22/04 | Court Reporter Fees - Valerie J. Gunning | 216.05 |

            Total disbursements for this matter          $229.05

BILLING SUMMARY

        TOTAL FEES                          $2,477.50

        TOTAL DISBURSEMENTS                    229.05

        NET BALANCE FORWARD                  5,915.89

        BALANCE DUE                         $8,622.44

        **PAYMENTS RECEIVED SINCE LAST BILL**    **$0.00**

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE  19801
## (302) 656-8162

January 11, 2005

Account No:    03776  00001
Statement No:         51332

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/07/04 | FAM | Review of omnibus objection to claims.  Telephone conference with J. Hulkins. | 0.20 | 79.00 |
| 12/10/04 | KJM | Review of bankruptcy pleading and SWINC 3rd objection to claims. | 0.20 | 55.00 |
| 12/17/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 12/20/04 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 79.00 |
| 12/24/04 | FAM | Review of claims objections. | 0.10 | 39.50 |
| | | Total fees for this matter | 0.80 | $292.00 |

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.60 | 395 | 237.00 |
| Mangan, Kevin J. | 0.20 | 275 | 55.00 |

### DISBURSEMENTS

| 11/15/04 | Messenger/Courier Expenses | 6.50 |
|---|---|---|
| 11/22/04 | Special Postal Services | 41.20 |
| 12/31/04 | Photocopying | 11.00 |

Saudi-American Bank                                    Page      2

      Total disbursements for this matter                    $58.70

BILLING SUMMARY

      TOTAL FEES                              $292.00

      TOTAL DISBURSEMENTS                       58.70

      LESS DISCOUNT APPLIED                    140.43 CR

      NET BALANCE FORWARD                    8,622.44

      BALANCE DUE                            $8,832.71

      **PAYMENTS RECEIVED SINCE LAST BILL**        **$0.00**

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE  19801
## (302) 656-8162

February 9, 2005
Account No:    03776   00001
Statement No:             51894

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|            |     |                                                              | HOURS |         |
|------------|-----|--------------------------------------------------------------|-------|---------|
| 01/02/05   | FAM | Review of bankruptcy pleadings.                              | 0.10  | 42.50   |
| 01/03/05   | FAM | Review of bankruptcy pleadings.                              | 0.10  | 42.50   |
| 01/04/05   | FAM | Review of omnibus objection to claims.                       | 0.10  | 42.50   |
| 01/06/05   | FAM | Review of bankruptcy pleadings.                              | 0.10  | 42.50   |
| 01/11/05   | KJM | Review of Correspondence from J. Houpt re: payment of allowed claims. | 0.10  | 29.50   |
| 01/14/05   | FAM | Review of bankruptcy pleadings.                              | 0.10  | 42.50   |
| 01/20/05   | FAM | Review of bankruptcy pleadings.                              | 0.10  | 42.50   |
| 01/27/05   | FAM | Review of agenda notice.                                     | 0.10  | 42.50   |
| 01/31/05   | FAM | Review of omnibus objection to claims.                       | 0.30  | 127.50  |
| 01/31/05   | KJM | Review of various claim objections filed by Trustee.         | 0.20  | 59.00   |
| 01/31/05   | KJM | Review of Correspondence from Debtor re: hearing agenda.     | 0.10  | 29.50   |

Total fees for this matter                            1.40      $543.00

## RECAPITULATION

| Timekeeper               | Hours | Rate | Total  |
|--------------------------|-------|------|--------|
| Monaco, Jr. Francis A.   | 1.00  | 425  | 425.00 |
| Mangan, Kevin J.         | 0.40  | 295  | 118.00 |

Saudi American Bank                                          Page        2

BILLING SUMMARY

      TOTAL FEES                                $543.00

      NET BALANCE FORWARD                       8,832.71

      BALANCE DUE                              $9,375.71

      **PAYMENTS RECEIVED SINCE LAST BILL**        $0.00

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

|  |  |  |
|---|---|---|
|  | March 4, 2005 |  |
|  | Account No: | 03776  00001 |
|  | Statement No: | 52446 |

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/02/05 | KJM | Review of SWNC 4th claim objections. | 0.10 | 29.50 |
| 02/04/05 | FAM | Review of bankruptcy pleadings. | 0.20 | 85.00 |
| 02/09/05 | FAM | Review of bankruptcy pleadings. | 0.30 | 127.50 |
| 02/10/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 02/14/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 02/23/05 | FAM | Review of bankruptcy pleadings. | 0.30 | 127.50 |
| 02/23/05 | KJM | Review of Correspondence from K. Mumford re: status of adversary.  Review of Correspondence from S. Jenkins. | 0.20 | 59.00 |
| 02/24/05 | KJM | Review of Correspondence from K. Mumfort re: status conference and Correspondence to d. Rosenfeld.  Review of Correspondence from S. Jenkins. | 0.30 | 88.50 |
| 02/28/05 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.10 | 42.50 |
| 02/28/05 | KJM | Review of Correspondence from A. Abbott and J. Hutchins re: status conference. | 0.20 | 59.00 |
| 02/28/05 | KJM | Review of Correspondence from K. Mumford and hearing agenda. | 0.10 | 29.50 |
|  | Total fees for this matter |  | 2.00 | $733.00 |

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.10 | 425 | 467.50 |

Saudi American Bank                                              Page        2

Mangan, Kevin J.                        0.90      295      265.50

BILLING SUMMARY

        TOTAL FEES                                          $733.00

        NET BALANCE FORWARD                                9,375.71

        BALANCE DUE                                      $10,108.71

        **PAYMENTS RECEIVED SINCE LAST BILL**                $0.00

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

April 7, 2005

Account No:   03776  00001
Statement No:           52988

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                                         | HOURS |          |
|----------|-----|-----------------------------------------------------------------------------------------|-------|----------|
| 03/01/05 | FAM | Review of agenda notice.                                                                | 0.10  | 42.50    |
| 03/01/05 | KJM | Review of amended hearing agenda and Correspondence to D. Rosenfeld and A. Abbott.       | 0.20  | 59.00    |
| 03/01/05 | KJM | Telephone conference with D. Rosenfeld re: hearing issues.                               | 0.10  | 29.50    |
| 03/01/05 | KJM | Prepare for and attended status conference before the Court. Correspondence to D. Rosenfeld. | 2.90  | 855.50   |
| 03/02/05 | FAM | Review of bankruptcy pleadings.                                                          | 0.10  | 42.50    |
| 03/07/05 | KJM | Review of Correspondence from J. Houpt and D. Rosenfeld re: mediation.  Review of pleadings. | 0.20  | 59.00    |
| 03/22/05 | FAM | Review of bankruptcy pleadings.                                                          | 0.50  | 212.50   |
| 03/23/05 | KJM | Review of bankruptcy pleadings from Court.                                               | 0.20  | 59.00    |
| 03/27/05 | FAM | Review of bankruptcy pleadings.                                                          | 0.10  | 42.50    |
| 03/29/05 | FAM | Review of bankruptcy pleadings.                                                          | 0.50  | 212.50   |
| 03/30/05 | KJM | Review of Order of Court re: status report on Saudi Arabian Oil Co.                      | 0.10  | 29.50    |

Total fees for this matter                                          5.00        $1,644.00

## RECAPITULATION

| Timekeeper             | Hours | Rate | Total    |
|------------------------|-------|------|----------|
| Monaco, Jr. Francis A. | 1.30  | 425  | 552.50   |
| Mangan, Kevin J.       | 3.70  | 295  | 1,091.50 |

Saudi American Bank                                    Page      2


BILLING SUMMARY

      TOTAL FEES                                    $1,644.00

      NET BALANCE FORWARD                           10,108.71

      BALANCE DUE                                  $11,752.71

      **PAYMENTS RECEIVED SINCE LAST BILL**             **$0.00**

# MONZACK and MONACO, P.A.
## 1201 Orange Street, Suite 400
## Wilmington, DE 19801
## (302) 656-8162

```
                                              May 10, 2005
                                Account No:   03776  00001
Saudi American Bank             Statement No:        53516
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
04/04/05  FAM   Review of agenda notice and    0.20        85.00
                bankruptcy pleadings.
04/05/05  FAM   Review of bankruptcy pleadings. 0.10        42.50
04/09/05  FAM   Review of bankruptcy pleadings. 0.10        42.50
04/15/05  FAM   Review of bankruptcy pleadings  0.20        85.00
                and status report.
04/18/05  FAM   Review of agenda notice.        0.10        42.50
04/18/05  KJM   Review of Correspondence from   0.10        29.50
                K. Mumford re: status report of
                adversaries.
04/19/05  FAM   Review of bankruptcy pleadings. 0.10        42.50
04/20/05  KJM   Review of bankruptcy pleadings. 0.30        88.50
                Review of IT/Shaw operation and
                Correspondence to D. Rosenfeld.
04/21/05  FAM   Review of bankruptcy pleadings. 0.20        85.00
04/25/05  FAM   Review of bankruptcy pleadings  0.20        85.00
                and status report.
04/26/05  FAM   Review of bankruptcy pleadings. 0.20        85.00
                                              _____     _____
          Total fees for this matter           1.80      $713.00
```

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Monaco, Jr. Francis A. | 1.40 | 425 | 595.00 |
| Mangan, Kevin J. | 0.40 | 295 | 118.00 |

Saudi American Bank                                    Page        2

BILLING SUMMARY

     TOTAL FEES                                    $713.00

     NET BALANCE FORWARD                         11,752.71

     BALANCE DUE                                $12,465.71

     **PAYMENTS RECEIVED SINCE LAST BILL**            **$0.00**