# Exhibit B

| Matter | Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1 | 05/02/2005 | FAM | 0.10 | 425.00 | 42.50 | Review of bankruptcy pleadings and agenda notice. |
| 1 | 05/03/2005 | FAM | 0.70 | 425.00 | 297.50 | Review of bankruptcy pleadings and agenda notice. |
| 1 | 05/04/2005 | KJM | 0.70 | 295.00 | 206.50 | Review of Order and memorandum opinion granting summary judg |
| 1 | 05/04/2005 | KJM | 0.20 | 295.00 | 59.00 | Telephone conference with D. Rosenfeld re: judgment issues a |
| 1 | 05/04/2005 | FAM | 0.50 | 425.00 | 212.50 | Review of bankruptcy pleadings and opinion. |
| 1 | 05/05/2005 | FAM | 0.10 | 425.00 | 42.50 | Review of bankruptcy pleadings. |
| 1 | 05/05/2005 | KJM | 0.30 | 295.00 | 88.50 | Review of Order entering judgment in favor of SAMBA. Corres |
| 1 | 05/10/2005 | KJM | 0.30 | 295.00 | 88.50 | Review of dockets re: transcript. |
| 1 | 05/10/2005 | KJM | 0.10 | 295.00 | 29.50 | Telephone conference with A. Abbott re: transcript. |
| 1 | 05/11/2005 | KJM | 0.30 | 295.00 | 88.50 | Communication with A. Abbott and Review of invoices and tran |
| 1 | 05/12/2005 | KJM | 0.20 | 295.00 | 59.00 | Telephone conference with D. Rosenfeld and J. Hutchins, A. A |
| 1 | 05/12/2005 | KJM | 1.00 | 295.00 | 295.00 | Legal research re: taxation of costs and fees post judgment. |
| 1 | 05/13/2005 | KJM | 0.30 | 295.00 | 88.50 | Research regarding fee petition re: preparation of motion. |
| 1 | 05/13/2005 | KJM | 1.00 | 295.00 | 295.00 | Telephone conference with D. Rosenfeld and Legal research re |
| 1 | 05/13/2005 | KJM | 0.20 | 295.00 | 59.00 | Telephone conference with A. Abbott re: attorney fee issue. |
| 1 | 05/15/2005 | KJM | 0.10 | 295.00 | 29.50 | Correspondence to A. Abbott re: fee petition research. |