Wilmington, DE 19899
302-654-1888
Fax : 302-654-2067
Email: lsherman@ashby-geddes.com

**Stephen E. Jenkins**
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
usa
302 654-1888
Fax : 302-654-2067
Email: bankruptcy@ashby-geddes.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/18/2001 | 1 | Complaint by Saudi American Bank against The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. Receipt Number cc, Fee Amount $150. (Mangan, Kevin) (Entered: 10/18/2001) |
| 10/18/2001 | 2 | Summons and Notice of Pretrial Conference Filed by. (Mangan, Kevin) (Entered: 10/18/2001) |
| 11/30/2001 | 3 | Summons Issued on The Shaw Group, Inc.., et al Answer Due 1/2/2002 Filed by Saudi American Bank. (CAM, ) Modified on 11/30/2001 (CAM, ). (Entered: 11/30/2001) |
| 11/30/2001 | 4 | Summons Service Executed on The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. 11/30/2001. Filed by. (Attachments: # 1 Summons) (Mangan, Kevin) (Entered: 11/30/2001) |
| 01/02/2002 | 5 | Answer to Complaint *Answer and Affirmative Defenses* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)1). (Jenkins, Stephen) (Entered: 01/02/2002) |
| 01/02/2002 | 6 | Answer *Debtors' Answer, Affirmative Defenses, and Counterclaims*. Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Attachments: # 1 Certificate of Service) (Galardi, Gregg) (Entered: 01/02/2002) |
| 01/07/2002 | 7 | Notice of Service of Discovery Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Sontchi, Christopher) (Entered: 01/07/2002) |

A 107

| | | |
|---|---|---|
| 01/07/2002 | 8 | Motion for Leave to File Reply *Motion for Leave to File an Amended Complaint* Filed by Saudi American Bank. (Attachments: # 1 Exhibit A# 2 Proposed Form of Order # 3 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2002) |
| 01/07/2002 | 9 | Motion to Consolidate for Trial *Motion for Consolidation or Dismissal* Filed by Saudi American Bank. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2002) |
| 01/07/2002 | 10 | Memorandum of Law *in Support of Saudi American Bank's Motion for Consolidation or Dismissal* Filed by Saudi American Bank (related document(s)9). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2002) |
| 01/14/2002 | 11 | Motion for Summary Judgment *(Debtors' Motion)* Filed by Stone & Webster, Incorporated, et al.. Hearing scheduled for 1/25/2002 at 11:00 AM at US District Court, 844 King St., Wilmington, Delaware. Objections due by 1/22/2002. (Attachments: # 1 Notice # 2 Debtors' Brief in Opposition to Saudi American Bank's Motion for Consolidation or Dismissal and In Support of Debtors' Motion for Summary Judgment# 3 Proposed Form of Order # 4 Certificate of Service) (Rubin, Gary) (Entered: 01/14/2002) |
| 01/18/2002 | 12 | Response to *The Shaw Group Inc.'s Response to Saudi American Bank's Motion for Leave to File an Amended Complaint and for Consolidation or Dismissal* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)8, 9). (Jenkins, Stephen) (Entered: 01/18/2002) |
| 01/22/2002 | 13 | Response to Motion *Plaintiff Saudi American Bank's Opposition to Debtors' Motion for Summary Judgment and Reply to Debtors' Opposition to Plaintiff's Motion for Consolidation or Dismissal* Filed by Saudi American Bank (related document(s)11). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/22/2002) |
| 01/22/2002 | 14 | Objection to Motion *Debtos' Opposition to Motion for Leave to File Amended Complaint* Filed by Stone & Webster, Incorporated, et al.. (Attachments: # 1 Certificate of Service) (Rubin, Gary) (Entered: 01/22/2002) |
| 01/24/2002 | 15 | Response to Motion *of the Shaw Group Inc's. Response to Saudi American Bank's Motion for Leave to File and Amended Complaint and for Consolidation or Dismissal* Filed by Saudi American Bank (related document(s)12). (Mangan, Kevin) (Entered: 01/24/2002) |
| 01/28/2002 | 16 | Answer *of Plaintiff Saudi American Bank to Debtors' Counterclaims.* |

A 108

| | | |
|---|---|---|
| | | Filed by Saudi American Bank (related document(s)5). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/28/2002) |
| 02/18/2002 | 17 | Notice of Service of Discovery *of Answers to the Shaw Group Inc's First Set of Interrogatories and Response to Shaw's First Request for Production of Documents* Filed by Saudi American Bank. (Mangan, Kevin) (Entered: 02/18/2002) |
| 03/08/2002 | 18 | Notice of Service of Discovery *Notice of Service of the Shaw Group Inc.'s Response to Plaintiff's First Set of Interrogatories* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Jenkins, Stephen) (Entered: 03/08/2002) |
| 03/08/2002 | 19 | Notice of Service of Discovery *Notice of Service of The Shaw Group Inc.'s Response to First Request for Production of Documents* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Jenkins, Stephen) (Entered: 03/08/2002) |
| 05/16/2002 | 20 | Notice of Service of Discovery *Notice of Service of The Shaw Group Inc.'s Response to First Request for Admissions and The Shaw Group Inc.'s Responses to Saudi American Bank's Second Set of Interrogatories* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Jenkins, Stephen) (Entered: 05/16/2002) |
| 06/04/2002 | | Judge Peter J. Walsh added to case. (MEL, ) (Entered: 06/04/2002) |
| 06/07/2002 | 21 | Notice of Deposition *of Mr. Sheheryar Ali* Filed by Stone & Webster, Incorporated, et al.. (Rubin, Gary) (Entered: 06/07/2002) |
| 06/07/2002 | 22 | Notice of Deposition *(CORRECTED)* Filed by Stone & Webster, Incorporated, et al.. (Rubin, Gary) (Entered: 06/07/2002) |
| 07/12/2002 | 23 | Notice of Service *of Notice of Deposition of Charles Strauss*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 24 | Notice of Service *re: Notice of Deposition of Gary Graphia*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 25 | Notice of Service *re: Notice of Deposition of Gerard Halpin*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 26 | Notice of Service of Discovery *re: Notice of Deposition of Michael Mott*. (Mangan, Kevin) (Entered: 07/12/2002) |
| | | |

A 109

| 07/12/2002 | 27 | Notice of Service re: *Notice of Deposition of John Rase*. (Mangan, Kevin) (Entered: 07/12/2002) |
|---|---|---|
| 07/17/2002 | 28 | Notice of Service *of Notice of 30(b)(6) Deposition*. (Mangan, Kevin) (Entered: 07/17/2002) |
| 08/13/2002 | 29 | Motion For Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Meltzer, Liza) (Entered: 08/13/2002) |
| 08/13/2002 | 30 | Brief *The Shaw Group Inc.'s Opening Brief in Support of its Motion for Summary Judgment* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)29). (Meltzer, Liza) (Entered: 08/13/2002) |
| 08/13/2002 | 31 | Appendix Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)30). (Attachments: # 1 Appendix part 2# 2 Appendix part 3# 3 Appendix part 4# 4 Appendix part 5# 5 Appendix part 6# 6 Appendix part 7# 7 Appendix part 8# 8 Appendix part 9# 9 part 10# 10 Appendix part 11# 11 Appendix part 12# 12 Appendix part 13) (Meltzer, Liza) (Entered: 08/13/2002) |
| 08/14/2002 | 32 | Affidavit/Declaration of Service *by Ben Keenan* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)29, 30, 31). (Meltzer, Liza) (Entered: 08/14/2002) |
| 09/03/2002 | 33 | Stipulation By The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. and Between Saudi American Bank and The Shaw Group, Inc. Regarding Extension of Time to Respond the Shaw Group's Motion for Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Meltzer, Liza) (Entered: 09/03/2002) |
| 09/03/2002 | 34 | Brief *Answering Brief in Opposition to Debtors' Motion for PArtial Summary Judgment* Filed by Saudi American Bank. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/03/2002 | 35 | Exhibit *Declaration of Haider Al-Shakhes in SUpport of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment* Filed by Saudi American Bank (related document(s)34). (Attachments: # 1 Exhibit # 2 Certificate of Service) (Mangan, Kevin) (Entered: 09/03/2002) |

A 110

| Date | No. | Description |
|---|---|---|
| 09/03/2002 | 36 | Exhibit *Declaration of Bhupendra Bharakda in Support of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment* Filed by Saudi American Bank (related document(s)34). (Attachments: # 1 Exhibit # 2 Certificate of Service) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/03/2002 | 37 | Motion to Strike *the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment* Filed by Saudi American Bank. (Attachments: # 1 Exhibit Brief in Support of Motion to Strike# 2 Exhibit to Brief in Support of Motion to Strike# 3 Service List # 4 Proposed Form of Order) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/05/2002 | 38 | Order Approving (Joint) Stipulation Regarding Extension Of Time To Respond To The Shaw Group's Motion For Summary Judgment. Signed on 9/5/2002 (Related Document(s)29). (TAS, ) (Entered: 09/09/2002) |
| 09/23/2002 | 39 | Objection to *Debtors' Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 09/23/2002) |
| 09/23/2002 | 40 | Motion For Summary Judgment *[Joint Stipulation Regarding Extension of Time to Respond to Defendant The Shaw Group, Inc.'s Motion for Summary Judgment]* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 09/23/2002) |
| 09/24/2002 | 41 | Reply *(I) to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and (II) Answering Brief in Opposition to Debtors' Motion to Strike Declarations of Haider Al-Shakhes and Bhupendra Bharakda* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s) 37). (Attachments: # 1 Exhibit #1# 2 Exhibit #2 (Mangan, Kevin) Additional attachment(s) added on 9/25/2002 (MEL, ). (Entered: 09/24/2002) |
| 09/25/2002 | 42 | ORDER APPROVING JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANT THE SHAW GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT- Order signed on 9/25/2002 (related document(s)40). (MDE, ) Additional attachment(s) added on 10/4/2002 (Marvel, Ivone). (Entered: 09/27/2002) |

A 111

| | | |
|---|---|---|
| 10/01/2002 | 43 | Motion for Leave to File Reply *[Sur-Reply Brief in Opposition to Debtors' Motion for Partial Sumary Judgment]* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Attachments: # 1 Exhibit 1# 2 Proposed Form of Order # 3 Certificate of Service) (Mangan, Kevin) (Entered: 10/01/2002) |
| 10/04/2002 | | Corrective Entry (related document(s)42) - removed certificate of service page . (Marvel, Ivone) (Entered: 10/04/2002) |
| 10/08/2002 | 44 | Stipulation By Saudi American Bank and Between The Shaw Group, Inc. Filed by Saudi American Bank (related document(s)29). (Attachments: # 1 Attachment Certification of Counsel) (Mangan, Kevin) (Entered: 10/08/2002) |
| 10/11/2002 | 45 | Joint Response to Motion *[Joint Stipulation Regarding Extension of Time to Respond to Defendant the Shaw Group, Inc.'s Motion for Summary Judgment]* Filed by Saudi American Bank. (Mangan, Kevin) (Entered: 10/11/2002) |
| 10/11/2002 | 46 | Order Approving Stipulation To Extend Brief Page Limitation. Signed on 10/11/2002 (Related Doc(s)44). (TAS, ) (Entered: 10/15/2002) |
| 10/18/2002 | 47 | Motion for Summary Judgment *of Saudi American Bank's against the Sahw Group, Inc. and SWINC Acquisition Three, Inc.* Filed by Saudi American Bank. (Attachments: # 1 Proposed Form of Order # 2 Proposed Form of Order - Alternative Order# 3 Certificate of Service) (Mangan, Kevin) (Entered: 10/18/2002) |
| 10/18/2002 | 48 | Motion to Strike *the Declaration of James P. Carroll in SUpport of Shaw's Motion for Summary Judgment* Filed by Saudi American Bank. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Mangan, Kevin) (Entered: 10/18/2002) |
| 10/18/2002 | 49 | Appendix Filed by Saudi American Bank. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 8-I# 10 Exhibit 8-2# 11 Exhibit 8-3# 12 Exhibit 9# 13 Exhibit 10# 14 Exhibit 11# 15 Exhibit 11-1# 16 Exhibit 11-2# 17 Exhibit 3-3# 18 Exhibit 12# 19 Certificate of Service) (Monaco Jr., Francis) (Entered: 10/18/2002) |
| 10/18/2002 | 50 | Appendix Filed by Saudi American Bank. (Attachments: # 1 Exhibit 13# 2 Exhibit 13-2# 3 Exhibit 14# 4 Exhibit 14-2# 5 Exhibit 15# 6 Exhibit 16# 7 Exhibit 17# 8 Exhibit 18# 9 Exhibit 19# 10 Exhibit 19-2# 11 Exhibit 9-3# 12 Exhibit 9-4# 13 Exhibit 20# 14 Exhibit 21# 15 Exhibit 21-2# 16 Exhibit 22# 17 Exhibit 23# 18 Exhibit 24# 19 Exhibit 25# 20 Exhibit 26# 21 Certificate of Service) (Mangan, |

A 112

| | | |
|---|---|---|
| | | Kevin) (Entered: 10/18/2002) |
| 10/18/2002 | 51 | Brief *in Support of Its Cross-Motion for Summary Judgment and Answering Brief in Opposition to the Shaw Group's Motion for Summary Judgment (OPENING)* Filed by Saudi American Bank. (Mangan, Kevin) (Entered: 10/18/2002) |
| 10/18/2002 | 52 | Order Approving Joint Stipulation Regarding Extension Of Time To Respond To Defendant The Shaw Group, Inc.'s Motion For Summary Judgment. Signed on 10/18/2002 (Related Document 45). (TAS, ) (Entered: 10/23/2002) |
| 10/31/2002 | 53 | Notice of Completion of Briefing *Relating to Saudi American Bank's Motion For Leave to File An Amended Complaint [Docket No. 8]* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 10/31/2002) |
| 10/31/2002 | 54 | Notice of Completion of Briefing *Relating To Saudi American Bank's Motion For Consolidation or Dismissal* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 10/31/2002) |
| 11/18/2002 | 55 | Stipulation By The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. and Between Saudi American Bank Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)47). (Meltzer, Liza) (Entered: 11/18/2002) |
| 11/26/2002 | 56 | Stipulation By The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. and Between Saudi American Bank : Joint Stipulation Regarding Further Extension of Time to Oppose Saudi American Bank's Cross-Motion for Summary Judgment, Reply to Saudi American Bank's Opposition to Shaw's Motion for Summary Judgment, and Reply to the Shaw Group's Opposition to Saudi American Bank's Cross-Motion for Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Meltzer, Liza) (Entered: 11/26/2002) |
| 12/09/2002 | 57 | Reply *The Shaw Group's Reply to SAMBA's Motion for Summary Judgment* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (related document(s)47). (Jenkins, Stephen) (Entered: 12/09/2002) |
| 12/09/2002 | 58 | Response to Motion *of Saudi American Bank to Stike Declaration of James P. Carroll* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering |

A 113

| | | |
|---|---|---|
| | | Corporation, et al. (related document(s)48). (Jenkins, Stephen) (Entered: 12/09/2002) |
| 12/23/2002 | 59 | Brief *Plaintiff Saudi American Bank's Reply Brief in Response to The Shaw Group, Inc.'s Reply to SAMBA'S Cross-Motion for Summary Judgment and in Further Support of SAMBA'S Cross-Motion for Summary Judgment* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service) (Monaco Jr., Francis) (Entered: 12/23/2002) |
| 12/27/2002 | 60 | Notice of Completion of Briefing *Relating to SAMBA'S Cross-Motion for Summary Judgment (Docket No. 47)* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 12/27/2002) |
| 12/27/2002 | 61 | Notice of Completion of Briefing *Relating to SAMBA'S Motion to Strike the Declaration of James P. Carroll In Support of Shaw's Motion for Summary Judgment]* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 12/27/2002) |
| 12/31/2002 | 62 | Motion to Compel *the Depositions of John Rase and Michael W. Mott or Alternatively to PReclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW)* Filed by Saudi American Bank. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Mangan, Kevin) (Entered: 12/31/2002) |
| 12/31/2002 | 63 | Brief *in SUpport of Motion to Compel Depositions of John Rase and Michael Mott* Filed by Saudi American Bank (related document(s) 62). (Attachments: # 1 Exhibit 1 through 6# 2 Certificate of Service) (Mangan, Kevin) (Entered: 12/31/2002) |
| 01/02/2003 | 64 | Brief *[Amended - In Support of Its Motion to Compel the Depositions of John Rase and Michael W. Mott}* Filed by Saudi American Bank. (Attachments: # 1 Exhibit 1-6# 2 Certificate of Service) (Mangan, Kevin) (Entered: 01/02/2003) |
| 01/07/2003 | 65 | Notice of Deposition *[Oral and Video of Stone & Webster, Inc. and Stone & Webster Engineering Corporation]* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 01/07/2003) |
| 01/07/2003 | 66 | Notice of Deposition *[Oral and Video of James P. Carroll]* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2003) |
| 01/07/2003 | 67 | Notice of Deposition *[Oral and Video of John C. Smith]* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service |

A 114

| | | |
|---|---|---|
| | | (Mangan, Kevin) (Entered: 01/07/2003) |
| 04/18/2003 | 68 | Notice of Deposition Filed by Saudi American Bank. (Monaco Jr., Francis) (Entered: 04/18/2003) |
| 04/18/2003 | 69 | Notice of Deposition Filed by Saudi American Bank. (Monaco Jr., Francis) (Entered: 04/18/2003) |
| 04/05/2004 | 70 | Notice To Substitute Attorney *Notice of Substitution of Party and of Counsel* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Rubin, Gary) (Entered: 04/05/2004) |
| 04/07/2004 | 71 | Notice of Deposition *NOTICE OF ORAL AND VIDEO DEPOSITION* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 04/07/2004) |
| 04/07/2004 | 72 | Notice of Deposition *NOTICE OF ORAL AND VIDEO DEPOSITION OF CHARLES STRAUSS* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 04/07/2004) |
| 04/07/2004 | 73 | Notice of Deposition *NOTICE OF ORAL AND VIDEO DEPOSITION OF THE SHAW GROUP INC.* Filed by Saudi American Bank. (Attachments: # 1 Schedule "A"# 2 Certificate of Service)(Mangan, Kevin) (Entered: 04/07/2004) |
| 05/13/2004 | 74 | Notice of Service of Discovery *Regarding The Shaw Group Inc.'s Second Set of Interrogatories and Second Request for Documents Directed to Plaintiff Saudi American Bank* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Jenkins, Stephen) (Entered: 05/13/2004) |
| 06/01/2004 | 75 | Motion to Withdraw the Reference Fee Amount $150. Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al... (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C (Part 1 of 3)# 4 Exhibit C (Part 2 of 3)# 5 Exhibit C (Part 3 of 3)# 6 Proposed Form of Order # 7 Certificate of Service) (Taylor, Gregory) (Entered: 06/01/2004) |
| 06/01/2004 | 76 | Receipt of filing fee for Motion to Withdraw the Reference (B)(01-07766-PJW) [motion,wdrwref] ( 150.00). Receipt Number 0311B1501570, amount $ 150.00. (U.S. Treasury) (Entered: 06/01/2004) |
| 06/01/2004 | 77 | Motion to Approve *Determination that Proceeding is Non-Core* Filed |

A 115

| | | |
|---|---|---|
| | | by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. Hearing scheduled for 8/16/2004 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 6/30/2004.. (Attachments: # 1 Notice of Motion for Determination that Proceeding is Non-Core# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C (Part 1 of 3)# 5 Exhibit C (Part 2 of 3)# 6 Exhibit C (Part 3 of 3)# 7 Proposed Form of Order # 8 Certificate of Service) (Taylor, Gregory) (Entered: 06/01/2004) |
| 06/03/2004 | 78 | Stipulation *REGARDING EXTENSION OF TIME FOR SAUDI AMERICAN BANK TO RESPOND TO THE SHAW GROUP INC.'S MOTION FOR WITHDRAWAL OF REFERENCE AND MOTION FOR DETERMINATION THAT PROCEEDING IS NON-CORE* Between Saudi American Bank and THE SHAW GROUP INC.. (related document(s)77, 75 ) Filed by Saudi American Bank (related document(s)77, 75). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 06/03/2004) |
| 06/03/2004 | 79 | Motion to Approve *(SIGNED COPY) Motion for Determination that Proceeding is Non-Core* (related document(s)77 ) Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. Hearing scheduled for 8/16/2004 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 6/30/2004.. (Attachments: # 1 Motion (signed) for Determination that Proceeding is Non-Core# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C (Part 1 of 3)# 5 Exhibit C (Part 2 of 3)# 6 Exhibit C (Part 3 of 3)# 7 Certificate of Service) (Taylor, Gregory) (Entered: 06/03/2004) |
| 06/30/2004 | 80 | Limited Response to *THE SHAW GROUP, INC.'S MOTION FOR DETERMINATION THAT PROCEEDING IS NON-CORE* (related document(s)77, 79 ) Filed by Saudi American Bank (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 06/30/2004) |
| 06/30/2004 | 81 | Response to *-PLAINTIFF SAUDI AMERICAN BANK'S ANSWERING BRIEF TO THE SHAW GROUP, INC.'S MOTION FOR WITHDRAWAL OF REFERENCE* (related document(s)75 ) Filed by Saudi American Bank (Attachments: # 1 Exhibit "1"# 2 Certificate of Service) (Mangan, Kevin) (Entered: 06/30/2004) |
| 07/08/2004 | 82 | Transmittal of Motion Withdrawing the Reference sent to United States District Court, District of Delaware on 7/8/04 (related document(s)75 ) (SDA, ) (Entered: 07/08/2004) |
| 07/08/2004 | 83 | Notice of Completion of Briefing *with Respect to Motion for Determination that Proceeding is Non-Core* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & |

A 116

| | | |
|---|---|---|
| | | Webster Engineering Corporation, et al.. (Attachments: # 1 Certificate of Service)(Taylor, Gregory) (Entered: 07/08/2004) |
| 07/08/2004 | 84 | Notice of Completion of Briefing *with Respect to Motion to Withdraw Reference* Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al.. (Attachments: # 1 Certificate of Service)(Taylor, Gregory) (Entered: 07/08/2004) |
| 07/09/2004 | 85 | Notice of Receipt of Record of Withdrawal of the Reference (Civil Action #04-834) (related doc. (s), 75) (SDA, ) . (Entered: 07/12/2004) |
| 07/09/2004 | 86 | Notice of Docketing of Record Withdrawing the Reference (C.A. #04-834) (related doc. (s),75. (SDA, ) (Entered: 07/12/2004) |
| 07/13/2004 | 87 | Order Granting Motion of the Shaw Group, Inc. for a Determination that this Action is Non-Core Signed on 07/12/2004. (Related Doc # 79) (DKF, ) (Entered: 07/13/2004) |
| 09/13/2004 | 88 | (COPY FROM DISTRICT COURT) Order Withdrawing Reference of Proceedings Against the Shaw Group, Inc. (Related Doc # 75) Order Signed on 9/9/2004 by the Honorable Sue L. Robinson. (LCN, ) (Entered: 09/13/2004) |
| 09/16/2004 | 89 | Transmittal Withdrawing the Entire Record on the Withdrawal of Reference to U.S. District Court for the District of Delaware (Civil Action #04-834) (related document(s)88 ) (SDA, ) (Entered: 09/16/2004) |
| 09/17/2004 | 90 | Notice of Receipt of Record *of Motion to Withdraw the Reference* (related document(s)82 ) Filed by U.S. District Court Clerk (LMD, ) (Entered: 09/20/2004) |
| 09/27/2004 | | Adversary Case #01-07766 Closed by Deputy Clerk. (SDA, ) (Entered: 09/27/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/16/2005 15:48:23 | | | |
| PACER Login: | ws0015 | Client Code: | 0508830.0901 |
| | | | 01-07766-PJW Fil or Ent: Fil |

| Description: | Docket Report | Search Criteria: | From: 3/17/2001 To: 5/16/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.56 |

A 118