# EXHIBIT M

MTRUNADV, MEDRPTDue, DISMDue

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Adversary Proceeding #: 02-03963-PJW

*Assigned to:* Peter J. Walsh
*Related BK Case:* 00-02142
*Related BK Title:* STONE & WEBSTER, INCORPORATED
*Demand:*
*Nature of Suit:* 456

*Date Filed:* 05/31/02

**Plaintiff**
------------------------

| | | |
|---|---|---|
| **STONE & WEBSTER ENGINEERING CORPORATION** *TERMINATED: 03/12/2004* | represented by | **Gary Adam Rubin** Skadden Arps Slate Meagher & Flom LLP One Rodney Square PO Box 636 Wilmington, DE 19899-0636 302-651-3000 Fax : 302-651-3001 Email: garubin@skadden.com *TERMINATED: 03/12/2004* |
| | | **Ian Connor Bifferato** Bifferato, Bifferato & Gentilotti 1308 Delaware Ave., P.O. BOX 2165 Wilmington, DE 19899-2165 302 429-1900 Fax : 302-429-8600 Email: bankruptcy@bbglaw.com *LEAD ATTORNEY* |
| **STONE & WEBSTER, INCORPORATED** | represented by | **Gary Adam Rubin** (See above for address) *TERMINATED: 03/12/2004* |
| | | **Ian Connor Bifferato** (See above for address) *LEAD ATTORNEY* |

V.

**Defendant**
------------------------

A 119

| | | |
|---|---|---|
| SAUDI ARABIAN OIL COMPANY | represented by | **SAUDI ARABIAN OIL COMPANY**<br>PRO SE<br><br>**Laurie A. Krepto**<br>Montgomery, McCracken, Walker & Rhoads,<br>123 S. Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109<br>215-772-7410<br>Fax : 215-772-7620<br>*TERMINATED: 03/29/2004* |

**Mediator**
-----------------------
**Francis G Conrad**
Business Strategy Advisors
38 Heron Street
Room 101
Long Beach, NY 11561
516-835-2287

V.

**Successor Trustee**
-----------------------
**SWE&C Liquidating Trust**

| Filing Date | # | Docket Text |
|---|---|---|
| 05/31/2002 | 1 | Complaint by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INCORPORATED against SAUDI ARABIAN OIL COMPANY. Receipt Number 059873, Fee Amount $150. (Attachments: # 1 PART II of Complaint# 2 PART III of Complaint# 3 Summons and Notice) (Rubin, Gary) Modified on 6/25/2002 (JML, ). (Entered: 05/31/2002) |
| 06/04/2002 | | Judge Peter J. Walsh added to case. (MEL, ) (Entered: 06/04/2002) |
| 06/11/2002 | | ENTERED IN ERROR Judge Peter J. Walsh added to case. (JSJ, ) Modified on 9/13/2002 (JML, ). (Entered: 06/11/2002) |
| 06/21/2002 | 2 | Affidavit/Declaration of Service *(SUPPLEMENTAL)* Filed by STONE & WEBSTER, INCORPORATED. (Rubin, Gary) (Entered: 06/21/2002) |

A 120

| 07/23/2002 | 3 | Notice of Filing *of Pre-Trail Conference ( August 12, 2002 at 1:30 p.m.)* Filed by STONE & WEBSTER, INCORPORATED. (Rubin, Gary) (Entered: 07/23/2002) |
|---|---|---|
| 09/25/2002 | 4 | Motion to Dismiss Adversary Proceeding *Motion to Dismiss the Complaint* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/25/2002) |
| 09/25/2002 | 5 | Memorandum of Law *In Support of Defendant Saudi Arabian Oil Company's Motion to Dismiss the Complaint* Filed by SAUDI ARABIAN OIL COMPANY (related document(s)4). (Krepto, Laurie) (Entered: 09/25/2002) |
| 09/25/2002 | 6 | Affidavit/Declaration of Service *Declaration of Cyrus Benson III* Filed by SAUDI ARABIAN OIL COMPANY. (Attachments: # 1 Exhibit A - Complaint# 2 Service List Exhibit Part I to Complaint# 3 Exhibit Part II of Exhibit to Complaint# 4 Exhibit B# 5 Exhibit C) (Krepto, Laurie) (Entered: 09/25/2002) |
| 09/25/2002 | 7 | Affidavit/Declaration of Service *Declaration of Hassan Mahassni* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/25/2002) |
| 09/25/2002 | 8 | Affidavit/Declaration of Service *Affidavit of S.E. McGinley* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/25/2002) |
| 09/27/2002 | 9 | Appendix Filed by SAUDI ARABIAN OIL COMPANY (related document(s)5). (Krepto, Laurie) (Entered: 09/27/2002) |
| 09/27/2002 | 10 | Motion for Withdrawal of Reference. Receipt Number 62020, Fee Amount $75. Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) Modified on 9/30/2002 (LML, ). (Entered: 09/27/2002) |
| 09/27/2002 | 11 | Memorandum of Law *In Support of Defendant Saudi Arabian Oil Company's Motion to Withdraw the Reference* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/27/2002) |
| 09/27/2002 | 12 | Motion to Determine *Defendant Saudi Arabian Oil Company's Motion for a Determination that the Adversary Proceeding is a Non-Core Proceeding* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/27/2002) |
| 09/27/2002 | 13 | Memorandum of Law *In Support of Defendant Saudi Arabian Oil Company's Motion for a Determination That the Adversary Proceeding is a Non-Core Proceeding* Filed by SAUDI ARABIAN OIL COMPANY. (Krepto, Laurie) (Entered: 09/27/2002) |

A 121

| | | |
|---|---|---|
| 09/27/2002 | 14 | Affidavit/Declaration of Service *Declaration of Cyrus Benson III, in Support of Motion for Determination that the Adversary Proceeding is a Non-Core Proceeding* Filed by SAUDI ARABIAN OIL COMPANY. (Attachments: # 1 Attachment part I# 2 Attachment part II# 3 Attachment part III# 4 Attachment part IV# 5 Attachment part V# 6 Attachment part VI# 7 Attachment part VII# 8 Attachment part VIII) (Krepto, Laurie) (Entered: 09/27/2002) |
| 09/27/2002 | 15 | Affidavit/Declaration of Service *Declaration of Cyrus Benson III in Support of Motion to Withdraw the Reference* Filed by SAUDI ARABIAN OIL COMPANY. (Attachments: # 1 Attachment Part I# 2 Attachment part II# 3 Attachment part III# 4 Attachment part IV# 5 Attachment part V# 6 Attachment part VI# 7 Attachment part VII# 8 Attachment par VIII) (Krepto, Laurie) (Entered: 09/27/2002) |
| 09/27/2002 | 16 | ENTERED IN ERROR Affidavit/Declaration of Service *Declaration of Cyrus Benson III in Support of Motion to Withdraw the Reference* Filed by SAUDI ARABIAN OIL COMPANY. (Attachments: # 1 Attachment Part I# 2 Attachment part II# 3 Attachment part III# 4 Attachment part IV# 5 Attachment part V# 6 Attachment part VI# 7 Attachment part VII# 8 Attachment par VIII) (Krepto, Laurie) Modified on 9/30/2002 (DSC, ). (Entered: 09/27/2002) |
| 10/10/2002 | 17 | Notice of Withdrawal *The Reference Letter* Filed by United States Bankruptcy Court District of Delaware (related document(s)10). (MEL, ) (Entered: 10/10/2002) |
| 10/10/2002 | 18 | Receipt of the Withdraw of Reference Re: Doc #17 Filed by United States Bankruptcy Court District of Delaware . (MEL, ) (Entered: 10/22/2002) |
| 11/07/2002 | 19 | Motion to Intervene *and to Join Abdullah Said Bugshan & Brothers as a Defendant* Filed by Saudi American Bank. (Attachments: # 1 Exhibit # 2 Exhibit Part II# 3 Proposed Form of Order # 4 Certificate of Service) (Mangan, Kevin) (Entered: 11/07/2002) |
| 11/07/2002 | 20 | Brief *In Support of Its Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 11/07/2002) |
| 11/18/2002 | 21 | Motion to Extend Time Filed by STONE & WEBSTER, INCORPORATED. (Attachments: # 1 Proposed Form of Order) (Rubin, Gary) (Entered: 11/18/2002) |
| 12/02/2002 | 22 | Stipulation *Stipulation and Agreed Order Further Extending the Time Which the Debtors May Respond to Saudi American Banks's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a* |

A 122

| | | |
|---|---|---|
| | | *Defendant* By STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INCORPORATED Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INCORPORATED. (Rubin, Gary) (Entered: 12/02/2002) |
| 12/09/2002 | 23 | Response to *DEBTORS' ANSWERING BRIEF IN OPPOSITION TO SAUDI AMERICAN BANK'S MOTION TO INTERVENE AND TO JOIN ABDULLAH SAID BUGSHAN & BROTHERS AS A DEFENDANT* Filed by STONE & WEBSTER, INCORPORATED. (Attachments: # 1 Certificate of Service) (Rubin, Gary) (Entered: 12/09/2002) |
| 12/19/2002 | 24 | Brief *[Reply Brief to Debtors' Answering Brief In Opposition to Saudi merican Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant]* Filed by Saudi American Bank. (Attachments: # 1 Exhibit 1# 2 Affidavit # 3 Affidavit # 4 Certificate of Service) (Mangan, Kevin) (Entered: 12/19/2002) |
| 12/23/2002 | 25 | Notice of Completion of Briefing *to Intervene and Join Abdullah Said Bugshan & Brothers as a Defendant* Filed by Saudi American Bank. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 12/23/2002) |
| 03/12/2004 | 26 | Notice To Substitute Attorney *NOTICE OF SUBSTITUTION OF PARTIES AND OF COUNSEL* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INCORPORATED. (Rubin, Gary) (Entered: 03/12/2004) |
| 06/07/2004 | 27 | Certification of Counsel Filed by SWE&C Liquidating Trust (Attachments: # 1 Proposed Form of Order) (Mumford, Kerri) (Entered: 06/07/2004) |
| 06/10/2004 | 28 | Order Referring Adversary Proceeding to Mediation. (related document(s)27 ) Order Signed on 6/7/2004. (LCN, ) (Entered: 06/10/2004) |
| 08/16/2004 | 29 | (COPY FROM DISTRICT COURT) Order Regarding Civil Action No. 02-1525. (related document(s)17, 10 ) Order Signed on 8/12/2004 by the Honorable Sue L. Robinson. (LCN, ) (Entered: 08/16/2004) |
| 03/30/2005 | 30 | Notice and Order of Request for Status Report with Certificate of Service. Signed on 3/30/2005. (SDJ, ) (Entered: 03/30/2005) |
| 04/15/2005 | 31 | Status Report E - Adversary Proceeding Settled, Notice of Dismissal not yet filed. Reason: The proposed settlement will require extensive documentation, third party participation, and the filing of an amended |

A 123

|            |    |                                                                                                                                                                          |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | complaint. (Attachments: # 1 Affidavit of Service)(Mumford, Kerri) (Entered: 04/15/2005)                                                                                |
| 04/20/2005 | 32 | Status Report E - Adversary Proceeding Settled, Notice of Dismissal not yet filed. Reason: (Attachments: # 1 Certificate of Service) (Bifferato, Ian) (Entered: 04/20/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/16/2005 15:49:24 | | | |
| PACER Login: | ws0015 | Client Code: | 0508830.0901 |
| Description: | Docket Report | Search Criteria: | 02-03963-PJW Fil or Ent: Fil From: 3/17/2001 To: 5/16/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 3 | Cost: | 0.24 |

A 124

# EXHIBIT N

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 00-2142 (PJW) |
| STONE & WEBSTER, INCORPORATED, | : | (Jointly Administered) |
| et al, | : | |
| | : | Objection Deadline: June 5, 2003, 4:00 p.m. |
| Debtors. | : | Related Docket No. 4240 |

## LIMITED RESPONSE OF THE SHAW GROUP INC. TO THE DEBTORS' MOTION FOR ORDER UNDER FED. R. BANKR. P. 9019 APPROVING SETTLEMENT WITH SAUDI AMERICAN BANK

The Shaw Group Inc., including all of its affiliated subsidiaries and companies ("Shaw"), by and through its undersigned counsel, hereby respectfully submits its limited response (the "Limited Response") to the Debtors' Motion For Order Under Fed. R. Bankr. P. 9019 Approving Settlement With Saudi American Bank (the "Settlement Motion"). In support of its Limited Response, Shaw respectfully states as follow:

### BACKGROUND

1. On June 2, 2000 (the "Petition Date"), Stone & Webster, Incorporated ("S&W") and its direct and indirect subsidiaries (collectively, the "Debtors") each filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101-1330 (as amended, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. On or about June 14, 2000, a creditors' committee (the "Committee") was appointed in these cases by the United States Trustee. On or about June 26, 2000, the United States Trustee

A 125

appointed an equity committee (the "Equity Committee"). No trustee or examiner has yet been appointed in any of the Debtors' chapter 11 cases.

### The Sale to Shaw

3. By order dated July 13, 2000 (the "Sale Order"), this Court approved the Debtors' sale of substantially all of their assets (the "Sale") to, and assumption of certain liabilities by, Shaw's designee, SWINC Acquisition Three, Inc.

4. In order to effectuate the sale, the Debtors and Shaw entered into that certain Asset Purchase Agreement, dated as of July 14, 2000, by and among The Shaw Group Inc., Stone & Webster, Incorporated and certain of the subsidiaries of Stone & Webster, Incorporated (as amended by Amendment No. 1 to Asset Purchase Agreement dated August 2, 2000, the "Shaw Agreement").

5. On or about August 24, 2000, SAMBA filed a proof of claim (No. 3014) and statement of cure claim (No. 22220169) against SWEC (together, the SAMBA Claims).

6. On August 1, 2001, the Debtors commenced an adversary proceeding against SAMBA. Shortly thereafter, SAMBA filed a complaint against the Debtors and against Shaw seeking a determination that Shaw assumed SWEC's alleged liability on the SAMBA Claims and an immediate payment thereon from Shaw.

7. On May 23, 2003, the Debtors' filed their Settlement Motion, which seeks approval of a Settlement Agreement attached to the Settlement Motion as Exhibit A.

### LIMITED RESPONSE

8. While Shaw has no objection to approval of the Settlement Motion and Settlement Agreement by this Court, Shaw hereby expressly reserves all of its rights in connection with, or related to: (i) all of Shaw's assets, (ii) all litigation to which Shaw and SAMBA are parties, (iii)

3

all claims, rights, interests and/or defenses against SAMBA, as well as (iv) any rights, claims, or interests against the Debtors for indemnification, contribution or the like as a result of any recovery by SAMBA against Shaw.

WHEREFORE, Shaw respectfully requests that an Order entered by this Court approving the Settlement Motion and/or the Settlement Agreement make explicit that all of Shaw's rights, claims and interests as set forth herein are not affected by entry of such Order, and for such additional relief as the Court deems appropriate.

                                                ASHBY & GEDDES

                                                /s/ Stephen E. Jenkins
                                                Stephen E. Jenkins (#2152)
                                                Gregory A. Taylor (#4008)
                                                222 Delaware Avenue, 17th Floor
                                                P. O. Box 1150
                                                Wilmington, Delaware 19899
                                                (302) 654-1888

                                                Counsel for The Shaw Group Inc.

Dated: June 3, 2003
127287.1

# CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on June 3, 2003 I caused one copy of the foregoing **Limited Response of the Shaw Group Inc. to the Debtors' Motion for an Order Under Fed.R.Bankr.P. 9019 Approving Settlement with Saudi American Bank** to be served on the parties below in the manner indicated.

### HAND DELIVERY
Gregg M. Galardi, Esq.
Eric M. Davis, Esq.
Gary A. Rubin, Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19899-0636

_____
Gregory A. Taylor