IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 04-CV-834 (SLR) |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

      I, Kevin J. Mangan, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 18, 2005 upon:

**VIA HAND DELIVERY**

Gregory A. Taylor, Esq.  
Liza Sherman, Esq.  
Ashby & Geddes  
222 Delaware Avenue  
Wilmington, DE 19899  
gtaylor@ashby-geddes.com  
*(Counsel to Shaw Group, Inc.*  
*and SWINC Acquisition)*

Adam G. Landis, Esq.  
Landis Rath & Cobb LLP  
919 Market Street, Suite 600  
Wilmington, DE 19801  
*(Counsel to SWE&C)*  
landis@lrclaw.com

Document #:43900

Gary A Rubin, Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19801
garubin@skadden.com
*(Counsel to Stone & Webster)*

    Under penalty of perjury, I declare that the foregoing is true and correct.


Date: May 18, 2005            _/s/ Kevin J. Mangan_____
                              Kevin J. Mangan

Document #:43900