IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>                Debtors | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>STONE & WEBSTER ENGINEERING<br>CORPORATION, et al.,<br>    Defendants | 1:04-cv-00834-SLR |

**AFFIDAVIT OF JOHN C. HUTCHINS IN SUPPORT OF
PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES**

I, John C. Hutchins, do hereby depose and state:

1. I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of Plaintiff's Motion for Assessment of Damages and Memorandum in support thereof, which are being filed herewith.

2. I am familiar with the facts surrounding this case, I have supervised K&LNG's representation of SAMBA in the bankruptcy proceedings and I have assisted in the litigation of this matter from the outset.

3.  I have reviewed and am fully familiar with all of the K&LNG billing items referred to in the Affidavit of Daniel E. Rosenfeld and attached as Exhibits A and B thereto.

4.  Each item that is included in the Affidavit of Daniel E. Rosenfeld and attached as Exhibits A and B thereto is, in my judgment, which is based on my substantial legal experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than K&LNG's customary fees for cases of this type; and (4) is the amount that has been or will be charged by K&LNG to SAMBA in connection with this litigation.

Signed under the pains and penalties of perjury this 18th day of May 2005.

_____
John C. Hutchins

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                              Date: May 18, 2005

On this 18th day of May, 2005, before me, the undersigned notary public, personally appeared John C. Hutchins, proved to me through satisfactory evidence of identification, which was personally known, to be the person whose name is signed on the preceding or attached document in my presence.

Gina M. Fitzgerald
Notary Public for
the Commonwealth of Massachusetts

My commission expires January 31, 2008

GINA M. FITZGERALD, NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 31, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) | |
| | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 04-CV-834 (SLR) |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**I, Kevin J. Mangan,** certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 20, 2005 upon:

**VIA HAND DELIVERY**

Gregory A. Taylor, Esq.  
Liza Sherman, Esq.  
Ashby & Geddes  
222 Delaware Avenue  
Wilmington, DE 19899  
gtaylor@ashby-geddes.com  
*(Counsel to Shaw Group, Inc. and SWINC Acquisition)*

Adam G. Landis, Esq.  
Landis Rath & Cobb LLP  
919 Market Street, Suite 600  
Wilmington, DE 19801  
*(Counsel to SWE&C)*  
landis@lrclaw.com

Document #:43900

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: May 20, 2005                _/s/ Kevin J. Mangan_____
                                  Kevin J. Mangan