IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED, *et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK<br><br>Plaintiff,<br><br>-against-<br><br>THE SHAW GROUP INC. and<br>SWINC ACQUISITION THREE, INC.,<br>and STONE & WEBSTER ENGINEERING<br>CORPORATION, *et. al.*<br><br>Defendants | 1:04-cv-00834-SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEAL OF THE SHAW GROUP, INC.

Notice is hereby given that defendant The Shaw Group, Inc. ("Shaw") hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment dated May 4, 2005, entered in this case by the United States District Court for the District of Delaware on May 5, 2005, granting summary judgment in favor of plaintiff Saudi American Bank against Shaw in the amount of $6,728,549.00, and any and all parts thereof and orders leading thereto, including the Order and Memorandum Opinion of the Court dated May 3, 2005.

Copies of the May 4, 2005 Judgment, the May 3, 2005 Order and Memorandum Opinion of the Court, and the docket sheet in this action are attached hereto.

                    ASHBY & GEDDES

                    */s/ Stephen E. Jenkins (I.D. No. 2152)*

---

Stephen E. Jenkins (I.D. No. 2152)
Christopher S. Sontchi (I.D. No. 3159)
Catherine A. Strickler (I.D. No. 4310)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Dated: May 26, 2005                     *Attorneys for The Shaw Group, Inc.*
157628.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2005 true and correct copies of **Notice of Appeal of the Shaw Group, Inc.** were served by electronic filing on the attorneys of record below:

Gary Adam Rubin
Skadden Arps, Slate, Meagher & Flom
One Rodney Square
Wilmington, DE 19801

Francis A. Monaco, Jr.
Kevin J. Mangan
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

/s/ *Stephen E. Jenkins (#2152)*
_____
Stephen E. Jenkins  (#2152)