# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 26, 2005

BY E-FILING AND HAND DELIVERY

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Saudi American Bank v. The Shaw Group, Inc., et. al.*
         C.A. No. 04-834-SLR

Dear Judge Robinson:

    Pursuant to Local Appellate Rule 3.1, enclosed please find a courtesy copy of the Notice of Appeal of The Shaw Group, Inc. which was served and filed today.

                              Respectfully yours,

                              Stephen E. Jenkins (#2152)

SEJ/tre
Enclosure
157763.1
cc:    (all by e-filing)
       Clerk of the Court
       Gary Adam Rubin, Esq.
       Kevin J. Mangan, Esq.
       Adam G. Landis, Esq.