IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>             Debtors<br><br>SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>STONE & WEBSTER ENGINEERING<br>CORPORATION, et al.,<br>    Defendants | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW)<br><br><br><br>1:04-cv-00834-SLR |

## DECLARATION OF MOHAMMED SALEH MOHAMMED AL-MOTLAQ

I, Mohammed Saleh Mohammed Al-Motlaq, do hereby depose and state:

1.  I am Legal Counsel to Samba Financial Group (formerly Saudi American Bank), resident in Riyadh, Saudi Arabia which is the head office of the Samba Financial Group. This affidavit is made in support of Saudi American Bank's Reply Brief to the Response of the Shaw Group, Inc. in Opposition to Saudi American Bank's Motion for Assessment of Damages, which is being filed herewith.

2.  I received a Bachelor of Law degree from Halab University, Syria in 1968 and a Diploma of High Studies, General Law, from the University of Cairo, Egypt in 1969. I am

BOS-869123 v2 0508830-0901

licensed to practice before the Saudi Courts, the Saudi Arabian Monetary Agency ("SAMA") Banking Dispute Settlement Committee and all other tribunals in Saudi Arabia.

3.    I have extensive experience in the banking industry and have served as Legal Counsel to Saudi Cairo Bank, United Saudi Bank, Saudi American Bank and Samba Financial Group. Based on my education and experience, I am fully familiar with Islamic law, the issue of interest payments and the award and enforcement of interest payment claims.

4.    Disputes of a banking nature involving a bank are heard before a quasi judicial body known as the Banking Disputes Settlement Committee ("Committee") of SAMA which is empowered to settle these types of disputes. The Committee does not apply Islamic law in as strict a fashion as the other Saudi courts and judicial committees. In particular, this Committee upholds arrangements and agreements signed between parties which it considers to be customary or an internationally recognized banking practice.

5.    The Banking Disputes Settlement Committee of SAMA was created, amongst other reasons, to deal with the issue of interest payments arising out of finance agreements and has both awarded and enforced interest payment claims on numerous occasions. SAMBA itself has been awarded numerous favorable decisions by this Committee regarding claims for interest payments arising out of finance agreements .Furthermore the enforcement agencies have enforced these decisions including interest payments.

6.    The Charter of SAMA applies to and provides regulations for SAMA, not banks such as Saudi American Bank. Thus, Article 2 of the Charter refers to and is directed to SAMA, and is inapplicable to Saudi American Bank.

7.    It is both wrong and misleading for Shaw to allege that all interest payments are void and unenforceable under Saudi law.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2005.

_____
Mohammed Saleh Mohammed Al-Motlaq

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | Adv. No. 01-7766 (PJW) |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 04-CV-834 (SLR) |
| | ) | |
| THE SHAW GROUP INC., SWINC ACQUISTION THREE, INC., and STONE & WEBSTER ENGINEERING CORPORATION, et al., | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE**

I, Francis A. Monaco, Jr., certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 8, 2005 upon:

**VIA HAND DELIVERY and Electronic Mail**

Gregory A. Taylor, Esq.
Stephen Jenkins, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19899
gtaylor@ashby-geddes.com
*(Counsel to Shaw Group, Inc.*
*and SWINC Acquisition)*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*(Counsel to SWE&C)*
landis@lrclaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 8, 2005        _/s/ Francis A. Monaco, Jr.___
                          Francis A. Monaco, Jr.

Document #:44601