OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Delaware**   Clerk of District Court                          Date   **March 27, 2006**
    (District)

  **IN RE: Stone & Webster Inc.**, et al                  Appeal No.   **05-2717**
    (Caption)

  **Shaw Group, Inc.**
    ( Appellant)

  **No. 04-cv-00834**
  **(District Court No.)**

Enclosures:

  **March 27, 2006**   Certified copy of C. of A. Order by the Court.

_____   Released (Record)

_____   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on_____ is recalled.

                                       **Carolyn Hicks   (267)-299-4926**
                                          Deputy Clerk     Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

R:\2005\2717\clkltr032706.wpd