UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
February 7, 2006
# B-59

No. **05-2717**

IN RE: STONE & WEBSTER, INCORPORATED, et al, Debtor

SAUDI AMERICAN BANK
v.
SHAW GROUP INC., et al

Shaw Group, Inc., Appellant

(District of Delaware - DC No. 04-cv-00834)

**PRESENT:** RENDELL, AMBRO and BECKER, Circuit Judges

1) Motion by Appellee Saudi American Bank to Dismiss Appeal for Lack of Jurisdiction.

2) Response by Appellant in opposition to above.

3) Reply by Appellee to Appellant's Response in Opposition.

Carolyn Hicks, Case Manager
267-299-4926

**O R D E R**

The foregoing motion by Appellee Saudi American Bank to dismiss appeal for lack of jurisdiction is denied. The case is remanded to the District Court for clarification regarding damages.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: March 27, 2006

A True Copy

Marcia M. Waldron, Clerk

IN RE: STONE & WEBSTER, INCORPORATED, et al

Page 2

CH/cc: Stephen E. Jenkins, Esq.
       Christopher S. Sontchi, Esq.
       Catherine A. Strickler, Esq.
       Amy B. Abbott, Esq.
       Francis A. Monaco Jr., Esq.
       Daniel E. Rosenfeld, Esq.