IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>                Debtors | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>STONE & WEBSTER ENGINEERING<br>CORPORATION, et al.,<br>    Defendants | 1:04-cv-00834-SLR |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following updated address information for counsel for the Plaintiff, Saudi American Bank, effective March 20, 2006:

Document #53844

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO#560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Respectfully submitted,
SAUDI AMERICAN BANK,
By its attorneys,

_____
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8163

Of Counsel:

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Dated: April 11, 2006