IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>STONE & WEBSTER, INCORPORATED )<br>  et al., )<br>)<br>       Debtors ) | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK, )<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE SHAW GROUP INC., SWINC )<br>ACQUISTION THREE, INC., and )<br>STONE & WEBSTER ENGINEERING )<br>CORPORATION, et al., )<br>   Defendants ) | 1:04-cv-00834-SLR |

## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of **Notice of Change of Address** was made on **April 12, 2006** upon:

**Via Hand Delivery**
Catherine A. Strickler, Esq.
Christopher S. Sontchi, Esq.
Stephen E. Jenkins, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Document #: 53877

Under penalty of perjury, I declare that the foregoing is true and correct.

April 12, 2006
Date

*Lorraine Diaz* (signature)
Lorraine Diaz

Document #: 53877