IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STONE & WEBSTER, INC. et al., | ) Bk. No. 00-2142(PJW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| SAUDI AMERICAN BANK, | ) Adv. No. 01-7766(PJW) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-834-SLR |
| | ) |
| SHAW GROUP, INC., SWINC ACQUISITION THREE, INC., and SWE&C LIQUIDATING TRUSTEE, | ) |
| | ) |
| Defendants. | ) |

**\*\*A M E N D E D   O R D E R**

At Wilmington this 8th day of November, 2006 consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for assessment of damages (D.I. 14) is granted;

2. On or before **November 20, 2006**, plaintiff shall submit to defendant Shaw an itemized account of its costs and expenses specifically incurred in connection with obtaining judgment in this case.

   a. Should defendant dispute the accounting, on or before **December 8, 2006**, defendant shall advise the court of the

specific nature of the disputed figures. Failure to timely respond shall be deemed a waiver of any objections to plaintiff's accounting.

  b. Plaintiff may file a responsive paper on or before **December 18, 2006**.

  3. Defendant will pay to plaintiff the following damages:

  a. **The initial judgment of $6,728,594 plus prejudgment interest on that amount at a rate of 9% in accordance with N.Y. C.P.L.R. § 5004 calculated from May 31, 2000 through and including May 4, 2005;

  b. The costs and expenses identified pursuant to ¶2;

  c. **The $20,750 in costs and expenses incurred in connection with the instant motion;

  d. Post-judgment interest on the above amounts at the rate of 3.33% from May 5, 2005 through the date of payment, except that post-judgment interest will not accrue as to the ¶2 costs and expenses between the date of this order and either November 20, 2006 (if defendant does not dispute the ¶2 accounting) or the date of the court's order resolving the parties' dispute over the ¶2 accounting.

            _/s/ Sue L. Robinson_
            United States District Judge