# EXHIBIT 1

```
 1
 2                  UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE
 3
                                        .
 4   IN RE:                             .    Chapter 11
                                        .
 5   Stone & Webster, Inc., et al.,.
                                        .
 6        Debtor.                       .    Bankruptcy #00-2142 (PJW)
     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
 7
                              Wilmington, DE
 8                            June 13, 2005
                               1:30 p.m.
 9
                     TRANSCRIPT OF STATUS CONFERENCE
10              BEFORE THE HONORABLE PETER J. WALSH
                    UNITED STATES BANKRUPTCY JUDGE
11
     APPEARANCES:
12
     For SWE&C The Liquidating:     Kerri K. Mumford, Esq.
13   Trustee                        Landis Rath & Cobb, LLP
                                    919 Market Street-Ste. 600
14                                  Wilmington, DE 19801

15                                  Adam Landis, Esq.
                                    Landis Rath & Cobb, LLP
16                                  919 Market Street-Ste. 600
                                    Wilmington, DE 19801
17
                                    James E. Houpt, Esq.
18                                  Orrick Herrington
                                    & Sutcliffe, LLP
19                                  400 Capital Mall-Ste. 3000
                                    Sacramento, CA 95814
20
     For Business Strategy:         Francis Conrad, Esq.
21   Advisor                        Landis Rath & Cobb, LLP
     (Via telephone)                919 Market Street-Ste. 600
22                                  Wilmington, DE 19801

23   For SWINC Consolidated:        Joseph K. Koury, Esq.
     Estate                         Bifferato Gentilotti & Biden
24                                  Bruckner Building
                                    1308 Delaware Ave.
25                                  Wilmington, DE 19899
```

Writer's Cramp, Inc.
Certified Court Transcribers
732-329-0191

2

```
 1                                    Steven A. Domanowski, Esq.
                                      Bell Boyd & Lloyd, LLC
 2                                    70 W. Madison St.-Ste. 3100
                                      Chicago, IL 60602
 3
                                      David J. Baldwin, Esq.
 4                                    Potter Anderson & Corroon, LLP
                                      Hercules Plaza
 5                                    1313 N. Market St.
                                      Wilmington, DE 19801
 6
     For Asbestos Trustee:            Gregg Galardi, Esq.
 7                                    Skadden Arps Slate
                                      Meagher & Flom, LLP
 8                                    One Rodney Square.
                                      Wilmington, DE 19801
 9
     For First State Ins. Co.:        Ann M. Ungvarsky, Esq.
10                                    Hogan & Hartson, LLP
                                      555 13th Street, N.W.
11                                    Washington, DC 20004

12   For Indian Harbor Ins. Co.:      Michael R. Lastowski, Esq.
                                      Duane Morris, LLP
13                                    1100 N. Market St.-Ste. 1200
                                      Wilmington, DE 19801
14
     For The Shaw Group:              Steve Jenkins, Esq.
15                                    Ashby & Geddes
                                      222 Delaware Ave.
16                                    Wilmington, DE 19899

17   For Travelers:                   Stephen M. Hryniewicz, Esq.
                                      Gingham McCutchen, LLP
18                                    One State St.
                                      Wilmington, DE 19801
19
                                      Karen C. Bifferato, Esq.
20                                    Connolly Bove Lodge
                                      & Hutz, LLP
21                                    1007 N. Norage St.
                                      Wilmington, DE 19899
22
     For Southern Union Co.:          David Ross, Esq.
23                                    Kasowitz Benson Torres
     (Via telephone)                  Friedman, LLP
24                                    1633 Broadway
                                      New York, NY 10019
25
```

3

```
 1                                          William F. Taylor, Jr., Esq.
                                            McCarter & English, LLP
 2                                          919 N. Market St.-Ste. 1800
                                            Wilmington, DE 19801
 3
       For Saudi American Bank:             Daniel E. Rosenfeld, Esq.
 4                                          Kirkpatrick lockhart Nicholson
                                            75 State Street
 5                                          Boston, MA 02109

 6                                          Francis A. Monaco, Jr., Esq.
                                            Monzack & Monaco, PA
 7                                          1201 N. Orange St.-Ste. 400
                                            Wilmington, DE 19801
 8
       For Saudi Aramco:                    Alycia R. Benenati, Esq.
 9                                          White & Case, LLP
                                            1155 Ave. Of the Americas
10                                          New York, NY 10036

11     For Narragansett Electric:           Christopher Ward, Esq.
       Company                              The Bayard Firm
12                                          222 Delaware Ave.-Ste. 900
                                            Wilmington, DE 19899
13
       For Hartford:                        Kathleen Miller, Esq.
14                                          Smith Katzenstein & Furlow, LLP
                                            The Corporate Plaza
15                                          800 Delaware Ave.
                                            Wilmington, DE 19899
16
       Audio Operator:                      Sherry Scaruzzi
17
       Transcribing Firm:                   Writer's Cramp, Inc.
18                                          6 Norton Rd.
                                            Monmouth Jct., NJ 08852
19                                          732-329-0191

20     Proceedings recorded by electronic sound recording, transcript
       produced by transcription service.
21

22

23

24

25
```

*Writer's Cramp, Inc.*
Certified Court Transcribers
732-329-0191

40

1  supposed to be confidential and that parties should have
2  confidence in the mediator.  And where the mediator himself is
3  suggesting that he can't even carry on a conversation with
4  counsel for one of the parties to the mediation that isn't
5  recorded stenographically, that strikes me, Your Honor, as a
6  situation that's calling out for a new mediator.
7  　　　　THE COURT:  Any response from anyone else?
8  　　　　MR. JENKINS:  Your Honor, before a response, Stephen
9  Jenkins of Ashby & Geddes for the Shaw Group.  Your Honor, I
10 think there were some statements in the initial presentation
11 that were somewhat incorrect.  I'd like to correct them and add
12 to the complexity before you, I'm afraid.  The Shaw Group, as
13 Your Honor knows, has acquired some of the assets and assumed
14 some of the liabilities of Stone and Webster.  It was our
15 belief -- a belief shared by the Estate, Mr. Carroll -- that we
16 did not buy this particular debt, we didn't assume this debt.
17 But if we -- any place we assumed a debt, we got the
18 corresponding assets.  That's how the structure of the
19 agreement.  Judge Robinson disagreed with us and struck Mr.
20 Carroll's affidavit and said it was clear on the face of the
21 APA that we assumed this debt.  We have since appealed that to
22 the 3rd Circuit and we feel good about our prospects in the 3rd
23 Circuit, given the nature of the APA.  But let us assume that
24 Judge Robinson's upheld on that.  That doesn't end the equation
25 here, nor does it disqualify SAMBA.  Whether we've been

1  fighting SAMBA all along, we think SAMBA is correct here.  If
2  we lose in the 3rd Circuit and get a final judgment, we have to
3  pay SAMBA.  We become subrogated to SAMBA's debt at the
4  minimum.  But in fact, what we believe is if that is a final
5  judgment by the United States Court of Appeals for the 3rd
6  Circuit, we will gain this asset.  The asset the Trustee is
7  trying to -- what they're trying to do is, I believe get paid
8  by Saudi Aramco, and the amount of money that is, we believe
9  owed -- owed from Saudi Aramco for the Rosstumuer Refinery.
10 There's no doubt in the world SAMBA has a claim on that money,
11 but if we assume the asset -- I mean, if we assume the
12 liability, we get the whole asset, we believe, under the
13 structure of the agreement.  So this whole thing becomes,
14 instead of simpler -- as I think Counsel thinks -- it could
15 become in fact more of a mess.  And when we hear what's going
16 on now, we don't think really SAMBA should be excluded.  And
17 I've met Judge Conrad, and I found him a very good,
18 straightforward mediator.  Thereafter, Judge Conrad appeared as
19 an expert in the case against me.  And I didn't see that as a
20 problem.  But I don't have clients from Saudi Arabia.  And Your
21 Honor, when you deal without the United States, there's a
22 different mentality because they've lived a different way and
23 they've seen different things.  I have no doubt about Judge
24 Conrad's standing as a mediator.  But if I lived in Riyadh, I'd
25 think the fix was in.  It's just because in that part of the

42

1  world, the fix is in a lot.  We know that.  And we're lucky we
2  don't have it here.  It strikes me that since SAMBA can't get
3  out of this, and if they get out of it, we'll be in it,
4  without casting the least dispersion on Judge Conrad, who I
5  have a lot of esteem for, might it make -- not make sense for
6  somebody else for somebody else to come in?  And that's all we
7  have to say, Your Honor.  Thank you.
8         MR. HOUPT:  James Houpt, again, Your Honor.  I'll be
9  very brief because I agree with many of the statements that
10 Your Honor made this afternoon, if not every single one of
11 them.  Your Honor, I don't see how this can be a disqualifying
12 conflict of interest, and particularly so in this case.  And
13 I'll ask Judge Conrad to correct me if I'm wrong, but if I
14 recall correctly, the parties to this mediation signed an
15 agreement that we would allow ex parte communications in the
16 pursuit of a settlement in this case.  SAMBA, and apparently
17 the Shaw Group -- and I won't comment on the Shaw Group's
18 representations or arguments at this time.  There's another day
19 that those can be made.  But SAMBA's claim is on contract
20 proceeds.  If, in fact, at the end of the day we're able to
21 reach a settlement with -- between the SWE&C Liquidating
22 Trustee and Saudi Aramco, there is still plenty of time for
23 SAMBA or anybody else who claims to have an interest in that to
24 argue that those are contract proceeds to which that entity has
25 a right.  That hasn't been waived in any respect.

50

```
 1                        CERTIFICATION
     I certify that the foregoing is a correct transcript from the
 2   electronic sound recording of the proceedings in the above-
     entitled matter.
 3
         [signature]                           6-21-05
 4   ------------------------              -----------
     Signature of Transcriber                   Date
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191