IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INC. | ) | Bk. No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | Adv. No. 01-7766 (PJW) |
| Plaintiff | ) | |
| | ) | Civ. No. 04-834-SLR |
| v. | ) | |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| SWE&C LIQUIDATING TRUSTEE, | ) | |
| Defendants | ) | |

**AFFIDAVIT OF JOHN C. HUTCHINS IN SUPPORT OF
SAMBA'S ITEMIZATION OF ATTORNEYS' FEES AND COSTS**

I, John C. Hutchins, do hereby depose and state:

1. I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of SAMBA's Itemization of Attorneys' Fees and Costs, which is being filed herewith.

2. I am familiar with the facts surrounding this case, I have supervised K&LNG's representation of SAMBA in the bankruptcy proceedings and I have assisted in the litigation of this matter from the outset.

3. I have reviewed and am fully familiar with all of the K&LNG billing items referred to in the Affidavit of Amy B. Abbott and the attached Exhibits thereto.

BOS-1028066 v1 0508830-0901

4.  Each item that is included in the Affidavit of Amy B. Abbott and attached as Exhibit A thereto is, in my judgment, which is based on my substantial legal experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than K&LNG's customary fees for cases of this type; and (4) is the amount that has been or will be charged by K&LNG to SAMBA in connection with this litigation.

Signed under the pains and penalties of perjury this 20th day of November 2006.

*/s/ John C. Hutchins*
John C. Hutchins

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Date: 11-20-06

On this 20th day of November, 2006, before me, the undersigned notary public, personally appeared John C. Hutchins, proved to me through satisfactory evidence of identification, which was Mass. License, to be the person whose name is signed on the preceding or attached document in my presence.

*/s/ Mary Ann Lorza*
Notary Public for
the Commonwealth of Massachusetts

My commission expires 11-20-2010