IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INC.<br>et al.,<br><br>Debtors | Chapter 11<br><br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK,<br>Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC ACQUISTION THREE, INC., and SWE&C LIQUIDATING TRUSTEE,<br>Defendants | Adv. No. 01-7766 (PJW)<br><br>Civ. No. 04-834-SLR |

## AFFIDAVIT OF KEVIN J. MANGAN IN SUPPORT OF SAMBA'S ITEMIZATION OF ATTORNEYS' FEES AND COSTS

I, Kevin J. Mangan, do hereby depose and state:

1. I am a senior associate in the law firm of Monzack and Monaco, P. A. ("M&M"), local counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of SAMBA's Itemization of Attorneys' Fees and Costs, which is being filed herewith.

2. I am familiar with the facts surrounding this case. M&M has served as local Delaware counsel in this matter since it was contacted by Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG") in May 2001. I have been responsible for overseeing the selection and supervision of other attorneys and support personnel working on behalf of SAMBA.

BOS-1028067 v1 0508830-0901

3. I have reviewed and have direct personal knowledge of all of the M&M billing items referred to below.

4. Each item that is included in the invoices attached hereto is, in my judgment, which is based on my substantial litigation experience: (1) a reasonable and necessary expense; (2) does not include any expenses that were unnecessary, redundant, or excessive; (3) was calculated using hourly rates and fees that are no greater than M&M's customary fees for cases of this type; and (4) is the amount that has been or will be charged by M&M to SAMBA in connection with this litigation.

5. The rates, relevant experience, and roles of the attorneys and paraprofessionals who assisted in the litigation and supervised or billed time during the course of the litigation are as follows:

6. Exhibit A attached hereto and incorporated herein are invoices dated June 2001 through November 2006 which detail the total hours of legal services performed by M&M attorneys and paraprofessionals and fees expended in connection with this litigation. The fees for professional services total $117,604.50; costs total $4,584.12. To the extent possible, these fees have been broken down into three categories: (1) Preference and Recovery Actions (highlighted in yellow); (2) Recovery Action (highlighted in pink); and (3) Saudi Aramco Action (highlighted in green). The fees identified as being incurred in the Recovery Action, independent of the Preference Action, are being provided to the limited extent that such fees could be isolated. However, such fees could only be isolated in <u>very</u> limited circumstances. Such circumstances include fees incurred after the Court's dismissal of the Preference Action or filings in the Recovery Action that did not relate to discovery matters.

7. Exhibit B attached hereto is a true and correct copy of a spreadsheet itemizing the professional services rendered for each of the invoices set forth in Exhibit A to K. Mangan's Affidavit. To the limited extent possible, the spreadsheet itemizes the fees into the following three categories: (1) Preference and Recovery Actions (highlighted in yellow); (2) Recovery Action (highlighted in pink); and (3) Saudi Aramco Action (highlighted in green).

8. As of November 17, 2006, there are unbilled fees in the amount of $274.50. Additional fees and costs associated with the current filing will be supplied.

9. The sum of SAMBA's reasonable attorneys' fees and related costs, performed by M&M in connection with this litigation, are as follows:

| | |
|---|---|
| Professional Services billed in Preference and Recovery Actions: (Exhibit A) | $99,425.00 |
| Professional Services billed in Recovery Action: (Exhibit A) | $11,035.00 |
| Professional Services billed in Saudi Aramco Action: (Exhibit A) | $7,144.50 |
| Professional Services (to be billed as of November 17, 2006): | $274.50 |
| **Subtotal for Professional Services** | **$117,879.00** |
| Costs (billed): (Exhibit A) | $4,584.12 |
| Costs (to be billed as of November 17, 2006): | $0 |
| **Subtotal for Costs** | **$4,584.12** |
| | |
| **TOTAL FEES AND COSTS (BILLED AND UNBILLED)** | **$122,463.12** |
| | |
| **TOTAL FEES AND COSTS** | |

Signed under the pains and penalties of perjury this 20th day of November 2006.

_____
Kevin J. Mangan

**SWORN TO AND SUBSCRIBED** before me this 20th day of November, 2006.

_____
Heidi E. Sasso
Notary Public

HEIDI E. SASSO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 12, 2007