MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| 06/22/2001 | $94.50 | | | |
| | $31.50 | | | |
| | $63.00 | | | |
| | $172.00 | | | |
| | $63.00 | | | |
| | | $31.50 | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | | | | $4.00 |
| 07/19/2001 | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $43.00 | | | |
| | $63.00 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | | | | $0.00 |
| 08/015/01 | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | $21.50 | | | |
| | $63.00 | | | |
| | $63.00 | | | |
| | $31.50 | | | |
| | $63.00 | | | |
| | $31.50 | | | |
| | $67.50 | | | |
| | $31.50 | | | |
| | $31.50 | | | |
| | | | | $0.00 |
| 09/11/2001 | $230.00 | | | |
| | $32.50 | | | |
| | $32.50 | | | |
| | $32.50 | | | |
| | $22.00 | | | |
| | $44.00 | | | |
| | $32.50 | | | |
| | $520.00 | | | |
| | $46.00 | | | |
| | $32.50 | | | |
| | $115.00 | | | |
| | $46.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $65.00 | | | |
| | $44.00 | | | |
| | $32.50 | | | |
| | | | | $0.00 |
| | | | | |
| 11/28/2001 | $1,379.50 | | | |
| | | | | |
| | | | | |
| 12/20/2001 | $382.50 | | | |
| | | | | $76.21 |
| 01/18/2002 | $359.50 | | | |
| | | | | $20.00 |
| | | | | |
| 02/20/2002 | $4,252.00 | | | |
| | | | | $416.18 |
| | | | | |
| 03/14/2002 | $1,765.00 | | | |
| | | | | $122.40 |
| | | | | |
| 04/15/2002 | $2,116.00 | | | |
| | | | | $171.20 |
| | | | | |
| 05/09/2002 | $4,019.00 | | | |
| | | | | $282.38 |
| | | | | |
| 07/12/2002 | $70.00 | | | |
| | $72.00 | | | |
| | $24.00 | | | |
| | $35.00 | | | |
| | $35.00 | | | |
| | $70.00 | | | |
| | $72.00 | | | |
| | $35.00 | | | |
| | $35.00 | | | |
| | $35.00 | | | |
| | $48.00 | | | |
| | $24.00 | | | |
| | $48.00 | | | |
| | $35.00 | | | |
| | $35.00 | | | |
| | $48.00 | | | |
| | $24.00 | | | |
| | $168.00 | | | |
| | $175.00 | | | |
| | $35.00 | | | |
| | $210.00 | | | |
| | $35.00 | | | |
| | $331.50 | | | |
| | $35.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $35.00 | | | |
| | | | | $0.00 |
| | | | | |
| 08/13/2002 | $48.00 | | | |
| | $70.00 | | | |
| | $48.00 | | | |
| | $24.00 | | | |
| | $11.00 | | | |
| | $22.00 | | | |
| | $35.00 | | | |
| | $216.00 | | | |
| | $11.00 | | | |
| | $44.00 | | | |
| | $22.00 | | | |
| | $66.00 | | | |
| | $33.00 | | | |
| | $55.00 | | | |
| | $16.50 | | | |
| | $33.00 | | | |
| | $72.00 | | | |
| | $22.00 | | | |
| | $22.00 | | | |
| | $33.00 | | | |
| | $70.00 | | | |
| | $48.00 | | | |
| | $11.00 | | | |
| | $22.00 | | | |
| | $11.00 | | | |
| | $24.00 | | | |
| | $48.00 | | | |
| | $22.00 | | | |
| | $11.00 | | | |
| | $11.00 | | | |
| | $11.00 | | | |
| | $70.00 | | | |
| | $192.00 | | | |
| | $48.00 | | | |
| | $48.00 | | | |
| | $48.00 | | | |
| | $72.00 | | | |
| | | | | $0.00 |
| | | | | |
| 09/13/2002 | $24.00 | | | |
| | $35.00 | | | |
| | $35.00 | | | |
| | $24.00 | | | |
| | $72.00 | | | |
| | $70.00 | | | |
| | $48.00 | | | |
| | | | $192.00 | |
| | $48.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | $912.00 | |
| | $70.00 | | | |
| | $72.00 | | | |
| | | $360.00 | | |
| | $35.00 | | | |
| | | $144.00 | | |
| | | $24.00 | | |
| | $175.00 | | | |
| | $24.00 | | | |
| | $140.00 | | | |
| | $48.00 | | | |
| | $70.00 | | | |
| | $140.00 | | | |
| | $105.00 | | | |
| | $35.00 | | | |
| | | | | $10.98 |
| | | | | |
| 10/09/2002 | | $50.00 | | |
| | $450.00 | | | |
| | $22.00 | | | |
| | $11.00 | | | |
| | $44.00 | | | |
| | $88.00 | | | |
| | $75.00 | | | |
| | $22.00 | | | |
| | $50.00 | | | |
| | | $50.00 | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $375.00 | | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $625.00 | | | |
| | $325.00 | | | |
| | $144.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $125.00 | | | |
| | $50.00 | | | |
| | $72.00 | | | |
| | | | | $0.20 |
| | | | | |
| 11/12/2002 | $36.00 | | | |
| | $108.00 | | | |
| | $36.00 | | | |
| | $108.00 | | | |
| | $575.00 | | | |
| | $375.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $25.00 | | | |
| | $800.00 | | | |
| | $75.00 | | | |
| | $24.00 | | | |
| | $725.00 | | | |
| | | $50.00 | | |
| | $50.00 | | | |
| | | $50.00 | | |
| | $250.00 | | | |
| | $36.00 | | | |
| | | $25.00 | | |
| | | $125.00 | | |
| | | $25.00 | | |
| | | $75.00 | | |
| | | $75.00 | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | | $25.00 | | |
| | | $50.00 | | |
| | $75.00 | | | |
| | | $50.00 | | |
| | $36.00 | | | |
| | | $50.00 | | |
| | $400.00 | | | |
| | | $25.00 | | |
| | $125.00 | | | |
| | $108.00 | | | |
| | $25.00 | | | |
| | $25.00 | | | |
| | | $1,400.00 | | |
| | | $24.00 | | |
| | | $36.00 | | |
| | $36.00 | | | |
| | | $200.00 | | |
| | | $50.00 | | |
| | | $25.00 | | |
| | | $216.00 | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $25.00 | | | |
| | $25.00 | | | |
| | $375.00 | | | |
| | $60.00 | | | |
| | $48.00 | | | |
| | $36.00 | | | |
| | $12.00 | | | |
| | $36.00 | | | |
| | $500.00 | | | |
| | $250.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | $50.00 | |
| | $25.00 | | | |
| | $125.00 | | | |
| | | | | $244.34 |
| | | | | |
| 12/19/2002 | $50.00 | | | |
| | $108.00 | | | |
| | $200.00 | | | |
| | | | $375.00 | |
| | $36.00 | | | |
| | | | $50.00 | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | | $25.00 | | |
| | | $50.00 | | |
| | $216.00 | | | |
| | $72.00 | | | |
| | | $50.00 | | |
| | | | $36.00 | |
| | | | $125.00 | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | $72.00 | | | |
| | $36.00 | | | |
| | | $50.00 | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | | | | $821.09 |
| | | | | |
| 01/13/2003 | $125.00 | | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $100.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $25.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | | $150.00 | | |
| | $108.00 | | | |
| | | | $125.00 | |
| | $75.00 | | | |
| | $108.00 | | | |
| | $12.00 | | | |
| | $36.00 | | | |
| | $125.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $25.00 | | | |
| | $350.00 | | | |
| | $50.00 | | | |
| | $180.00 | | | |
| | | $25.00 | | |
| | | | $100.00 | |
| | | | $25.00 | |
| | $100.00 | | | |
| | $125.00 | | | |
| | | $200.00 | | |
| | | $50.00 | | |
| | $50.00 | | | |
| | | $50.00 | | |
| | $24.00 | | | |
| | $72.00 | | | |
| | $24.00 | | | |
| | $24.00 | | | |
| | $12.00 | | | |
| | $72.00 | | | |
| | $100.00 | | | |
| | $575.00 | | | |
| | | | | $24.00 |
| | | | | |
| 03/25/2003 | $25.00 | | | |
| | $25.00 | | | |
| | $1,000.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $25.00 | | | |
| | $108.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $150.00 | | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $72.00 | | | |
| | $25.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $25.00 | | | |
| | $108.00 | | | |
| | $36.00 | | | |
| | $125.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $36.00 | | | |
| | $24.00 | | | |
| | $50.00 | | | |
| | $25.00 | | | |
| | $25.00 | | | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $72.00 | | | |
| | $25.00 | | | |
| | $125.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $72.00 | | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $36.00 | | | |
| | $225.00 | | | |
| | $50.00 | | | |
| | | | | $143.43 |
| | | | | |
| 04/24/2003 | $36.00 | | | |
| | $125.00 | | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $75.00 | | | |
| | $250.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | $125.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $72.00 | | | |
| | $1,260.00 | | | |
| | $72.00 | | | |
| | $925.00 | | | |
| | $108.00 | | | |
| | $1,550.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $180.00 | | | |
| | $50.00 | | | |
| | $300.00 | | | |
| | $36.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | | | | $0.00 |
| | | | | |
| 05/29/2003 | $75.00 | | | |
| | $50.00 | | | |
| | $468.00 | | | |
| | $950.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $108.00 | | | |
| | $36.00 | | | |
| | $275.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $50.00 | | | |
| | $108.00 | | | |
| | $150.00 | | | |
| | $36.00 | | | |
| | $25.00 | | | |
| | $50.00 | | | |
| | $50.00 | | | |
| | $800.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |
| | $25.00 | | | |
| | $175.00 | | | |
| | $252.00 | | | |
| | $100.00 | | | |
| | $108.00 | | | |
| | $288.00 | | | |
| | $36.00 | | | |
| | $75.00 | | | |
| | $50.00 | | | |
| | $175.00 | | | |
| | $216.00 | | | |
| | $50.00 | | | |
| | $250.00 | | | |
| | $50.00 | | | |
| | $75.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $125.00 | | | |
| | | | | $157.50 |
| | | | | |
| 06/18/2003 | $52.00 | | | |
| | $78.00 | | | |
| | $260.00 | | | |
| | $52.00 | | | |
| | $150.00 | | | |
| | $78.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $338.00 | | | |
| | $150.00 | | | |
| | $52.00 | | | |
| | | | $52.00 | |
| | $225.00 | | | |
| | $104.00 | | | |
| | $78.00 | | | |
| | $75.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $338.00 | | | |
| | $262.50 | | | |
| | $37.50 | | | |
| | $78.00 | | | |
| | $390.00 | | | |
| | $750.00 | | | |
| | $104.00 | | | |
| | $41.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $26.00 | | | |
| | $41.00 | | | |
| | $266.50 | | | |
| | $75.00 | | | |
| | $312.00 | | | |
| | $26.00 | | | |
| | $26.00 | | | |
| | $37.50 | | | |
| | $937.50 | | | |
| | | | | $70.35 |
| | | | | |
| 07/14/2003 | $75.00 | | | |
| | $780.00 | | | |
| | $104.00 | | | |
| | $75.00 | | | |
| | $104.00 | | | |
| | $104.00 | | | |
| | $75.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $52.00 | | | |
| | $52.00 | | | |
| | $75.00 | | | |
| | $130.00 | | | |
| | $75.00 | | | |
| | $468.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $375.00 | | | |
| | $208.00 | | | |
| | $37.50 | | | |
| | $390.00 | | | |
| | | | | $0.00 |
| 08/14/2003 | $37.50 | | | |
| | $156.00 | | | |
| | $75.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $75.00 | | | |
| | $78.00 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $650.00 | | | |
| | $26.00 | | | |
| | | | | $0.00 |
| 09/15/2003 | $52.00 | | | |
| | $78.00 | | | |
| | $260.00 | | | |
| | $52.00 | | | |
| | $150.00 | | | |
| | $78.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $338.00 | | | |
| | $150.00 | | | |
| | $52.00 | | | |
| | | | $52.00 | |
| | $225.00 | | | |
| | $104.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $78.00 | | | |
| | $75.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $338.00 | | | |
| | $262.50 | | | |
| | $37.50 | | | |
| | $78.00 | | | |
| | $390.00 | | | |
| | $750.00 | | | |
| | $104.00 | | | |
| | $41.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $26.00 | | | |
| | $41.00 | | | |
| | $75.00 | | | |
| | $312.00 | | | |
| | $26.00 | | | |
| | $26.00 | | | |
| | $37.50 | | | |
| | $937.50 | | | |
| | $26.00 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $225.00 | | | |
| | $78.00 | | | |
| | $26.00 | | | |
| | $130.00 | | | |
| | | $130.00 | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | | | | $70.35 |
| | | | | |
| 10/14/2003 | $104.00 | | | |
| | $37.50 | | | |
| | $26.00 | | | |
| | $112.50 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $562.50 | | | |
| | $52.00 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | | | | $0.00 |
| | | | | |
| 11/11/2003 | $75.00 | | | |
| | $52.00 | | | |