MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $37.50 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $104.00 | | | |
| | $187.50 | | | |
| | | | | $0.00 |
| 12/16/2003 | $37.50 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $37.50 | | | |
| | $37.50 | | | |
| | $75.00 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | $52.00 | | | |
| | $37.50 | | | |
| | | | | $0.00 |
| 01/12/2004 | $37.50 | | | |
| | $37.50 | | | |
| | $112.50 | | | |
| | | | | $0.00 |
| 02/11/2004 | $39.50 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $82.50 | | | |
| | $55.00 | | | |
| | $197.50 | | | |
| | $39.50 | | | |
| | $27.50 | | | |
| | $39.50 | | | |
| | | | | $0.00 |
| 03/12/2004 | | $27.50 | | |
| | $39.50 | | | |
| | | | | $0.00 |
| 04/12/2004 | $39.50 | | | |
| | $82.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $79.00 | | | |
| | $82.50 | | | |
| | $197.50 | | | |
| | $1,100.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $137.50 | | | |
| | $82.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $118.50 | | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $118.50 | | | |
| | $39.50 | | | |
| | $27.50 | | | |
| | | | | $14.38 |
| | | | | |
| 05/12/2004 | $27.50 | | | |
| | $55.00 | | | |
| | $55.00 | | | |
| | $165.00 | | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $82.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $27.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $55.00 | | | |
| | | | | $45.36 |
| 06/08/2004 | $39.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $27.50 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $110.00 | | | |
| | $82.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $440.00 | | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $82.50 | | | |
| | $27.50 | | | |
| | $82.50 | | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $39.50 | | | |
| | $39.50 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $55.00 | | | |
| | $55.00 | | | |
| | | | | $1.80 |
| | | | | |
| 07/16/2004 | $55.00 | | | |
| | $55.00 | | | |
| | $55.00 | | | |
| | $137.50 | | | |
| | | $192.50 | | |
| | | $118.50 | | |
| | | $82.50 | | |
| | | $55.00 | | |
| | | $82.50 | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $27.50 | | | |
| | $82.50 | | | |
| | | $55.00 | | |
| | | $27.50 | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $79.00 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $82.50 | | | |
| | $55.00 | | | |
| | $39.50 | $27.50 | | |
| | | $330.00 | | |
| | | | | $290.80 |
| | | | | |
| 08/09/2004 | $158.00 | | | |
| | $137.50 | | | |
| | | $55.00 | | |
| | $39.50 | | | |
| | $27.50 | | | |
| | | $55.00 | | |
| | $27.50 | | | |
| | $55.00 | | | |
| | | $27.50 | | |
| | | $55.00 | | |
| | $27.50 | | | |
| | $27.50 | | | |
| | $82.50 | | | |
| | $82.50 | | | |
| | | $27.50 | | |
| | $27.50 | | | |
| | $79.00 | | | |
| | $55.00 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | |
| 09/10/2004 | $82.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $330.00 | | | |
| | $55.00 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | | | | $13.56 |
| | | | | |
| 10/08/2004 | $79.00 | | | |
| | $82.50 | $27.50 | | |
| | $39.50 | | | |
| | $82.50 | | | |
| | | $39.50 | | |
| | $82.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | | $27.50 | | |
| | $39.50 | | | |
| | | | | $0.00 |
| | | | | |
| 11/10/2004 | $39.50 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | | $152.50 | | |
| | | $152.50 | | |
| | | $40.50 | | |
| | | $54.00 | | |
| | | $54.00 | | |
| | | $118.50 | | |
| | | $39.50 | | |
| | $79.00 | | | |
| | $39.50 | | | |
| | | | | $12.90 |
| | | | | |
| 12/10/2004 | $79.00 | | | |
| | $79.00 | | | |
| | $39.50 | | | |
| | $118.50 | | | |
| | $61.00 | | | |
| | $1,580.00 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | $118.50 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $118.50 | | | |
| | $39.50 | | | |
| | $39.50 | | | |
| | $55.00 | | | |
| | | | | $229.05 |
| | | | | |
| 01/11/2005 | $79.00 | | | |
| | $55.00 | | | |
| | $39.50 | | | |
| | $79.00 | | | |
| | $39.50 | | | |
| | | | | $58.70 |
| | | | | |
| 02/09/2005 | $42.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $29.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $127.50 | | | |
| | $59.00 | | | |
| | $29.50 | | | |
| | | | | $0.00 |
| | | | | |
| 03/04/2005 | $29.50 | | | |
| | $85.00 | | | |
| | $127.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $127.50 | | | |
| | $59.00 | | | |
| | $88.50 | | | |
| | $42.50 | | | |
| | $59.00 | | | |
| | $29.50 | | | |
| | | | | $0.00 |
| | | | | |
| 04/07/2005 | $42.50 | | | |
| | $59.00 | | | |
| | $29.50 | | | |
| | $855.50 | | | |
| | $42.50 | | | |
| | $59.00 | | | |
| | $212.50 | | | |
| | $59.00 | | | |
| | $42.50 | | | |
| | $212.50 | | | |
| | | | $29.50 | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | |
| 05/10/2005 | $85.00 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $85.00 | | | |
| | $42.50 | | | |
| | $29.50 | | | |
| | $42.50 | | | |
| | $88.50 | | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | | | | $0.00 |
| | | | | |
| 06/07/2005 | $42.50 | | | |
| | $297.50 | | | |
| | $212.50 | | | |
| | | $206.50 | | |
| | $59.00 | | | |
| | $42.50 | | | |
| | | $88.50 | | |
| | | $88.50 | | |
| | | $29.50 | | |
| | | $88.50 | | |
| | $42.50 | | | |
| | | $59.00 | | |
| | | $295.00 | | |
| | $42.50 | | | |
| | | $88.50 | | |
| | $295.00 | | | |
| | | $59.00 | | |
| | | $29.50 | | |
| | | $88.50 | | |
| | $1,700.00 | | | |
| | | $590.00 | | |
| | | $59.00 | | |
| | | $42.00 | | |
| | | $140.00 | | |
| | | $210.00 | | |
| | | $42.00 | | |
| | | $210.00 | | |
| | | $56.00 | | |
| | | $56.00 | | |
| | | $42.00 | | |
| | | $84.00 | | |
| | | $56.00 | | |
| | $42.50 | | | |
| | $88.50 | | | |
| | | $70.00 | | |
| | $42.50 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | $59.00 | | |
| | $118.00 | | | |
| | | $28.00 | | |
| | | $56.00 | | |
| | | $59.00 | | |
| | $59.00 | | | |
| | | $88.50 | | |
| | $59.00 | | | |
| | $42.50 | | | |
| | | | | $606.88 |
| | | | | |
| 07/11/2005 | | $85.00 | | |
| | $297.50 | | | |
| | $85.00 | | | |
| | | $28.00 | | |
| | $425.00 | | | |
| | | $88.50 | | |
| | | $42.00 | | |
| | | $42.00 | | |
| | | $56.00 | | |
| | | $56.00 | | |
| | | $70.00 | | |
| | | $42.00 | | |
| | | $28.00 | | |
| | | $42.00 | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | | $59.00 | | |
| | $1,190.00 | | | |
| | | $28.00 | | |
| | | $42.00 | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | | $147.50 | | |
| | | $42.50 | | |
| | | $59.00 | | |
| | $29.50 | | | |
| | $29.50 | | | |
| | $425.00 | | | |
| | $59.00 | | | |
| | | | | $89.84 |
| | | | | |
| 08/09/2005 | $85.00 | | | |
| | $85.00 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | | | | $269.50 |
| | | | | |
| 09/07/2005 | $85.00 | | | |
| | $42.50 | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $42.50 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | $42.50 | | | |
| | $127.50 | | | |
| | $42.50 | | | |
| | | | | $0.00 |
| | | | | |
| 10/07/2005 | $42.50 | | | |
| | | $42.50 | | |
| | $42.50 | | | |
| | $59.00 | | | |
| | | | | $0.00 |
| | | | | |
| 11/08/2005 | $85.00 | | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | $42.50 | | | |
| | $59.00 | | | |
| | $42.50 | | | |
| | $85.00 | | | |
| | | | | $0.00 |
| | | | | |
| 12/08/2005 | $42.50 | | | |
| | $42.50 | | | |
| | $85.00 | | | |
| | $29.50 | | | |
| | $42.50 | | | |
| | $42.50 | | | |
| | | | | $0.00 |
| | | | | |
| 01/12/2006 | $85.00 | | | |
| | $88.50 | | | |
| | $59.00 | | | |
| | $42.50 | | | |
| | | | | $0.00 |
| | | | | |
| 02/08/2006 | $44.00 | | | |
| | $44.00 | | | |
| | $44.00 | | | |
| | $44.00 | | | |
| | | | | $0.00 |
| | | | | |
| 03/07/2006 | | | $61.00 | |
| | $44.00 | | | |
| | | $91.50 | | |
| | | $132.00 | | |
| | | $30.50 | | |
| | | | $61.00 | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $44.00 | | | |
| | $61.00 | | | |
| | $30.50 | | | |
| | $152.50 | | | |
| | $44.00 | | | |
| | $396.50 | | | |
| | $61.00 | | | |
| | $30.50 | | | |
| | $44.00 | | | |
| | | | | $4.80 |
| | | | | |
| 04/07/2006 | $152.50 | | | |
| | $132.00 | | | |
| | | $61.00 | | |
| | $61.00 | | | |
| | $152.50 | | | |
| | | $30.50 | | |
| | $30.50 | | | |
| | | $61.00 | | |
| | $91.50 | | | |
| | $30.50 | | | |
| | $91.50 | | | |
| | $44.00 | | | |
| | | $152.50 | | |
| | $44.00 | | | |
| | $61.00 | | | |
| | $44.00 | | | |
| | $61.00 | | | |
| | $44.00 | | | |
| | | $91.50 | | |
| | | | $30.50 | |
| | | $44.00 | | |
| | | $30.50 | | |
| | | | $30.50 | |
| | | | $30.50 | |
| | | | | $16.50 |
| | | | | |
| 05/03/2006 | $44.00 | | | |
| | $44.00 | | | |
| | $91.50 | | | |
| | $61.00 | | | |
| | $44.00 | | | |
| | $132.00 | | | |
| | | | $61.00 | |
| | $61.00 | | | |
| | $61.00 | | | |
| | $61.00 | | | |
| | $44.00 | | | |
| | $30.50 | | | |
| | | | $91.50 | |
| | | | $152.50 | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $44.00 | | | |
| | $88.00 | | | |
| | $44.00 | | | |
| | $91.50 | | | |
| | | | $61.00 | |
| | | | $488.00 | |
| | | | $44.00 | |
| | | | $305.00 | |
| | | | $701.50 | |
| | | | $61.00 | |
| | $61.00 | | | |
| | $91.50 | | | |
| | $61.00 | | | |
| | $122.00 | | | |
| | $44.00 | | | |
| | | | $61.00 | |
| | | | $61.00 | |
| | | | | $85.50 |
| 06/08/2006 | $88.00 | | | |
| | $91.50 | | | |
| | $61.00 | | | |
| | $61.00 | | | |
| | $91.50 | | | |
| | $91.50 | | | |
| | $61.00 | | | |
| | $61.00 | | | |
| | | | $61.00 | |
| | | | $91.50 | |
| | | | $61.00 | |
| | | | $30.50 | |
| | $61.00 | | | |
| | | | $61.00 | |
| | $44.00 | | | |
| | $91.50 | | | |
| | | | $30.50 | |
| | | | $152.50 | |
| | | | $61.00 | |
| | $264.00 | | | |
| | | | $61.00 | |
| | | | $274.50 | |
| | | | $43.50 | |
| | | | $29.00 | |
| | | | $58.00 | |
| | | | $14.50 | |
| | | | $29.00 | |
| | $44.00 | | | |
| | | | $91.50 | |
| | | | $132.00 | |
| | | | $91.50 | |
| | | | $30.50 | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | $91.50 | |
| | $30.50 | | | |
| | | | $44.00 | |
| | | | $61.00 | |
| | | | | $115.44 |
| | | | | |
| 07/07/2006 | $44.00 | | | |
| | $61.00 | | | |
| | | | $61.00 | |
| | | | $29.00 | |
| | | | $30.50 | |
| | $44.00 | | | |
| | | | $61.00 | |
| | | | $101.50 | |
| | | | $29.00 | |
| | | | $91.50 | |
| | $91.50 | | | |
| | | | $30.50 | |
| | $91.50 | | | |
| | | | $14.50 | |
| | | | $30.50 | |
| | $61.00 | | | |
| | $30.50 | | | |
| | | | $61.00 | |
| | | | | $76.00 |
| | | | | |
| 08/08/2006 | | | $61.00 | |
| | | | $30.50 | |
| | | | $61.00 | |
| | | | $61.00 | |
| | | | $30.50 | |
| | | | $30.50 | |
| | $44.00 | | | |
| | | | $122.00 | |
| | $30.50 | | | |
| | $61.00 | | | |
| | $88.00 | | | |
| | | | | $18.50 |
| | | | | |
| 09/07/2006 | $44.00 | | | |
| | $44.00 | | | |
| | | | | $0.00 |
| 10/11/2006 | $88.00 | | | |
| | | | $30.50 | |
| | $44.00 | | | |
| | $44.00 | | | |
| | $61.00 | | | |
| | | | | |

MONZACK MONACO'S INVOICES

| INVOICE DATE | PREFERENCE AND RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| 11/07/2006 | | | $61.00 | |
| | | | $61.00 | |
| | | | $30.50 | |
| | | $122.00 | | |
| | | $30.50 | | |
| | $176.00 | | | |
| | $305.00 | | | |
| | | $30.50 | | |
| | | $88.00 | | |
| | $61.00 | | | |
| | | $30.50 | | |
| | | | | |
| TOTAL | $99,425.00 | $11,035.00 | $7,144.50 | $4,584.12 |