IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INC.<br>et al.,<br><br>    Debtors | Chapter 11<br><br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>SWE&C LIQUIDATING TRUSTEE,<br>    Defendants | Adv. No. 01-7766 (PJW)<br><br>Civ. No. 04-834-SLR |

**AFFIDAVIT OF AMY B. ABBOTT IN SUPPORT OF
SAMBA'S ITEMIZATION OF ATTORNEYS' FEES AND COSTS**

I, Amy B. Abbott, do hereby depose and state:

1.    I am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("K&LNG"), counsel for the plaintiff, Saudi American Bank ("SAMBA") in the above captioned action. This affidavit is made in support of SAMBA's Itemization of Attorneys' Fees and Costs, which is being filed herewith.

2.    I am familiar with the facts surrounding this case, and have been involved with K&LNG's litigation of this matter.

3.    I have reviewed and am fully familiar with all of the K&LNG billing items referred to below.

BOS-1028064 v1 0508830-0901

4. Exhibit A attached hereto and incorporated herein are invoices of K&LNG (with minor redactions to avoid the disclosure of privileged information) dated July 2000 through November 2006 which detail the total hours of and fees for legal services performed by K&LNG attorneys and other professional personnel and the costs and expenses paid or incurred in connection with this case. The fees for billed professional services total $1,965,019.25; costs total $151,445.99. To the extent possible, these fees have been broken down into three categories: (1) Preference and Recovery Actions (highlighted in yellow); (2) Recovery Action (highlighted in pink); and (3) Saudi Aramco Action (highlighted in green). The fees identified as being incurred in the Recovery Action, independent of the Preference Action, are being provided to the limited extent that such fees could be isolated. However, such fees could only be isolated in <u>very</u> limited circumstances. Such circumstances include fees incurred after the Court's dismissal of the Preference Action or filings in the Recovery Action that did not relate to discovery matters. <u>See also</u> Affidavit of D. Rosenfeld in Support of Plainitff's Motion for Assessment of Damages [D.I. 16, 17]; Affidavit of J. Hutchins in Support of Plainitff's Motion for Assessment of Damages [D.I 18, 23].

5. Exhibit B attached hereto is a true and correct copy of a spreadsheet itemizing the professional services rendered for each of the invoices set forth in Exhibit A. To the limited extent possible, the spreadsheet itemizes the fees into the following three categories: (1) Preference and Recovery Actions (highlighted in yellow); (2) Recovery Action (highlighted in pink); and (3) Saudi Aramco Action (highlighted in green).

6. In addition to K&LNG's legal fees and costs, SAMBA has incurred certain additional legal fees and costs. These include legal fees and costs for professional services provided by Clifford Chance ("Clifford Chance"), whose involvement was necessary in connection with the various bankruptcy proceedings, as well as mediator fees paid to Judge Francis G. Conrad ("Conrad"), the court-appointed mediator.

7. I have reviewed spreadsheets regarding the Clifford Chance and Conrad expenses, as provided by SAMBA, and, upon information and belief, these expenses have been paid by SAMBA.

8. Exhibit C attached hereto details the invoices and payments made by SAMBA to Clifford Chance in the amount of 22,062.23 Saudi Arabian Riyals. As of November 20, 2006, 22,062.23 Saudi Arabian Riyals is equivalent to $5,884.05 (USD). Exhibit D attached hereto details the payments made by SAMBA to Judge Francis G. Conrad in the amount of $15,334.00 (USD).

9. Lastly, in connection with this case, SAMBA has incurred travel expenses in the amount of $36,931.00. I have reviewed documentation regarding SAMBA's travel expenses, as provided by SAMBA, and, upon information and belief, these expenses have been paid by SAMBA. See Affidavit of A. Usmani, filed in support of SAMBA's Motion for Assessment of Damages. [D.I. 15, 22].

10. The sum of SAMBA's reasonable K&LNG attorneys' fees and related costs in connection with this litigation are as follows:

| | |
|---|---|
| Professional Services billed in the Preference and Recovery Actions:<br>(Exhibits A and B) | $1,564,535.75 |
| Professional Services billed in the Recovery Action:<br>(Exhibits A and B) | $308,276.00 |
| Professional Services billed in the Saudi Aramco Action:<br>(Exhibits A and B) | $92,207.50 |
| Professional Services (billed by Clifford Chance):<br>(Exhibit D) | $5,884.05 |
| Professional Services (billed by Judge Francis G. Conrad):<br>(Exhibit E) | $15,334.00 |
| **Subtotal for Professional Services** | **$1,986,237.30** |
| Costs (billed):<br>(Exhibits A and B) | $151,445.99 |
| Travel Expenses: | $36,931.00. |
| **Subtotal for Costs** | **$188,376.99** |
| | |
| **TOTAL FEES AND COSTS** | **$2,174,614.29** |

Signed under the pains and penalties of perjury this 20th day of November 2006.

*Amy B. Abbott* (signature)
Amy B. Abbott

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Date: 11-20-06

On this 20th day of November, 2006, before me, the undersigned notary public, personally appeared Amy Abbott, proved to me through satisfactory evidence of identification, which was Mass. License, to be the person whose name is signed on the preceding or attached document in my presence.

*MaryAnn Souza* (signature)
Notary Public for
the Commonwealth of Massachusetts

My commission expires 11-20-2010