# Exhibit C

Bugshan Stone & Webster Company Limited

Legal Fees / Professional services

Payments of Invoices

| Clifford Chance | | | | | | |
|---|---|---|---|---|---|---|
| Date of Receive | Invoice No | Date of Period | | Amount Stg | Equilent SR | TOTAL |
| August 24,2000 | 2004522 | 1st July To 31st July 2000 | | £736.00 | 3,893.80 | 3,893.80 |
| Nove 13,2000 | 2006211 | 1st August To 31st October 2000 | | £150.50 | 812.31 | 4,706.11 |
| March 29,2001 | 12001515 | 1st November 00 To 31st January 2001 | | £294.50 | 1,604.32 | 6,310.43 |
| 12/23/2002 | 22005968 | 29/7 to 15/11 2002 | | £2,625.30 | 15751.80 | 22,062.23 |
| | | | | | | |
| | | | | TOTAL | 22,062.23 | 22,062.23 |