# Exhibit D

Bugshan Stone & Webster Company Limited

Legal Fees / Professional services

Payments of Invoices

| JUDGE FRANCIS G. CONRAD ||||||||
|---|---|---|---|---|---|---|
| Date of Receive | Invoice No | Date of Period | | AMT | Equilent SR | TOTAL |
| | | | | US $ | | |
| June 2004 | | | | $9,200.00 | SAR 34,500.00 | 34,500.00 |
| September 2004 | | | | $6,134.00 | SAR 23,002.50 | 57,502.50 |
| | | | TOTAL | $15,334.00 | SAR 57,502.50 | 57,502.50 |