# **EXHIBIT A**

# M&M INVOICES DATED JUNE 2001 THROUGH NOVEMBER 2006

## KEY

Preference and Recovery Actions

Recovery Action

Saudi Aramco Action