REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number 3776  -00001-003 FAM
                    Bill date    06/22/01
```

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808
Attn:  John C. Hutchins, Esquire


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

05/09/01 FAM   Telephone conference with and telephone call to
               J. Hutchins.
                                   .30 hrs   315  /hr      94.50
05/16/01 FAM   Telephone conference with J. Hutchins.
                                   .10 hrs   315  /hr      31.50
05/17/01 FAM   Correspondence from J. Hutchins.
               Review of papers.
                                   .20 hrs   315  /hr      63.00
05/18/01 KJM   Review of response to Shaw Objection and related
               pleadings; review of notice of agenda; email to
               J. Hutchins.
                                   .80 hrs   215  /hr     172.00
05/18/01 FAM   Review of agenda notice.
               Telephone conference with J. Hutchins.
                                   .20 hrs   315  /hr      63.00
05/21/01 FAM   Correspondence from Shaw counsel.
                                   .10 hrs   315  /hr      31.50
05/21/01 FAM   Correspondence from A. Swope.
                                   .10 hrs   315  /hr      31.50
05/23/01 FAM   Review of agenda notice and bankruptcy pleadings.
                                   .10 hrs   315  /hr      31.50
05/24/01 FAM   Review of docket sheets.
                                   .10 hrs   315  /hr      31.50
05/25/01 FAM   Review of bankruptcy pleadings.
                                   .10 hrs   315  /hr      31.50
                                                      -----------
               TOTAL FEES                       $        581.50

DISBURSEMENTS

05/31/01 PH    Photocopying                                4.00
                                                      -----------
               TOTAL DISBURSEMENTS              $          4.00

BILLING SUMMARY
```

REPRINT OF BILLED DETAILS (as billed)
3776 -00001-003 FAM                                              Page    2

              TOTAL FEES                              $          581.50

              TOTAL DISBURSEMENTS                     $            4.00
                                                          ------------
              TOTAL CHARGES FOR THIS BILL             $          585.50

REPRINT OF BILLED DETAILS (as billed)

Bill number 3776  -00001-005 FAM
Bill date   07/19/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808
Attn:  John C. Hutchins, Esquire


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

06/04/01 FAM   Correspondence from C. Sontchi.
                                          .10 hrs   315  /hr        31.50
06/06/01 FAM   Review of docket sheets.
                                          .10 hrs   315  /hr        31.50
06/08/01 FAM   Review of agenda notice.
                                          .10 hrs   315  /hr        31.50
06/10/01 KJM   Review of notice of agenda and adjournment of
               Shaw second omnibus objection; correspondence to
               co-counsel re: adjuornment.
                                          .20 hrs   215  /hr        43.00
06/14/01 FAM   Telephone conference with J. Hutchins.
                                          .20 hrs   315  /hr        63.00
06/15/01 FAM   Review of docket sheets.
                                          .10 hrs   315  /hr        31.50
06/19/01 FAM   Review of docket sheets and bankruptcy pleadings.
                                          .10 hrs   315  /hr        31.50
06/21/01 FAM   Review of UCC omnibus objections.
                                          .10 hrs   315  /hr        31.50
06/26/01 FAM   Review of bankruptcy pleadings.
                                          .10 hrs   315  /hr        31.50
                                                              ----------
               TOTAL FEES                         $              326.50

DISBURSEMENTS

                                                              ----------
               TOTAL DISBURSEMENTS                $                 .00

BILLING SUMMARY

               TOTAL FEES                         $              326.50
                                                              ----------
               TOTAL CHARGES FOR THIS BILL        $              326.50

≡PRINT OF BILLED DETAILS (as billed)

Bill number 3776  -00001-006 FAM
Bill date   08/15/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808
Attn:  John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/01 | FAM | Review of agenda notice and docket sheets. | .10 hrs | 315 /hr | 31.50 |
| 07/10/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 /hr | 31.50 |
| 07/12/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 /hr | 31.50 |
| 07/14/01 | FAM | Review of docket sheets. | .10 hrs | 315 /hr | 31.50 |
| 07/17/01 | KJM | Telephone conference with G. Taylor re: Shaw objection to claims. | .10 hrs | 215 /hr | 21.50 |
| 07/17/01 | FAM | Telephone conference with and telephone call to A. Lee. | .20 hrs | 315 /hr | 63.00 |
| 07/17/01 | FAM | Telephone conference with J. Hutchinson. | .20 hrs | 315 /hr | 63.00 |
| 07/18/01 | FAM | Correspondence from J. Hutchinson. | .10 hrs | 315 /hr | 31.50 |
| 07/24/01 | FAM | Review of docket sheets and bankruptcy pleadings. | .20 hrs | 315 /hr | 63.00 |
| 07/27/01 | FAM | Review of docket sheets. | .10 hrs | 315 /hr | 31.50 |
| 07/30/01 | BJM | Review correspondence and reply correspondence re: Preference Action | .30 hrs | 225 /hr | 67.50 |
| 07/30/01 | FAM | Review of bankruptcy pleadings. | .10 hrs | 315 /hr | 31.50 |
| 07/31/01 | FAM | Interoffice conference with Brian J. McLaughlin. | .10 hrs | 315 /hr | 31.50 |

                                    TOTAL FEES                     $      530.00

DISBURSEMENTS

REPRINT·OF BILLED DETAILS (as billed)                                      Page    2
3776   -00001-006 FAM

●                                                                  - - - - - - - - - - -

                     TOTAL DISBURSEMENTS                          $              .00

BILLING SUMMARY

                     TOTAL FEES                                  $          530.00
                                                              - - - - - - - - - - -
                     TOTAL CHARGES FOR THIS BILL                 $          530.00

REPRINT OF BILLED DETAILS (as billed)


                    Bill number 3776  -00001-007 FAM
                        Bill date   09/11/01

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808
Attn:  John C. Hutchins, Esquire


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

08/02/01 BJM   Review correspondence; miscellaneous review of
               Case Law re: issues raised in
               correspondence/analysis
                            1.00 hrs   230   /hr       230.00
08/06/01 FAM   Review of motion to retain chief restructuring
               officer.
                             .10 hrs   325   /hr        32.50
08/07/01 FAM   Review of Shaw objection notice.
                             .10 hrs   325   /hr        32.50
08/10/01 FAM   Telephone conference with J. Hutchins.
                             .10 hrs   325   /hr        32.50
3/11/01 KJM    Review of notice of rescheduled hearing for Shaw
               claims.
                             .10 hrs   220   /hr        22.00
08/11/01 KJM   Email to J. Hutchins re: status of claims
               objection.
                             .20 hrs   220   /hr        44.00
08/13/01 FAM   Correspondence from J. Hutchins.
                             .10 hrs   325   /hr        32.50
08/14/01 FAM   Review of motion to substantially consolidate and
               disclosure statement.
               Correspondence to J. Hutchins.
                            1.60 hrs   325   /hr       520.00
08/16/01 BJM   Review and review letter
                             .20 hrs   230   /hr        46.00
08/17/01 FAM   Correspondence from J. Hutchins.
                             .10 hrs   325   /hr        32.50
08/17/01 BJM   Review Preference Response letter; Analysis and
               telephone call to John Hutchins, Esquire
                             .50 hrs   230   /hr       115.00
08/17/01 BJM   Telephone conference with John Hutchins, Esquire
               re: Response letter
                             .20 hrs   230   /hr        46.00
08/22/01 FAM   Review of bankruptcy pleadings and agenda notice.
                             .20 hrs   325   /hr        65.00
08/23/01 KJM   Review of notice of agenda re: status of

```
REPRINT OF BILLED DETAILS (as billed)
3776  -00001-007 FAM                                               Page    2
```

objection; correspondence to co-counsel.

|  |  |  |  |  |
|---|---|---|---|---|
|  | .20 hrs | 220 | /hr | 44.00 |

08/24/01 FAM   Review of amended agenda notice.

|  |  |  |  |  |
|---|---|---|---|---|
|  | .10 hrs | 325 | /hr | 32.50 |

```
                TOTAL FEES                          $      1,327.00

DISBURSEMENTS


                TOTAL DISBURSEMENTS                 $           .00

BILLING SUMMARY

                TOTAL FEES                          $      1,327.00

                TOTAL CHARGES FOR THIS BILL         $      1,327.00
```

**WALSH MONZACK and MONACO, P.A.**
1201 Orange Street
Wilmington, DE  19801
(302) 656-8162

⬤audi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston  MA  02190-1808

Page: 1
November 28, 2001
Account No: 3776-00001M
Statement No:          835

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.


                                  FEES

                                                          Hours

09/14/01
     FAM Review of bankruptcy pleadings. Telephone
         conference with J. Hutchins.

09/17/01
     FAM Review of bankruptcy pleadings. Telephone
         call to A. Princi.

09/19/01
     FAM Review of equity committee's disclosure
         statement.

09/22/01
     KJM Review of correspondence from G. Taylor
         re: continuation of Shaw objection and
         correspondence to co-counsel.

09/24/01
     FAM Review of bankruptcy pleadings and agenda
         notice.

09/25/01
     KJM Review of notice of agenda for hearing
         and continuance.

09/27/01
     FAM Correspondence from J. Hutchins.

10/12/01
     FAM Review of bankruptcy pleadings.

10/15/01
     FAM Review of bankruptcy pleadings.

10/16/01
     FAM Telephone conference with M. Brantzberg.
         Interoffice conference with Rachel B.
         Mersky.

10/17/01
     KJM Telephone conference with D. Rosenfeld
         re: filing of pleading.
10/18/01
     KJM Reviewed, finalized and filed answer to
         adversary complaint and complaint against
         Shaw and Debtor with exhibits.
     PL3 File/serve Adversary Complaint.

Saudi American Bank

November 28, 2001
Account No: 3776-00001M
Statement No:        835

v. Stone & Webster, Inc.

Hours

10/22/01
    KJM Review of notice of agenda re:
        adjournment of and correspondence to J.
        Hutchins.
    FAM Review of agenda notice.

10/24/01
    FAM Review of agenda notice and bankruptcy
        pleadings.

    Total fees for this matter          5.50   1,379.50

    TOTAL CURRENT WORK                          1,379.50

    BALANCE FORWARD                            $2,769.00

    BALANCE DUE                                $4,148.50

1201 Orange Street
Wilmington, DE  19801
(302) 656-8162

Page: 1
December 20, 2001
Account No: 3776-00001M
Statement No:        2099

audi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston  MA  02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

11/01/01
    FAM Review of bankruptcy pleadings.

11/19/01
    KJM Telephone conference with D. Rosenfeldt
        re: disclosures in preference action;
        telephone conference with Court re:
        issuance of summons.
    KJM Review of correspondence from D. Rosen
        and correspondence to C. Sontchi.

11/22/01
    FAM Review of  bankruptcy pleadings.

1   /01
    AM Review of agenda notice.

11/26/01
    FAM Review of bankruptcy pleadings.

11/28/01
    FAM Correspondence from Debtor's counsel.

11/29/01
    KJM Review of notice of pretrial conference
        and email to J. Hutchins and review of
        status of complaint against Shaw.

11/30/01
    KJM Telephone conference with Court; review
        of summons; email to J. Hutchins; served
        summons and Complaint on Debtor and Shaw.

    Total fees for this matter                    1.50      382.50

                    EXPENSES

    Photocopying                                            53.20
                                                            ─────
    Total Expenses Thru 11/30/01                            53.20

                  COSTS ADVANCED

10/   /01 Messenger/Courier Expenses                         5.00
10/23/01 Special Postal Services                            18.01
                                                            ─────
    Total Advances                                          23.01

Saudi American Bank

Account No: 3776-00001M
Statement No:        2099

v. Stone & Webster, Inc.

TOTAL CURRENT WORK                                              458.71

BALANCE FORWARD                                              $4,148.50


BALANCE DUE                                                  $4,607.21