WALSH MONZACK and MONACO, P.A.
1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Page: 1
January 18, 2002
Account No: 3776-00001M
Statement No:            2991

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

12/06/01
    FAM Review of bankruptcy pleadings.

12/07/01
    FAM Review of bankruptcy pleadings.

12/12/01
    KJM Telephone conference with D. Rosenfeld re: claim objection.
    FAM Review of bankruptcy pleadings and agenda notice.

12/13/01
    KJM Telephone conference with C. Sontchi re: status of claim objection and adversary action.

12/14/01
    KJM Review of notice of agenda and continuance of claim objection; correspondence to J. Hutchins.
    FAM Review of amended agenda notice and bankruptcy pleadings.

12/20/01
    FAM Review of omnibus objection to claims.

12/26/01
    KJM Review of notice of rescheduled hearing and correspondence to co-counsel.

12/27/01
    FAM Review of bankruptcy pleadings.

12/31/01
    FAM Correspondence from G. Rubin.
    KJM Telephone conference with D. Rosenfeld re: pretrial and motion to consolidate.

    Total fees for this matter     1.30     359.50

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/29/01 | Messenger/Courier Expenses | 5.00 |
| 11/29/01 | Messenger/Courier Expenses | 10.00 |
| 11/30/01 | Messenger/Courier Expenses | 5.00 |
| | Total Advances | 20.00 |

Saudi American Bank  
v. Stone & Webster, Inc.

January 18, 2002  
Account No: 3776-00001M  
Statement No: 2991

| | |
|---|---:|
| TOTAL CURRENT WORK | 379.50 |
| BALANCE FORWARD | $4,607.21 |
| BALANCE DUE | $4,986.71 |

WALSH MONZACK and MONACO, P.A.
1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

                                                                       Page: 1

Saudi American Bank                          February 20, 2002
Kirkpatrick & Lockhart, LLP          Account No: 3776-00001M
75 State Street                              Statement No:       4387
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.


## FEES

                                                                   Hours

01/02/02
    KJM Review of correspondence from D.
        Rosenfeld and draft motion to consolidate
        and amend complaint; review of Shaw
        answer; correspondence to D. Rosenfeld;
        review of Debtors answer to complaint and
        correspondence to co-counsel.

01/03/02
    KJM Telephone conference with D. Rosenfeld
        re: status.
    FAM Review of amended complaint, motion to
        consolidate and memo.
        Correspondence from G. Rubin and D.
        Rosenfeld.

01/04/02
    KJM Review of revised order and motion;
        correspondence to D. Rosenfeld re: filing
        of motion.
    FAM Telephone call to and telephone
        conference with D. Rosenfeld.
        Review of motion to amend complaint.

01/06/02
    KJM Review of correspondence from D.
        Rosenfeld; review of amended complaint
        and motion to amend; correspondence to D.
        Rosenfeld re: status; review of dockets
        and correspondence to D. Rosenfeld.

01/07/02
    KJM Review of email from D. Rosenfeld re:
        filing; review of electronic notice of
        discovery of Shaw.
    KJM Revised motion to compel and prepared
        proposed order; telephone conference with
        co-counsel; filed and served motions to
        amend and consolidate.

01/08/02
    FAM Review of discovery request.

01/__/02
    FAM Review of bankruptcy pleadings.

01/12/02
    KJM Review of Shaw discovery and
        correspondence to D. Rosenfeld re: same.

Saudi American Bank                                    February 20, 2002
                                                       Account No: 3776-00001M
                                                       Statement No:      4387
v. Stone & Webster, Inc.



                                                       Hours

01/15/02
    KJM  Review of Debtors' motion for summary
         judgment; telephone conference with D.
         Rosenfeld; telephone conference with G.
         Rubin.
    FAM  Review of motion for summary judgment.

01/17/02
    KJM  Review of correspondence from G. Rubin
         and telephone conference with G. Rubin
         re: discovery extension until 1/22/02.
    KJM  Review of Debtors motion for judgment on
         pleadings and forwarded to co-counsel.

01/18/02
    KJM  Review of Shaw's response to motions and
         forwarded to co-counsel.

01/19/02
    FAM  Review of Debtor's motion for partial
         summary judgment and Shaw response.

01/21/02
    KJM  Review of correspondence from D.
         Rosenfeld and respond re: pleadings
         status.
    KJM  Telephone conference with D. Rosenfeld
         re: pleadings to be filed.

01/22/02
    KJM  Telephone conference with D. Rosenfeld
         re: status and strategy; telephone
         conference with G. Rubin.
    KJM  Telephone conference with D. Rosenfeld;
         review of opposition to summary judgment;
         reply to motion to consolidate, discovery
         responses and discovery to Debtor; filed
         and served pleadings.
    FAM  Correspondence from D. Rosenfeld.
         Review of and file notice of service.

01/23/02
    KJM  Review of discovery documents and
         correspondence to Debtors' counsel re:
         same; review notice of agenda.
    FAM  Review of discovery responses.

01/24/02
    KJM  Telephone conference with D. Rosenfeld
         re: hearing issues.
    KJM  Review of Debtors' opposition to motion
         for leave to file amended complaint;
         correspondence to D. Rosenfeld.
    KJM  Review of reply to Shaw response,
         revised, filed and served same; review of
         discovery to Shaw and served same.
    FAM  Telephone conference with and
         correspondence from D. Rosenfeld.
         Review of SAMBA discovery and response.

Saudi American Bank                               February 20, 2002
                                              Account No: 3776-00001M
                                              Statement No:      4387
v. Stone & Webster, Inc.

                                                                                     Hours

01/25/02
    KJM Conference with D. Rosenfeld; prepared
        for and attended hearing.
    FAM Review of Review of Debtor's opposition.
        Interoffice conference with Kevin J.
        Mangan.

01/26/02
    KJM Review of Debtors' third omnibus
        objection to claims.

01/28/02
    KJM Review of answer to counterclaim;
        telephone conference with D. Rosenfeld;
        filed and served answer.

    Total fees for this matter                16.80    **4,252.00**

                          EXPENSES

    Facsimile Expenses                                  10.00
    Photocopying                                       324.80
    Postage                                              2.41

    Total Expenses Thru 01/31/02                       337.21

                        COSTS ADVANCED

01/07/02 Messenger/Courier Expenses                    15.00
01/10/02 Special Postal Services                        9.97
01/24/02 Messenger/Courier Expenses                    54.00

    Total Advances                                      78.97

    TOTAL CURRENT WORK                               4,668.18

    BALANCE FORWARD                                 $4,986.71

    BALANCE DUE                                     $9,654.89

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

Page: 1
March 14, 2002
Account No: 3776-00001M
Statement No: 5311

audi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

02/01/02
    FAM Review of bankruptcy pleadings.

02/04/02
    FAM Review of bankruptcy pleadings.

02/06/02
    KJM Telephone conference with D. Rosenfeld
        re: answer to Shaw request for admission.
    KJM Review of response to request for
        admission served upon defendants.
    FAM Review of bankruptcy pleadings.

02/08/02
    KJM Review of opposition to partial summary
        judgment and prepared to file; telephone
        conference with A. Abbott; review of
        revisions; filed and served.

02/14/02
    FAM Review of bankruptcy pleadings.
    KJM Review of bankruptcy pleadings filed.

02/15/02
    KJM Telephone conference with D. Rosenfeld
        re: discovery issues.

02/16/02
    FAM Review of bankruptcy pleadings.

02/17/02
    KJM Review of Debtors' reply to opposition to
        motion for judgment on the pleadings and
        correspondence to co-counsel.

02/18/02
    FAM Review of Debtor's discovery response,
        brief and discovery.
    KJM Review of correspondence from A. Abbott
        and discovery responses; prepared notice
        of service for filing.

0    /02
    FAM Review of agenda notice.
    KJM Review of correspondence from A. Abbott
        re: discovery; review of Debtors response
        to discovery and second set of
        interrogatories and admissions; forwarded
        to co-counsel.

```
                                                              Page: 2
Saudi American Bank                                    March 14, 2002
                                               Account No: 3776-00001M
                                               Statement No:     5311
v. Stone & Webster, Inc.
```

                                                              Hours

**02/20/02**
    KJM  Review of notice of agenda and correspondence to co-counsel.
    KJM  Review of correspondence from A. Abbott re: discovery.

**02/21/02**
    FAM  Interoffice conference with D. Rosenfeld. Court appearance.
    KJM  Review of correspondence from court and pro hac order of A. Abbott; email to A. Abbott.

**02/27/02**
    FAM  Review of bankruptcy pleadings.

**02/28/02**
    FAM  Review of bankruptcy pleadings.

| | | |
|---|---:|---:|
| Total fees for this matter | 6.30 | 1,765.00 |

### EXPENSES

| | |
|---|---:|
| Photocopying | 42.40 |
| Total Expenses Thru 02/28/02 | 42.40 |

### COSTS ADVANCED

| | |
|---|---:|
| 01/22/02 Messenger/Courier Expenses | 15.00 |
| 01/28/02 Messenger/Courier Expenses | 15.00 |
| 02/06/02 Messenger/Courier Expenses | 50.00 |
| Total Advances | 80.00 |
| TOTAL CURRENT WORK | 1,887.40 |
| BALANCE FORWARD | $9,654.89 |

### PAYMENTS

| | |
|---|---:|
| Total Payments for 02/22/02 | -2,769.00 |
| BALANCE DUE | $8,773.29 |

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

⬛audi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston MA 02190-1808

Page: 1
April 15, 2002
Account No: 3776-00001M
Statement No:       6636

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

FEES

Hours

03/05/02
    FAM Review of bankruptcy pleadings.

03/06/02
    KJM Telephone conference with D. Rosenfeld
        re: discovery issue.

03/07/02
    FAM Correspondence from S. Jenkins.

03/08/02
    KJM Review of notice of rescheduled hearing.

03/09/02
    FAM Review of Shaw discovery responses and
        omnibus objection to claims.

03/11/02
    KJM Review of correspondence from S. Jerkins
        re: discovery schedule; review of Shaw
        discovery responses.

03/12/02
    FAM Review of bankruptcy pleadings and agenda
        notice.
    KJM Review of notice of agenda and
        correspondence to D. Rosenfeld.

03/14/02
    KJM Prepared for and attended pretrial
        conference.

03/18/02
    FAM Review of claims objection.
    KJM Review of correspondence from A. Abbott
        and response to request to admit; filed
        response and filed notice of service.

03/20/02
    FAM Review of Disclosure Statement notice.

03/21/02
    FAM Review of bankruptcy pleadings.

03/23/02
    FAM Review of Debtor's Disclosure Statement.

03/25/02
    FAM Review of Equity Committee Disclosure

Page: 2
Saudi American Bank                                  April 15, 2002
                                          Account No:   3776-00001M
                                          Statement No:       6636
v. Stone & Webster, Inc.

                                                          Hours

        Statement.
        Correspondence to J. Hutchins.

03/26/02
    FAM Review of UCC Disclosure Statement.
    KJM Review of email from A. Abott; review of
        supplemental response to request for
        admission and filed and served same.

03/27/02
    FAM Correspondence from S. Jenkins.

03/29/02
    FAM Review of bankruptcy pleadings.

        Total fees for this matter              6.80    2,116.00

                          EXPENSES

        Facsimile Expenses                                 10.00
        Photocopying                                       84.00

        Total Expenses Thru 03/31/02                       94.00

                       COSTS ADVANCED

0_/__/02 Copy Expenses                                     77.20

        Total Advances                                     77.20

        TOTAL CURRENT WORK                              2,287.20

        BALANCE FORWARD                                 $8,773.29


        BALANCE DUE                                    $11,060.49

WALSH MONZACK and MONACO, P.A.

1201 Orange Street
Wilmington, DE 19801
(302) 656-8162

●di American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston  MA  02190-1808

Page: 1
May 09, 2002
Account No: 3776-00001M
Statement No:      7701

Attn: John C. Hutchins, Esquire

v. Stone & Webster, Inc.

## FEES

                                                                        Hours

4/01/02
    FAM Telephone call to D. Rosenfeld.

4/02/02
    FAM Review of Disclosure Statement motion.

4/03/02
    FAM Review of bankruptcy pleadings.

4/04/02
    KJM Review of correspondence from A. Abbott
        and response to second set of
        interrogatories; filed and served
        discovery.
    ●M Telephone conference with D. Rosenfeld
        re: deposition and settlement issues.

4/05/02
    FAM Review of bankruptcy pleadings.

4/08/02
    FAM Telephone call to C. Bifferato.
        Review of Disclosure Statement pleadings.
    KJM Review of correspondence from A. Abbott
        and discovery to Shaw.

04/09/02
    FAM Review of Equity Committee solicitation
        motion, notice and revised Disclosure
        Statement.
        Telephone call to C. Bifferato.
        Memo to J. Hutchins.
        Attendance at Disclosure Statement
        hearing.
    KJM Filed and served discovery to Shaw;
        telephone conference with D. Rosenfeld;
        conducted arrangements for deposition;
        review of correspondence from D.
        Rosenfeld.

04/10/02
    FAM Review of bankruptcy pleadings.
        Memo to D. Rosenfeld.
    KJM Conference with D. Rosenfeld and A.
        Abbott re: deposition of Debtors
        witnesses.

04/11/02
    FAM Review of bankruptcy pleadings.

```
                                                     Page: 2
Saudi American Bank                             May 09, 2002
                                       Account No: 3776-00001M
                                       Statement No:     7701
v. Stone & Webster, Inc.
```



                                                    Hours

**4/12/02**
    FAM Review of bankruptcy pleadings.

**4/13/02**
    FAM Review of agenda notice, bankruptcy pleadings and UCC solicitation motion.

**4/15/02**
    JJB E-mail to Francis A. Monaco, Jr. re: Disclosure Statement hearing.
    JJB Attendance at Disclosure Statement hearing.
    FAM Interoffice conference with Joseph J. Bodnar.
        Review of bankruptcy pleadings and UCC Amended Disclosure Statement.

**4/16/02**
    FAM Review of revised Equity Committee Disclosure Statement and bankruptcy pleadings.
    KJM Telephone conference with D. Rosenfeld re: trial strategy.
    KJM Telephone conference with J. McKelvie's chambers re: trial date.

**4/17/02**
    KJM Telephone conference with D. Rosenfeld and Court re: trial status.
    KJM Telephone conference with court clerk re: teleconference; telephone conference with D. Rosenfeld re: status; review of correspondence from D. Rosenfeld.
    KJM Review of correspondence from G. Rubin re: scheduling hearing.

**4/18/02**
    FAM Correspondence from and telephone call to D. Rosenfeld.
        Review of notices.
    KJM Review of notice of trial cancellation and correspondence to D. Rosenfeld.
    KJM Prepared for and attended hearing; telephone conference with D. Rosenfeld.

**4/19/02**
    FAM Review of UCC and Equity Committee plans.

**4/20/02**
    FAM Review of Debtor's plan.

**4/22/02**
    FAM Review of bankruptcy pleadings.

**4/23/02**
    FAM Review of bankruptcy pleadings.
    KJM Review of correspondence from D. Rosenfeld and proposed order on judgment on pleadings.

Saudi American Bank  
v. Stone & Webster, Inc.

Page: 3  
May 09, 2002  
Account No: 3776-00001M  
Statement No: 7701

|  |  | Hours |  |
|---|---|---|---|
| 04/26/02 | KJM Telephone conference with D. Rosenfeld re: status of settlement negiotations. |  |  |
|  | Total fees for this matter | 13.00 | **4,019.00** |

### EXPENSES

| Photocopying | 138.80 |
|---|---|
| Postage | 5.20 |
| Total Expenses Thru 04/30/02 | 144.00 |

### COSTS ADVANCED

| 3/18/02 | Messenger/Courier Expenses | 5.00 |
|---|---|---|
| 3/18/02 | Messenger/Courier Expenses | 5.00 |
| 3/21/02 | Copy Expenses | 78.50 |
| 3/25/02 | Special Postal Services | 21.48 |
| 3/26/02 | Messenger/Courier Expenses | 5.00 |
| 3/26/02 | Messenger/Courier Expenses | 5.00 |
| 4/11/02 | Bankruptcy Court Research | 18.40 |
|  | Total Advances | 138.38 |

| TOTAL CURRENT WORK | 4,301.38 |
|---|---|
| BALANCE FORWARD | $11,060.49 |

### PAYMENTS

| Total Payments for 04/04/02 | -4,105.11 |
|---|---|
| Total Payments for 05/06/02 | -4,668.18 |
| Total Payments | -8,773.29 |
| BALANCE DUE | $6,588.58 |

## WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

July 12, 2002
Account No:      03776   00001
Statement No:              31785

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                                                                  | HOURS |       |
|----------|-----|------------------------------------------------------------------------------------------------------------------|-------|-------|
| 05/08/02 | FAM | Review of bankruptcy pleadings and omnibus objection to claims.                                                  | 0.20  | 70.00 |
| 05/09/02 | KJM | Telephone conference with C. Sontchi and A. Abbott re: Shaw discovery responses; telephone conference with Shaw counsel. | 0.30  | 72.00 |
| 05/09/02 | KJM | Review of correspondence from L. Meltzer re: discovery extension.                                                | 0.10  | 24.00 |
| 05/09/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 05/11/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 05/16/02 | FAM | Review of Shaw discovery responses.                                                                              | 0.20  | 70.00 |
| 05/20/02 | KJM | Review of Shaw's discovery responses and correspondence to D. Rosenfeld.                                         | 0.30  | 72.00 |
| 05/21/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 05/24/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 05/25/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 05/29/02 | KJM | Review of Debtors omnibus objection to claim.                                                                    | 0.20  | 48.00 |
| 06/03/02 | KJM | Review of correspondence from D. Rosenfeld re: S. Ali's deposition.                                              | 0.10  | 24.00 |
| 06/04/02 | KJM | Review of pleadings and assignment of case; correspondence to co-counsel.                                        | 0.20  | 48.00 |
| 06/08/02 | FAM | Review of bankruptcy pleadings.                                                                                  | 0.10  | 35.00 |
| 06/10/02 | FAM | Review of deposition notices.                                                                                    | 0.10  | 35.00 |
| 06/10/02 | KJM | Telephone conference with D. Rosenfeld re: discovery issues.                                                     | 0.20  | 48.00 |

Saudi American Bank                                                        Page     2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/10/02 | KJM | Review of notice of status conference of 6/25/02. | 0.10 | 24.00 |
| 06/11/02 | KJM | Review of notice of depositions; analyzed deposition issues and correspondence to D. Rosenfeld; review of correspondence from D. Rosenfeld re: deposition. | 0.70 | 168.00 |
| 06/13/02 | FAM | Review of bankruptcy pleadings and SAOC complaint. | 0.50 | 175.00 |
| 06/17/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 06/18/02 | FAM | Review of bankruptcy pleadings and Judge McKelvie's decision. | 0.60 | 210.00 |
| 06/20/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 06/25/02 | JRB |  | 1.70 | 331.50 |
| 06/26/02 | FAM | Review of Joseph R. Biden, III memo. | 0.10 | 35.00 |
| 06/27/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |

Total fees for this matter                                  6.50      $1,769.50

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.60 | 350 | 910.00 |
| Biden, III, Joseph R. | 1.70 | 195 | 331.50 |
| Mangan, Kevin J. | 2.20 | 240 | 528.00 |

BILLING SUMMARY

    TOTAL FEES                                         $1,769.50

    NET BALANCE FORWARD                                     0.10

    BALANCE DUE                                        $1,769.60

# WALSH MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 13, 2002
Account No:    03776  00001
Statement No:           32192

Saudi American Bank
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|            |     |                                                                                                                                                                                         | HOURS |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 07/02/02   | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: deposition of Shaw employees and status of matter.                                                                             | 0.20  | 48.00  |
| 07/08/02   | FAM | Review of bankruptcy pleadings and agenda notice.                                                                                                                                       | 0.20  | 70.00  |
| 07/08/02   | KJM | Review of correspondence from D. Rosenfeld re: various depositions.                                                                                                                     | 0.20  | 48.00  |
| 07/09/02   | KJM | Review of notice of agenda for 7/10/02 hearing.                                                                                                                                         | 0.10  | 24.00  |
| 07/09/02   | PL3 | Interoffice conference with Kevin J. Mangan re: Notices of Deposition.                                                                                                                  | 0.10  | 11.00  |
| 07/09/02   | PL3 | Review of letter from co-counsel re: Notices of Deposition.                                                                                                                             | 0.20  | 22.00  |
| 07/11/02   | FAM | Interoffice conference with Kevin J. Mangan.                                                                                                                                            | 0.10  | 35.00  |
| 07/11/02   | KJM | Review of correspondence from A. Abbott; review and revised notices of depositions and subpoenas for various Shaw witnesses; telephone conference with A. Abbott re: scheduling issues. | 0.90  | 216.00 |
| 07/11/02   | PL3 | Interoffice conference with Kevin J. Mangan, Esquire re: deposition.                                                                                                                    | 0.10  | 11.00  |
| 07/11/02   | PL3 | Schedule depositions.                                                                                                                                                                   | 0.40  | 44.00  |
| 07/11/02   | PL3 | Draft notices of depositions for John Reese and Mitchell                                                                                                                                | 0.20  | 22.00  |

Saudi American Bank                                                        Page     2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/02 | PL3 | Mott. Draft notice of deposition for G. Graphia, C. Strauss and G. Halpin. | 0.60 | 66.00 |
| 07/11/02 | PL3 | Draft 30(b)(6) notice. | 0.30 | 33.00 |
| 07/11/02 | PL3 | Draft subpoenas for G. Halpin and C. Strauss. | 0.50 | 55.00 |
| 07/11/02 | PL3 | Draft service list for notices of depositions. | 0.15 | 16.50 |
| 07/11/02 | PL3 | Draft notices of service for notices of depositions (x5). | 0.30 | 33.00 |
| 07/12/02 | KJM | Telephone conference with A. Abbott and finalized notice of deposition to be served. | 0.30 | 72.00 |
| 07/12/02 | PL3 | Revise notices of service (x5). | 0.20 | 22.00 |
| 07/12/02 | PL3 | Serve notices of deposition. | 0.20 | 22.00 |
| 07/12/02 | PL3 | File notices of service re: notices of deposition. | 0.30 | 33.00 |
| 07/16/02 | FAM | Review of bankruptcy pleadings. Correspondence from S. Jenkins. | 0.20 | 70.00 |
| 07/16/02 | KJM | Review of correspondence from co-counsel re: discovery issues; finalized and served notice of 30(b)(6) deposition. | 0.20 | 48.00 |
| 07/16/02 | PL3 | Review and revise 30(b)(6) notice. | 0.10 | 11.00 |
| 07/16/02 | PL3 | Correspondence to/correspondence from A. Abbott re: subpoenas. | 0.20 | 22.00 |
| 07/16/02 | PL3 | Serve 30(b)(6) notice. | 0.10 | 11.00 |
| 07/17/02 | KJM | Review of correspondence from S. Jenkins discovery. | 0.10 | 24.00 |
| 07/17/02 | KJM | Telephone conference with D. Rosenfeld and A. Abbott re: discovery strategy. | 0.20 | 48.00 |
| 07/17/02 | PL3 | Set up 30(b)(6) deposition and conference rooms. | 0.20 | 22.00 |
| 07/17/02 | PL3 | File notice of service re: 30(b)(6) notice. | 0.10 | 11.00 |
| 07/19/02 | PL3 | Correspondence to co-counsel re: depositions. | 0.10 | 11.00 |
| 07/22/02 | PL3 | Correspondence from co-counsel re: rescheduling of depositions. | 0.10 | 11.00 |
| 07/23/02 | FAM | Review of motion for partial summary judgment. | 0.20 | 70.00 |
| 07/23/02 | KJM | Review of Debtors motion for partial summary judgment and correspondence to co-counsel. | 0.80 | 192.00 |
| 07/23/02 | KJM | Telephone conference with D. Rosenfeld re: discovery issues | 0.20 | 48.00 |

Saudi American Bank                                                                 Page    3

|            |     |                                                                                                                     |      |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     | (2 calls).                                                                                                          |      |          |
| 07/23/02   | KJM | Review of draft letter to Shaw; telephone conference with D. Rosenfeld.                                             | 0.20 | 48.00    |
| 07/29/02   | KJM | Review of status of discovery; telephone court reporter re: deposition cancellation.                                | 0.20 | 48.00    |
| 07/30/02   | KJM | Review of correspondence from D. Rosenfeld and analyzed summary judgment schedule; telephone conference with D. Rosenfeld re: status. | 0.30 | 72.00    |

                          Total fees for this matter                        9.05         $1,670.50

                                       RECAPITULATION

| Timekeeper               | Hours | Rate | Total  |
|--------------------------|-------|------|--------|
| Monaco, Jr., Francis A.  | 0.70  | 350  | 245.00 |
| Mangan, Kevin J.         | 3.90  | 240  | 936.00 |
| Sasso, Heidi E.          | 4.45  | 110  | 489.50 |

BILLING SUMMARY

    TOTAL FEES                                                   $1,670.50

    NET BALANCE FORWARD                                           1,769.60

    BALANCE DUE                                                  $3,440.10