# WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

September 13, 2002
Account No:    03776   00001
Statement No:          33039

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/02 | KJM | Review of correspondence from D. Rosenfeld re: summary judgment schedule. | 0.10 | 24.00 |
| 08/06/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 08/07/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 35.00 |
| 08/08/02 | KJM | Telephone conference with A. Abbott re: affidavits in response of summary judgment motion. | 0.10 | 24.00 |
| 08/08/02 | KJM | Review of hearing agenda notice status of pretrial conference; correspondence to A. Abbott. | 0.30 | 72.00 |
| 08/09/02 | FAM | Review of omnibus objection to claims and agenda notice. | 0.20 | 70.00 |
| 08/09/02 | KJM | Telephone conference with D. Rosenfeld. | 0.20 | 48.00 |
| 08/12/02 | KJM | Review of pleadings re: Saudi Arabian Oil Company adversary. | 0.80 | 192.00 |
| 08/12/02 | KJM | Review of Shaw's 3rd omnibus objection to claims. | 0.20 | 48.00 |
| 08/12/02 | KJM | Court appearance re: Stone and Webster Saudi ARAMCO status conference; correspondence to D. Rosenfeld. | 3.80 | 912.00 |
| 08/13/02 | FAM | Review of bankruptcy pleadings and omnibus objection to claims. | 0.20 | 70.00 |
| 08/13/02 | KJM | Review of Shaw's 5th omnibus objection to claims. | 0.30 | 72.00 |
| 08/13/02 | KJM | Review of Shaw's motion for summary judgment and opening | 1.50 | 360.00 |

Saudi American Bank                                                                  Page     2

|          |     |                                                                                                    |      |          |
|----------|-----|----------------------------------------------------------------------------------------------------|------|----------|
|          |     | brief; forwarded to D. Rosenfeld and A. Abbott.                                                    |      |          |
| 08/14/02 | FAM | Interoffice conference with Kevin J. Mangan. Correspondence from D. Rosenfeld.                     | 0.10 | 35.00    |
| 08/14/02 | KJM | Review of notice of appendix of summary judgment motion and correspondence to D. Rosenfeld.        | 0.60 | 144.00   |
| 08/14/02 | KJM | Review of affidavit from Shaw attorney re: summary judgment and email to co-counsel.               | 0.10 | 24.00    |
| 08/15/02 | FAM | Review of omnibus objection to claims and motion for summary judgment.                             | 0.50 | 175.00   |
| 08/15/02 | KJM | Review of correspondence from A. Abbott re: response and hearing dates.                            | 0.10 | 24.00    |
| 08/16/02 | FAM | Review of eighth omnibus objection to claims.                                                      | 0.40 | 140.00   |
| 08/19/02 | KJM | Review of Debtors' 8th objection to claims.                                                        | 0.20 | 48.00    |
| 08/21/02 | FAM | Review of bankruptcy pleadings.                                                                    | 0.20 | 70.00    |
| 08/26/02 | FAM | Telephone conference with and correspondence from D. Rosenfeld. Review of omnibus objection to claims. | 0.40 | 140.00   |
| 08/27/02 | FAM | Telephone call to and correspondence from D. Rosenfeld. Review of omnibus objection to claims.     | 0.30 | 105.00   |
| 08/28/02 | FAM | Correspondence from A. Abbott. Review of omnibus objection to claims.                              | 0.10 | 35.00    |

Total fees for this matter                                               10.90           $2,902.00

                                RECAPITULATION

Timekeeper                              Hours      Rate        Total
Monaco, Jr., Francis A.                  2.60       350        910.00
Mangan, Kevin J.                         8.30       240      1,992.00
DISBURSEMENTS

07/18/02   Special Postal Services                                              10.98

           Total disbursements for this matter                                 $10.98

BILLING SUMMARY

Saudi American Bank                                                 Page      3

    TOTAL FEES                                          $2,902.00

    TOTAL DISBURSEMENTS                                      10.98

    NET BALANCE FORWARD                                   3,440.10

    BALANCE DUE                                          $6,353.08

# WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

October 9, 2002
Account No:    03776   00001
Statement No:           34028

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/02 | KJM | Review of draft stipulation re: extension of deadlines with Shaw; telephone conference with D. Rosenfeld. | 0.20 | 50.00 |
| 09/03/02 | KJM | Review of and finalized motion to strike affidavit and opening brief in opposition of Debtors summary judgment motion; telephone conference with D. Rosenfeld. | 1.80 | 450.00 |
| 09/03/02 | PL3 | Review and revise SAMBA's answering brief in opposition to summary judgment. | 0.20 | 22.00 |
| 09/03/02 | PL3 | Review and revise motion to strike and brief in support thereof. | 0.10 | 11.00 |
| 09/03/02 | PL3 | Preparation of exhibits to answering brief. | 0.40 | 44.00 |
| 09/03/02 | PL3 | File/serve answering brief, motion to strike and brief in support of motion to strike. | 0.80 | 88.00 |
| 09/04/02 | KJM | Review of pleadings - including receipts of electronic filing; review stipulation filed by Shaw. | 0.30 | 75.00 |
| 09/04/02 | PL3 | Correspondence to co-counsel re: answering brief, motion to strike. | 0.20 | 22.00 |
| 09/05/02 | KJM | Review of committee's 2nd objection to claims; 4th omnibus objection; 6th omnibus | 0.20 | 50.00 |

Saudi American Bank                                                                 Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | objection; 5th omnibus objection; and Debtors' 9th objection. | | |
| 09/09/02 | KJM | Review of docket and order from Court re: Shaw motion for summary judgment scheduling stipulation; forwarded order to D. Rosenfeld. | 0.20 | 50.00 |
| 09/11/02 | KJM | Review of hearing agenda for 9/13/02. | 0.10 | 25.00 |
| 09/13/02 | FAM | Review of amended agenda notice. | 0.10 | 36.00 |
| 09/16/02 | KJM | Review of agenda notice. | 0.20 | 50.00 |
| 09/17/02 | KJM | Review of order granting partial summary judgment and correspondence to co-counsel. | 0.20 | 50.00 |
| 09/19/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 09/20/02 | KJM | Review of Debtors' notice of completion of briefing and Debtors' reply brief and motion to strike affidavits; review of Debtors' reply to response of Busshan to claim objection; telephone conference with D. Rosenfeld. | 1.50 | 375.00 |
| 09/20/02 | KJM | Review of supplemental notice of objection to claim of Bugshan. | 0.10 | 25.00 |
| 09/20/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 09/23/02 | KJM | Communications with D. Rosenfeld; prepared objection to notice of completion; review of correspondence from A. Abbott re: stipulation with Shaw; telephone conference with L. Meltzer; filed and served stipulation; telephone conference with D. Rosenfeld re: status of reply; filed objection to notice. | 2.50 | 625.00 |
| 09/24/02 | KJM | Telephone conference with D. Rosenfeld re: summary judgment issues;; review of reply in support of motion to strike and answering brief in opposition to Debtors motion to strike; reviewed brief; filed and served. | 1.30 | 325.00 |
| 09/24/02 | FAM | Review of Debtor's brief and motion to strike and notice. Review of bankruptcy pleadings. | 0.40 | 144.00 |

Saudi American Bank                                                                 Page    3

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/25/02 | KJM | Review of pleadings and notice of filing to summary judgment; telephone conference with Court re: briefing issue. | 0.30 | 75.00 |
| 09/26/02 | KJM | Review of pleadings and telephone conference with plaintiff's counsel. | 0.20 | 50.00 |
| 09/30/02 | KJM | Review of Debtors' notice of completion of brief; correspondence to D. Rosenfeld. | 0.50 | 125.00 |
| 09/30/02 | KJM | Review of order approving stipulation excluding deadline from Court and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 09/30/02 | FAM | Interoffice conference with Kevin J. Mangan. Review of omnibus objection to claims. | 0.20 | 72.00 |

Total fees for this matter                                          12.40         $2,961.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Monaco, Jr., Francis A. | 0.90 | 360 | 324.00 |
| Mangan, Kevin J. | 9.80 | 250 | 2,450.00 |
| Sasso, Heidi E. | 1.70 | 110 | 187.00 |

DISBURSEMENTS

09/30/02   Photocopying                                                               0.20

Total disbursements for this matter                                                  $0.20

BILLING SUMMARY

    TOTAL FEES                                                    $2,961.00

    TOTAL DISBURSEMENTS                                                 0.20

    NET BALANCE FORWARD                                             2,912.98

    BALANCE DUE                                                    $5,874.18

# WALSH MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

|  |  |
|---|---|
| Saudi American Bank<br>c/o Dan Rosenfeld, Esquire<br>Kirkpatrick & Lockhart, LLP<br>75 State Street<br>Boston, MA 02190-1808 | November 12, 2002<br>Account No:   03776   00001<br>Statement No:              34667 |

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/02 | FAM | Interoffice conference with Kevin J. Mangan. Review of stipulation. | 0.10 | 36.00 |
| 09/05/02 | FAM | Review of motion to strike and brief. | 0.30 | 108.00 |
| 09/11/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 10/01/02 | FAM | Interoffice conference with Kevin J. Mangan. Review of bankruptcy pleadings and agenda notice. | 0.30 | 108.00 |
| 10/01/02 | KJM | Review of draft of motion for leave to file sur-reply and brief; telephone conference with A. Abbott; revised, filed and served motion; telephone conference with Court and Debtor's counsel. | 2.30 | 575.00 |
| 10/01/02 | KJM | Review of hearing agenda; telephone conference with G. Rubin re: motion; correspondence to co-counsel re: agenda and status of pleadings; review of pleadings to be submitted to Court by Debtor re: hearing. | 1.50 | 375.00 |
| 10/01/02 | KJM | Correspondence to G. Rubin re: pleadings to be listed on amended agenda. | 0.10 | 25.00 |
| 10/02/02 | KJM | Review of correspondence from G. Rubin and forwarded to co-counsel re: motion to strike; | 3.20 | 800.00 |

Saudi American Bank                                                                 Page     2

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | | telephone conference with D. Rosenfeld re: strategy; correspondence to G. Rubin re: agenda; review of Debtors response to motion for leave to file sur-reply and correspondence to co-counsel; communications with Court and Debtors counsel re: hearing; filed and served notice. | | |
| 10/02/02 | KJM | Review of amended hearing agenda and correspondence to co-counsel. | 0.30 | 75.00 |
| 10/02/02 | PL3 | File/serve notice of completion of briefing. | 0.20 | 24.00 |
| 10/03/02 | KJM | Prepared for pretrial conference; including meeting with J. Hutchins and D. Rosenfeld; attended Court. | 2.90 | 725.00 |
| 10/04/02 | KJM | Telephone conference with D. Rosenfeld re: Shaw brief issues and hearing results. | 0.20 | 50.00 |
| 10/04/02 | KJM | Telephone conference with court reporter re: transcript. | 0.20 | 50.00 |
| 10/04/02 | KJM | Conference with L. Johnson of Court re: opening and answering briefs re: Shaw summary judgment motion. | 0.20 | 50.00 |
| 10/04/02 | KJM | Prepared draft stipulation and order to be presented to Shaw; review of pleadings. | 1.00 | 250.00 |
| 10/05/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/07/02 | KJM | Telephone conference with A. Abbott re: answer brief to Shaw motion. | 0.10 | 25.00 |
| 10/07/02 | KJM | Review of correspondence from A. Abbott re: stipulation; prepared certificate of counsel and telephone conference with Court re: brief. | 0.50 | 125.00 |
| 10/08/02 | KJM | Telephone conference with L. Johnson re: stipulation to be entered. | 0.10 | 25.00 |
| 10/08/02 | KJM | Filed and served certification of counsel and stipulation regarding Shaw summary judgment motion. | 0.30 | 75.00 |
| 10/09/02 | KJM | Telephone conference with court re: status of stipulation and order; correspondence to co-counsel. | 0.30 | 75.00 |

Saudi American Bank                                                                Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/02 | KJM | Review of hearing transcript and forwarded to R. Rosenfeld. | 0.30 | 75.00 |
| 10/10/02 | KJM | Review of dockets and correspondence to Judge Walsh chambers. | 0.20 | 50.00 |
| 10/10/02 | KJM | Telephone conference with Court and correspondence to D. Rosenfeld re: briefing schedule. | 0.30 | 75.00 |
| 10/11/02 | KJM | Review of dockets and telephone conference with Court re: status of order. | 0.20 | 50.00 |
| 10/11/02 | KJM | Telephone conference with D. Rosenfeld stipulation with Shaw. | 0.10 | 25.00 |
| 10/11/02 | KJM | Prepared joint stipulation and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/11/02 | KJM | Review of email from D. Rosenfeld; filed and served stipulation. | 0.30 | 75.00 |
| 10/11/02 | KJM | Telephone conference with Judge Walsh secretary re: page limitation; correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/14/02 | FAM | Review of claims objection. | 0.10 | 36.00 |
| 10/15/02 | KJM | Review of order extending page limitation and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 10/16/02 | KJM | Review of plaintiff's motion to amend complaint and amended complaint; forwarded to co-counsel. | 1.60 | 400.00 |
| 10/16/02 | KJM | Telephone conference with A. Abbott re: exhibits for summary judgment brief. | 0.10 | 25.00 |
| 10/17/02 | KJM | Review of correspondence from D. Rosenfeld re: motion to amend issues and responded to same; review of correspondence from A. Abbott re: exhibits to motion. | 0.50 | 125.00 |
| 10/18/02 | FAM | Review of motion to amend complaint. Interoffice conference with Kevin J. Mangan. | 0.30 | 108.00 |
| 10/18/02 | KJM | Telephone conference with A. Abbott re: exhibits. | 0.10 | 25.00 |
| 10/18/02 | KJM | Review of correspondence from D. Rosenfeld and responded to response to motion to amend. | 0.10 | 25.00 |
| 10/18/02 | KJM | Communications with co-counsel | 5.60 | 1,400.00 |

Saudi American Bank                                                Page      4

|  |  |  |  | | |
|---|---|---|---|---|---|
| | | | re: motion for summary judgment; review of and organization of exhibit to appendix; review, finalized and prepared for filing and service motion for summary judgment, motion to strike and supporting; telephone conference wit Court and Parcels, Inc. | | |
| 10/18/02 | PL3 | Draft order for motion to strike. | 0.20 | 24.00 |
| 10/18/02 | PL3 | File/serve motion to strike and motion for summary judgement. | 0.00 | 0.00 |
| 10/18/02 | PL3 | Review and revise answering brief. | 0.30 | 36.00 |
| 10/21/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/21/02 | KJM | Telephone conference with Court re: filing of appendix and brief; review of receipt of electronic filing; correspondence to co-counsel. | 0.80 | 200.00 |
| 10/22/02 | KJM | Telephone conference with Court re: summary judgment. | 0.20 | 50.00 |
| 10/23/02 | KJM | Review of order approving time to respond to summary judgment motion. | 0.10 | 25.00 |
| 10/24/02 | FAM | Review of motions to strike and for summary judgment, brief and bankruptcy pleadings. | 0.60 | 216.00 |
| 10/24/02 | KJM | Telephone conference with Y. Marvelle re: docket issues and status of motion. | 0.20 | 50.00 |
| 10/24/02 | KJM | Review of dockets re: Court's request on status of certain motions. | 0.30 | 75.00 |
| 10/25/02 | KJM | Review of correspondence from D. Rosenfeld re: respond to motion to amend. | 0.10 | 25.00 |
| 10/25/02 | KJM | Telephone conference with D. Rosenfeld re: status of issues raised by Court. | 0.10 | 25.00 |
| 10/25/02 | KJM | Review of response to motion to amend Debtors complaint and exhibits; revised and filed response; communications with D. Rosenfeld. | 1.50 | 375.00 |
| 10/25/02 | PL3 | Review and revise opposition to motion to amend complaint. | 0.50 | 60.00 |
| 10/25/02 | PL3 | File/serve brief in opposition to amende complaint. | 0.40 | 48.00 |

Saudi American Bank                                                                 Page      5

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/28/02 | PL3 | Correspondence to co-counsel re: opposition brief. | 0.10 | 12.00 |
| 10/29/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 10/29/02 | KJM | Review of dockets; telephone conference with Y. Marvel re: status conference with Court re: two adversaries; prepared notice of completion of briefing. | 2.00 | 500.00 |
| 10/30/02 | KJM | Continued to prepare notices of completion of various motions of co-counsel; prepared, filed and served motions. | 1.00 | 250.00 |
| 10/30/02 | KJM | Telephone conference with D. Rosenfeld re: intervention of Saudi Arabco case. | 0.20 | 50.00 |
| 10/30/02 | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: notice. | 0.10 | 25.00 |
| 10/31/02 | KJM | Revised notice re: motion to amend; filed and served 3 notices of completion; telephone conference with Court. | 0.50 | 125.00 |

Total fees for this matter                                        34.20        $8,571.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.20 | 360 | 792.00 |
| Mangan, Kevin J. | 30.30 | 250 | 7,575.00 |
| Sasso, Heidi E. | 1.70 | 120 | 204.00 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 09/03/02 | Special Postal Services | 13.84 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/23/02 | Messenger/Courier Expenses | 12.00 |
| 09/24/02 | Messenger/Courier Expenses | 15.00 |
| 10/18/02 | Messenger/Courier Expenses | 5.00 |
| 10/18/02 | Messenger/Courier Expenses | 5.00 |
| 10/18/02 | Messenger/Courier Expenses | 25.00 |
| 10/23/02 | Messenger/Courier Expenses | 7.50 |
| 10/31/02 | Court Reporter Fees - Doman Transcribing & Recording Services | 137.00 |

Total disbursements for this matter                                              $244.34

Saudi American Bank                                                    Page        6

BILLING SUMMARY

    TOTAL FEES                                              $8,571.00

    TOTAL DISBURSEMENTS                                        244.34

    NET BALANCE FORWARD                                      5,874.18

    BALANCE DUE                                             $14,689.52