# WALSH MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 19, 2002
Account No:   03776   00001
Statement No:           35577

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/02 | KJM | Review of Debtors' omnibus objection to claims of certain equity holders. | 0.20 | 50.00 |
| 11/05/02 | FAM | Review of Debtors' reply brief. | 0.30 | 108.00 |
| 11/06/02 | KJM | Review of Debtors' reply in support of motion to amend complaint; correspondence to D. Rosenfeld. | 0.80 | 200.00 |
| 11/07/02 | KJM | Review of motion to intervene and proposed Complaint in intervention; telephone conference with co-counsel; filed and revised motion and brief. | 1.50 | 375.00 |
| 11/08/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 11/08/02 | KJM | Review of correspondence from Court re: filing of motion to intervene; forwarded to co-counsel. | 0.20 | 50.00 |
| 11/08/02 | KJM | Review of Debtors' notice of completion of briefing re: motion to amend; correspondence to A. Abbott. | 0.20 | 50.00 |
| 11/12/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 11/13/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 11/14/02 | KJM | Telephone conference with A. Abbott and D. Rosenfeld re: stipulation. | 0.10 | 25.00 |
| 11/14/02 | KJM | Review of correspondence from L. Meltzer and stipulation; | 0.20 | 50.00 |

```
Saudi American Bank                                            Page    2

                        telephone conference with L.
                        Meltzer re: same.
11/15/02   FAM          Review of bankruptcy pleadings        0.60      216.00
                        and Judge Walsh's decision on
                        substantive consolidation.
11/18/02   FAM          Review of stipulation and             0.20       72.00
                        bankruptcy pleadings.
11/18/02   KJM          Review of filing by Shaw of           0.20       50.00
                        stipulation and correspondence
                        to D. Rosenfeld.
11/19/02   FAM          Review of motion to extend.           0.10       36.00
11/19/02   KJM          Review of pleadings and Debtors       0.50      125.00
                        motion to extend time to oppose
                        motion to intervene.
11/19/02   KJM          Telephone conference with D.          0.30       75.00
                        Rosenfeld re: strategy as to
                        settlement and response to
                        Debtors motion.
11/21/02   FAM          Review of bankruptcy pleadings.       0.10       36.00
11/21/02   KJM          Review of notice of agenda for        0.20       50.00
                        hearing and correspondence to
                        D.Rosenfeld.
11/22/02   FAM          Review of agenda notice and           0.20       72.00
                        bankruptcy pleadings.
11/26/02   FAM          Review of bankruptcy pleadings        0.10       36.00
                        and joint stipulation.
11/26/02   KJM          Review of correspondence from         0.20       50.00
                        D. Rosenfeld re: Shaw extension
                        and telephone conference with
                        L. Meltzer.
11/27/02   KJM          Review of pleadings and               0.20       50.00
                        stipulation; correspondence to
                        D. Rosenfeld.
11/29/02   FAM          Review of bankruptcy pleadings.       0.10       36.00
                                                             _____    _____
           Total fees for this matter                         6.90    $1,934.00

                              RECAPITULATION

Timekeeper                          Hours      Rate         Total
Monaco, Jr., Francis A.             1.90        360         684.00
Mangan, Kevin J.                    5.00        250       1,250.00
DISBURSEMENTS


08/15/02   Pacer/Bankruptcy Research                              3.71
10/25/02   Messenger/Courier Expenses                            10.00
10/25/02   Special Postal Services                               11.03
10/29/02   Messenger/Courier Expenses                           315.00
10/29/02   Messenger/Courier Expenses                           409.50
11/07/02   Messenger/Courier Expenses                             7.50
```

Saudi American Bank                                                          Page        3

| 11/07/02 | Messenger/Courier Expenses |  7.50 |
| 11/07/02 | Special Postal Services    | 23.63 |
| 11/07/02 | Special Postal Services    | 16.61 |
| 11/07/02 | Special Postal Services    | 16.61 |

Total disbursements for this matter                            $821.09

BILLING SUMMARY

    TOTAL FEES                    $1,934.00

    TOTAL DISBURSEMENTS              821.09

    NET BALANCE FORWARD            8,815.54

    BALANCE DUE                  $11,570.63