# WALSH MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

January 13, 2003
Account No:   03776  00001
Statement No:          35907

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 12/02/02 | KJM | Telephone conference with G. Rubin; review of correspondence from G. Rubin and D. Rosenfeld; executed stipulation; review of pleadings. | 0.50 | 125.00 |
| 12/03/02 | KJM | Review of stipulation filed by Debtor and forwarded to D. Rosenfeld. | 0.10 | 25.00 |
| 12/04/02 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 12/04/02 | PL3 | Preparation of subpoena for G. Halpin. | 0.30 | 36.00 |
| 12/04/02 | KJM | Telephone conference with A. Abbott re: deposition notice. | 0.10 | 25.00 |
| 12/04/02 | KJM | Review of correspondence from A. Abbott and notice; review of subpoena; telephone conference with A. Abbott. | 0.40 | 100.00 |
| 12/04/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 12/06/02 | KJM | Filed and served notice of deposition of M. Mott. | 0.20 | 50.00 |
| 12/06/02 | KJM | Telephone conference with A. Abbott; filed and served notice of deposition of Gerald Halpin. | 0.30 | 75.00 |
| 12/06/02 | KJM | Review of correspondence from D. Rosenfeld re: status of settlement discussions and pleadings. | 0.10 | 25.00 |
| 12/06/02 | KJM | Communications with A. Abbott. | 0.20 | 50.00 |
| 12/07/02 | KJM | Review of pleadings and notice of filing deposition notices | 0.20 | 50.00 |

Saudi American Bank                                          Page      2

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | with the Court; forwarded notices to A. Abbott. | | |
| 12/09/02 | KJM | Review of Shaw's responses to summary judgement motion and motion to strike; forwarded to co-counsel. | 0.60 | 150.00 |
| 12/10/02 | FAM | Review of deposition notices and Shaw reply and brief. | 0.30 | 108.00 |
| 12/10/02 | KJM | Review of Debtors' answering brief to motion to intervene in Saudi Arabian case; forwarded to co-counsel. | 0.50 | 125.00 |
| 12/10/02 | KJM | Telephone conference with D. Rosenfeld re: strategy in responding to various papers. | 0.30 | 75.00 |
| 12/11/02 | FAM | Review of answering brief and 6th omnibus objection to claims. | 0.30 | 108.00 |
| 12/11/02 | PL3 | Correspondence to KJM re: deposition notices. | 0.10 | 12.00 |
| 12/13/02 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 12/16/02 | KJM | Telephone conference with A. Abbott; telephone conference with G. Rubin; prepared filed and served renotice of deposition of Halpin. | 0.50 | 125.00 |
| 12/16/02 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld. | 0.10 | 25.00 |
| 12/19/02 | KJM | Review of reply brief in support of motion to intervene and filed and served; telephone conference with D. Rosenfeld re: status. | 1.40 | 350.00 |
| 12/22/02 | KJM | Review of dockets and filing of reply brief. | 0.20 | 50.00 |
| 12/23/02 | FAM | Telephone conference with D. Rosenfeld.  Interoffice conference with Kevin J. Mangan.  Review of and file reply brief. | 0.50 | 180.00 |
| 12/23/02 | KJM | Telephone conference with D. Rosenfeld re: status of summary judgment reply. | 0.10 | 25.00 |
| 12/23/02 | KJM | Prepared, filed and served notice of completion. | 0.40 | 100.00 |
| 12/24/02 | KJM | Correspondence to D. Rosenfeld re: filing of notice of completion in the intervention proceeding. | 0.10 | 25.00 |
| 12/24/02 | KJM | Review of reply brief in support of cross motion for | 0.40 | 100.00 |

Saudi American Bank                                          Page      3

|  |  |  |  |  |
|---|---|---|---|---|
| | | summary judgment against Shaw; correspondence to A. Abbott re: filing of notice with Court; telephone conference with D. Rosenfeld re: status. | | |
| 12/26/02 | KJM | Review of notice of status conference and notice of filing brief; correspondence to D. Rosenfeld re: same. | 0.50 | 125.00 |
| 12/26/02 | KJM | Review of dockets re: cross motion for summary judgment against Shaw in preparation for filing with Court. | 0.80 | 200.00 |
| 12/27/02 | KJM | Filed and served notice relating to summary judgment motion. | 0.20 | 50.00 |
| 12/27/02 | KJM | Telephone conference with D. Rosenfeld re: status conference issues. | 0.20 | 50.00 |
| 12/27/02 | KJM | Prepared notice of completion relating to motion to strike Carroll affidavit. | 0.20 | 50.00 |
| 12/30/02 | PL3 | Telephone call from Yvonne at PJW Chambers re: notice of completion. | 0.20 | 24.00 |
| 12/30/02 | PL3 | Preparation of documents for PJW re: completion of briefing. | 0.60 | 72.00 |
| 12/31/02 | PL3 | Review and revise motion to compel depositions. | 0.20 | 24.00 |
| 12/31/02 | PL3 | Review and revise brief in support of motion to compel depositions. | 0.20 | 24.00 |
| 12/31/02 | PL3 | Preparation of service list for brief in support of motion to compel depositions. | 0.10 | 12.00 |
| 12/31/02 | PL3 | File/serve motion to compel depositions and brief in support. | 0.60 | 72.00 |
| 12/31/02 | KJM | Review of correspondence from D. Rosenfeld re: scheduling order and deposition; review of hearing agenda; telephone conference with D.Rosenfeld re: status. | 0.40 | 100.00 |
| 12/31/02 | KJM | Review of correspondence from D. Rosenfeld and S. Jenkens re: deposition; telephone conference D. Rosenfeld; review of and revised for filing and service of motion to compel, brief and exhibits; | 2.30 | 575.00 |

Saudi American Bank                                        Page      4

              correspondence to S. Jenkins
              re: 1/23/03 hearing.l

       Total fees for this matter          15.10       $3,619.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.30 | 360 | 468.00 |
| Mangan, Kevin J. | 11.50 | 250 | 2,875.00 |
| Sasso, Heidi E. | 2.30 | 120 | 276.00 |

DISBURSEMENTS

| 12/19/02 | Messenger/Courier Expenses | 12.00 |
|---|---|---|
| 12/19/02 | Messenger/Courier Expenses | 12.00 |

       Total disbursements for this matter              $24.00

BILLING SUMMARY

       TOTAL FEES                          $3,619.00

       TOTAL DISBURSEMENTS                     24.00

       NET BALANCE FORWARD                 11,570.63

       BALANCE DUE                        $15,213.63

# MONZACK and MONACO, P.A.

1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

March 25, 2003
Account No:    03776    00001
Statement No:              37611

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 01/02/03 | KJM | Telephone conference with A. Abbott re: revised motion to compel. | 0.10 | 25.00 |
| 01/02/03 | KJM | Review of correspondence from S. Jenkens re: deposition/discovery issues. | 0.10 | 25.00 |
| 01/02/03 | KJM | Conference with D. Rosenfeld; prepared for and attended hearing relating to preference action; review of revised motion to compel; correspondence to G. Rubin, S. Jenkens and filed and served amended opening brief. | 4.00 | 1,000.00 |
| 01/06/03 | KJM | Review of correspondence from S. Jenkens; G. Rubin and D. Rosenfeld re: discovery issues. | 0.20 | 50.00 |
| 01/07/03 | KJM | Correspondence to D. Rosenfeld re: teleconference with Court; telephone conference with G. Rubin. | 0.30 | 75.00 |
| 01/07/03 | KJM | Telephone conference with A. Abbott and review of draft notice of deposition. | 0.20 | 50.00 |
| 01/07/03 | KJM | Filed and served notice of deposition. | 0.20 | 50.00 |
| 01/08/03 | KJM | Review of correspondence from D. Rosenfeld and proposed order to amended and replied. | 0.20 | 50.00 |
| 01/08/03 | KJM | Review of correspondence from | 0.10 | 25.00 |

Saudi American Bank                                        Page      2

| | | | | |
|---|---|---|---|---|
| | | D. Rosenfeld re: discovery and hearing. | | |
| 01/09/03 | FAM | Review of motion to compel amended brief, brief, deposition and interrogatory. | 0.30 | 108.00 |
| 01/09/03 | KJM | Review of Shaw's 6th claim objection. | 0.20 | 50.00 |
| 01/09/03 | KJM | Review of pleadings and Debtors' discovery requests to SAMBA. | 0.30 | 75.00 |
| 01/12/03 | KJM | Review of Debtors' answering brief to motion to compel and correspondence to A. Abbott. | 0.30 | 75.00 |
| 01/14/03 | FAM | Review of Debtor's answering brief. | 0.10 | 36.00 |
| 01/14/03 | KJM | Telephone conference with A. Abbott re: status of motion to compel and trial. | 0.10 | 25.00 |
| 01/15/03 | FAM | Review of claims objection. | 0.10 | 36.00 |
| 01/17/03 | FAM | Review of draft discovery. | 0.10 | 36.00 |
| 01/17/03 | KJM | Review of pleadings; order to amend and forwarded to co-counsel. | 0.30 | 75.00 |
| 01/17/03 | KJM | Telephone conference with D. Rosenfeld re: status. | 0.20 | 50.00 |
| 01/19/03 | KJM | Review of Debtors set of request for production and third set of interrogatories; correspondence to co-counsel. | 0.20 | 50.00 |
| 01/24/03 | FAM | Review of amended complaint and order. | 0.10 | 36.00 |
| 01/24/03 | KJM | Review of order allowing amended complaint and amended complaint filed by plaintiff; correspondence to co-counsel re: same. | 0.60 | 150.00 |
| 01/26/03 | KJM | Review of court filing notice and forwarded to A. Abbott. | 0.10 | 25.00 |
| 01/27/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 01/27/03 | KJM | Review of bankruptcy pleadings. | 0.30 | 75.00 |
| 01/28/03 | FAM | Review of claims objections. | 0.10 | 36.00 |
| 01/29/03 | FAM | Review of claims objections. | 0.20 | 72.00 |
| 01/30/03 | KJM | Review of hearing for 2/3/03. | 0.10 | 25.00 |
| 01/30/03 | KJM | Review of Equity committee's omnibus objection to claims. | 0.10 | 25.00 |
| 01/31/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.30 | 108.00 |
| 02/03/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/03/03 | KJM | Review of answer to amended complaint and filed and served. | 0.50 | 125.00 |
| 02/04/03 | FAM | Review of answer to amended | 0.10 | 36.00 |

Saudi American Bank                                    Page      3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | complaint. |  |  |
| 02/06/03 | KJM | Review of proposed stipulation from G. Rubin. | 0.10 | 25.00 |
| 02/07/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/07/03 | PL3 | File joint stipulation to extend Time to respond to 3rd set of interrogatories. | 0.20 | 24.00 |
| 02/07/03 | KJM | Telephone conference with D. Rosenfeld; filed and served stipulation. | 0.20 | 50.00 |
| 02/07/03 | KJM | Review of certification from Debtor relating to trial date and schedule; correspondence to co-counsel. | 0.10 | 25.00 |
| 02/09/03 | KJM | Review of pleadings re: filing of stipulation; correspondence to A. Abbott. | 0.10 | 25.00 |
| 02/10/03 | KJM | Telephone conference with Court re: trial scheduling; correspondence to D. Rosenfield re: status. | 0.30 | 75.00 |
| 02/13/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/13/03 | KJM | Review of scheduling order entered by Court and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 02/13/03 | KJM | Review of equity committee's 4th adn 5th omnibus objection to claims and motion to reclassify claim. | 0.30 | 75.00 |
| 02/13/03 | KJM | Telephone conference with L. Johnson re: trial date; telephone conference with Bankruptcy Court re: resubmission of discovery stipulation. | 0.20 | 50.00 |
| 02/14/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 72.00 |
| 02/14/03 | KJM | Review of pleadings and hearing agenda. | 0.10 | 25.00 |
| 02/19/03 | KJM | Review of, filed and served discovery response to Debtors' 3rd set of interrogatories. | 0.50 | 125.00 |
| 02/21/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/23/03 | KJM | Review of order from Court and pleadings forwarded to co-counsel. | 0.30 | 75.00 |
| 02/24/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 72.00 |
| 02/25/03 | KJM | Review of Debtors' 5th set of interrogatories; correspondence to co-counsel. | 0.20 | 50.00 |
| 02/25/03 | FAM | Review of Debtor's interrogatories. | 0.10 | 36.00 |

Saudi American Bank                                    Page       4

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 02/28/03 | KJM | Review of, filed and served response to 2nd set of request to production; 3rd set of interrogatories addressed to Debtors' 4th set of interrogatories; communicationsd with D. Rosenfeld. | 0.90 | 225.00 |
| 02/28/03 | KJM | Review of bankruptcy pleadings and 3/4/03 agenda for hearing. | 0.20 | 50.00 |

          Total fees for this matter          15.10      $4,024.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.50 | 360 | 900.00 |
| Mangan, Kevin J. | 12.40 | 250 | 3,100.00 |
| Sasso, Heidi E. | 0.20 | 120 | 24.00 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/19/02 | Special Postal Services | 13.76 |
| 12/19/02 | Special Postal Services | 11.14 |
| 12/23/02 | Messenger/Courier Expenses | 20.00 |
| 12/30/02 | Messenger/Courier Expenses | 5.00 |
| 12/30/02 | Pacer/Bankruptcy Research | 17.43 |
| 12/31/02 | Messenger/Courier Expenses | 7.50 |
| 12/31/02 | Special Postal Services | 13.10 |
| 01/07/03 | Messenger/Courier Expenses | 7.50 |
| 01/07/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 01/24/03 | Messenger/Courier Expenses | 7.50 |
| 02/19/03 | Messenger/Courier Expenses | 15.00 |

          Total disbursements for this matter          $140.43

BILLING SUMMARY

          TOTAL FEES                    $4,024.00

          TOTAL DISBURSEMENTS            140.43

          LESS TRUST APPLIED            4,164.43 CR

          BALANCE DUE                    -0-

Saudi American Bank                                            Page        5

Trust remaining balance:                    $1,709.55