## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

April 24, 2003
Account No:    03776  00001
Statement No:           38263

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/04/03 | KJM | Review of Debtors' objections and answers to SAMBA second set of interrogatories; correspondence to D. Rosenfeld and A. Abbott. | 0.50 | 125.00 |
| 03/04/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 50.00 |
| 03/05/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/05/03 | KJM | Review of discovery responses from plaintiff. | 0.30 | 75.00 |
| 03/06/03 | KJM | Review of correspondence from A. Abott and prepared notice of deposition of M. Mott. | 0.30 | 75.00 |
| 03/07/03 | KJM | Telephone conference with A. Abbott re: discovery issues; prepared, filed and served notice of deposition; review of second request for production and filed and served same. | 1.00 | 250.00 |
| 03/10/03 | KJM | Telephone conference with A. Abbott re: Mott deposition; prepared and filed re: notice of Mott deposition. | 0.20 | 50.00 |
| 03/10/03 | KJM | Review of correspondence from S. Jekens; review of correspondence from D. Rosenfeld; telephone conference with D. Rosenfeld. | 0.20 | 50.00 |
| 03/12/03 | KJM | Communication with A. Abbott and prepared amended notice of | 0.30 | 75.00 |

Saudi American Bank                                                          Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | deposition. | | |
| 03/14/03 | KJM | Review of pladings and notice of disclosure statement. | 0.20 | 50.00 |
| 03/18/03 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 36.00 |
| 03/18/03 | KJM | Review of correspondence from D. Rosenfeld re: draft letter to Judge Walsh and replied. | 0.20 | 50.00 |
| 03/19/03 | KJM | Review of notice of disclosure statement and disclosure statements of Debtors and equity committee; correspondence to co-counsel. | 0.50 | 125.00 |
| 03/20/03 | FAM | Review of agenda notice. | 0.10 | 36.00 |
| 03/20/03 | KJM | Review of amended hearing agenda for 3/21/03 hearing. | 0.10 | 25.00 |
| 03/21/03 | FAM | Review of disclosure statement notice, motion and bankruptcy pleadings. | 0.20 | 72.00 |
| 03/22/03 | FAM | Review of disclosure statement notice, motion and disclosure statement. Review of Equity Co. disclosure statement. | 3.50 | 1,260.00 |
| 03/25/03 | FAM | Interoffice conference with Kevin J. Mangan. | 0.20 | 72.00 |
| 03/25/03 | KJM | Review of Equity Committee and Debtor/unsecured creditor committee disclosure statement; telephone conferene with D. Rosenfeld; prepared notices of deposition for John Rase; correspondence to D. Rosenfeld; review of status of letter agreement with Shaw; review of Debtors motion for partial summary judgment. | 3.70 | 925.00 |
| 03/26/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of bankruptcy pleadings. Review of disclosure statement objection. | 0.30 | 108.00 |
| 03/26/03 | KJM | Prepared objection to Debtors' disclosure statement; correspondence to D. Rosenfeld and J. Hutchins; telephone conference with co-counsel re: revisions and status; finalized objection for filing; review of correspondence from J. Hutchins and prepared objection to Equity Committee disclosure | 6.20 | 1,550.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | statement; filed and served objections to disclosure statements; review and filed and served re: responses to interrogatories; telephone conference with D. Rosenfeld re: settlement issues. | | |
| 03/27/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of disclosure statement objections. | 0.50 | 180.00 |
| 03/27/03 | KJM | Prepared and filed notice of service of interrogatories responses with Court. | 0.20 | 50.00 |
| 03/27/03 | KJM | Review of various objections to disclosures statements, including official committee to unsecured creditors; correspondence to J. Hutchins and D. Rosenfeld. | 1.20 | 300.00 |
| 03/28/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 36.00 |
| 03/28/03 | KJM | Telephone conference with S. Dominowski re: changes to Equity Committee's disclosure statement. | 0.20 | 50.00 |
| 03/29/03 | KJM | Communication with S. Dominowski re: revisions to equity committee disclosure statement; correspondence to co-counsel re: status. | 0.30 | 75.00 |
| 03/31/03 | FAM | Review of agenda notice and bankruptcy pleadings. Telephone conference with E. Davis. Interoffice conference with Kevin J. Mangan. | 0.10 | 36.00 |
| 03/31/03 | KJM | Telephone conference with S. Dominowski; review of Equity Committee revisions; correspondence to co-counsel. | 0.30 | 75.00 |
| 03/31/03 | KJM | Telephone conference with Debtors' counsel re: objection to disclosure statement; telephone conference with S. Domanowski re: resolution of equity committee objection. | 0.30 | 75.00 |
| 03/31/03 | KJM | Review of April 2 hearing agenda and status of objection. | 0.20 | 50.00 |
| | | Total fees for this matter | 21.90 | $6,058.00 |

Saudi American Bank                                                              Page        4

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 5.30 | 360 | 1,908.00 |
| Mangan, Kevin J. | 16.60 | 250 | 4,150.00 |

BILLING SUMMARY

    TOTAL FEES                                       $6,058.00

    LESS TRUST APPLIED                               1,709.55 CR

    BALANCE DUE                                      $4,348.45

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

May 29, 2003
Account No:   03776  00001
Statement No:           39195

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/01/03 | KJM | Review of plaintiff's responses to 3rd set of interrogatories; correspondence to co-counsel re: status of disclosure objections. | 0.30 | 75.00 |
| 04/01/03 | KJM | Review of Equity Committee response to objections and blacklined revisions to disclosure statement. | 0.20 | 50.00 |
| 04/02/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of agenda notice, bankruptcy pleadings, Equity Committee's reply and revised Disclosure Statement. | 1.30 | 468.00 |
| 04/02/03 | KJM | Review of Debtors response to objection and revised disclosure statement; prepared for and attended disclosure statement hearing; correspondence to co-counsel re: status and result of hearing; review of motion to appoint asbestos committee; telephone conference to D. Rosenfeld re: status. | 3.80 | 950.00 |
| 04/03/03 | KJM | Review of notice of deposition of Abdulla Said Bugshan and Brothers and correspondence to D. Rosenfeld. | 0.20 | 50.00 |
| 04/07/03 | KJM | Review of correspondence from | 0.20 | 50.00 |

Saudi American Bank                                                           Page    2

|          |     |                                                                                                                                      |      |        |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|          |     | G. Rubin re: stipulation; filed and served stipulation.                                                                              |      |        |
| 04/08/03 | FAM | Review of Debtor's discovery and response to motion for summary judgement. Review of bankruptcy pleadings.                           | 0.30 | 108.00 |
| 04/09/03 | FAM | Interoffice conference with Kevin J. Mangan.                                                                                         | 0.10 | 36.00  |
| 04/09/03 | KJM | Review of discovery responses and plaintiff's motion for partial summary judgment.                                                   | 1.10 | 275.00 |
| 04/10/03 | KJM | Telephone conference with D. Rosenfeld re: summary judgment motion and deposition.                                                   | 0.20 | 50.00  |
| 04/11/03 | KJM | Review of pleadings and order from Court re: discovery.                                                                              | 0.20 | 50.00  |
| 04/11/03 | KJM | Review of exhibits to plaintiff's motion for partial summary judgment; review of correspondence from D. Rosenfeld re: response date. | 0.30 | 75.00  |
| 04/14/03 | FAM | Review of bankruptcy pleadings.                                                                                                      | 0.10 | 36.00  |
| 04/17/03 | KJM | Review of correspondence from D. Rosenfeld and exhibit list forwarded to plaintiff.                                                  | 0.10 | 25.00  |
| 04/17/03 | KJM | Review of notice of disclosure statement hearing; correspondence to co-counsel.                                                      | 0.20 | 50.00  |
| 04/18/03 | FAM | Review of pre-trial list and bankruptcy pleadings.                                                                                   | 0.30 | 108.00 |
| 04/18/03 | KJM | Review of status; telephone conference with D. Rosenfeld; filed and served notice of depositions on J. Rase in both adversary cases. | 0.60 | 150.00 |
| 04/21/03 | FAM | Review of bankruptcy pleadings.                                                                                                      | 0.10 | 36.00  |
| 04/21/03 | KJM | Telephone conference with D. Rosenfeld re: Rase deposition.                                                                          | 0.10 | 25.00  |
| 04/21/03 | KJM | Review of plaintiff's lists of exhibits to be used at trial.                                                                         | 0.20 | 50.00  |
| 04/21/03 | KJM | Telephone conference with A. Abbott re: status of brief; review of hearing agenda notice from Debtor.                                | 0.20 | 50.00  |
| 04/21/03 | KJM | Review of response to plaintiff's summary judgment motion and exhibits; filed and served response.                                   | 3.20 | 800.00 |
| 04/22/03 | KJM | Telephone conference with Judge Walsh chambers re: hearing.                                                                          | 0.20 | 50.00  |
| 04/22/03 | KJM | Telephone conference with D.                                                                                                         | 0.30 | 75.00  |

Saudi American Bank                                                                          Page    3

|            |     |                                                                                                                                                                                                        |      |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|            |     | Rosenfeld; telephone conference with court report and hotel; correspondence to D. Rosenfeld.                                                                                                                             |      |        |
| 04/23/03   | KJM | Telephone conference with A. Abbott re: revisions to response.                                                                                                                                                            | 0.10 | 25.00  |
| 04/23/03   | KJM | Review of and filed/served amended answering brief; correspondence to Court re: courtesy copy of brief and exhibits.                                                                                                      | 0.70 | 175.00 |
| 04/24/03   | FAM | Review of bankruptcy pleadings and opening brief.                                                                                                                                                                         | 0.70 | 252.00 |
| 04/24/03   | KJM | Review of objections to trial exhibits; telephone conference with D. Rosenfeld re: deposition and trial strategy.                                                                                                         | 0.40 | 100.00 |
| 04/25/03   | FAM | Review of Equity Committee's Disclosure Statement and amended brief.                                                                                                                                                      | 0.30 | 108.00 |
| 04/26/03   | FAM | Review of Equity Committee and UCC revised Disclosure Statements.                                                                                                                                                         | 0.80 | 288.00 |
| 04/28/03   | FAM | Review of bankruptcy pleadings.                                                                                                                                                                                           | 0.10 | 36.00  |
| 04/28/03   | KJM | Telephone conference with G. Rubin re: Rase deposition.                                                                                                                                                                   | 0.30 | 75.00  |
| 04/28/03   | KJM | Telephone conference with P. Rosenfeld re: deposition issues.                                                                                                                                                             | 0.20 | 50.00  |
| 04/28/03   | KJM | Review of Equity Committee's amended disclosure statement; correspondence to J. Hutchins re: same.                                                                                                                        | 0.70 | 175.00 |
| 04/29/03   | FAM | Interoffice conference with Kevin J. Mangan. Review of bankruptcy pleadings and claims objection.                                                                                                                         | 0.60 | 216.00 |
| 04/29/03   | KJM | Telephone conference with D. Rosenfeld re: status and pretrial.                                                                                                                                                           | 0.20 | 50.00  |
| 04/29/03   | KJM | Review of Debtors motion to reclassify certain claims for voting purposes and motion to realocate certain claims to consolidated cases for voting purposes.                                                                | 1.00 | 250.00 |
| 04/29/03   | KJM | Telephone conference with G. Rubin and D. Rosenfeld.                                                                                                                                                                      | 0.20 | 50.00  |
| 04/30/03   | KJM | Review of correspondence from D. Rosenfeld and stipulation relating to letter of credit                                                                                                                                    | 0.30 | 75.00  |

```
Saudi American Bank                                              Page       4

                        #969.
04/30/03   KJM          Review of correspondence from      0.50       125.00
                        D. Rosenfeld re: witness list;
                        telephone conference with G.
                        Rubin; review of pleadings
                        relating to bankruptcy.
                                                           ─────     ─────────
              Total fees for this matter                   20.90     $5,742.00

                              RECAPITULATION
Timekeeper                       Hours    Rate          Total
Monaco, Jr., Francis A.           4.70     360          1,692.00
Mangan, Kevin J.                 16.20     250          4,050.00
DISBURSEMENTS

03/25/03   Messenger/Courier Expenses                               12.00
03/26/03   Messenger/Courier Expenses                               31.50
03/26/03   Messenger/Courier Expenses                               12.00
03/26/03   Messenger/Courier Expenses                               12.00
03/26/03   Messenger/Courier Expenses                               12.00
04/22/03   Messenger/Courier Expenses                                7.50
04/22/03   Messenger/Courier Expenses                                7.50
04/30/03   Photocopying                                             63.00
                                                                  ────────
           Total disbursements for this matter                    $157.50

BILLING SUMMARY

           TOTAL FEES                                $5,742.00

           TOTAL DISBURSEMENTS                          157.50

           NET BALANCE FORWARD                        4,348.45
                                                    ──────────
           BALANCE DUE                              $10,247.95
```

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

June 18, 2003
Account No:    03776  00001
Statement No:           39740

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/03 | KJM | Review of bankruptcy pleadings; communication with M. Sousa re: trial. | 0.20 | 52.00 |
| 05/01/03 | KJM | Review of plaintiff's reply in support of summary judgment and forwarded to co-counsel. | 0.30 | 78.00 |
| 05/02/03 | KJM | Review of plaintiff's reply and analyzed SUR reply issues; telephone conference with D. Rosenfeld, J. Hutchins, A. Abbott re: status and strategy. | 1.00 | 260.00 |
| 05/02/03 | KJM | Review of agenda relating to hearing on objection to claim of Abdulla Said Bugshan and Brothers; correspondence to co-counsel. | 0.20 | 52.00 |
| 05/05/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of bankruptcy pleadings and agenda notice. | 0.40 | 150.00 |
| 05/05/03 | KJM | Review of notice of certification from G. Rubin; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status and settlement issues. | 0.30 | 78.00 |
| 05/05/03 | KJM | Telephone conference with Court re: trial date. | 0.20 | 52.00 |
| 05/05/03 | KJM | Telephone conference with D. Rosenfeld, A. Abbott. | 0.20 | 52.00 |
| 05/06/03 | KJM | Review of correspondence from | 0.20 | 52.00 |

Saudi American Bank                                                              Page     2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | D. Rosenfeld and correspondence from J. Hutchin re: settlement. | | |
| 05/06/03 | KJM | Review of pleadings re: Bugshaw claim papers; prepared for and attended Court re: claim objection; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status. | 1.30 | 338.00 |
| 05/07/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of omnibus claims objection. | 0.40 | 150.00 |
| 05/07/03 | KJM | Review of order disallowing Bugshan's claims; correspondence to D. Rosenfeld. | 0.20 | 52.00 |
| 05/08/03 | KJM | Telephone conference with D. Rosenfeld re: withdraw of motion to intervene and related issues. | 0.20 | 52.00 |
| 05/12/03 | FAM | Review of bankruptcy pleadings. | 0.60 | 225.00 |
| 05/12/03 | KJM | Review of various objections to the disclosure statements. | 0.40 | 104.00 |
| 05/12/03 | KJM | Review of Debtors' 10th and 11th omnibus objection to claims. | 0.30 | 78.00 |
| 05/13/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 05/14/03 | FAM | Review of deposition notice. | 0.10 | 37.50 |
| 05/14/03 | KJM | Telephone conference with Court re: resolution of trial. | 0.20 | 52.00 |
| 05/16/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.10 | 37.50 |
| 05/16/03 | KJM | Telephone conference with D. Rosenfeld re: Next Factor's motion; conference with J. Bodnar; review of Next Factor motion. | 1.30 | 338.00 |
| 05/17/03 | FAM | Review of Debtor's response and revised disclosure statement. | 0.70 | 262.50 |
| 05/19/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 05/19/03 | KJM | Review of Shaw response to Next Factor motion; correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 05/19/03 | KJM | Review of disclosure statement objection and pleadings from Equity committee and Debtors/unsecured creditor committee; review of hearing agenda and correspondence to D. Rosenfeld. | 1.50 | 390.00 |
| 05/21/03 | FAM | Review of Equity Committee response and revised disclosure statement. Review of | 2.00 | 750.00 |

Saudi American Bank                                                                 Page     3

|            |     |                                                                                                      |      |          |
|------------|-----|------------------------------------------------------------------------------------------------------|------|----------|
|            |     | bankruptcy pleadings.                                                                                |      |          |
| 05/21/03   | KJM | Review of hearing agenda; interoffice conference with E. Lilly re: hearing; correspondence to D. Rosenfeld; review of bankruptcy pleadings. | 0.40 | 104.00   |
| 05/21/03   | EML | Conference with Kevin J. Mangan re: attendance at May 23 hearing.                                    | 0.20 | 41.00    |
| 05/22/03   | FAM | Review of bankruptcy pleadings.                                                                      | 0.10 | 37.50    |
| 05/22/03   | KJM | Review of Equity Committee reply to objection to disclosure statement.                               | 0.20 | 52.00    |
| 05/22/03   | KJM | Correspondence to D. Rosenfeld re: Next Factors motion.                                              | 0.10 | 26.00    |
| 05/22/03   | EML | Conference with Kevin J. Mangan re: attendance at hearing on May 23.                                 | 0.20 | 41.00    |
| 05/23/03   | EML | Legal research re: mechanics lien/violation of automatic stay.                                       | 1.30 | 266.50   |
| 05/25/03   | FAM | Review of settlement motion.                                                                         | 0.20 | 75.00    |
| 05/26/03   | KJM | Review of pleadings and settlement motion; correspondence to co-counsel.                             | 1.20 | 312.00   |
| 05/28/03   | KJM | Review of correspondence from D. Rosenfeld re: settlement.                                           | 0.10 | 26.00    |
| 05/28/03   | KJM | Review of notice of cancellation of hearing.                                                         | 0.10 | 26.00    |
| 05/30/03   | FAM | Review of bankruptcy pleadings. Interoffice conference with Kevin J. Mangan.                         | 0.10 | 37.50    |
| 05/31/03   | FAM | Review of Equity Committee's and Debtor's plans.                                                     | 2.50 | 937.50   |

                    Total fees for this matter                            19.60   $5,865.00

                                    RECAPITULATION

| Timekeeper              | Hours | Rate | Total    |
|-------------------------|-------|------|----------|
| Lilly, Edward M.        | 1.70  | 205  | 348.50   |
| Monaco, Jr., Francis A. | 7.50  | 375  | 2,812.50 |
| Mangan, Kevin J.        | 10.40 | 260  | 2,704.00 |

DISBURSEMENTS

| 04/23/03 | Messenger/Courier Expenses |  6.50 |
|----------|----------------------------|-------|
| 04/30/03 | Special Postal Services    | 63.85 |

                    Total disbursements for this matter                              $70.35

Saudi American Bank                                          Page       4

BILLING SUMMARY

    TOTAL FEES                              $5,865.00

    TOTAL DISBURSEMENTS                          70.35

    NET BALANCE FORWARD                       5,899.50

    BALANCE DUE                             $11,834.85