**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

July 14, 2003
Account No:   03776  00001
Statement No:          40071

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 06/03/03 | FAM | Correspondence from Kevin J. Mangan and D. Rosenfeld. Review of Shaw response. | 0.20 | 75.00 |
| 06/03/03 | KJM | Review of pleadings including amendments to disclosure statements and notices from equity committee and Debtors/unsecured creditors committee; telephone conference with D. Rosenfeld re: settlement with Debtors and disclosure statements; review of Shaw's limited response to settlement motion; correspondence to D. Rosenfeld. | 3.00 | 780.00 |
| 06/04/03 | KJM | Review of correspondence from D. Rosenfeld and response in support of settlement motion; correspondence to D. Rosenfeld. | 0.40 | 104.00 |
| 06/05/03 | FAM | Review of UCC response. | 0.20 | 75.00 |
| 06/05/03 | KJM | Telephone conference with D. Rosenfeld; revised, filed and served response. | 0.40 | 104.00 |
| 06/05/03 | KJM | Review of dockets and pleadings; review of Committee response to settlement motion; correspondence to D. Rosenfeld. | 0.40 | 104.00 |
| 06/06/03 | FAM | Review of disclosure statement order and bankruptcy pleadings. | 0.20 | 75.00 |
| 06/06/03 | KJM | Review of order entered approving disclosure statements | 0.20 | 52.00 |

Saudi American Bank                                                          Page       2

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | and correspondence to co-counsel. | | |
| 06/10/03 | KJM | Review of hearing agenda and correspondence to D. Rosenfeld re: hearing on settlement motion. | 0.20 | 52.00 |
| 06/11/03 | FAM | Review of disclosure statement order and agenda notice. | 0.20 | 75.00 |
| 06/11/03 | KJM | Telephone conference with D. Rosenfeld re: hearing; review of pleadings; prepared for settlement hearing. | 0.50 | 130.00 |
| 06/12/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 06/12/03 | KJM | Prepared for and attended hearing regarding settlement motion and conference with D. Rosenfeld. | 1.80 | 468.00 |
| 06/13/03 | KJM | Review of certification of counsel from Debtor; telephone conference with Court re: status of settlement order. | 0.20 | 52.00 |
| 06/13/03 | KJM | Review of order from dockets and correspondence to D. Rosenfeld. | 0.20 | 52.00 |
| 06/17/03 | KJM | Review of pleadings filed by Debtor. | 0.20 | 52.00 |
| 06/18/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/20/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/23/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 52.00 |
| 06/26/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/27/03 | FAM | Review of revised Equity Committee disclosure statement, order and motion. | 1.00 | 375.00 |
| 06/27/03 | KJM | Review of 2nd amended disclosure statement and notice of hearing; correspondence to D. Rosenfeld and J. Hutchins. | 0.80 | 208.00 |
| 06/30/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 06/30/03 | KJM | Continued to review disclosure statement to 2nd amended plan. | 1.50 | 390.00 |

Total fees for this matter                                    12.40      $3,500.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 2.40 | 375 | 900.00 |
| Mangan, Kevin J. | 10.00 | 260 | 2,600.00 |

BILLING SUMMARY

TOTAL FEES                                                              $3,500.00

Saudi American Bank                                                   Page        3

    NET BALANCE FORWARD                              11,834.85

    BALANCE DUE                                       $15,334.85

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 14, 2003
Account No:   03776   00001
Statement No:          40679

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 07/02/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/07/03 | KJM | Review of equity committee revised disclosure statement with respect to third amended plan of liquidation; correspondence to D. Rosenfeld. | 0.60 | 156.00 |
| 07/08/03 | FAM | Review of revised equity disclosure statement. | 0.20 | 75.00 |
| 07/09/03 | FAM | Review of settlement order. | 0.10 | 37.50 |
| 07/11/03 | KJM | Review of pleadings and settlement order from Court. | 0.20 | 52.00 |
| 07/14/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/14/03 | KJM | Review of pleadings re: disclosure statement and plan. | 0.20 | 52.00 |
| 07/18/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 07/18/03 | KJM | Review of proposed order approving disclosure statement. | 0.20 | 52.00 |
| 07/21/03 | FAM | Review of disclosure statement order and agenda notice. | 0.20 | 75.00 |
| 07/21/03 | KJM | Review of pleading; review of hearing agenda; correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 07/22/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 07/23/03 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 75.00 |
| 07/23/03 | KJM | Prepared for and attended disclosure statement hearing; correspondence to D. Rosenfeld re: status. | 2.50 | 650.00 |
| 07/24/03 | KJM | Review of bankruptcy pleadings. | 0.10 | 26.00 |

Saudi American Bank                                                      Page        2

      Total fees for this matter                          5.20       $1,478.50

                                RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.10 | 375 | 412.50 |
| Mangan, Kevin J. | 4.10 | 260 | 1,066.00 |

BILLING SUMMARY

      TOTAL FEES                                                       $1,478.50

      NET BALANCE FORWARD                                               9,435.35

      BALANCE DUE                                                     $10,913.85

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

September 15, 2003
Account No:   03776   00001
Statement No:           41317

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 05/01/03 | KJM | Review of bankruptcy pleadings; communication with M. Sousa re: trial. | 0.20 | 52.00 |
| 05/01/03 | KJM | Review of plaintiff's reply in support of summary judgment and forwarded to co-counsel. | 0.30 | 78.00 |
| 05/02/03 | KJM | Review of plaintiff's reply and analyzed SUR reply issues; telephone conference with D. Rosenfeld, J. Hutchins, A. Abbott re: status and strategy. | 1.00 | 260.00 |
| 05/02/03 | KJM | Review of agenda relating to hearing on objection to claim of Abdulla Said Bugshan and Brothers; correspondence to co-counsel. | 0.20 | 52.00 |
| 05/05/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of bankruptcy pleadings and agenda notice. | 0.40 | 150.00 |
| 05/05/03 | KJM | Review of notice of certification from G. Rubin; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status and settlement issues. | 0.30 | 78.00 |
| 05/05/03 | KJM | Telephone conference with Court re: trial date. | 0.20 | 52.00 |
| 05/05/03 | KJM | Telephone conference with D. Rosenfeld, A. Abbott. | 0.20 | 52.00 |
| 05/06/03 | KJM | Review of correspondence from | 0.20 | 52.00 |

Saudi American Bank                                                    Page    2

|          |     |                                                                                                                                                                                                  |      |        |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|          |     | D. Rosenfeld and correspondence from J. Hutchin re: settlement.                                                                                                                                                  |      |        |
| 05/06/03 | KJM | Review of pleadings re: Bugshaw claim papers; prepared for and attended Court re: claim objection; correspondence to D. Rosenfeld; telephone conference with D. Rosenfeld re: status.                            | 1.30 | 338.00 |
| 05/07/03 | FAM | Interoffice conference with Kevin J. Mangan. Review of omnibus claims objection.                                                                                                                                 | 0.40 | 150.00 |
| 05/07/03 | KJM | Review of order disallowing Bugshan's claims; correspondence to D. Rosenfeld.                                                                                                                                    | 0.20 | 52.00  |
| 05/08/03 | KJM | Telephone conference with D. Rosenfeld re: withdraw of motion to intervene and related issues.                                                                                                                   | 0.20 | 52.00  |
| 05/12/03 | FAM | Review of bankruptcy pleadings.                                                                                                                                                                                  | 0.60 | 225.00 |
| 05/12/03 | KJM | Review of various objections to the disclosure statements.                                                                                                                                                       | 0.40 | 104.00 |
| 05/12/03 | KJM | Review of Debtors' 10th and 11th omnibus objection to claims.                                                                                                                                                    | 0.30 | 78.00  |
| 05/13/03 | FAM | Review of bankruptcy pleadings.                                                                                                                                                                                  | 0.20 | 75.00  |
| 05/14/03 | FAM | Review of deposition notice.                                                                                                                                                                                     | 0.10 | 37.50  |
| 05/14/03 | KJM | Telephone conference with Court re: resolution of trial.                                                                                                                                                         | 0.20 | 52.00  |
| 05/16/03 | FAM | Review of bankruptcy pleadings and agenda notice.                                                                                                                                                                | 0.10 | 37.50  |
| 05/16/03 | KJM | Telephone conference with D. Rosenfeld re: Next Factor's motion; conference with J. Bodnar; review of Next Factor motion.                                                                                        | 1.30 | 338.00 |
| 05/17/03 | FAM | Review of Debtor's response and revised disclosure statement.                                                                                                                                                    | 0.70 | 262.50 |
| 05/19/03 | FAM | Review of agenda notice.                                                                                                                                                                                         | 0.10 | 37.50  |
| 05/19/03 | KJM | Review of Shaw response to Next Factor motion; correspondence to D. Rosenfeld.                                                                                                                                   | 0.30 | 78.00  |
| 05/19/03 | KJM | Review of disclosure statement objection and pleadings from Equity committee and Debtors/unsecured creditor committee; review of hearing agenda and correspondence to D. Rosenfeld.                              | 1.50 | 390.00 |
| 05/21/03 | FAM | Review of Equity Committee response and revised disclosure statement. Review of                                                                                                                                  | 2.00 | 750.00 |

Saudi American Bank                                                                 Page        3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | bankruptcy pleadings. | | |
| 05/21/03 | KJM | Review of hearing agenda; interoffice conference with E. Lilly re: hearing; correspondence to D. Rosenfeld; review of bankruptcy pleadings. | 0.40 | 104.00 |
| 05/21/03 | EML | Conference with Kevin J. Mangan re: attendance at May 23 hearing. | 0.20 | 41.00 |
| 05/22/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 05/22/03 | KJM | Review of Equity Committee reply to objection to disclosure statement. | 0.20 | 52.00 |
| 05/22/03 | KJM | Correspondence to D. Rosenfeld re: Next Factors motion. | 0.10 | 26.00 |
| 05/22/03 | EML | Conference with Kevin J. Mangan re: attendance at hearing on May 23. | 0.20 | 41.00 |
| 05/25/03 | FAM | Review of settlement motion. | 0.20 | 75.00 |
| 05/26/03 | KJM | Review of pleadings and settlement motion; correspondence to co-counsel. | 1.20 | 312.00 |
| 05/28/03 | KJM | Review of correspondence from D. Rosenfeld re: settlement. | 0.10 | 26.00 |
| 05/28/03 | KJM | Review of notice of cancellation of hearing. | 0.10 | 26.00 |
| 05/30/03 | FAM | Review of bankruptcy pleadings. Interoffice conference with Kevin J. Mangan. | 0.10 | 37.50 |
| 05/31/03 | FAM | Review of Equity Committee's and Debtor's plans. | 2.50 | 937.50 |
| 08/02/03 | KJM | Review of correspondence from Debtor counsel re: hearing agenda. | 0.10 | 26.00 |
| 08/03/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 08/05/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 08/11/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 08/12/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 08/13/03 | FAM | Review of revised disclosure statement and agenda notice. | 0.60 | 225.00 |
| 08/13/03 | KJM | Review of notice of disclosure statement of 3rd amended plan and correspondence to D. Rosenfeld. | 0.30 | 78.00 |
| 08/14/03 | KJM | Review of notice of hearing agenda. | 0.10 | 26.00 |
| 08/16/03 | KJM | Review of revised disclosure statement re: SAMBA litigation. | 0.50 | 130.00 |
| 08/18/03 | KJM | Telephone conference with D. Rosenfeld re: core matters and possible motion to withdraw | 0.50 | 130.00 |

Saudi American Bank                                              Page        4

```
                    reference and for determination
                    of core proceedings.
08/25/03   FAM      Review of bankruptcy pleadings.          0.10        37.50
08/29/03   FAM      Review of bankruptcy pleadings.          0.10        37.50
                                                            _____     _____
           Total fees for this matter                       21.10      $6,476.00

                          RECAPITULATION
Timekeeper                        Hours    Rate        Total
Lilly, Edward M.                   0.40     205         82.00
Monaco, Jr., Francis A.            8.80     375      3,300.00
Mangan, Kevin J.                  11.90     260      3,094.00
DISBURSEMENTS

04/23/03   Messenger/Courier Expenses                                       6.50
04/30/03   Special Postal Services                                         63.85
                                                                        _____
           Total disbursements for this matter                           $70.35

BILLING SUMMARY

           TOTAL FEES                                              $6,476.00

           TOTAL DISBURSEMENTS                                         70.35

           NET BALANCE FORWARD                                      4,978.50
                                                                   _____
           BALANCE DUE                                             $11,524.85
```

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

October 14, 2003
Account No:    03776    00001
Statement No:           41984

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                              | HOURS |          |
|----------|-----|------------------------------------------------------------------------------|-------|----------|
| 09/05/03 | KJM | Review of pleadings including order apporving disclosure statement and attachments. | 0.40  | 104.00   |
| 09/08/03 | FAM | Review of agenda notice.                                                     | 0.10  | 37.50    |
| 09/08/03 | KJM | Review of agenda hearing.                                                    | 0.10  | 26.00    |
| 09/10/03 | FAM | Review of disclosure statement order and revised disclosure statement.       | 0.30  | 112.50   |
| 09/16/03 | FAM | Review of bankruptcy pleadings.                                              | 0.10  | 37.50    |
| 09/17/03 | FAM | Review of omnibus objection to claims.                                       | 0.20  | 75.00    |
| 09/18/03 | FAM | Review of plan and bankruptcy pleadings.                                     | 1.50  | 562.50   |
| 09/22/03 | KJM | Review of bankruptcy pleadings and motion to compel.                         | 0.20  | 52.00    |
| 09/24/03 | KJM | Review of pleadings and claim objections re: Shaw.                           | 0.20  | 52.00    |
| 09/29/03 | FAM | Review of bankruptcy pleadings.                                              | 0.10  | 37.50    |

Total fees for this matter                       3.20    $1,096.50

RECAPITULATION

| Timekeeper              | Hours | Rate | Total  |
|-------------------------|-------|------|--------|
| Monaco, Jr., Francis A. | 2.30  | 375  | 862.50 |
| Mangan, Kevin J.        | 0.90  | 260  | 234.00 |

BILLING SUMMARY

TOTAL FEES                                               $1,096.50

Saudi American Bank                                              Page      2

    NET BALANCE FORWARD                           11,524.85

    BALANCE DUE                                  <u>$12,621.35</u>

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

November 11, 2003
Account No:     03776    00001
Statement No:                42736

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 10/06/03 | KJM | Review of bankruptcy pleadings. | 0.20 | 52.00 |
| 10/10/03 | FAM | Review of agenda notice. | 0.10 | 37.50 |
| 10/13/03 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.10 | 37.50 |
| 10/20/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 10/22/03 | FAM | Review of plan supplement. | 0.10 | 37.50 |
| 10/27/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 10/30/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 10/30/03 | KJM | Review of pleadings and brief in support of confirmation; correspondence to D. Rosenfeld. | 0.40 | 104.00 |
| 10/31/03 | FAM | Review of confirmation brief. | 0.50 | 187.50 |

Total fees for this matter    2.00    $681.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.40 | 375 | 525.00 |
| Mangan, Kevin J. | 0.60 | 260 | 156.00 |

BILLING SUMMARY

TOTAL FEES                              $681.00

NET BALANCE FORWARD                  12,621.35

BALANCE DUE                          $13,302.35

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 16, 2003
Account No:   03776   00001
Statement No:               43229

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 11/03/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 11/05/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 11/12/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 11/13/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 11/14/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 11/17/03 | FAM | Review of bankruptcy pleadings. | 0.20 | 75.00 |
| 11/19/03 | KJM | Review of Debtor claim objection and pleading. | 0.20 | 52.00 |
| 11/20/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 11/20/03 | KJM | Review of Debtors 8th and 9th claim objection. | 0.20 | 52.00 |
| 11/28/03 | FAM | Review of bankruptcy pleading. | 0.10 | 37.50 |

Total fees for this matter   1.40   $479.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.00 | 375 | 375.00 |
| Mangan, Kevin J. | 0.40 | 260 | 104.00 |

BILLING SUMMARY

TOTAL FEES                          $479.00

NET BALANCE FORWARD                 13,302.35

BALANCE DUE                         $13,781.35