## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

January 12, 2004
Account No:    03776  00001
Statement No:              43767

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|   |   |   | HOURS |   |
|---|---|---|---|---|
| 12/10/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 12/19/03 | FAM | Review of bankruptcy pleadings. | 0.10 | 37.50 |
| 12/26/03 | FAM | Review of bankruptcy pleadings. | 0.30 | 112.50 |
| | Total fees for this matter | | 0.50 | $187.50 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.50 | 375 | 187.50 |

BILLING SUMMARY

TOTAL FEES                             $187.50

NET BALANCE FORWARD                    13,781.35

BALANCE DUE                            $13,968.85

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

February 11, 2004
Account No: 03776 00001
Statement No: 44398

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 01/13/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 01/15/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 01/16/04 | KJM | Review of confirmation order. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 01/18/04 | KJM | Review of status of bankruptcy case. Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 01/20/04 | FAM | Review of bankruptcy pleadings and confirmation order. | 0.50 | 197.50 |
| 01/21/04 | FAM | Review of omnibus objection to claims. | 0.10 | 39.50 |
| 01/21/04 | KJM | Review of 10th and 11th claim objection and bankruptcy pleadings. | 0.10 | 27.50 |
| 01/30/04 | FAM | Review of confirmation notice. | 0.10 | 39.50 |

Total fees for this matter    1.60    $560.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 1.00 | 395 | 395.00 |
| Mangan, Kevin J. | 0.60 | 275 | 165.00 |

BILLING SUMMARY

TOTAL FEES                              $560.00

NET BALANCE FORWARD                     13,968.85

Saudi American Bank                                                Page        2

        BALANCE DUE                                        $14,528.85

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

March 12, 2004
Account No:   03776   00001
Statement No:            45176

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/03/04 | KJM | Telephone conference with A. Abbott re: status of summary judgment motion. | 0.10 | 27.50 |
| 02/24/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
|  |  | Total fees for this matter | 0.20 | $67.00 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.10 | 395 | 39.50 |
| Mangan, Kevin J. | 0.10 | 275 | 27.50 |

BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $67.00 |
| NET BALANCE FORWARD | 14,528.85 |
| BALANCE DUE | $14,595.85 |

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

April 12, 2004
Account No:    03776  00001
Statement No:               45702

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/04 | FAM | Correspondence from K. Mumford. | 0.10 | 39.50 |
| 03/08/04 | KJM | Telephone conference with K. Mumford re: Court request. Correspondence to J. Hutchinson and D. Rosenfield re: status conference. | 0.30 | 82.50 |
| 03/09/04 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. | 0.10 | 39.50 |
| 03/09/04 | KJM | Review of hearing agenda. Correspondence to co-counsel. | 0.20 | 55.00 |
| 03/10/04 | FAM | Interoffice conference with Kevin J. Mangan. Telephone conference with J. Hutchinson. | 0.20 | 79.00 |
| 03/10/04 | KJM | Telephone conference with A. Abbott. Review of dockets and case re: status. | 0.30 | 82.50 |
| 03/11/04 | FAM | Conference with D. Rosenfeld. Interoffice conference with Kevin J. Mangan. | 0.50 | 197.50 |
| 03/11/04 | KJM | Conference with D. Rosenfeld. Prepared for and attended status conference with Court. | 4.00 | 1,100.00 |
| 03/12/04 | KJM | Review of hearing notices. Telephone conference with a. Abbott and D. Rosenfield. Forward pleadings to d. Rosenfeld. Review of docket. | 0.50 | 137.50 |
| 03/15/04 | KJM | Telephone conference with D. Rosenfeld re: mediation and transcript of hearing. | 0.30 | 82.50 |

Saudi American Bank                                                                 Page      2

|            |     |                                                                                                                                                                     |      |         |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|
|            |     | Telephone conference with Court re: hearing.                                                                                                                                    |      |         |
| 03/16/04   | FAM | Review of notice regarding substitution of party.                                                                                                                               | 0.10 | 39.50   |
| 03/16/04   | KJM | Correspondence to S. Scaruzzi re: transcript request.                                                                                                                           | 0.20 | 55.00   |
| 03/23/04   | FAM | Correspondence from D. Rosenfeld. Telephone conference with and correspondence from C. Bifferato. Interoffice conference with Kevin J. Mangan. Review of stipulation.           | 0.30 | 118.50  |
| 03/23/04   | KJM | Review of Correspondence from C. Bifferato and stipulation of dismissal. Correspondence to D. Rosenfield.                                                                       | 0.20 | 55.00   |
| 03/24/04   | KJM | Telephone conference with A. Abbott re: disposition.                                                                                                                            | 0.10 | 27.50   |
| 03/26/04   | FAM | Correspondence from and correspondence to R. Rosenfeld. Correspondence from L. Ernce. Review of stipulation.                                                                    | 0.30 | 118.50  |
| 03/29/04   | FAM | Review of bankruptcy pleadings.                                                                                                                                                 | 0.10 | 39.50   |
| 03/31/04   | KJM | Telephone conference with D. Rosenfeld re: deposition of Shaw witness.                                                                                                          | 0.10 | 27.50   |

              Total fees for this matter                          7.90       $2,376.50

                              RECAPITULATION

| Timekeeper              | Hours | Rate | Total    |
|-------------------------|-------|------|----------|
| Monaco, Jr., Francis A. | 1.70  | 395  | 671.50   |
| Mangan, Kevin J.        | 6.20  | 275  | 1,705.00 |

DISBURSEMENTS

03/12/04   Special Postal Services                                                    14.38

              Total disbursements for this matter                             $14.38

BILLING SUMMARY

        TOTAL FEES                                            $2,376.50

        TOTAL DISBURSEMENTS                                       14.38

        NET BALANCE FORWARD                                   14,595.85

Saudi American Bank                                                  Page        3

    BALANCE DUE                                          <u>$16,986.73</u>

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                            May 12, 2004
                              Account No:    03776  00001
                              Statement No:          46263
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                            HOURS
04/05/04   KJM   Review of notice of subsitution      0.10       27.50
                 of counsel and forwarded to D.
                 Rosenfeld.
04/06/04   KJM   Review of stipulation and order      0.20       55.00
                 dismissing adversary.
                 Correspondence to D. Rosenfeld.
04/06/04   KJM   Review of Correspondence from        0.20       55.00
                 A. Abott and notices of
                 depositions.
04/07/04   KJM   Communications with A. Abbott.       0.60      165.00
                 Review of Correspondence from
                 A. Abbott.  Filed and served
                 notices of depositions.  Review
                 of Correspondence from D.
                 Rosenfeld and S. Jenkins.
04/07/04   KJM   Communications S. Jenkins and        0.20       55.00
                 D. Rosenfeld re: depositions.
04/08/04   KJM   Review of Correspondence from        0.10       27.50
                 S. Jenkins and D. Rosenfeld re:
                 deposition of Fulbright firm.
04/09/04   KJM   Review of hearing transcript         0.30       82.50
                 and Correspondence to D.
                 Rosenfeld.
04/12/04   FAM   Review of deposition notices.        0.10       39.50
04/12/04   KJM   Review of Correspondence from        0.20       55.00
                 Court reporter.  Review of
                 status from Court.
04/13/04   KJM   Review of bankruptcy pleading        0.20       55.00
                 from reorganized Debtor.
04/19/04   FAM   Review of omnibus objection to       0.10       39.50
                 claims.
```

Saudi American Bank                                                                 Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/04 | KJM | Review of Correspondence from S.Jenkins re: discovery issues. | 0.10 | 27.50 |
| 04/20/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |
| 04/27/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 04/27/04 | KJM | Review of bankruptcy pleadings and hearing agenda. | 0.20 | 55.00 |
| 04/27/04 | KJM | Review of Correspondence from D. Rosenfield and draft stipulation with Shaw. | 0.20 | 55.00 |

Total fees for this matter                                          3.10         $888.50

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.30 | 395 | 118.50 |
| Mangan, Kevin J. | 2.80 | 275 | 770.00 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/16/04 | Pacer/Bankruptcy Research | 1.54 |
| 03/26/04 | Messenger/Courier Expenses | 6.50 |
| 04/30/04 | Court Reporter Fees - Transcripts Plus | 33.12 |
| 04/30/04 | Photocopying | 4.20 |

Total disbursements for this matter                                            $45.36

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $888.50 |
| TOTAL DISBURSEMENTS | 45.36 |
| NET BALANCE FORWARD | 16,986.73 |
| BALANCE DUE | $17,920.59 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

June 8, 2004
Account No: 03776 00001
Statement No: 46889

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 05/03/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/05/04 | KJM | Review of bankruptcy pleading. | 0.20 | 55.00 |
| 05/06/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/11/04 | KJM | Telephone conference with D. Rosenfeld re: status of discovery. | 0.10 | 27.50 |
| 05/13/04 | FAM | Review of Shaw discovery. | 0.10 | 39.50 |
| 05/14/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 05/14/04 | KJM | Review of Shaw second set of interrogatories and request for production of documents. Review of hearing agenda. Correspondence to D. Rosenfeld. | 0.40 | 110.00 |
| 05/14/04 | KJM | Telephone conference with A. Landis re: status conference with Court. Communication with A. Abbot and S. Jenkins. | 0.30 | 82.50 |
| 05/14/04 | KJM | Correspondence to S. Jenkins and A. Landis. | 0.20 | 55.00 |
| 05/17/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 05/17/04 | KJM | Review of amended hearing agenda and Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 05/18/04 | KJM | Conference with D. Rosenfeld; prepared for and attended status conference with Court. | 1.60 | 440.00 |
| 05/24/04 | KJM | Review of Correspondence from J. Houpt; Review of Correspondence from C. Benson; Correspondence to D. Rosenfeld re: mediation. | 0.20 | 55.00 |

Saudi American Bank                                                              Page      2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/24/04 | KJM | Review of Correspondence from F. Conrad. Communication with D. Rosenfeld. | 0.10 | 27.50 |
| 05/25/04 | KJM | Review of Correspondence from J. Houpt, C. Benson, F. Conrad; communication with D. Rosenfeld re: mediation. | 0.30 | 82.50 |
| 05/26/04 | KJM | Telephone conference with D. Rosenfeld and A. Abbott re: mediation. | 0.10 | 27.50 |
| 05/26/04 | KJM | Review of Correspondence from F. Conrad and D. Rosenfeld re: mediation. Review of Order dismissing adversary. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 05/27/04 | KJM | Telephone conference with A. Abbott. Review of Correspondence from J. Houpt and responded re: mediation. | 0.20 | 55.00 |
| 05/27/04 | KJM | Review of Correspondence from C. Benson and D. Rosenfeld. | 0.10 | 27.50 |
| 05/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 05/28/04 | KJM | Review of Correspondence from J. Houpt. Review of Correspondence from Judge Conrad. | 0.20 | 55.00 |
| 05/31/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |

Total fees for this matter                                    5.40          $1,569.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr., Francis A. | 0.70 | 395 | 276.50 |
| Mangan, Kevin J. | 4.70 | 275 | 1,292.50 |

DISBURSEMENTS

05/31/04   Photocopying                                                           1.80

Total disbursements for this matter                                           $1.80

BILLING SUMMARY

TOTAL FEES                                                                 $1,569.00

TOTAL DISBURSEMENTS                                                              1.80

NET BALANCE FORWARD                                                         17,920.59

Saudi American Bank                                                Page     3

BALANCE DUE                                              $19,491.39

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

July 16, 2004
Account No: 03776 00001
Statement No: 47677

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 06/01/04 | KJM | Review of bankruptcy pleadings and claim objection. | 0.20 | 55.00 |
| 06/01/04 | KJM | Communications with A. Abbott. Correspondence to J. Houpt re: mediation. Review of Correspondence from C. Lonstein re: SWINC withdraw. | 0.20 | 55.00 |
| 06/01/04 | KJM | Review of Docket re: omnibus hearing dates. Telephone conference with D. Rosenfeld re: status and preparation for conference call with mediation. | 0.20 | 55.00 |
| 06/01/04 | KJM | Telephone conference with with Judge Conrad and counsel re: mediation. | 0.50 | 137.50 |
| 06/01/04 | KJM | Review of Shaw's motion to withdraw reference and motion for determination matter is non-core. Correspondence to D. Rosenfeld. | 0.70 | 192.50 |
| 06/02/04 | FAM | Review of motion regarding withdrawal of reference and bankruptcy pleadings. | 0.30 | 118.50 |
| 06/02/04 | KJM | Telephone conference with A. Abbott re: Shaw's withdrawal of reference. Prepared stipulation with Shaw. | 0.30 | 82.50 |
| 06/03/04 | KJM | Correspondence to S. Jenkins re: motion to withdraw reference. | 0.20 | 55.00 |

| Saudi American Bank | | | | | Page | 2 |
|---|---|---|---|---|---|---|
| 06/03/04 | KJM | Filed and served stipulation. Communication with D. Rosenfeld. | 0.30 | | | 82.50 |
| 06/03/04 | KJM | Review of Correspondence from J. Houpt and proposed mediation Order. Correspondence to D. Rosenfeld. | 0.20 | | | 55.00 |
| 06/03/04 | KJM | Communication with D. Rosenfield re: mediation. | 0.10 | | | 27.50 |
| 06/04/04 | FAM | Review of Shavo stipulation. | 0.10 | | | 39.50 |
| 06/04/04 | KJM | Review of Correspondence from Judge Conrad and pleading. Stipulations filed with Court. | 0.20 | | | 55.00 |
| 06/04/04 | KJM | Review of D. Houpt re: revised mediation Order. | 0.10 | | | 27.50 |
| 06/07/04 | KJM | Review of pleading re: bankruptcy court | 0.30 | | | 82.50 |
| 06/07/04 | KJM | Telephone conference with S. Jenkins re: stipulation re: withdraw of reference. | 0.20 | | | 55.00 |
| 06/08/04 | KJM | Review of Correspondence from A. Abbott re: discovery continuance. | 0.10 | | | 27.50 |
| 06/09/04 | FAM | Review of bankruptcy pleadings. | 0.10 | | | 39.50 |
| 06/10/04 | KJM | Review of Correspondence from J. Houpt and Order from Court. Review of Correspondence from F. Conrad. | 0.20 | | | 55.00 |
| 06/15/04 | FAM | Review of bankruptcy pleadings. | 0.20 | | | 79.00 |
| 06/16/04 | FAM | Review of omnibus objection to claims. | 0.10 | | | 39.50 |
| 06/17/04 | FAM | Review of bankruptcy pleadings. | 0.10 | | | 39.50 |
| 06/18/04 | FAM | Review of bankruptcy pleadings. | 0.10 | | | 39.50 |
| 06/23/04 | KJM | Review of Correspondence from A. Abbott and mediation Order. Prepared certification of counsel. | 0.30 | | | 82.50 |
| 06/23/04 | KJM | Filed and served certification of counsel and Order. | 0.20 | | | 55.00 |
| 06/28/04 | FAM | Review of bankruptcy pleadings. | 0.10 | | | 39.50 |
| 06/29/04 | KJM | Telephone conference with A. Abbott re: opposition to Shaw's motion to withdraw reference. | 0.10 | | | 27.50 |
| 06/30/04 | KJM | Review of response to Shaw's motion for determination that | 1.20 | | | 330.00 |

Saudi American Bank                                                                                     Page        3

        proceeding is non-core and
        response to Shaw's motion to
        withdraw the reference.  Filed
        and served both documents .

    Total fees for this matter                      6.90      $2,029.50

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.10 | 395 | 434.50 |
| Mangan, Kevin J. | 5.80 | 275 | 1,595.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/04 | Miscellaneous Costs Advanced - Legal Media Incorporated | 250.00 |
| 06/30/04 | Photocopying | 40.80 |
| | Total disbursements for this matter | $290.80 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $2,029.50 |
| TOTAL DISBURSEMENTS | 290.80 |
| NET BALANCE FORWARD | 19,491.39 |
| BALANCE DUE | $21,811.69 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |