# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 9, 2004
Account No:  03776  00001
Statement No:  48036

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 07/02/04 | FAM | Review of brief, response and bankruptcy pleadings. | 0.40 | 158.00 |
| 07/02/04 | KJM | Review of bankruptcy pleadings, include various claim objection. | 0.50 | 137.50 |
| 07/06/04 | KJM | Communications with A. Abbott re: withdrawal of reference filings. | 0.20 | 55.00 |
| 07/08/04 | FAM | Review of agenda notice and notice of briefing completion. | 0.10 | 39.50 |
| 07/08/04 | KJM | Review of Correspondence from C. Benson re: mediation. | 0.10 | 27.50 |
| 07/08/04 | KJM | Review of pleadings- notices of completion of briefing and transmittal of motion to withdraw reference to District Court. Correspondence to A. Abbott. | 0.20 | 55.00 |
| 07/08/04 | KJM | Review of Correspondence from C. Benson. | 0.10 | 27.50 |
| 07/10/04 | KJM | Review of Correspondence from F. Conrad. Review of pleadings in bankruptcy and adversary. | 0.20 | 55.00 |
| 07/12/04 | KJM | Review of Notice of docketing from District Court. | 0.10 | 27.50 |
| 07/12/04 | KJM | Review of notice of docketing and record re: motion to withdraw reference. Correspondence to D. Rosenfeld. | 0.20 | 55.00 |
| 07/14/04 | KJM | Review of Correspondence from | 0.10 | 27.50 |

Saudi American Bank                                                          Page        2

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | F. Conrad, J. Houpt and C. Benson re: mediation. | | |
| 07/14/04 | KJM | Review of Correspondence from D. Rosenfeld re: mediation issues. | 0.10 | 27.50 |
| 07/14/04 | KJM | Review of non-core Order. Review of SWEC Trustee response to Rule to show cause. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 07/15/04 | KJM | Review of Correspondence from C. Benson and Judge Conrad re: mediation. Review of dockets. Communication with D. Rosenfeld re: non-core Order. | 0.30 | 82.50 |
| 07/20/04 | KJM | Review of notice of assignment of Judge Robinson. | 0.10 | 27.50 |
| 07/20/04 | KJM | Review of Correspondence from Judge Conrad, C. Benson and J. Houpt re: mediation. | 0.10 | 27.50 |
| 07/23/04 | FAM | Telephone conference with D. Rosenfeld. | 0.20 | 79.00 |
| 07/30/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |

Total fees for this matter                                3.50         $1,046.50

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.70 | 395 | 276.50 |
| Mangan, Kevin J. | 2.80 | 275 | 770.00 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,046.50 |
| NET BALANCE FORWARD | 21,811.69 |
| BALANCE DUE | $22,858.19 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                         September 10, 2004
                              Account No:    03776  00001
Saudi American Bank            Statement No:        48810
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808
```

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/04 | KJM | Review of CD of Charles Strauss deposition. Communication with D. Rosenfeld. | 0.30 | 82.50 |
| 08/13/04 | KJM | Communications with A. Abbott r: Strauss deposition. Review of pleadings and agenda from Court. | 0.20 | 55.00 |
| 08/14/04 | FAM | Review of agenda notice. | 0.10 | 39.50 |
| 08/16/04 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. | 0.10 | 39.50 |
| 08/16/04 | KJM | Prepared for and attended hearing with D. Rosenfeld. | 1.20 | 330.00 |
| 08/16/04 | KJM | Review of Order from Judge Robinson re: dismissal of District Court action. | 0.20 | 55.00 |
| 08/16/04 | KJM | Review of Correspondence from K. Mumford. Review of amended agenda. Telephone conference with D. Rosenfeld. | 0.20 | 55.00 |
| 08/30/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |

Total fees for this matter                     2.40      $696.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.30 | 395 | 118.50 |
| Mangan, Kevin J. | 2.10 | 275 | 577.50 |

Saudi American Bank                                                          Page        2

## DISBURSEMENTS

| 08/12/04 | Copy Expenses | 3.00 |
| 08/12/04 | Special Postal Services | 10.56 |

Total disbursements for this matter                                          $13.56

BILLING SUMMARY

| TOTAL FEES | $696.00 |
| TOTAL DISBURSEMENTS | 13.56 |
| NET BALANCE FORWARD | 22,858.19 |
| BALANCE DUE | $23,567.75 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

October 8, 2004
Account No: 03776 00001
Statement No: 49565

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/04 | FAM | Review of bankruptcy pleadings. | 0.20 | 79.00 |
| 09/13/04 | KJM | Review of various bankruptcy pleadings. | 0.30 | 82.50 |
| 09/13/04 | KJM | Review of Order withdraw reference from Judge Robinson. Forwarded to D. Rosenfeld. | 0.10 | 27.50 |
| 09/16/04 | FAM | Review of scheduling order. | 0.10 | 39.50 |
| 09/16/04 | KJM | Review of order from Court scheduling conference. Correspondence to D. Rosenfeld and A. Abbott. | 0.30 | 82.50 |
| 09/17/04 | FAM | Review of notice of withdrawal. | 0.10 | 39.50 |
| 09/17/04 | KJM | Review of bankruptcy pleadings. Review of notice relating to withdraw. Correspondence to D. Rosenfeld. | 0.30 | 82.50 |
| 09/21/04 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.10 | 39.50 |
| 09/26/04 | KJM | Review of bankruptcy pleadings. | 0.20 | 55.00 |
| 09/27/04 | FAM | Review of bankruptcy pleadings. | 0.10 | 39.50 |
| 09/28/04 | KJM | Review of Trustee objection to claims. | 0.20 | 55.00 |
| 09/28/04 | KJM | Review of docket re: closing of adversary in bankruptcy court Saudi American Bank v. Shaw. | 0.10 | 27.50 |
| 09/30/04 | FAM | Interoffice conference with Kevin J. Mangan. Correspondence from D. Rosenfeld. | 0.10 | 39.50 |

Saudi American Bank                                                             Page        2

| | Total fees for this matter | 2.20 | $689.00 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total | |
|---|---|---|---|---|
| Monaco, Jr. Francis A. | 0.70 | 395 | 276.50 | |
| Mangan, Kevin J. | 1.50 | 275 | 412.50 | |
| 09/01/04 Court Reporter Fees - Legal Media, Inc. | | | | 250.00 |
| 09/21/04 Court Reporter Fees - Legal Media, Inc. | | | | (250.00) |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | | $689.00 |
| NET BALANCE FORWARD | | 23,567.75 |
| BALANCE DUE | | $24,256.75 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | | $0.00 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

November 10, 2004
Account No:     03776   00001
Statement No:              50352

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 10/01/04 | FAM | Review of agenda notice. | | 0.10 | 39.50 |
| 10/01/04 | KJM | Review of pleadings. Review of Correspondence from D. Rosenfeld and replied re: teleconference. | | 0.20 | 55.00 |
| 10/04/04 | FAM | Review of bankruptcy pleadings. | | 0.10 | 39.50 |
| /12/04 | JJB | Review of SAMBA's responses to interrogatories. | | 0.50 | 152.50 |
| 10/12/04 | JJB | E-mail from A. Doshi re: service of discovery on Plaintiff. | | 0.50 | 152.50 |
| 10/12/04 | PL3 | Review and revise responses to second set of discovery. | | 0.30 | 40.50 |
| 10/12/04 | PL3 | Various correspondence from/to A. Abbott re: second set of discovery. | | 0.40 | 54.00 |
| 10/12/04 | PL3 | Serve discovery. | | 0.40 | 54.00 |
| 10/13/04 | FAM | Conference with District Court and parties. | | 0.30 | 118.50 |
| 10/15/04 | FAM | Review of order. | | 0.10 | 39.50 |
| 10/19/04 | FAM | Correspondence from D. Rosenfeld and J. Haupt. Review of bankruptcy pleadings. | | 0.20 | 79.00 |
| 10/25/04 | FAM | Review of bankruptcy pleadings and agenda notice. | | 0.10 | 39.50 |

Total fees for this matter                    3.20    $864.00

RECAPITULATION

Saudi American Bank                                                    Page         2

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ▇naco, Jr. Francis A. | 0.90 | 395 | 355.50 |
| ▇dnar, Joseph J. | 1.00 | 305 | 305.00 |
| Mangan, Kevin J. | 0.20 | 275 | 55.00 |
| Sasso, Heidi E. | 1.10 | 135 | 148.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/12/04 | Copy Expenses | 6.40 |
| 10/12/04 | Messenger/Courier Expenses | 6.50 |
| | Total disbursements for this matter | $12.90 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $864.00 |
| TOTAL DISBURSEMENTS | 12.90 |
| NET BALANCE FORWARD | 5,038.99 |
| BALANCE DUE | $5,915.89 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $19,217.76 |

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 10, 2004
Account No:    03776   00001
Statement No:           50821

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 10/27/04 | FAM | Telephone conference with D. Rosenfeld. | | 0.20 | 79.00 |
| 10/29/04 | FAM | Review of omnibus objection to claims. Interoffice conference with Kevin J. Mangan. | | 0.20 | 79.00 |
| 11/01/04 | FAM | Review of omnibus objection to claims. | | 0.10 | 39.50 |
| 11/03/04 | FAM | Interoffice conference with Kevin J. Mangan. Review of file. | | 0.30 | 118.50 |
| 11/03/04 | JJB | E-mail to Kevin J. Mangan and Francis A. Monaco, Jr. re: Thursday's hearing rescheduled re: OA. | | 0.20 | 61.00 |
| 11/04/04 | FAM | Review of file. Conference with co-counsel. Court appearance. | | 4.00 | 1,580.00 |
| 11/04/04 | KJM | Review of Correspondence from J. Haugt and Conference with D. Rosenfeld re: Summary Judgment Motion. | | 0.20 | 55.00 |
| 11/10/04 | FAM | Interoffice conference with Kevin J. Mangan. | | 0.10 | 39.50 |
| 11/16/04 | KJM | Review of pleadings from Court. | | 0.20 | 55.00 |
| 11/18/04 | FAM | Review of bankruptcy pleadings. | | 0.30 | 118.50 |
| 11/18/04 | FAM | Review of bankruptcy pleadings. | | 0.30 | 118.50 |
| 11/26/04 | FAM | Review of agenda notice. | | 0.10 | 39.50 |
| 11/29/04 | FAM | Review of agenda notice. | | 0.10 | 39.50 |
| 11/29/04 | KJM | Review of bankruptcy pleadings | | 0.20 | 55.00 |

Saudi American Bank                                              Page       2

     and notice of hearing agenda.

     Total fees for this matter                    6.50       $2,477.50

## RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 5.70 | 395 | 2,251.50 |
| Bodnar, Joseph J. | 0.20 | 305 | 61.00 |
| Mangan, Kevin J. | 0.60 | 275 | 165.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 11/04/04 | Messenger/Courier Expenses | 6.50 |
| 11/04/04 | Messenger/Courier Expenses | 6.50 |
| 11/22/04 | Court Reporter Fees - Valerie J. Gunning | 216.05 |

     Total disbursements for this matter                  $229.05

BILLING SUMMARY

     TOTAL FEES                                           $2,477.50

     TOTAL DISBURSEMENTS                                     229.05

     NET BALANCE FORWARD                                   5,915.89

     BALANCE DUE                                          $8,622.44

     **PAYMENTS RECEIVED SINCE LAST BILL**                    $0.00