## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

January 11, 2005
Account No: 03776 00001
Statement No: 51332

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|          |     |                                                                           | HOURS |          |
|----------|-----|---------------------------------------------------------------------------|-------|----------|
| 12/07/04 | FAM | Review of omnibus objection to claims. Telephone conference with J. Hulkins. | 0.20  | 79.00    |
| 12/10/04 | KJM | Review of bankruptcy pleading and SWINC 3rd objection to claims.          | 0.20  | 55.00    |
| 12/17/04 | FAM | Review of agenda notice.                                                  | 0.10  | 39.50    |
| 12/20/04 | FAM | Review of bankruptcy pleadings and agenda notice.                         | 0.20  | 79.00    |
| 12/24/04 | FAM | Review of claims objections.                                              | 0.10  | 39.50    |
|          |     | Total fees for this matter                                                | 0.80  | $292.00  |

### RECAPITULATION

| Timekeeper          | Hours | Rate | Total  |
|---------------------|-------|------|--------|
| Monaco, Jr. Francis A. | 0.60  | 395  | 237.00 |
| Mangan, Kevin J.    | 0.20  | 275  | 55.00  |

### DISBURSEMENTS

| 11/15/04 | Messenger/Courier Expenses | 6.50  |
|----------|----------------------------|-------|
| 11/22/04 | Special Postal Services    | 41.20 |
| 12/31/04 | Photocopying               | 11.00 |

Saudi-American Bank                                                Page         2

      Total disbursements for this matter                    $58.70

BILLING SUMMARY

    TOTAL FEES                                              $292.00

    TOTAL DISBURSEMENTS                                       58.70

    LESS DISCOUNT APPLIED                                    140.43 CR

    NET BALANCE FORWARD                                    8,622.44

    BALANCE DUE                                            $8,832.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                      $0.00

# MONZACK and MONACO, P.A.
### 1201 Orange Street, Suite 400
### Wilmington, DE 19801
### (302) 656-8162

February 9, 2005
Account No:   03776   00001
Statement No:   51894

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA   02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | HOURS | |
|---|---|---|---|---|
| 01/02/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 01/03/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 01/04/05 | FAM | Review of omnibus objection to claims. | 0.10 | 42.50 |
| 01/06/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 01/11/05 | KJM | Review of Correspondence from J. Houpt re: payment of allowed claims. | 0.10 | 29.50 |
| 01/14/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 01/20/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 01/27/05 | FAM | Review of agenda notice. | 0.10 | 42.50 |
| 01/31/05 | FAM | Review of omnibus objection to claims. | 0.30 | 127.50 |
| 01/31/05 | KJM | Review of various claim objections filed by Trustee. | 0.20 | 59.00 |
| 01/31/05 | KJM | Review of Correspondence from Debtor re: hearing agenda. | 0.10 | 29.50 |

Total fees for this matter    1.40    $543.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.00 | 425 | 425.00 |
| Mangan, Kevin J. | 0.40 | 295 | 118.00 |

Saudi American Bank                                              Page         2

BILLING SUMMARY

    TOTAL FEES                                             $543.00

    NET BALANCE FORWARD                                   8,832.71

    BALANCE DUE                                          $9,375.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                    $0.00

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

March 4, 2005
Account No: 03776 00001
Statement No: 52446

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 02/02/05 | KJM | Review of SWNC 4th claim objections. | 0.10 | 29.50 |
| 02/04/05 | FAM | Review of bankruptcy pleadings. | 0.20 | 85.00 |
| 02/09/05 | FAM | Review of bankruptcy pleadings. | 0.30 | 127.50 |
| 02/10/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 02/14/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 02/23/05 | FAM | Review of bankruptcy pleadings. | 0.30 | 127.50 |
| 02/23/05 | KJM | Review of Correspondence from K. Mumford re: status of adversary. Review of Correspondence from S. Jenkins. | 0.20 | 59.00 |
| 02/24/05 | KJM | Review of Correspondence from K. Mumfort re: status conference and Correspondence to d. Rosenfeld. Review of Correspondence from S. Jenkins. | 0.30 | 88.50 |
| 02/28/05 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.10 | 42.50 |
| 02/28/05 | KJM | Review of Correspondence from A. Abbott and J. Hutchins re: status conference. | 0.20 | 59.00 |
| 02/28/05 | KJM | Review of Correspondence from K. Mumford and hearing agenda. | 0.10 | 29.50 |

Total fees for this matter    2.00    $733.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.10 | 425 | 467.50 |

Saudi American Bank                                                  Page     2

Mangan, Kevin J.                          0.90      295        265.50

BILLING SUMMARY

    TOTAL FEES                                              $733.00

    NET BALANCE FORWARD                                    9,375.71

    BALANCE DUE                                          $10,108.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                     $0.00

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

April 7, 2005
Account No: 03776 00001
Statement No: 52988

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/05 | FAM | Review of agenda notice. | 0.10 | 42.50 |
| 03/01/05 | KJM | Review of amended hearing agenda and Correspondence to D. Rosenfeld and A. Abbott. | 0.20 | 59.00 |
| 03/01/05 | KJM | Telephone conference with D. Rosenfeld re: hearing issues. | 0.10 | 29.50 |
| /01/05 | KJM | Prepare for and attended status conference before the Court. Correspondence to D. Rosenfeld. | 2.90 | 855.50 |
| 03/02/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 03/07/05 | KJM | Review of Correspondence from J. Houpt and D. Rosenfeld re: mediation. Review of pleadings. | 0.20 | 59.00 |
| 03/22/05 | FAM | Review of bankruptcy pleadings. | 0.50 | 212.50 |
| 03/23/05 | KJM | Review of bankruptcy pleadings from Court. | 0.20 | 59.00 |
| 03/27/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 03/29/05 | FAM | Review of bankruptcy pleadings. | 0.50 | 212.50 |
| 03/30/05 | KJM | Review of Order of Court re: status report on Saudi Arabian Oil Co. | 0.10 | 29.50 |

Total fees for this matter    5.00    $1,644.00

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.30 | 425 | 552.50 |
| ngan, Kevin J. | 3.70 | 295 | 1,091.50 |

Saudi American Bank                                                    Page         2

●LING SUMMARY

    TOTAL FEES                                                    $1,644.00

    NET BALANCE FORWARD                                           10,108.71

    BALANCE DUE                                                  $11,752.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                             $0.00

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

                                            May 10, 2005
                              Account No:    03776    00001

Saudi American Bank                        Statement No:          53516
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | HOURS | Amount |
|---|---|---|---|---|
| 04/04/05 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.20 | 85.00 |
| 04/05/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 04/09/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 04/15/05 | FAM | Review of bankruptcy pleadings and status report. | 0.20 | 85.00 |
| 04/18/05 | FAM | Review of agenda notice. | 0.10 | 42.50 |
| 04/18/05 | KJM | Review of Correspondence from K. Mumford re: status report of adversaries. | 0.10 | 29.50 |
| 04/19/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 04/20/05 | KJM | Review of bankruptcy pleadings. Review of IT/Shaw operation and Correspondence to D. Rosenfeld. | 0.30 | 88.50 |
| 04/21/05 | FAM | Review of bankruptcy pleadings. | 0.20 | 85.00 |
| 04/25/05 | FAM | Review of bankruptcy pleadings and status report. | 0.20 | 85.00 |
| 04/26/05 | FAM | Review of bankruptcy pleadings. | 0.20 | 85.00 |

                Total fees for this matter        1.80        $713.00

                            RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.40 | 425 | 595.00 |
| Mangan, Kevin J. | 0.40 | 295 | 118.00 |

Saudi American Bank                                                    Page        2

BILLING SUMMARY

    TOTAL FEES                                                   $713.00

    NET BALANCE FORWARD                                        11,752.71

    BALANCE DUE                                                $12,465.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                          $0.00

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

June 7, 2005
Account No:    03776    00001
Statement No:            54065

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 05/02/05 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.10 | 42.50 |
| 05/03/05 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.70 | 297.50 |
| 05/04/05 | FAM | Review of bankruptcy pleadings and opinion. | 0.50 | 212.50 |
| 05/04/05 | KJM | Review of Order and memorandum opinion granting summary judgment.  Correspondence to D. Rosenfeld. | 0.70 | 206.50 |
| 05/04/05 | KJM | Telephone conference with D. Rosenfeld re: judgment issues and mediation. | 0.20 | 59.00 |
| 05/05/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 05/05/05 | KJM | Review of Order entering judgment in favor of SAMBA. Correspondence to D. Rosenfeld. | 0.30 | 88.50 |
| 05/10/05 | KJM | Review of dockets re: transcript. | 0.30 | 88.50 |
| 05/10/05 | KJM | Telephone conference with A. Abbott re: transcript. | 0.10 | 29.50 |
| 05/11/05 | KJM | Communication with A. Abbott and Review of invoices and transcript re: motion to get judgment. | 0.30 | 88.50 |
| 05/12/05 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 42.50 |
| 05/12/05 | KJM | Telephone conference with D. Rosenfeld and J. Hutchins, A. Abbott re: attorney fees. | 0.20 | 59.00 |

Saudi American Bank                                                                 Page        2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/05 | KJM | Legal research re: taxation of costs and fees post judgment. Correspondence to co-counsel. Review of fee petition issues and Telephone conference with attorney's regarding Court procedure. | 1.00 | 295.00 |
| 05/13/05 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 42.50 |
| 05/13/05 | KJM | Research regarding fee petition re: preparation of motion. | 0.30 | 88.50 |
| 05/13/05 | KJM | Telephone conference with D. Rosenfeld and Legal research re: mediator withdraw and objection. Review of dockets re: transcripts. Correspondence to R. Rosenfeld and A. Abbott re: hearing transcript. | 1.00 | 295.00 |
| 05/13/05 | KJM | Telephone conference with A. Abbott re: attorney fee issue. Review of M&M billing. | 0.20 | 59.00 |
| 05/15/05 | KJM | Correspondence to A. Abbott re: fee petition research. | 0.10 | 29.50 |
| 05/17/05 | KJM | Communication with A. Abbott and A. Bierman re: fee petition. | 0.30 | 88.50 |
| 05/18/05 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. Interoffice conference with Heidi E. Sasso. Review of affidavits. Review, revise and file motion and brief. Correspondence from and telephone call to A. Abbott. | 4.00 | 1,700.00 |
| 05/18/05 | KJM | Communication with A. Abbott and D. Rosenfeld. Review of revised and prepared for filing motion for assessment of damages, and exhibits. | 2.00 | 590.00 |
| 05/18/05 | KJM | Review of and prepared affidavit in support of motion for assessment of damages. | 0.20 | 59.00 |
| 05/18/05 | PL3 | Preparation of service list re: fee request in District Court. | 0.30 | 42.00 |
| 05/18/05 | PL3 | Various correspondence from/to | 1.00 | 140.00 |

Saudi American Bank                                                    Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | A. Abbott re: SAMBA motion and declarations. | | |
| 05/18/05 | PL3 | Preparation of exhibits to affidavits in support of motion for assessment. | 1.50 | 210.00 |
| 05/18/05 | PL3 | File/serve motion for assessment of damages. | 0.30 | 42.00 |
| 05/18/05 | PL3 | File/serve J. Usmani's declaration in support. | 1.50 | 210.00 |
| 05/18/05 | PL3 | File/serve D. Rosenthal's affidavit and exhibits. | 0.40 | 56.00 |
| 05/18/05 | PL3 | File/serve J. Hutchins affidavit. | 0.40 | 56.00 |
| 05/18/05 | PL3 | File Kevin J. Mangan affidavit. | 0.30 | 42.00 |
| 05/18/05 | PL3 | File appendix to motion. | 0.60 | 84.00 |
| 05/18/05 | PL3 | File/serve brief in support of motion. | 0.40 | 56.00 |
| 05/19/05 | FAM | Correspondence from A. Abbott. Interoffice conference with Heidi E. Sasso. | 0.10 | 42.50 |
| 05/19/05 | KJM | Review of filings and dockets. Telephone conference with Court re: filing of motion for fees. | 0.30 | 88.50 |
| 05/19/05 | PL3 | Serve all documents re: motion for assessment. | 0.50 | 70.00 |
| 05/20/05 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 42.50 |
| 05/20/05 | KJM | Communication with K. Munford re: service of Trust. | 0.20 | 59.00 |
| 05/20/05 | KJM | Review of Correspondence from A. Abbott and revised affidavits. Telephone conference with District Court re: filings. Interoffice conference with H. Sasso. | 0.40 | 118.00 |
| 05/20/05 | PL3 | Correspondence to/from A. Abbott re: revised affidavits of John Hutchins and Aref Usmani. | 0.20 | 28.00 |
| 05/20/05 | PL3 | File/serve revised affidavits of John Hutchins and Aref Usmani. | 0.40 | 56.00 |
| 05/24/05 | KJM | Telephone conference with Judge Robinson's chambers re: Docket No. 15 and replacement documents. | 0.20 | 59.00 |

```
Saudi American Bank                                                    Page      4

05/25/05   KJM   Review of pleadings per Court              0.20              59.00
                 inquiring.  Correspondence to
                 A. Abbott re: Usmani
                 declaration.
05/26/05   KJM   Review of Correspondence from              0.30              88.50
                 S. Jenkins and notice of
                 appeal.  Correspondence to R.
                 Rosenfeld and J. Hutchins.
05/29/05   KJM   Review of Correspondence from              0.20              59.00
                 J. Hutchins.  Review of time
                 frames for Shaw response.
                 Correspondence to J. Hutchins.
05/31/05   FAM   Interoffice conference with                0.10              42.50
                 Kevin J. Mangan.
                                                          _____          _____
           Total fees for this matter                      22.70          $6,254.50
```

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 5.90 | 425 | 2,507.50 |
| Mangan, Kevin J. | 9.00 | 295 | 2,655.00 |
| Sasso, Heidi E. | 7.80 | 140 | 1,092.00 |

### DISBURSEMENTS

```
05/18/05   Miscellaneous Costs Advanced - Paralegal                     249.99
           overtime
05/19/05   Copy Expenses - Digital Legal Services                       355.89
05/31/05   Photocopying                                                   1.00
                                                                      _____
           Total disbursements for this matter                         $606.88
```

Saudi American Bank                                                Page      5

BILLING SUMMARY

    TOTAL FEES                                         $6,254.50

    TOTAL DISBURSEMENTS                                    606.88
    NET BALANCE FORWARD                                  6,721.99

    BALANCE DUE                                        $13,583.37

    **PAYMENTS RECEIVED SINCE LAST BILL**               **$5,743.72**

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                    July 11, 2005
                                       Account No:   03776   00001
Saudi American Bank                    Statement No:         54680
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                 HOURS
06/01/05   FAM   Review of Shaw response.         0.20       85.00
06/06/05   FAM   Telephone conference with        0.70      297.50
                 co-counsel. Telephone call to
                 opposing counsel.
                 Correspondence from and
                 correspondence to A. Abbott.
06/07/05   FAM   Correspondence from J. Hutchins  0.20       85.00
                 and K. Mumford.
06/07/05   PL3   Correspondence to A. Abbott re:  0.20       28.00
                 reply brief and exhibits.
06/08/05   FAM   Review, revise and file brief.   1.00      425.00
                 Conference with K. Mumford.
                 Correspondence from S. Jenkins.
                 Interoffice conference with
                 Heidi E. Sasso. Review of
                 declaration.
06/08/05   KJM   Review of Response to Shaw       0.30       88.50
                 Group to Plaintiff's Motion for
                 Assessment of Damages. Review
                 of Correspondence from A.
                 Abbott.
06/08/05   PL3   Preparation of service list re:  0.30       42.00
                 reply brief and appendix.
06/08/05   PL3   File/serve declaration of        0.30       42.00
                 Mohammed Al-Motlaq.
06/08/05   PL3   File/serve supplemental          0.40       56.00
                 appendix.
06/08/05   PL3   File/serve reply brief.          0.40       56.00
06/08/05   PL3   Various correspondence to/from   0.50       70.00
                 A. Abbott re: reply brief.
```