Saudi American Bank                                                      Page      2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/05 | PL3 | Review of draft reply brief. | 0.30 | 42.00 |
| 06/08/05 | PL3 | Telephone call from/to SLR chambers re: Exhibit A to Arif Usmani affidavit. | 0.20 | 28.00 |
| 06/08/05 | PL3 | Letter to SLR re: Exhibit A to Arif Usmani affidavit. | 0.30 | 42.00 |
| 06/09/05 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 85.00 |
| 06/10/05 | FAM | Telephone conference with A. Abbott. | 0.20 | 85.00 |
| 06/10/05 | KJM | Review of pleadings filed re: appeal. | 0.20 | 59.00 |
| 06/13/05 | FAM | Conference with D. Rosenfeld. Court appearance. Correspondence to Third Circuit. Correspondence from A. Abbott. | 2.80 | 1,190.00 |
| 06/13/05 | PL3 | Memo to K. Dalton re: corporate disclosures in third circuit. | 0.20 | 28.00 |
| 06/13/05 | PL3 | Preparation of corporate disclosures form. | 0.30 | 42.00 |
| 06/14/05 | FAM | Correspondence from and correspondence to A. Abbott. | 0.10 | 42.50 |
| 06/15/05 | FAM | Review of omnibus objection to claims. | 0.10 | 42.50 |
| 06/16/05 | KJM | Review of Correspondence from Shaw attorney; Shaw's appearance forms and disclosure statement. Correspondence to D. Rosenfeld. | 0.50 | 147.50 |
| 06/17/05 | FAM | Review of Shaw's Third Circuit papers. | 0.10 | 42.50 |
| 06/17/05 | KJM | Review of pleadings filed with District Court. | 0.20 | 59.00 |
| 06/21/05 | KJM | Communications with A. Abbott re: hearing transcript. | 0.10 | 29.50 |
| 06/22/05 | KJM | Review of transcript of hearing from Court. | 0.10 | 29.50 |
| 06/27/05 | FAM | Review of disclosure statement, solicitation motion and bankruptcy pleadings. | 1.00 | 425.00 |
| 06/29/05 | KJM | Review of docket and transcript notice from Court; correspondence to A. Abbott. | 0.20 | 59.00 |

Saudi American Bank                                                                Page        3

|                            |       |      |            |
|----------------------------|------:|-----:|-----------:|
| Total fees for this matter | 11.60 |      | $3,753.00  |

RECAPITULATION

| Timekeeper              | Hours | Rate | Total    |
|-------------------------|------:|-----:|---------:|
| Monaco, Jr. Francis A.  | 6.60  | 425  | 2,805.00 |
| Mangan, Kevin J.        | 1.60  | 295  | 472.00   |
| Sasso, Heidi E.         | 3.40  | 140  | 476.00   |

DISBURSEMENTS

| Date     | Description                | Amount |
|----------|----------------------------|-------:|
| 05/19/05 | Messenger/Courier Expenses | 13.00  |
| 06/09/05 | Messenger/Courier Expenses | 6.50   |
| 06/13/05 | Special Postal Services    | 11.94  |
| 06/30/05 | Photocopying               | 58.40  |

Total disbursements for this matter                                              $89.84

BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES              | $3,753.00   |
| TOTAL DISBURSEMENTS     | 89.84       |
| NET BALANCE FORWARD     | 13,583.37   |
| BALANCE DUE             | $17,426.21  |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

```
                                                        August 9, 2005
                                         Account No:    03776    00001
Saudi American Bank                      Statement No:           55167
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                    HOURS
07/07/05   FAM   Review of bankruptcy pleadings.     0.20      85.00
07/08/05   FAM   Review of bankruptcy pleadings.     0.20      85.00
07/11/05   FAM   Review of agenda notice.            0.10      42.50
07/18/05   FAM   Review of bankruptcy pleadings.     0.10      42.50
07/19/05   FAM   Review of omnibus objection to      0.10      42.50
                 claims.
                                                    _____
           Total fees for this matter                0.70     $297.50
```

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.70 | 425 | 297.50 |

DISBURSEMENTS

```
07/05/05   Court Reporter Fees - Writer's Cramp, Inc.          269.50
                                                              _____
           Total disbursements for this matter                $269.50
```

Saudi American Bank                                              Page       2

**BILLING SUMMARY**

    TOTAL FEES                                         $297.50

    TOTAL DISBURSEMENTS                                  269.50

    NET BALANCE FORWARD                               17,426.21

    BALANCE DUE                                      $17,993.21

    **PAYMENTS RECEIVED SINCE LAST BILL**                 $0.00

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

                                              September 7, 2005
                                 Account No:     03776   00001
                                 Statement No:           55743

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|       |     |                                          | HOURS |         |
|-------|-----|------------------------------------------|-------|---------|
| 08/03/05 | FAM | Review of bankruptcy pleadings.       | 0.20  | 85.00   |
| 08/09/05 | FAM | Review of bankruptcy pleadings.       | 0.10  | 42.50   |
| 08/10/05 | FAM | Review of bankruptcy pleadings.       | 0.10  | 42.50   |
| 08/12/05 | FAM | Review of bankruptcy pleadings.       | 0.30  | 127.50  |
| 08/15/05 | FAM | Review of bankruptcy pleadings.       | 0.20  | 85.00   |
| 08/16/05 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 85.00 |
| 08/18/05 | FAM | Review of agenda notice.              | 0.10  | 42.50   |
| 08/25/05 | FAM | Review of omnibus objection to claims. | 0.30 | 127.50  |
| 08/26/05 | FAM | Review of bankruptcy pleadings.       | 0.10  | 42.50   |
|          |     | Total fees for this matter            | 1.60  | $680.00 |

### RECAPITULATION

| Timekeeper            | Hours | Rate | Total  |
|-----------------------|-------|------|--------|
| Monaco, Jr. Francis A.| 1.60  | 425  | 680.00 |

Saudi American Bank                                                Page      2

BILLING SUMMARY

    TOTAL FEES                                               $680.00

    NET BALANCE FORWARD                                    17,993.21

    BALANCE DUE                                           $18,673.21

    **PAYMENTS RECEIVED SINCE LAST BILL**                      $0.00

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                       October 7, 2005
                                           Account No:    03776   00001
                                           Statement No:           56306
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                       HOURS
09/06/05    FAM    Review of bankruptcy pleadings.      0.10       42.50
09/13/05    FAM    Correspondence from Third            0.10       42.50
                   Circuit.
09/21/05    FAM    Review of agenda notice.             0.10       42.50
09/26/05    KJM    Communications with D.               0.20       59.00
                   Rosenfeld re: 3rd annual
                   mediation - fees.
                                                      _____   _____
            Total fees for this matter                  0.50     $186.50
                             RECAPITULATION
Timekeeper                              Hours    Rate     Total
Monaco, Jr. Francis A.                   0.30    425      127.50
Mangan, Kevin J.                         0.20    295       59.00


BILLING SUMMARY
            TOTAL FEES                                    $186.50
            NET BALANCE FORWARD                         18,673.21
                                                       _____
            BALANCE DUE                                $18,859.71

            PAYMENTS RECEIVED SINCE LAST BILL              $0.00
```

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

```
                                                      November 8, 2005
                                        Account No:    03776   00001
                                        Statement No:           56796
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA   02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                      HOURS
10/05/05   FAM   Review of bankruptcy pleadings.       0.20       85.00
10/06/05   FAM   Review of bankruptcy pleadings.       0.20       85.00
10/18/05   FAM   Review of bankruptcy pleadings.       0.20       85.00
10/19/05   FAM   Interoffice conference with           0.10       42.50
                 Kevin J. Mangan.
10/19/05   KJM   Review of status re: 3rd              0.20       59.00
                 circuit mediation.  Telephone
                 conference with D. Rosenfeld.
10/21/05   FAM   Review of bankruptcy pleadings.       0.10       42.50
10/31/05   FAM   Review of bankruptcy pleadings.       0.20       85.00
                                                     _____    _____
           Total fees for this matter                  1.20     $484.00
                          RECAPITULATION

Timekeeper                          Hours    Rate      Total
Monaco, Jr. Francis A.               1.00     425      425.00
Mangan, Kevin J.                     0.20     295       59.00
```

Saudi American Bank                                                          Page        2

BILLING SUMMARY

    TOTAL FEES                                                     $484.00

    NET BALANCE FORWARD                                          18,859.71

    BALANCE DUE                                                  $19,343.71

    **PAYMENTS RECEIVED SINCE LAST BILL**                            $0.00

# MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

December 8, 2005
Account No: 03776 00001
Statement No: 57291

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | HOURS | |
|---|---|---|---|---|
| 11/02/05 | FAM | Review of omnibus objection to claims. | 0.10 | 42.50 |
| 11/04/05 | FAM | Review of omnibus objection to claims. | 0.10 | 42.50 |
| 11/07/05 | FAM | Review of agenda notice and bankruptcy pleadings. | 0.20 | 85.00 |
| 11/09/05 | KJM | Telephone conference with J. Hutchins re: status of motions. | 0.10 | 29.50 |
| 11/29/05 | FAM | Review of bankruptcy pleadings. | 0.10 | 42.50 |
| 11/30/05 | FAM | Review of agenda notice. | 0.10 | 42.50 |

Total fees for this matter                0.70    $284.50

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.60 | 425 | 255.00 |
| Mangan, Kevin J. | 0.10 | 295 | 29.50 |

Saudi American Bank                                          Page       2

**BILLING SUMMARY**

    TOTAL FEES                                          $284.50

    NET BALANCE FORWARD                                6,023.99

    BALANCE DUE                                        $6,308.49

    **PAYMENTS RECEIVED SINCE LAST BILL**              $13,319.72