**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                              January 12, 2006
                                     Account No:    03776   00001
                                     Statement No:          57803
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
12/20/05   FAM   Review of Interstate settlement     0.20        85.00
                 motion. Interoffice conference
                 with Kevin J. Mangan.
12/20/05   KJM   Review of Trustee's joint           0.30        88.50
                 motion to settle interstate
                 claims and re-classify certain
                 claims.
12/21/05   KJM   Correspondence to J. Hutchin's      0.20        59.00
                 and D. Rosenfeld re: Trustee
                 motion re: inter estate claims.
12/23/05   FAM   Review of agenda notice.            0.10        42.50
                                                   _____      _____
           Total fees for this matter                0.80      $275.00
                        RECAPITULATION
Timekeeper                       Hours   Rate      Total
Monaco, Jr. Francis A.            0.30   425       127.50
Mangan, Kevin J.                  0.50   295       147.50
```

Saudi American Bank                                                    Page      2

BILLING SUMMARY

    TOTAL FEES                                                $275.00

    NET BALANCE FORWARD                                      6,023.99

    BALANCE DUE                                              $6,298.99

    **PAYMENTS RECEIVED SINCE LAST BILL**                      **$284.50**

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

February 8, 2006
Account No:    03776    00001
Statement No:    58295

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 01/01/06 | FAM | Review of bankruptcy pleadings. | | 0.10 | 44.00 |
| 01/13/06 | FAM | Review of bankruptcy pleadings. | | 0.10 | 44.00 |
| 01/18/06 | FAM | Review of agenda notice. | | 0.10 | 44.00 |
| 01/19/06 | FAM | Review of amended agenda notice. | | 0.10 | 44.00 |

Total fees for this matter                              0.40         $176.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.40 | 440 | 176.00 |

BILLING SUMMARY

| TOTAL FEES | $176.00 |
|---|---|
| NET BALANCE FORWARD | 6,298.99 |
| BALANCE DUE | $6,474.99 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

March 7, 2006
Account No:    03776    00001
Statement No:               58795

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02190-1808

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 02/01/06 | KJM | Review of notice from court re: status report re: Saudi Arabian Oil Co. case. | 0.20 | 61.00 |
| 02/03/06 | FAM | Review of file. | 0.10 | 44.00 |
| 02/03/06 | KJM | Review of Shaw Group's response to Motion to Dismiss. | 0.30 | 91.50 |
| 02/06/06 | FAM | Review of motion to dismiss and answering brief. | 0.30 | 132.00 |
| 02/06/06 | KJM | Review of Motion to dismiss appeal from A. Bierman. | 0.10 | 30.50 |
| 02/14/06 | KJM | Review of Correspondence from K. Mumford and Correspondence to D. Rosenfeld re: status on Saudi Arabian case. | 0.20 | 61.00 |
| 02/15/06 | FAM | Review of agenda notice. Interoffice conference with Kevin J. Mangan. | 0.10 | 44.00 |
| 02/15/06 | KJM | Review of hearing agenda and Correspondence from K. Mumford. Correspondence to D. Rosenfeld. | 0.20 | 61.00 |
| 02/15/06 | KJM | Communication with A. Bierman and D. Rosenfeld re: status report. | 0.10 | 30.50 |
| 02/15/06 | KJM | Review of filed and served status report. | 0.50 | 152.50 |
| 02/16/06 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 44.00 |
| 02/16/06 | KJM | Prepared for hearing. Conference with D. Rosenfeld. Court appearance re: status | 1.30 | 396.50 |

Saudi American Bank                                                                  Page        2

|            |     |                                                                    |      |          |
|------------|-----|--------------------------------------------------------------------|------|----------|
|            |     | conference.                                                        |      |          |
| 02/21/06   | KJM | Review of dockets and status notice filed.                         | 0.20 | 61.00    |
| 02/24/06   | KJM | Review of Correspondence from J. Hutchins re: mediation issues.    | 0.10 | 30.50    |
| 02/28/06   | FAM | Review of bankruptcy pleadings.                                    | 0.10 | 44.00    |
|            |     | Total fees for this matter                                         | 3.90 | $1,284.00 |

RECAPITULATION

| Timekeeper              | Hours | Rate | Total  |
|-------------------------|-------|------|--------|
| Monaco, Jr. Francis A.  | 0.70  | 440  | 308.00 |
| Mangan, Kevin J.        | 3.20  | 305  | 976.00 |

DISBURSEMENTS

| 02/28/06 | Photocopying                        | 4.80  |
|----------|-------------------------------------|-------|
|          | Total disbursements for this matter | $4.80 |

BILLING SUMMARY

| TOTAL FEES                       | $1,284.00 |
|----------------------------------|-----------|
| TOTAL DISBURSEMENTS              | 4.80      |
| NET BALANCE FORWARD              | 6,474.99  |
| BALANCE DUE                      | $7,763.79 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162

April 7, 2006
Account No:    03776   00001
Statement No:           59202

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham LLP
One Lincoln Street
Boston, MA  02111

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 03/03/06 | KJM | Review of Correspondence from D. Rosenfeld and draft correspondence to Court. Review of Court rules. Correspondence to D. Rosenfeld. | 0.50 | 152.50 |
| 03/05/06 | FAM | Review of bankruptcy pleadings. | 0.30 | 132.00 |
| 03/07/06 | KJM | Review of status and dockets re: appeal and pending motion before District Court. | 0.20 | 61.00 |
| 03/07/06 | KJM | Review of Bankruptcy pleadings - including Trustee quarterly report. | 0.20 | 61.00 |
| 03/14/06 | KJM | Drafted emergency request of Court and Correspondence to D. Rosenfeld. | 0.50 | 152.50 |
| 03/14/06 | KJM | Correspondence to S. Jenkins re: hearing required. | 0.10 | 30.50 |
| 03/14/06 | KJM | Communications with Court. | 0.10 | 30.50 |
| 03/14/06 | KJM | Correspondence to Judge Robinson. | 0.20 | 61.00 |
| 03/14/06 | KJM | Review of Correspondence from clerk and communications with D. Rosenfeld. | 0.30 | 91.50 |
| 03/14/06 | KJM | Telephone conference with D. Rosenfeld re: Correspondence to Court. | 0.10 | 30.50 |
| 03/14/06 | KJM | Review of Correspondence from D. Rosenfeld and Correspondence to M. Souza re: document. | 0.30 | 91.50 |

Saudi American Bank                                                              Page    2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | Correspondence to D. Rosenfeld. | | |
| 03/15/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 03/15/06 | KJM | Communication with D. Rosenfeld, S. Jenkins and Court. Prepared and filed E-mail Emergency Request Form with Judge Robinson. | 0.50 | 152.50 |
| 03/17/06 | FAM | Review of bankruptcy pleadings. | 0.10 | 44.00 |
| 03/17/06 | KJM | Review of status and dockets re: request to court for hearing. | 0.20 | 61.00 |
| 03/21/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 03/21/06 | KJM | Review of Correspondence from Court. Correspondence to D. Rosenfeld. | 0.20 | 61.00 |
| 03/27/06 | FAM | Review of status report and Third Circuit order. | 0.10 | 44.00 |
| 03/27/06 | KJM | Review of order from 3rd Circuit and Correspondence to D. Rosenfeld. | 0.30 | 91.50 |
| 03/27/06 | KJM | Communication with M. Souza re: 4/25 hearing. | 0.10 | 30.50 |
| 03/29/06 | FAM | Correspondence from Third Circuit. Review of order. | 0.10 | 44.00 |
| 03/29/06 | KJM | Review of Correspondence from 3rd Circuit re: order. | 0.10 | 30.50 |
| 03/29/06 | KJM | Review of Correspondence from D. Rosenfeld re: motion to intervene. | 0.10 | 30.50 |
| 03/30/06 | KJM | Telephone conference with A. Abbott re: Saudi Arabic case. | 0.10 | 30.50 |

Total fees for this matter                                         4.90          $1,602.50

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.80 | 440 | 352.00 |
| Mangan, Kevin J. | 4.10 | 305 | 1,250.50 |

DISBURSEMENTS

02/15/06  Messenger/Courier Expenses                                              16.50

Saudi American Bank                                             Page        3

    Total disbursements for this matter                 $16.50

BILLING SUMMARY

    TOTAL FEES                                          $1,602.50

    TOTAL DISBURSEMENTS                                     16.50
    NET BALANCE FORWARD                                  7,763.79

    BALANCE DUE                                         $9,382.79

    **PAYMENTS RECEIVED SINCE LAST BILL**                  $0.00

## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

May 3, 2006
Account No:    03776    00001
Statement No:    59643

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham LLP
One Lincoln Street
Boston, MA 02111

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 04/01/06 | FAM | Review of bankruptcy pleadings. | 0.10 | 44.00 |
| 04/03/06 | FAM | Interoffice conference with Kevin J. Mangan. | 0.10 | 44.00 |
| 04/03/06 | KJM | Telephone conference with A. Abbott re: status. Review of dockets re: supplement to motion to intervene. | 0.30 | 91.50 |
| 04/03/06 | KJM | Review of pleadings and status reports filed. | 0.20 | 61.00 |
| 04/05/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 04/10/06 | FAM | Review of bankruptcy pleadings and omnibus objection to claims. | 0.30 | 132.00 |
| 04/10/06 | KJM | Communication with A. Abbott re: motion to intervene. | 0.20 | 61.00 |
| 04/10/06 | KJM | Review of pleadings filed - re: claim objection. | 0.20 | 61.00 |
| 04/12/06 | KJM | Telephone conference with Kerry Mumford re: hearing and documents to Court. | 0.20 | 61.00 |
| 04/12/06 | KJM | Filed and served documents with Courts re: change of addresses. | 0.20 | 61.00 |
| 04/14/06 | FAM | Review of bankruptcy pleadings. | 0.10 | 44.00 |
| 04/14/06 | KJM | Review of docket re: filing. | 0.10 | 30.50 |
| 04/18/06 | KJM | Review of SWE&C objection to intervention motion and Correspondence to D. Rosenfeld and A. Abbott. | 0.30 | 91.50 |

Saudi American Bank                                                                 Page      2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/06 | KJM | Review of affidavit of James Houpt and exhibits. Correspondence to D. Rosenfeld. | 0.50 | 152.50 |
| 04/20/06 | FAM | Telephone conference with A. Abbott. | 0.10 | 44.00 |
| 04/22/06 | FAM | Review of bankruptcy pleadings and agenda notice. | 0.20 | 88.00 |
| 04/24/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 04/24/06 | KJM | Review of docket and hearing agenda. Correspondence to D. Rosenfeld. | 0.30 | 91.50 |
| 04/24/06 | KJM | Communications with D. Rosenfeld re: hearing. | 0.20 | 61.00 |
| 04/24/06 | KJM | Review of reply to Trustee objection to motion to intervene and exhibits. Filed and served reply. Correspondence to Curt re: courtesy copy. Correspondence to A. Abbott. | 1.60 | 488.00 |
| 04/25/06 | FAM | Review of reply. | 0.10 | 44.00 |
| 04/25/06 | KJM | Review of pleadings re: Motion to Intervene in preparation of hearing. | 1.00 | 305.00 |
| 04/25/06 | KJM | Preparation for hearing and Conference with D. Rosenfeld and A. Abbott. Court appearance. | 2.30 | 701.50 |
| 04/25/06 | KJM | Review of Correspondence from K. Mumford and proposed order. Correspondence to D. Rosenfeld. | 0.20 | 61.00 |
| 04/25/06 | KJM | Review of Correspondence from K. Mumford and revised hearing agenda. | 0.20 | 61.00 |
| 04/26/06 | KJM | Review of notice of amended agenda for hearing. Communication re: Transcript of 4/25/06 hearing. | 0.30 | 91.50 |
| 04/26/06 | KJM | Communication with D. Rosenfeld re: appeal issues. | 0.20 | 61.00 |
| 04/26/06 | KJM | Telephone conference with Court. Communication K. Mumford re:hearing on motion to intervene. Correspondence to D. Rosenfeld. | 0.40 | 122.00 |
| 04/27/06 | FAM | Review of bankruptcy pleadings. | 0.10 | 44.00 |

Saudi American Bank                                                           Page    3

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/06 | KJM | Communication with K. Mumford re: order on intervention motion. | 0.20 | 61.00 |
| 04/28/06 | KJM | Correspondence to K. Mumford re: filing of order denying Intervention Motion. | 0.20 | 61.00 |
| | | Total fees for this matter | 10.60 | $3,408.50 |

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.30 | 440 | 572.00 |
| Mangan, Kevin J. | 9.30 | 305 | 2,836.50 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/12/06 | Messenger/Courier Expenses | 16.50 |
| 04/27/06 | Miscellaneous Costs Advanced - Lunch - Deep Blue | 62.00 |
| 04/30/06 | Photocopying | 7.00 |
| | Total disbursements for this matter | $85.50 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $3,408.50 |
| TOTAL DISBURSEMENTS | 85.50 |
| NET BALANCE FORWARD | 9,382.79 |
| BALANCE DUE | $12,876.79 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                      June 8, 2006
                                   Account No:      03776   00001
                                   Statement No:              60076
Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham
LLP
One Lincoln Street
Boston, MA   02111


v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                    HOURS
05/01/06   FAM   Review of UCC certification of      0.20       88.00
                 counsel and order.
05/01/06   KJM   Communications with Court and       0.30       91.50
                 SWEC counsel re: hearing.
05/01/06   KJM   Review of certification filed       0.20       61.00
                 by Trustee and Correspondence
                 to D. Rosenfeld.
05/01/06   KJM   Review of bankruptcy pleadings.     0.20       61.00
05/02/06   KJM   Review of dockets and order         0.30       91.50
                 denying motion to intervene.
                 Correspondence to D. Rosenfeld
                 and John Hutchins.
05/05/06   KJM   Review of bankruptcy pleadings.     0.30       91.50
                 Communication with A. Abbott
                 re: appeal.
05/08/06   KJM   Communication with A. Abbott        0.20       61.00
                 re: appeal issues.
05/09/06   KJM   Review of dockets and               0.20       61.00
                 transcript.  Contacted Court
                 re: hearing transcript.
05/09/06   KJM   Telephone conference with Court     0.20       61.00
                 re: transcript of April 25th
                 hearing.
05/10/06   KJM   Review of notice of appeal and      0.30       91.50
                 filed with Court.
05/10/06   KJM   Telephone conference with Court     0.20       61.00
                 reporter re: transcript for
                 appeal.
05/11/06   KJM   Communication with A. Abbott        0.10       30.50
```

Saudi American Bank                                                    Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: transcript. | | |
| 05/11/06 | KJM | Review of correspondence from J. Enslen. Review of dockets. | 0.20 | 61.00 |
| 05/12/06 | KJM | Review of notice of related cases filed by SWE&C Trustee. Correspondence to D. Rosenfeld. | 0.20 | 61.00 |
| 05/15/06 | FAM | Review of bankruptcy pleadings. | 0.10 | 44.00 |
| 05/16/06 | KJM | Review of docket and transcript from Court. Correspondence to A. Abbott. | 0.30 | 91.50 |
| 05/16/06 | KJM | Communicate with A. Abbott re: schedule. | 0.10 | 30.50 |
| 05/16/06 | KJM | Review of record and issues on appeal for designation and Correspondence to A. Abbott. | 0.50 | 152.50 |
| 05/19/06 | KJM | Review of rules re: designation documents to be provided to Court. | 0.20 | 61.00 |
| 05/22/06 | FAM | Interoffice conference with Kevin J. Mangan. Review and revise designation of record. Telephone conference with Kevin J. Mangan and D. Rosenfeld. | 0.60 | 264.00 |
| 05/22/06 | KJM | Review of dockets and Correspondence to A. Abbott re: designation documents. | 0.20 | 61.00 |
| 05/22/06 | KJM | Review of designation of record and issues. Revised designation. Telephone conference with F. Monaco and D. Rosenfeld re: issues on appeal and motion to recuse. Finalized, filed and served Designation with Court. | 0.90 | 274.50 |
| 05/22/06 | PL3 | Review and revise statement of issues on appeal. | 0.30 | 43.50 |
| 05/22/06 | PL3 | Preparation of service list re: designation. | 0.20 | 29.00 |
| 05/22/06 | PL3 | File/serve designation of items on appeal. | 0.40 | 58.00 |
| 05/22/06 | PL3 | Correspondence to A. Abbott re: designation. | 0.10 | 14.50 |
| 05/22/06 | PL3 | Interoffice conference with Kevin J. Mangan re: preparation of documents to send to Court. | 0.20 | 29.00 |
| 05/23/06 | FAM | Interoffice conference with | 0.10 | 44.00 |

Saudi American Bank                                                      Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Kevin J. Mangan. | | |
| 05/23/06 | KJM | Review of designation filing. Correspondence to A. Abbott. | 0.30 | 91.50 |
| 05/24/06 | FAM | Review of April 25, 2006 transcript. | 0.30 | 132.00 |
| 05/24/06 | KJM | Review of dockets in designation. Review of transcript of hearing to be provided to Court per designation. | 0.30 | 91.50 |
| 05/26/06 | KJM | Telephone conference with A. Abbott re: record to Court. | 0.10 | 30.50 |
| 05/26/06 | KJM | Review of mediation and term sheet process. | 0.30 | 91.50 |
| 05/26/06 | KJM | Review of draft letter to Debtors counsel. | 0.10 | 30.50 |
| 05/31/06 | FAM | Review of counter-designation. | 0.10 | 44.00 |
| 05/31/06 | KJM | Review of SWEC's counter designation and Correspondence to D. Rosenfeld. | 0.20 | 61.00 |

Total fees for this matter                                       9.00        $2,742.00

### RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 1.40 | 440 | 616.00 |
| Mangan, Kevin J. | 6.40 | 305 | 1,952.00 |
| Sasso, Heidi E. | 1.20 | 145 | 174.00 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/24/06 | Messenger/Courier Expenses | 7.50 |
| 04/26/06 | Special Postal Services | 8.06 |
| 04/26/06 | Special Postal Services | 8.06 |
| 05/01/06 | Miscellaneous Costs Advanced - Lunch - Deep Blue | 62.00 |
| 05/31/06 | Photocopying | 27.60 |
| 05/31/06 | Postage | 2.22 |

Total disbursements for this matter                                      $115.44

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $2,742.00 |
| TOTAL DISBURSEMENTS | 115.44 |
| NET BALANCE FORWARD | 12,876.79 |
| BALANCE DUE | $15,734.23 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | $0.00 |