## MONZACK and MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                    July 7, 2006
                                    Account No:     03776   00001
Saudi American Bank                 Statement No:            60491
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham
LLP
One Lincoln Street
Boston, MA  02111

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                              HOURS
06/08/06  FAM  Review of agenda notice.        0.10         44.00
06/12/06  KJM  Review of correspondence from   0.20         61.00
               S. Unger and replied; prepared
               stipulation of dismissal.
06/16/06  KJM  Telephone conference with A.    0.20         61.00
               Abbott re: appeal; review of
               docket re: record items.
06/19/06  PL3  Correspondence from/to A.       0.20         29.00
               Abbott re: designation
               documents.
06/20/06  KJM  Review of Correspondence from   0.10         30.50
               A. Abbott and replied re:
               Record to District Court.
06/21/06  FAM  Review of omnibus objection to  0.10         44.00
               claims.
06/21/06  KJM  Review of Correspondence from   0.20         61.00
               A. Abbott re: record to be sent
               to District Court.
               Correspondence to A. Abbott re:
               records to produce.
06/21/06  PL3  Review and revise designation   0.70        101.50
               binders to submit to Court.
06/21/06  PL3  Correspondence from/to A.       0.20         29.00
               Abbott re: designation binders.
06/22/06  KJM  Review of transmittals from     0.30         91.50
               District Court and
               Correspondence to A. Abbott.
06/23/06  KJM  Review of Correspondence from   0.30         91.50
               A. Abbott and replied re:
```

Saudi American Bank                                                          Page       2

|            |      |                                                                                                                 |       |        |
|------------|------|-----------------------------------------------------------------------------------------------------------------|-------|--------|
|            |      | District Court filings. Correspondence to D. Rosenfeld.                                                         |       |        |
| 06/26/06   | KJM  | Review of Correspondence from A. Abbott and replied re: records.                                                | 0.10  | 30.50  |
| 06/27/06   | KJM  | Correspondence to Court. Review of entry of correction on docket by District Court. Correspondence to D. Rosenfeld. | 0.30  | 91.50  |
| 06/27/06   | PL3  | Telephone call to District Court re: notice of related cases.                                                   | 0.10  | 14.50  |
| 06/28/06   | KJM  | Review of notice of judge assignment and Correspondence to D. Rosenfeld.                                        | 0.10  | 30.50  |
| 06/29/06   | KJM  | Communications with D. Rosenfeld and Review of appellate docket.                                                | 0.20  | 61.00  |
| 06/29/06   | KJM  | Review of District Court dockets and pleading status.                                                           | 0.10  | 30.50  |
| 06/30/06   | KJM  | Review of notice of dockets of appeal.                                                                          | 0.20  | 61.00  |

                    Total fees for this matter                             3.70        $963.50

## RECAPITULATION

| Timekeeper              | Hours | Rate | Total  |
|-------------------------|-------|------|--------|
| Monaco, Jr. Francis A.  | 0.20  | 440  | 88.00  |
| Mangan, Kevin J.        | 2.30  | 305  | 701.50 |
| Sasso, Heidi E.         | 1.20  | 145  | 174.00 |

## DISBURSEMENTS

| 05/22/06 | Messenger/Courier Expenses |        | 13.00 |
|----------|----------------------------|--------|-------|
| 06/30/06 | Photocopying               |        | 63.00 |

                    Total disbursements for this matter                               $76.00

Saudi American Bank                                                                    Page        3

BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $963.50 |
| TOTAL DISBURSEMENTS | 76.00 |
| NET BALANCE FORWARD | 12,826.43 |
| BALANCE DUE | $13,865.93 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | **$2,907.80** |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

August 8, 2006
Account No: 03776 00001
Statement No: 60912

Saudi American Bank
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham LLP
One Lincoln Street
Boston, MA 02111

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/06 | KJM | Review of Correspondence from K. Brady re: mediation. | 0.20 | 61.00 |
| 07/10/06 | KJM | Review of Correspondence from A. Abbott and K. Brady. | 0.10 | 30.50 |
| 07/10/06 | KJM | Communications with A. Abbott re: Kevin Brady and mediation process. | 0.20 | 61.00 |
| 07/11/06 | KJM | Review of appellate dockets. Review of Correspondence from mediator. | 0.20 | 61.00 |
| 07/14/06 | KJM | Review of Correspondence from D. Rosenfeld and K. Brady re: mediation. | 0.10 | 30.50 |
| 07/17/06 | KJM | Correspondence to A. Abbott and D. Rosenfeld re: mediation call with K. Brady. | 0.10 | 30.50 |
| 07/18/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 07/19/06 | KJM | Mediation conference call with mediator, Kevin Brady. | 0.40 | 122.00 |
| 07/19/06 | KJM | Review of hearing agenda. | 0.10 | 30.50 |
| 07/24/06 | KJM | Review of Correspondence from K. Brady and mediation agreement. Correspondence to D. Rosenfeld. | 0.20 | 61.00 |
| 07/29/06 | FAM | Review of objection to claims. | 0.20 | 88.00 |
| | | Total fees for this matter | 1.90 | $620.00 |

RECAPITULATION

Saudi American Bank                                                                          Page        2

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| Monaco, Jr. Francis A. | 0.30 | 440 | 132.00 |
| Mangan, Kevin J. | 1.60 | 305 | 488.00 |

## DISBURSEMENTS

| | | |
| --- | --- | --- |
| 06/21/06 | Messenger/Courier Expenses | 18.50 |
| | Total disbursements for this matter | $18.50 |

BILLING SUMMARY

| | |
| --- | --- |
| TOTAL FEES | $620.00 |
| TOTAL DISBURSEMENTS | 18.50 |
| NET BALANCE FORWARD | 13,865.93 |
| BALANCE DUE | $14,504.43 |
| **PAYMENTS RECEIVED SINCE LAST BILL** | **$0.00** |

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                                September 7, 2006
                                        Account No:    03776  00001
Saudi American Bank                     Statement No:          61255
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham
LLP
One Lincoln Street
Boston, MA  02111

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED
                                                   HOURS
08/22/06   FAM   Review of bankruptcy pleadings.    0.10       44.00
08/24/06   FAM   Review of agenda notice.           0.10       44.00
                                                   _____     _____
           Total fees for this matter               0.20      $88.00
                       RECAPITULATION

Timekeeper                          Hours    Rate      Total
Monaco, Jr. Francis A.               0.20     440       88.00


BILLING SUMMARY

       TOTAL FEES                                     $88.00

       NET BALANCE FORWARD                         14,504.43
                                                  _____
       BALANCE DUE                                $14,592.43

       PAYMENTS RECEIVED SINCE LAST BILL              $0.00
```

**MONZACK and MONACO, P.A.**
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

```
                                              October 11, 2006
                                   Account No:   03776   00001
Saudi American Bank                Statement No:         61738
c/o Dan Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson & Graham
LLP
One Lincoln Street
Boston, MA  02111
```

v. Stone & Webster, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/06 | FAM | Telephone conference with D. Rosenfeld. | 0.20 | 88.00 |
| 09/20/06 | KJM | Correspondence to D. Rosenfeld and A. Abbott re: position paper. | 0.10 | 30.50 |
| 09/26/06 | FAM | Review of agenda notice. | 0.10 | 44.00 |
| 09/27/06 | FAM | Interoffice conference with Kevin J. Mangan. Review of agenda notice. | 0.10 | 44.00 |
| 09/29/06 | KJM | Review of hearing agenda and pleadings. Review of Correspondence from D. Rosenfeld. | 0.20 | 61.00 |
| | | Total fees for this matter | 0.70 | $267.50 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Monaco, Jr. Francis A. | 0.40 | 440 | 176.00 |
| Mangan, Kevin J. | 0.30 | 305 | 91.50 |

```
Saudi American Bank                                              Page        2

BILLING SUMMARY

         TOTAL FEES                                          $267.50

         NET BALANCE FORWARD                               10,056.99
                                                          _____
         BALANCE DUE                                      $10,324.49

         PAYMENTS RECEIVED SINCE LAST BILL                 $4,535.44
```