IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| STONE & WEBSTER, INC. | ) | Bk. No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
|  | ) |  |
| Debtors | ) |  |
|  | ) |  |
|  | ) |  |
| SAUDI AMERICAN BANK, | ) | Adv. No. 01-7766 (PJW) |
| Plaintiff | ) |  |
|  | ) | Civ. No. 04-834-SLR |
| v. | ) |  |
|  | ) |  |
| THE SHAW GROUP INC., SWINC | ) |  |
| ACQUISTION THREE, INC., and | ) |  |
| SWE&C LIQUIDATING TRUSTEE, | ) |  |
| Defendants | ) |  |
|  | ) |  |

***EXHIBIT "A"* TO THE AFFIDAVIT OF KEVIN J. MANGAN IN SUUPORT OF SAUDI AMERICAN BANK'S REVISED ITEMIZATION OF ATTORNEYS' FEES AND COSTS**

**Monzack & Monaco, P.A.**
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8163

**Kirkpatrick & Lockhart Nicholson Graham LLP**
John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
75 State Street
Boston, MA  02109
(617) 261-3100

Dated:  November 21, 2006