

**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

July 26, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 886015
Services Through : June 30, 2000

Tax Identification Number 25 0921018

## Guaranty Matter

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/11/00 | R. B. Allensworth | 0.20 | Telephone conference with C. Jebeyli and R. Papper regarding case issue | 69.00 |
| 05/11/00 | J. C. Hutchins | 0.20 | Conference with B. Allensworth regarding Stone & Webster claims | 61.00 |
| 05/15/00 | R. B. Allensworth | 0.50 | Review papers from Saudi American Bank; telephone conference with J. Hutchins regarding outstanding issues | 172.50 |
| 05/15/00 | J. C. Hutchins | 0.50 | Telephone conference with B. Allensworth; review facsimile from B. Allensworth and loan documents | 152.50 |
| 05/16/00 | R. B. Allensworth | 0.20 | Telephone conference with J. Hutchins regarding demand note | 69.00 |
| 05/16/00 | J. C. Hutchins | 0.40 | Review facsimile from B. Allensworth; review and analyze loan agreement, promissory note and Stone & Webster Engineering guaranty | 122.00 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 05/17/00 | J. C. Hutchins | 1.70 | Telephone conference with B. Allensworth; review facsimile from B. Allensworth; review and analyze loan documents; telephone call to C. Jebeyli; telephone conference with C. Jebeyli; prepare memorandum to C. Jebeyli; telephone call to B. Allensworth; review and analyze remedy alternatives | 518.50 |
| 05/18/00 | J. C. Hutchins | 2.20 | Prepare memorandum regarding enforcement/remedies regarding Stone & Webster guaranty | 671.00 |
| 05/19/00 | J. C. Hutchins | 1.80 | Telephone call to B. Allensworth; revise and edit memorandum to C. Jebeyli; proofread and review same; prepare and send e-mail to C. Jebeyli and B. Allensworth | 549.00 |
| 05/22/00 | J. C. Hutchins | 0.90 | Receive and review e-mail from C. Jebeyli's assistant; prepare and send e-mail to B. Allensworth; draft demand on guaranty; telephone conference with B. Allensworth; revise and edit demand letter | 274.50 |
| 05/23/00 | R. B. Allensworth | 0.80 | Review J. Hutchins memo regarding demand on debtor and demand against guarantor; telephone conference with J. Hutchins regarding same | 276.00 |
| 05/23/00 | J. C. Hutchins | 1.30 | Revise and edit demand letter; prepare and send e-mail to C. Jebeyli and B. Allensworth; telephone conference with B. Allensworth; prepare and send e-mail to C. Jebeyli | 396.50 |
| 05/24/00 | J. C. Hutchins | 0.20 | Receive and review e-mail from C. Jebeyli (x2) | 61.00 |
| 05/26/00 | J. C. Hutchins | 0.10 | Revise and edit demand letter. | 30.50 |
| 05/30/00 | J. C. Hutchins | 0.50 | Receive and review e-mail from C. Jebeyli to S. Ali (draft demand letter); prepare and send e-mail to C. Jebeyli | 152.50 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 05/31/00 | J. C. Hutchins | 0.80 | Telephone conference with S. Ali regarding status of Stone & Webster and possible purchase by Jacobs Engineering; telephone call to B. Allensworth; review and analysis of Stone & Webster condition and Jacobs Engineering deal | 244.00 |
| 06/02/00 | J. C. Hutchins | 0.30 | Review correspondence from client to Stone & Webster; prepare and send facsimile to S. Ali regarding information on Stone & Webster | 91.50 |
| 06/05/00 | J. C. Hutchins | 0.30 | Receive and review e-mail from C. Jebeyli; review facsimile from C. Jebeyli | 91.50 |
| 06/06/00 | J. C. Hutchins | 0.40 | Prepare internet information on Stone & Webster; prepare and send facsimile to S. Ali regarding same; review draft demand letter | 122.00 |
| 06/07/00 | R. B. Allensworth | 0.40 | Telephone conference with J. Hutchins regarding his correspondence to bank and regarding litigation versus Stone & Webster for attachment following demand | 138.00 |
| 06/07/00 | J. C. Hutchins | 1.40 | Draft demand on guaranty; revise and edit same; prepare and send e-mail to C. Jebeyli; telephone call from G. Cheever; telephone call to G. Cheever; telephone conference with B. Allensworth; prepare and send facsimile to C. Jebeyli, S. Ali and B. Allensworth regarding information on Stone & Webster | 427.00 |
| 06/08/00 | R. B. Allensworth | 0.50 | Review Delaware bankruptcy court docket; review J. Hutchins client correspondence; telephone conference with J. Hutchins regarding BR issues | 172.50 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 06/08/00 | J. C. Hutchins | 1.30 | Receive and review e-mail to K. Serrao (x4); prepare and send e-mail to C. Jebeyli, S. Ali, B. Allensworth et al regarding Chapter 11 filings (x3); telephone conference with B. Allensworth; telephone conference with G. Cheever | 396.50 |
| 06/09/00 | R. B. Allensworth | 0.20 | Telephone conference with G. Cheever and J. Hutchins regarding meeting in Delaware bankruptcy court next Tuesday; telephone conference with J. Hutchins regarding same | 69.00 |
| 06/09/00 | J. C. Hutchins | 0.80 | Review and analyze motion to consolidate and related pleadings; telephone conference with B. Allensworth; prepare and send facsimile to C. Jebeyli and S. Ali regarding consolidation | 244.00 |
| 06/12/00 | J. C. Hutchins | 0.80 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from K. Serrao; forward e-mail; review and analyze action items | 244.00 |
| 06/13/00 | J. C. Hutchins | 0.30 | Receive and review e-mail from K. Serrao; prepare and send e-mail to client; review and analyze docket | 91.50 |
| 06/16/00 | G. M. Cheever | 0.20 | Telephone conferences with J. Hutchins regarding case developments; forward copy of sale motion | 65.00 |
| 06/16/00 | J. C. Hutchins | 0.60 | Review docket entries; prepare and send e-mail to C. Jebeyli and S. Ali; telephone conference with G. Cheever regarding hearing on Jacobs Agreement and getting copy of same | 183.00 |
| 06/19/00 | G. M. Cheever | 0.10 | Email to J. Hutchins regarding Stone & Webster bankruptcy | 32.50 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 06/19/00 | J. C. Hutchins | 2.70 | Review and analyze C. Jebeyli (x3); prepare and send e-mail to B. Allensworth; receive and review e-mail from G. Cheever regarding status of hearing on Jacobs Agreement; telephone conference with C. Jebeyli; review and analyze motion to approve Jacobs purchase and sale; review and analyze purchase and sale agreement regarding debts assumed; prepare memorandum | 823.50 |
| 06/20/00 | J. C. Hutchins | 2.10 | Prepare and send e-mail to C. Jebeyli; prepare memorandum regarding Stone & Webster Chapter 11; review and analyze Stone & Webster research, Jacobs purchase and sale agreement, receive and review e-mail from K. Serrao regarding no developments | 640.50 |
| 06/21/00 | J. C. Hutchins | 1.80 | Receive and review e-mail from C. Jebeyli; prepare and send e-mail to C. Jebeyli; prepare memorandum to C. Jebeyli | 549.00 |
| 06/22/00 | J. C. Hutchins | 1.70 | Prepare memorandum to C. Jebeyli; revise and edit same | 518.50 |
| 06/23/00 | J. C. Hutchins | 1.20 | Revise and edit memorandum to C. Jebeyli; proofread and review memorandum; prepare and send e-mail C. Jebeyli, B. Allensworth and S. Ali; prepare and send correspondence to C. Jebeyli | 366.00 |
| | | | **TOTAL FEES** | $ 9,085.00 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| R. B. Allensworth | 2.80 hrs at | $ 345/ hr | $966.00 |
| G. M. Cheever | 0.30 hrs at | $ 325/ hr | $97.50 |
| J. C. Hutchins | 26.30 hrs at | $ 305/ hr | $8,021.50 |
| **TOTAL FEES** | 29.40 hrs | | $ 9,878.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Facsimile | | 16.50 |
| Copying Expense | | 88.92 |
| | DISBURSEMENTS & OTHER CHARGES | $ 105.42 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 9,085.00 |
| Disbursements and Other Charges | $ | 105.42 |
| **CURRENT INVOICE DUE** | $ | **9,190.42** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

August 18, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 893150 |
| Services Through | : | July 31, 2000 |

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/14/00 | J. C. Hutchins | 0.90 | Receive and review e-mail from K. Serrao; prepare and send e-mail to C. Jebeyli, S. Ali et al; prepare and send e-mail to G. Cheever regarding hearing on Jacobs Agreement, appearance; receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao regarding documents | 274.50 |
| 07/11/00 | J. C. Hutchins | 0.80 | Review correspondence from C. Jebeyli; review and analyze reports on Stone & Webster bankruptcy; review correspondence from C. Jebeyli; telephone call to B. Allensworth; prepare and send correspondence to B. Allensworth regarding Shaw bid | 244.00 |
| 07/13/00 | J. C. Hutchins | 0.40 | Review correspondence from C. Jebeyli; research and analyze Shaw bid and status; review and analyze docket reports | 122.00 |
| 07/17/00 | J. C. Hutchins | 1.80 | Telephone conference with C. Jebeyli; review correspondence from C. Jebeyli; research and analyze status of sale of assets; work on form of Receipt and Partial Release | 549.00 |
| 07/18/00 | G. M. Cheever | 0.30 | Telephone conference with J. Hutchins and A. Swope regarding sale of Stone & Webster assets | 97.50 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 3.20 | Telephone conference with G. Cheever; telephone conference with G. Cheever and A. Swope regarding auction of S&W assets and terms and conditions of Shaw Group bid; research and analyze status of bankruptcy case; review and analyze docket entries; prepare and send e-mail to C. Jebeyli; draft Receipt and Partial Release for Bugshan & Bros.; revise and edit same; prepare and send e-mail to C. Jebeyli regarding same; prepare and send e-mail to B. Allensworth (2x) | 976.00 |
| 07/20/00 | J. C. Hutchins | 0.30 | Review and analyze bankruptcy pleading | 91.50 |
| 07/24/00 | J. C. Hutchins | 0.50 | Review correspondence from C. Jebeyli; review and analyze information regarding Shaw Group purchase; review and analyze docket entries update | 152.50 |
| 07/25/00 | J. C. Hutchins | 0.20 | Review docket for filings regarding assumed contracts | 61.00 |
| 07/31/00 | J. C. Hutchins | 0.20 | Review and analyze new docket entries and entries regarding schedules of assumed and excluded contracts | 61.00 |

TOTAL FEES $ 2,629.00

| | | | |
|---|---|---|---|
| G. M. Cheever | 0.30 hrs at $ 325/ hr | | $97.50 |
| J. C. Hutchins | 8.30 hrs at $ 305/ hr | | $2,531.50 |
| TOTAL FEES | 8.60 hrs | $ | 2,629.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 2.25 |
| DISBURSEMENTS & OTHER CHARGES | $ 2.25 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 2,629.00 |
| Disbursements and Other Charges | $ 2.25 |
| **CURRENT INVOICE DUE** | $ 2,631.25 |
| Prior Outstanding Invoices* | $ 9,190.42 |
| **TOTAL AMOUNT DUE** | $ 11,821.67 |

\* Does not include payments received after 08/04/00.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 21, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 900253 |
| Services Through | : | August 31, 2000 |

**Guaranty Matter**
Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/00 | J. C. Hutchins | 2.60 | Receive and review e-mail from C. Jebeyli and S. Ali; prepare and send correspondence to C. Jebeyli et al regarding proof of claim; receive and review e-mail from C. Jebeyli; review and analyze docket entries; telephone conference with K. Serrao regarding investigations; review and analyze joint administration pleadings; review facsimile from C. Jebeyli; telephone call from K. Serrao regarding investigations; telephone conference with K. Serrao regarding same; prepare and send correspondence to C. Jebeyli et al | 793.00 |
| 08/01/00 | K. A. Serrao | 1.70 | Phone calls with J. Hutchins, A. Swope, Parcels, Trumball and IKON all regarding requests for copies of pleadings and searches of Schedules and volumes of executory contracts; Pacer search for downloadable documents; coordinate searches and requests for p leadings | 195.50 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/02/00 | J. C. Hutchins | 0.70 | Receive and review e-mail from K. Serrao; review orders regarding bar dates, proofs of claim and related pleadings; prepare and send correspondence to C. Jebeyli and S. Ali | 213.50 |
| 08/02/00 | K. A. Serrao | 1.00 | Phone call with Trumball Services regarding list of assumed/excluded contracts; review documents from Parcels; draft, proof and revise chart of assumed/excluded contracts; email to J. Hutchins regarding same | 115.00 |
| 08/03/00 | J. C. Hutchins | 1.30 | Review correspondence from Serrao; review and analyze motion for sale and order authorizing sale to Shaw Group; review and analyze order authorizing filing of consolidated schedules of liabilities; review and analyze Shaw Group purchase and sale; review and analyze liability schedule information and assumed liability list information; prepare and send correspondence to C. Jebeyli and S. Ali; prepare and send facsimile to same | 396.50 |
| 08/04/00 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding claims and assumed claims; prepare and send facsimile to C. Jebeyli and S. Ali | 152.50 |
| 08/05/00 | J. C. Hutchins | 0.50 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from S. Ali, C. Jebeyli and R. Allensworth | 152.50 |
| 08/07/00 | J. C. Hutchins | 0.30 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from S. Ali; prepare and send e-mail to S. Ali, R. Allensworth; review and analyze claim information on Stone & Webster | 91.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/09/00 | J. C. Hutchins | 4.20 | Review facsimile from S. Ali; review correspondence from S. Ali; review correspondence from Shaw purchase and sale agreement, bankruptcy court orders regarding filing proofs of claims and proofs of cure claims; research and analyze status of Saudi American Bank claim under guaranty; review and analyze miscellaneous pleadings; telephone call to K. Serrao; telephone conference with K. Serrao; receive and review e-mail from K. Serrao; prepare and send e-mail S. Ali; review and analyze information regarding cure claims; prepare and send e-mail to S. Ali; draft proofs of claim | 1,281.00 |
| 08/09/00 | K. A. Serrao | 2.60 | Phone calls and emails with J. Hutchins regarding request for further information and documents in the Stone & Webster bankruptcy case; numerous phone calls to Trumbull, debtor's counsel, Parcels regarding same; Pacer search of docket to download any available requested pleadings; review claim forms provided by claims agent | 299.00 |
| 08/10/00 | J. C. Hutchins | 3.50 | Review and analyze docket update; receive and review e-mail K. Serrao; prepare and send e-mail K. Serrao; draft and revise statement of cure claim/proof of claim and exhibits and attachments; prepare and send e-mail S. Ali; receive and review e-mail K. Serrao; draft response to J. Rase | 1,067.50 |
| 08/10/00 | K. A. Serrao | 1.00 | Phone calls to Trumbull, Stone & Webster, and Skadden Arps to obtain claim information per J. Hutchins' request; emails to J. Hutchins relaying status of inquiries | 115.00 |


**Kirkpatrick & Lockhart Nicholson Graham** LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/11/00 | J. C. Hutchins | 4.10 | Receive and review e-mail S. Ali; revise and edit draft letter to J. Rase; prepare and send e-mail to S. Ali regarding same; review and analyze document package from client; prepare list of issues; review document package; prepare and send e-mail to S. Ali regarding same; revise and edit proof of claim/cure claim and exhibit A; prepare and send facsimile to S. Ali; receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao | 1,250.50 |
| 08/12/00 | J. C. Hutchins | 0.60 | Receive and review e-mail from S. Ali (x2); prepare and send e-mail to S. Ali | 183.00 |
| 08/13/00 | J. C. Hutchins | 1.20 | Telephone conference with S. Ali and A. Bokhari; receive and review e-mail from S. Ali regarding account balances; telephone conference with S. Ali and A. Bokhari | 366.00 |
| 08/14/00 | J. C. Hutchins | 4.20 | Revise and edit proofs of claims and exhibits to proofs; research and analyze classification of claims; receive and review e-mail from S. Ali (x4); prepare and send facsimile to S. Ali (x3); proofread and review proofs of claim | 1,281.00 |
| 08/15/00 | J. C. Hutchins | 2.20 | Receive and review e-mail from K. Serrao regarding docket; review and analyze docket; revise and edit proof of claim, statement of claim; review facsimile from S. Ali; revise and edit statements; prepare and send facsimile to S. Ali (revised drafts and edits) (x2); prepare and send e-mail to S. Ali regarding legal expenses | 671.00 |
| 08/17/00 | J. C. Hutchins | 1.50 | Work on proof of claim materials; review and analyze additional documents | 457.50 |
| 08/18/00 | J. C. Hutchins | 0.80 | Review and analyze back-up documents; receive and review e-mail from K. Serrao and docket updates | 244.00 |

**K&L**

Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/20/00 | J. C. Hutchins | 0.20 | Receive and review e-mail from S. Ali; prepare and send e-mail to S. Ali | 61.00 |
| 08/21/00 | J. C. Hutchins | 1.20 | Receive and review e-mail from S. Ali (x2); prepare and send e-mail to S. Ali regarding tracing package with DHL; review and analyze docket update; prepare and send correspondence to K. Serrao regarding getting copies of claims and claims dockets (x3) | 366.00 |
| 08/21/00 | K. A. Serrao | 0.50 | Pacer search for cure claim information; phone calls with Trumbull and Parcels regarding request to obtain claim information; emails with J. Hutchins regarding same | 57.50 |
| 08/22/00 | J. C. Hutchins | 2.20 | Review and analyze docket update; telephone call from A. Bukhari (x2); telephone conference with A. Bukhari; review and analyze filing requirements; prepare and assemble documents for proof of claim and statement of cure claim; review facsimile from A. Bukhari; telephone conference with A. Bokhari; attention to travel arrangements | 671.00 |
| 08/23/00 | J. C. Hutchins | 3.80 | Prepare proof of claim and statement of cure claim exhibits; review and analyze new docket entries; prepare transmittal; conference with A. Bokhari; assemble and file proof of claim and statement of cure claim | 1,159.00 |
| 08/24/00 | J. C. Hutchins | 2.40 | Review and analyze docket entries; telephone conference with IKON document service (x2); prepare notice of appearance and certificate of service; conference with A. Bokhari; lunch conference with A. Bokhari, S. Moore and B. Allensworth | 732.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 08/25/00 | J. C. Hutchins | 0.60 | Telephone conference with IKON Services; prepare and send correspondence to IKON regarding assumed contracts; prepare and file notice of appearance; verify claims filings; prepare and send facsimile to S. Ali | 183.00 |
| 08/28/00 | J. C. Hutchins | 0.50 | Review and analyze docket entries; review facsimile from A. Bokhari regarding injunction from English court and another Stone & Webster Engineering guaranty; review and analyze court orders and guaranty; telephone call to IKON Services | 152.50 |
| 08/29/00 | J. C. Hutchins | 1.20 | Telephone conference with A. Bokhari; review correspondence from IKON; review and analyze list of assumed contracts; prepare and send correspondence to IKON regarding excluded contracts | 366.00 |
| 08/30/00 | J. C. Hutchins | 0.30 | Review and analyze docket; review and analyze London injunction documents; review and analyze assumed contract lists | 91.50 |
| 08/31/00 | J. C. Hutchins | 2.10 | Review and analyze Nabarro Nathanson notice of injunction; review and analyze list of excluded contracts; prepare extracts from assumed contract list ad excluded contracts list; prepare and send facsimile to A. Bokhari; prepare memorandum to A. Bokhari regarding claims procedure, timing and payment; review and analyze Shaw purchase and sale agreement regarding procedures and status of cure claims; prepare memorandum to file regarding same | 640.50 |
| | | | **TOTAL FEES** | $ 13,805.50 |

| | | | |
|---|---|---|---|
| J. C. Hutchins | | 42.70 hrs at $ 305/ hr | $13,023.50 |
| K. A. Serrao | | 6.80 hrs at $ 115/ hr | $782.00 |
| | **TOTAL FEES** | 49.50 hrs | $ 13,805.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 9.57 |
| Facsimile | 84.75 |
| Copying Expense | 403.74 |
| Copying Expense (Outside Off.) | 335.15 |
| Word Processing | 42.49 |
| Long Distance Courier | 108.38 |
| Business Meal | 73.22 |
| Other | 209.73 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,267.03 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 13,805.50 |
| Disbursements and Other Charges | $ 1,267.03 |
| **CURRENT INVOICE DUE** | $ 15,072.53 |
| Prior Outstanding Invoices * | $ 11,821.67 |
| **TOTAL AMOUNT DUE** | $ 26,894.20 |

\* Does not include payments received after 09/08/00.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

October 18, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 907049 |
| Services Through | : | September 30, 2000 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/00 | J. C. Hutchins | 0.20 | Review and analyze docket entries | 61.00 |
| 09/05/00 | J. C. Hutchins | 3.30 | Review and analyze lists of assumed claims; prepare memorandum to A. Bokhari regarding claims process; revise and edit same; research and analyze Shaw purchase and sale agreement, court order approving sale and time limits regarding claim review process; review and analyze miscellaneous pleadings; review and analyze docket updates | 1,006.50 |
| 09/06/00 | J. C. Hutchins | 3.10 | Review and analyze docket entries; revise and edit memorandum to A. Bokhari regarding claims procedures; revise and edit memorandum regarding Shaw purchase and sale agreement and claims assumption; review and analyze purchase and sale agreement and exhibits; research and analyze Bankruptcy Code regarding claims procedure; prepare and send correspondence to C Jebeyli; prepare and send e-mail S. Ali; prepare and send facsimile to A. Bokhari | 945.50 |
| 09/07/00 | J. C. Hutchins | 0.20 | Review and analyze docket updates | 61.00 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 09/11/00 | J. C. Hutchins | 1.20 | Review and analyze pleadings from unsecured creditors' committee; prepare memorandum to A. Bokhari regarding status and amount of claims | 366.00 |
| 09/12/00 | J. C. Hutchins | 1.90 | Review and analyze pleadings regarding Stone & Webster bankruptcy; revise and edit memorandum regarding claims procedure and pleadings regarding claims processing | 579.50 |
| 09/13/00 | J. C. Hutchins | 1.10 | Revise and edit memorandum to A. Bokhari; proofread and review memorandum; review and analyze miscellaneous pleading; receive and review e-mail to C. Jebeyli; prepare and send e-mail to A. Bokhari et al; prepare and send facsimile to A. Bokhari | 335.50 |
| 09/14/00 | J. C. Hutchins | 1.10 | Receive and review e-mail from C. Jebeyli; research and analyze impact of Stone & Webster chapter 11 on Bugsham Stone & Webster continuing options; prepare and send e-mail to C. Jebeyli | 335.50 |
| 09/15/00 | J. C. Hutchins | 0.40 | Review and analyze docket update and miscellaneous pleadings | 122.00 |
| 09/18/00 | J. C. Hutchins | 0.40 | Review and analyze docket; receive and review e-mail from A. Bokhari | 122.00 |
| 09/19/00 | J. C. Hutchins | 0.40 | Review and analyze docket; receive and review e-mail from A. Bokhari | 122.00 |
| 09/21/00 | J. C. Hutchins | 0.20 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 61.00 |
| 09/22/00 | J. C. Hutchins | 0.80 | Review and analyze docket, investigate status of claims | 244.00 |
| 09/25/00 | J. C. Hutchins | 0.10 | Review and analyze docket | 30.50 |
| 09/28/00 | J. C. Hutchins | 1.40 | Review and analyze information regarding claims process; telephone conference with K. Serrao (x2) regarding further investigations; review and analyze pleadings regarding sale of Shaw Group stock; review and analyze docket | 427.00 |

**K&L** Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 09/28/00 | K. A. Serrao | 0.50 | Phone call with J. Hutchins and to A. Swope regarding claims review process; review emails forwarded by J. Hutchins | 57.50 |
| 09/29/00 | J. C. Hutchins | 0.90 | Telephone conference with K. Serrao; review and analyze miscellaneous pleadings, docket entries; receive and review e-mail from K. Serrao | 274.50 |
| 09/29/00 | K. A. Serrao | 0.50 | Review backup materials regarding claims review process; phone calls to Trumbull and to Debtor's counsel regarding status of claims review process; email to J. Hutchins regarding status of research to date | 57.50 |

TOTAL FEES $ 5,208.50

| | | | | |
|---|---|---|---|---|
| J. C. Hutchins | 16.70 hrs at | $ 305/ hr | | $5,093.50 |
| K. A. Serrao | 1.00 hrs at | $ 115/ hr | | $115.00 |
| TOTAL FEES | 17.70 hrs | | $ | 5,208.50 |

**DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.26 |
| Facsimile | 6.00 |
| Copying Expense (Outside Off.) | 35.18 |
| Long Distance Courier | 58.81 |
| DISBURSEMENTS & OTHER CHARGES | $ 100.25 |

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 5,208.50 |
| Disbursements and Other Charges | $ 100.25 |
| **CURRENT INVOICE DUE** | $ 5,308.75 |
| Prior Outstanding Invoices * | $ 16,036.54 |
| **TOTAL AMOUNT DUE** | $ 21,345.29 |

* Does not include payments received after 10/06/00.