

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

November 6, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 916154 |
| Services Through : | October 31, 2000 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/02/00 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings; telephone conference with K. Serrao; receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao; review and analyze docket changes | 244.00 |
| 10/03/00 | J. C. Hutchins | 0.60 | Review and analyze pleadings of Equity Securities Holders Committee; receive and review e-mail from K. Serrao; review and analyze docket | 183.00 |
| 10/03/00 | K. A. Serrao | 0.40 | Phone call to Debtor's counsel and email to J. Hutchins regarding same | 46.00 |
| 10/04/00 | J. C. Hutchins | 1.00 | Review and analyze pleadings; prepare memorandum to A. Bokhari, C. Jebeyli and S. Ali; prepare and send e-mail A. Bokhari et al | 305.00 |
| 10/05/00 | J. C. Hutchins | 0.20 | Review and analyze docket | 61.00 |
| 10/05/00 | K. A. Serrao | 0.10 | Phone call to Debtor's counsel regarding claims review process | 11.50 |
| 10/10/00 | J. C. Hutchins | 0.20 | Review e-mail from A. Bokhari regarding need for more information on claim status | 61.00 |
| 10/11/00 | J. C. Hutchins | 1.00 | Receive and review e-mail from A. Bokhari asking for more information (x2); telephone conference with K. Searro; review and analyze dockets; prepare memorandum to A. Bokhari; prepare and send e-mail to A. Bokhari regarding response time | 305.00 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/00 | J. C. Hutchins | 0.40 | Receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao; prepare response to Bokhari; telephone conference with K. Serrao; receive and review e-mail K. Serrao | 122.00 |
| 10/12/00 | K. A. Serrao | 0.30 | Phone call to M. Fink regarding claims review process; email to J. Hutchins regarding same | 34.50 |
| 10/13/00 | J. C. Hutchins | 1.90 | Prepare memorandum to A. Bokhari; telephone conference with K. Serrao; research and analyze status of Shaw public offering and trading in S&W shares; prepare and send e-mail to A. Bokhari; receive and review e-mail from K. Serrao; prepare and send e-mail to A. Bokhari; prepare and send e-mail to K. Serrao; receive and review e-mail from K. Serrao (contact with M. Fink) | 579.50 |
| 10/13/00 | K. A. Serrao | 0.20 | Phone call to M. Fink and email to J. Hutchins regarding same | 23.00 |
| 10/16/00 | J. C. Hutchins | 1.80 | Telephone conference with A. Bokhari; review and analyze docket update and various pleadings; receive and review e-mail from A Bokhari; research and analyze claim process and investigations; telephone conference with K. Serrao, receive and review e-mail from K. Serrao regarding contact with E. Fink; prepare response to A. Bokhari | 549.00 |
| 10/16/00 | K. A. Serrao | 0.50 | Telephone calls with M. Fink and J. Hutchins regarding status of SAMBA's claim and claim review process in general; emails to/from J. Hutchins regarding same and client's specific concerns regarding process | 57.50 |
| 10/17/00 | J. C. Hutchins | 1.30 | Respond to questions in A. Bokhari's October 16 e-mail; receive and review e-mail from K. Serrao; prepare and send e-mail to A. Bokhari; telephone conference with A. Bokhari; prepare memorandum to A. Bokhari; prepare and send facsimile to A. Bokhari | 396.50 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 10/18/00 | J. C. Hutchins | 2.40 | Prepare memorandum to A. Bokhari; receive and review e-mail from client; review and analyze docket updates; telephone conference with A. Swope regarding contacts at Shaw Group and Stone & Webster; revise and edit memorandum; proofread and review memorandum; prepare and send e-mail to A. Bokhari | 732.00 |
| 10/19/00 | J. C. Hutchins | 0.70 | Review information on Skadden Arps; review and analyze miscellaneous pleadings; review and analyze docket | 213.50 |
| 10/20/00 | J. C. Hutchins | 0.80 | Review and analyze claims proceedings; telephone call to A. Swope; telephone call to K. Serrao; review and analyze docket updates and miscellaneous pleadings | 244.00 |
| 10/23/00 | J. C. Hutchins | 0.90 | Review and analyze docket update; review facsimile from A. Bokhari; research and analyze Skadden Arps; telephone conference with E. Davis; prepare and send correspondence to E. Davis; prepare and send facsimile to E. Davis, A. Bokhari | 274.50 |
| 10/24/00 | J. C. Hutchins | 0.80 | Telephone conference with A. Bokhari; review and analyze docket changes; prepare memorandum regarding year end resolution | 244.00 |
| 10/25/00 | J. C. Hutchins | 0.40 | Review and analyze docket changes and miscellaneous pleadings | 122.00 |
| 10/26/00 | J. C. Hutchins | 0.20 | Review and analyze docket entries | 61.00 |
| 10/30/00 | J. C. Hutchins | 0.50 | Review and analyze docket; review and analyze miscellaneous pleadings by Shaw Group regarding tax matters | 152.50 |

TOTAL FEES  $ 5,022.00

J. C. Hutchins   15.90 hrs at $ 305/ hr   $4,849.50
K. A. Serrao      1.50 hrs at $ 115/ hr     $172.50

TOTAL FEES       17.40 hrs                $ 5,022.00



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 1.83 |
| Facsimile | 8.25 |
| Copying Expense | 1.26 |
| DISBURSEMENTS & OTHER CHARGES | $ 11.34 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 5,022.00 |
| Disbursements and Other Charges | $ 11.34 |
| **CURRENT INVOICE DUE** | $ 5,033.34 |
| Prior Outstanding Invoices * | $ 5,308.75 |
| **TOTAL AMOUNT DUE** | $ 10,342.09 |

\* Does not include payments received after 11/02/00.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

December 14, 2000

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 926120 |
| Services Through : | November 30, 2000 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/00 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; review and analyze docket entries | 122.00 |
| 11/06/00 | J. C. Hutchins | 0.60 | Review and analyze docket and miscellaneous pleadings; review and analyze 1st Omnibus objection; prepare memorandum to A. Bokhari regarding same | 183.00 |
| 11/07/00 | J. C. Hutchins | 0.40 | Prepare memorandum to A. Bokhari; review and analyze pleadings regarding sale of assets; review and analyze 1st Omnibus objection to claims | 122.00 |
| 11/08/00 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari (x5); prepare memorandum | 122.00 |
| 11/10/00 | J. C. Hutchins | 0.70 | Telephone call to Skadden Arps; prepare memorandum to A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings regarding sales of assets, release of liens | 213.50 |
| 11/13/00 | J. C. Hutchins | 0.80 | Review and analyze motions for fees; review and analyze pleadings regarding objections to claims | 244.00 |
| 11/14/00 | J. C. Hutchins | 0.60 | Telephone call to E. Davis; review and analyze pleadings regarding administrative claims | 183.00 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/15/00 | J. C. Hutchins | 1.30 | Receive and review e-mail from A. Bokhari; telephone call from E. Davis; prepare and send e-mail to A. Bokhari; review and analyze pleadings in Stone & Webster case regarding assumed liabilities | 396.50 |
| 11/17/00 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings | 183.00 |
| 11/20/00 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; telephone call to E. Davis | 122.00 |
| 11/22/00 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari; review pleadings regarding lift stay motions | 122.00 |
| 11/27/00 | J. C. Hutchins | 2.50 | Review and analyze motion to extend debtor's exclusive periods; prepare memorandum to A. Bokhari regarding same; review and analyze debtor motion to compromise claim (Egyptian project); telephone call to E. Davis; telephone conference with E. Davis regarding status of cure claim (x2); prepare report letter to A. Bokhari; review and analyze lists of assumed claims and excluded claims and Shaw purchase and sale; revise and edit report letter | 762.50 |
| 11/28/00 | J. C. Hutchins | 1.90 | Prepare and send correspondence to A. Bokhari; prepare and send e-mail to A. Bokhari and C. Jebeyli; review and analyze classification | 579.50 |
| 11/29/00 | R. B. Allensworth | 0.60 | Conference with J. Hutchins regarding client issues including review of J. Hutchins letter to client and client response | 207.00 |
| 11/29/00 | J. C. Hutchins | 1.80 | Receive and review e-mail from A. Bokhari; conference with R. Allensworth; prepare and send e-mail to A. Bokhari; review and analyze purchase and sale agreement; analyze miscellaneous docket updates | 549.00 |
| 11/30/00 | R. B. Allensworth | 0.20 | Conference with J. Hutchins | 69.00 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 11/30/00 | J. C. Hutchins | 1.90 | Review and analyze purchase and sale agreement with Shaw; analyze assumed, excluded claim and assumed, excluded liabilities; prepare and send e-mail to A. Bokhari; review and analyze pleadings; review and analyze docket update. | 579.50 |

TOTAL FEES $ 4,759.50

| | | | |
|---|---|---|---|
| R. B. Allensworth | 0.80 hrs at $ 345/ hr | | $276.00 |
| J. C. Hutchins | 14.70 hrs at $ 305/ hr | | $4,483.50 |
| TOTAL FEES | 15.50 hrs | $ | 4,759.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.27 |
| Facsimile | 3.00 |
| Copying Expense | 6.30 |
| DISBURSEMENTS & OTHER CHARGES | $ 9.57 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 4,759.50 |
| Disbursements and Other Charges | $ 9.57 |
| **CURRENT INVOICE DUE** | $ 4,769.07 |
| Prior Outstanding Invoices | $ 10,342.09 |
| **TOTAL AMOUNT DUE** | $ 15,111.16 |

\* Does not include payments received after 12/06/00.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 26, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 933713 |
| Services Through : | December 31, 2000 |

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/04/00 | J. C. Hutchins | 1.30 | Review and analyze pleading; receive and review e-mail from A. Bokhari; prepare memorandum to A. Bokhari; telephone conference with A. Bokhari. | 396.50 |
| 12/06/00 | J. C. Hutchins | 1.10 | Prepare memorandum to A. Bokhari. | 335.50 |
| 12/07/00 | J. C. Hutchins | 2.70 | Prepare memorandum to file; research and analyze claims procedures, Bankruptcy Code concepts regarding executory contracts; revise and edit memorandum. | 823.50 |
| 12/07/00 | K. A. Serrao | 0.40 | Phone calls and emails with J. Hutchins, C. Haney and IKON document services regarding request for Schedule to asset purchase agreement | 46.00 |

0508830.0901

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.80 | Receive and review e-mail from K. Serrao regarding disclosure schedules; revise and edit memorandum to A. Bokhari; research and analyze Purchase and Sale Agreement; receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao; review facsimile from K. Serrao; review and analyze Schedule 3.17 to Purchase and Sale Agreement; revise and edit memorandum; prepare and send e-mail to A. Bokhari. | 549.00 |
| 12/08/00 | K. A. Serrao | 0.60 | Review Disclosure Schedules; coordinate duplication and faxing of partial set of Schedules; email to J. Hutchins re same | 69.00 |
| 12/10/00 | J. C. Hutchins | 2.40 | Revise and edit memorandum to A. Bokhari. | 732.00 |
| 12/11/00 | J. C. Hutchins | 3.70 | Revise and edit memorandum; review and analyze purchase and sale agreement; review docket entries; review and analyze Schedule 3.17; review and analyze pleadings regarding fee applications; prepare and send e-mail to A. Bokhari; prepare and send facsimile to A. Bokhari. | 1,128.50 |
| 12/12/00 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 122.00 |
| 12/13/00 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings; review and analyze memorandum to A. Bokhari; telephone conference with A. Bokhari. | 274.50 |
| 12/15/00 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding opposition to extension of exclusive periods; prepare memorandum to A. Bokhari regarding same. | 152.50 |
| 12/18/00 | J. C. Hutchins | 0.60 | Review and analyze docket; review and analyze opposition to motion regarding extending exclusive periods; telephone call to M. Stuart; review and analyze motion regarding settlement of disputes between Shaw Group and S&W. | 183.00 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 0.40 | Conference with B. Wensworth; review and analyze pleading regarding compromise of claims regarding PA project; review and analyze docket entries regarding S&W. | 122.00 |
| 12/20/00 | J. C. Hutchins | 0.40 | Review and analyze Creditor Committee opposition regarding S&W/Shaw dispute settlement. | 122.00 |
| 12/21/00 | J. C. Hutchins | 0.40 | Review and analyze credit committee objections. | 122.00 |
| 12/22/00 | J. C. Hutchins | 0.20 | Review and analyze opposition to Shaw/S&W settlement by Cred Comm | 61.00 |
| 12/26/00 | J. C. Hutchins | 2.30 | Review and analyze orders allowing fees applications - Skadden (2), PW; Jones Day (2); Bell Boyd (2); Creditors' Committee; review correspondence from order authorizing restructure consultants for Equity Committee; review and analyze extension of time regarding rejection of leases; review and analyze 1st omnibus order disallowing and expunging claims and all exhibits regarding Bugsham and client; review and analyze motion for settlement with Shaw; objections of Creditors' Committee; motion to extend employment of key employees of Stone & Webster. | 701.50 |
| 12/27/00 | J. C. Hutchins | 1.90 | Review and analyze pleadings regarding Shaw settlement; prepare memorandum to A. Bokhari; review and analyze miscellaneous pleadings; telephone call to K. Serrao; review and analyze purchase and sale agreement. | 579.50 |
| 12/28/00 | J. C. Hutchins | 1.40 | Revise and edit memorandum to A. Bokhari; review and analyze miscellaneous pleadings; telephone call to K. Serrao; receive and review e-mail from K. Serrao. | 427.00 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | K. A. Serrao | 0.40 | Phone calls and emails with J. Hutchins and Parcels regarding request for copies of exhibits and order; Pacer search for updated docket and review same for order | 46.00 |
| 12/29/00 | J. C. Hutchins | 1.80 | Revise and edit memorandum to A. Bokhari; review and analyze motion for Shaw/Debtor settlement and Creditors' Committee opposition; review and analyze Shaw purchase and sale and schedule; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings regarding fees. | 549.00 |
| 12/29/00 | K. A. Serrao | 0.10 | Phone call to Parcels regarding outstanding request for Stone & Webster pleadings | 11.50 |

TOTAL FEES $ 7,553.50

| | | | |
|---|---|---|---|
| J. C. Hutchins | 24.20 hrs at | $ 305/ hr | $7,381.00 |
| K. A. Serrao | 1.50 hrs at | $ 115/ hr | $172.50 |
| TOTAL FEES | 25.70 hrs | | $ 7,553.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.98 |
| Facsimile | 39.00 |
| Copying Expense | 48.78 |
| Word Processing | 60.04 |
| DISBURSEMENTS & OTHER CHARGES | $ 148.80 |

### OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 12/20/00 | 926120 | 4,851.00 | 9.57 | 4,860.57 |
| | OUTSTANDING BALANCE | | $ | 4,860.57 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 7,553.50 |
| Disbursements and Other Charges | $ 148.80 |
| **CURRENT INVOICE DUE** | $ 7,702.30 |
| Past Due Invoices * | $ 4,860.57 |
| **TOTAL AMOUNT DUE** | $ 12,562.87 |

* Does not include payments received after 01/05/01.

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 16, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 941238
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2001 in connection with the above-referenced matter, as more fully described in the attached itemization ............$   4,804.50

Disbursements and Other Charges............$   120.45

**CURRENT INVOICE** ............$   4,924.95

Prior Outstanding Invoices............$   12,960.33

**TOTAL AMOUNT DUE** ............$   17,885.28

BOS-399960 v1 0950000-102