# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 16, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyadh 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number | : 0508830.0901 |
| Invoice | : 941238 |
| Services Through | : January 31, 2001 |

Tax Identification Number 25 0921018

**Guaranty Matter**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/01 | J. C. Hutchins | 0.20 | Telephone call to K. Serrao regarding retrieval of documents | 66.00 |
| 01/03/01 | J. C. Hutchins | 1.10 | Telephone conference with K. Serrao; review facsimile from K. Serrao; review and analyze order regarding Shaw/S&W settlement; review and analyze motion and objections; review and analyze miscellaneous pleadings | 363.00 |
| 01/03/01 | K. A. Serrao | 0.30 | Review Stone & Webster pleadings received from copy service; analyze letter agreement attached to motion; voice mail message to J. Hutchins regarding same | 40.50 |
| 01/04/01 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from K. Serrao, check status of court order and S&W/Shaw settlement agreement regarding schedules | 429.00 |
| 01/05/01 | J. C. Hutchins | 0.60 | Review and analyze pleadings regarding Shaw dispute, fee allowance; review and analyze docket sheets | 198.00 |

**Kirkpatrick & Lockhart** LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/08/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings regarding Ropes & Gray and Shaw dispute; review and analyze docket entries; review and analyze pleadings regarding Shaw purchase and sale | 297.00 |
| 01/09/01 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 66.00 |
| 01/10/01 | J. C. Hutchins | 1.60 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze Bankruptcy Court order regarding Shaw settlement; telephone conference with K. Serrao regarding exhibits to settlement agreement; prepare memorandum to A. Bokhari | 528.00 |
| 01/10/01 | K. A. Serrao | 0.40 | Telephone call with J. Hutchins and telephone call to debtor's counsel regarding Exhibit A to Letter Agreement | 54.00 |
| 01/11/01 | J. C. Hutchins | 0.90 | Review and analyze Shaw/Debtor settlement agreement; telephone conference with K. Serrao regarding copies of Exhibits to same; attention to memorandum to A. Bokhari | 297.00 |
| 01/11/01 | K. A. Serrao | 0.10 | Telephone call to Skadden Arps requesting information concerning disclosure schedules to be attached to Letter Agreement | 13.50 |
| 01/12/01 | J. C. Hutchins | 0.70 | Review and analyze docket update, miscellaneous pleadings; receive and review e-mail from K. Serrao regarding information on exhibits to Shaw settlement; work on memorandum to A. Bokhari. | 231.00 |
| 01/12/01 | K. A. Serrao | 0.40 | Telephone call from C. Haney regarding request for copy of disclosure schedules; email to J. Hutchins regarding same; telephone call to Parcels requesting transcript | 54.00 |
| 01/15/01 | J. C. Hutchins | 0.10 | Receive and review e-mail from A. Bokhari | 33.00 |
| 01/16/01 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket entries. | 99.00 |

**Kirkpatrick & Lockhart** LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/17/01 | J. C. Hutchins | 0.90 | Receive and review e-mail from K. Serrao; telephone conference with A. Bokhari; review and analyze miscellaneous pleadings; review and analyze opposition to motion to compromise dispute between Shaw and S&W regarding a particular project | 297.00 |
| 01/18/01 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; review and analyze objections to compromise of claims and counter claims of various oil companies; telephone conference with K. Serrao; receive and review e-mail from K. Serrao (x2); work on memorandum to A. Bokhari | 429.00 |
| 01/18/01 | K. A. Serrao | 0.40 | Telephone calls and emails with J. Hutchins regarding disputed claims list; review docket and telephone calls to C. Haney and M. Fink regarding same; email to J. Hutchins regarding results of research; telephone call to Parcels regarding transcript; telephone call to C. Haney regarding disclosure schedules | 54.00 |
| 01/19/01 | J. C. Hutchins | 1.80 | Receive and review e-mail from K. Serrao; prepare and send e-mail to K. Serrao; review and analyze transcript of 12/20 hearing; review and analyze settlement agreement, order of approval and conditions; prepare and send e-mail to A. Bokhari; review and analyze docket entries | 594.00 |
| 01/19/01 | K. A. Serrao | 0.50 | Review letter agreement and attached schedules for changes from original schedules; telephone call to J. Hutchins regarding same; fax 12/20/00 transcript to J. Hutchins | 67.50 |
| 01/22/01 | J. C. Hutchins | 0.20 | Review docket, miscellaneous pleadings, review and analyze complete Shaw settlement agreement and schedules. | 66.00 |
| 01/23/01 | J. C. Hutchins | 0.40 | Review and analyze docket, Shaw settlement agreement | 132.00 |

**Kirkpatrick & Lockhart** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 01/25/01 | J. C. Hutchins | 0.20 | Review and analyze docket; review and analyze proposed settlement of claims regarding environmental waste | 66.00 |
| 01/26/01 | J. C. Hutchins | 0.30 | Review and analyze docket; review and analyze settlement agreement | 99.00 |
| 01/29/01 | J. C. Hutchins | 0.30 | Review and analyze docket; review facsimile from Bokhari; review and analyze settlement agreement | 99.00 |
| 01/30/01 | J. C. Hutchins | 0.30 | Review and analyze docket, miscellaneous pleadings, review facsimile from A. Bokhari | 99.00 |
| 01/31/01 | J. C. Hutchins | 0.10 | Review and analyze docket | 33.00 |

TOTAL FEES                                                                $ 4,804.50

| | | | |
|---|---|---|---|
| J. C. Hutchins | 13.70 hrs at $ 330/hr | | $4,521.00 |
| K. A. Serrao | 2.10 hrs at $ 135/hr | | $283.50 |
| TOTAL FEES | 15.80 hrs | | $ 4,804.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 5.46 |
| Facsimile | 57.75 |
| Copying Expense | 57.24 |
| DISBURSEMENTS & OTHER CHARGES | $ 120.45 |

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 4,804.50 |
| Disbursements and Other Charges | $ 120.45 |
| **CURRENT INVOICE DUE** | $ 4,924.95 |
| Prior Outstanding Invoices * | $ 12,960.33 |
| **TOTAL AMOUNT DUE** | $ 17,885.28 |

\* Does not include payments received after 02/07/01

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 950710
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
February 28, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................. $   4,873.50

Disbursements and Other Charges ................................................................. $      236.24

**CURRENT INVOICE** ........................................................................................ $   5,109.74

Prior Outstanding Invoices ............................................................................. $   9,785.52

**TOTAL AMOUNT DUE** ................................................................................. $ 14,895.26

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 950710
Services Through : February 28, 2001

Tax Identification Number 25 0921018

**Guaranty Matter**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/01 | J. C. Hutchins | 1.30 | Review and analyze Clifford Chance and Speechly Bircham correspondence regarding oil and gas letter of credits and injunction; review and analyze cure claim and proof of claim; prepare and send e-mail to A. Bokhari; telephone call to K. Serrao | 429.00 |
| 02/02/01 | J. C. Hutchins | 2.80 | Review and analyze docket; telephone conference with K. Serrao; review and analyze Stone & Webster Omnibus objection to claims bounced by Shaw; review and analyze settlement agreement and all exhibits; review and analyze financial statements in detail; review and analyze exhibits to debtor omnibus objection; prepare and send e-mail to A. Bokhari (x3); telephone conference with A. Bokhari | 924.00 |
| 02/02/01 | K. A. Serrao | 0.50 | Pacer search for updated docket; review same; phone calls with J. Hutchins and Parcels regarding request for pleading | 67.50 |

**Kirkpatrick & Lockhart** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 02/05/01 | J. C. Hutchins | 2.30 | Receive and review e-mail from A. Bokhari; review and analyze docket; review and analyze Shaw omnibus objection to claims and exhibits; telephone conference with K. Serrao; prepare and send e-mail to A. Bokhari | 759.00 |
| 02/06/01 | J. C. Hutchins | 1.50 | Review and analyze A. Bokhari; review facsimile from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze docket; review and analyze letters from Clifford Chance and Speechly Birsham regarding UCC claims; draft response to Speechly; revise and edit same; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings regarding special counsel | 495.00 |
| 02/07/01 | J. C. Hutchins | 0.40 | Review facsimile from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze docket, miscellaneous pleadings | 132.00 |
| 02/08/01 | J. C. Hutchins | 0.30 | Review and analyze docket entries, miscellaneous pleadings | 99.00 |
| 02/09/01 | J. C. Hutchins | 0.60 | Receive and review e-mail from A. Bokhari; review and analyze Shaw settlement agreement and order regarding payment; review and analyze docket; conference with M. Stuart regarding getting copy of amendment to Shaw objections; prepare and send correspondence to Speechly Bircham | 198.00 |
| 02/12/01 | J. C. Hutchins | 1.00 | Receive and review e-mail from A. Bokhari; review and analyze docket; telephone conferences with regarding Shaw amendment to schedules to objection; review and analyze miscellaneous pleadings; telephone call to W. Bowden | 330.00 |
| 02/13/01 | J. C. Hutchins | 0.80 | Telephone call from W. Bowden; review and analyze docket; review and analyze Shaw amendment of schedules to Omnibus objection to claims; telephone call to W. Bowden; review and analyze miscellaneous pleadings | 264.00 |

**Kirkpatrick & Lockhart** LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 02/14/01 | J. C. Hutchins | 0.90 | Review and analyze docket; review and analyze miscellaneous pleadings regarding Stone & Webster; prepare and send e-mail to A. Bokhari; telephone conference with A. Bokhari | 297.00 |
| 02/15/01 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 66.00 |
| 02/20/01 | K. A. Serrao | 0.30 | Email from M. Stuart requesting pleading; phone call to Parcels regarding same; review pleading and fax to M. Stuart | 40.50 |
| 02/22/01 | J. C. Hutchins | 0.20 | Telephone call to B. Bowden; review and analyze docket and miscellaneous pleadings | 66.00 |
| 02/23/01 | J. C. Hutchins | 0.80 | Telephone call to B. Bowden (Shaw); telephone call to B. Bowden; telephone conference with B. Bowden; prepare and send e-mail to A. Bokhari; review and analyze docket | 264.00 |
| 02/26/01 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; telephone conference with A. Bokhari; telephone call to J. Smith | 132.00 |
| 02/26/01 | K. A. Serrao | 0.10 | Emails and phone calls with Parcel's and J. Hutchins regarding request for Stone & Webster pleadings | 13.50 |
| 02/27/01 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Bokhari | 132.00 |
| 02/28/01 | J. C. Hutchins | 0.50 | Telephone conference with A. Bokhari; receive and review e-mail from A. Bokhari; review and analyze docket | 165.00 |

TOTAL FEES $ 4,873.50

J. C. Hutchins    14.40 hrs at $ 330/ hr    $4,752.00
K. A. Serrao      0.90 hrs at $ 135/ hr    $121.50

TOTAL FEES    15.30 hrs    $ 4,873.50

**Kirkpatrick & Lockhart LLP**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 1.35 |
| Facsimile | 15.75 |
| Copying Expense | 0.54 |
| Copying Expense (Outside Off.) | 14.40 |
| Long Distance Courier | 11.70 |
| Charge for Transcripts | 192.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 236.24 |

## INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 4,873.50 |
| Disbursements and Other Charges | $ 236.24 |
| **CURRENT INVOICE DUE** | $ 5,109.74 |
| Prior Outstanding Invoices * | $ 9,785.52 |
| **TOTAL AMOUNT DUE** | $ 14,895.26 |

\* Does not include payments received after 03/19/01.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/05/2001 | Hutchins, J. C. | .30 | Review and revise docket updates; miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/07/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 03/08/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 03/12/2001 | Hutchins, J. C. | .80 | Telephone call to J. Smith; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari; prepare memorandum to A. Bokhari | 264.00 |
| 03/13/2001 | Hutchins, J. C. | 1.60 | Telephone call from A. Bokhari; review and analyze pleadings regarding Shaw Group objections, response to objections; prepare and send e-mail to A. Bokhari; review and analyze docket, miscellaneous pleadings | 528.00 |
| 03/14/2001 | Hutchins, J. C. | .20 | Review and analyze docket; miscellaneous pleadings | 66.00 |
| 03/15/2001 | Hutchins, J. C. | .10 | Review and analyze miscellaneous pleadings, docket | 33.00 |
| 03/16/2001 | Hutchins, J. C. | .30 | Review and analyze docket, miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/19/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; telephone call to J. Smith | 99.00 |
| 03/20/2001 | Hutchins, J. C. | 1.10 | Review facsimile from A. Bokhari; telephone conference with J. Smith (x2); telephone conference with A. Bokhari; prepare demand letter; telephone call to B. Allensworth | 363.00 |
| 03/21/2001 | Hutchins, J. C. | .60 | Work on demand letter; review and analyze docket; review and analyze pleadings; review objections to claims | 198.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 03/21/2001 | Rich, J. | .40 | Telephone J. Hutchins regarding creditors' issues regarding recovering claim in Bankruptcy Court | 160.00 |
| 03/22/2001 | Hutchins, J. C. | .40 | Review and analyze letter agreement regarding deadline for objections | 132.00 |
| 03/23/2001 | Hutchins, J. C. | .70 | Work on demand letter | 231.00 |
| 03/26/2001 | Hutchins, J. C. | 3.10 | Telephone conference with A. Bokhari; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari and C. Jebeyli; revise and edit demand letter; review and analyze purchase and sale agreement, schedules, cure claim, records regarding objections; proofread and review letter; prepare and send e-mail to A. Bokhari and C. Jebeyli | 1023.00 |
| 03/27/2001 | Hutchins, J. C. | 1.90 | Receive and review e-mail from A. Bokhari (x2); receive and review e-mail from C. Jebeyli (x2); revise and edit demand letter; conference with B. Allensworth; revise and edit demand letter; review and analyze cure claim, purchase and sale agreement and 12/27 letter agreement; prepare and send correspondence to Shaw Group and counsel; telephone call to A. Landis; telephone call to L. McGowan; telephone conference with Landis; prepare and send e-mail to Landis; telephone conference with McGowan | 627.00 |
| 03/28/2001 | Hutchins, J. C. | 1.50 | Telephone call to A. Landis; telephone conference with L. McGowan; telephone call from C. Sanchi; telephone call to C. Sanchi; telephone call from C. Sanchi; telephone call to C. Sanchi; prepare and send e-mail to A. Bokhari and C. Jebeyli; review and analyze relevant documents | 495.00 |
| 03/29/2001 | Hutchins, J. C. | 1.70 | Review and analyze schedules regarding assumed contracts, excluded contracts, assumed liabilities; prepare letter to C. Sanchi | 561.00 |
| 03/30/2001 | Hutchins, J. C. | 1.40 | Docket update; review and analyze records regarding objections per 12/27 agreement; telephone call to A. Landis; telephone call to | 462.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 19, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   958792
Services Through: March 31, 2001

Guaranty Matter

creditors' committee member; prepare and send facsimile to C. Sanchi; telephone call to C. Sanchi

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| TOTAL FEES |   |   |   |   | $5,572.00 |
| J. Rich | 0.4 hrs. | @$400 $/hr | = | | 160.00 |
| J. C. Hutchins | 16.4 hrs. | @$330 $/hr | = | | 5,412.00 |
| TOTAL FEES |   |   |   |   | $5,572.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 6.75 |
| Copying Expense | 4.50 |
| Long Distance Courier | 18.72 |
| DISBURSEMENTS & OTHER CHARGES | $ 29.97 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
   ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   967640
Services Through: April 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

## FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/02/2001 | Hutchins, J. C. | .90 | Review and analyze docket updates; telephone call to A. Landis for creditors' committee information; review and analyze motions to compel performance by Shaw; receive and review e-mail from A. Landis; prepare and send e-mail to A. Bokhari. | 297.00 |
| 04/03/2001 | Hutchins, J. C. | 1.20 | Review and analyze docket sheet, miscellaneous pleadings; prepare information for motion to compel; receive and review e-mail from A. Landis. | 396.00 |
| 04/04/2001 | Hutchins, J. C. | .20 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to Allensworth; review and analyze docket and miscellaneous pleadings. | 66.00 |
| 04/05/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings and docket; receive and review e-mail from A. Bokhari; prepare and send e-mail to B. Allensworth. | 165.00 |
| 04/06/2001 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; outline memorandum. | 132.00 |
| 04/09/2001 | Serrao, K. A. | .10 | Obtain copy of pleading for J. Hutchins | 13.50 |

BOSTON · HARRISBURG · LOS ANGELES · MIAMI · NEWARK · NEW YORK · PITTSBURGH · SAN FRANCISCO · WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 967640
Services Through: April 30, 2001
Page 3

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 04/09/2001 | Hutchins, J. C. | 1.40 | Review and analyze docket; outline motion to compel; telephone conference with A. Bokhari and S. Mecklendorf regarding pursuing cure claim; prepare and send e-mail to K. Serrao. | 462.00 |
| 04/10/2001 | Hutchins, J. C. | .80 | Review and analyze docket, miscellaneous pleadings; prepare motion to compel. | 264.00 |
| 04/11/2001 | Hutchins, J. C. | .70 | Review and analyze docket; prepare and send e-mail to Serrao; review and analyze documents for motion to compel; telephone conference with J. Rich. | 231.00 |
| 04/12/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; draft motion to compel. | 165.00 |
| 04/13/2001 | Hutchins, J. C. | .70 | Draft motion to compel. | 231.00 |
| 04/16/2001 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari. | 165.00 |
| 04/17/2001 | Hutchins, J. C. | .30 | Draft motion to compel. | 99.00 |
| 04/18/2001 | Hutchins, J. C. | .40 | Review and analyze information from A. Bokhari; prepare motion to compel; telephone conference with A. Bokhari. | 132.00 |
| 04/19/2001 | Hutchins, J. C. | 1.40 | Review and analyze docket; review and analyze fee applications; revise and edit motion to compel. | 462.00 |
| 04/20/2001 | Hutchins, J. C. | .90 | Revise and edit motion to compel; review and analyze miscellaneous pleadings; review and analyze Shaw 2d Omnibus Objection. | 297.00 |
| 04/21/2001 | Hutchins, J. C. | .30 | Receive and review e-mail from A. Bokhari; review and analyze Shaw Second Omnibus Objection. | 99.00 |
| 04/23/2001 | Hutchins, J. C. | .80 | Re A. Bokhari; review and analyze Shaw motion; adapt Motion to Compel; review and analyze docket; prepare and send e-mail to K. Serrao; prepare and send e-mail to A. Bokhari regarding objection. | 264.00 |
| 04/24/2001 | Hutchins, J. C. | .30 | Review and analyze docket; review and analyze miscellaneous | 99.00 |

BOSTON · HARRISBURG · LOS ANGELES · MIAMI · NEW YORK · PITTSBURGH · WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   967640
Services Through: April 30, 2001
Page 4

|            |              |     |                                                                                                                                                                                        |        |
|------------|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |              |     | pleadings; receive and review e-mail from A. Bokhari.                                                                                                                                  |        |
| 04/25/2001 | Hutchins, J. C. | .70 | Receive and review e-mail from A. Bokhari; receive and review e-mail from C. Jebeyli; review and analyze miscellaneous pleadings; review and analyze docket.                           | 231.00 |
| 04/30/2001 | Hutchins, J. C. | .80 | Receive and review e-mail from K. Serrao; review and analyze dockets; review and analyze miscellaneous pleadings; telephone conference with A. Bokhari.                                 | 264.00 |

                              TOTAL FEES                                           $4,534.50

| J. C. Hutchins | 13.7 hrs. | @$330 $/hr | = | 4,521.00 |
| K. A. Serrao   | 0.1 hrs.  | @$135 $/hr | = | 13.50    |

                              TOTAL FEES                                           $4,534.50

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION    | AMOUNT |
|----------------|--------|
| Facsimile      | 9.75   |
| Copying Expense| 2.34   |

DISBURSEMENTS & OTHER CHARGES                                  $ 12.09

**CURRENT INVOICE DUE**                                        $4,546.59

PAST DUE INVOICE                                               $5,601.97

**TOTAL AMOUNT DUE**                                           $10,148.56

BOSTON · HARRISBURG · LOS ANGELES · MIAMI · NEW YORK · PITTSBURGH · WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 21, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 967640
**Client No.:** 0508830.0901

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
April 30, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................$   4,534.50

Disbursements and Other Charges.................................................................................$       12.09

**CURRENT INVOICE** ................................................................................................$   4,546.59

Prior Outstanding Invoices............................................................................................$   5,601.97

**TOTAL AMOUNT DUE**............................................................................................$ 10,148.56

BOS-399960 v1 0950000-102

BOSTON • HARRISBURG • LOS ANGELES • MIAMI • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON