# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**     976430
**Client No.:**      0508830.0901

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$  8,177.50

Disbursements and Other Charges..........................................................................$      188.33

**CURRENT INVOICE** ..............................................................................................$  8,365.83

Prior Outstanding Invoices......................................................................................$   4,546.59

**TOTAL AMOUNT DUE**...........................................................................................$  12,912.42

BOS-399960 v1 0950000-102

BOSTON · HARRISBURG · LOS ANGELES · MIAMI · NEW YORK · PITTSBURGH · SAN FRANCISCO · WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001

Guaranty Matter

Tax Identification Number 25 0921018

| Partner | J. C. Hutchins | 23.2 | hrs. | @$330 | $/hr | = | 7,656.00 |
|---------|----------------|------|------|-------|------|---|----------|
| Partner | J. Rich | 0.3 | hrs. | @$400 | $/hr | = | 120.00 |
| Partner | A. L. Swope | 0.1 | hrs. | @$235 | $/hr | = | 23.50 |
| Legal Assistant | K. A. Serrao | 2.8 | hrs. | @$135 | $/hr | = | 378.00 |
| | Total | 26.4 | | | | | $8,177.50 |

| | |
|---|---|
| Disbursements | $ 188.33 |
| TOTAL of BILL | $8,365.83 |
| Previously Billed & Outstanding | $4,546.59 |
| TOTAL DUE | $12,912.42 |

BOSTON • HARRISBURG • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 15, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA
ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  976430
Services Through: May 31, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

## FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 05/01/2001 | Serrao, K. A. | .10 | Order pleading from Parcels and fax same to J. Hutchins | 13.50 |
| 05/01/2001 | Hutchins, J. C. | .40 | Review and analyze docket, miscellaneous pleadings; prepare and send correspondence to K. Serrao; review and analyze MWRA stipulation regarding claim | 132.00 |
| 05/03/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; work on response | 99.00 |
| 05/05/2001 | Hutchins, J. C. | .20 | Telephone conference with A. Bokhari | 66.00 |
| 05/08/2001 | Hutchins, J. C. | 2.90 | Review and analyze P&S Agreement and schedules, letter agreement between Shaw; finish drafting response to objection and motion to compel; research and analyze procedural issues; telephone conference with K. Serrao; review and analyze Shaw's 2d omnibus objection | 957.00 |
| 05/09/2001 | Serrao, K. A. | .30 | Phone call with Trumbull regarding SAMBA claims; email to J. Hutchins regarding same | 40.50 |
| 05/09/2001 | Hutchins, J. C. | 4.60 | Research and analyze response issues; revise and edit draft response; telephone conference with J. Rich regarding Delaware | 1518.00 |

**Kirkpatrick & Lockhart** LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 3

appearance; telephone conference with G. Cheever; telephone conference with A. Swope; receive and review e-mail from A. Bokhari; revise and edit response to objection; telephone conference with A. Bokhari; proofread and review response; prepare and send e-mail to A. Bokhari et al; revise and edit response; telephone conference with F. Monaco regarding pro hac vice local counsel; receive and review e-mail from K. Serrao; prepare and send e-mail to Serrao; telephone call to K. Serrao

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 05/09/2001 | Swope, A. L. | .10 | Telephone call with J. Hutchins | 23.50 |
| 05/09/2001 | Rich, J. | .30 | Telephone J. Hutchins regarding procedural questions in resolution of claim through bankruptcy | 120.00 |
| 05/10/2001 | Serrao, K. A. | 2.40 | Phone calls, emails and conference calls with Trumbull Services and J. Hutchins regarding clarification of clerical error in processing SAMBA's cure claim; draft affidavit for Trumbull and fax same to Trumbull; review faxed copies of claim information | 324.00 |
| 05/10/2001 | Hutchins, J. C. | 2.10 | Telephone conference with K. Serrao; receive and review e-mail from K. Serrao; revise and edit affidavit to be submitted to Trumbull; prepare and send e-mail to K. Serrao; telephone conference with K. Serrao and Trumbull clerks; review facsimile from Trumbull, K. Serrao; prepare and send e-mail to A. Bokhari; revise and edit response to opposition | 693.00 |
| 05/11/2001 | Hutchins, J. C. | 2.10 | Revise and edit response to objection regarding Trumbull mistakes; proofread and review same; receive and review e-mail | 693.00 |

**Kirkpatrick & Lockhart** LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | from A. Bokhari; prepare and send e-mail to A. Bokhari; revise and edit response; prepare and send e-mail to A. Bokhari et al; prepare certificate of service and transmittal letter; prepare memorandum to B. Allensworth |  |
| 05/13/2001 | Hutchins, J. C. | .50 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari | 165.00 |
| 05/14/2001 | Hutchins, J. C. | .90 | Receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze miscellaneous pleadings, docket update; proofread and review response; file response to objection; review and analyze statement regarding balance owed by S&W | 297.00 |
| 05/15/2001 | Hutchins, J. C. | 1.10 | Review and analyze miscellaneous pleadings; prepare information package for local counsel; review and analyze filing confirmation; prepare and send e-mail to A. Bokhari; review and analyze background information from A. Bokhari; prepare and send facsimile to A. Bokhari | 363.00 |
| 05/16/2001 | Hutchins, J. C. | 1.60 | Telephone conference with A. Bokhari, C. Jebeyli; telephone conference with F. Monaco; prepare and send e-mail to F. Monaco; prepare document package; prepare and send e-mail to F. Monaco | 528.00 |
| 05/17/2001 | Hutchins, J. C. | 1.10 | Telephone conference with F. Monaco; prepare and send e-mail to F. Monaco; review and analyze miscellaneous pleadings; analyze records regarding claim classification | 363.00 |

**Kirkpatrick & Lockhart** LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 05/18/2001 | Hutchins, J. C. | .70 | Telephone call to F. Monaco; receive and review e-mail from F. Monaco; review and analyze docket; prepare for hearing; telephone conference with F. Monaco's office; receive and review e-mail from F. Monaco regarding hearing rescheduled | 231.00 |
| 05/21/2001 | Hutchins, J. C. | 1.70 | Review and analyze docket entries; review and analyze agenda for 5/22 hearing; prepare pro hac vice motion; prepare and send correspondence to F. Monaco; receive and review e-mail from A. Bokhari; review facsimile from A. Bokhari; review and analyze preference claim letter; receive and review e-mail from A. Bokhari; prepare and send e-mail to A. Bokhari regarding preference claim | 561.00 |
| 05/22/2001 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari; analyze preference demand letter | 264.00 |
| 05/23/2001 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 66.00 |
| 05/24/2001 | Hutchins, J. C. | .30 | Review and analyze Credit Committee's objections to Shaw objection; receive and review e-mail from A. Bokhari to Shadden; review and analyze docket updates | 99.00 |
| 05/25/2001 | Hutchins, J. C. | .90 | Attention to file maintenance; prepare letter to A. Bokhari regarding litigation; review and analyze preference discovery issues | 297.00 |
| 05/29/2001 | Hutchins, J. C. | .50 | Work on litigation analysis | 165.00 |
| 05/31/2001 | Hutchins, J. C. | .30 | Review and analyze docket update; review and analyze pleadings regarding various objections | 99.00 |

TOTAL FEES                                               $8,177.50

**Kirkpatrick & Lockhart** LLP

June 15, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   976430
Services Through: May 31, 2001
Page 6

| | | | | | |
|---|---|---|---|---|---|
| J. C. Hutchins | 23.2 | hrs. | @$330  $/hr | = | 7,656.00 |
| J. Rich | 0.3 | hrs. | @$400  $/hr | = | 120.00 |
| K. A. Serrao | 2.8 | hrs. | @$135  $/hr | = | 378.00 |
| A. L. Swope | 0.1 | hrs. | @$235  $/hr | = | 23.50 |

**TOTAL FEES** $8,177.50

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 6.08 |
| Facsimile | 40.50 |
| Copying Expense | 56.88 |
| Copying Expense (Outside | 26.86 |
| Word Processing | 37.41 |
| Long Distance Courier | 20.60 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $ 188.33 |
| **CURRENT INVOICE DUE** | $8,365.83 |
| PAST DUE INVOICE | $4,546.59 |
| **TOTAL AMOUNT DUE** | $12,912.42 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank                    **Invoice No.:**    984389
Old Airport Street                     **Client No.:**     0508830.0901
P.O. Box 833
Riyahd 11421
Saudi Arabia

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
June 30, 2001 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................$   3,234.00

Disbursements and Other Charges.......................................................$        99.69

**CURRENT INVOICE** ........................................................................$   3,333.69

Prior Outstanding Invoices..................................................................$   8,365.83

**TOTAL AMOUNT DUE**.....................................................................$  11,699.52

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

| Partner | J. C. Hutchins | 9.8  hrs. | @$330  $/hr | = | 3,234.00 |
|---------|----------------|-----------|-------------|---|----------|
|         | Total          | 9.8       |             |   | $3,234.00 |

|  |  |
|--|--|
| Disbursements | $  99.69 |
| TOTAL of BILL | $3,333.69 |
| Previously Billed & Outstanding | $8,365.83 |
| TOTAL DUE | $11,699.52 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 20, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA
 ATTN:SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

## FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|------|-----------|-------|-------------|--------|
| 06/01/2001 | Hutchins, J. C. | .10 | Review and analyze docket; review and analyze miscellaneous pleadings | 33.00 |
| 06/07/2001 | Hutchins, J. C. | 1.20 | Review and analyze miscellaneous pleadings; review and analyze orders regarding expunging claims; review and analyze notices regarding postponement of hearings regarding disputed claims | 396.00 |
| 06/08/2001 | Hutchins, J. C. | 1.00 | Review and analyze miscellaneous pleadings, orders on Shaw objections to claim, rescheduling of hearing and docket entries; telephone conference with A. Bokhari; prepare and send e-mail to A. Bokhari; review and analyze preference claim | 330.00 |
| 06/11/2001 | Hutchins, J. C. | 1.00 | Review and analyze miscellaneous pleadings; review and analyze preference demand; prepare and send correspondence to Shaw's counsel | 330.00 |
| 06/13/2001 | Hutchins, J. C. | .70 | Review facsimile from A. Bokhari; review and analyze preference demand; prepare and send correspondence to Skadden Arp; prepare and send facsimile to A. | 231.00 |

**Kirkpatrick & Lockhart** LLP

July 20, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001
Page 3

| | | | | |
|---|---|---|---|---|
| | | | Bokhari | |
| 06/14/2001 | Hutchins, J. C. | .40 | Review and analyze docket, miscellaneous pleadings, preference complaint | 132.00 |
| 06/15/2001 | Hutchins, J. C. | .80 | Review facsimile from A. Bokhari; review and analyze notices and pleadings from Shaw Group regarding objections to claims; review correspondence from F. Monaco regarding notice, hearing date; telephone call to F. Monaco regarding Shaw; telephone conference with Monaco regarding Sontchi | 264.00 |
| 06/18/2001 | Hutchins, J. C. | .40 | Review facsimile from A. Bokhari; review and analyze loan repayments information; review and analyze docket updates; review correspondence from Skadden Arps; prepare list of information needed regarding preference claim | 132.00 |
| 06/19/2001 | Hutchins, J. C. | .20 | Review and analyze docket updates, miscellaneous pleadings. | 66.00 |
| 06/21/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings, docket update; telephone conference with F. Monaco. | 99.00 |
| 06/22/2001 | Hutchins, J. C. | .40 | Review notice from Creditor's Committee regarding committee objections to claims (not SAMBA); review preference information. | 132.00 |
| 06/25/2001 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings. | 132.00 |
| 06/26/2001 | Hutchins, J. C. | .30 | Receive and review e-mail from F. Monoco; telephone call to F. Monoco. | 99.00 |
| 06/27/2001 | Hutchins, J. C. | 1.60 | Review facsimile from Bokhari; review and analyze preference issues; prepare and send e-mail to A. Bokhari; telephone call to C. Sontchi; review and analyze docket; review and analyze motion to compromise claims | 528.00 |
| 06/28/2001 | Hutchins, J. C. | .70 | Review and analyze Objection of | 231.00 |

**Kirkpatrick & Lockhart** LLP

July 20, 2001

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   984389
Services Through: June 30, 2001
Page 4

---

| | | | | | |
|---|---|---|---|---|---|
| | | | Creditors Committee to claims (not SAMBA's); review and analyze docket updates; review and analyze preference letter. | | |
| 06/29/2001 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings. | | 99.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $3,234.00 |

| | | | | | |
|---|---|---|---|---|---|
| J. C. Hutchins | 9.8  hrs. | @$330 $/hr | = | 3,234.00 |

| | |
|---|---|
| **TOTAL FEES** | **$3,234.00** |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Facsimile | 6.75 |
| Copying Expense | 3.78 |
| Employee Overtime | 16.00 |
| Long Distance Courier | 73.16 |
| DISBURSEMENTS & OTHER CHARGES | $ 99.69 |
| **CURRENT INVOICE DUE** | **$3,333.69** |
| PAST DUE INVOICE | **$8,365.83** |
| **TOTAL AMOUNT DUE** | **$11,699.52** |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

August 28, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 991827 |
| Services Through | : | July 31, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/02/01 | J. C. Hutchins | 1.50 | Review and analyze miscellaneous pleadings; review facsimile from A. Bokhari; review and analyze additional information regarding payments by S&W and Bugshan; prepare letter regarding ordinary course. | 495.00 |
| 07/03/01 | J. C. Hutchins | 0.80 | Telephone conference with A. Bokhari regarding preference defenses; telephone call to C. Sontehi; review and analyze miscellaneous pleadings in bankruptcy case. | 264.00 |
| 07/09/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings, claims proceedings; work on preference defense; telephone call from Sontehi. | 297.00 |
| 07/10/01 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings, prepare letter to debtor counsel. | 297.00 |
| 07/11/01 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding Maine Yankee claims/trial; work on preference letter. | 132.00 |

0508830.0901

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.90 | Receive and review e-mail from A. Bokhari regarding reasons for deferral of February payment by Stone Weber Engineering; review and analyze miscellaneous pleadings, docket updates; work on letter to Skadden. | 627.00 |
| 07/13/01 | J. C. Hutchins | 1.70 | Review and analyze dockets; revise and edit letter to Skadden Arps. | 561.00 |
| 07/16/01 | J. C. Hutchins | 2.70 | Review and analyze miscellaneous pleadings; telephone call to C. Sontchi; telephone call from G. Taylor; assemble information regarding preference claim. | 891.00 |
| 07/17/01 | J. C. Hutchins | 4.10 | Review and analyze records and information regarding payments; research and analyze ordinary course of business defense to preference claim; telephone call to G. Taylor; telephone conference with G. Taylor; telephone conference with F. Monaco regarding tactics regarding Shaw; receive and review e-mail from A. Bokhari (x2); receive and review e-mail from C. Jebeyli; prepare and send e-mail to A. Bokhari. | 1,353.00 |
| 07/18/01 | J. C. Hutchins | 4.50 | Revise and edit letter to Skadden Arps regarding denial of preference claim; research and analyze ordinary course of business defense; prepare and send e-mail to C. Jebeyli; prepare and send e-mail to A. Bokhari, Monaco et al;prepare and send e-mail to S. McClintock; research and analyze case law developments regarding preference claims. | 1,485.00 |
| 07/19/01 | J. C. Hutchins | 0.90 | Research and analyze case law on ordinary course of business defense to preference claims. | 297.00 |
| 07/20/01 | J. C. Hutchins | 1.30 | Research and analyze ordinary course of business defense; review and analyze miscellaneous pleadings. | 429.00 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 1.40 | Receive and review e-mail from A. Bokhari; review facsimile from A. Bokhari with attachments regarding Bugshan payments; telephone conference with A. Bokhari; review and analyze letter to Skadden; revise and edit same; conference with B. Allensworth. | 462.00 |
| 07/24/01 | J. C. Hutchins | 1.30 | Review and analyze docket; review facsimile from Bokhari and related memos; revise and edit draft letter to Skadden; review and analyze miscellaneous pleadings; order copy of objection. | 429.00 |
| 07/25/01 | J. C. Hutchins | 0.60 | Review and analyze docket; review and analyze miscellaneous pleadings; revise and edit letter to Skadden Arps. | 198.00 |
| 07/26/01 | J. C. Hutchins | 0.20 | Review and analyze docket update, miscellaneous pleadings; review facsimile from A. Bokhari regarding Clifford Chance. | 66.00 |
| 07/27/01 | J. C. Hutchins | 1.10 | Review and analyze docket, miscellaneous pleadings; review and analyze preference claim issues and case law. | 363.00 |
| 07/30/01 | J. C. Hutchins | 1.90 | Receive and review e-mail from S. McClintock; receive and review e-mail from A. Bokhari; telephone conference with A. Bokhari; telephone conference with C. Jebeyli; revise and edit letter to O. Okwumabua (Skadden); receive and review e-mail from F. Monaco; review and analyze miscellaneous pleadings; prepare and send e-mail to A. Bokhari. | 627.00 |
| 07/31/01 | J. C. Hutchins | 2.70 | Review and analyze A. Bokhari report; conference with C. Jebeyli; prepare materials for C. Jebeyli; conference with B. Allensworth and C. Jebeyli; review and analyze Shaw Group opposition to Hyundai motion. | 891.00 |

| | | | TOTAL FEES | $ 10,164.00 |
|---|---|---|---|---|
| J. C. Hutchins | | 30.80 hrs at $ 330/ hr | | $10,164.00 |
| | | TOTAL FEES | 30.80 hrs | $ 10,164.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 15.30 |
| Facsimile | 8.25 |
| Copying Expense | 16.02 |
| DISBURSEMENTS & OTHER CHARGES | $    39.57 |

### OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 06/15/01 | 976430 | 8,177.50 | 188.33 | 8,365.83 |
| 07/20/01 | 984389 | 3,234.00 | 99.69 | 3,333.69 |
| | OUTSTANDING BALANCE | | $ | 11,699.52 |



**Kirkpatrick & Lockhart Nicholson Graham** <u>**INVOICE SUMMARY**</u>

| | | |
|---|---|---|
| Fees | $ | 10,164.00 |
| Disbursements and Other Charges | $ | 39.57 |
| **CURRENT INVOICE DUE** | $ | **10,203.57** |
| Past Due Invoices * | $ | 11,699.52 |
| **TOTAL AMOUNT DUE** | $ | **21,903.09** |

* Does not include payments received after 08/06/01.



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 26, 2001

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1000113 |
| Services Through | : | August 31, 2001 |

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/01/01 | J. C. Hutchins | 1.10 | Review and analyze Shaw Contract regarding rejected contracts and completed contracts; review and analyze Shaw response to Motion to Compel Payment | 363.00 |
| 08/02/01 | J. C. Hutchins | 1.40 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 462.00 |
| 08/03/01 | J. C. Hutchins | 0.80 | Telephone conference with G. Taylor; prepare and send e-mail A. Bokhars; review and analyze pleading regarding claims process | 264.00 |
| 08/06/01 | J. C. Hutchins | 1.40 | Review e-mail from Asad Bokhari; review and analyze creditor committee pleadings; research and analyze procedural issues regarding cure claim enforcement. | 462.00 |
| 08/07/01 | J. C. Hutchins | 1.10 | Research and analyze procedure; review e-mail from A. Bokhari; revise and edit letter to Skadden regarding preferences | 363.00 |
| 08/08/01 | J. C. Hutchins | 1.80 | Review and analyze credit file material from A. Bokhari; telephone call to F.Monoco; review e-mail from Bokhari regarding preference letter | 594.00 |

**K L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Attorney | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 08/09/01 | J. C. Hutchins | 0.50 | Revise and edit letter to Skadden Arps; analyze credit file info | 165.00 |
| 08/10/01 | J. C. Hutchins | 1.10 | Telephone call with F. Monaco; prepare and send e-mail to A. Bokhari regarding Skadden letter; prepare and send e-mail Monaco regarding draft response regarding preference claim. | 363.00 |
| 08/13/01 | J. C. Hutchins | 2.20 | Revise and edit letter regarding preference defenses; prepare and send e-mail A. Bokari; review facsimile from Bokhari regarding Ras Tanura; telephone call to F. Monoco; telephone conference with C. Jebeyli; telephone call to Taylor regarding meeting conference call; prepare and send e-mail Bokhari regarding Ras Tanura. | 726.00 |
| 08/14/01 | J. C. Hutchins | 1.90 | Review and analyze Shaw P+S Agreement and issues regarding assumed contract and liabilities; telephone conference with C. Jebeyli regarding arranging meeting; telephone call to G. Taylor; review and analyze mise pleadings. | 627.00 |
| 08/15/01 | J. C. Hutchins | 1.60 | Review e-mail from A. Bokhari; review e-mail from K. Mangan (local counsel); review and analyze notice of postponed hearing; review facsimile from Bokhari; review and analyze miscellaneous pleadings; telephone call to G. Taylor; review facsimile from S. McClintock regarding adversary proceeding by debtor; review and analyze Complaint in Adversary Proceeding; telephone conference with Chadan Jebefi. | 528.00 |

**KL**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 2.60 | Arrange conference call; review and analyze mise pleadings; review and analyze complaint in Adversary proceeding; prepare and send e-mail Bokhari et,al; prepare and send correspondence to Okwumabue (Skadden), telephone conference with G. Taylor; prepare and send e-mail Bokhari | 858.00 |
| 08/16/01 | J. Rich | 0.30 | Telephone J. Hutchins re jurisdiction and procedural issues | 120.00 |
| 08/17/01 | J. C. Hutchins | 0.90 | Review e-mail from Bokhari; telephone conference with Adam Landis ( Creditor's Comm); prepare and send e-mail A. Landis; prepare and send e-mail B. Allensworth; prepare and send e-mail A. Bokhari; telephone conference with C. Jebeyli re conference call; telephone conference with Brian McGlocklin re preference letter | 297.00 |
| 08/19/01 | J. C. Hutchins | 0.90 | Telephone call from G. Taylor; telephone conference with A. Bokhari; Review e-mail from A. Bokhari; prepare and send e-mail A. Bokhari. | 297.00 |
| 08/20/01 | R. B. Allensworth | 0.40 | Review communication from J. Hutchins | 150.00 |
| 08/20/01 | J. C. Hutchins | 3.90 | Review e-mail from A. Bokhari; preparation for conference call; arrange conference call; telephone conference with C. Jebeyli; telephone conference with C. Sontchi (x2); review e-mail from A. Bokhari; prepare and send e-mail A. Bokhari; outline arguments ;telephone conference with B. Allensworth. | 1,287.00 |
| 08/21/01 | R. B. Allensworth | 1.00 | Conference call with J. Hutchins and representatives of SAB; telephone conference with J. Hutchins, C. Jebeyli and representatives of Shaw Group | 375.00 |

**KL**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | J. C. Hutchins | 4.10 | Prep for conference call with C. Sontchi and G. Graphia; conference call Bokhari, C Jebeyli; S. Mc Clintock and J. Marigomen; conference call C. Jebeyli; B. Allenworth, C. Sontchi and G. Graphia; telephone conference with J. Marigomen; telephone call to A. Bokhari; telephone conference with Bokhari ; review and analyze miscellaneous pleadings; review and analyze complaint in adversary proceeding. | 1,353.00 |
| 08/22/01 | J. C. Hutchins | 2.10 | Review and analyze orders regarding hearing; telephone conference with Taylor regarding August 24 hearing, telephone call to Monaco office regarding same; review facsimile from K. Serrao; review e-mail from Serrao regarding various documents. | 693.00 |
| 08/23/01 | J. C. Hutchins | 2.10 | Review e-mails from K. Serrao; prepare and send e-mail K. Serrao regarding various pleadings regarding Bugshan claim;review and analyze Bugshan proof of claim and Debtor objections to claim; review and analyze docket update; prepare answer to Adversary Proceeding; review e-mail from K. mangan; review and analyze Notice of continued hearing. | 693.00 |
| 08/23/01 | K. A. Serrao | 0.40 | Docket search; download pleadings; emails/fax re same | 54.00 |
| 08/24/01 | J. C. Hutchins | 1.40 | Receive and review e-mail from K. Magam; review and analyze miscellaneous pleadings; prepare answer to complaint; review and analyze Bugshan proof of claim and Debtor objections; telephone conference with Greg Taylor regarding cure claim. | 462.00 |
| 08/27/01 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from J. Marijomen. | 99.00 |

**KL**
Kirkpatrick & Lockhart Nicholson Graham LLP

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| | J. C. Hutchins | 0.20 | Receive and review e-mail from Monoco (x2); review miscellaneous pleadings. | 66.00 |
| 08/29/01 | J. C. Hutchins | 0.20 | Review and analyze docket update and miscellaneous pleadings. | 66.00 |
| 08/30/01 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings and docket update. | 33.00 |
| 08/31/01 | J. C. Hutchins | 0.40 | Conference with L. McDonald regarding proper service of advanced proceedings; telephone call to G. Galardi (Skadden); prepare answer to complaint. | 132.00 |

|  | | TOTAL FEES | | $    11,952.00 |

| Name | | | | Amount |
|------|------|------|------|--------|
| R. B. Allensworth | 1.40 | hrs at | $    375/ hr | $525.00 |
| J. C. Hutchins | 34.10 | hrs at | $    330/ hr | $11,253.00 |
| J. Rich | 0.30 | hrs at | $    400/ hr | $120.00 |
| K. A. Serrao | 0.40 | hrs at | $    135/ hr | $54.00 |
| TOTAL FEES | | 36.20 hrs | | $    11,952.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone | 32.65 |
| Facsimile | 30.00 |
| Copying Expense | 28.98 |
| Copying Expense (Outside Off.) | 8.95 |
| Long Distance Courier | 16.84 |
| DISBURSEMENTS & OTHER CHARGES | $    117.42 |

## OUTSTANDING INVOICES

| DATE | INVOICE # | FEES | DISB. | TOTAL A/R |
|------|-----------|------|-------|-----------|
| 08/23/01 | 991827 | 10,164.00 | 39.57 | 10,203.57 |
| | OUTSTANDING BALANCE | | | $    10,203.57 |



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 11,952.00 |
| Disbursements and Other Charges | $ | 117.42 |
| **CURRENT INVOICE DUE** | $ | **12,069.42** |
| Past Due Invoices * | $ | 10,203.57 |
| **TOTAL AMOUNT DUE** | $ | **22,272.99** |

\* Does not include payments received after 09/07/01.