

**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/01/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates, discovery documents; conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld to Jebeyli and Bokhari (status report). | 136.00 |
| 03/01/2002 | Rosenfeld, D. E. | 7.40 | Prepare discovery responses; prepare discovery requests; telephone conference with G. Rubin regarding depositions and scheduling issues | 1961.00 |
| 03/01/2002 | Abbott, A. B. | 7.00 | Draft responses to Debtors' request for admissions; research regarding preferential transfers | 980.00 |
| 03/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/04/2002 | Hutchins, J. C. | .20 | Receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld; receive and review e-mail from docket update. | 68.00 |
| 03/04/2002 | Rosenfeld, D. E. | 8.80 | Prepare discovery responses; respond to S. Jenkins letter; review further discovery responses; prepare trial strategy | 2332.00 |
| 03/04/2002 | Abbott, A. B. | 6.40 | Draft answers to Debtors' request for admissions; draft supplemental | 896.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | answers to Shaw's request for admissions | |
| 03/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/05/2002 | Hutchins, J. C. | .30 | Review and analyze docket update; conference with D. Rosenfeld regarding litigation strategy regarding discovery and trial. | 102.00 |
| 03/05/2002 | Rosenfeld, D. E. | 5.10 | Telephone conferences with all counsel; draft letters to all counsel; prepare discovery responses and requests | 1351.50 |
| 03/05/2002 | Abbott, A. B. | 9.00 | Conference with D. Rosenfeld regarding discovery issues; draft responses to Debtors' second set of interrogatories | 1260.00 |
| 03/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/06/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld; review and analyze docket updates. | 136.00 |
| 03/06/2002 | Rosenfeld, D. E. | 8.20 | Prepare discovery responses; legal research concerning preference issues | 2173.00 |
| 03/06/2002 | Abbott, A. B. | 8.20 | Meeting with D. Rosenfeld regarding Debtors' discovery responses, Shaw's outstanding discovery responses and SAMBA's supplemental responses; draft letter to Debtor and Shaw regarding same; draft responses to Debtors' second set of interrogatories | 1148.00 |
| 03/06/2002 | Cook, T. M. | .90 | Work on document index | 90.00 |
| 03/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/07/2002 | Hutchins, J. C. | 1.00 | Conference with D. Rosenfeld regarding discovery; telephone conference with E. Meehan regarding S&W responses and Rosenfeld letter; telephone conference with D. Rosenfeld; conference with D. Rosenfeld; review and analyze correspondence from D. Rosenfeld to Skadden; | 340.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 5

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | review correspondence from D. Rosenfeld to Ashby Geddes; review and analyze docket updates. | |
| 03/07/2002 | Rosenfeld, D. E. | 2.20 | Prepare discovery responses and telephone conference with G. Rubin and K. Mangan | 583.00 |
| 03/07/2002 | Abbott, A. B. | 7.50 | Draft responses to Debtors' second set of interrogatories; draft memo regarding outstanding factual issues needed for discovery responses; draft supplemental answers to Shaw's request for admissions | 1050.00 |
| 03/07/2002 | Cook, T. M. | 3.40 | Work on document index | 340.00 |
| 03/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/08/2002 | Rosenfeld, D. E. | 6.30 | Telephone conferences with E. Meehan and S. Jenkins regarding depositions concerning discovery issues; prepare letter concerning discovery issues; prepare defenses to preference claims | 1669.50 |
| 03/08/2002 | Cahill, R. | .30 | Worked on numbering privilege documents | 40.50 |
| 03/08/2002 | Abbott, A. B. | 7.00 | Analyze BS&W's bank account records; draft responses to Debtors' second request for interrogatories; draft letter regarding outstanding factual issues | 980.00 |
| 03/08/2002 | Cook, T. M. | 1.30 | Work on document production index | 130.00 |
| 03/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/11/2002 | Hutchins, J. C. | .20 | Receive and review e-mail from A. Bokhari; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to A. Bokhari, C. Jebeyli and D. Rosenfeld regarding conference call. | 68.00 |
| 03/11/2002 | Rosenfeld, D. E. | 6.30 | Telephone conferences with E. Meehan and S. Jenkins concerning discovery issues; review discovery responses of Shaw; prepare responsive pleadings and discovery | 1669.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 03/11/2002 | Abbott, A. B. | 7.90 | responses Review pleadings and discovery responses to determine topics for deposition of Stone & Webster and Shaw; review Shaw's discovery responses; revise responses to Debtors' second set of interrogatories | 1106.00 |
| 03/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/12/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from D. Rosenfeld (x2); receive and review e-mail from A. Bokhari regarding discovery matters (answers to D. Rosenfeld inquiries); receive and review e-mail from S. Ali (VISA request). | 136.00 |
| 03/12/2002 | Rosenfeld, D. E. | 8.90 | Telephone conference with C. Jebeyli; A. Bokhari and S. Ali; conference with A. Abbott; prepare discovery responses; prepare deposition notice; review documents | 2358.50 |
| 03/12/2002 | Abbott, A. B. | 7.90 | Conference call with D. Rosenfeld, S. Ali, C. Jebeyli, A. Bokhari; draft order for partial judgment on the pleadings; draft responses to request for admissions; meeting with D. Rosenfeld regarding settlement of preference action | 1106.00 |
| 03/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/13/2002 | Hutchins, J. C. | 1.40 | Receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld regarding offer from S&W; review and analyze docket updates and miscellaneous pleadings; review and analyze Shaw responses to discovery requests; conference with D. Rosenfeld; review and analyze draft letter to C. Jebeyli; revise and edit draft letter. | 476.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002
Page 7

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 03/13/2002 | Rosenfeld, D. E. | 8.20 | Review documents received from Stone & Webster; telephone conferences with E. Meehan regarding settlement; telephone conference with C. Jebeyli concerning settlement proposal; prepare letter to C. Jebeyli concerning settlement proposal; conference with J. Hutchins regarding settlement proposal | 2173.00 |
| 03/13/2002 | Abbott, A. B. | 7.00 | Review and analyze documents produced by Stone & Webster; draft responses to Debtors' second set of interrogatories | 980.00 |
| 03/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/14/2002 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze agenda information; review correspondence from D. Rosenfeld to C. Jebeyli regarding SWEC offer. | 238.00 |
| 03/14/2002 | Rosenfeld, D. E. | 12.60 | Travel to; prepare for and attend pretrial hearing with J. McKelvie in US District Court (Delaware) | 3339.00 |
| 03/14/2002 | Abbott, A. B. | 4.30 | Prepare privilege log for privileged documents; analyze bank transactions and payments associated with funding letter | 602.00 |
| 03/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/15/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding results of 3/14 pre-trial conference; review correspondence from D. Rosenfeld to A. Bokhari and A. Bokhari responses; review and analyze Shaw responses to discovery. | 238.00 |
| 03/15/2002 | Rosenfeld, D. E. | 7.10 | Document review; prepare letter to E. Meehan concerning discovery issues; telephone conferences with E. Meehan; prepare letter to US Embassy concerning S. Ali | 1881.50 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1055370
Services Through: March 31, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 03/15/2002 | Abbott, A. B. | 1.50 | Review documents to determine deposition topics and deponents; draft memo regarding same | 210.00 |
| 03/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/18/2002 | Hutchins, J. C. | 1.80 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; receive and review e-mail from D. Rosenfeld to C. Jebeyli (x2); review and analyze D. Rosenfeld draft response to requests for admissions to S&W; revise and edit same; conference with D. Rosenfeld regarding same; review and analyze equity holders disclosure statement for amended plan; review and analyze debtor's disclosure statement for amended plan of reorganization; conference with D. Rosenfeld regarding A.S. Bugsham claim, debtor objection and response. | 612.00 |
| 03/18/2002 | Rosenfeld, D. E. | 6.80 | Revise and edit discovery responses; prepare letter concerning deposition topics to E. Meehan; telephone conferences with E. Meehan and S. Jenkins regarding discovery disputes; review documents; review disclosure statements | 1802.00 |
| 03/18/2002 | Abbott, A. B. | 6.00 | Review and analyze documents produced by Shaw; create index of documents; edit responses to request for admissions | 840.00 |
| 03/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/19/2002 | Hutchins, J. C. | .90 | Conference with D. Rosenfeld regarding Bugsham; review and analyze new disclosure statement by S&W regarding debtor's plan of reorganization; review and analyze | 306.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002
Page 9

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | docket updates. | |
| 03/19/2002 | Rosenfeld, D. E. | 3.30 | Review e-mail from C. Jebeyli; telephone conference with C. Jebeyli; telephone conference with E. Meehan; prepare further discovery responses | 874.50 |
| 03/19/2002 | Abbott, A. B. | 8.00 | Draft responses to Debtors' second set of interrogatories; draft supplemental responses to Shaw's request for admissions; review documents produced by Shaw | 1120.00 |
| 03/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/20/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld regarding Bugshan offer; conference call with D. Rosenfeld and C. Jebeyli; review and analyze debtors disclosure statement. | 374.00 |
| 03/20/2002 | Rosenfeld, D. E. | 2.90 | Telephone conference with K. Rabbani and K. Rice regarding Bugshan and settlement issues; telephone conference with E. Meehan regarding settlement issues and scheduling; document review; prepare for depositions; review disclosure statements; conference with J. Hutchins; prepare memo to C. Jebeyli regarding settlement issues; telephone conference with A. Bokhari | 768.50 |
| 03/20/2002 | Abbott, A. B. | 13.00 | Travel to Washington, D.C.; review and analyze documents | 1820.00 |
| 03/20/2002 | Cook, T. M. | 13.00 | Travel to DC for document review at Skadden & Arps; review documents | 1300.00 |
| 03/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/21/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld regarding information regarding Bugshan position, Aramco claims, appeal victory regarding subsidiary, etc; review and analyze | 136.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice: 1055370  
Services Through: March 31, 2002  
Page 10

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | docket updates. | |
| 03/21/2002 | Abbott, A. B. | 9.00 | Review and analyze documents; return travel to Boston, MA | 1260.00 |
| 03/21/2002 | Cook, T. M. | 8.50 | Review documents at Skadden & Arps; travel back to Boston | 850.00 |
| 03/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/22/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding debtor plan of reorganization, dividend, etc. and Bugshan proposal; receive and review e-mail from D. Rosenfeld to C. Jebeyli; review and analyze docket update; receive and review e-mail from D. Rosenfeld to A. Bokhari regarding answers to interrogatories. | 238.00 |
| 03/22/2002 | Rosenfeld, D. E. | 2.10 | Prepare e-mail to client; prepare discovery responses; conference with A. Abbott; conference with J. Hutchins | 556.50 |
| 03/22/2002 | Abbott, A. B. | 7.00 | Meeting with D. Rosenfeld regarding discovery responses and settlement discussions; draft supplemental responses to Shaw's request for admissions; edit answers to Debtors' second set of interrogatories | 980.00 |
| 03/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 03/25/2002 | Hutchins, J. C. | 1.00 | Receive and review e-mail from C. Jebeyli (x3); receive and review e-mail from A. Bokhari; telephone conference with D. Rosenfeld regarding scheduling and response to Skadden offer; review and analyze creditor committee disclosure statement; conference with D. Rosenfeld; review and analyze docket updates; receive and review e-mail from F. Monaco. | 340.00 |
| 03/25/2002 | Rosenfeld, D. E. | 3.90 | Prepare discovery responses; edit discovery responses; telephone | 1033.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002
Page 11

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | conferences with A. Bokhari and C. Jebeyli regarding discovery and settlement; telephone conferences with opposing counsel | |
| 03/25/2002 | Abbott, A. B. | 6.50 | Edit privilege log; meeting with D. Rosenfeld regarding supplemental responses to Shaw's request for admissions and edit same | 910.00 |
| 03/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/26/2002 | Hutchins, J. C. | 1.90 | Review and analyze creditor committee disclosure statement; conference with D. Rosenfeld regarding same; conference with A. Abbott; revise and edit responses to Shaw's 2nd interrogatories; prepare and send e-mail to A. Bokhari; conference with A. Abbott. | 646.00 |
| 03/26/2002 | Rosenfeld, D. E. | 8.50 | Finalize discovery responses; telephone conferences with client (A. Bokhari); telephone conferences with E. Meehan regarding discovery; legal research regarding defenses; prepare for depositions | 2252.50 |
| 03/26/2002 | Cahill, R. | 3.40 | Worked on document production index | 459.00 |
| 03/26/2002 | Abbott, A. B. | 5.50 | Meeting with D. Rosenfeld regarding supplemental response to Shaw's request for admissions; edit and attention to serving same; review documents produced by Debtors | 770.00 |
| 03/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/27/2002 | Rosenfeld, D. E. | 9.40 | Telephone conferences with client; review emails; telephone calls to and from E. Meehan; prepare letters confirming agreements; prepare for depositions; review documents; review disclosure statements; send emails to client | 2491.00 |
| 03/27/2002 | Cahill, R. | 2.60 | Worked on document production | 351.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1055370
Services Through: March 31, 2002
Page 12

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | index | |
| 03/27/2002 | Abbott, A. B. | 7.00 | Draft first request for admissions to Shaw; meeting with D. Rosenfeld regarding same; draft motion for summary judgment; review documents to produce to Debtors and Shaw | 980.00 |
| 03/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 03/28/2002 | Rosenfeld, D. E. | 3.80 | Prepare for depositions | 1007.00 |
| 03/28/2002 | Cahill, R. | 2.10 | Worked on document production index | 283.50 |
| 03/28/2002 | Abbott, A. B. | 8.00 | Draft request for admissions to Shaw; meeting with D. Rosenfeld regarding same; conduct research regarding ordinary course of business defense | 1120.00 |
| 03/28/2002 | Rich, J. | .20 | Review request for info on ordinary course of business and discuss with L. Binder | 85.00 |
| 03/28/2002 | Binder, L. | 1.50 | Review documents for Dan Rosenfeld in Boston on ordinary course of business defense | 427.50 |
| 03/29/2002 | Rosenfeld, D. E. | 7.20 | Review and edit requests for admissions to Shaw; prepare and send correspondence to E. Meehan regarding outstanding discovery issues; review letter from S. Jenkins concerning discovery and location of deposition; review case law concerning ordinary course of business defense | 1908.00 |
| 03/29/2002 | Cahill, R. | 1.60 | Worked on document production index; worked on document production | 216.00 |
| 03/29/2002 | Abbott, A. B. | 3.00 | Draft second set of interrogatories to Shaw; draft and edit request for admissions | 420.00 |
| 03/30/2002 | Rosenfeld, D. E. | 2.80 | Review disclosure statements; review additional documents produced by S&W | 742.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

April 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1055370
Services Through: March 31, 2002
Page 13

---

|  |  |  |  |
|---|---|---|---|
| TOTAL FEES |  |  | $64,797.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 146.7 hrs. | @$140 $/hr | = | 20,538.00 |
| L. Binder | 1.5 hrs. | @$285 $/hr | = | 427.50 |
| R. Cahill | 10.0 hrs. | @$135 $/hr | = | 1,350.00 |
| T. M. Cook | 27.1 hrs. | @$100 $/hr | = | 2,710.00 |
| L. A. Geyer | 2.0 hrs. | @$ 85 $/hr | = | 170.00 |
| J. C. Hutchins | 13.5 hrs. | @$340 $/hr | = | 4,590.00 |
| J. Rich | 0.2 hrs. | @$425 $/hr | = | 85.00 |
| D. E. Rosenfeld | 131.8 hrs. | @$265 $/hr | = | 34,927.00 |

**TOTAL FEES**                                                                 $64,797.50

### DISBURSEMENTS & OTHER CHARGES

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| Telephone | 37.46 |
| Facsimile | 33.75 |
| Copying Expense | 289.44 |
| Long Distance Courier | 104.60 |
| Westlaw Research | 96.36 |
| Travel Expenses | 339.44 |
| Transportation Expenses | 60.00 |
| Air Fare | 817.50 |
| Business Meal | 30.71 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $1,809.26 |
| **CURRENT INVOICE DUE** | $66,606.76 |
| PAST DUE INVOICE | $44,135.76 |
| **TOTAL AMOUNT DUE** | $110,742.52 |