

**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd 11421  
SAUDI ARABIA

Our File Number: 0508830.0901  
Invoice: 1064829  
Services Through: April 30, 2002

Guaranty Matter

For Professional Services Rendered

### FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/01/2002 | Rosenfeld, D. E. | 5.30 | Prepare requests for admissions | 1404.50 |
| 04/01/2002 | Abbott, A. B. | 1.10 | Prepare documents for production to Shaw and Stone & Webster; attention to serving same | 154.00 |
| 04/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/02/2002 | Rosenfeld, D. E. | 2.80 | Telephone conference with opposing counsel; review emails; prepare for depositions | 742.00 |
| 04/02/2002 | Abbott, A. B. | 8.60 | Review and edit SAMBA's request for admissions directed to Shaw; attention to serving same; analyze case law regarding ordinary course of business defense and draft memo regarding same | 1204.00 |
| 04/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/03/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from D. Rosenfeld (x3); receive and review e-mail from C. Jebeyli (x2); receive and review e-mail from A. Bokhari (x2); conference with D. Rosenfeld regarding settlement offers, strategies, counter offers; conference with B. Allensworth; review and analyze miscellaneous | 374.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | pleadings and docket updates. | |
| 04/03/2002 | Rosenfeld, D. E. | 5.40 | Revise and edit requests for admissions; prepare for depositions | 1431.00 |
| 04/03/2002 | Abbott, A. B. | 6.50 | Conduct legal research and analyze case law regarding defenses to preference action; draft memo regarding same | 910.00 |
| 04/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/04/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings; prepare for deposition; analysis of Bugshan information; review and analyze requests for admissions to Shaw; revise and edit same; conference with D. Rosenfeld regarding same and claim preparation instruction forms; review and analyze disclosure statements of creditors committee; equity committee and debtor; conference with D. Rosenfeld regarding reorganization and effects on SAMBA. | 612.00 |
| 04/04/2002 | Rosenfeld, D. E. | 9.80 | Prepare for meeting with client; telephone conferences with opposing counsel; draft and revise requests for admissions | 2597.00 |
| 04/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/05/2002 | Hutchins, J. C. | 1.40 | Conference with C. Jebeyli, A. Bokhari, D. Rosenfeld et al; review and analyze docket updates; review and analyze miscellaneous pleadings (equity holders 2d amended plan and disclosure statement). | 476.00 |
| 04/05/2002 | Rosenfeld, D. E. | 10.20 | Prepare for and attend meetings with A. Bokhari and C. Jebeyli; review voice mails; faxes and correspondence | 2703.00 |
| 04/05/2002 | Abbott, A. B. | 10.00 | Attention to filing request for admission directed to Shaw; | 1400.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | conference with D. Rosenfeld, C. Jebeyli and A. Bokhari regarding deposition preparation; review file in preparation for same | |
| 04/07/2002 | Rosenfeld, D. E. | 2.10 | Prepare for depositions | 556.50 |
| 04/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/08/2002 | Hutchins, J. C. | .90 | Conference with C. Jebeyli, A. Bokhari and D. Rosenfeld regarding deposition preparation; conference with D. Rosenfeld et al regarding background to Shaw agreement; review and analyze miscellaneous pleadings. | 306.00 |
| 04/08/2002 | Rosenfeld, D. E. | 8.90 | Meetings with A. Bokhari; C. Jebeyli and A. Abbott for deposition preparation | 2358.50 |
| 04/08/2002 | Abbott, A. B. | 12.00 | Conference with D. Rosenfeld, A. Bokhari and C. Jebeyli regarding deposition preparation; review documents produced by Stone & Webster; prepare deposition outline | 1680.00 |
| 04/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/09/2002 | Hutchins, J. C. | .90 | Conference with D. Rosenfeld; analyze offers; review and analyze documents regarding plans of reorganization and disclosure statements, oppositions to disclosure statements, etc. | 306.00 |
| 04/09/2002 | Rosenfeld, D. E. | 14.20 | Meetings with A. Bokhari; C. Jebeyli; travel to Delaware; meetings with A. Abbott; prepare for deposition of J. Smith and J. Carroll | 3763.00 |
| 04/09/2002 | Abbott, A. B. | 12.00 | Conference with D. Rosenfeld, A. Bokhari and C. Jebeyli regarding deposition preparation; travel from Boston to Wilmington, DE; review and prepare documents for deposition | 1680.00 |
| 04/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |

**K&L**

**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 04/10/2002 | Hutchins, J. C. | .80 | Review and analyze pleading regarding objections to disclosure statements and plans; telephone conference with D. Rosenfeld regarding deposition of Carroll and Smith and issue of Saudi law raised by Meehan regarding preference. | 272.00 |
| 04/10/2002 | Rosenfeld, D. E. | 13.50 | Prepare for and attend deposition of J. Smith and J. Carroll; travel to New York, New York; meeting with C. Jebeyli and A. Bokhari; review J. Smith deposition transcript | 3577.50 |
| 04/10/2002 | Abbott, A. B. | 11.50 | Attend deposition of J. Smith and J. Carroll; travel from Wilmington, DE to New York | 1610.00 |
| 04/10/2002 | Binder, L. | .30 | Conference with Dan Rosenfeld regarding preference action | 85.50 |
| 04/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/11/2002 | Hutchins, J. C. | .50 | Telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze agenda for hearing. | 170.00 |
| 04/11/2002 | Rosenfeld, D. E. | 15.10 | Meeting with C. Jebeyli and A. Bokhari; attend deposition of A. Bokhari; meeting with E. Meehan regarding settlement; meeting with C. Jebeyli and A. Bokhari for case review; travel to Boston | 4001.50 |
| 04/11/2002 | Abbott, A. B. | 15.30 | Attend deposition of A. Bokhari; travel from New York to Boston | 2142.00 |
| 04/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/12/2002 | Allensworth, R. B. | .40 | Conference with D. Rosenfeld regarding depositions, trial of preference action and settlement discussions | 154.00 |
| 04/12/2002 | Hutchins, J. C. | .80 | Conference with D. Rosenfeld and A. Abbott regarding strategic considerations regarding preference trial, recommendations to client regarding plan of action; review | 272.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 7

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | and analyze miscellaneous pleadings; review and analyze agenda for hearing. |  |
| 04/12/2002 | Rosenfeld, D. E. | 7.30 | Meetings with A. Abbott, J. Hutchins and R. B. Allensworth regarding strategy; telephone conference with C. Jebeyli; draft status and recommendation letter | 1934.50 |
| 04/12/2002 | Abbott, A. B. | 5.00 | Review and analyze deposition transcripts; prepare outline of same; meeting with D. Rosenfeld and J. Hutchins regarding status of adversary proceedings | 700.00 |
| 04/13/2002 | Allensworth, R. B. | 2.50 | Review D. Rosenfeld's draft letter to Chahdan and made suggested revisions; telephone conference with D. Rosenfeld regarding same | 962.50 |
| 04/13/2002 | Rosenfeld, D. E. | 9.40 | Draft status and recommendation letter; telephone conference with R. B. Allensworth regarding same; revise and edit status and recommendation letter; trial preparation; draft and send e-mail to C. Jebeyli, Esq. | 2491.00 |
| 04/13/2002 | Abbott, A. B. | .50 | Review D. Rosenfeld's letter to C. Jebeyli | 70.00 |
| 04/14/2002 | Hutchins, J. C. | .80 | Review and analyze draft report letter of Rosenfeld to Chebeyli; review and analyze Allensworth comments; receive and review e-mail from Rosenfeld to Chebeyli and report letter regarding strategy and tactics; prepare and send e-mail to Rosenfeld. | 272.00 |
| 04/14/2002 | Rosenfeld, D. E. | .40 | Prepare trial strategy; draft email to A. Abbott regarding trial preparation | 106.00 |
| 04/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/15/2002 | Allensworth, R. B. | .20 | Telephone conference with D. Rosenfeld regarding C. Jebeyli's email | 77.00 |
| 04/15/2002 | Hutchins, J. C. | 1.60 | Conference with D. Rosenfeld | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | regarding report letter; review and analyze plans of reorganization and disclosure statements from debtors, from creditors committee and from equity committee; receive and review e-mail from C. Jebeyli; receive and review e-mail from F. Monaco regarding hearing on disclosure statements; review and analyze docket updates. | |
| 04/15/2002 | Rosenfeld, D. E. | 1.10 | Review email from C. Jebeyli; telephone conferences with A. Abbott, J. Hutchins and R. B. Allensworth; telephone conference with C. Jebeyli | 291.50 |
| 04/15/2002 | Abbott, A. B. | 7.00 | Review deposition transcripts; draft motion in limine to exclude hearsay testimony; review and analyze elements of preference action | 980.00 |
| 04/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/16/2002 | Allensworth, R. B. | .20 | Conference with D. Rosenfeld regarding case status and status of settlement discussions | 77.00 |
| 04/16/2002 | Hutchins, J. C. | .90 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; review and analyze disclosure statements for all three plans regarding treatment of creditors. | 306.00 |
| 04/16/2002 | Rosenfeld, D. E. | 10.40 | Prepare for telephone conference; telephone conference with A. Bokhari; telephone conferences with C. Jebeyli; telephone conference with G. Rubin and Skadden, Arps regarding scheduling; telephone conference with K. Mangan regarding scheduling; telephone conference with clerk of court; prepare findings of fact and conclusions of law; conference with A. Abbott regarding strategy and trial | 2756.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP
May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 04/16/2002 | Abbott, A. B. | 8.50 | preparation Conference with D. Rosenfeld regarding trial preparation; review A. Bokhari's deposition transcript; draft memo regarding relevant testimony for preference action; edit deposition transcript; conduct legal research regarding proof of foreign law | 1190.00 |
| 04/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/17/2002 | Hutchins, J. C. | .60 | Receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding pre-trial and scheduling (x2); review and analyze docket updates; conference with D. Rosenfeld regarding impact of plan regarding preference case and Shaw case. | 204.00 |
| 04/17/2002 | Rosenfeld, D. E. | 7.20 | Prepare for trial; prepare findings of fact and conclusions of law | 1908.00 |
| 04/17/2002 | Abbott, A. B. | 7.50 | Analyze and edit A. Bokhari's deposition transcript; review produced documents for trial preparation | 1050.00 |
| 04/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/18/2002 | Hutchins, J. C. | 1.20 | Conference with A. Abbott; review and analyze D. Rosenfeld draft of agreed order regarding partial judgment regarding preference action; review and analyze Skadden draft; revise and edit both drafts; conference with D. Rosenfeld regarding pretrial conference and judge retirement and impact on cases. | 408.00 |
| 04/18/2002 | Rosenfeld, D. E. | 6.90 | Trial preparation; conference with court; prepare correspondence to clients | 1828.50 |
| 04/18/2002 | Abbott, A. B. | 6.90 | Review documents for trial preparation; revise order granting | 966.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | partial judgment on pleadings; conference call with Bankruptcy Court regarding trial date; review case law regarding Royal Decrees | |
| 04/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/19/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates. | 68.00 |
| 04/19/2002 | Rosenfeld, D. E. | 6.80 | Prepare correspondence to client; prepare findings of fact and conclusions of law; telephone conference with A. Rovin regarding Saudi law; revise correspondence regarding status to client | 1802.00 |
| 04/19/2002 | Abbott, A. B. | 1.50 | Edit memo regarding A. Bokhari deposition excerpts | 210.00 |
| 04/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/22/2002 | Hutchins, J. C. | .90 | Strategy conference with D. Rosenfeld; receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding settlement strategies; review and analyze miscellaneous pleadings regarding plans and objections to plans. | 306.00 |
| 04/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/23/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous documents; receive and review e-mail from C. Jebeyli regarding Bugshan meeting; conference with D. Rosenfeld regarding settlement offers and counters. | 136.00 |
| 04/23/2002 | Rosenfeld, D. E. | 5.10 | Telephone conferences with C. Jebeyli; prepare settlement options; telephone conference with E. Meehan; prepare discovery strategy for recovery action | 1351.50 |
| 04/23/2002 | Abbott, A. B. | .70 | Meeting with D. Rosenfeld regarding settlement; conference call with D. Rosenfeld and E. Meehan | 98.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 11

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 04/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/24/2002 | Rosenfeld, D. E. | 8.50 | Telephone conferences with C. Jebeyli, K. Rice, E. Meehan, S. Jenkins, and K. Rabanni concerning settlement and discovery; review Bokhari deposition transcript; prepare findings of fact | 2252.50 |
| 04/24/2002 | Abbott, A. B. | 1.70 | Meeting with D. Rosenfeld regarding settlement; conference call with C. Jebeyli and opposing counsel regarding settlement discussions | 238.00 |
| 04/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/25/2002 | Hutchins, J. C. | .50 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings, conference with D. Rosenfeld. | 170.00 |
| 04/25/2002 | Rosenfeld, D. E. | 3.20 | Telephone conference with C. Jebeyli, K. Rice, and E. Meehan regarding settlement issues | 848.00 |
| 04/25/2002 | Abbott, A. B. | 1.00 | Meeting with D. Rosenfeld regarding settlement negotiations; review deposition transcript of A. Bokhari | 140.00 |
| 04/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/26/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld regarding settlement and C. Jebeyli position; conference with D. Rosenfeld regarding Ed Meehan new offer and rejection, settlement tactics and preparation for trial; review and analyze settlement pleadings regarding Lachawanna claims. | 238.00 |
| 04/26/2002 | Rosenfeld, D. E. | 8.20 | Telephone conferences regarding settlement with C. Jebeyli, K. Rice, and E. Meehan; prepare correspondence to C. Jebeyli concerning settlement discussions; | 2173.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 12

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | review strategy issues in connection with settlement rejection | |
| 04/26/2002 | Abbott, A. B. | .70 | Discussion with D. Rosenfeld regarding settlement negotiations and trial strategy | 98.00 |
| 04/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/29/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld to C. Jebeyli regarding rejection of Meehan proposal and effect on settlement; conference with D. Rosenfeld; review and analyze pleadings contesting disclosure statements; conference with D. Rosenfeld regarding interviewing S. Ali in London and notice to Aramco; receive and review e-mail from D. Rosenfeld regarding proposed letter to Aramco. | 170.00 |
| 04/29/2002 | Rosenfeld, D. E. | 9.70 | Prepare opening notes, revise letter to Saudi Aramco; telephone conference with A. Bokhari; prepare correspondence to C. Jebeyli; review correspondence from C. Jebeyli; conference with A. Abbott regarding strategy and deposition reviews; review deposition of J. Smith; review excerpts of A. Bokhari deposition | 2570.50 |
| 04/29/2002 | Abbott, A. B. | 1.00 | Meeting with D. Rosenfeld regarding discovery and deposition notices; review documents in preparation for same | 140.00 |
| 04/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 04/30/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld, C. Jebeyli; conference with D. Rosenfeld; review and analyze D. Rosenfeld draft letter to Aramco (2 versions); review and analyze miscellaneous pleadings | 170.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 13

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 04/30/2002 | Rosenfeld, D. E. | 9.40 | regarding settlement of claims and objections to disclosure statements. Prepare opening notes for preference trial; telephone conference with C. Jebeyli regarding meetings; review assignment and payment letter of Bugshan Stone & Webster, acknowledgement of Saudi Arabian Oil Company (Saudi Aramco) and prepare letter to Saudi Aramco; telephone conference with A. Bokhari regarding settlement issues | 2491.00 |
| 04/30/2002 | Abbott, A. B. | 2.30 | Review documents; edit and analyze A. Bokhari's deposition transcript | 322.00 |

**TOTAL FEES** $72,243.50

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 121.3 hrs. | @$140 $/hr | = | 16,982.00 |
| R. B. Allensworth | 3.3 hrs. | @$385 $/hr | = | 1,270.50 |
| L. Binder | 0.3 hrs. | @$285 $/hr | = | 85.50 |
| L. A. Geyer | 2.2 hrs. | @$ 85 $/hr | = | 187.00 |
| J. C. Hutchins | 17.0 hrs. | @$340 $/hr | = | 5,780.00 |
| D. E. Rosenfeld | 180.9 hrs. | @$265 $/hr | = | 47,938.50 |

**TOTAL FEES** $72,243.50

---

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 60.37 |
| Facsimile | 18.00 |
| Copying Expense | 581.04 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1064829
Services Through: April 30, 2002
Page 14

| | |
|---|---:|
| Long Distance Courier | 43.91 |
| Westlaw Research | 416.22 |
| Travel Expenses | 459.80 |
| Transportation Expenses | 90.00 |
| Cab Fare | 46.80 |
| Air Fare | 2,989.00 |
| Binding Charges | 3.00 |
| Charge for Transcripts | 913.47 |
| DISBURSEMENTS & OTHER CHARGES | $5,621.61 |
| **CURRENT INVOICE DUE** | $77,865.11 |
| PAST DUE INVOICE | $66,606.76 |
| **TOTAL AMOUNT DUE** | $144,471.87 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

May 22, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1064829
Services Through: April 30, 2002
Page 2

| | | | | | |
|---|---|---|---|---|---|
| Partner | R. B. Allensworth | 3.3 hrs. | @$385 $/hr | = | 1,270.50 |
| Partner | J. C. Hutchins | 17.0 hrs. | @$340 $/hr | = | 5,780.00 |
| Associate | A. B. Abbott | 121.3 hrs. | @$140 $/hr | = | 16,982.00 |
| Associate | L. Binder | 0.3 hrs. | @$285 $/hr | = | 85.50 |
| Associate | D. E. Rosenfeld | 180.9 hrs. | @$265 $/hr | = | 47,938.50 |
| Legal Assistant | L. A. Geyer | 2.2 hrs. | @$ 85 $/hr | = | 187.00 |
| | Total | 325.0 | | | $72,243.50 |

Disbursements    $5,621.61

TOTAL of BILL    $77,865.11

Previously Billed
& Outstanding    $66,606.76

TOTAL DUE    $144,471.87