

June 30, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/01/2002 | Hutchins, J. C. | .30 | Conference with D. Rosenfeld regarding miscellaneous pleadings | 102.00 |
| 05/01/2002 | Rosenfeld, D. E. | 7.40 | Prepare opening notes regarding preference; telephone conferences with C. Jebeyli; conference with A. Abbott regarding meetings in London; prepare for meetings in London; prepare for meetings with S. Ali and C. Jebeyli | 1961.00 |
| 05/01/2002 | Abbott, A. B. | 2.00 | Review and edit A. Bokhari's deposition transcript; review documents authored by S. Ali | 280.00 |
| 05/01/2002 | Bell, S. | 3.50 | Review documents in binders; copy all documents with S. Ali name on each document for A. Abbott | 350.00 |
| 05/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/02/2002 | Hutchins, J. C. | .30 | Telephone conference with D. Rosenfeld regarding London trip; review and analyze draft letters to ARMACO. | 102.00 |
| 05/02/2002 | Rosenfeld, D. E. | 9.70 | Time spent preparing opening notes; review of documents for meeting with S. Ali; review and send emails to C. Jebeyli | 2570.50 |
| 05/02/2002 | Abbott, A. B. | 2.50 | Review pleadings and documents; | 350.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002


---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | compile pertinent documents for meeting with S. Ali | |
| 05/02/2002 | Bell, S. | 2.50 | Review documents in binder; copy all documents with S. Ali name on each document for A. Abbott | 250.00 |
| 05/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/03/2002 | Hutchins, J. C. | .40 | Conference with D. Rosenfeld; conference with B. Allensworth; review and analyze docket updates; review and analyze miscellaneous pleadings and correspondence. | 136.00 |
| 05/03/2002 | Rosenfeld, D. E. | 7.50 | Prepare for meeting with S. Ali and C. Jebeyli; review and send emails to C. Jebelyi | 1987.50 |
| 05/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/06/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld; review and analyze D. Rosenfeld draft letters to ARAMCO; review and analyze Ras Tanura contract assignment, instruction to pay letter by BSW and ARAMCO acknowledgment; draft notice letter to ARAMCO; revise and edit same; proofread and review same; conference with D. Rosenfeld regarding same | 612.00 |
| 05/06/2002 | Rosenfeld, D. E. | 17.40 | Prepare for meeting with C. Jebeyli and S. Ali; travel to London | 4611.00 |
| 05/06/2002 | Abbott, A. B. | 6.10 | Review and compile pleadings, discovery responses and documents in preparation for meeting with S. Ali; research regarding Saudi law | 854.00 |
| 05/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/07/2002 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings | 68.00 |
| 05/07/2002 | Rosenfeld, D. E. | 11.70 | Attend meetings with C. Jebeyli and S. Ali for case review and deposition preparation | 3100.50 |
| 05/07/2002 | Abbott, A. B. | 7.00 | Edit A. Bokhari's deposition transcript | 980.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002


---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 05/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/08/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings | 102.00 |
| 05/08/2002 | Rosenfeld, D. E. | 10.30 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation | 2729.50 |
| 05/08/2002 | Abbott, A. B. | 7.50 | Analyze A. Bokhari's deposition transcript; compile documents to prove ordinary course of business defense | 1050.00 |
| 05/09/2002 | Hutchins, J. C. | .10 | Review and analyze docket update | 34.00 |
| 05/09/2002 | Rosenfeld, D. E. | 11.40 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation | 3021.00 |
| 05/09/2002 | Abbott, A. B. | 5.50 | Conduct legal research regarding choice of law, joint ventures and Saudi Arabian law; draft deposition outline of J. Carroll | 770.00 |
| 05/10/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review and analyze docket | 102.00 |
| 05/10/2002 | Rosenfeld, D. E. | 16.60 | Attend meetings with S. Ali and C. Jebeyli for case review and deposition preparation; travel to Boston | 4399.00 |
| 05/10/2002 | Abbott, A. B. | 4.60 | Conduct research regarding application of foreign law, choice of law and Saudi law | 644.00 |
| 05/13/2002 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings, objections, filings regarding plan confirmation; review and analyze docket updates; conference with D. Rosenfeld (London trip report) | 272.00 |
| 05/13/2002 | Rosenfeld, D. E. | 8.20 | Prepare notes to file regarding meetings with client and prepare discovery | 2173.00 |
| 05/13/2002 | Abbott, A. B. | 4.00 | Review A. Bokhari's deposition transcript; revise memo regarding J. Carroll's deposition; meeting with D. Rosenfeld regarding meeting with S. Ali | 560.00 |



June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002


| | | | | |
|---|---|---|---|---|
| 05/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/14/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding S. Ali conferences | 170.00 |
| 05/14/2002 | Rosenfeld, D. E. | 5.70 | Review deposition transcripts | 1510.50 |
| 05/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/15/2002 | Hutchins, J. C. | .10 | Review and analyze miscellaneous pleadings; docket; conference with D. Rosenfeld | 34.00 |
| 05/15/2002 | Rosenfeld, D. E. | 5.10 | Review deposition transcripts; prepare timeline | 1351.50 |
| 05/15/2002 | Rosenfeld, D. E. | .20 | Email to S. Ali and C. Jebeyli regarding scheduling issues | 53.00 |
| 05/15/2002 | Cahill, R. | 2.40 | Worked on chronolizing document production | 324.00 |
| 05/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/16/2002 | Rosenfeld, D. E. | 6.20 | Review depositions; prepare subpoena requests; prepare discovery requests; telephone conference with A. Rovine regarding expert witnesses | 1643.00 |
| 05/16/2002 | Cahill, R. | .40 | Worked on chronolizing document production | 54.00 |
| 05/16/2002 | Abbott, A. B. | 1.70 | Meeting with D. Rosenfeld regarding deposition notices to Shaw; review documents to determine possible deponents and their location of residence | 238.00 |
| 05/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 05/17/2002 | Rosenfeld, D. E. | 7.80 | Review deposition and prepare notes regarding same; prepare for conferences with S. Ali | 2067.00 |
| 05/17/2002 | Abbott, A. B. | .50 | Prepare deposition notices | 70.00 |
| 05/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/20/2002 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze Shaw responses; review and | 238.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002
Page 7

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | analyze pleadings regarding plans; telephone conference with D. Rosenfeld regarding Shaw responses | |
| 05/20/2002 | Rosenfeld, D. E. | 6.80 | Telephone conference with S. Ali and A. Bokhari; review responses to admissions | 1802.00 |
| 05/20/2002 | Abbott, A. B. | 3.20 | Conference call with S. Ali and D. Rosenfeld regarding timeline of relevant events; review documents in preparation for same; review and analyze Shaw's responses to SAMBA's requests for admissions | 448.00 |
| 05/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/21/2002 | Hutchins, J. C. | .50 | Review and analyze Shaw responses. | 170.00 |
| 05/21/2002 | Rosenfeld, D. E. | 8.80 | Review and analyze admissions; letter to opposing counsel; research regarding subpoenas of non-resident nationals | 2332.00 |
| 05/21/2002 | Abbott, A. B. | 3.70 | Conference call with D. Rosenfeld and S. Ali; review documents and draft timeline; review and analyze Shaw's responses to SAMBA's request for admissions | 518.00 |
| 05/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/22/2002 | Hutchins, J. C. | 2.00 | Review and analyze Shaw responses to requests for admission; receive and review Federal Insurance response to motion to classify vote; conference with D. Rosenfeld regarding Shaw responses | 680.00 |
| 05/22/2002 | Rosenfeld, D. E. | 4.60 | Review and analyze admissions; prepare correspondence to client | 1219.00 |
| 05/22/2002 | Cahill, R. | .70 | Worked on docket search | 94.50 |
| 05/22/2002 | Abbott, A. B. | 2.80 | Meeting with D. Rosenfeld regarding Shaw's responses to request for admissions; review file in preparation for same; meeting with R. Cahill regarding docket | 392.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002


---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | entries of adversary proceedings and objections to proofs of claim | |
| 05/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/23/2002 | Hutchins, J. C. | .80 | Review and analyze Shaw responses to request for admissions; conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 272.00 |
| 05/23/2002 | Rosenfeld, D. E. | 4.80 | Draft letter to client; prepare additional requests for admissions | 1272.00 |
| 05/23/2002 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding drafting additional discovery requests to Shaw and debtors | 70.00 |
| 05/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/24/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; docket updates | 136.00 |
| 05/24/2002 | Rosenfeld, D. E. | 4.10 | Analyze Shaw's admissions; prepare letter to client concerning requests for admission | 1086.50 |
| 05/24/2002 | Abbott, A. B. | .80 | Meeting with D. Rosenfeld regarding additional discovery from Shaw and Stone & Webster; compile documents pertaining to APA schedules | 112.00 |
| 05/28/2002 | Geyer, L. A. | .10 | Update Stone and Webster adversary docket | 8.50 |
| 05/28/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings; review and analyze docket updates | 204.00 |
| 05/28/2002 | Rosenfeld, D. E. | 7.20 | Prepare letter to client; draft additional requests for admissions; emails to client | 1908.00 |
| 05/28/2002 | Abbott, A. B. | 7.00 | Draft first request for admissions to Debtors | 980.00 |
| 05/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/29/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings | 204.00 |
| 05/29/2002 | Rosenfeld, D. E. | 2.40 | Prepare additional requests for admission | 636.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002


---

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 05/29/2002 | Abbott, A. B. | 6.30 | Draft first request for admissions to Debtors; review discovery responses and documents produced by Debtors | 882.00 |
| 05/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/30/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings | 102.00 |
| 05/30/2002 | Abbott, A. B. | 7.80 | Review and analyze documents to incorporate into requests for admissions; review and compile documents in preparation for S. Ali's deposition | 1092.00 |
| 05/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 05/31/2002 | Hutchins, J. C. | .70 | Receive and review e-mail from D. Rosenfeld regarding Ali deposition; telephone conference with D. Rosenfeld; review and analyze D. Rosenfeld report on Shaw responses to requests for admission; conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 238.00 |
| 05/31/2002 | Rosenfeld, D. E. | 2.80 | Telephone conference with G. Rubin and S. Jenkins regarding scheduling; email to clients regarding scheduling; conference with A. Abbott regarding preparation for deposition; revise requests for admission and related discovery requests; email to K. Mangan | 742.00 |
| 05/31/2002 | Abbott, A. B. | 3.00 | Review documents for deposition preparation of S. Ali | 420.00 |

TOTAL FEES $60,097.50

| Name | Hours | | Rate | | | Amount |
|---|---|---|---|---|---|---|
| A. B. Abbott | 76.5 | hrs. | @$140 | $/hr | = | 10,710.00 |
| S. Bell | 6.0 | hrs. | @$100 | $/hr | = | 600.00 |
| R. Cahill | 3.5 | hrs. | @$135 | $/hr | = | 472.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002
Page 10

| | | | | | |
|---|---|---|---|---|---|
| L. A. Geyer | 1.9 hrs. | @$ 85 | $/hr | = | 161.50 |
| J. C. Hutchins | 11.7 hrs. | @$340 | $/hr | = | 3,978.00 |
| D. E. Rosenfeld | 166.7 hrs. | @$265 | $/hr | = | 44,175.50 |

**TOTAL FEES** **$60,097.50**

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 115.27 |
| Facsimile | 4.50 |
| Copying Expense | 456.12 |
| Employee Overtime | 110.00 |
| Long Distance Courier | 54.54 |
| Travel Expenses | 2,197.19 |
| Transportation Expenses | 750.00 |
| Cab Fare | 45.00 |
| Air Fare | 6.50 |
| Business Meal | 75.61 |
| Charge for Transcripts | 73.00 |

| | |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | $3,887.73 |
| **CURRENT INVOICE DUE** | **$63,985.23** |
| PAST DUE INVOICE | **$77,865.11** |
| **TOTAL AMOUNT DUE** | **$141,850.34** |



Kirkpatrick & Lockhart Nicholson Graham LLP

June 30, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1071584
Services Through: May 31, 2002
Page 2

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 11.7 | hrs. | @$340 | $/hr | = | 3,978.00 |
| Associate | A. B. Abbott | 76.5 | hrs. | @$140 | $/hr | = | 10,710.00 |
| Associate | D. E. Rosenfeld | 166.7 | hrs. | @$265 | $/hr | = | 44,175.50 |
| Legal Assistant | S. Bell | 6.0 | hrs. | @$100 | $/hr | = | 600.00 |
| Legal Assistant | R. Cahill | 3.5 | hrs. | @$135 | $/hr | = | 472.50 |
| Legal Assistant | L. A. Geyer | 1.9 | hrs. | @$ 85 | $/hr | = | 161.50 |
| | Total | 266.3 | | | | | $60,097.50 |

| | |
|---|---|
| Disbursements | $3,887.73 |
| TOTAL of BILL | $63,985.23 |
| Previously Billed & Outstanding | $77,865.11 |
| TOTAL DUE | $141,850.34 |