

**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/03/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from C. Jebeyli; conference with D. Rosenfeld; receive and review e-mail from S. Ali; review and analyze miscellaneous pleadings. | 170.00 |
| 06/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/04/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from D. Rosenfeld regarding status, reassignment of case to Judge Walsh; review and analyze docket updates; review and analyze D. Rosenfeld memorandum regarding results of requests for admission by Shaw. | 136.00 |
| 06/04/2002 | Rosenfeld, D. E. | 8.20 | Prepare requests for admissions; prepare for deposition of S. Ali; review A. Bokhari deposition changes | 2173.00 |
| 06/04/2002 | Abbott, A. B. | 1.00 | Compile documents for S. Ali deposition | 140.00 |
| 06/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/05/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding preparation for S. Ali deposition; review and analyze | 204.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1079637
Services Through: June 30, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | docket updates. | |
| 06/05/2002 | Rosenfeld, D. E. | 6.20 | Draft request for admissions | 1643.00 |
| 06/05/2002 | Abbott, A. B. | 2.00 | Compile documents to create chronology of S. Ali's involvement with the loan facility | 280.00 |
| 06/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/06/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates; receive and review e-mail from D. Rosenfeld. | 68.00 |
| 06/06/2002 | Rosenfeld, D. E. | 6.20 | Draft discovery requests; research regarding deposition notices for foreign residents; prepare simulated deposition | 1643.00 |
| 06/06/2002 | Abbott, A. B. | 5.80 | Review docket and filings in related proceedings; analyze objections filed by Shaw; review errata sheet for A. Bokhari's deposition | 812.00 |
| 06/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/07/2002 | Hutchins, J. C. | .20 | Review and analyze miscellaneous pleadings; review and analyze docket. | 68.00 |
| 06/07/2002 | Rosenfeld, D. E. | 5.80 | Prepare for simulated deposition | 1537.00 |
| 06/07/2002 | Abbott, A. B. | 1.50 | Review and edit errata sheet for A. Bokhari deposition | 210.00 |
| 06/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/10/2002 | Hutchins, J. C. | .50 | Review and analyze docket update; telephone conference with D. Rosenfeld regarding deposition notices; conference with D. Rosenfeld and A. Abbott regarding video depositions and prepping S. Ali for same. | 170.00 |
| 06/10/2002 | Rosenfeld, D. E. | 8.10 | Correspondence to opposing counsel; prepare memoranda regarding Delaware deposition rules | 2146.50 |
| 06/10/2002 | Cahill, R. | 5.40 | Worked on document index chart | 729.00 |
| 06/10/2002 | Abbott, A. B. | 2.50 | Meeting with D. Rosenfeld regarding S. Ali deposition; review | 350.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1079637
Services Through: June 30, 2002
Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | deposition notices; telephone call to G. Rubin regarding recording of deposition; draft letter to G. Rubin and S. Jenkins regarding format of deposition |  |
| 06/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/11/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; review and analyze notice regarding status conference; review and analyze miscellaneous pleadings. | 170.00 |
| 06/11/2002 | Rosenfeld, D. E. | 10.20 | Prepare for S. Ali deposition | 2703.00 |
| 06/11/2002 | Cahill, R. | 3.90 | Worked on document index chart | 526.50 |
| 06/11/2002 | Abbott, A. B. | 5.00 | Meeting with D. Rosenfeld regarding S. Ali deposition; analyze and compile documents for deposition preparation of S. Ali | 700.00 |
| 06/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/12/2002 | Hutchins, J. C. | .90 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding preparation for deposition, deposing Shaw; review and analyze docket updates. | 306.00 |
| 06/12/2002 | Rosenfeld, D. E. | 10.30 | Draft practice deposition; draft request for admissions | 2729.50 |
| 06/12/2002 | Cahill, R. | 2.90 | Worked on deposition preparation index and notebook | 391.50 |
| 06/12/2002 | Abbott, A. B. | 2.00 | Compile exhibits from A. Bokhari deposition; edit chronological index of documents for S. Ali deposition preparation; meeting with D. Rosenfeld regarding S. Ali deposition preparation | 280.00 |
| 06/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/13/2002 | Hutchins, J. C. | 1.60 | Review and analyze docket updates; conference with D. Rosenfeld; review and analyze S&W complaint against Saudi ARAMCO; receive and review e-mail from K. Dalton; prepare and | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1079637
Services Through: June 30, 2002
Page 6

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | send e-mail to K. Dalton (Monaco office); conference with D. Rosenfeld regarding implications, inconsistent positions taken and possible intervention/third party complaint. |  |
| 06/13/2002 | Rosenfeld, D. E. | 8.80 | Draft practice deposition | 2332.00 |
| 06/13/2002 | Cahill, R. | .80 | Worked on document index | 108.00 |
| 06/13/2002 | Abbott, A. B. | 8.50 | Conduct legal research regarding intervention of right and permissive intervention; analyze documents and discovery responses for S. Ali deposition preparation; meeting with D. Rosenfeld regarding same | 1190.00 |
| 06/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/14/2002 | Hutchins, J. C. | .70 | Conference with D. Rosenfeld, S. Ali, C. Jebeyli and A. Abbott regarding deposition preparation and strategies regarding Saudi ARAMCO situations. | 238.00 |
| 06/14/2002 | Rosenfeld, D. E. | 10.30 | Prepare for S. Ali deposition | 2729.50 |
| 06/14/2002 | Abbott, A. B. | 10.00 | Deposition preparation with S. Ali, D. Rosenfeld and C. Jebeyli; meeting with D. Rosenfeld regarding same; prepare materials regarding deposition | 1400.00 |
| 06/15/2002 | Rosenfeld, D. E. | 8.50 | Prepare for S. Ali deposition | 2252.50 |
| 06/15/2002 | Abbott, A. B. | 9.00 | Deposition preparation with S. Ali and D. Rosenfeld; review materials in preparation for deposition | 1260.00 |
| 06/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/17/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings. | 136.00 |
| 06/17/2002 | Rosenfeld, D. E. | 9.20 | Prepare for S. Ali deposition | 2438.00 |
| 06/17/2002 | Abbott, A. B. | 12.00 | Travel to New York for S. Ali deposition; discuss deposition and strategy with D. Rosenfeld, C. Jebeyli and S. Ali; review documents in preparation for same | 1680.00 |
| 06/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1079637
Services Through: June 30, 2002
Page 7

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 06/18/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 102.00 |
| 06/18/2002 | Rosenfeld, D. E. | 12.70 | Prepare for deposition of S. Ali; attend deposition of S. Ali; conferences with C. Jebeyli | 3365.50 |
| 06/18/2002 | Abbott, A. B. | 12.50 | Meeting with D. Rosenfeld and S. Ali regarding deposition; attend S. Ali deposition; conference with C. Jebeyli and D. Rosenfeld | 1750.00 |
| 06/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 06/19/2002 | Hutchins, J. C. | 1.20 | Review and analyze miscellaneous pleadings regarding substantive consolidation, claims objections; review and analyze opposition to substantive consolidation; telephone call from D. Rosenfeld regarding S Ali deposition. | 408.00 |
| 06/19/2002 | Rosenfeld, D. E. | 13.10 | Prepare for deposition of S. Ali; attend deposition of S. Ali; conferences with C. Jebeyli and S. Ali concerning deposition | 3471.50 |
| 06/19/2002 | Abbott, A. B. | 13.20 | Meeting with D. Rosenfeld and S. Ali regarding deposition; attend S. Ali deposition; meeting with D. Rosenfeld, S. Ali and C. Jebeyli regarding litigation strategy; travel to Boston | 1848.00 |
| 06/20/2002 | Hutchins, J. C. | 1.00 | Review and analyze docket updates, telephone conference with D. Rosenfeld; attention to strategic analysis. | 340.00 |
| 06/20/2002 | Rosenfeld, D. E. | 6.20 | Travel from New York; draft strategy letter | 1643.00 |
| 06/20/2002 | Abbott, A. B. | 4.00 | Draft memo to D. Rosenfeld regarding Shaw's and Stone and Webster's strategy, interested parties and common interests | 560.00 |
| 06/21/2002 | Hutchins, J. C. | 1.00 | Conference with D. Rosenfeld regarding S. Ali deposition and case strategy and tactics. | 340.00 |
| 06/21/2002 | Rosenfeld, D. E. | 3.80 | Prepare strategy letter; telephone | 1007.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1079637
Services Through: June 30, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | conference with S. Ali; conference with A. Abbott and J. Hutchins | |
| 06/21/2002 | Abbott, A. B. | 3.00 | Review A. Bokhari deposition; draft memo regarding topics on which A. Bokhari's testimony is necessary; meeting with D. Rosenfeld regarding S. Ali deposition testimony | 420.00 |
| 06/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/24/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates and miscellaneous pleadings. | 68.00 |
| 06/24/2002 | Abbott, A. B. | 5.00 | Conduct legal research regarding right of setoff and automatic stay; draft memo regarding same | 700.00 |
| 06/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/25/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; conference with A. Abbott. | 102.00 |
| 06/25/2002 | Abbott, A. B. | 4.50 | Conduct legal research regarding intervention, post-petition setoff and code provisions restricting setoff | 630.00 |
| 06/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/26/2002 | Hutchins, J. C. | .60 | Review and analyze docket entries; review and analyze miscellaneous pleadings; receive and review e-mail from Monaco firm. | 204.00 |
| 06/26/2002 | Abbott, A. B. | 8.50 | Review docket; analyze Abdullah Said Bugshan & Brothers' proof of claim, Debtors' objection, Abdullah Said Bugshan & Brothers' response and Debtors' complaint against Saudi Arabian Oil Company; draft memo regarding same | 1190.00 |
| 06/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/27/2002 | Hutchins, J. C. | .40 | Review and analyze docket entries; review and analyze miscellaneous pleadings. | 136.00 |
| 06/27/2002 | Rosenfeld, D. E. | .60 | Prepare strategy | 159.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1079637
Services Through: June 30, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 06/27/2002 | Abbott, A. B. | 6.80 | Draft first request for admissions directed to Debtors; edit memo regarding interested parties, common interests and pending litigations; review notes from S. Ali deposition | 952.00 |
| 06/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceeding | 8.50 |
| 06/28/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 102.00 |
| 06/28/2002 | Abbott, A. B. | 6.30 | Draft and edit request for admissions directed to debtors; conduct legal research regarding permissive intervention and intervention as of right in bankruptcy proceeding | 882.00 |

TOTAL FEES $57,127.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 123.1 hrs. | @ $140 $/hr = | 17,234.00 |
| R. Cahill | 13.0 hrs. | @ $135 $/hr = | 1,755.00 |
| L. A. Geyer | 1.8 hrs. | @ $85 $/hr = | 153.00 |
| J. C. Hutchins | 11.8 hrs. | @ $340 $/hr = | 4,012.00 |
| D. E. Rosenfeld | 128.2 hrs. | @ $265 $/hr = | 33,973.00 |

TOTAL FEES $57,127.00

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 2.94 |
| Facsimile | 16.50 |
| Copying Expense | 348.30 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

July 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1079637
Services Through: June 30, 2002
Page 10

---

| | |
|---|---:|
| Word Processing | 174.20 |
| Lexis Research | 785.50 |
| Westlaw Research | 17.84 |
| Travel Expenses | 2,150.33 |
| Transportation Expenses | 30.00 |
| Cab Fare | 26.75 |
| Air Fare | 1,139.70 |
| Binding Charges | 12.00 |
| Court Reporter Fee | 463.85 |
| DISBURSEMENTS & OTHER CHARGES | $5,167.91 |
| **CURRENT INVOICE DUE** | $62,294.91 |
| PAST DUE INVOICE | $63,985.23 |
| **TOTAL AMOUNT DUE** | $126,280.14 |