

**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd 11421  
SAUDI ARABIA

Our File Number: 0508830.0901  
Invoice: 1087413  
Services Through: July 31, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 07/01/2002 | Abbott, A. B. | 6.50 | Analyze caselaw regarding intervention; draft motion to intervene; review bankruptcy code provisions regarding right of set-off | 910.00 |
| 07/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 07/02/2002 | Rosenfeld, D. E. | 8.20 | Draft letter to client; telephone conference with A. Bokhari; research regarding bankruptcy issues concerning letter of credit 969 | 2173.00 |
| 07/02/2002 | Abbott, A. B. | 7.00 | Conduct legal research regarding deposition notices and subpoenas; draft deposition notices; meeting with D. Rosenfeld regarding same; conference call with D. Rosenfeld and K. Mangan regarding service of deposition notices; draft motion to intervene | 980.00 |
| 07/03/2002 | Geyer, L. A. | .30 | Update Stone & Webster adversary docket; per attorney request-search Pacer for new adversary proceeding; download docket and e-mail | 25.50 |
| 07/03/2002 | Rosenfeld, D. E. | 5.20 | Draft letter to client regarding status | 1378.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 4

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 07/03/2002 | Abbott, A. B. | 6.50 | Conference with D. Rosenfeld regarding status of litigation; review video tapes of S. Ali deposition; revise memo regarding right of set-off; draft list of deposition topics for 30(b)(6) deposition of Shaw; draft motion to intervene | 910.00 |
| 07/05/2002 | Rosenfeld, D. E. | 2.80 | Revise and edit letter to client; prepare letter to K. Mangan; review correspondence and docket updates | 742.00 |
| 07/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/08/2002 | Hutchins, J. C. | 2.90 | Review and analyze docket updates; review and analyze numerous pleadings; receive and review e-mail from Skadden; brief conference with D. Rosenfeld; review and analyze deposition transcript of S. Ali. | 986.00 |
| 07/08/2002 | Rosenfeld, D. E. | 8.60 | Review S. Ali deposition transcripts; prepare strategy | 2279.00 |
| 07/08/2002 | Abbott, A. B. | 7.00 | Draft motion to intervene; review docket and related proceedings; review Debtors' omnibus objections to claims filed | 980.00 |
| 07/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/09/2002 | Hutchins, J. C. | 3.80 | Review and analyze numerous pleadings; review and analyze docket update; prepare and send e-mail to D. Rosenfeld; review and analyze deposition transcript of S. Ali. | 1292.00 |
| 07/09/2002 | Rosenfeld, D. E. | 5.20 | Review S. Ali deposition transcripts; review Asset Purchase Agreement; conference with K. Mangan; prepare deposition notices | 1378.00 |
| 07/09/2002 | Abbott, A. B. | 3.00 | Analyze related adversary proceedings; revise motion to intervene | 420.00 |
| 07/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/10/2002 | Hutchins, J. C. | 3.10 | Review and analyze deposition transcript; review and analyze miscellaneous pleadings and docket updates. | 1054.00 |
| 07/10/2002 | Cahill, R. | 3.10 | Review deposition video and transcript | 418.50 |
| 07/10/2002 | Abbott, A. B. | 6.00 | Review and analyze S. Ali deposition transcript; draft outline of same | 840.00 |
| 07/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/11/2002 | Hutchins, J. C. | 3.40 | Review and analyze deposition transcript of S. Ali; review and analyze exhibits from deposition; research and analyze various issues raised by deposition. | 1156.00 |
| 07/11/2002 | Cahill, R. | 7.20 | Review deposition video and transcript | 972.00 |
| 07/11/2002 | Abbott, A. B. | 6.00 | Review and analyze S. Ali deposition and prepare outline of pertinent issues; telephone call with K. Mangan regarding deposition notices | 840.00 |
| 07/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/12/2002 | Hutchins, J. C. | 3.30 | Review and analyze S. Ali deposition transcript and exhibits. | 1122.00 |
| 07/12/2002 | Cahill, R. | 5.20 | Worked on deposition video and transcript | 702.00 |
| 07/12/2002 | Abbott, A. B. | 7.00 | Analyze S. Ali deposition transcript; draft memo regarding issues raised during deposition; compile deposition exhibits; telephone calls with K. Mangan regarding deposition notices | 980.00 |
| 07/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/15/2002 | Hutchins, J. C. | 2.30 | Review and analyze deposition transcripts; review and analyze exhibits; review and analyze docket updates; review and analyze miscellaneous pleadings. | 782.00 |
| 07/15/2002 | Rosenfeld, D. E. | 6.80 | Draft letter to client; review | 1802.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1087413
Services Through: July 31, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | transcripts and videotape | |
| 07/15/2002 | Abbott, A. B. | 8.00 | Meeting with D. Rosenfeld regarding deposition strategy; review of J. Smith deposition; draft letter to G. Rubin regarding opposition to discovery; revise motion to intervene; conduct research regarding G. Halpin's contact information | 1120.00 |
| 07/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/16/2002 | Hutchins, J. C. | 2.60 | Review and analyze deposition transcripts and exhibits; review and analyze docket updates; review and analyze miscellaneous pleadings. | 884.00 |
| 07/16/2002 | Rosenfeld, D. E. | 8.80 | Research summary judgment regarding contract interpretation; conference with A. Abbott | 2332.00 |
| 07/16/2002 | Abbott, A. B. | 8.30 | Conference with D. Rosenfeld and J. Hutchins regarding S. Ali deposition; conduct legal research regarding use of extrinsic evidence and contract interpretation; review J. Carroll deposition transcript; telephone call with S. Jenkins regarding discovery; meeting with D. Rosenfeld regarding discovery | 1162.00 |
| 07/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/17/2002 | Rosenfeld, D. E. | 7.90 | Deposition review; prepare letter to client regarding strategy | 2093.50 |
| 07/17/2002 | Abbott, A. B. | 5.70 | Conference call with K. Mangan regarding discovery procedure; analyze caselaw regarding subjective intent and contract interpretation; review documents regarding equity contributions to BSW | 798.00 |
| 07/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/18/2002 | Hutchins, J. C. | 4.10 | Review and analyze S. Ali deposition transcript; review and analyze videotapes; review and | 1394.00 |

**K&L**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 7

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | analyze transcripts and exhibits to transcripts; prepare analysis. | |
| 07/18/2002 | Abbott, A. B. | 4.50 | Revise and edit motion to intervene | 630.00 |
| 07/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/19/2002 | Hutchins, J. C. | 6.40 | Review and analyze videotapes of S. Ali deposition; conference with D. Rosenfeld and A. Abbott regarding legal and factual issues, strategies, research, etc. | 2176.00 |
| 07/19/2002 | Rosenfeld, D. E. | 7.40 | Conference with A. Abbott and J. Hutchins regarding strategy and deposition issues; telephone conferences with E. Meehan regarding scheduling issues; draft letter to E. Meehan regarding scheduling issues | 1961.00 |
| 07/19/2002 | Abbott, A. B. | 7.50 | Conference with D. Rosenfeld and J. Hutchins regarding S. Ali deposition; review file in preparation for same | 1050.00 |
| 07/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/22/2002 | Hutchins, J. C. | 1.20 | Review and analyze docket updates; review and analyze pleadings regarding substantive consolidation, review and analyze motions to sell assets; conference with D. Rosenfeld regarding discovery, summary judgment. | 408.00 |
| 07/22/2002 | Rosenfeld, D. E. | 8.40 | Draft letters to opposing counsel regarding discovery issues; telephone conferences with E. Meehan and S. Jenkins regarding discovery issues; prepare letter to client; review pleadings from opposing counsel; research regarding summary judgment | 2226.00 |
| 07/22/2002 | Abbott, A. B. | 5.00 | Review and compile documents pertaining to BSW's accounting practices and financial analysis of Ras Tanura project; edit and revise motion to intervene | 700.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/23/2002 | Hutchins, J. C. | 3.80 | Receive and review e-mail from D. Rosenfeld; review and analyze S&W motion for partial summary judgment regarding L/C 959; review and analyze exhibits to motion; conference with D. Rosenfeld and A. Abbott regarding response to motion, research issues, etc. | 1292.00 |
| 07/23/2002 | Rosenfeld, D. E. | 10.60 | Review opposition to motion for partial summary judgment; review prior pleadings regarding judgment on the pleadings and summary judgment; teleconferences with S. Jenkins and E. Meehan regarding scheduling | 2809.00 |
| 07/23/2002 | Abbott, A. B. | 8.20 | Review and analyze Debtor's motion for partial summary judgment; conference with D. Rosenfeld and J. Hutchins regarding same; conduct research regarding historic exchange rates of Saudi Riyals | 1148.00 |
| 07/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/24/2002 | Hutchins, J. C. | 3.50 | Review and analyze docket entries; prepare and send e-mail to D. Rosenfeld; conference with D. Rosenfeld and A. Abbott regarding L/C 969 and Rumanian judgment/MSR bank claim; review and analyze cases cited by S&W in partial SJ motion regarding L/C 969; telephone call to D. Rosenfeld; conference with D. Rosenfeld; review and analyze claims procedures/objections; conference with A. Abbott. | 1190.00 |
| 07/24/2002 | Rosenfeld, D. E. | 11.80 | Prepare opposition to motion for partial summary judgment and research regarding same | 3127.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/24/2002 | Abbott, A. B. | 8.50 | Conference with J. Hutchins and D. Rosenfeld regarding letter of credit 969; conduct research and analyze case law regarding affidavits and verifications in support of summary judgment motion; review motion for judgment on the pleadings and opposition; meeting with D. Rosenfeld regarding same | 1190.00 |
| 07/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/25/2002 | Hutchins, J. C. | 2.80 | Review and analyze miscellaneous pleadings; review and analyze records regarding letters of credit; review and analyze records regarding MISR court proceedings and judgment against MISR; telephone call to D. Rosenfeld. | 952.00 |
| 07/25/2002 | Rosenfeld, D. E. | 11.50 | Prepare opposition to motion for partial summary judgment and research regarding same; telephone conferences with E. Meehan regarding status and scheduling | 3047.50 |
| 07/25/2002 | Abbott, A. B. | 2.00 | Meeting with D. Rosenfeld regarding opposition to motion for summary judgment; research regarding personal knowledge; analyze case law regarding burden of proof; draft memo regarding same | 280.00 |
| 07/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/26/2002 | Hutchins, J. C. | 2.90 | Review files and records regarding L/C's, Rumanian judgment v. MISR; telephone conference with D. Rosenfeld, A. Abbott and C. Jebeyli. | 986.00 |
| 07/26/2002 | Rosenfeld, D. E. | 11.30 | Prepare for meeting with C. Jebeyli; research regarding standing; summary judgment evidence standards in District of Delaware; meeting with client; letters to Clifford Chance and S. | 2994.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/26/2002 | Abbott, A. B. | 6.50 | Ali; review pleadings Analyze case law regarding evidentiary requirements of motion for summary judgment; draft memo regarding burden of proof; meeting with C. Jebeyli, D. Rosenfeld and J. Hutchins; review documents | 910.00 |
| 07/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/29/2002 | Hutchins, J. C. | .70 | Review and analyze "ripeness" arguments regarding S&W Summary Judgment Motion; telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings | 238.00 |
| 07/29/2002 | Rosenfeld, D. E. | 10.20 | Prepare opposition to motion for partial summary judgment | 2703.00 |
| 07/29/2002 | Cahill, R. | 2.10 | Worked on comparing documents with S A B production | 283.50 |
| 07/29/2002 | Abbott, A. B. | 6.50 | Revise memo regarding burden of proof; research and analyze case law regarding certifications and affidavits in support of motion for summary judgment | 910.00 |
| 07/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 07/30/2002 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; file maintenance; conference with D. Rosenfeld | 170.00 |
| 07/30/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to motion for partial summary judgment | 2173.00 |
| 07/30/2002 | Cahill, R. | 3.80 | Review documents against production documents | 513.00 |
| 07/30/2002 | Abbott, A. B. | 2.00 | Analyze case law regarding motions to strike; review J. Carroll deposition transcript | 280.00 |
| 07/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 07/31/2002 | Hutchins, J. C. | .40 | Review and analyze miscellaneous pleadings; docket; file maintenance | 136.00 |
| 07/31/2002 | Rosenfeld, D. E. | 7.20 | Prepare opposition to motion for partial summary judgment; telephone conferences with Haider | 1908.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1087413
Services Through: July 31, 2002
Page 11

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 07/31/2002 | Abbott, A. B. | 1.00 | and A. Bokhari; conference with A. Abbott; draft analysis of reasons to oppose motion; research regarding third-party beneficiary Meeting with D. Rosenfeld regarding cross motion for summary judgment; conduct research regarding same | 140.00 |

TOTAL FEES $73,607.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 122.7 hrs. | @$140 $/hr | = | 17,178.00 |
| R. Cahill | 21.4 hrs. | @$135 $/hr | = | 2,889.00 |
| L. A. Geyer | 2.3 hrs. | @$ 85 $/hr | = | 195.50 |
| J. C. Hutchins | 47.7 hrs. | @$340 $/hr | = | 16,218.00 |
| D. E. Rosenfeld | 140.1 hrs. | @$265 $/hr | = | 37,126.50 |

TOTAL $73,607.00
Less Discount $-7,400.00

**TOTAL FEES** **$66,207.00**

---

**DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.30 |
| Facsimile | 14.25 |
| Postage | 3.94 |
| Copying Expense | 590.04 |
| Copying Expense (Outside | 103.19 |
| Long Distance Courier | 99.45 |
| Lexis Research | 1,369.50 |
| Travel Expenses | 1,873.06 |
| Transportation Expenses | 808.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

August 31, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1087413
Services Through: July 31, 2002
Page 12

| | |
|---|---:|
| Cab Fare | 171.10 |
| Air Fare | 350.44 |
| Business Meal | 334.21 |
| Binding Charges | 18.00 |
| Charge for Transcripts | 998.18 |
| DISBURSEMENTS & OTHER CHARGES | $6,733.66 |
| **CURRENT INVOICE DUE** | **$72,940.66** |