

**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002

Guaranty Matter

For Professional Services Rendered

**FEES**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/01/2002 | Hutchins, J. C. | .60 | Document organization; receive and review e-mail A. Abbott regarding same; prepare and send e-mail Abbott; conference with D. Rosenfeld | 204.00 |
| 08/01/2002 | Rosenfeld, D. E. | 8.20 | Research summary judgment; prepare letter regarding motion for partial summary judgment; telephone conference with G. Rubin | 2173.00 |
| 08/01/2002 | Abbott, A. B. | 4.00 | Review documents; review and email letter to A. Bokhari | 560.00 |
| 08/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/02/2002 | Hutchins, J. C. | 1.40 | Review correspondence from D. Rosenfeld to Bokhari; conference with D. Rosenfeld regarding same and records from Clifford Chance; review and analyze miscellaneous pleadings; work on response | 476.00 |
| 08/02/2002 | Rosenfeld, D. E. | 2.10 | Review correspondence from client and Clifford Chance | 556.50 |
| 08/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/05/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; conference with D. | 102.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**
September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/05/2002 | Rosenfeld, D. E. | 4.70 | Rosenfeld Prepare opposition to motion for partial summary judgment | 1245.50 |
| 08/05/2002 | Abbott, A. B. | 7.00 | Review asset purchase agreement and conduct research regarding contract interpretation and questions of fact | 980.00 |
| 08/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/06/2002 | Hutchins, J. C. | 1.70 | Review correspondence from A. Bokhari; telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings in main bankruptcy case; review and analyze docket updates | 578.00 |
| 08/06/2002 | Rosenfeld, D. E. | 3.20 | Telephone conference with client; prepare letter to client regarding motion for partial summary judgment; telephone conferences with S. Ali and H. Al-Shakhes | 848.00 |
| 08/06/2002 | Abbott, A. B. | 4.50 | Conduct legal research and analyze case law regarding standing, ripeness and indispensable parties; conference with D. Rosenfeld regarding motion for summary judgment | 630.00 |
| 08/07/2002 | Hutchins, J. C. | 1.40 | Review and analyze docket updates; file maintenance; conference with D. Rosenfeld; research and analyze preference law and elements of ordinary course of business defense | 476.00 |
| 08/07/2002 | Rosenfeld, D. E. | 2.90 | Review Clifford Chance file and prepare opposition for motion for partial summary judgment | 768.50 |
| 08/07/2002 | Abbott, A. B. | 5.00 | Analyze case law regarding standing and doctrines of justiciability; draft memo regarding same | 700.00 |
| 08/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/08/2002 | Hutchins, J. C. | .60 | Review and analyze preference case law; conference with D. | 204.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:    1095525
Services Through: August 31, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Rosenfeld; review and analyze docket updates | |
| 08/08/2002 | Rosenfeld, D. E. | 3.80 | Prepare opposition to motion for partial summary judgment; review Clifford Chance file | 1007.00 |
| 08/08/2002 | Abbott, A. B. | 5.50 | Analyze case law regarding standing and justiciability; draft memo regarding same | 770.00 |
| 08/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/09/2002 | Hutchins, J. C. | .20 | Review and analyze docket updates | 68.00 |
| 08/09/2002 | Rosenfeld, D. E. | 3.90 | Prepare opposition to motion for partial summary judgment | 1033.50 |
| 08/09/2002 | Abbott, A. B. | 6.50 | Edit and revise memo regarding standing and ripeness; draft procedural background for motion for summary judgment | 910.00 |
| 08/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/12/2002 | Hutchins, J. C. | 1.70 | Review and analyze miscellaneous pleadings; review and analyze records regarding LC 969; conference with D. Rosenfeld; review and analyze Shaw third omnibus objection to claims vs time limit for objections; review and analyze pleadings regarding substantive consolidation | 578.00 |
| 08/12/2002 | Rosenfeld, D. E. | 4.20 | Prepare opposition to motion for partial summary judgment | 1113.00 |
| 08/12/2002 | Rosenfeld, D. E. | 1.20 | Telephone conference with local counsel regarding hearing in bankruptcy court; telephone conference with G. Rubin regarding scheduling issues | 318.00 |
| 08/12/2002 | Abbott, A. B. | 8.30 | Analyze caselaw regarding standing and indispensable party; draft memo regarding same | 1162.00 |
| 08/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/13/2002 | Hutchins, J. C. | 1.90 | Review and analyze S&W motion for partial summary judgment and issue raised regarding letter of | 646.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | credit; conference with D. Rosenfeld regarding response and status of Shaw action; review and analyze miscellaneous pleading | |
| 08/13/2002 | Rosenfeld, D. E. | 5.90 | Prepare opposition to motion for partial summary judgment; telephone conference with K. Mangan; review correspondence from K. Mangan | 1563.50 |
| 08/13/2002 | Abbott, A. B. | 8.50 | Review local rules of U.S. District Court for District of Delaware; revise memo regarding failure to join indispensable party; meeting with D. Rosenfeld regarding same; conference call with D. Rosenfeld and G. Rubin regarding scheduling; draft letter to G. Rubin regarding same; conduct research regarding motion to compel | 1190.00 |
| 08/14/2002 | Serrao, K. A. | .10 | Update Stone & Webster adversary dockets and email regarding same | 14.50 |
| 08/14/2002 | Hutchins, J. C. | 3.20 | Review and analyze docket updates; review and analyze Shaw motion for summary judgment; review and analyze various documents, APA, schedules to APA; conference with D. Rosenfeld | 1088.00 |
| 08/14/2002 | Rosenfeld, D. E. | 9.10 | Review summary judgment motion | 2411.50 |
| 08/14/2002 | Abbott, A. B. | 3.80 | Review Shaw's motion for summary judgment; meeting with D. Rosenfeld regarding opposition to Shaw's motion for summary judgment | 532.00 |
| 08/15/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 08/15/2002 | Hutchins, J. C. | 3.80 | Review and analyze docket updates; review and analyze exhibits to Shaw motion for summary judgment; conference with D. Rosenfeld and A. Abbott regarding strategy, recommendation to client and Shaw | 1292.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice: 1095525  
Services Through: August 31, 2002  
Page 7

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | motion for summary judgment; review and analyze miscellaneous drafts | |
| 08/15/2002 | Rosenfeld, D. E. | 8.90 | Meeting with J. Hutchins and A. Abbott regarding strategy and review of summary judgment motion; review summary judgment motion; prepare email to A. Bokhari and C. Jebeyli | 2358.50 |
| 08/15/2002 | Librarian | .40 | Pull cases for A. Abbott in Westlaw | 42.00 |
| 08/15/2002 | Abbott, A. B. | 9.50 | Conference with D. Rosenfeld and J. Hutchins regarding Shaw's motion for summary judgment; review and analyze asset purchase agreement | 1330.00 |
| 08/16/2002 | Serrao, K. A. | .10 | Docket search and email regarding same | 14.50 |
| 08/16/2002 | Hutchins, J. C. | 2.50 | Review and analyze exhibits to Shaw summary judgment motion; conference with A. Abbott regarding various research; prepare and send e-mail to A. Abbott and D. Rosenfeld regarding issues to be researched; conference with D. Rosenfeld regarding report letter to client; review and analyze draft report letter to client; revise and edit same; conference with D. Rosenfeld regarding same | 850.00 |
| 08/16/2002 | Rosenfeld, D. E. | 8.80 | Prepare letter to client concerning status and advice | 2332.00 |
| 08/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/19/2002 | Hutchins, J. C. | 1.80 | Review and analyze miscellaneous pleadings; review and analyze summary judgment motions by S&W regarding certain claims; conference with D. Rosenfeld; review correspondence from D. Rosenfeld to C. Jebeyli and A. Bokhari | 612.00 |
| 08/19/2002 | Rosenfeld, D. E. | 8.90 | Prepare opposition to Shaw's | 2358.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice:   1095525  
Services Through: August 31, 2002  
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/19/2002 | Abbott, A. B. | 8.30 | motion for summary judgment Meeting with D. Rosenfeld regarding opposition to Shaw's motion for summary judgment; analyze docket entries and review documents regarding cure claims and schedules to APA | 1162.00 |
| 08/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/20/2002 | Hutchins, J. C. | 1.30 | Review and analyze pleadings regarding settlement of certain claims by S&W/preference claim withdrawal; review and analyze S&W motion for partial sum judgment; attention to file maintenance | 442.00 |
| 08/20/2002 | Rosenfeld, D. E. | 1.50 | Prepare opposition to Shaw's motion for summary judgment | 397.50 |
| 08/20/2002 | Rosenfeld, D. E. | 2.40 | Prepare opposition to debtors' motion for partial summary judgment | 636.00 |
| 08/20/2002 | Abbott, A. B. | 2.50 | Review of SAMBA's requests for production of documents and Debtors' responses; search docket to determine court's approval of various schedules | 350.00 |
| 08/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 08/21/2002 | Hutchins, J. C. | 1.30 | Review and analyze docket updates and pleadings regarding substantive consolidation; review and analyze omnibus claims objections by creditors committee; review and analyze omnibus objections by Shaw regarding late filing | 442.00 |
| 08/21/2002 | Rosenfeld, D. E. | 5.30 | Prepare opposition to Shaw's motion for summary judgment | 1404.50 |
| 08/21/2002 | Rosenfeld, D. E. | 2.80 | Prepare opposition to debtors' motion for partial summary judgment | 742.00 |
| 08/21/2002 | Abbott, A. B. | 4.00 | Legal research regarding application of foreign law and burden of proof; review docket | 560.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/22/2002 | Serrao, K. A. | .80 | entries<br>Conference with L. Geyer and phone call with A. Abbott regarding search for disclosure schedules to asset purchase agreement with Shaw; Pacer search of entire Stone & Webster docket for references to filing of schedule 2.02(e) | 116.00 |
| 08/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/22/2002 | Hutchins, J. C. | .60 | Review and analyze objections to claims, docket update. | 204.00 |
| 08/22/2002 | Rosenfeld, D. E. | 1.30 | Prepare opposition to debtors' motion for partial summary judgment | 344.50 |
| 08/22/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to Shaw's motion for summary judgment; review bankruptcy pleadings; telephone conferences with G. Rubin and S. Jenkins | 2173.00 |
| 08/22/2002 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding burden of proof; e-mail and telephone call to K. Serrao regarding retrieval of schedules to asset purchase agreement | 70.00 |
| 08/23/2002 | Serrao, K. A. | .90 | Review Stone & Webster files for Disclosure Schedules to Asset Purchase Agreement; email and phone call with A. Abbott regarding same | 130.50 |
| 08/23/2002 | Hutchins, J. C. | 1.30 | Review and analyze docket updates; file maintenance; review and analyze records regarding letter of credit claim | 442.00 |
| 08/23/2002 | Rosenfeld, D. E. | 3.40 | Prepare opposition to Shaw's motion for summary judgment | 901.00 |
| 08/23/2002 | Rosenfeld, D. E. | 3.10 | Prepare opposition to debtors' motion for partial summary judgment | 821.50 |
| 08/23/2002 | Rosenfeld, D. E. | 3.20 | Prepare opening brief in support of motion to strike Carroll affidavit | 848.00 |
| 08/23/2002 | Abbott, A. B. | 5.00 | Research and analyze caselaw | 700.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | regarding proof of foreign law; draft memo regarding same | |
| 08/25/2002 | Rosenfeld, D. E. | 3.20 | Draft, revise and edit Al-Shakhes declaration for opposition to motion for partial summary judgment | 848.00 |
| 08/25/2002 | Rosenfeld, D. E. | 5.10 | Prepare opposition to Shaw motion for summary judgment | 1351.50 |
| 08/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/26/2002 | Hutchins, J. C. | 3.40 | Review and analyze docket update; conference with D. Rosenfeld regarding brief in opposition to S&W partial summary judgment motion; revise and edit draft brief; revise and edit Haiden affidavit; revise and edit motion to strike; conference with D. Rosenfeld | 1156.00 |
| 08/26/2002 | Rosenfeld, D. E. | 4.20 | Draft, revise and edit Al-Shakhes declaration, answering brief to motion for partial summary judgment and prepare letter to H. Al-Shakhes; telephone conference with H. Al-Shakhes; conference with A. Abbott and J. Hutchins | 1113.00 |
| 08/26/2002 | Rosenfeld, D. E. | 1.20 | Prepare and revise motion to strike and brief in support | 318.00 |
| 08/26/2002 | Rosenfeld, D. E. | 6.60 | Prepare opposition to motion for summary judgment by Shaw | 1749.00 |
| 08/26/2002 | Abbott, A. B. | 5.50 | Review and edit declaration, order and opposition to motion for partial summary judgment; review docket and schedules to asset purchase agreement | 770.00 |
| 08/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/27/2002 | Hutchins, J. C. | 3.60 | Review and analyze D. Rosenfeld draft brief opposing summary judgment regarding L/C 969; revise and edit brief; conference with D. Rosenfeld; review and analyze docket updates; review and analyze miscellaneous pleadings; | 1224.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 11

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | conference with D. Rosenfeld regarding brief opposing Shaw motion for summary judgment |  |
| 08/27/2002 | Rosenfeld, D. E. | 9.10 | Prepare cross motion for summary judgment | 2411.50 |
| 08/27/2002 | Abbott, A. B. | 10.50 | Review and edit SAMBA's answering brief in opposition to Debtors' motion for summary judgment; draft stipulation regarding extension of time to respond to Shaw's motion for summary judgment; draft certification of counsel and letter to Shaw regarding same; analyze caselaw regarding standing under asset purchase agreement | 1470.00 |
| 08/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/28/2002 | Hutchins, J. C. | 2.30 | Review and analyze docket updates, miscellaneous pleadings; review and analyze proposed exhibits to Haiden affidavit regarding L/C 969; conference with A. Abbott; review and analyze revised brief regarding S&W summary judgment motion | 782.00 |
| 08/28/2002 | Rosenfeld, D. E. | 5.20 | Prepare cross motion for summary judgment | 1378.00 |
| 08/28/2002 | Abbott, A. B. | 6.50 | Conduct research regarding standing; review and edit answering brief | 910.00 |
| 08/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/29/2002 | Hutchins, J. C. | 3.50 | Review and analyze D. Rosenfeld revised draft brief; review and analyze Haider affidavit exhibits and exhibits to S&W summary judgment brief; revise and edit 2d draft of brief; review and analyze SAMBA's claim documents; conference with D. Rosenfeld and A. Abbott regarding redraft; review and analyze docket updates. | 1190.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1095525
Services Through: August 31, 2002
Page 12

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/29/2002 | Rosenfeld, D. E. | 8.20 | Prepare cross motion for summary judgment | 2173.00 |
| 08/29/2002 | Abbott, A. B. | 6.20 | Conference with J. Hutchins and D. Rosenfeld regarding answering brief to Debtors' motion for summary judgment; revise answering brief; attention to ordering of various pleadings from court | 868.00 |
| 08/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 08/30/2002 | Hutchins, J. C. | 2.90 | Review and analyze 3d draft of brief and all exhibits and Haiden affidavit; conference with D. Rosenfeld; review and analyze docket update | 986.00 |
| 08/30/2002 | Rosenfeld, D. E. | 2.10 | Revise and edit opposition to Debtors' motion for partial summary judgment | 556.50 |
| 08/30/2002 | Rosenfeld, D. E. | 8.20 | Draft opposition to Shaw's motion for summary judgment and cross motion for summary judgment by SAMBA | 2173.00 |
| 08/30/2002 | Abbott, A. B. | 3.20 | Draft letter to Debtors and Shaw regarding production of additional documents; bates stamp documents; review answering brief and conference with D. Rosenfeld regarding same | 448.00 |
| 08/31/2002 | Rosenfeld, D. E. | .20 | Telephone conference with H. Al-Shakhes regarding L/C 969 | 53.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTAL FEES |  |  |  | $73,070.00 |
| A. B. Abbott | 114.8 hrs. | @$140 $/hr | = | 16,072.00 |
| L. A. Geyer | 1.7 hrs. | @$ 85 $/hr | = | 144.50 |
| J. C. Hutchins | 41.3 hrs. | @$340 $/hr | = | 14,042.00 |
| Librarian | 0.4 hrs. | @$105 $/hr | = | 42.00 |
| D. E. Rosenfeld | 160.3 hrs. | @$265 $/hr | = | 42,479.50 |
| K. A. Serrao | 2.0 hrs. | @$145 $/hr | = | 290.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

September 20, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1095525
Services Through: August 31, 2002
Page 13

**TOTAL FEES** $73,070.00

DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 37.55 |
| Facsimile | 77.25 |
| Copying Expense | 315.72 |
| Long Distance Courier | 180.68 |
| Lexis Research | 1,362.50 |
| Transportation Expenses | 180.00 |
| Court Reporter Fee | 2,064.70 |
| DISBURSEMENTS & OTHER CHARGES | $4,218.40 |
| **CURRENT INVOICE DUE** | $77,288.40 |
| PAST DUE INVOICE | $72,940.66 |
| **TOTAL AMOUNT DUE** | $150,229.06 |