

**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1103346
Services Through: September 30, 2002

Guaranty Matter

For Professional Services Rendered

## FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/02/2002 | Rosenfeld, D. E. | 3.50 | Telephone conference with C. Jebeyli; review correspondence from C. Jebeyli and H. Al-Shakhes regarding L/C 969; prepare expected revisions to declarations | 927.50 |
| 09/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/03/2002 | Hutchins, J. C. | 2.90 | Conference with D. Rosenfeld regarding Haider affidavit, SAMBA Bharahda affidavit and changes to brief; revise and edit brief; conference with D. Rosenfeld; review and analyze Haider affidavit, Bharahda affidavit; review and analyze miscellaneous pleadings; review and analyze motion to strike as filed; review and analyze brief opposing summary judgment. | 986.00 |
| 09/03/2002 | Rosenfeld, D. E. | 1.20 | Telephone conference with H. Al-Shakhes, B. Bharakda and C. Jebeyli regarding declarations in support of opposition to motion for partial summary judgment | 318.00 |
| 09/03/2002 | Rosenfeld, D. E. | .90 | Revise and edit motion to strike verification of J. Carroll | 238.50 |
| 09/03/2002 | Rosenfeld, D. E. | 8.10 | Prepare opposition to Shaw's motion for summary judgment | 2146.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/03/2002 | Abbott, A. B. | 8.00 | Review and edit SAMBA's answering brief in opposition to Debtors' motion for summary judgment, SAMBA's motion to strike and SAMBA's opening brief in support of motion to strike; attention to filing same; review documents; review proposed orders granting judgment on the pleadings | 1120.00 |
| 09/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/04/2002 | Hutchins, J. C. | 2.80 | Review and analyze brief opposing summary judgment as filed; revise and edit same; revise and edit motion to strike, affidavits, etc. as filed; conference with D. Rosenfeld; review correspondence from D. Rosenfeld to Rubin regarding stipulation to dismiss claims regarding expired L/C's. | 952.00 |
| 09/04/2002 | Rosenfeld, D. E. | 7.30 | Prepare cross motion for summary judgment; revise and edit order regarding motion for partial summary judgment on the pleadings; telephone conference with G. Rubin; revise emails from K. Mangan and staff | 1934.50 |
| 09/04/2002 | Abbott, A. B. | 2.20 | Revise order granting partial judgment on the pleadings; meeting with D. Rosenfeld regarding same; draft letter to G. Rubin regarding same | 308.00 |
| 09/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/05/2002 | Hutchins, J. C. | 2.10 | Conference with D. Rosenfeld; review and analyze Skadden redraft of stipulation to dismiss expired L/C claims; conference with D. Rosenfeld regarding same; research and analyze L/C issues; conference with D. Rosenfeld regarding Rubin. | 714.00 |
| 09/05/2002 | Rosenfeld, D. E. | 2.30 | Review correspondence from G. Rubin regarding proposed order; | 609.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1103346
Services Through: September 30, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | telephone conference with G. Rubin regarding proposed order and scheduling for October 3, 2002 hearing; prepare cross motion for summary judgment | |
| 09/05/2002 | Abbott, A. B. | 2.00 | Review Debtors' proposed order; review and analyze schedules to asset purchase agreement | 280.00 |
| 09/06/2002 | Serrao, K. A. | .10 | Docket update | 14.50 |
| 09/06/2002 | Hutchins, J. C. | 1.10 | Conference with D. Rosenfeld; review and analyze docket entries and miscellaneous pleadings. | 374.00 |
| 09/06/2002 | Abbott, A. B. | 6.60 | Analyze filed cure claims, order approving asset purchase agreement, various objections and schedules | 924.00 |
| 09/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/09/2002 | Hutchins, J. C. | 1.20 | Conference with D. Rosenfeld regarding response to Shaw summary judgment motion, Meehan settlement feelers and issues to be researched; research and analyze right to intervene in Aramco/Bugsham/S&W case. | 408.00 |
| 09/09/2002 | Rosenfeld, D. E. | 6.40 | Prepare motion for summary judgment | 1696.00 |
| 09/09/2002 | Abbott, A. B. | 6.00 | Conduct legal research regarding assignment of executory contracts | 840.00 |
| 09/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/10/2002 | Hutchins, J. C. | 1.70 | Conference with D. Rosenfeld regarding settlement feelers; receive and review e-mail from D. Rosenfeld; conference with A. Abbott and D. Rosenfeld regarding summary judgment issues and ARAMCO/S&W case; review and analyze miscellaneous pleadings of objections to claims and substantive consolidation. | 578.00 |
| 09/10/2002 | Rosenfeld, D. E. | 10.20 | Telephone conference with clients; prepare motion for summary | 2703.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | judgment and opposition to Shaw's motion for summary judgment | |
| 09/10/2002 | Abbott, A. B. | 7.00 | Analyze case law regarding contract interpretation, creditor beneficiaries and standing to enforce terms of asset purchase agreement; draft memo regarding same; meeting with D. Rosenfeld regarding settlement discussions | 980.00 |
| 09/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/11/2002 | Hutchins, J. C. | 2.40 | Preparation for conference call; conference with D. Rosenfeld; telephone conference with C. Jebeyli, D. Rosenfeld and A. Bokhari; conference with A. Abbott and D. Rosenfeld regarding summary judgment issues. | 816.00 |
| 09/11/2002 | Rosenfeld, D. E. | 7.90 | Prepare motion for summary judgment | 2093.50 |
| 09/11/2002 | Abbott, A. B. | 2.30 | Conference call with C. Jebeyli and A. Bokhari; review documents in preparation for same; conduct legal research regarding third party beneficiaries | 322.00 |
| 09/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/12/2002 | Hutchins, J. C. | 1.10 | Conference with D. Rosenfeld; discuss summary judgment tactics and timing; review and analyze docket updates; receive and review e-mail from D. Rosenfeld to Rubin; review and analyze miscellaneous pleadings. | 374.00 |
| 09/12/2002 | Rosenfeld, D. E. | 1.30 | Prepare motion for summary judgment | 344.50 |
| 09/12/2002 | Abbott, A. B. | 8.20 | Analyze schedules of assets and liabilities, disclosure schedules, assumed contracts and excluded assets; draft memo regarding standing, third party beneficiary and interpretation of asset purchase agreement | 1148.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 7

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/13/2002 | Hutchins, J. C. | 1.80 | Conference with D. Rosenfeld and A. Abbott; review and analyze schedules and exhibits filed by S&W under Section 521. | 612.00 |
| 09/13/2002 | Rosenfeld, D. E. | 9.60 | Prepare motion for summary judgment | 2544.00 |
| 09/13/2002 | Abbott, A. B. | 8.70 | Review and analyze disclosure schedules to asset purchase agreement; meeting with D. Rosenfeld and J. Hutchins regarding same; review docket; draft memo regarding party in interest and third party beneficiaries | 1218.00 |
| 09/16/2002 | Serrao, K. A. | .30 | Review Stone & Webster pleadings file and download disclosure schedules; email to A. Abbott | 43.50 |
| 09/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/16/2002 | Hutchins, J. C. | .80 | Review and analyze docket updates, review and analyze miscellaneous pleadings. | 272.00 |
| 09/16/2002 | Rosenfeld, D. E. | 2.10 | Prepare summary judgment motion | 556.50 |
| 09/16/2002 | Abbott, A. B. | 8.50 | Review and analyze disclosure schedules to Jacobs asset purchase agreement; omnibus objections, orders and objections to sale; conduct research regarding auction proceedings | 1190.00 |
| 09/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/17/2002 | Hutchins, J. C. | 1.10 | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld; receive and review e-mail from A. Bokhari regarding BSW status; receive and review e-mail from Rubin regarding discovery disputes; review and analyze D. Rosenfeld response; conference with A. Abbott regarding information in S&W | 374.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 8

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | schedules. | |
| 09/17/2002 | Rosenfeld, D. E. | 9.30 | Prepare cross motion for summary judgment | 2464.50 |
| 09/17/2002 | Abbott, A. B. | 8.80 | Review and analyze auction proceedings and sale hearings; draft letter to G. Rubin; review order granting partial judgment on the pleadings; meeting with D. Rosenfeld regarding disclosure schedules | 1232.00 |
| 09/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/18/2002 | Hutchins, J. C. | 1.20 | Conference with D. Rosenfeld regarding response of Rubin to Dan's 9/17 letter; review and analyze Rubin response; discuss discovery dispute; brief conference with R.B. Allensworth; review and analyze docket updates; review and analyze S&W motion regarding Bugshan litigation. | 408.00 |
| 09/18/2002 | Rosenfeld, D. E. | 9.40 | Prepare cross motion for summary judgment | 2491.00 |
| 09/18/2002 | Abbott, A. B. | 9.00 | Draft memo regarding interpretation of asset purchase agreement; compile pertinent schedules, orders and contract lists for opposition to motion for summary judgment; meetings with D. Rosenfeld regarding same; analyze sale order | 1260.00 |
| 09/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/19/2002 | Hutchins, J. C. | 1.70 | Receive and review correspondence from Skadden Arps; conference with D. Rosenfeld regarding Skadden motion for summary judgment and reply brief and brief regarding motion to strike and notice regarding close of briefing; conference with D. Rosenfeld regarding responses; review and | 578.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | analyze Nixon Peabody response to objections regarding their cure claims. | |
| 09/19/2002 | Rosenfeld, D. E. | 9.10 | Telephone conference with G. Rubin regarding discovery and schedule of hearings; prepare cross motion for summary judgment | 2411.50 |
| 09/19/2002 | Abbott, A. B. | 9.50 | Draft memo regarding third party beneficiary; conduct legal research regarding failure to object; meeting with D. Rosenfeld regarding opposition to motion for summary judgment | 1330.00 |
| 09/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/20/2002 | Hutchins, J. C. | 3.20 | Review and analyze Skadden response to reply brief, motion to strike Al Shakes affidavit; conference with D. Rosenfeld; review draft letter to Rubin; revise and edit draft letter; prepare response to Skadden motion to strike and response regarding SAMBA motion to strike; review and analyze Skadden response to reply brief regarding summary judgment; conference with D. Rosenfeld and Allensworth regarding briefing summary judgment motions v. Shaw; prepare and send e-mail to C. Jebeyli regarding Bugsham. | 1088.00 |
| 09/20/2002 | Rosenfeld, D. E. | 10.10 | Prepare opposition to summary judgment and cross motion for summary judgment; telephone conferences with local counsel and S. Jenkins; prepare letter to G. Rubin regarding discovery disputes | 2676.50 |
| 09/20/2002 | Abbott, A. B. | 8.80 | Revise and edit memo regarding third party beneficiaries; draft memo regarding contract construction; analyze case law regarding same; draft letter to G. | 1232.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 10

|            |                |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |          |
|------------|----------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |                |      | Rubin regarding discovery; meeting with D. Rosenfeld regarding analysis of asset purchase agreement                                                                                                                                                                                                                                                                                                                                                                                                              |          |
| 09/21/2002 | Rosenfeld, D. E. | 5.20 | Prepare opposition to summary judgment and cross motion for summary judgment                                                                                                                                                                                                                                                                                                                                                                                                                                     | 1378.00 |
| 09/21/2002 | Abbott, A. B.  | 4.50 | Draft memo regarding interpretation of asset purchase agreement                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 630.00  |
| 09/22/2002 | Rosenfeld, D. E. | 4.40 | Prepare opposition to summary judgment and cross motion                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 1166.00 |
| 09/22/2002 | Abbott, A. B.  | 2.00 | Analyze case law regarding construction of ambiguous contract                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 280.00  |
| 09/23/2002 | Geyer, L. A.   | .10  | Update Stone & Webster adversary dockets                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 8.50    |
| 09/23/2002 | Hutchins, J. C. | 3.40 | Receive and review e-mail from D. Rosenfeld to Bokhari; receive and review e-mail from Chebeyli regarding Saudi law; revise and edit reply to debtor's answering brief regarding motions to strike; revise and edit reply to answer brief; review and analyze docket updates and miscellaneous pleadings; review and analyze debtor's reply to SAMBA's answering brief regarding partial S.J.; outline response; conference with D. Rosenfeld; conference with A. Abbott; revise and edit draft letter to Rubin; receive and review e-mail from D. Rosenfeld (x2); review and revise response regarding notice of completion of briefing as filed. | 1156.00 |
| 09/23/2002 | Rosenfeld, D. E. | 8.20 | Prepare opposition to motion to strike affidavits and reply to opposition to motion to strike affidavits; prepare motion for summary judgment; telephone conference with C. Jebeyli                                                                                                                                                                                                                                                                                                                               | 2173.00 |
| 09/23/2002 | Abbott, A. B.  | 7.50 | Draft memo regarding extrinsic                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 1050.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice: 1103346  
Services Through: September 30, 2002  
Page 11

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | evidence and interpretation of specific contractual provisions | |
| 09/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/24/2002 | Hutchins, J. C. | 2.90 | Revise and edit reply to debtor's motion to strike and opposition to SAMBA motion to strike; review and analyze allegation in Debtor's reply brief regarding L/C 969 summary judgment; compare all exhibits and analyze L/C records; outline our response;; proofread and review answer to debtor's motion to strike and reply to debtor's answer regarding SAMBA motion to strike as filed; conference with D. Rosenfeld and A. Abbott (x3); conference regarding Saudi Aramco issues and main summary judgment brief; review and analyze letter from Meehan; conference with D. Rosenfeld regarding response; revise and edit draft response. | 986.00 |
| 09/24/2002 | Rosenfeld, D. E. | 10.30 | Prepare motion for summary judgment | 2729.50 |
| 09/24/2002 | Abbott, A. B. | 7.00 | Conference call with A. Bokhari, S. Ali and J. Marigomen; conduct legal research regarding foundation for use of business records as affiant's basis of knowledge; edit answering brief in opposition to Debtors' motion to strike and reply to Debtors' answering brief in opposition to SAMBA's motion to strike | 980.00 |
| 09/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/25/2002 | Hutchins, J. C. | 2.80 | Attention to reply brief regarding L/C 969; review and analyze draft letter to Asad and Chadan regarding debtor's allegations regarding amended complaint and | 952.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:        1103346
Services Through: September 30, 2002
Page 12

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
|  |  |  | auto stay violation; conference with D. Rosenfeld; revise and edit letter to Meehan; revise and edit letter to Bokhari and Jebeyli; review and analyze Saudi Aramco pleadings. |  |
| 09/25/2002 | Rosenfeld, D. E. | 7.30 | Prepare motion summary judgment and opposition | 1934.50 |
| 09/25/2002 | Abbott, A. B. | 5.00 | Analyze case law regarding contract interpretation; draft memo regarding analysis of terms of asset purchase agreement | 700.00 |
| 09/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 09/26/2002 | Hutchins, J. C. | 2.80 | Draft Sur reply brief; review and analyze D. Rosenfeld to C. Jebeyli; review correspondence from D. Rosenfeld to Meehan; review and analyze draft letter to Rubin regarding discovery cutoff. | 952.00 |
| 09/26/2002 | Rosenfeld, D. E. | 7.80 | Prepare motion for summary judgment | 2067.00 |
| 09/26/2002 | Abbott, A. B. | 2.70 | Review Saudi Aramco pleadings; meeting with D. Rosenfeld regarding sur-reply to Debtors' motion for summary judgment | 378.00 |
| 09/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/27/2002 | Hutchins, J. C. | 3.30 | Revise and edit Sur-reply brief regarding L/C 969 summary judgment; conference with D. Rosenfeld; conference with A. Abbott; research and analyze L/C cases cited by Debtors; review correspondence from D. Rosenfeld to Rubin. | 1122.00 |
| 09/27/2002 | Rosenfeld, D. E. | 10.10 | Prepare motion for summary judgment and letter to C. Jebeyli regarding witness analysis | 2676.50 |
| 09/27/2002 | Abbott, A. B. | 6.00 | Review and edit sur-reply in opposition to Debtors' motion for partial summary judgment; analyze Debtors' reply | 840.00 |
| 09/28/2002 | Hutchins, J. C. | 2.20 | Revise and edit Sur reply brief; | 748.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1103346
Services Through: September 30, 2002
Page 13

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | prepare and send e-mail to D. Rosenfeld. |  |
| 09/28/2002 | Rosenfeld, D. E. | 3.90 | Prepare sur-reply affidavit; prepare motion for summary judgment | 1033.50 |
| 09/29/2002 | Hutchins, J. C. | 1.40 | Revise and edit SAMBA brief; prepare and send e-mail to D. Rosenfeld, A. Abbott; prepare and send e-mail to D. Rosenfeld, A. Abbott, C. Jebeyli. | 476.00 |
| 09/29/2002 | Abbott, A. B. | 1.00 | Review sur-reply | 140.00 |
| 09/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 09/30/2002 | Hutchins, J. C. | 3.90 | Revise and edit Sur Reply brief; conference with D. Rosenfeld and A. Abbott regarding motion for permission to file Sur reply; revise and edit brief; review and analyze L/C documents; proofread and review brief; review and analyze miscellaneous pleadings; review and analyze Saudi Aram,co motion to dismiss brief and exhibits; review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 1326.00 |
| 09/30/2002 | Rosenfeld, D. E. | 9.40 | Prepare motion for summary judgment and opposition, review and revise sur-reply memorandum of law | 2491.00 |
| 09/30/2002 | Abbott, A. B. | 10.10 | Revise sur-reply brief; draft motion for order granting leave to file sur-reply; attention to filing same | 1414.00 |

                          TOTAL FEES                                    $80,072.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 141.4 hrs. | @$140 $/hr | = | 19,796.00 |
| L. A. Geyer | 1.9 hrs. | @$ 85 $/hr | = | 161.50 |
| J. C. Hutchins | 47.8 hrs. | @$340 $/hr | = | 16,252.00 |
| D. E. Rosenfeld | 165.3 hrs. | @$265 $/hr | = | 43,804.50 |
| K. A. Serrao | 0.4 hrs. | @$145 $/hr | = | 58.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1103346
Services Through: September 30, 2002
Page 14

|  |  |
|---|---|
| **TOTAL FEES** | **$80,072.00** |

**DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.15 |
| Facsimile | 19.50 |
| Copying Expense | 1,620.36 |
| Computer Research | 21.00 |
| Word Processing | 442.70 |
| Long Distance Courier | 141.90 |
| Westlaw Research | 2,098.73 |
| Travel Expenses | 9.00 |
| Transportation Expenses | 120.00 |
| Business Meal | 31.45 |
| DISBURSEMENTS & OTHER CHARGES | $4,521.79 |
| **CURRENT INVOICE DUE** | **$84,593.79** |
| PAST DUE INVOICE | $77,288.40 |
| **TOTAL AMOUNT DUE** | **$161,882.19** |