IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INC. et al., | ) ) | Bk. No. 00-02142 (PJW) Jointly Administered |
| | ) | |
| Debtors | ) ) | |
| | ) | |
| SAUDI AMERICAN BANK, Plaintiff | ) ) ) | Adv. No. 01-7766 (PJW) |
| | ) | Civ. No. 04-834-SLR |
| v. | ) ) | |
| THE SHAW GROUP INC., SWINC ACQUISTION THREE, INC., and SWE&C LIQUIDATING TRUSTEE, Defendants | ) ) ) ) ) | |

***EXHIBIT "A"* TO THE REVISED AFFIDAVIT OF AMY B. ABBOTT IN SUUPORT OF SAUDI AMERICAN BANK'S REVISED ITEMIZATION <u>OF ATTORNEYS' FEES AND COSTS</u>**

**Monzack & Monaco, P.A.**
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8163

**Kirkpatrick & Lockhart Nicholson Graham LLP**
John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: November 21, 2006