# **EXHIBIT A**

# K&LNG INVOICES DATED JULY 2000 THROUGH NOVEMBER 2006

## KEY

<mark style="background-color:magenta">Preference and Recovery Actions</mark>

<mark style="background-color:yellow">Recovery Action</mark>

<mark style="background-color:lime">Saudi Aramco Action</mark>