

**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/01/2002 | Hutchins, J. C. | 2.30 | Review and analyze sur-reply brief as filed; review and analyze motion for permission to file sur-reply brief; receive and review e-mail from K. Mangan; review and analyze hearing agenda; review and analyze S&W v. S. Aramco motion to dismiss and exhibits; review and analyze miscellaneous pleadings; review and analyze docket; conference with D. Rosenfeld regarding Meehan telecon; receive and review e-mail from D. Rosenfeld regarding agenda; receive and review e-mail from A. Abbott regarding agenda; receive and review e-mail from K. Mangan to Rubin; review and analyze Skadden notice regarding completion of briefing. | 782.00 |
| 10/01/2002 | Rosenfeld, D. E. | 7.50 | Prepare motion for summary judgment and opposition | 1987.50 |
| 10/01/2002 | Abbott, A. B. | 5.80 | Review hearing agenda and docket; draft memorandum regarding interpretation of Asset Purchase Agreement; review pleadings for | 812.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | scheduling conference | |
| 10/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/02/2002 | Hutchins, J. C. | 1.40 | Receive and review e-mail from D. Rosenfeld regarding agenda completion; receive and review e-mail from K. Mangan; review and analyze S&W opposition to motion to file sur-reply brief; receive and review e-mail from D. Rosenfeld; review and analyze Saudi Aramco motion to dismiss and exhibits regarding Ras Tanura contract, S&W performance guaranty and analysis of Saudi law; conference with D. Rosenfeld regarding Meehan threats regarding amended complaint and auto stay violations. | 476.00 |
| 10/02/2002 | Rosenfeld, D. E. | 10.20 | Prepare for summary judgment hearing, review correspondence from Ed Meehan, Prepare for pretrial conference, Prepare summary judgment papers | 2703.00 |
| 10/02/2002 | Abbott, A. B. | 7.00 | Draft proposed scheduling orders; review hearing agenda; conduct legal research regarding implied terms of contract and parol evidence; meeting with D. Rosenfeld regarding trial schedule | 980.00 |
| 10/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/03/2002 | Hutchins, J. C. | 12.60 | Travel to Wilmington, DE with D. Rosenfeld; review and analyze agenda for hearing; review and analyze Meehan letter regarding amending S&W complaint to add additional counts regarding preferences and violation of automatic stay; conference with K. Mangan and Rosenfeld; review and analyze Rosenfeld draft brief regarding Shaw summary judgment; prepare for and attend | 4284.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | hearings in Bankruptcy court; attend pre-trial conference before Judge Walsh; conference with counsel to Saudi Aramco and AS Bugshan Brothers; travel to Boston; revise and edit D. Rosenfeld draft brief. |  |
| 10/03/2002 | Rosenfeld, D. E. | 14.40 | Prepare for hearing and pretrial conference, conference with J. Hutchins, conference with attorneys Rice and Benson, conference with attorneys Rubin and Meehan, Revise and edit motion for summary judgment | 3816.00 |
| 10/03/2002 | Abbott, A. B. | 4.50 | Draft memorandum regarding interpretation of Asset Purchase Agreement, use of extrinsic evidence and evidence of intent | 630.00 |
| 10/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/04/2002 | Hutchins, J. C. | .80 | Prepare notice regarding conference with counsel to Saudi Aramco and Bugshan Brothers; conference with D. Rosenfeld; conference with A. Abbott regarding assignment of Aramco contract; review and analyze assignment documents. | 272.00 |
| 10/04/2002 | Rosenfeld, D. E. | 7.60 | Prepare motion for summary judgment | 2014.00 |
| 10/04/2002 | Librarian | 1.00 | Search for the whereabouts and other information on eight people for A. Abbott | 105.00 |
| 10/04/2002 | Abbott, A. B. | 7.50 | Revise memorandum regarding interpretation of Asset Purchase Agreement; conduct research regarding waiver of right to object to cure claim; analyze pleadings in associated adversary proceedings | 1050.00 |
| 10/05/2002 | Abbott, A. B. | 5.50 | Conduct research regarding failure to object to cure claim; draft memorandum regarding same | 770.00 |
| 10/07/2002 | Serrao, K. A. | .80 | Stone & Webster - Pacer search for | 116.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | ability to download exhibits to pleading requested by A. Abbott; review pleadings files for same | |
| 10/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/07/2002 | Hutchins, J. C. | 2.90 | Revise and edit D. Rosenfeld brief; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; conference with A. Abbott regarding documents evidencing collateral assignment of Saudi Aramco contract to SAMBA. | 986.00 |
| 10/07/2002 | Rosenfeld, D. E. | 10.60 | Prepare summary judgment motion and opposition | 2809.00 |
| 10/07/2002 | Abbott, A. B. | 3.60 | Revise stipulation; review answering brief; revise memo regarding Shaw's failure to object to cure claim | 504.00 |
| 10/08/2002 | Serrao, K. A. | .30 | Stone & Webster: Review docket #340 and phone call to Parcels regarding exhibits to same; email to A. Abbott regarding results of research | 43.50 |
| 10/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/08/2002 | Hutchins, J. C. | 5.40 | Conference with D. Rosenfeld; revise and edit D. Rosenfeld draft brief regarding Shaw - summary judgment; review and analyze miscellaneous pleadings; review and analyze docket updates, conference with D. Rosenfeld regarding motion to exceed page limit; prepare and send correspondence to F. Monoco. | 1836.00 |
| 10/08/2002 | Rosenfeld, D. E. | 3.20 | Prepare summary judgment motion and opposition | 848.00 |
| 10/08/2002 | Abbott, A. B. | 7.30 | Conduct research regarding contract construction; revise opposition to Shaw's motion for summary judgment | 1022.00 |
| 10/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 7

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/09/2002 | Hutchins, J. C. | 5.10 | Draft section on disputed facts regarding Shaw's motion for summary judgment; revise and edit same; review and analyze Shaw's motion and factual assertions. | 1734.00 |
| 10/09/2002 | Rosenfeld, D. E. | 9.20 | Prepare summary judgment motion and opposition | 2438.00 |
| 10/09/2002 | Abbott, A. B. | 9.20 | Revise opposition to motion for summary judgment | 1288.00 |
| 10/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/10/2002 | Hutchins, J. C. | 4.80 | Revise and edit section regarding disputed facts; conference with D. Rosenfeld regarding various strategic issues; conference with A. Abbott regarding documents; revise and edit D. Rosenfeld drafts; revise and edit disputed facts. | 1632.00 |
| 10/10/2002 | Rosenfeld, D. E. | 16.30 | Prepare summary judgment motion and opposition | 4319.50 |
| 10/10/2002 | Abbott, A. B. | 16.00 | Draft opposition to Shaw's motion for summary judgment; conference with D. Rosenfeld regarding same | 2240.00 |
| 10/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 10/11/2002 | Hutchins, J. C. | 3.10 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings and docket updates; revise and edit disputed facts section for SAMBA's summary judgment brief; review and analyze D. Rosenfeld revised draft of brief; revise and edit same; conference with D. Rosenfeld. | 1054.00 |
| 10/11/2002 | Rosenfeld, D. E. | 8.90 | Prepare summary judgment motion and opposition | 2358.50 |
| 10/11/2002 | Cahill, R. | .90 | Review quotes in brief for correction | 121.50 |
| 10/11/2002 | Abbott, A. B. | 9.00 | Revise SAMBA's opposition to Shaw's motion for summary judgment | 1260.00 |
| 10/12/2002 | Abbott, A. B. | 6.50 | Prepare appendix to opening brief and answering brief | 910.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/13/2002 | Hutchins, J. C. | 3.10 | Revise and edit D. Rosenfeld draft brief for summary judgment | 1054.00 |
| 10/13/2002 | Abbott, A. B. | 3.00 | Prepare appendix to opening brief and answering brief | 420.00 |
| 10/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/14/2002 | Hutchins, J. C. | 4.20 | Telephone conference with D. Rosenfeld; revise and edit D. Rosenfeld draft summary judgment draft; conference with D. Rosenfeld regarding various issues in brief; revise and edit draft. | 1428.00 |
| 10/14/2002 | Rosenfeld, D. E. | 10.30 | Prepare motion for summary judgment and edit same | 2729.50 |
| 10/15/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary proceedings | 8.50 |
| 10/15/2002 | Hutchins, J. C. | 3.50 | Revise and edit summery judgment brief against Shaw and related motion; conference with A. Abbott; conference with D. Rosenfeld; review and analyze Shaw brief and facts disputed. | 1190.00 |
| 10/15/2002 | Abbott, A. B. | 5.00 | Revise opposition to Shaw's motion for summary judgment and cross-motion | 700.00 |
| 10/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/16/2002 | Hutchins, J. C. | 1.80 | Review and analyze revised draft of summary judgment brief against Shaw in recovery action; review and analyze debtors' motion to amend preference complaint; review and analyze amended complaint; conference with A. Abbott; review and analyze facts regarding Ras Tanura contracts. | 612.00 |
| 10/16/2002 | Rosenfeld, D. E. | 10.60 | Prepare motion for summary judgment and edit same | 2809.00 |
| 10/16/2002 | Abbott, A. B. | 4.50 | Review and edit opposition to Shaw's motion for summary judgment and cross-motion for summary judgment | 630.00 |
| 10/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 9

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | dockets | |
| 10/17/2002 | Allensworth, R. B. | 2.00 | Review and comment on summary judgment brief; telephone conference with D. Rosenfeld regarding same | 770.00 |
| 10/17/2002 | Hutchins, J. C. | 4.70 | Review and analyze draft of amended complaint and motion to amend of S&W; review and analyze motion for summary judgment v. Shaw in recovery case; revise and edit same; telephone conference with D. Rosenfeld (x3); conference with A. Abbott; review and analyze miscellaneous pleadings. | 1598.00 |
| 10/17/2002 | Rosenfeld, D. E. | 11.60 | Prepare motion for summary judgment, proposed orders, and motion to strike | 3074.00 |
| 10/17/2002 | Abbott, A. B. | 5.00 | Prepare opposition to Shaw's motion for summary judgment and SAMBA's cross-motion | 700.00 |
| 10/17/2002 | Bell, S. | 1.50 | Review motion for summary judgment; highlight each document with the space bar on it and the exhibit numbers located on each document for A. Abbott | 150.00 |
| 10/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/18/2002 | Hutchins, J. C. | 2.50 | Conference with A. Abbott; review and analyze revised drafts; proofread and review revised draft of summary judgment motion; telephone conference with D. Rosenfeld; review and analyze amended complaint of S&W; conference with A. Abbott (x3); review and analyze docket updates. | 850.00 |
| 10/18/2002 | Rosenfeld, D. E. | 9.40 | Revise and edit motion for summary judgment, proposed orders, and motion to strike, tel. conferences with K. Mangan and A. Abbott, tel. conferences with R.B. Allensworth and J.C. Hutchins | 2491.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/18/2002 | Cahill, R. | .40 | Worked on exhibits for filing | 54.00 |
| 10/18/2002 | Abbott, A. B. | 5.00 | Edit opposition to Shaw's motion for summary judgment and cross-motion; attention to filing same | 700.00 |
| 10/18/2002 | Bell, S. | 1.50 | Review documents; scan documents into scanner using PDF clean-up documents and then e-mail documents to A. Abbott | 150.00 |
| 10/18/2002 | Lim, C. H. | 3.00 | Search of SEC filings by Stone & Webster to locate 3/31 balance sheet publ. 4/30/00 earnings release as corrected | 420.00 |
| 10/19/2002 | Rosenfeld, D. E. | 6.80 | Prepare correspondence to client, review motion to amend the complaint and proposed amended complaint | 1802.00 |
| 10/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/21/2002 | Hutchins, J. C. | 4.20 | Review and analyze docket update; review and analyze miscellaneous pleadings; review and analyze S&W motion to amend complaint and amended complaint; compare amended complaint with original complaint; rough out answers; review and analyze fraudulent conveyance, set off and automatic stay issues and reliance on new factual allegations; conference with D. Rosenfeld and A. Abbott regarding opposing motion to amend, statute of limitations on new preference, set off and fraudulent conveyance counts; research and analyze statute of limitations; research and analyze recovery from intermediate transferee of avoided transfers; prepare and send e-mail to D. Rosenfeld and A. Abbott. | 1428.00 |
| 10/21/2002 | Rosenfeld, D. E. | 10.50 | Telephone conference with clients, conference with J. Hutchins and A. Abbott regarding amended | 2782.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice: 1112668  
Services Through: October 31, 2002  
Page 11

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | complaint, prepare opposition to motion to amend complaint | |
| 10/21/2002 | Abbott, A. B. | 7.50 | Conduct research regarding extra-territorial effect of stay and rules regarding deposition; meeting with D. Rosenfeld and J. Hutchins regarding Debtors' amended complaint | 1050.00 |
| 10/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/22/2002 | Hutchins, J. C. | .90 | Research and analyze statute of limitations; conference with D. Rosenfeld regarding 546(a) N/A actions under 362; review and analyze docket updates and miscellaneous pleadings. | 306.00 |
| 10/22/2002 | Rosenfeld, D. E. | 2.40 | Prepare opposition to motion to amend the complaint | 636.00 |
| 10/22/2002 | Watras, K. | 7.20 | Research for opposition to motion to amend regarding standard of futility, delay and prejudice; draft portion of opposition regarding same | 1080.00 |
| 10/22/2002 | Bell, S. | 2.00 | Sort and separate new filings; maintain correspondence filings and arrange documents into chronological order and create sub-file folders and labels | 200.00 |
| 10/23/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/23/2002 | Hutchins, J. C. | .80 | Conference with D. Rosenfeld regarding opposition to S&W motion to amend complaint; review and analyze miscellaneous pleadings and docket updates; conference with A. Abbott. | 272.00 |
| 10/23/2002 | Rosenfeld, D. E. | 7.40 | Prepare opposition to motion to amend the complaint | 1961.00 |
| 10/24/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 10/24/2002 | Hutchins, J. C. | 1.60 | Review and analyze proposed opposition to motion to amend; revise and edit proposed | 544.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 12

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | settlement; conference with D. Rosenfeld regarding same | |
| 10/24/2002 | Rosenfeld, D. E. | 3.10 | Prepare opposition to amend the complaint, correspondence and telephone calls with K. Mangan | 821.50 |
| 10/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/25/2002 | Hutchins, J. C. | .20 | Conference with D. Rosenfeld and A. Abbott. | 68.00 |
| 10/25/2002 | Rosenfeld, D. E. | 2.10 | Revise and edit opposition, telephone conference with K. Mangan | 556.50 |
| 10/25/2002 | Abbott, A. B. | .80 | Review and edit SAMBA's opposition to Debtors' motion for leave to file Amended Complaint | 112.00 |
| 10/28/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/28/2002 | Hutchins, J. C. | .50 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco, Bugshan settlement; review and analyze Saudi Aramco agreement to pay documents; review and analyze opposition to S&W's motion to amend as filed. | 170.00 |
| 10/28/2002 | Rosenfeld, D. E. | 8.60 | Telephone conference with K. Mangan, review standards of proof regarding proposed complaint for trial preparation, review notices of completion of briefing, telephone conference with S. Jenkins regarding discovery issues | 2279.00 |
| 10/28/2002 | Abbott, A. B. | 6.00 | Review transcript of omnibus hearing; meeting with D. Rosenfeld regarding depositions; conduct research regarding burden of proof and elements of newly pled causes of action; research current addresses of deponents | 840.00 |
| 10/29/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 13

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/29/2002 | Hutchins, J. C. | 1.40 | Review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld; review and analyze assignment of Saudi Aramco/BSW; Ras Tanura contacts; telephone conference with C. Benson (White & Case); draft letter to K. Rice and J. Benson regarding rights to payments under Ras Tanura contract. | 476.00 |
| 10/29/2002 | Rosenfeld, D. E. | 8.80 | Prepare opening and trial strategy, telephone conferences with G. Rubin and S. Jenkins regarding discovery issues | 2332.00 |
| 10/29/2002 | Rosenfeld, D. E. | .10 | | 26.50 |
| 10/29/2002 | Abbott, A. B. | 3.30 | Draft letter to E. Meehan regarding depositions; conduct research regarding bankruptcy code sections cited in Amended Complaint | 462.00 |
| 10/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/30/2002 | Hutchins, J. C. | 2.20 | Review and analyze records regarding S&W's scheduling of SAMBA as creditor and Debtors' schedules of Bugsham S&W contracts assumed/rejected; conference call with C. Jebeyli, A. Bokhari and D. Rosenfeld; review and analyze S&W/Saudi Aramco adversary proceeding regarding intervention; review and analyze Bugshan/Saudi Aramco/.S&W settlement terms; conference with D. Rosenfeld regarding intervention and complaint to intervene; prepare and send correspondence to Cy Benson and K. Rice. | 748.00 |
| 10/30/2002 | Rosenfeld, D. E. | 9.10 | Prepare for telephone conference, telephone conference with D. Jebeyli, A. Bokhari and J. Hutchins, prepare motion to intervene and complaint in | 2411.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1112668
Services Through: October 31, 2002
Page 14

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | intervention | |
| 10/30/2002 | Abbott, A. B. | 4.00 | Meeting with D. Rosenfeld regarding intervention and consolidation; review documents; research regarding burden of proof | 560.00 |
| 10/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 10/31/2002 | Hutchins, J. C. | .60 | Prepare and send e-mail to D. Rosenfeld and A. Abbott; receive and review e-mail from D. Rosenfeld; review and analyze draft of intervention pleadings. | 204.00 |
| 10/31/2002 | Rosenfeld, D. E. | 8.60 | Prepare complaint in intervention, prepare motion to intervene | 2279.00 |
| 10/31/2002 | Cahill, R. | 2.80 | Worked on deposition prep | 378.00 |
| 10/31/2002 | Abbott, A. B. | 3.50 | Conduct research regarding setoff; draft letter to E. Meehan | 490.00 |

TOTAL FEES                                                                           $98,202.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 129.5 hrs. | @$140 $/hr | = | 18,130.00 |
| R. B. Allensworth | 2.0 hrs. | @$385 $/hr | = | 770.00 |
| S. Bell | 5.0 hrs. | @$100 $/hr | = | 500.00 |
| R. Cahill | 4.1 hrs. | @$135 $/hr | = | 553.50 |
| L. A. Geyer | 2.3 hrs. | @$85 $/hr | = | 195.50 |
| J. C. Hutchins | 70.6 hrs. | @$340 $/hr | = | 24,004.00 |
| Librarian | 1.0 hrs. | @$105 $/hr | = | 105.00 |
| C. H. Lim | 3.0 hrs. | @$140 $/hr | = | 420.00 |
| D. E. Rosenfeld | 197.3 hrs. | @$265 $/hr | = | 52,284.50 |
| K. A. Serrao | 1.1 hrs. | @$145 $/hr | = | 159.50 |
| K. Watras | 7.2 hrs. | @$150 $/hr | = | 1,080.00 |

TOTAL FEES                                                                           $98,202.00

DISBURSEMENTS & OTHER CHARGES

DESCRIPTION                                                                              AMOUNT



**Kirkpatrick & Lockhart Nicholson Graham LLP**
November 11, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1112668
Services Through: October 31, 2002
Page 15

| | |
|---|---:|
| Telephone | 4.80 |
| Facsimile | 42.75 |
| Copying Expense | 806.40 |
| Long Distance Courier | 10.92 |
| Westlaw Research | 1,757.13 |
| Travel Expenses | 269.84 |
| Transportation Expenses | 60.00 |
| Air Fare | 1,347.00 |
| Other | 2,287.56 |
| DISBURSEMENTS & OTHER CHARGES | $6,586.40 |
| **CURRENT INVOICE DUE** | **$104,788.40** |
| PAST DUE INVOICE | **$161,882.19** |
| **TOTAL AMOUNT DUE** | **$266,670.59** |