

**Kirkpatrick & Lockhart Nicholson Graham** LLP

December 14, 2002

Chahdan Jebeyli  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd  11421  
SAUDI ARABIA

Our File Number: 0508830.0901  
Invoice:  1122133  
Services Through: November 30, 2002

Guaranty Matter

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/01/2002 | Hutchins, J. C. | .50 | Conference with D. Rosenfeld; receive and review e-mail from L. Geyer; review and analyze dockets and miscellaneous pleadings; conference with A. Abbott. | 170.00 |
| 11/01/2002 | Rosenfeld, D. E. | 15.50 | Prepare motion to intervene, complaint in intervention, memorandum in support of motion to intervene, motion to join ASB&B and memo in support of motion to join ASB&B | 4107.50 |
| 11/01/2002 | Cahill, R. | 1.70 | Worked on deposition preparation | 229.50 |
| 11/02/2002 | Hutchins, J. C. | 5.80 | Receive and review e-mail from D. Rosenfeld (x3); review and analyze D. Rosenfeld draft complaint in intervention; draft motion to intervene and brief in support of motion; revise and edit same; prepare and send e-mail to D. Rosenfeld and A. Abbott (x3); receive and review e-mail from D. Rosenfeld (x2); prepare and send e-mail to D. Rosenfeld. | 1972.00 |
| 11/02/2002 | Rosenfeld, D. E. | 5.80 | Prepare motion to intervene, complaint in intervention, opening brief, and order granting | 1537.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | intervention | |
| 11/03/2002 | Hutchins, J. C. | .20 | Receive and review e-mail from D. Rosenfeld (x2); prepare and send e-mail to D. Rosenfeld. | 68.00 |
| 11/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/04/2002 | Hutchins, J. C. | .70 | Receive and review e-mail from D. Rosenfeld; conference with A. Abbott; review and analyze docket updates; review and analyze revised draft complaint intervention. | 238.00 |
| 11/04/2002 | Abbott, A. B. | 8.00 | Review and edit proposed order, complaint in intervention and opening brief; conduct research regarding joinder | 1120.00 |
| 11/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/05/2002 | Hutchins, J. C. | .70 | Revise and edit intervention and draft order regarding intervention; conference with A. Abbott; review and analyze Skadden Arps reply to our opposition to motion to amend preference complaint. | 238.00 |
| 11/05/2002 | Abbott, A. B. | 8.00 | Revise and edit opening brief, complaint in intervention, motion to intervene and proposed order | 1120.00 |
| 11/06/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/06/2002 | Hutchins, J. C. | 1.60 | Review and analyze brief regarding motion to intervene; proofread and review motion to intervene; conference with D. Rosenfeld; conference with A. Abbott; receive and review e-mail from A. Abbott; attention to file maintenance; receive and review e-mail from K. Mangan regarding reply brief of S&W; prepare and send e-mail to Mangan. | 544.00 |
| 11/06/2002 | Abbott, A. B. | 6.00 | Prepare motion, order, complaint in intervention and opening brief for filing | 840.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/07/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/07/2002 | Hutchins, J. C. | .40 | Receive and review e-mail from A. Abbott regarding motion to intervene file; review and analyze motion and related documents as filed; telephone conference with A. Abbott; review and analyze docket updates; review and analyze miscellaneous Skadden pleadings; telephone conference with B. Allensworth. | 136.00 |
| 11/07/2002 | Abbott, A. B. | 3.00 | Attention to filing motion to intervene, complaint, opening brief and proposed order | 420.00 |
| 11/08/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/08/2002 | Hutchins, J. C. | 1.90 | Review and analyze S&W reply brief regarding opposition to motion to amend; telephone conference with D. Rosenfeld regarding same and E. Meehan reaction regarding intervention; review and analyze miscellaneous pleadings; telephone conference with Cy Benson; telephone conference with D. Rosenfeld regarding Saudi Aramco concerns about complaint; review and analyze motion and complaint to intervene in Saudi Aramco case regarding Benson concerns. | 646.00 |
| 11/08/2002 | Rosenfeld, D. E. | 6.40 | Review reply memorandum of S&W concerning motion for leave to amend complaint, review correspondence from Ed Meehan, telephone conferences with Ed Meehan, prepare correspondence to Asad Bokhari and Chahdan Jebeyli re status | 1696.00 |
| 11/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/11/2002 | Hutchins, J. C. | 2.20 | Telephone conference with C. | 748.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 6

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Benson; conference with D. Rosenfeld; prepare letter to C. Benson; review and analyze motion to intervene in Saudi Aramco case, allegations in complaint in intervention and brief regarding Saudi Aramco; revise and edit letter to C. Benson; review correspondence from D. Rosenfeld to Asad and C. Jebeyli; conference with D. Rosenfeld; revise and edit letter; review and analyze docket updates, review and analyze miscellaneous pleadings. | |
| 11/11/2002 | Rosenfeld, D. E. | 8.20 | Prepare answer to amended preference complaint; review legal basis for same, telephone conference with client regarding status | 2173.00 |
| 11/11/2002 | Abbott, A. B. | 2.00 | Draft stipulations; review amended complaint | 280.00 |
| 11/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/12/2002 | Hutchins, J. C. | 2.20 | Revise and edit letter to Benson; conference with D. Rosenfeld; proofread and review letter to Benson; prepare and send facsimile to Benson; telephone call to K. Rice; telephone conference with Rice; receive and review e-mail from E. Meehan; receive and review docket; review and analyze hearing agenda; conference with D. Rosenfeld. | 748.00 |
| 11/12/2002 | Rosenfeld, D. E. | 4.20 | Prepare discovery requests, telephone conferences with Ed Meehan and G. Rubin re discovery, revise answer to amended complaint | 1113.00 |
| 11/12/2002 | Abbott, A. B. | 2.00 | Draft letter to E. Meehan, proposed stipulations and orders regarding depositions | 280.00 |
| 11/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary | 8.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 7

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | dockets | |
| 11/13/2002 | Hutchins, J. C. | 1.10 | Telephone call to D. Rosenfeld; receive and review e-mail from D. Rosenfeld; receive and review e-mail from D. Rosenfeld regarding prior settlement terms with Saudi Aramco and Bugshan; investigate interest claim; review and analyze draft letter to E. Meehan; review and analyze proposed stipulations regarding no deposition of J. Rose et al; conference with D. Rosenfeld regarding Shaw implications; conference with B. Allensworth. | 374.00 |
| 11/13/2002 | Rosenfeld, D. E. | 7.80 | Conference with Ed Meehan and Gary Rubin, Conference with client, review settlement options, review guaranty for considerations in settlement proposal, conference with S. Jenkins re scheduling, conference with L. Meltzer re scheduling, review pleadings for reply on summary judgment | 2067.00 |
| 11/13/2002 | Abbott, A. B. | 1.50 | Revise stipulations regarding testimony of G. Halpin, J. Rase and M. Mott; meeting with D. Rosenfeld regarding same | 210.00 |
| 11/14/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/14/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld; receive and review e-mail from S. Jenkins regarding stipulations regarding depositions; review correspondence from E. Mehan; review correspondence from D. Rosenfeld to Chadan and Asad. | 204.00 |
| 11/14/2002 | Rosenfeld, D. E. | 2.30 | Revisions to stipulations and deposition notices, conferences with opposing counsel re discovery, review email of S. Jenkins re discovery | 609.50 |
| 11/14/2002 | Abbott, A. B. | 1.50 | Revise stipulations regarding testimony of J. Rase, M. Mott and | 210.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/15/2002 | Geyer, L. A. | .10 | G. Halpin; draft deposition notices Update Stone & Webster advesary dockets | 8.50 |
| 11/15/2002 | Hutchins, J. C. | 1.00 | Receive and review e-mail from K. Rice; conference with D. Rosenfeld; review and analyze Judge Walsh decision regarding substantive consolidation (regarding impact on SAMBA claims). | 340.00 |
| 11/15/2002 | Rosenfeld, D. E. | 6.10 | Telephone conferences with Ed Meehan and Kevin Rice, prepare correspondence to client, review decision re consolidation | 1616.50 |
| 11/15/2002 | Abbott, A. B. | 1.50 | Review and edit joint stipulation regarding extension of time; review order by J. Walsh on consolidation motion | 210.00 |
| 11/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/18/2002 | Hutchins, J. C. | 1.10 | Receive and review e-mail from D. Rosenfeld regarding SAMBA's settlement analysis regarding Bugshan; conference with D. Rosenfeld; telephone conference with K. Rice and partner regarding Bugshan settlement and threat to dissolve BSW. | 374.00 |
| 11/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/19/2002 | Hutchins, J. C. | .40 | Telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Skadden motion for extension regarding intervention and Bugshan impact; conference with A. Abbott regarding right to interest and attorney fees. | 136.00 |
| 11/19/2002 | Rosenfeld, D. E. | 8.10 | Review guaranty, credit agreement re attorneys' fees analysis, review A. Abbott memo re same, review decision re substantive | 2146.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 9

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | consolidation, prepare for depositions of M. Mott, G. Halpin, J. Rase | |
| 11/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/20/2002 | Hutchins, J. C. | .60 | Review correspondence from client; conference with D. Rosenfeld regarding response to Skadden's motion for extension; review and analyze motion for extension; telephone call to D. Rosenfeld; review memo by A. Abbott regarding rights to interest and attorneys fees. | 204.00 |
| 11/20/2002 | Rosenfeld, D. E. | 7.80 | Telephone conference with K. Rice re settlement, prepare correspondence re same, prepare for depositions for preference action | 2067.00 |
| 11/20/2002 | Abbott, A. B. | 2.00 | Review documents; draft memo regarding attorneys fees, interest and costs | 280.00 |
| 11/21/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/21/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding lack of response from Bugshan and Ed Meehan; receive and review correspondence from Cy Benson; conference with D. Rosenfeld regarding how to respond. | 204.00 |
| 11/21/2002 | Rosenfeld, D. E. | 4.90 | Prepare for depositions in preference action | 1298.50 |
| 11/22/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/22/2002 | Hutchins, J. C. | .30 | Review and analyze miscellaneous pleadings; review correspondence from C. Jebeyli; prepare and send correspondence to A. Bokhari (Monaco invoice). | 102.00 |
| 11/22/2002 | Rosenfeld, D. E. | 3.40 | Draft letters to C. Benson and C. Jebeyli | 901.00 |
| 11/22/2002 | Abbott, A. B. | 1.00 | Review and edit letter regarding | 140.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | settlement assurances | |
| 11/25/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 8.50 |
| 11/25/2002 | Hutchins, J. C. | 1.30 | Conference with D. Rosenfeld; revise and edit draft letter to Benson; conference with D. Rosenfeld; review and analyze miscellaneous pleadings. | 442.00 |
| 11/25/2002 | Rosenfeld, D. E. | 3.80 | Prepare strategy for preference trial | 1007.00 |
| 11/26/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/26/2002 | Hutchins, J. C. | .80 | Review and analyze revised letter to C. Benson; revise and edit same; conference with D. Rosenfeld regarding Saudi Aramco settlement prospects and effect on Shaw claim and granting extensions to S&W and Shaw for their replies. | 272.00 |
| 11/26/2002 | Rosenfeld, D. E. | 7.20 | Revise letter to C. Benson; conference with L. Meltzer re scheduling, prepare for depositions of J. Rase and M. Mott | 1908.00 |
| 11/27/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 11/27/2002 | Hutchins, J. C. | .70 | Review and analyze docket updates; review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld regarding approval of response to Benson; review and analyze stipulation regarding extension of time; telephone conference with D. Rosenfeld regarding same. | 238.00 |
| 11/27/2002 | Rosenfeld, D. E. | 5.30 | Prepare for J. Rase and M. Mott depositions | 1404.50 |

TOTAL FEES $39,551.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 36.5 hrs. | @ $140 $/hr = | 5,110.00 |
| R. Cahill | 1.7 hrs. | @ $135 $/hr = | 229.50 |
| L. A. Geyer | 1.9 hrs. | @ $ 85 $/hr = | 161.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

December 14, 2002

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1122133
Services Through: November 30, 2002
Page 11

| | | | | | |
|---|---|---|---|---|---:|
| J. C. Hutchins | 24.7 hrs. | @ $340 $/hr | = | | 8,398.00 |
| D. E. Rosenfeld | 96.8 hrs. | @ $265 $/hr | = | | 25,652.00 |

**TOTAL FEES** $39,551.00

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 7.34 |
| Facsimile | 60.75 |
| Copying Expense | 45.90 |
| Computer Research | 2.75 |
| Long Distance Courier | 74.81 |
| Westlaw Research | 390.67 |
| Travel Expenses | 142.70 |
| Transportation Expenses | 30.00 |
| Cab Fare | 89.45 |
| Other | 0.07 |

**DISBURSEMENTS & OTHER CHARGES** $ 844.44

**CURRENT INVOICE DUE** $40,395.44