**Kirkpatrick & Lockhart LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

R. Bruce Allensworth
617.261.3119
Fax: 617.261.3175
ballensworth@kl.com

January 16, 2003

**VIA DHL International Ltd.**

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Chahdan:

Enclosed please find this firm's statement for professional services rendered through December 31, 2002 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosure

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1127609
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2002 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$ 65,392.00

Disbursements and Other Charges ................................................................$   3,098.14

**CURRENT AMOUNT DUE** ................................................................$ 68,490.14

Prior Outstanding Invoices ................................................................$ 40,395.44

**TOTAL AMOUNT DUE** ................................................................<u>$108,885.58</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002

Guaranty Matter

Tax Identification Number 25 0921018

| | | | | | |
|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 17.6 hrs. | @$340 $/hr | = | 5,984.00 |
| Partner | D. E. Rosenfeld | 153.9 hrs. | @$265 $/hr | = | 40,783.50 |
| Associate | A. B. Abbott | 118.1 hrs. | @$140 $/hr | = | 16,534.00 |
| Associate | S. C. Kellogg | 10.0 hrs. | @$185 $/hr | = | 1,850.00 |
| Legal Assistant | L. A. Geyer | 1.7 hrs. | @$ 85 $/hr | = | 144.50 |
| Legal Assistant | K. A. Serrao | 0.3 hrs. | @$145 $/hr | = | 43.50 |
| Librarian | Librarian | 0.5 hrs. | @$105 $/hr | = | 52.50 |
| | Total | 302.1 | | | $65,392.00 |

| | |
|---|---|
| Disbursements | $3,098.14 |
| TOTAL of BILL | $68,490.14 |
| Previously Billed & Outstanding | $40,395.44 |
| TOTAL DUE | $108,885.58 |

**Kirkpatrick & Lockhart LLP**

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 11

---

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 56.98 |
| Facsimile | 26.25 |
| Copying Expense | 157.68 |
| Copying Expense (Outside | 1,384.43 |
| Word Processing | 301.23 |
| Westlaw Research | 615.91 |
| Transportation Expenses | 30.00 |
| Cab Fare | 80.00 |
| Business Meal | 12.90 |
| Other | 432.76 |
| **DISBURSEMENTS & OTHER CHARGES** | **$3,098.14** |
| **CURRENT INVOICE DUE** | **$68,490.14** |
| PAST DUE INVOICE | $40,395.44 |
| **TOTAL AMOUNT DUE** | **$108,885.58** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

**FEES**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/02/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/02/2002 | Hutchins, J. C. | .60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco status; review and analyze docket updates; review correspondence from D. Rosenfeld to C. Jebeyli regarding Saudi Aramco settlement proposals. | 204.00 |
| 12/02/2002 | Rosenfeld, D. E. | 1.50 | Prepare for telephone. conferences with Ed Meehan and S. Jenkins, prepare for deposition of G. Halpin | 397.50 |
| 12/02/2002 | Abbott, A. B. | 3.50 | Analyze legal requirements for obtaining evidence in Thailand and Saudi Arabia; prepare deposition notices | 490.00 |
| 12/03/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/03/2002 | Hutchins, J. C. | 1.50 | Review and analyze numerous pleadings regarding settlements of preference claims; Hyundai claims and procedures regarding disclosure statements/substantive consolidation; review and analyze docket updates. | 510.00 |
| 12/03/2002 | Rosenfeld, D. E. | 8.10 | Prepare for reply memorandum to Shaw's opposition, prepare for | 2146.50 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 3

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | reply memorandum to SWEC's opposition to motion to intervene | |
| 12/03/2002 | Abbott, A. B. | 2.00 | Research regarding service of process with Thailand; review stipulations regarding testimony | 280.00 |
| 12/04/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/04/2002 | Hutchins, J. C. | .90 | Receive and review e-mail from D. Rosenfeld to A. Bokhari and C. Jebeyli; conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review correspondence from Bank; prepare and send correspondence to F. Monaco; review correspondence from C. Benson. | 306.00 |
| 12/04/2002 | Rosenfeld, D. E. | 2.90 | Tel. conference. with E. Meehan and S. Jenkins re settlement and status, telephone conf. with K. Rice, prepare correspondence to client | 768.50 |
| 12/04/2002 | Abbott, A. B. | 3.00 | Prepare deposition notices and subpoenas; conduct research regarding deposition of American citizen in Thailand; meeting with D. Rosenfeld regarding settlement discussions and discovery strategy | 420.00 |
| 12/05/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/05/2002 | Hutchins, J. C. | .60 | Conference with D. Rosenfeld regarding Ed Meehan telecon and need to prepare for trial; strategic analysis; review and analyze miscellaneous pleadings and docket updates. | 204.00 |
| 12/05/2002 | Rosenfeld, D. E. | 5.10 | Tel. conference. with S. Jenkins, review subpoenas, prepare for Mott and Rase depositions, prepare for meetings with client | 1351.50 |
| 12/05/2002 | Abbott, A. B. | 4.00 | Attention to serving deposition subpoena; prepare deposition notice; telephone call with Kentucky counsel regarding service | 560.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:  1127609
Services Through: December 31, 2002
Page 4

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/06/2002 | Geyer, L. A. | .10 | of subpoena<br>Update Stone & Webster adversary dockets | 8.50 |
| 12/06/2002 | Hutchins, J. C. | .40 | Review and analyze agenda for hearing; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings. | 136.00 |
| 12/06/2002 | Kellogg, S. C. | 2.80 | Meet with D. Rosenfeld and A. Abbott regarding amended complaint; review amended complaint | 518.00 |
| 12/06/2002 | Rosenfeld, D. E. | 3.90 | Conference with Amy Abbott and Sarah Kellogg, prepare for preference trial | 1033.50 |
| 12/06/2002 | Abbott, A. B. | 7.50 | Attention to service of deposition notices and subpoena; review Debtors' amended complaint; meeting with D. Rosenfeld regarding new courses of action and trial strategy for preference case | 1050.00 |
| 12/09/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/09/2002 | Hutchins, J. C. | .80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; receive and review e-mail from K. Mangan; conference with D. Rosenfeld regarding response to Bugshan | 272.00 |
| 12/09/2002 | Rosenfeld, D. E. | 8.30 | Prepare subpoenas and conduct conference call with S. Jenkins, review SAMBA's motion for summary judgment, review motion to intervene and opposition | 2199.50 |
| 12/09/2002 | Librarian | .50 | Print out cases for A. Abbott | 52.50 |
| 12/09/2002 | Abbott, A. B. | 5.50 | Meeting with D. Rosenfeld regarding Debtors' amended complaint; conduct research regarding new causes of action; review correspondence | 770.00 |
| 12/10/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |

**Kirkpatrick & Lockhart** LLP

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 5

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/10/2002 | Hutchins, J. C. | 1.60 | Conference with D. Rosenfeld; receive and review e-mail from K. Mangan; review and analyze Shaw response to SAMBA motion for summary judgment; receive and review e-mail from D. Rosenfeld (x2); conference with D. Rosenfeld regarding Shaw reply; review and analyze Debtor (Skadden) opposition regarding intervention in Saudi Aramco suit. | 544.00 |
| 12/10/2002 | Kellogg, S. C. | 1.30 | Review case documents; discussion with A. Abbott regarding same | 240.50 |
| 12/10/2002 | Rosenfeld, D. E. | 10.40 | Telephone conferences with C. Jebeyli re status, telephone. conference with A. Bokhari re status, review Debtors' opposition to motion to intervene and Shaw's "reply" to SAMBA's motion for summary judgment; review case law | 2756.00 |
| 12/10/2002 | Abbott, A. B. | 5.50 | Review Debtors' answering brief and Shaw's reply; meeting with D. Rosenfeld regarding same; conduct research regarding assignments and right to intervene; analyze response to motion to strike Carroll affidavit | 770.00 |
| 12/11/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/11/2002 | Hutchins, J. C. | .60 | Review and analyze debtor's opposition to SAMBA's motion to intervene in the S&W v. Aramco case; conference with D. Rosenfeld. | 204.00 |
| 12/11/2002 | Rosenfeld, D. E. | 8.60 | Prepare reply to Debtors' opposition to motion to intervene | 2279.00 |
| 12/11/2002 | Abbott, A. B. | 8.00 | Analyze case law regarding timeliness element of motion to intervene; draft reply to Debtors' answering brief | 1120.00 |
| 12/12/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/12/2002 | Hutchins, J. C. | 1.20 | Telephone conference with D. | 408.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 6

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Rosenfeld; review and analyze Shaw's reply to Samba motion for summary judgement. | |
| 12/12/2002 | Kellogg, S. C. | 3.30 | Review pleadings and case background | 610.50 |
| 12/12/2002 | Rosenfeld, D. E. | 5.60 | Prepare reply to Debtors' opposition to motion to intervene | 1484.00 |
| 12/12/2002 | Abbott, A. B. | 8.30 | Conduct legal research and analyze case law regarding imposition of sanctions and misrepresentation by counsel; draft reply to Debtors' answering brief; meeting with D. Rosenfeld regarding same | 1162.00 |
| 12/13/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/13/2002 | Hutchins, J. C. | 2.60 | Review and analyze docket updates; review and analyze Shaw's response to SAMBA's motion for summary judgment and Shaw's motion for summary judgment and related documents; conference with D. Rosenfeld regarding analysis and how to respond; review and analyze debtor (Mehan's) objection to motion to intervene; conference with D. Rosenfeld regarding response. | 884.00 |
| 12/13/2002 | Rosenfeld, D. E. | 10.50 | Prepare reply to Debtors' opposition to motion to intervene and review Shaws "reply" brief | 2782.50 |
| 12/13/2002 | Abbott, A. B. | 7.00 | Analyze case law cited in Debtors' answering brief; draft reply; conduct research regarding assignment, bankruptcy rule 9019 and timeliness element of motion to intervene | 980.00 |
| 12/16/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/16/2002 | Hutchins, J. C. | .60 | Receive and review miscellaneous pleadings; conference with D. Rosenfeld; review and analyze background on discussions with Saudi Aramco settlement. | 204.00 |

**Kirkpatrick & Lockhart LLP**

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 7

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 12/16/2002 | Rosenfeld, D. E. | 9.20 | Prepare reply brief concerning motion to intervene and join ASB&B | 2438.00 |
| 12/16/2002 | Abbott, A. B. | 4.20 | Attention to service of Halpin subpoena; meeting with D. Rosenfeld regarding motion to preclude testimony and/or compel; revise and edit Reply to Debtors' Answering Brief | 588.00 |
| 12/17/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/17/2002 | Hutchins, J. C. | .60 | Receive and review e-mail from D. Rosenfeld regarding counter offer authorized regarding AS Bugshan; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding approach to K. Rice (Bugshan), status of settlement conditions. | 204.00 |
| 12/17/2002 | Kellogg, S. C. | 2.60 | Review pleadings and case background | 481.00 |
| 12/17/2002 | Rosenfeld, D. E. | 8.10 | Prepare reply brief concerning motion to intervene and join ASB&B | 2146.50 |
| 12/17/2002 | Abbott, A. B. | 6.70 | Conduct research regarding factors weighed in considering timelines of motion; draft Reply to Debtors' Answering Brief | 938.00 |
| 12/18/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/18/2002 | Hutchins, J. C. | 1.40 | Review and analyze docket updates; review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari mail from D. Rosenfeld; review and analyze draft response to Debtor's opposition to motion to intervene. | 476.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 8

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 12/18/2002 | Rosenfeld, D. E. | 10.30 | Prepare reply brief concerning motion for summary judgment against Shaw | 2729.50 |
| 12/18/2002 | Abbott, A. B. | 9.40 | Revise Reply to Debtors' Answering Brief; meeting with D. Rosenfeld regarding same; draft affidavits in support of Reply | 1316.00 |
| 12/19/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/19/2002 | Hutchins, J. C. | 1.20 | Review and analyze response to debtors opposition to intervention in Saudi Aramco suit; revise and edit same; conference with D. Rosenfeld; revise and edit affidavits in support of response | 408.00 |
| 12/19/2002 | Rosenfeld, D. E. | 9.70 | Prepare reply brief concerning motion for summary judgment against Shaw | 2570.50 |
| 12/19/2002 | Abbott, A. B. | 8.50 | Prepare Reply to Debtors' Opposition and Supporting Affidavits; meeting with D. Rosenfeld regarding same | 1190.00 |
| 12/20/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/20/2002 | Hutchins, J. C. | 1.10 | Review and analyze docket update; conference with D. Rosenfeld; revise and edit response to Shaw reply brief | 374.00 |
| 12/20/2002 | Rosenfeld, D. E. | 7.60 | Prepare reply brief concerning motion for summary judgment against Shaw | 2014.00 |
| 12/20/2002 | Abbott, A. B. | 8.50 | Edit reply to Shaw's opposition; analyze case law cited in Shaw's opposition; meeting with D. Rosenfeld regarding same | 1190.00 |
| 12/22/2002 | Abbott, A. B. | 4.80 | Revise reply to Debtors' opposition; conduct legal research regarding third party beneficiaries | 672.00 |
| 12/23/2002 | Serrao, K. A. | .10 | Pacer search for updated Stone & Webster docket and email regarding same | 14.50 |
| 12/23/2002 | Rosenfeld, D. E. | 8.10 | Prepare reply brief and file same | 2146.50 |
| 12/23/2002 | Abbott, A. B. | 7.00 | Revise reply to Debtors' | 980.00 |

**Kirkpatrick & Lockhart** LLP

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 9

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | opposition; meeting with D. Rosenfeld regarding same |  |
| 12/24/2002 | Hutchins, J. C. | .10 | Review and analyze docket updates | 34.00 |
| 12/24/2002 | Rosenfeld, D. E. | 7.50 | Prepare motion to compel; review rules and case law regarding motion for sanctions; telephone conference with Saudi Arabian consulate; prepare visa application | 1987.50 |
| 12/26/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 12/26/2002 | Hutchins, J. C. | .40 | Review and analyze docket updates; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld (x3) | 136.00 |
| 12/26/2002 | Rosenfeld, D. E. | 8.50 | Trial preparation; prepare response to proposed amended complaint; review proposed order and draft changes; review case law regarding motion for sanctions | 2252.50 |
| 12/27/2002 | Serrao, K. A. | .10 | Pacer search for updated docket and email regarding same | 14.50 |
| 12/27/2002 | Rosenfeld, D. E. | 2.80 | Draft status memorandum; prepare for status conference; telephone conference with G. Rubin | 742.00 |
| 12/27/2002 | Rosenfeld, D. E. | 4.10 | Meeting with C. Jebeyli; attention to travel arrangements | 1086.50 |
| 12/28/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; receive and review e-mail from D. Rosenfeld regarding 1/2 hearing; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings | 102.00 |
| 12/30/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/30/2002 | Hutchins, J. C. | .80 | Receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding January 2 hearing, scheduling issues; deposition strategy; receive and review e-mail from D. Rosenfeld regarding Bugshan refusal of offer; review and analyze miscellaneous pleadings | 272.00 |

**Kirkpatrick & Lockhart LLP**

January 16, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1127609
Services Through: December 31, 2002
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/30/2002 | Rosenfeld, D. E. | 6.10 | Prepare correspondence with Shaw and Debtors' counsel; telephone conference with ASB&B's counsel; conference with A. Abbott and S. Kellogg regarding trial preparation; prepare motion to compel | 1616.50 |
| 12/30/2002 | Abbott, A. B. | 7.20 | Draft motion to compel; meeting with D. Rosenfeld regarding same | 1008.00 |
| 12/31/2002 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 8.50 |
| 12/31/2002 | Hutchins, J. C. | .30 | Review and analyze docket updates; review and analyze miscellaneous correspondence and pleadings | 102.00 |
| 12/31/2002 | Rosenfeld, D. E. | 7.00 | Prepare motion to compel and revise same; telephone conferences with K. Mangan regarding motion to compel and status conference; draft correspondence to S. Jenkins regarding depositions; review correspondence from S. Jenkins regarding depositions | 1855.00 |
| 12/31/2002 | Abbott, A. B. | 7.50 | Prepare and edit opening brief in support of SAMBA's motion to compel; meeting with D. Rosenfeld regarding same; conduct legal research regarding same | 1050.00 |

TOTAL FEES                                         $65,392.00

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 118.1 hrs. | @$140 $/hr | = | 16,534.00 |
| L. A. Geyer | 1.7 hrs. | @$ 85 $/hr | = | 144.50 |
| J. C. Hutchins | 17.6 hrs. | @$340 $/hr | = | 5,984.00 |
| S. C. Kellogg | 10.0 hrs. | @$185 $/hr | = | 1,850.00 |
| Librarian | 0.5 hrs. | @$105 $/hr | = | 52.50 |
| D. E. Rosenfeld | 153.9 hrs. | @$265 $/hr | = | 40,783.50 |
| K. A. Serrao | 0.3 hrs. | @$145 $/hr | = | 43.50 |

TOTAL FEES                                         $65,392.00