# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1135274
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
January 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ..................................................$ 85,880.00

Disbursements and Other Charges..........................................................$   3,576.40

**CURRENT AMOUNT DUE** ....................................................................$ 89,456.40

Prior Outstanding Invoices..........................................................................$108,885.58

**TOTAL AMOUNT DUE**...........................................................................$198,341.98

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003

Guaranty Matter

---

Tax Identification Number 25 0921018

| | | | | | |
|---|---|---|---|---|---|
| Partner | J. C. Hutchins | 23.8 hrs. | @$365 $/hr | = | 8,687.00 |
| Partner | D. E. Rosenfeld | 199.3 hrs. | @$300 $/hr | = | 59,790.00 |
| Associate | A. B. Abbott | 96.5 hrs. | @$170 $/hr | = | 16,405.00 |
| Legal Assistant | R. Cahill | 2.8 hrs. | @$145 $/hr | = | 406.00 |
| Legal Assistant | L. A. Geyer | 3.6 hrs. | @$ 95 $/hr | = | 342.00 |
| Legal Assistant | P. Seliger | 1.3 hrs. | @$120 $/hr | = | 150.00 |
| Librarian | Librarian | 0.8 hrs. | @$125 $/hr | = | 100.00 |
| | Total | 328.1 | | | $85,880.00 |

| | |
|---|---|
| Disbursements | $3,576.40 |
| TOTAL of BILL | $89,456.40 |
| Previously Billed & Outstanding | $108,885.58 |
| TOTAL DUE | $198,341.98 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 18, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number: 0508830.0901
Invoice:  1135274
Services Through: January 31, 2003

Guaranty Matter

Tax Identification Number 25 0921018

For Professional Services Rendered

FEES

| DATE | TIMEKEEPER | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/02/2003 | Hutchins, J. C. | .80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; review and analyze docket for January 2 hearing and issues regarding discovery. | 292.00 |
| 01/02/2003 | Rosenfeld, D. E. | 13.10 | Travel to and from status conference; prepare for and attend status conference; conference with K. Mangan regarding status and trial matters; telephone conference regarding expert witnesses | 3930.00 |
| 01/02/2003 | Abbott, A. B. | 5.30 | Review Amended Complaint; conduct research regarding causes of action and prepare memo regarding same; review documents | 901.00 |
| 01/03/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/03/2003 | Hutchins, J. C. | .80 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld (x2); conference regarding amended complaint. | 292.00 |
| 01/03/2003 | Rosenfeld, D. E. | 7.80 | Prepare for meetings; telephone conference with G. Rubin and S. Jenkins; conference with J. | 2340.00 |

**Kirkpatrick & Lockhart LLP**

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 3

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Hutchins and A. Abbott to C. Jebeyli, A. Bokhari and S. Ali regarding status | |
| 01/03/2003 | Abbott, A. B. | 8.50 | Review documents; prepare binders for trial preparation; draft memo regarding causes of action in Debtors' Amended Complaint | 1445.00 |
| 01/06/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/06/2003 | Hutchins, J. C. | .70 | Telephone conference with D. Rosenfeld; conference regarding answer to amended complaint; receive and review e-mail from D. Rosenfeld regarding order on amending complaint; prepare and send e-mail to D. Rosenfeld. | 255.50 |
| 01/06/2003 | Rosenfeld, D. E. | 9.20 | Prepare for meetings; emails to S. Jenkins; emails to G. Rubin; emails to K. Mangan; prepare for status conference; review and research complaint | 2760.00 |
| 01/06/2003 | Abbott, A. B. | 3.50 | Draft 30(b)(6) deposition notice of Debtors and 2nd notice of J. Carroll deposition | 595.00 |
| 01/06/2003 | Seliger, P. | .75 | Arrange for court reporter and video taping of 1/9/03 deposition of J. Halpin at Skadden Arps; telephone discussions with with M. Souza re same; telephone calls to Doyle Reporting re same | 90.00 |
| 01/07/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/07/2003 | Hutchins, J. C. | 1.30 | Conference with D. Rosenfeld; review and analyze docket update; review and analyze miscellaneous settlement pleadings; conference with D. Rosenfeld regarding order to allow amended complaint (discovery); conference with D. Rosenfeld regarding Section 548 issues in amended preference complaint; review and analyze regarding same; conference with D. | 474.50 |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 4

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Rosenfeld regarding fraudulent transfer issues (x2). | |
| 01/07/2003 | Rosenfeld, D. E. | 7.50 | Prepare for client meetings; legal research regarding setoff and fraudulent transfers | 2250.00 |
| 01/07/2003 | Cahill, R. | 1.90 | Worked on index for trial witness preparation notebook | 275.50 |
| 01/07/2003 | Abbott, A. B. | 9.80 | Draft deposition notice of J. Smith, J. Carroll and 30(b)(6) notice of debtors; conduct research regarding causes of action in Debtors' Amended Complaint; draft memo regarding same | 1666.00 |
| 01/07/2003 | Seliger, P. | .50 | Telephone discussions with K&L Boston attorneys, Doyle Reporting, and Skadden Arps attorneys re arrangements for 1/09/03 deposition of J. Halpin at Skadden Arps | 60.00 |
| 01/08/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/08/2003 | Hutchins, J. C. | 1.40 | Conference with D. Rosenfeld regarding interviews; legal theories in amended complaint; research and analyze issues regarding set off and immediate transfers. | 511.00 |
| 01/08/2003 | Rosenfeld, D. E. | 10.10 | Prepare for client meetings; legal research regarding setoff and fraudulent transfers; prepare for Halpin deposition; finalize travel plans; telephone conference with C. Jebeyli and A. Bokhari | 3030.00 |
| 01/08/2003 | Cahill, R. | .90 | Worked on index for trial witness preparation notebook | 130.50 |
| 01/08/2003 | Abbott, A. B. | 12.00 | Prepare for deposition of G. Halpin and compile documents for trial preparation | 2040.00 |
| 01/09/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/09/2003 | Rosenfeld, D. E. | 17.10 | Prepare for Halpin deposition and take Halpin deposition; travel to New York; travel to Saudi Arabia | 5130.00 |
| 01/09/2003 | Abbott, A. B. | 14.50 | Travel to New York and attend | 2465.00 |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | deposition of G. Halpin; attend teleconference with Court regarding discovery and motion to compel |  |
| 01/10/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary docket | 9.50 |
| 01/10/2003 | Hutchins, J. C. | .70 | Review and analyze miscellaneous pleadings; review and analyze opposition regarding Rase depositions; research and analyze Section 550, 553 issues regarding amended preference action; telephone conference with A. Abbott. | 255.50 |
| 01/10/2003 | Rosenfeld, D. E. | 14.50 | Travel to Saudi Arabia; prepare for client meetings | 4350.00 |
| 01/10/2003 | Abbott, A. B. | 3.40 | Draft answer to debtors' amended complaint | 578.00 |
| 01/11/2003 | Rosenfeld, D. E. | 8.00 | Meeting with S. Ali | 2400.00 |
| 01/12/2003 | Rosenfeld, D. E. | 8.00 | Meetings with S. Ali and Devdos | 2400.00 |
| 01/13/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/13/2003 | Hutchins, J. C. | .50 | Review and analyze docket updates; receive and review e-mail from M. Souza; review and analyze discovery request from S&W (3d set of interrogatories); prepare and send e-mail to M. Souza; review and analyze amended preference complaint regarding set off and fraudulent conveyance causes of action. | 182.50 |
| 01/13/2003 | Rosenfeld, D. E. | 13.00 | Meetings with S. Ali; A. Bokari; Mousa, Haider and C. Jebeyli | 3900.00 |
| 01/13/2003 | Abbott, A. B. | 6.70 | Review debtors' answering brief in opposition to SAMBA's motion to compel; review debtors' third set of interrogatories; draft answer to debtors' amended complaint | 1139.00 |
| 01/14/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/14/2003 | Hutchins, J. C. | .50 | Review and analyze miscellaneous pleadings; telephone conference | 182.50 |

**Kirkpatrick & Lockhart** LLP

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 6

|            |                |       |                                                                                                                                                                                                                                                                           |         |
|------------|----------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|            |                |       | with A. Abbott regarding response to discovery; review and analyze docket updates; review and analyze amended preference complaint.                                                                                                                                       |         |
| 01/14/2003 | Rosenfeld, D. E. | 8.10 | Meetings with A, Bokhari; C. Jebeyli; Ahmed, Atif and S. McClintock; travel to USA                                                                                                                                                                                        | 2430.00 |
| 01/14/2003 | Abbott, A. B.  | .50   | Draft letter to G. Rubin; review debtors' answering brief                                                                                                                                                                                                                 | 85.00   |
| 01/15/2003 | Geyer, L. A.   | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                                                  | 9.50    |
| 01/15/2003 | Hutchins, J. C. | .60  | Review and analyze docket update; prepare and send e-mail to A. Abbott regarding new discovery request by S&W; review and analyze amended complaint regarding answers, legal issues; prepare and send e-mail to D. Rosenfeld (x2).                                        | 219.00  |
| 01/15/2003 | Rosenfeld, D. E. | 23.20 | Travel to Boston; prepare and edit notes concerning meetins with Mousa Al Mousa, A. Bokhari, Sheheryar Ali and Devdos                                                                                                                                                  | 6960.00 |
| 01/16/2003 | Geyer, L. A.   | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                                                  | 9.50    |
| 01/16/2003 | Hutchins, J. C. | 1.70 | Review and analyze miscellaneous pleadings; review and analyze amended preference complaint regarding burden of proof and evidentiary issues; telephone conference with D. Rosenfeld; review and analyze pleadings by S&W regarding discovery; review and analyze original complaint. | 620.50  |
| 01/16/2003 | Rosenfeld, D. E. | 5.20 | Review discovery requests; telephone conferences with G. Rubin; E. Meehan; telephone call to S. Jenkins; meetings with J. Hutchins and A. Abbott                                                                                                                       | 1560.00 |
| 01/17/2003 | Geyer, L. A.   | .10   | Update Stone & Webster adversary dockets                                                                                                                                                                                                                                  | 9.50    |
| 01/17/2003 | Hutchins, J. C. | 1.40 | Review and analyze amended preference complaint; conference                                                                                                                                                                                                               | 511.00  |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 7

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | with D. Rosenfeld (x2); review and analyze docket updates; review and analyze docket updates; review and analyze G. Rubin certification; prepare and send e-mail to D. Rosenfeld. |  |
| 01/17/2003 | Rosenfeld, D. E. | 4.90 | Telephone conference with G. Rubin; prepare for trial | 1470.00 |
| 01/17/2003 | Abbott, A. B. | 1.80 | Meeting with D. Rosenfeld regarding discovery and answer to amended complaint; telephone call to L. Meltzer; review certification of counsel to file amended complaint; review joint scheduling order | 306.00 |
| 01/21/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/21/2003 | Hutchins, J. C. | 1.30 | Review and analyze amended preference complaint; review and analyze original preference complaint; receive and review e-mail from D. Rosenfeld regarding Rubin pleading mistake; review and analyze amended complaint. | 474.50 |
| 01/21/2003 | Rosenfeld, D. E. | 8.50 | Prepare opening statement; conference with A. Abbott | 2550.00 |
| 01/21/2003 | Abbott, A. B. | 6.00 | Draft letter to S. Jenkins; revise answer to amended complaint; draft scheduling order; meeting with D. Rosenfeld and J. Hutchins regarding discovery and amended complaint | 1020.00 |
| 01/22/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/22/2003 | Hutchins, J. C. | 2.90 | Review and analyze amended complaint; conference with D. Rosenfeld and A. Abbott; prepare and send e-mail to D. Rosenfeld regarding indispensable party issues and third party claim against AS Bugshan; review and analyze miscellaneous pleadings; review and analyze Smith deposition | 1058.50 |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice:   1135274
Services Through: January 31, 2003
Page 8

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | ..; receive and review e-mail from D. Rosenfeld. | |
| 01/22/2003 | Rosenfeld, D. E. | 7.90 | Conference regarding answer and defenses; legal research concerning recoupment defense; legal research regarding answer and motion to add defendant and dismiss; prepare letter to C. Jebeyli and A. Bokhari | 2370.00 |
| 01/22/2003 | Abbott, A. B. | 5.50 | Meeting with D. Rosenfeld and J. Hutchins regarding discovery and answer to amended complaint; draft scheduling order; meeting with D. Rosenfeld regarding motion to dismiss | 935.00 |
| 01/23/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/23/2003 | Hutchins, J. C. | 1.70 | Conference with D. Rosenfeld and A. Abbott regarding indispensable party defenses and cross claims; review and analyze miscellaneous pleadings; review and analyze docket updates; conference with D. Rosenfeld regarding letter to C. Jebeyli and A. Bokhari; review and analyze draft letter; revise and edit same; proofread and review letter as sent. | 620.50 |
| 01/23/2003 | Rosenfeld, D. E. | 8.40 | Prepare opening statement; meeting with J. Hutchins and A. Abbott | 2520.00 |
| 01/23/2003 | Librarian | .80 | Print out cases for D. Rosenfeld | 100.00 |
| 01/23/2003 | Abbott, A. B. | 4.00 | Meeting with D. Rosenfeld and J. Hutchins regarding motion to dismiss; draft 2nd set of interrogatories to debtors | 680.00 |
| 01/24/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/24/2003 | Hutchins, J. C. | .80 | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld and A. Abbott; review and analyze miscellaneous pleadings; prepare and send e-mail | 292.00 |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 9

---

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | to D. Rosenfeld regarding deadlines for answering amended complaint. | |
| 01/24/2003 | Rosenfeld, D. E. | 8.30 | Prepare opening statement; revise letter to client; review and revise strategy; review and revise interrogatory answers; telephone conference with G. Rubin regarding scheduling | 2490.00 |
| 01/24/2003 | Abbott, A. B. | 5.00 | Draft 2nd set of interrogatories to debtors; attention to serving same | 850.00 |
| 01/27/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/27/2003 | Hutchins, J. C. | 1.20 | Review and analyze amended complaint; review and analyze interrogatories; review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld. | 438.00 |
| 01/27/2003 | Rosenfeld, D. E. | 8.90 | Prepare motion to dismiss for failure to join indispensable party; research regarding recoupment and setoff; telephone conferences and email to G. Rubin regarding scheduling | 2670.00 |
| 01/27/2003 | Abbott, A. B. | .50 | Meeting with D. Rosenfeld regarding motion to dismiss and answer to amended complaint | 85.00 |
| 01/28/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/28/2003 | Hutchins, J. C. | .60 | Review and analyze interrogatories sent and issues raised by amended complaint. | 219.00 |
| 01/28/2003 | Rosenfeld, D. E. | 1.80 | Prepare answer to complaint | 540.00 |
| 01/28/2003 | Abbott, A. B. | 4.00 | Revise answer to debtors' amended complaint | 680.00 |
| 01/29/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/29/2003 | Hutchins, J. C. | 1.80 | Telephone call from D. Rosenfeld; telephone conference with D. Rosenfeld ; receive and review e-mail from A. Bokhari; conference with D. Rosenfeld; review and | 657.00 |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 10

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | analyze interrogatories and prepare additional questions. | |
| 01/29/2003 | Rosenfeld, D. E. | 5.80 | Review email from client; review impact of email from client; conferences with J. Hutchins and A. Abbott; telephone conference with A. Bokhari; revise answer with new information | 1740.00 |
| 01/29/2003 | Abbott, A. B. | 1.50 | Conference call with D. Rosenfeld and A. Bokhari; meeting with D. Rosenfeld and J. Hutchins regarding motion to dismiss and answer to amended complaint | 255.00 |
| 01/30/2003 | Geyer, L. A. | .10 | Update Stone & Webster adversary dockets | 9.50 |
| 01/30/2003 | Hutchins, J. C. | 1.60 | Complete review of amended complaint; prepare memorandum to D. Rosenfeld regarding possible subject for interrogatories; receive and review e-mail from A. Abbott; prepare and send e-mail to D. Rosenfeld, A. Abbott; review and analyze docket updates; review and analyze equity committee objections regarding claims and claim classification. | 584.00 |
| 01/30/2003 | Abbott, A. B. | 4.00 | Draft second request for production of documents to debtors and third set of interrogatories; review deposition transcript of A. Bokhari and S. Ali | 680.00 |
| 01/31/2003 | Geyer, L. A. | 1.60 | Update Stone & Webster adversary dockets; phone call with J. Hutchins; search docket for Schedule F; fax copy of Schedule F to J. Hutchins | 152.00 |
| 01/31/2003 | Hutchins, J. C. | 1.50 | Review and analyze miscellaneous pleadings; review and analyze equity committee claims objections and request for allocating claims to particular debtors; telephone conference with L. Geyer (x2); review and analyze local counsel | 547.50 |

**Kirkpatrick & Lockhart LLP**

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901
Invoice: 1135274
Services Through: January 31, 2003
Page 11

---

fee statements; review and analyze docket updates; review and analyze interrogatory issues.

| | | |
|---|---|---|
| TOTAL FEES | | $85,880.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | 96.5 hrs. | @$170 $/hr | = | 16,405.00 |
| R. Cahill | 2.8 hrs. | @$145 $/hr | = | 406.00 |
| L. A. Geyer | 3.6 hrs. | @$ 95 $/hr | = | 342.00 |
| J. C. Hutchins | 23.8 hrs. | @$365 $/hr | = | 8,687.00 |
| Librarian | 0.8 hrs. | @$125 $/hr | = | 100.00 |
| D. E. Rosenfeld | 199.3 hrs. | @$300 $/hr | = | 59,790.00 |
| P. Seliger | 1.3 hrs. | @$120 $/hr | = | 150.00 |

**TOTAL FEES**  **$85,880.00**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.51 |
| Facsimile | 6.75 |
| Copying Expense | 457.74 |
| Employee Overtime | 41.25 |
| Westlaw Research | 1,556.70 |
| Transportation Expenses | 30.00 |
| Air Fare | 703.50 |
| Binding Charges | 21.00 |
| Service of Subpoena Cost | 749.70 |
| Other | 7.75 |
| DISBURSEMENTS & OTHER CHARGES | $3,576.40 |
| **CURRENT INVOICE DUE** | **$89,456.40** |

**Kirkpatrick & Lockhart** LLP

February 18, 2003

Chahdan Jebeyli

Our File Number: 0508830.0901  
Invoice: 1135274  
Services Through: January 31, 2003  
Page 12

---

|  |  |
|---|---|
| PAST DUE INVOICE | $108,885.58 |
| **TOTAL AMOUNT DUE** | $198,341.98 |