# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1144733
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
February 28, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$ 33,797.50

Disbursements and Other Charges.................................................................................$ 12,847.99

**CURRENT AMOUNT DUE** ........................................................................................$ 46,465.49

Prior Outstanding Invoices............................................................................................$      .00

**TOTAL AMOUNT DUE**..............................................................................................<u>$ 46,465.49</u>

BOS-399960 v1 0950000-102

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 33,797.50 |
| Disbursements and Other Charges | $ 12,847.99 |
| **CURRENT INVOICE DUE** | $ **46,645.49** |

# Kirkpatrick & Lockhart LLP

75 State Street  
Boston, MA 02109-1808  
617.261.3100  
www.kl.com

March 22, 2003

Chahdan Jebeyli  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd 11421  
SAUDI ARABIA

Our File Number : 0508830.0901  
Invoice : 1144733  
Services Through : February 28, 2003

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/03/03 | J. C. Hutchins | 3.10 | Review and analyze draft answer to amended complaint; revise and edit same; conference with D. Rosenfeld regarding same; review and analyze docket updates; review and analyze equity committee pleadings regarding substantive consolidation and segregation claims by debtor and order copy of S&W Schedule F (unsecured creditor listing of SAMBA). | 1,131.50 |
| 02/03/03 | D. E. Rosenfeld | 8.10 | Prepare opening notes; teleconferences with G. Rubin regarding scheduling and partial settlement; legal research concerning motion to dismiss | 2,430.00 |
| 02/04/03 | A. B. Abbott | 1.50 | Telephone calls with G. Rubin regarding discovery; draft joint stipulation regarding extension of time to respond to discovery; review scheduling order; meeting with D. Rosenfeld regarding same | 255.00 |
| 02/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/04/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 109.50 |
| 02/04/03 | D. E. Rosenfeld | 7.20 | Prepare opening notes; prepare motion to dismiss for failure to join indispensable party; conferences regarding scheduling order | 2,160.00 |
| 02/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/05/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 02/05/03 | D. E. Rosenfeld | 4.80 | Prepare opening notes | 1,440.00 |
| 02/06/03 | A. B. Abbott | 0.20 | Revise stipulation to extend time to respond to discovery | 34.00 |
| 02/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/06/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 109.50 |
| 02/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/07/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review and analyze docket updates; prepare and send correspondence to F. Monaco regarding payments. | 182.50 |
| 02/07/03 | D. E. Rosenfeld | 2.10 | Prepare opening notes | 630.00 |
| 02/10/03 | A. B. Abbott | 0.30 | Draft answer to debtors' third set of interrogatories | 51.00 |
| 02/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/10/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding consolidation and claims allocation. | 182.50 |
| 02/11/03 | A. B. Abbott | 2.20 | Review and analyze docket entries and related filings in main bankruptcy proceeding; review documents for reference to R. J. Miranda | 374.00 |
| 02/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/11/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; review and analyze answer. | 219.00 |
| 02/11/03 | D. E. Rosenfeld | 5.10 | Prepare opening statement | 1,530.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/12/03 | A. B. Abbott | 5.60 | Prepare responses to debtors' third set of interrogatories; review deposition transcript of A. Bokhari and S. Ali | 952.00 |
| 02/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/12/03 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding strategies and trial dates; prepare and send e-mail to D. Rosenfeld regarding Isobard discovery. | 584.00 |
| 02/13/03 | A. B. Abbott | 8.60 | Review documents for admissions of J. Rase and M. Mott; draft memo regarding same; draft letter to S. Jenkins regarding depositions of J. Rase and M. Mott | 1,462.00 |
| 02/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/13/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings and docket updates; receive and review e-mail from D. Rosenfeld to C. Jebeyli, A. Bokhari and S. Ali; conference with D. Rosenfeld regarding discovery status. | 146.00 |
| 02/13/03 | D. E. Rosenfeld | 0.80 | Revise and edit interrogatory answers | 240.00 |
| 02/14/03 | A. B. Abbott | 11.00 | Draft response to debtors' third set of interrogatories | 1,870.00 |
| 02/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/14/03 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Abbott; review and analyze miscellaneous pleadings, docket update. | 109.50 |
| 02/14/03 | D. E. Rosenfeld | 8.40 | Revise and edit interrogatory answers; review of documents regarding interrogatory answers; prepare letter to client | 2,520.00 |
| 02/17/03 | J. C. Hutchins | 0.20 | Receive and review e-mail from A. Abbott; review correspondence from A. Bokhari; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to A. Bokhari; receive and review e-mail from A. Bokhari regarding visa. | 73.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/18/03 | A. B. Abbott | 2.20 | Review documents in support of SAMBA's response to debtors' third set of interrogatories | 374.00 |
| 02/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/18/03 | J. C. Hutchins | 0.80 | Review and analyze answers by SAMBA to 3d interrogatories; review and analyze miscellaneous pleadings; review and analyze docket updates. | 292.00 |
| 02/18/03 | D. E. Rosenfeld | 8.10 | Trial preparation, conference regarding experts; conference with trial graphix regarding exhibits; telephone conference with client regarding status; prepare for trial | 2,430.00 |
| 02/19/03 | A. B. Abbott | 5.00 | Revise and draft SAMBA's answer to debtors' 3rd set of interrogatories | 850.00 |
| 02/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/19/03 | J. C. Hutchins | 0.50 | Review and analyze docket update; review and analyze answers to interrogatories; conference with D. Rosenfeld regarding same. | 182.50 |
| 02/19/03 | D. E. Rosenfeld | 4.90 | Prepare discovery responses; prepare opening statement | 1,470.00 |
| 02/20/03 | A. B. Abbott | 2.50 | Draft responses to debtors' second document request and answer to debtors' fourth set of interrogatories | 425.00 |
| 02/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/20/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates, miscellaneous pleadings regarding preference settlements, classification of claims. | 109.50 |
| 02/21/03 | A. B. Abbott | 0.60 | Meeting with D. Rosenfeld regarding discovery responses; email A. Bokhari regarding SAMBA's response to debtors second document request and answer to fourth set of interrogatories | 102.00 |
| 02/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/21/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings regarding claims and docket updates. | 73.00 |
| 02/21/03 | D. E. Rosenfeld | 1.30 | Revise and edit discovery responses; prepare correspondence to client | 390.00 |
| 02/24/03 | A. B. Abbott | 1.50 | Conference call with D. Rosenfeld and A. Bokhari; review SAMBA's answer to debtors' fourth set of interrogatories and bank statements; email A. Bokhari regarding telephone conference | 255.00 |
| 02/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/24/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 219.00 |
| 02/24/03 | D. E. Rosenfeld | 4.20 | Telephone conference with A. Bokhari; review revised interrogatories; review case law regarding ordinary course of business defense | 1,260.00 |
| 02/25/03 | A. B. Abbott | 2.50 | Conference call with A. Bokhari and D. Rosenfeld; review bank statements in preparation for same; edit SAMBA's response to debtors' fourth set of interrogatories; draft SAMBA's third set of interrogatories propounded to debtors | 425.00 |
| 02/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/25/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings regarding claims classifications. | 146.00 |
| 02/25/03 | D. E. Rosenfeld | 7.10 | Telephone conference with G. Rubin; emails to/from G. Rubin and S. Jenkins regarding discovery; review exhibits for trial | 2,130.00 |
| 02/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/26/03 | J. C. Hutchins | 1.10 | Review and analyze miscellaneous pleadings regarding claims proceedings; review and analyze credit committee brief regarding claims classification and debt assumed. | 401.50 |

-5-

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/26/03 | D. E. Rosenfeld | 8.30 | Trial preparation - exhibits; telephone conference with potential experts | 2,490.00 |
| 02/27/03 | A. B. Abbott | 0.70 | Review SAMBA's answers to debtors' fourth set of interrogatories and response to debtors' 2nd document request | 119.00 |
| 02/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/27/03 | J. C. Hutchins | 0.50 | Telephone conference with D. Rosenfeld; review correspondence from F. Monaco; prepare and send e-mail to A. Bokhari; review and analyze docket updates. | 182.50 |
| 02/28/03 | A. B. Abbott | 1.20 | Attention to filing SAMBA's third set of interrogatories to debtors, SAMBA's response to debtors' second document request and answers to debtors' fourth set of interrogatories | 204.00 |
| 02/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 02/28/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings. | 219.00 |
|  |  | **TOTAL FEES** |  | $ 33,797.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 45.60 hrs at $ 170/ hr | $7,752.00 |
| L. A. Geyer | 1.90 hrs at $ 95/ hr | $180.50 |
| J. C. Hutchins | 13.00 hrs at $ 365/ hr | $4,745.00 |
| D. E. Rosenfeld | 70.40 hrs at $ 300/ hr | $21,120.00 |
| | **TOTAL FEES** 130.90 hrs | $ 33,797.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 16.92 |
| Facsimile | 3.00 |
| Copying Expense | 44.64 |
| Long Distance Courier | 385.61 |
| Travel Expenses | 1,431.09 |
| Transportation Expenses | 405.00 |
| Cab Fare | 152.16 |
| Air Fare | 8,686.07 |
| Local Courier | 44.30 |
| Court Reporter Fee | 1,388.85 |
| Other | 290.35 |
| DISBURSEMENTS & OTHER CHARGES | $ 12,847.99 |