# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1164000
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2003 in connection with the above-referenced matter, as more fully described in the attached itemization ..................................................$ 89,947.50

Disbursements and Other Charges..........................................................$ 4,550.01

**CURRENT AMOUNT DUE** ..................................................................$ 94,497.51

Prior Outstanding Invoices......................................................................$ 65,808.87

**TOTAL AMOUNT DUE**........................................................................<u>$160,306.38</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 16, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1164000 |
| Services Through | : | April 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/01/03 | J. C. Hutchins | 1.10 | Review and analyze S&W's answers to interrogatories; review and analyze objections to disclosure statements; telephone conference with D. Rosenfeld; receive and review e-mail from K. Mangan; telephone call to K. Mangan. | 401.50 |
| 04/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/02/03 | J. C. Hutchins | 2.40 | Review and analyze objections by various parties to disclosure statements and related pleadings of debtor and equity committee; review and analyze answers to interrogatories by debtor; receive and review e-mail from K. Mangan regarding hearing; telephone conference with D. Rosenfeld regarding Judge Walsh's rejection of disclosure statements. | 876.00 |
| 04/02/03 | S. C. Kellogg | 6.00 | Trial Preparation - meet with D. Rosenfeld regarding case strategy and selection of exhibits; telephone conference with D. Rosenfeld and K. Morgan regarding status | 1,350.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/02/03 | D. E. Rosenfeld | 5.70 | Review exhibits | 1,710.00 |
| 04/03/03 | A. B. Abbott | 0.30 | Email R. Rubin regarding scheduling order; conference with D. Rosenfeld regarding same | 51.00 |
| 04/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/03/03 | J. C. Hutchins | 1.90 | Review and analyze revisions (marked copies) of equity committee disclosure statement and joint disclosure statement regarding BSW, Saudi Aramco, Bugshan and SAMBA regarding debtor's responses to discovery; review and analyze debtor's notice regarding amended schedules filed; review and analyze amended schedules; telephone conference with D. Rosenfeld regarding SAMBA removed from schedules. | 693.50 |
| 04/03/03 | S. C. Kellogg | 4.00 | Trial preparation - meet with D. Rosenfeld - review and select trial exhibits; discussion with D. Rosenfeld regarding trial strategy and Rase deposition | 900.00 |
| 04/03/03 | D. E. Rosenfeld | 4.90 | Exhibit review | 1,470.00 |
| 04/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/04/03 | J. C. Hutchins | 0.80 | Review and analyze debtor's answers to SAMBA discovery request; review and analyze docket updates; review and analyze miscellaneous pleadings regarding disclosure statements. | 292.00 |
| 04/07/03 | A. B. Abbott | 7.50 | Meeting with D. Rosenfeld regarding trial exhibits and graphics; email G. Rubin regarding amended scheduling order; analyze documents and draft chart of BS&W's current account transactions; prepare timeline of important dates | 1,275.00 |
| 04/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/07/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; telephone conference with D. Rosenfeld; review and analyze S&W responses regarding discovery. | 219.00 |
| 04/07/03 | D. E. Rosenfeld | 7.30 | Review trial exhibits | 2,190.00 |
| 04/08/03 | A. B. Abbott | 8.70 | Conference call with D. Rosenfeld and A. Bokhari; review statements of account in preparation for same; meeting with D. Rosenfeld and S. Kellogg to review and analyze documents in preparation for trial; review debtors' motion for partial summary judgment | 1,479.00 |
| 04/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/08/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; review and analyze Debtor's motion for summary judgment; telephone conference with D. Rosenfeld (x2) regarding same. | 255.50 |
| 04/08/03 | S. C. Kellogg | 5.50 | Discussion with A. Abbott and D. Rosenfeld regarding debtors' motion for summary judgment and opposition thereto; review exhibits in preparation for trial; review their motion for summary judgment | 1,237.50 |
| 04/08/03 | D. E. Rosenfeld | 6.90 | Review trial exhibits; conference with G. Rubin regarding trial exhibits and witnesses | 2,070.00 |
| 04/09/03 | A. B. Abbott | 7.10 | Review and analyze debtors' motion for partial summary judgment; meeting with J. Hutchins, D. Rosenfeld and S. Kellogg regarding same; analyze documents regarding SWEC's balance sheet; prepare chart of BSW's current account transactions; telephone call to trial graphix regarding graphic design | 1,207.00 |
| 04/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/09/03 | J. C. Hutchins | 3.80 | Telephone conference with D. Rosenfeld; review and analyze S&W Motion for summary judgment regarding 3/29/00 payment; conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding opposition to summary judgment. | 1,387.00 |
| 04/09/03 | D. E. Rosenfeld | 6.20 | Review motion for partial summary judgment; prepare strategy for response | 1,860.00 |
| 04/10/03 | A. B. Abbott | 4.30 | Meeting with J. Hutchin, D. Rosenfeld and S. Kellogg regarding Debtors' motion for partial summary judgment; telephone conference with S. Fong regarding graphics; meeting with D. Rosenfeld regarding trial strategy and deposition of J. Rase; review documents | 731.00 |
| 04/10/03 | R. Cahill | 1.40 | Worked on chronology of important documents | 203.00 |
| 04/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/10/03 | J. C. Hutchins | 2.20 | Conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding responses to summary judgment motion; review and analyze debtor's answers to discovery. | 803.00 |
| 04/10/03 | S. C. Kellogg | 2.80 | Meet with D. Rosenfeld, J. Hutchins and A. Abbott regarding response to motion for summary judgment; research regarding same | 630.00 |
| 04/11/03 | R. Cahill | 1.30 | Worked on chronology of important documents | 188.50 |
| 04/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/11/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings; review and analyze discovery responses to SAMBA. | 292.00 |
| 04/11/03 | S. C. Kellogg | 3.50 | Research regarding opposition to motion for summary judgment | 787.50 |
| 04/11/03 | D. E. Rosenfeld | 4.10 | Prepare opposition to motion for summary judgment | 1,230.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/14/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding discovery and response to summary judgment motion; telephone conference with D. Rosenfeld regarding another cure claim dispute regarding Shaw. | 182.50 |
| 04/14/03 | S. C. Kellogg | 2.10 | Research regarding opposition to motion for summary judgment; discussion with D. Rosenfeld regarding deposition coverage and exhibits for trial | 472.50 |
| 04/14/03 | D. E. Rosenfeld | 7.10 | Review documents for designation of trial exhibits | 2,130.00 |
| 04/15/03 | A. B. Abbott | 8.30 | Review documents and prepare designation of trial exhibits; meeting with D. Rosenfeld regarding same; review graphics prepared by Trial Graphix; conduct research regarding ordinary course of business | 1,411.00 |
| 04/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/15/03 | J. C. Hutchins | 0.50 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings, notices regarding disclosure statements. | 182.50 |
| 04/15/03 | S. C. Kellogg | 2.40 | Discussion with A. Abbott regarding opposition to motion for summary judgment; research regarding same | 540.00 |
| 04/16/03 | A. B. Abbott | 10.10 | Prepare proposed exhibit list to be served; conduct legal research regarding ordinary course of business defense; payment plans and insolvency | 1,717.00 |
| 04/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/16/03 | S. C. Kellogg | 2.20 | Review draft exhibit list; discussion with A. Abbott regarding same; research and draft opposition to motion for summary judgment | 495.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/17/03 | A. B. Abbott | 11.80 | Draft opposition to debtors' motion for partial summary judgment; review debtors' proposed exhibit list | 2,006.00 |
| 04/17/03 | R. Cahill | 2.60 | Worked on possible trial exhibits | 377.00 |
| 04/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/17/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates and miscellaneous pleadings; brief conference with D. Rosenfeld; receive and review e-mail from K. Mangan. | 146.00 |
| 04/17/03 | S. C. Kellogg | 2.50 | Draft opposition to motion for summary judgment | 562.50 |
| 04/17/03 | D. E. Rosenfeld | 8.40 | Review and revise brief in opposition to summary judgment; review Debtors' proposed exhibits | 2,520.00 |
| 04/18/03 | A. B. Abbott | 9.90 | Draft opposition to debtors' motion for summary judgment | 1,683.00 |
| 04/18/03 | S. C. Kellogg | 7.30 | Research and draft opposition to motion for summary judgment | 1,642.50 |
| 04/18/03 | D. E. Rosenfeld | 4.20 | Review and revise brief; telephone conference with S. Gill at TrialGraphix; telephone conference with K. Mangan; telephone conference with L. Nugent regarding Bugshan; review Debtors' proposed exhibits | 1,260.00 |
| 04/19/03 | A. B. Abbott | 12.20 | Draft opposition to debtors' motion for partial summary judgment and conduct legal research regarding same | 2,074.00 |
| 04/19/03 | S. C. Kellogg | 9.50 | Draft opposition to motion for summary judgment | 2,137.50 |
| 04/20/03 | A. B. Abbott | 7.70 | Draft opposition to debtors' motion for partial summary judgment and conduct legal research regarding same | 1,309.00 |
| 04/20/03 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld. | 73.00 |
| 04/20/03 | S. C. Kellogg | 13.50 | Draft opposition to motion for summary judgment | 3,037.50 |
| 04/20/03 | D. E. Rosenfeld | 6.80 | Revise and edit opposition to motion for partial summary judgment | 2,040.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/21/03 | A. B. Abbott | 13.20 | Draft opposition to debtors' motion for partial summary judgment and prepare opposition for filing | 2,244.00 |
| 04/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/21/03 | S. C. Kellogg | 12.50 | Revise and edit opposition to motion for summary judgment; attention to exhibits; attention to finalize brief and exhibits for filing and service | 2,812.50 |
| 04/21/03 | D. E. Rosenfeld | 8.20 | Prepare and finalize opposition to motion for summary judgment | 2,460.00 |
| 04/22/03 | A. B. Abbott | 3.20 | Draft stipulation of dismissal; draft outline for trial preparation; prepare documents for deposition of J. Rase | 544.00 |
| 04/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/22/03 | J. C. Hutchins | 2.40 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze opposition to Debtors' summary judgment motion; receive and review e-mail from D. Rosenfeld to client. | 876.00 |
| 04/22/03 | S. C. Kellogg | 1.50 | Trial preparation; attention to Debtors' proposed exhibits for trial; discussion with D. Rosenfeld regarding same | 337.50 |
| 04/22/03 | D. E. Rosenfeld | 1.20 | Review Debtors' designations | 360.00 |
| 04/23/03 | A. B. Abbott | 2.70 | Revise stipulation of dismissal; review SAMBA's opposition to debtors' motion for partial summary judgment; attention to filing amended opening brief; telephone conference with K. Mangan regarding same; prepare deposition outline for J. Rase | 459.00 |
| 04/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |

-7-

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/23/03 | J. C. Hutchins | 1.80 | Review and analyze opposition to debtor's summary judgment motion; conference with D. Rosenfeld regarding same; receive and review e-mail from F. Monaco; prepare and send e-mail to F. Monaco. | 657.00 |
| 04/23/03 | S. C. Kellogg | 2.50 | Review Debtors' proposed trial exhibits with D. Rosenfeld and assert objections thereto; review/edit objection list; attention to serving objections | 562.50 |
| 04/23/03 | D. E. Rosenfeld | 8.30 | Review Debtors' document designations; prepare objections; prepare trial preparation agenda; telephone conferences with S. Jenkins and G. Rubin regarding deposition issues; email to L. Nugent regarding depositions of Bugshan; trial preparation | 2,490.00 |
| 04/24/03 | A. B. Abbott | 6.80 | Prepare deposition outline for J. Rase; review Delaware local rules regarding pre-trial order; draft memo and meeting with D. Rosenfeld regarding same | 1,156.00 |
| 04/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/24/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings regarding disclosure statements and amended plans for reorganization. | 146.00 |
| 04/24/03 | D. E. Rosenfeld | 4.80 | Prepare for Rase deposition | 1,440.00 |
| 04/25/03 | A. B. Abbott | 6.50 | Prepare deposition outline for J. Rase and compile documents for use as exhibits | 1,105.00 |
| 04/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 04/25/03 | J. C. Hutchins | 0.30 | Conference with D. Rosenfeld; review and analyze O. Okwamabua preference demand letter; review and analyze draft stipulation of dismissal of letter of credit claim; review and analyze Debtor's responses to interrogatories. | 109.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/28/03 | A. B. Abbott | 7.80 | Prepare exhibits for deposition of J. Rase | 1,326.00 |
| 04/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/28/03 | J. C. Hutchins | 2.10 | Receive and review e-mail from D. Rosenfeld to L. Nugent regarding Bugshan offer; conference with D. Rosenfeld regarding same and preparation for Rose deposition; telephone conference with E. Meehan regarding offer to settle ; telephone conference with D. Rosenfeld regarding response; review and analyze amended debtor disclosure statement and plan; receive and review e-mail from K. Mangan regarding Equity Committee disclosure regarding SAMBA and settlement; prepare and send e-mail to D. Rosenfeld regarding Section 550 case; revise and edit draft of stipulation of dismissal of LOC claim and send to D. Rosenfeld. | 766.50 |
| 04/28/03 | S. C. Kellogg | 5.20 | Travel to Delaware for J. Rase deposition; deposition preparation | 1,170.00 |
| 04/28/03 | D. E. Rosenfeld | 6.00 | Prepare for Rase deposition and travel to Delaware; telephone conferences with K. Mangan regarding scheduling issues and objections by SWEC's counsel to videotaping the deposition | 1,800.00 |
| 04/29/03 | A. B. Abbott | 1.00 | Prepare pretrial order | 170.00 |
| 04/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/29/03 | J. C. Hutchins | 1.90 | Review and analyze debtor's response to discovery; review and analyze docket update; review and analyze pleadings regarding disclosure statements. | 693.50 |
| 04/29/03 | S. C. Kellogg | 8.90 | Deposition preparation; attend deposition of J. Rase | 2,002.50 |

-9-

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/29/03 | D. E. Rosenfeld | 10.20 | Take J. Rase deposition; review email; conferences with SWEC's counsel regarding trial issues | 3,060.00 |
| 04/30/03 | A. B. Abbott | 5.30 | Review stipulation of dismissal; draft letter to G. Rubin enclosing witness list; prepare pretrial order | 901.00 |
| 04/30/03 | R. Cahill | 1.30 | Worked on trial preparation | 188.50 |
| 04/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 04/30/03 | J. C. Hutchins | 1.90 | Telephone call from D. Rosenfeld regarding settlement; telephone call to D. Rosenfeld; review and analyze pleadings regarding disclosure statement amendments and asbestos claimants committee; review and analyze disclosure statements; review and analyze debtor list of documents for trial. | 693.50 |
| 04/30/03 | S. C. Kellogg | 9.20 | Deposition preparation; attend deposition of J. Rase; review witness list; travel home from Delaware | 2,070.00 |
| 04/30/03 | D. E. Rosenfeld | 11.20 | Review and send emails to client; take J. Rase deposition; travel to Boston | 3,360.00 |
|  |  |  | TOTAL FEES | $ 89,947.50 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. B. Abbott | 134.40 hrs at | $ 170/ hr | $22,848.00 |
| R. Cahill | 6.60 hrs at | $ 145/ hr | $957.00 |
| L. A. Geyer | 2.10 hrs at | $ 95/ hr | $199.50 |
| J. C. Hutchins | 26.70 hrs at | $ 365/ hr | $9,745.50 |
| S. C. Kellogg | 101.10 hrs at | $ 225/ hr | $22,747.50 |
| D. E. Rosenfeld | 111.50 hrs at | $ 300/ hr | $33,450.00 |
| TOTAL FEES | 382.40 hrs |  | $ 89,947.50 |

**DISBURSEMENTS & OTHER CHARGES**

**Kirkpatrick & Lockhart** LLP

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 17.11 |
| Facsimile | 61.50 |
| Copying Expense | 911.70 |
| Copying Expense (Outside Off.) | 86.61 |
| Lexis Research | 530.00 |
| Travel Expenses | 20.00 |
| Transportation Expenses | 30.00 |
| Business Meal | 17.23 |
| Binding Charges | 3.00 |
| Charge for Transcripts | 2,827.51 |
| Service of Subpoena Cost | 45.00 |
| Other | 0.35 |
| **DISBURSEMENTS & OTHER CHARGES** | **$ 4,550.01** |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 04/30/03 | 1152414 | 64,622.25 | 1,186.62 | 65,808.87 |
| | OUTSTANDING BALANCE | | $ | 65,808.87 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 89,947.50 |
| Disbursements and Other Charges | $ 4,550.01 |
| **CURRENT INVOICE DUE** | **$ 94,497.51** |
| Past Due Invoices * | $ 65,808.87 |
| **TOTAL AMOUNT DUE** | **$ 160,306.38** |

-11-