# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 19, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1169894
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2003 in connection with the above-referenced matter, as more fully described in the attached itemization ......................................... $ 51,639.00

Disbursements and Other Charges .................................................... $   7,797.59

**CURRENT AMOUNT DUE** .................................................................. $ 59,436.59

Prior Outstanding Invoices ................................................................. $ 94,454.12

**TOTAL AMOUNT DUE** ...................................................................... <u>$153,890.71</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 19, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1169894
Services Through : May 31, 2003

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/03 | A. B. Abbott | 8.90 | Prepare pretrial order; meeting with D. Rosenfeld regarding same; review debtors' reply brief; conference with S. Fong regarding trial graphics | 1,513.00 |
| 05/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/01/03 | J. C. Hutchins | 2.90 | Review and analyze Debtor's reply brief; review and analyze pleadings regarding reorganization plans and disclosure statement; conference with D. Rosenfeld regarding counter offer; prepare counter-offer to Debtors; prepare and send correspondence to E. Meehan; prepare and send facsimile to E. Meehan; prepare and send correspondence to A. Bokhari. | 1,058.50 |
| 05/01/03 | S. C. Kellogg | 5.20 | Review and edit letter with counteroffer; discussion with D. Rosenfeld regarding trial preparation; review Debtors' Reply brief; trial preparation - review Asad's deposition | 1,170.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/03 | D. E. Rosenfeld | 10.30 | Prepare trial memo; conferences with client; prepare letters regarding settlement; conferences with J. Hutchins, A. Abbott, and S. Kellogg | 3,090.00 |
| 05/02/03 | A. B. Abbott | 6.90 | Conference with J. Hutchins, D. Rosenfeld and S. Kellogg regarding debtors' reply brief; conference with D. Rosenfeld and S. Kellogg regarding pretrial order; draft pretrial order | 1,173.00 |
| 05/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/02/03 | J. C. Hutchins | 3.90 | Review and analyze S&W's reply brief regarding summary judgment in preference action; conference with D. Rosenfeld, A. Abbott and S. Kellogg regarding same and possible sur-reply brief; telephone conference with K. Mangan; telephone conference with E. Meehan; review facsimile from E. Meehan; review and analyze e-mails regarding Bugshan offer (x4); review and analyze debtor's counter offer; conference with D. Rosenfeld; telephone conference with E. Meehan; revise and edit D. Rosenfeld draft letter to client regarding counter offer; prepare and send e-mail to D. Rosenfeld (x2). | 1,423.50 |
| 05/02/03 | S. C. Kellogg | 4.30 | Review reply to opposition to motion for summary judgment; meet with D. Rosenfeld, J. Hutchins and A. Abbott regarding Reply and necessity of surreply; meeting with D. Rosenfeld and A. Abbott regarding pretrial memorandum; discussion with D. Rosenfeld, A. Abbott and J. Hutchins regarding settlement offer; draft pretrial memorandum | 967.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/02/03 | D. E. Rosenfeld | 13.20 | Prepare trial memo; conference with client; review settlement offer; analyze settlement offer; prepare letter to client; conferences with J. Hutchins, A. Abbott, and S. Kellogg | 3,960.00 |
| 05/03/03 | J. C. Hutchins | 1.50 | Telephone conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld; revise and edit supplemental analysis letter to clients; telephone conference with D. Rosenfeld regarding same; receive and review e-mail from D. Rosenfeld to C. Jebeyli and A. Bokhari. | 547.50 |
| 05/03/03 | D. E. Rosenfeld | 7.80 | Telephone conference with C. Jebeyli; telephone conference with J. Hutchins; prepare letter to client regarding settlement offer; prepare pretrial memorandum | 2,340.00 |
| 05/04/03 | A. B. Abbott | 6.20 | Draft pretrial order | 1,054.00 |
| 05/04/03 | J. C. Hutchins | 0.80 | Telephone conference with D. Rosenfeld; revise and edit draft counter offer; telephone conference with D. Rosenfeld; receive and review e-mail from C. Jebeyli. | 292.00 |
| 05/04/03 | S. C. Kellogg | 4.00 | Draft, revise and edit pretrial memo | 900.00 |
| 05/04/03 | D. E. Rosenfeld | 2.80 | Telephone conference with A. Bokhari, C. Jebeyli, A. Ameer; telephone conference with A. Bokhari; telephone conference with J. Hutchins; prepare offer letter | 840.00 |
| 05/05/03 | A. B. Abbott | 6.20 | Prepare pretrial order; conference with D. Rosenfeld regarding settlement proposal | 1,054.00 |
| 05/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/05/03 | J. C. Hutchins | 4.40 | Conference with D. Rosenfeld; telephone conference with A. Bokhari; revise and edit counter offer letter to E. Meehan; receive and review e-mail from A. Bokhari; conference with D. Rosenfeld; proofread and review offer letter; prepare and send e-mail to E. Meehan; prepare and send correspondence to E. Meehan (supplemental letter regarding deadline); review and analyze pleadings regarding reorganization plans and disclosure statements; receive and review e-mail from D. Rosenfeld to client and negotiation strategy; receive and review e-mail from D. Rosenfeld regarding ethical disclosure issue raised by Meehan; telephone conference with E. Meehan (settlement reached); conference with D. Rosenfeld regarding same; prepare letter to memorialize settlement; prepare and send facsimile to E. Meehan regarding settlement terms; receive and review e-mail from D. Rosenfeld to client. | 1,606.00 |
| 05/05/03 | S. C. Kellogg | 4.70 | Draft, revise and edit pretrial memo; discussion with D. Rosenfeld regarding settlement status; attention to organizing documents from Rase deposition | 1,057.50 |
| 05/05/03 | D. E. Rosenfeld | 7.90 | Trial preparation; prepare counter-offer letter; telephone conference with A. Bokhari and A. Usmani; telephone conference with G. Rubin; telephone conference with E. Meehan; conferences with J. C. Hutchins; revise and edit counter-offer and amendments to counter offer | 2,370.00 |

-4-

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/06/03 | A. B. Abbott | 1.20 | Conference with D. Rosenfeld regarding status of recovery action; review deposition transcript of A. Bokhari | 204.00 |
| 05/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/06/03 | J. C. Hutchins | 2.80 | Conference with D. Rosenfeld; telephone conference with E. Meehan; review facsimile from E. Meehan; work on drafting settlement agreement; review and analyze Bugshan proposal e-mails. | 1,022.00 |
| 05/06/03 | D. E. Rosenfeld | 4.90 | Prepare settlement letters and conferences with J.C. Hutchins and client; prepare response to Bugshan settlement offer; telephone conference with A. Bokhari | 1,470.00 |
| 05/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/07/03 | J. C. Hutchins | 3.30 | Telephone conference with D. Rosenfeld; receive and review e-mail from D. Rosenfeld to A. Bokhari; prepare memorandum to file regarding 5/5 teleconference with E. Meehan; prepare and send e-mail to E. Meehan regarding ethical concern of his regarding cooperation terms of settlement; prepare draft of settlement agreement with debtors; conference with D. Rosenfeld regarding Bugshan demand for quick response to settlement ; outline settlement proposal; receive and review e-mail from D. Rosenfeld to A. Bokhari, Usmani et al regarding Bugshan request; analysis of settlement alternatives; revise and edit D. Rosenfeld draft of counter proposal to Bugshan. | 1,204.50 |
| 05/07/03 | D. E. Rosenfeld | 2.80 | Telephone conferences with A. Bokhari, C. Jebeyli regarding Bugshan issues, prepare draft letter to Bugshan | 840.00 |
| 05/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

-5-

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/08/03 | J. C. Hutchins | 3.20 | Preparation for conference call to A. Bokhari; conference call with D. Rosenfeld, A. Bokhari, Arif Usmani; prepare settlement agreement with debtors; review and analyze disclosure statement relative to debtor settlement; review and analyze D. Rosenfeld draft settlement proposal to A. S. Bugshan; revise and edit same; telephone call to E. Meehan, telephone conference with E. Meehan; conference with D. Rosenfeld regarding same and contacts with Akin Gump (x3); revise and edit settlement proposal. | 1,168.00 |
| 05/08/03 | D. E. Rosenfeld | 3.30 | Telephone conference with A. Bokhari and A. Usmani regarding Bugshan; prepare correspondence to Bugshan's counsel; telephone conference with Bugshan's counsel | 990.00 |
| 05/09/03 | A. B. Abbott | 0.60 | Review deposition transcript of A. Bokhari | 102.00 |
| 05/09/03 | C. E. Corbett | 2.60 | ... ; meeting with D. Rosenfeld to discuss status of the law. | 429.00 |
| 05/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/09/03 | J. C. Hutchins | 2.50 | Prepare settlement agreement; revise and edit same; conference with D. Rosenfeld and C. Jebeyli; review and analyze D. Rosenfeld comments on settlement agreement; revise and edit same; prepare and send e-mail to E. Meehan with proposed settlement agreement; conference with D. Rosenfeld regarding | 912.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/16/03 | J. C. Hutchins | 3.20 | File maintenance; telephone call to E. Meehan; telephone call from E. Meehan; review facsimile from E. Meehan and G. Rubin; conference with D. Rosenfeld; revise and edit E. Meehan revision; telephone call to E. Meehan; conference with D. Rosenfeld. | 1,168.00 |
| 05/16/03 | D. E. Rosenfeld | 1.80 | Review settlement agreement and make changes to same; conference with J. Hutchins; telephone conference with G. Rubin | 540.00 |
| 05/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/19/03 | J. C. Hutchins | 1.70 | Revise and edit settlement agreement; telephone call to E. Meehan; receive and review e-mail from D. Rosenfeld; review and analyze pleadings regarding disclosure statement, docket and agenda for hearing regarding disclosure statements. | 620.50 |
| 05/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/20/03 | J. C. Hutchins | 2.90 | Revise and edit settlement agreement; review and analyze D. Rosenfeld comments; telephone conference with E. Meehan; receive and review e-mail from G. Rubin; review and analyze E. Meehan and G. Rubin edits of settlement agreement; revise and edit settlement agreement; prepare and send e-mail to E. Meehan with revised settlement agreement; receive and review e-mail from E. Meehan. | 1,058.50 |
| 05/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/21/03 | J. C. Hutchins | 1.50 | Review and analyze pleadings regarding disclosure statements and equity committee response to objections to its disclosure statement; revise and edit settlement agreement; prepare and send e-mail to C. Jebeyli and A. Bokhari regarding settlement agreement; prepare and send e-mail to E. Meehan regarding settlement agreement; receive and review e-mail from G. Rubin regarding motion to approve compromise. | 547.50 |
| 05/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 05/22/03 | J. C. Hutchins | 3.20 | Review and analyze motion to approve settlement; receive and review e-mail from C. Jebeyli (x2); conference with D. Rosenfeld regarding problems with motion; revise and edit motion; revise and edit settlement agreement per C. Jebeyli and A. Bokhari comments; conference with D. Rosenfeld regarding same; telephone conference with E. Meehan; prepare and send e-mail to E. Meehan with revised settlement; revise and edit motion; receive and review e-mail from D. Rosenfeld regarding Bugshan and Next Factors hearing (whether to attend). | 1,168.00 |
| 05/22/03 | D. E. Rosenfeld | 2.90 | Revise settlement documents | 870.00 |
| 05/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/23/03 | J. C. Hutchins | 4.60 | Revise and edit S&W's motion to approve settlement; telephone conference with D. Rosenfeld; telephone conference with E. Meehan; receive and review e-mail from E. Meehan; prepare and send e-mail to E. Meehan (revised Motion to approve settlement); telephone conference with E. Meehan; conference with D. Rosenfeld; revise and edit settlement agreement; prepare and send facsimile to E. Meehan; revise and edit Rubin draft of motion; telephone conference with E. Meehan; prepare and send e-mail to Rubin and E. Meehan; receive and review e-mail from E. Meehan regarding filing. | 1,679.00 |
| 05/23/03 | D. E. Rosenfeld | 6.20 | Travel to Wilmington, DE for hearing regarding Shaw issues and attend hearing on assumption of liabilities | 1,860.00 |
| 05/23/03 | D. E. Rosenfeld | 1.40 | Conference with clients; conference with G. Rubin; conference with E. Meehan and J. Hutchins regarding settlement | 420.00 |
| 05/27/03 | A. B. Abbott | 0.40 | Review settlement motion; meeting with D. Rosenfeld regarding SAMBA's answering brief | 68.00 |
| 05/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/27/03 | J. C. Hutchins | 2.30 | Receive and review e-mail from K. Mangan; review and analyze motion to approve settlement, as filed, proposed order and other attachments; file maintenance regarding same; conference with D. Rosenfeld (x2) regarding filing statement in support of motion to focus on facts we want to emphasize; conference with D. Rosenfeld regarding removing Shaw case up to District Court; review and analyze miscellaneous pleadings; review and analyze local counsel statement. | 839.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/28/03 | A. B. Abbott | 3.00 | Review debtors' motion for order approving settlement with SAMBA; draft statement in support | 510.00 |
| 05/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/28/03 | J. C. Hutchins | 1.10 | Review and analyze revised disclosure statements; attention to file maintenance; conference with D. Rosenfeld. | 401.50 |
| 05/28/03 | D. E. Rosenfeld | 2.80 | Review motion; review rules regarding answering briefs; conferences regarding necessity of answering brief | 840.00 |
| 05/29/03 | A. B. Abbott | 1.70 | Draft answering brief to statement in support of debtors' motion | 289.00 |
| 05/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/29/03 | J. C. Hutchins | 1.80 | Review and analyze miscellaneous pleadings regarding revised disclosure statements; conference with D. Rosenfeld; review and analyze docket updates; file maintenance regarding Shaw case. | 657.00 |
| 05/30/03 | A. B. Abbott | 0.80 | Draft answering brief | 136.00 |
| 05/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary docket | 9.50 |
| 05/30/03 | J. C. Hutchins | 0.40 | Telephone conference with F. Monaco; review facsimile from F. Monaco; prepare and send correspondence to A. Bokhari; prepare and send correspondence to F. Monaco. | 146.00 |

TOTAL FEES $ 51,639.00

| | | | |
|---|---|---|---|
| A. B. Abbott | 39.10 hrs at $ 170/ hr | $6,647.00 |
| C. E. Corbett | 2.60 hrs at $ 165/ hr | $429.00 |
| L. A. Geyer | 2.10 hrs at $ 95/ hr | $199.50 |
| J. C. Hutchins | 50.90 hrs at $ 365/ hr | $18,578.50 |
| S. C. Kellogg | 18.20 hrs at $ 225/ hr | $4,095.00 |
| D. E. Rosenfeld | 72.30 hrs at $ 300/ hr | $21,690.00 |

TOTAL FEES   185.20 hrs   $ 51,639.00

**DISBURSEMENTS & OTHER CHARGES**

**Kirkpatrick & Lockhart** LLP

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 45.12 |
| Facsimile | 19.50 |
| Copying Expense | 189.00 |
| Copying Expense (Outside Off.) | 25.00 |
| Employee Overtime | 247.50 |
| Long Distance Courier | 39.97 |
| Lexis Research | 38.00 |
| Westlaw Research | 361.11 |
| Other Data Base Research | 27.51 |
| Travel Expenses | 31.00 |
| Transportation Expenses | 150.90 |
| Cab Fare | 510.80 |
| Air Fare | 1,915.50 |
| Business Meal | 102.25 |
| Charge for Transcripts | 1,204.89 |
| Service of Subpoena Cost | 534.09 |
| Other | 2,355.45 |
| DISBURSEMENTS & OTHER CHARGES | $ 7,797.59 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 05/16/03 | 1164000 | 89,947.50 | 4,550.01 | 94,497.51 |
| | OUTSTANDING BALANCE | | | $ 94,497.51 |

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 51,639.00 |
| Disbursements and Other Charges | $ 7,797.59 |
| **CURRENT INVOICE DUE** | $ **59,436.59** |
| Past Due Invoices * | $ **94,497.51** |
| **TOTAL AMOUNT DUE** | $ **153,934.10** |

\* Does not include payments received after 06/19/03.

-13-