# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 11, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1176548 |
| Services Through : | June 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/02/03 | A. B. Abbott | 2.20 | Draft answering brief to debtors' motion for order approving settlement; review settlement motion | 374.00 |
| 06/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/02/03 | J. C. Hutchins | 1.80 | Receive and review e-mail from A. Bokhari (x2); conference with D. Rosenfeld regarding Bugshan/ARAMCO; review and analyze revised disclosure statements and plans to be heard on 6/5. | 657.00 |
| 06/02/03 | D. E. Rosenfeld | 0.20 | Review answering brief | 60.00 |
| 06/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/03/03 | J. C. Hutchins | 1.60 | Review and analyze revisions to disclosure statements, terms of reorganization plans and related documents; review and analyze Shaw response to preference settlement motion; conference with D. Rosenfeld regarding statement in support of settlement; review and analyze certification of counsel regarding competing plans and disclosure statements; prepare and send e-mail to D. Rosenfeld and K. Mangan. | 584.00 |
| 06/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/04/03 | J. C. Hutchins | 1.20 | Review and analyze miscellaneous pleadings; review and analyze disclosure statements; prepare memorandum to D. Rosenfeld regarding changes regarding SAMBA; conference with D. Rosenfeld regarding status of statement on support of settlement with S&W and status regarding Bugshan settlement. | 438.00 |
| 06/04/03 | D. E. Rosenfeld | 1.90 | Review and revise answering brief | 570.00 |
| 06/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/05/03 | J. C. Hutchins | 1.40 | Review and analyze disclosure statements and plans regarding 6/5 hearing; review and analyze creditor committee limited objection to proposed settlement of SAMBA/S&W preference action; conference with D. Rosenfeld; conference with D. Rosenfeld regarding Shaw action. | 511.00 |
| 06/05/03 | D. E. Rosenfeld | 2.80 | Review objections and disclosure statement issues | 840.00 |
| 06/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/06/03 | J. C. Hutchins | 2.10 | Review and analyze creditor committee objection to SAMBA's settlement with S&W; conference with D. Rosenfeld regarding how to respond and attendance at hearing; receive and review e-mail from K. Mangan; review and analyze order regarding mailing disclosure statements and plans, voting, confirmation hearing; review and analyze miscellaneous pleadings. | 766.50 |
| 06/06/03 | D. E. Rosenfeld | 2.90 | Review limited responses | 870.00 |
| 06/09/03 | A. B. Abbott | 2.60 | Conduct research and analyze caselaw regarding waiver and jury demand; conference with D. Rosenfeld regarding same | 442.00 |
| 06/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/09/03 | J. C. Hutchins | 1.40 | Review correspondence from C. Jebeyli; receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld regarding Bugshan direct offer; conference call with A. Bokhari, C. Jebeyli and D. Rosenfeld; review and analyze claims objection settlement; review and analyze schedule regarding plans of reorganization; receive and review e-mail from D. Rosenfeld regarding response to Bugshan. | 511.00 |
| 06/09/03 | D. E. Rosenfeld | 2.90 | Conferences regarding withdrawal of reference and possible settlement with Saudi Aramco | 870.00 |
| 06/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/10/03 | J. C. Hutchins | 2.20 | Conference with D. Rosenfeld regarding Bugshan settlement; review and analyze history of S&W/Bugshan/Aramco settlement regarding direct enforcement of collateral assignment against ARAMCO; receive and review e-mail from C. Jebeyli; receive and review e-mail from A. Bokhari (x2); conference call with D. Rosenfeld and A. Bokhari. | 803.00 |
| 06/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/11/03 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings by equity committee regarding voting on plans, discovery; conference with D. Rosenfeld regarding preparation for hearing on Motion to Approve Settlement and Bugshan response; review and analyze docket updates; review and analyze pleading by other creditors to compel payment by Shaw; prepare and send e-mail to D. Rosenfeld. | 584.00 |
| 06/11/03 | D. E. Rosenfeld | 4.20 | Travel to Delaware; prepare for hearing | 1,260.00 |
| 06/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/12/03 | J. C. Hutchins | 1.60 | Review and analyze docket update; review and analyze Collateral assignment of Saudi Aramco Contract and related documents; review and analyze term sheet regarding S&W/Bugshan/Saudi Aramco settlement regarding impediments to direct claim on Saudi Aramco; telephone conference with D. Rosenfeld regarding motion to approve settlement allowed. | 584.00 |
| 06/12/03 | D. E. Rosenfeld | 5.00 | Attend settlement hearing; travel to Boston | 1,500.00 |
| 06/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/13/03 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; prepare memorandum to D. Rosenfeld regarding making demand on Saudi Aramco under collateral assignment of Saudi Aramco contract; receive and review e-mail from D. Rosenfeld to client regarding settlement approved. | 438.00 |
| 06/13/03 | D. E. Rosenfeld | 0.80 | Send correspondence to clients; review docket; conferences with local counsel | 240.00 |
| 06/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/16/03 | J. C. Hutchins | 1.20 | Revise and edit memorandum to D. Rosenfeld; review and analyze assignment documents regarding Saudi Aramco contract; review and analyze miscellaneous pleadings; review and analyze approval order; review and analyze miscellaneous pleadings regarding solicitation/confirmation. | 438.00 |
| 06/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/17/03 | J. C. Hutchins | 0.40 | Revise and edit memorandum to D. Rosenfeld. | 146.00 |
| 06/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/18/03 | J. C. Hutchins | 0.80 | Review and analyze equity committee pleadings regarding soliciting votes and creditor committee objections; review and analyze claim settlement pleadings; prepare and send correspondence to E. Meehan, G. Rubin regarding wire transfer of settlement funds; receive and review e-mail from D. Rosenfeld. | 292.00 |
| 06/18/03 | D. E. Rosenfeld | 2.90 | Telephone conference with C. Jebeyli; review new docket entries; prepare correspondence | 870.00 |
| 06/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/19/03 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding plan solicitation, confirmation; review and analyze more motions to compel payment by Shaw; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from G. Rubin; conference with D. Rosenfeld regarding wire transfer deadline; receive and review e-mail from D. Rosenfeld to G. Rubin. | 182.50 |
| 06/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/20/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings;prepare memorandum to D. Rosenfeld regarding Saudi Aramco. | 73.00 |
| 06/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/23/03 | J. C. Hutchins | 0.50 | Review and analyze pleadings regarding solicitation of ballots, voting procedures, etc. | 182.50 |
| 06/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/24/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, docket update. | 146.00 |
| 06/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/25/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding disclosure statements, proposed transmittals to creditors, mechanics for voting, etc. | 219.00 |
| 06/26/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding revised disclosure statements, creditor solicitations; review and analyze invoice status. | 182.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/27/03 | J. C. Hutchins | 1.30 | Telephone call from J. Carroll regarding wire transfer instructions incomplete; receive and review e-mail from G. Rubin; prepare and send e-mail to C. Oleson regarding wire transfer; prepare and send correspondence to A. Bokhari, C. Jebeyli; telephone call to J. Carroll; prepare and send e-mail to G. Rubin; review and analyze pleadings regarding disclosure statement and plans; review and analyze docket updates; receive and review e-mail from Mangan regarding revised disclosure statements filed and available. | 474.50 |
| 06/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 06/30/03 | J. C. Hutchins | 1.60 | Attention to wire transfer instructions for settlement payment; conference with D. Rosenfeld; receive and review e-mail from A. Bokhari (x2); prepare and send e-mail to G. Rubin; receive and review e-mail from G Rubin; prepare and send e-mail to G. Rubin; receive and review e-mail from G. Rubin; prepare and send e-mail to A. Bokhari (with duplicate bill for April); review and analyze miscellaneous pleadings and amended disclosure statement; conference with D. Rosenfeld regarding moving on Shaw. | 584.00 |
| 06/30/03 | D. E. Rosenfeld | 0.60 | Conference with client; conference with J. Hutchins regarding status | 180.00 |
| | | TOTAL FEES | | $   17,053.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 4.80  hrs  at  $   170/ hr | | $816.00 |
| L. A. Geyer | | 1.90  hrs  at  $    95/ hr | | $180.50 |
| J. C. Hutchins | | 24.10  hrs  at  $   365/ hr | | $8,796.50 |
| D. E. Rosenfeld | | 24.20  hrs  at  $   300/ hr | | $7,260.00 |
| | TOTAL FEES | 55.00 hrs | | $   17,053.00 |

## DISBURSEMENTS & OTHER CHARGES

**Kirkpatrick & Lockhart LLP**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 265.28 |
| Facsimile | 3.75 |
| Copying Expense | 24.48 |
| Travel Expenses | 8,988.48 |
| Transportation Expenses | 203.00 |
| Cab Fare | 426.52 |
| Air Fare | 935.50 |
| Business Meal | 307.38 |
| DISBURSEMENTS & OTHER CHARGES | $    11,154.39 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 05/16/03 | 1164000 | 89,904.11 | 4,550.01 | 94,454.12 |
| 06/19/03 | 1169894 | 51,639.00 | 7,797.59 | 59,436.59 |
| OUTSTANDING BALANCE | | | $ | 153,890.71 |

Kirkpatrick & Lockhart LLP

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 17,053.00 |
| Disbursements and Other Charges | $ | 11,154.39 |
| **CURRENT INVOICE DUE** | $ | **28,207.39** |
| Past Due Invoices * | $ | 153,890.71 |
| **TOTAL AMOUNT DUE** | $ | **182,098.10** |

\* Does not include payments received after 07/29/03.