# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1185477
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
July 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................$ 13,040.50

Disbursements and Other Charges ..............................................................................$ 2,004.73

**CURRENT AMOUNT DUE** ......................................................................................$ 15,045.23

Prior Outstanding Invoices.........................................................................................$         .00

**TOTAL AMOUNT DUE** ..........................................................................................<u>$15,045.23</u>

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 22, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1185477 |
| Services Through : | July 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/01/03 | J. C. Hutchins | 0.90 | Review and analyze 3d amended plan, disclosure statement of equity committee (6/25 version) and executive summary of plan; telephone conference with D. Rosenfeld. | 328.50 |
| 07/01/03 | D. E. Rosenfeld | 0.80 | Telephone conference with client regarding strategy | 240.00 |
| 07/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/02/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, next factors motion; review and analyze docket updates. | 146.00 |
| 07/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/03/03 | J. C. Hutchins | 0.50 | Review and analyze objection to claims, more pleadings regarding solicitations of votes; prepare and send e-mail to D. Rosenfeld. | 182.50 |
| 07/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/07/03 | J. C. Hutchins | 0.10 | Receive and review e-mail from C. Jebeyli regarding wire transfer; receive and review e-mail from S. Alam regarding funds received. | 36.50 |
| 07/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/08/03 | D. E. Rosenfeld | 2.70 | Telephone conference with C. Jebeyli; prepare letter to client regarding A. Bokhari | 810.00 |
| 07/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/10/03 | J. C. Hutchins | 0.20 | Review and analyze docket; prepare and send e-mail to L. Geyer; receive and review e-mail from D. Rosenfeld. | 73.00 |
| 07/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/14/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari. | 292.00 |
| 07/15/03 | A. B. Abbott | 2.20 | Conduct research and analyze case law regarding withdrawal of reference to bankruptcy court; draft opening brief | 374.00 |
| 07/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/15/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; local counsel invoice. | 109.50 |
| 07/16/03 | A. B. Abbott | 2.10 | Analyze caselaw regarding withdrawal of reference to bankruptcy court; draft opening brief | 357.00 |
| 07/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/16/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings, docket updates; conference with D. Rosenfeld regarding withdrawing the reference for Shaw case. | 182.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/16/03 | D. E. Rosenfeld | 1.30 | Research and preparation regarding motion for withdrawal of reference; conference with A. Abbott regarding withdrawal of reference | 390.00 |
| 07/17/03 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding withdrawal of reference to bankruptcy court; attention to drafting same | 51.00 |
| 07/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/17/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 109.50 |
| 07/18/03 | A. B. Abbott | 3.20 | Conduct research regarding core proceedings; draft motion to withdraw reference; conference with D. Rosenfeld regarding same | 544.00 |
| 07/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/18/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; attention to file administration; telephone conference with D. Rosenfeld; prepare and send e-mail to A. Bokhari. | 182.50 |
| 07/21/03 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding motion to withdraw reference; review caselaw regarding same | 68.00 |
| 07/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/21/03 | J. C. Hutchins | 1.20 | Review and analyze pleadings regarding solicitation procedures, miscellaneous claims settlement, retention of Carroll; attention to administration matters. | 438.00 |
| 07/22/03 | A. B. Abbott | 3.20 | Conduct research regarding core matters and interpretation of asset purchase agreement; draft opening brief to withdraw reference to bankruptcy court | 544.00 |
| 07/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/22/03 | J. C. Hutchins | 0.40 | Review and analyze docket; review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 146.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/23/03 | A. B. Abbott | 3.70 | Analyze caselaw regarding removal of reference to bankruptcy court; draft opening brief with withdraw reference | 629.00 |
| 07/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/23/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; attention to docket update. | 73.00 |
| 07/23/03 | D. E. Rosenfeld | 7.20 | Review legal research regarding withdrawal of reference | 2,160.00 |
| 07/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/24/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates, miscellaneous pleadings. | 146.00 |
| 07/24/03 | D. E. Rosenfeld | 4.20 | Research regarding motion to withdraw reference; review new pleadings and docket entries | 1,260.00 |
| 07/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/25/03 | J. C. Hutchins | 1.70 | Review and analyze miscellaneous pleadings; attention to file maintenance. | 620.50 |
| 07/25/03 | D. E. Rosenfeld | 2.70 | Research regarding withdrawal of reference | 810.00 |
| 07/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/28/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 146.00 |
| 07/28/03 | D. E. Rosenfeld | 0.80 | Prepare motion regarding withdrawal of reference; correspondence with L. Nugent | 240.00 |
| 07/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/29/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, fee applications. | 73.00 |
| 07/29/03 | D. E. Rosenfeld | 2.90 | Research regarding withdrawal of reference | 870.00 |
| 07/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 07/30/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 07/31/03 | A. B. Abbott | 0.10 | Review agenda of matters scheduled for hearing | 17.00 |
| 07/31/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/31/03 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld regarding status of removal motion. | 73.00 |
| | | | TOTAL FEES | $ 13,040.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 15.20 hrs at | $ 170/ hr | $2,584.00 |
| L. A. Geyer | | 2.20 hrs at | $ 95/ hr | $209.00 |
| J. C. Hutchins | | 9.50 hrs at | $ 365/ hr | $3,467.50 |
| D. E. Rosenfeld | | 22.60 hrs at | $ 300/ hr | $6,780.00 |
| | TOTAL FEES | 49.50 hrs | | $ 13,040.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 36.24 |
| Copying Expense | 16.92 |
| Westlaw Research | 762.82 |
| Travel Expenses | 363.25 |
| Cab Fare | 17.00 |
| Air Fare | 808.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 2,004.73 |

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 13,040.50 |
| Disbursements and Other Charges | $ 2,004.73 |
| **CURRENT INVOICE DUE** | $ 15,045.23 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 23, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1195416
Services Through : August 31, 2003

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/01/03 | J. C. Hutchins | 0.80 | Review and analyze claims objections, voting objections and other misc. pleadings | 292.00 |
| 08/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/04/03 | J. C. Hutchins | 1.20 | Review and analyze objections to claims, voting status, docket updates | 438.00 |
| 08/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/05/03 | J. C. Hutchins | 0.60 | Review and analyze misc. pleadings; file maint. regarding objections to claims | 219.00 |
| 08/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/06/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, docket update | 255.50 |
| 08/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/07/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings regarding claims and objections to claims, asbestos claimants estimation | 292.00 |
| 08/07/03 | D. E. Rosenfeld | 3.20 | Review dockets; revise and edit motion | 960.00 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/08/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings | 182.50 |
| 08/08/03 | K. A. Serrao | 0.10 | PACER search for updated Stone & Webster adversary dockets and email regarding same | 16.50 |
| 08/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/11/03 | J. C. Hutchins | 0.90 | Review and analyze claim settlement pleadings and voting motions regarding asbestos. | 328.50 |
| 08/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/12/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, objections to claims. | 255.50 |
| 08/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/13/03 | J. C. Hutchins | 0.50 | Review and analyze amended plan of reorganization. | 182.50 |
| 08/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/14/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 08/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/15/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, amended joint disclosure statements. | 219.00 |
| 08/15/03 | D. E. Rosenfeld | 3.10 | Prepare motions regarding withdrawal of reference | 930.00 |
| 08/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/18/03 | J. C. Hutchins | 1.00 | Receive and review e-mail from A. Bokhari; conference with D. Rosenfeld regarding sale of allowed claim and relationship to Bugshan offer and claim v. Shaw, and status of removal of Shaw case to District Court; review and analyze amended disclosure statement and plan regarding treatment of unsecured claims v. SWEC. | 365.00 |

**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/18/03 | D. E. Rosenfeld | 2.80 | Telephone conference with A. Bokhari; review correspondence from A. Bokhari; prepare email to A. Bokhari; prepare motions regarding withdrawal of reference | 840.00 |
| 08/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/19/03 | J. C. Hutchins | 0.80 | Review and analyze amended joint disclosure statement; conference with D. Rosenfeld regarding response to solicitation to buy claim. | 292.00 |
| 08/19/03 | D. E. Rosenfeld | 0.40 | Telephone conference with R. Minkoff of Liquidity Solutions | 120.00 |
| 08/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/20/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 109.50 |
| 08/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/21/03 | J. C. Hutchins | 0.80 | Review and analyze Third Amended Joint Plan (Equity Committee now a proponent); review and analyze miscellaneous settlements | 292.00 |
| 08/21/03 | D. E. Rosenfeld | 0.30 | Telephone conference with R. Minkoff of Liquidity Solutions | 90.00 |
| 08/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/22/03 | J. C. Hutchins | 0.70 | Review and analyze docket; review joint plan regarding new dividend structures and equity committee deal | 255.50 |
| 08/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/25/03 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari | 146.00 |
| 08/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/26/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, consensus disclosure statement and plan regarding changes | 109.50 |

**K&L**
Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/26/03 | D. E. Rosenfeld | 3.20 | Telephone conference with clients; prepare request regarding withdrawal of reference | 960.00 |
| 08/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/27/03 | J. C. Hutchins | 0.70 | Review and analyze consensus plan, local counsel statement | 255.50 |
| 08/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/28/03 | J. C. Hutchins | 0.50 | Review and analyze Consensus Plan, miscellaneous pleadings, docket entries | 182.50 |
| 08/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 08/29/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous claim settlements. | 109.50 |
| | | | **TOTAL FEES** | $ 8,961.00 |

| | | | |
|---|---|---|---|
| L. A. Geyer | 2.00 hrs at $ 95/ hr | $190.00 |
| J. C. Hutchins | 13.30 hrs at $ 365/ hr | $4,854.50 |
| D. E. Rosenfeld | 13.00 hrs at $ 300/ hr | $3,900.00 |
| K. A. Serrao | 0.10 hrs at $ 165/ hr | $16.50 |
| | **TOTAL FEES** | 28.40 hrs | $ 8,961.00 |

**DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 9.90 |
| Other | 33.18 |
| **DISBURSEMENTS & OTHER CHARGES** | $ 43.08 |

**OUTSTANDING INVOICES**

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/22/03 | 1185477 | 13,040.50 | 1,961.34 | 15,001.84 |
| | **OUTSTANDING BALANCE** | | | $ 15,001.84 |

-4-

-5-



Kirkpatrick & Lockhart Nicholson Graham **INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 8,961.00 |
| Disbursements and Other Charges | $ 43.08 |
| **CURRENT INVOICE DUE** | $ 9,004.08 |
| Past Due Invoices * | $ 15,001.84 |
| **TOTAL AMOUNT DUE** | $ 24,005.92 |

* Does not include payments received after 09/25/03.