# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 20, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1200854
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
September 30, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization .................................................. $  4,113.50

Disbursements and Other Charges ........................................................... $     97.10

**CURRENT AMOUNT DUE** ................................................................... $  4,210.60

Prior Outstanding Invoices ........................................................................ $  8,960.69

**TOTAL AMOUNT DUE** ........................................................................ $13,171.29

BOS-399960 v1 0950000-102

**Kirkpatrick & Lockhart LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 20, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1200854 |
| Services Through : | September 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/02/03 | J. C. Hutchins | 0.90 | Receive and review e-mail from A. Bokhari; receive and review e-mail from C. Jebeyli; prepare and send e-mail to A. Bokhari; review and analyze Monzack, Monaco bill/payment reconciliation; review and analyze objections to confirmation and motions regarding voting; review and analyze miscellaneous pleadings; prepare and send e-mail to D. Rosenfeld; review and analyze amendment of change filed by Debtor. | 328.50 |
| 09/02/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/03/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 09/03/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/04/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/05/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 109.50 |
| 09/05/03 | D. E. Rosenfeld | 0.30 | Telephone conference with R. Minkoff regarding settlement | 90.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/05/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/08/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 09/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/10/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings regarding voting, confirmation. | 73.00 |
| 09/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/11/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding confirmation, voting rights. | 219.00 |
| 09/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/12/03 | J. C. Hutchins | 0.40 | Review and analyze plan and voting instructions. | 146.00 |
| 09/12/03 | D. E. Rosenfeld | 0.30 | Telephone conferences with R. Minkoff | 90.00 |
| 09/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/15/03 | J. C. Hutchins | 0.80 | Review and analyze docket updates; review and analyze miscellaneous pleadings; review and analyze voting designations; receive and review e-mail from A. Bokhari regarding sale of claim; receive and review e-mail from C. Jebeyli; receive and review e-mail from D. Rosenfeld. | 292.00 |
| 09/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/16/03 | J. C. Hutchins | 0.40 | Review and analyze voting designation order; conference with D. Rosenfeld. | 146.00 |
| 09/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/17/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates. | 73.00 |
| 09/17/03 | D. E. Rosenfeld | 0.80 | Teleconferences with client - C. Jebeyli | 240.00 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/18/03 | A. B. Abbott | 0.70 | Review revised voting designation and settlement agreement; telephone conference with G. Rubin regarding same; conference with D. Rosenfeld and J. Hutchins regarding same | 119.00 |
| 09/18/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates. | 73.00 |
| 09/18/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/19/03 | J. C. Hutchins | 0.60 | Review and analyze order approving confirmation and miscellaneous pleadings; review and analyze Walsh Monzack and Monaco statement. | 219.00 |
| 09/22/03 | A. B. Abbott | 0.20 | Telephone conference with G. Rubin regarding revised voting designations; draft email to D. Rosenfeld and J. Hutchins regarding same | 34.00 |
| 09/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/22/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; review and analyze miscellaneous pleadings; receive and review e-mail from A. Abbott regarding improper designation of SAMBA's claim a non-voting status. | 109.50 |
| 09/23/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/23/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates, miscellaneous pleadings; prepare and send e-mail to A. Abbott regarding improper classification of SAMBA's claim as non-voting. | 73.00 |
| 09/24/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; attention to miscellaneous pleadings regarding claims objections. | 109.50 |
| 09/24/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/25/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 09/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

-3-

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/26/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; research and analyze removal of cases from bankruptcy court to district court; receive and review e-mail from A. Abbott regarding voting designation. | 182.50 |
| 09/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/29/03 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; revise and edit A. Abbott; attention to ballots, file maintenance; research and analyze law on removal. | 474.50 |
| 09/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 09/30/03 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous objections to claims and claims processing motions; review and analyze order approving disclosure statement regarding ballots for various classes. | 474.50 |
| | | TOTAL FEES | | $ 4,113.50 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. B. Abbott | 0.90 hrs at | $ 170/ hr | $153.00 |
| L. A. Geyer | 1.40 hrs at | $ 95/ hr | $133.00 |
| J. C. Hutchins | 9.00 hrs at | $ 365/ hr | $3,285.00 |
| D. E. Rosenfeld | 1.40 hrs at | $ 300/ hr | $420.00 |
| K. A. Serrao | 0.70 hrs at | $ 175/ hr | $122.50 |
| TOTAL FEES | 13.40 hrs | | $ 4,113.50 |

**DISBURSEMENTS & OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 68.30 |
| Copying Expense | 28.80 |
| DISBURSEMENTS & OTHER CHARGES | $ 97.10 |

**OUTSTANDING INVOICES**

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/23/03 | 1195416 | 8,960.69 | 0.00 | 8,960.69 |
| | OUTSTANDING BALANCE | | | $ 8,960.69 |

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 4,113.50 |
| Disbursements and Other Charges | $ 97.10 |
| **CURRENT INVOICE DUE** | $ **4,210.60** |
| Past Due Invoices * | $ 8,960.69 |
| **TOTAL AMOUNT DUE** | $ **13,171.29** |

\* Does not include payments received after 10/20/03.

-5-

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 17, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1210162
**Client No.:** 0508830.0901

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
October 31, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$   9,209.00

Disbursements and Other Charges ..................................................................$      73.08

**CURRENT AMOUNT DUE** ..............................................................................$   9,282.08

Prior Outstanding Invoices..............................................................................$   4,167.21

**TOTAL AMOUNT DUE** ..................................................................................<u>$ 13,449.29</u>

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 17, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1210162
Services Through : October 31, 2003

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/01/03 | J. C. Hutchins | 0.80 | Review correspondence from docket and miscellaneous pleadings; attention to file maintenance. | 292.00 |
| 10/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/02/03 | J. C. Hutchins | 0.70 | Review and analyze pleadings regarding voting designations. | 255.50 |
| 10/02/03 | D. E. Rosenfeld | 2.10 | Revisions and conferences regarding scheduling | 630.00 |
| 10/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/03/03 | J. C. Hutchins | 0.40 | Prepare and send e-mail to A. Abbott; review and analyze miscellaneous pleadings. | 146.00 |
| 10/03/03 | D. E. Rosenfeld | 0.40 | Attention to scheduling and ballot issues | 120.00 |
| 10/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/06/03 | J. C. Hutchins | 0.40 | Review and analyze docket updates and miscellaneous pleadings. | 146.00 |
| 10/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/07/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; attention to local counsel fee matters. | 219.00 |
| 10/08/03 | A. B. Abbott | 0.40 | Review ballot distribution lists; review and reply to emails from J. Hutchins regarding same | 68.00 |
| 10/08/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/08/03 | J. C. Hutchins | 0.70 | Review and analyze ballot packages; prepare and send e-mail to D. Rosenfeld; review and analyze docket updates and miscellaneous pleadings; attention to file maintenance; review and analyze objection to claim; prepare and send e-mail to A. Abbott regarding same; receive and review e-mail from A. Abbott. | 255.50 |
| 10/09/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/14/03 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld; review and analyze miscellaneous pleadings. | 109.50 |
| 10/15/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/15/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 10/16/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/16/03 | J. C. Hutchins | 1.10 | Review correspondence from A. Bokhari; prepare and file SAMBA's ballot; telephone call to D. Rosenfeld; prepare and send e-mail to agent for ballots; review and analyze miscellaneous pleadings. | 401.50 |
| 10/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/17/03 | J. C. Hutchins | 0.40 | Telephone conference with D. Rosenfeld regarding ballot; prepare and send e-mail to A. Bloom; review and analyze miscellaneous pleadings. (claim settlements). | 146.00 |
| 10/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/21/03 | A. Bloom | 1.60 | Collect and review court filings regarding summary judgment; review case file; meet with J. Hutchins regarding case status | 264.00 |
| 10/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/21/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 10/22/03 | A. Bloom | 4.10 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court | 676.50 |
| 10/22/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/23/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 10/24/03 | A. Bloom | 3.80 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court; retrieve cases cited in brief and amplify number of citations | 627.00 |
| 10/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/24/03 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings regarding objections to confirmation, claims proceedings, etc; conference with A. Kurth; telephone conference with D. Rosenfeld. | 292.00 |
| 10/27/03 | A. Bloom | 1.80 | Continue review of case file and court filings, review and begin update of draft of motion to withdraw reference from Bankruptcy court | 297.00 |
| 10/27/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/27/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from C. Jebeyli. | 109.50 |
| 10/28/03 | A. Bloom | 2.30 | Meet with D. Rosenfeld regarding status of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court and memo in support thereof; begin revision of drafts of same | 379.50 |
| 10/28/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/28/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 10/29/03 | A. Bloom | 3.20 | Continue revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; continue revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 528.00 |
| 10/29/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/29/03 | D. E. Rosenfeld | 5.20 | Review motion regarding withdrawal of reference; conference with A. Bloom | 1,560.00 |
| 10/30/03 | A. Bloom | 3.20 | Continue revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; continue revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 528.00 |
| 10/30/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 10/31/03 | A. Bloom | 4.10 | Finalize revision of draft of motion to Delaware District Court to withdraw reference from Delaware Bankruptcy Court; finalize revision of draft of memo in support of motion to withdraw reference; case and statutory research regarding same | 676.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/31/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| | | | TOTAL FEES | $ 9,209.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. B. Abbott | 0.40 hrs at | $ 170/ hr | $68.00 |
| A. Bloom | 24.10 hrs at | $ 165/ hr | $3,976.50 |
| L. A. Geyer | 2.20 hrs at | $ 95/ hr | $209.00 |
| J. C. Hutchins | 7.20 hrs at | $ 365/ hr | $2,628.00 |
| D. E. Rosenfeld | 7.70 hrs at | $ 300/ hr | $2,310.00 |
| K. A. Serrao | 0.10 hrs at | $ 175/ hr | $17.50 |
| TOTAL FEES | 41.70 hrs | | $ 9,209.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 31.68 |
| Long Distance Courier | 41.40 |
| DISBURSEMENTS & OTHER CHARGES | $ 73.08 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 10/20/03 | 1200854 | 4,113.50 | 53.71 | 4,167.21 |
| | OUTSTANDING BALANCE | | | $ 4,167.21 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 9,209.00 |
| Disbursements and Other Charges | $ 73.08 |
| **CURRENT INVOICE DUE** | $ 9,282.08 |
| Past Due Invoices * | $ 4,167.21 |
| **TOTAL AMOUNT DUE** | $ 13,449.29 |