# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 23, 2003

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1219489
**Client No.:** 0508830.0901

---

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
November 30, 2003 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................$ 2,183.50

Disbursements and Other Charges..........................................................................$ 84.90

**CURRENT AMOUNT DUE** ...............................................................................$ 2,268.40

Prior Outstanding Invoices.......................................................................................$ 9,238.69

**TOTAL AMOUNT DUE**......................................................................................<u>$ 11,507.09</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 23, 2003

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1219489 |
| Services Through | : | November 30, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/03/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 109.50 |
| 11/03/03 | D. E. Rosenfeld | 2.90 | Prepare and revise motion for reference; conference with A. Bloom regarding same | 870.00 |
| 11/04/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/04/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, objections to confirmations, claim settlements. | 109.50 |
| 11/05/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/05/03 | J. C. Hutchins | 0.20 | Review and analyze pleadings. | 73.00 |
| 11/06/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/07/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/10/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/10/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/11/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/11/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/12/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/13/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/13/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/14/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/14/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/17/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/17/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 73.00 |
| 11/18/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/19/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/19/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/19/03 | D. E. Rosenfeld | 1.70 | Prepare audit response | 510.00 |
| 11/19/03 | N. A. Valente | 0.10 | Order accounting information for audit letter | 12.00 |
| 11/20/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/21/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/21/03 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 36.50 |
| 11/24/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/25/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 11/26/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
|  |  | TOTAL FEES |  | $ 2,183.50 |

| | | | |
|---|---|---|---|
| L. A. Geyer | 1.80 hrs at | $ 95/ hr | $171.00 |
| J. C. Hutchins | 1.70 hrs at | $ 365/ hr | $620.50 |
| D. E. Rosenfeld | 4.60 hrs at | $ 300/ hr | $1,380.00 |
| N. A. Valente | 0.10 hrs at | $ 120/ hr | $12.00 |
| TOTAL FEES | 8.20 hrs |  | $ 2,183.50 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Telephone | | 84.00 |
| Copying Expense | | 0.90 |
| DISBURSEMENTS & OTHER CHARGES | $ | 84.90 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| | OUTSTANDING BALANCE | | $ | 9,238.69 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,183.50 |
| Disbursements and Other Charges | $ | 84.90 |
| **CURRENT INVOICE DUE** | $ | **2,268.40** |
| Past Due Invoices * | $ | 9,238.69 |
| **TOTAL AMOUNT DUE** | $ | **11,507.09** |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 20, 2004

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1226686
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2003 in connection with the above-referenced matter, as more fully described in the attached itemization .................................................. $  1,772.50

Disbursements and Other Charges .................................................................. $     319.27

**CURRENT AMOUNT DUE** .............................................................................. $  2,091.77

Prior Outstanding Invoices ................................................................................ $ 11,507.09

**TOTAL AMOUNT DUE** .................................................................................. <u>$ 13,598.86</u>

BOS-399960 v1 0950000-102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

January 20, 2004

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1226686 |
| Services Through | : | December 31, 2003 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/01/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/02/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/03/03 | L. A. Geyer | 0.10 | Update Stone & Webster adversary dockets | 9.50 |
| 12/03/03 | D. E. Rosenfeld | 0.30 | Reply to A. Bokhari's email | 90.00 |
| 12/03/03 | N. A. Valente | 0.30 | Revisions to audit letter | 36.00 |
| 12/04/03 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, docket updates. | 255.50 |
| 12/04/03 | K. Zinski | 0.10 | Docket update | 10.00 |
| 12/05/03 | K. Zinski | 0.10 | Update adversary dockets | 10.00 |
| 12/08/03 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; revise and edit audit response letter; conference with N. Valente. | 219.00 |
| 12/10/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates and miscellaneous pleadings. | 109.50 |
| 12/11/03 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings. | 182.50 |
| 12/15/03 | J. C. Hutchins | 0.10 | Review and analyze docket updates, miscellaneous pleadings. | 36.50 |
| 12/17/03 | J. C. Hutchins | 0.20 | Review and analyze docket updates; receive and review e-mail from A. Bokhari | 73.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

## Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/19/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/22/03 | J. C. Hutchins | 0.40 | Receive and review e-mail K. Al-Mogrin; receive and review e-mail D. Rosenfeld; review and analyze revised pleadings | 146.00 |
| 12/23/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings | 109.50 |
| 12/23/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/24/03 | J. C. Hutchins | 0.30 | Review and analyze docket updates; review and analyze miscellaneous pleadings | 109.50 |
| 12/29/03 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings | 109.50 |
| 12/29/03 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.00 |
| 12/30/03 | J. C. Hutchins | 0.30 | Review and analyze docket update; review and analyze miscellaneous pleadings | 109.50 |
| 12/30/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| 12/31/03 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 73.00 |
| 12/31/03 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 17.50 |
| | | | TOTAL FEES | $ 1,772.50 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. A. Geyer | 0.30 hrs at | $ 95/ hr | $28.50 |
| J. C. Hutchins | 4.20 hrs at | $ 365/ hr | $1,533.00 |
| D. E. Rosenfeld | 0.30 hrs at | $ 300/ hr | $90.00 |
| K. A. Serrao | 0.20 hrs at | $ 175/ hr | $35.00 |
| N. A. Valente | 0.30 hrs at | $ 120/ hr | $36.00 |
| K. Zinski | 0.50 hrs at | $ 100/ hr | $50.00 |
| TOTAL FEES | 5.80 hrs | | $ 1,772.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 7.16 |
| Postage | 68.25 |
| Copying Expense | 11.16 |
| Long Distance Courier | 41.20 |
| Service of Subpoena Cost | 191.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 319.27 |

**Kirkpatrick & Lockhart** LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 12/23/03 | 1219489 | 2,183.50 | 84.90 | 2,268.40 |
| | OUTSTANDING BALANCE | | $ | 11,507.09 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,772.50 |
| Disbursements and Other Charges | $ | 319.27 |
| **CURRENT INVOICE DUE** | $ | **2,091.77** |
| Past Due Invoices * | $ | 11,507.09 |
| **TOTAL AMOUNT DUE** | $ | **13,598.86** |