# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

February 26, 2004

Chahdan Jebeyli
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1235352 |
| Services Through | : | January 31, 2004 |

**Guaranty Matter**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; docket updates, settlements. | 197.50 |
| 01/02/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/05/04 | J. C. Hutchins | 1.70 | Review and analyze status of case; review draft brief; review and analyze miscellaneous pleadings; attention to file maintenance. | 671.50 |
| 01/06/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, status of confirmation of reorganization and Shaw position. | 316.00 |
| 01/07/04 | J. C. Hutchins | 0.80 | Continue review of status of Shaw case. | 316.00 |
| 01/07/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 01/08/04 | J. C. Hutchins | 1.60 | Conference with D. Rosenfeld; review and analyze removal brief; review and analyze miscellaneous pleadings. | 632.00 |
| 01/09/04 | J. C. Hutchins | 1.90 | Review and analyze miscellaneous pleadings and Shaw briefs. | 750.50 |
| 01/13/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 01/14/04 | K. Zinski | 0.20 | Update the Stone & Webster adversary dockets | 21.00 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/20/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 553.00 |
| 01/21/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings regarding plan; review and analyze claim settlement and objections. | 276.50 |
| 01/21/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/22/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 01/22/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/23/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous drafts. | 118.50 |
| 01/23/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/26/04 | J. C. Hutchins | 0.20 | Receive and review e-mail from K. AlMogrin; review and analyze audit response request. | 79.00 |
| 01/26/04 | K. Zinski | 0.10 | Update Stone & Webster adversary docket | 10.50 |
| 01/27/04 | J. C. Hutchins | 0.50 | Conference with D. Rosenfeld regarding audit response and determine status of response to November request; conference with N. Valente; conference with D. Rosenfeld; review and analyze docket updates and miscellaneous pleadings. | 197.50 |
| 01/27/04 | N. A. Valente | 0.30 | Matters re audit letter | 45.00 |
| 01/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 01/28/04 | J. C. Hutchins | 0.20 | Review and analyze docket updates and miscellaneous pleadings. | 79.00 |
| 01/29/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld regarding case status; review local rules | 45.00 |
| 01/29/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 01/29/04 | D. E. Rosenfeld | 1.40 | Prepare audit inquiry letter response and emails to client | 490.00 |
| 01/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/30/04 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld regarding status of motion to remove; review and analyze docket updates. | 79.00 |
| 01/30/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | | TOTAL FEES | $ 5,169.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 0.20 hrs at $ 225/ hr | | $45.00 |
| J. C. Hutchins | 11.30 hrs at $ 395/ hr | | $4,463.50 |
| D. E. Rosenfeld | 1.40 hrs at $ 350/ hr | | $490.00 |
| N. A. Valente | 0.30 hrs at $ 150/ hr | | $45.00 |
| K. Zinski | 1.20 hrs at $ 105/ hr | | $126.00 |
| | TOTAL FEES | 14.40 hrs | $ 5,169.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Postage | 68.25 |
| Copying Expense | 9.54 |
| Long Distance Courier | 41.60 |
| DISBURSEMENTS & OTHER CHARGES | $ 119.39 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| | OUTSTANDING BALANCE | | $ | 9,238.69 |

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 5,169.50 |
| Disbursements and Other Charges | $ 119.39 |
| **CURRENT INVOICE DUE** | $ 5,288.89 |
| Past Due Invoices * | $ 9,238.69 |
| **TOTAL AMOUNT DUE** | $ 14,527.58 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 15, 2004

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**  1246054
**Client No.:**  0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
February 29, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ...................................................................$   1,584.00

Disbursements and Other Charges ........................................................................$        46.17

**CURRENT AMOUNT DUE** ..............................................................................$   1,630.17

Prior Outstanding Invoices.......................................................................................$ 14,527.58

**TOTAL AMOUNT DUE**....................................................................................<u>$ 16,157.75</u>

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street  
Boston, MA 02109-1808  
617.261.3100  
www.kl.com

March 15, 2004

Chahdan Jebeyli  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd  11421  
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1246054 |
| Services Through : | February 29, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/02/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and docket updates. | 79.00 |
| 02/03/04 | A. B. Abbott | 0.30 | Telephone conference with K. Mangan regarding status of case; conference with D. Rosenfeld regarding same | 67.50 |
| 02/04/04 | L. A. Geyer | 0.30 | Update LTV dockets (.2); update case calendar (.1) | 31.50 |
| 02/04/04 | L. A. Geyer | 0.10 | Update Stone and Webster adversary dockets | 10.50 |
| 02/04/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 02/05/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 02/06/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 02/09/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 02/10/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 276.50 |
| 02/11/04 | J. C. Hutchins | 0.20 | Review and analyze docket updates and miscellaneous pleadings. | 79.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/12/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bokhari; review and analyze order setting bar date regarding certain claims. | 158.00 |
| 02/13/04 | J. C. Hutchins | 0.30 | Prepare and send e-mail to D. Rosenfeld regarding bar dates for claims; review and analyze docket updates. | 118.50 |
| 02/17/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding bar date; prepare memorandum to D. Rosenfeld. | 158.00 |
| 02/19/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 02/20/04 | J. C. Hutchins | 0.30 | Review and analyze docket updates; review and analyze miscellaneous pleadings. | 118.50 |
| 02/20/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 02/24/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and docket updates. | 79.00 |
| 02/25/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; review and analyze local counsel statement. | 79.00 |
| 02/27/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket update; reconcile Monaco statements. | 118.50 |
| 02/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $ 1,584.00 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 0.30 hrs at | $ 225/ hr | $67.50 |
| L. A. Geyer | 0.40 hrs at | $ 105/ hr | $42.00 |
| J. C. Hutchins | 3.60 hrs at | $ 395/ hr | $1,422.00 |
| K. Zinski | 0.50 hrs at | $ 105/ hr | $52.50 |
| TOTAL FEES | 4.80 hrs | | $ 1,584.00 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.30 |
| Copying Expense | 1.98 |
| Long Distance Courier | 43.89 |
| DISBURSEMENTS & OTHER CHARGES | $ 46.17 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| | OUTSTANDING BALANCE | | $ | 14,527.58 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 1,584.00 |
| Disbursements and Other Charges | $ 46.17 |
| **CURRENT INVOICE DUE** | $ 1,630.17 |
| Past Due Invoices * | $ 14,527.58 |
| **TOTAL AMOUNT DUE** | $ 16,157.75 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

April 21, 2004

Asad H. Bokhari
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**  1259065
**Client No.:**   0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
March 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization .................................................................$ 16,964.50

Disbursements and Other Charges .................................................................$    491.99

**CURRENT AMOUNT DUE** ................................................................$ 17,456.59

Prior Outstanding Invoices.................................................................$ 16,157.75

**TOTAL AMOUNT DUE**.................................................................<u>$ 33,614.24</u>

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street  
Boston, MA 02109-1808  
617.261.3100  
www.kl.com

April 21, 2004

Ahmed Mahrous  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd 11421  
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1259065 |
| Services Through | : | March 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/04 | J. C. Hutchins | 0.20 | Review miscellaneous pleadings. | 79.00 |
| 03/02/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/03/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/04/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/05/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 03/08/04 | A. B. Abbott | 2.70 | Receive and review e-mail from K. Mangan; review agenda; telephone conference with D. Rosenfeld regarding same; review and analyze pleadings | 607.50 |
| 03/08/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from K. Mangan regarding status hearing; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld. | 118.50 |
| 03/08/04 | D. E. Rosenfeld | 1.30 | Review order from Court; prepare for status conference | 455.00 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/09/04 | A. B. Abbott | 2.80 | Review pleadings; assist D. Rosenfeld with preparation for status conference; review status conference agenda; telephone conference with D. Rosenfeld regarding same | 630.00 |
| 03/09/04 | J. C. Hutchins | 0.40 | Review facsimile from Mangan (agenda); conference with D. Rosenfeld regarding preparation for status conference and agenda; review and analyze agenda; prepare and send e-mail to D. Rosenfeld regarding agenda items; receive and review e-mail from K. Mangan. | 158.00 |
| 03/09/04 | D. E. Rosenfeld | 1.20 | Prepare for status conference, email to client, telephone conference with K. Mangan | 420.00 |
| 03/10/04 | A. B. Abbott | 0.70 | Review docket and notice of agenda; telephone conference with K. Mangan regarding agenda and hearing; telephone conference with D. Rosenfeld regarding same | 157.50 |
| 03/10/04 | J. C. Hutchins | 0.20 | Review facsimile from Creditor Committee regarding revised agenda for hearing; review and analyze revised agenda | 79.00 |
| 03/10/04 | D. E. Rosenfeld | 5.30 | Prepare for status conference | 1,855.00 |
| 03/11/04 | A. B. Abbott | 1.30 | Receive and review e-mail from K. Mangan; review docket and pleadings; telephone conference with D. Rosenfeld regarding status conference; receive and review e-mail from D. Rosenfeld | 292.50 |
| 03/11/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and agenda items to be heard by court; telephone call from D. Rosenfeld. | 79.00 |
| 03/11/04 | D. E. Rosenfeld | 15.20 | Travel to Delaware; meetings with K. Mangan and F. Monaco, A. Landis; prepare for status conference; telephone conference with A. Abbott; conference with Shaw Group counsel; attend hearing; travel to Boston | 5,320.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/12/04 | A. B. Abbott | 2.50 | Conference with D. Rosenfeld regarding status conference and deposition notices; telephone conferences with K. Mangan and D. Rosenfeld; conference with D. Rosenfeld and J. Hutchins regarding case strategy; telephone conference with L. Sherman regarding scheduling of depositions | 562.50 |
| 03/12/04 | J. C. Hutchins | 0.90 | Receive and review e-mail from D. Rosenfeld; conference with D. Rosenfeld and A. Abbott regarding results of hearing, discovery strategy regarding Shaw case, mediation strategy regarding Saudi Aramco/Bugshan case. | 355.50 |
| 03/12/04 | D. E. Rosenfeld | 4.30 | Meetings with J. Hutchins, A. Abbott regarding conference; review strategy post conference with Court; review correspondence from The Shaw Group counsel; prepare correspondence to client | 1,505.00 |
| 03/12/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/15/04 | A. B. Abbott | 1.20 | Conference with D. Rosenfeld regarding scheduling of depositions; draft letter to L. Sherman; draft letter to A. Landis | 270.00 |
| 03/15/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Mahrous; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to B. Allensworth and D. Rosenfeld; review and analyze miscellaneous pleadings and docket update. | 118.50 |
| 03/15/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/16/04 | A. B. Abbott | 0.20 | Draft letter to A. Landis; conference with D. Rosenfeld regarding same | 45.00 |
| 03/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/16/04 | D. E. Rosenfeld | 3.10 | Review correspondence from client; prepare correspondence to client | 1,085.00 |
| 03/16/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 03/17/04 | J. C. Hutchins | 0.40 | Review and analyze docket; review and analyze miscellaneous pleadings; review and analyze substitution of counsel in Saudi Aramco case. | 158.00 |
| 03/17/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket and download pleading as per J. Hutchins | 10.50 |
| 03/18/04 | A. B. Abbott | 0.40 | Receive and review e-mails regarding notice of dismissal; conference with D. Rosenfeld regarding case strategy | 90.00 |
| 03/18/04 | J. C. Hutchins | 0.30 | Conference with D. Rosenfeld regarding dismissal; review and analyze miscellaneous pleadings; review and analyze docket update. | 118.50 |
| 03/19/04 | A. B. Abbott | 0.20 | Review draft stipulation and order of dismissal | 45.00 |
| 03/22/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; receive and review e-mail from D. Rosenfeld; review and analyze draft of dismissal of preference adversary proceedings. | 118.50 |
| 03/23/04 | A. B. Abbott | 0.90 | Conference with D. Rosenfeld regarding stipulation of dismissal; telephone call to L. Sherman; review settlement agreement and revised stipulation of dismissal | 202.50 |
| 03/23/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/24/04 | A. B. Abbott | 0.70 | Telephone conference with D. Rosenfeld and K. Mangan regarding deposition notices; conference with D. Rosenfeld regarding depositions and stipulation of dismissal; telephone conference with L. Sherman regarding scheduling of depositions; draft e-mail to D. Rosenfeld regarding same | 157.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/24/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/25/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding depositions; telephone call to and from L. Ernce; receive and review e-mail from L. Ernce | 90.00 |
| 03/25/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 03/26/04 | A. B. Abbott | 1.20 | Revise stipulation of dismissal; draft e-mail to L. Ernce regarding same; draft e-mail to K. Dalton; conference with D. Rosenfeld regarding execution of stipulation | 270.00 |
| 03/26/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 03/29/04 | J. C. Hutchins | 0.60 | Review and analyze draft stipulation for dismissal of preference action; prepare and send e-mail to D. Rosenfeld regarding same and various issues (who should sign). | 237.00 |
| 03/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 03/30/04 | A. B. Abbott | 0.20 | Telephone call to L. Sherman regarding depositions; conference with D. Rosenfeld regarding same | 45.00 |
| 03/30/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; docket. | 79.00 |
| 03/31/04 | A. B. Abbott | 1.10 | Telephone call from L. Sherman; conference with D. Rosenfeld regarding depositions; telephone conference with D. Rosenfeld and K. Mangan regarding same; draft deposition notices | 247.50 |
| 03/31/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket. | 118.50 |
| 03/31/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $ 16,964.50 |

**Kirkpatrick & Lockhart** LLP

| | | | |
|---|---|---|---|
| A. B. Abbott | 16.50 hrs at | $ 225/ hr | $3,712.50 |
| J. C. Hutchins | 6.40 hrs at | $ 395/ hr | $2,528.00 |
| D. E. Rosenfeld | 30.40 hrs at | $ 350/ hr | $10,640.00 |
| K. Zinski | 0.80 hrs at | $ 105/ hr | $84.00 |
| TOTAL FEES | 54.10 hrs | | $ 16,964.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 4.20 |
| Facsimile | 5.25 |
| Copying Expense | 36.90 |
| Long Distance Courier | 88.83 |
| Transportation Expenses | 30.00 |
| Cab Fare | 326.81 |
| DISBURSEMENTS & OTHER CHARGES | $ 491.99 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| | OUTSTANDING BALANCE | | | $ 16,157.75 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 16,964.50 |
| Disbursements and Other Charges | $ 491.99 |
| **CURRENT INVOICE DUE** | $ 17,456.49 |
| Past Due Invoices * | $ 16,157.75 |
| **TOTAL AMOUNT DUE** | $ 33,614.24 |