# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 13, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1265259
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re: <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2004 in connection with the above-referenced matter, as more fully described in the attached itemization ................................................. $ 24,634.00

Disbursements and Other Charges ........................................................... $ 1,485.98

**CURRENT AMOUNT DUE** ....................................................................... $ 26,119.98

Prior Outstanding Invoices ......................................................................... $ 33,614.24

**TOTAL AMOUNT DUE** ............................................................................ $ 59,734.22

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

May 13, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1265259
Services Through : April 30, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/04 | A. B. Abbott | 1.20 | Draft letter to L. Sherman; draft deposition notices | 270.00 |
| 04/01/04 | J. C. Hutchins | 0.30 | Review and analyze docket; attention to miscellaneous pleadings. | 118.50 |
| 04/02/04 | A. B. Abbott | 2.90 | Draft deposition notices; conduct research regarding deposition subpoenas; draft e-mail to J. Redden regarding service of subpoena; review pleadings | 652.50 |
| 04/02/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 04/05/04 | A. B. Abbott | 4.70 | Draft deposition notices; attention to obtaining local counsel; conferences with D. Rosenfeld regarding same; revise letter to L. Sherman; conduct research regarding rules of civil procedure in Southern District of Texas | 1,057.50 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/06/04 | A. B. Abbott | 2.70 | Telephone conference with J. Redden regarding depositions; draft letter to C. Strauss; draft deposition subpoena; attention to serving same; conduct research regarding witness fees; telephone call to K. Mangan re: service of deposition notices; draft e-mail to K. Mangan regarding same; conferences with D. Rosenfeld regarding same | 607.50 |
| 04/06/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, docket update. | 79.00 |
| 04/06/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/07/04 | A. B. Abbott | 0.20 | Receive and review e-mails from D. Rosenfeld and S. Jenkins regarding depositions; conference with D. Rosenfeld regarding same | 45.00 |
| 04/07/04 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld; review and analyze docket update. | 79.00 |
| 04/08/04 | A. B. Abbott | 0.40 | Receive and review e-mails regarding depositions; conference with D. Rosenfeld regarding drafting of stipulation | 90.00 |
| 04/08/04 | J. C. Hutchins | 0.10 | Review docket update. | 39.50 |
| 04/08/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/12/04 | A. B. Abbott | 2.10 | Review correspondence regarding Saudi Aramco settlement negotiations; telephone conference with clients regarding arbitration; conference with D. Rosenfeld regarding same | 472.50 |
| 04/12/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket; prepare and send e-mail to K. Serrao. | 118.50 |
| 04/12/04 | D. E. Rosenfeld | 1.70 | Prepare for conference call; attend conference call; conference with A. Abbott regarding follow-up to conference call | 595.00 |
| 04/12/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/13/04 | A. B. Abbott | 1.60 | Conference with D. Rosenfeld regarding arbitration; review and analyze draft settlement agreement; draft e-mail to D. Rosenfeld regarding same; review pleadings | 360.00 |
| 04/13/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/14/04 | J. C. Hutchins | 0.10 | Review and analyze docket update. | 39.50 |
| 04/14/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/15/04 | A. B. Abbott | 0.40 | Draft stipulation | 90.00 |
| 04/15/04 | J. C. Hutchins | 0.20 | Review and analyze docket update; review and analyze miscellaneous pleadings. | 79.00 |
| 04/15/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary docket | 18.00 |
| 04/16/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding depositions; draft e-mail to S. Jenkins regarding same | 90.00 |
| 04/16/04 | J. C. Hutchins | 0.10 | Review and analyze docket update. | 39.50 |
| 04/16/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 04/19/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld regarding depositions | 45.00 |
| 04/19/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 04/20/04 | A. B. Abbott | 0.60 | Draft e-mail to S. Jenkins regarding stipulations; receive and review e-mail from S. Jenkins regarding 30(b)(6) deposition; conference with D. Rosenfeld regarding same | 135.00 |
| 04/20/04 | J. C. Hutchins | 0.40 | Review and analyze docket sheets. | 158.00 |
| 04/21/04 | A. B. Abbott | 1.90 | Review e-mail from S. Jenkins; draft response to S. Jenkins' e-mail regarding depositions and objections to 30(b)(6) topics; prepare deposition outlines | 427.50 |
| 04/21/04 | J. C. Hutchins | 0.30 | Review and analyze docket sheets. | 118.50 |
| 04/22/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket updates. | 118.50 |
| 04/22/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/23/04 | D. E. Rosenfeld | 4.90 | Prepare letter to S. Jenkins; prepare for depositions | 1,715.00 |
| 04/23/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary docket | 18.00 |
| 04/25/04 | A. B. Abbott | 7.60 | Draft stipulation regarding deposition of C. Struass; draft deposition outlines | 1,710.00 |
| 04/26/04 | A. B. Abbott | 6.20 | Conference with D. Rosenfeld regarding stipulations; receive and review e-mail from S. Jenkins; attention to arrangements for depositions; review docket; revise stipulation | 1,395.00 |
| 04/26/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings. | 197.50 |
| 04/27/04 | A. B. Abbott | 3.30 | Conference with D. Rosenfeld regarding stipulation; revise stipulation | 742.50 |
| 04/27/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, docket updates | 316.00 |
| 04/28/04 | A. B. Abbott | 4.20 | Draft deposition outlines | 945.00 |
| 04/28/04 | D. E. Rosenfeld | 7.30 | Prepare for depositions | 2,555.00 |
| 04/29/04 | A. B. Abbott | 7.20 | Draft deposition outlines | 1,620.00 |
| 04/29/04 | R. Cahill | 2.60 | Worked on deposition preparation | 416.00 |
| 04/29/04 | J. C. Hutchins | 0.40 | Review and analyze agenda for hearing (SAMBA matters not listed); review and analyze miscellaneous pleadings. | 158.00 |
| 04/29/04 | D. E. Rosenfeld | 8.20 | Prepare for depositions | 2,870.00 |
| 04/29/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 04/30/04 | A. B. Abbott | 4.60 | Conference with D. Rosenfeld regarding depositions; prepare documents for deposition and draft deposition outlines | 1,035.00 |
| 04/30/04 | R. Cahill | 4.80 | Worked on deposition preparation | 768.00 |
| 04/30/04 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 39.50 |
| 04/30/04 | D. E. Rosenfeld | 5.40 | Prepare for depositions | 1,890.00 |
| 04/30/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $ 24,634.00 |

**Kirkpatrick & Lockhart** LLP

| | | | |
|---|---|---|---:|
| A. B. Abbott | 52.40 hrs at | $ 225/ hr | $11,790.00 |
| R. Cahill | 7.40 hrs at | $ 160/ hr | $1,184.00 |
| J. C. Hutchins | 4.70 hrs at | $ 395/ hr | $1,856.50 |
| D. E. Rosenfeld | 27.50 hrs at | $ 350/ hr | $9,625.00 |
| K. A. Serrao | 0.70 hrs at | $ 180/ hr | $126.00 |
| K. Zinski | 0.50 hrs at | $ 105/ hr | $52.50 |
| TOTAL FEES | 93.20 hrs | | $ 24,634.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 7.73 |
| Facsimile | 21.00 |
| Copying Expense | 317.70 |
| Long Distance Courier | 58.99 |
| Transportation Expenses | 120.00 |
| Air Fare | 758.70 |
| Business Meal | 77.86 |
| Binding Charges | 9.00 |
| Service of Subpoena Cost | 115.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,485.98 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| 04/21/04 | 1259065 | 16,964.50 | 491.99 | 17,456.49 |
| | OUTSTANDING BALANCE | | | $ 33,614.24 |

**Kirkpatrick & Lockhart** LLP

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 24,634.00 |
| Disbursements and Other Charges | $ 1,485.98 |
| **CURRENT INVOICE DUE** | $ **26,119.98** |
| Past Due Invoices * | $ 33,614.24 |
| **TOTAL AMOUNT DUE** | $ **59,734.22** |

\* Does not include payments received after 05/14/04.