# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 17, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**  1275338
**Client No.:**  0508830.0901

Tax Identification Number 25 0921018

Re:    <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................$ 32,871.00

Disbursements and Other Charges..........................................................$  7,158.55

**CURRENT AMOUNT DUE** ................................................................$ 40,029.55

Prior Outstanding Invoices....................................................................$ 59,734.22

**TOTAL AMOUNT DUE**......................................................................$  99,763.77

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 17, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| Our File Number | : | 0508830.0901 |
|---|---|---|
| Invoice | : | 1275338 |
| Services Through | : | May 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/02/04 | A. B. Abbott | 5.10 | Conduct research and analyze case law regarding attorney client privilege and work product doctrine; draft memo regarding same; review and revise deposition outlines | 1,147.50 |
| 05/03/04 | A. B. Abbott | 11.30 | Review documents and deposition outlines; assist D. Rosenfeld with deposition preparation; travel to Baton Rouge for deposition of G. Graphia | 2,542.50 |
| 05/03/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 05/03/04 | D. E. Rosenfeld | 9.90 | Prepare for depositions; travel to Baton Rouge; meetings with A. Abbott; review documents for use at deposition of G. Graphia; telephone conference with S. Jenkins | 3,465.00 |
| 05/03/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/04/04 | A. B. Abbott | 11.00 | Review and prepare deposition exhibits; attend deposition of G. Graphia; travel to Houston for deposition of C. Strauss; assist D. Rosenfeld with deposition preparation | 2,475.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/04/04 | D. E. Rosenfeld | 10.80 | Prepare for and attend deposition of G. Graphia; travel to Houston, Texas for C. Strauss deposition; prepare for C. Strauss deposition | 3,780.00 |
| 05/05/04 | A. B. Abbott | 10.00 | Review and prepare deposition exhibits; attend deposition of C. Strauss; travel to Boston | 2,250.00 |
| 05/05/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates, miscellaneous pleadings regarding claim. | 276.50 |
| 05/05/04 | D. E. Rosenfeld | 10.30 | Prepare for and attend deposition of C. Strauss; travel to Boston | 3,605.00 |
| 05/06/04 | J. C. Hutchins | 0.10 | Attention to docket update. | 39.50 |
| 05/06/04 | D. E. Rosenfeld | 0.40 | Review docket information | 140.00 |
| 05/06/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/07/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 05/10/04 | J. C. Hutchins | 0.20 | Review and analyze docket; review and analyze miscellaneous pleadings. | 79.00 |
| 05/10/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/11/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 05/11/04 | D. E. Rosenfeld | 1.20 | Telephone conference with K. Mangan regarding status; prepare for hearing | 420.00 |
| 05/13/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/14/04 | J. C. Hutchins | 0.10 | Review and analyze docket updates. | 39.50 |
| 05/14/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/17/04 | A. B. Abbott | 0.40 | Receive and review e-mails from J. Hutchins; review discovery requests | 90.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/17/04 | J. C. Hutchins | 0.70 | Review and analyze docket updates and miscellaneous pleadings; review facsimile from Landis Rath & Cobb; prepare and send e-mail to D. Rosenfeld regarding status of hearing regarding Bugsham matter on hearing agenda; receive and review e-mail from Landis firm (revised agenda adding status report regarding Shaw Group adversary proceeding; telephone conference with A. Abbott; telephone call from D. Rosenfeld; receive and review e-mail from A. Abbott (x2); receive and review e-mail from K. Mangan. | 276.50 |
| 05/18/04 | A. B. Abbott | 0.20 | Telephone conference with D. Rosenfeld regarding status conference | 45.00 |
| 05/18/04 | J. C. Hutchins | 1.40 | Receive and review e-mail from A. Abbott; telephone conference with counsel to S&W Liquidating Trust regarding A. Bugsham case and status conference; telephone call to K. Mangan; telephone conference with D. Rosenfeld regarding status conferences (x2); review and analyze docket; review and analyze miscellaneous pleadings. | 553.00 |
| 05/18/04 | D. E. Rosenfeld | 13.30 | Travel to Delaware, attend status conferences in S. Armco and Shaw cases | 4,655.00 |
| 05/18/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/19/04 | A. B. Abbott | 0.60 | Conference with D. Rosenfeld regarding status conference; receive and review e-mails regarding same | 135.00 |
| 05/19/04 | J. C. Hutchins | 1.30 | Receive and review e-mail from docket; conference with D. Rosenfeld regarding result of 5/18 status conference with Judge Walsh, mediation, deposition and discovery matters; receive and review e-mail from D. Rosenfeld to client (reporting status conference). | 513.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/19/04 | D. E. Rosenfeld | 3.20 | Conference with A. Abbott regarding strategy; telephone conference with K. Mangan regarding F. Conrad; email regarding F. Conrad; telephone conferences regarding F. Conrad; prepare email to client | 1,120.00 |
| 05/20/04 | A. B. Abbott | 0.90 | Draft letter to S. Jenkins; receive and review e-mail from D. Rosenfeld; review deposition exhibits and deposition transcripts | 202.50 |
| 05/20/04 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld regarding mediator; prepare and send e-mail to D. Rosenfeld; review and analyze docket updates; receive and review e-mail from D. Rosenfeld. | 118.50 |
| 05/21/04 | A. B. Abbott | 0.20 | Review deposition transcript of G. Graphia | 45.00 |
| 05/21/04 | J. C. Hutchins | 3.70 | Telephone call to D. Rosenfeld; review and analyze deposition transcript of C.L. Strauss; review and analyze deposition transcript of G. Graphia. | 1,461.50 |
| 05/24/04 | J. C. Hutchins | 0.60 | Review and analyze deposition of Graphia relative to case against Shaw. | 237.00 |
| 05/24/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/25/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings. | 276.50 |
| 05/25/04 | D. E. Rosenfeld | 0.30 | Prepare for client conference call | 105.00 |
| 05/25/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/26/04 | A. B. Abbott | 0.80 | Telephone conference with D. Rosenfeld and client regarding mediation and discovery requests; telephone call from K. Mangan; conference with D. Rosenfeld regarding mediation | 180.00 |
| 05/26/04 | J. C. Hutchins | 0.60 | Review and analyze docket update; review and analyze miscellaneous pleadings, file maintenance. | 237.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/26/04 | D. E. Rosenfeld | 0.90 | Telephone conference with clients regarding interrogatories, mediation and Bugshan's offer; review emails regarding mediation from F. Conrad, C. Benson, and J. Haupt | 315.00 |
| 05/27/04 | A. B. Abbott | 0.60 | Telephone conference with K. Mangan regarding mediation; telephone conference with D. Rosenfeld regarding same; review deposition transcripts and exhibits | 135.00 |
| 05/27/04 | J. C. Hutchins | 0.80 | Attention to file maintenance; review and analyze docket updates. | 316.00 |
| 05/27/04 | D. E. Rosenfeld | 0.60 | Review email from C. Benson, J. Haupt, and F. Conrad; draft email to counsel regarding S. Aramco matter | 210.00 |
| 05/27/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 05/28/04 | J. C. Hutchins | 2.10 | Review and analyze miscellaneous pleadings; review and analyze Shaw depositions; attention to file maintenance. | 829.50 |
| 05/28/04 | D. E. Rosenfeld | 0.30 | Review email regarding mediation | 105.00 |
| | TOTAL FEES | | | $ 32,871.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 41.10 hrs at $ 225 / hr | | $9,247.50 |
| J. C. Hutchins | | 14.20 hrs at $ 395 / hr | | $5,609.00 |
| D. E. Rosenfeld | | 51.20 hrs at $ 350 / hr | | $17,920.00 |
| K. Zinski | | 0.90 hrs at $ 105 / hr | | $94.50 |
| | TOTAL FEES | 107.40 hrs | | $ 32,871.00 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 16.38 |
| Copying Expense | 143.64 |
| Copying Expense (Outside Off.) | 1,284.31 |
| Long Distance Courier | 436.15 |
| Other Data Base Research | 9.52 |
| Transportation Expenses | 67.00 |
| Air Fare | 5,188.06 |
| Business Meal | 7.49 |
| Binding Charges | 6.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 7,158.55 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 11/17/03 | 1210162 | 9,209.00 | 29.69 | 9,238.69 |
| 02/26/04 | 1235352 | 5,169.50 | 119.39 | 5,288.89 |
| 03/15/04 | 1246054 | 1,584.00 | 46.17 | 1,630.17 |
| 04/21/04 | 1259065 | 16,964.50 | 491.99 | 17,456.49 |
| 05/13/04 | 1265259 | 24,634.00 | 1,485.98 | 26,119.98 |
| | OUTSTANDING BALANCE | | $ | 59,734.22 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 32,871.00 |
| Disbursements and Other Charges | $ | 7,158.55 |
| **CURRENT INVOICE DUE** | $ | **40,029.55** |
| Past Due Invoices * | $ | 59,734.22 |
| **TOTAL AMOUNT DUE** | $ | **99,763.77** |