# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 19, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1296442
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
June 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................. $ 50,176.50

Disbursements and Other Charges ................................................................................. $   5,009.60

**CURRENT AMOUNT DUE** ............................................................................................ $ 55,186.10

Prior Outstanding Invoices ............................................................................................. $         .00

**TOTAL AMOUNT DUE** ................................................................................................. $ 55,186.10

BOS-399960 v1 0950000-0102

**Kirkpatrick & Lockhart** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

July 19, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1296442 |
| Services Through | : | June 30, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/01/04 | A. B. Abbott | 2.10 | Conference with D. Rosenfeld regarding mediation; draft e-mails to K. Mangan regarding same; telephone conference regarding Saudi Aramco mediation; telephone conference with J. Houpt regarding mediation schedule; telephone conference with S. Jenkins regarding mediation | 472.50 |
| 06/01/04 | J. C. Hutchins | 0.50 | Review and analyze docket updates; review and analyze various claims, objections. | 197.50 |
| 06/01/04 | D. E. Rosenfeld | 2.90 | Prepare for mediation conference; telephone conference with A. Abbott and J. Houpt; telephone conference with parties to S. Aramco mediation; review and send emails to S. Jenkins regarding mediation; telephone conference with F. Conrad; second telephone conference with F. Conrad | 1,015.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/02/04 | A. B. Abbott | 1.60 | Telephone conference with S. Jenkins; conference with D. Rosenfeld regarding motion to withdraw reference; telephone conference with K. Mangan regarding stipulation; review motion for determination of non-core proceeding | 360.00 |
| 06/02/04 | J. C. Hutchins | 2.10 | Review and analyze docket updates; review and analyze Shaw motion for non-core determination; review and analyze Shaw motion to withdraw the reference; prepare and send e-mail to D. Rosenfeld; telephone call from D. Rosenfeld. | 829.50 |
| 06/02/04 | D. E. Rosenfeld | 2.90 | Review email from S. Jenkins; review email from client; conference with J. Hutchins; review motions for a non core finding and to withdraw reference | 1,015.00 |
| 06/02/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 06/03/04 | A. B. Abbott | 2.90 | Telephone conference with S. Jenkins, Judge Conrad and D. Rosenfeld; conference with D. Rosenfeld regarding same; review and analyze motion to withdraw reference | 652.50 |
| 06/03/04 | J. C. Hutchins | 0.50 | Review and analyze motion for determination that Shaw case is non-core; review and analyze miscellaneous pleadings and docket. | 197.50 |
| 06/03/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| 06/04/04 | A. B. Abbott | 0.20 | Review proposed memorandum of understanding | 45.00 |
| 06/04/04 | J. C. Hutchins | 1.60 | Review and analyze Shaw;s motions regarding non-core determination and to withdraw the reference; compare prior pleadings; review and analyze miscellaneous pleadings. | 632.00 |
| 06/04/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/07/04 | A. B. Abbott | 0.30 | Receive and review e-mails from D. Rosenfeld regarding mediation and discovery responses | 67.50 |
| 06/07/04 | J. C. Hutchins | 1.10 | Review and analyze miscellaneous pleadings; review and analyze Shaw motions; prepare comments. | 434.50 |
| 06/08/04 | A. B. Abbott | 0.10 | Telephone call to S. Jenkins regarding discovery responses | 22.50 |
| 06/08/04 | J. C. Hutchins | 1.10 | Research and analyze motion for non-core matter determination and prior briefs for consistency. | 434.50 |
| 06/08/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 06/09/04 | A. B. Abbott | 2.60 | Conference with R. Sparkes regarding research; review and analyze motion for noncore proceeding and motion to withdraw reference | 585.00 |
| 06/09/04 | J. C. Hutchins | 0.60 | Attention to file maintenance; review Shaw motions. | 237.00 |
| 06/09/04 | D. E. Rosenfeld | 3.30 | Prepare mediation statement; conference with A. Abbott | 1,155.00 |
| 06/09/04 | R. W. Sparkes | 4.40 | Background research of Bankruptcy Court Procedure and Jurisdiction; meeting with Amy Abbott; reading and analyzing the opposition's memoranda; case law research on Delaware Bankruptcy jurisdiction | 726.00 |
| 06/10/04 | A. B. Abbott | 1.10 | Review memorandum of understanding and e-mails concerning mediation; review discovery requests | 247.50 |
| 06/10/04 | R. W. Sparkes | 5.50 | Researching case law, outlining and beginning to draft a memorandum regarding bankruptcy jurisdiction in the District of Delaware | 907.50 |

Kirkpatrick & Lockhart LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/11/04 | A. B. Abbott | 4.70 | Draft proposed order referring adversary proceeding; conference with D. Rosenfeld regarding same; draft answers to Shaw's second set of interrogatories; draft e-mail to client regarding memorandum of understanding; draft e-mail to S. Jenkins and Judge Conrad regarding proposed order | 1,057.50 |
| 06/11/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings, docket updates. | 197.50 |
| 06/11/04 | R. W. Sparkes | 5.20 | Drafting a memorandum regarding the factors relevant to the Bankruptcy Court for the District of Delaware in determining whether a proceeding is a core or non-core proceeding | 858.00 |
| 06/14/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings; review and analyze motion for non-core determination. | 553.00 |
| 06/14/04 | K. A. Serrao | 0.10 | Update Stone & Webster adversary dockets | 18.00 |
| 06/14/04 | R. W. Sparkes | 7.00 | Draft, edit and proofread memorandum on Bankruptcy Court Jurisdiction in the District of Delaware | 1,155.00 |
| 06/15/04 | J. C. Hutchins | 2.50 | Review and analyze Shaw's motion for non-core determination and to withdraw reference to Bankruptcy Court; prepare comments and edits on same; review and analyze docket updates, miscellaneous claim objections. | 987.50 |
| 06/15/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 06/16/04 | A. B. Abbott | 6.80 | Draft answers to Shaw's second set of interrogatories and response to Shaw's second request for production of documents; conference with D. Rosenfeld regarding same | 1,530.00 |

**Kirkpatrick & Lockhart LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/16/04 | J. C. Hutchins | 1.10 | Finished review of Shaw's motion for non-core determination and withdrawal of reference; prepared memorandum D. Rosenfeld regarding comments on same. | 434.50 |
| 06/16/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 06/17/04 | A. B. Abbott | 3.20 | Conference with R. Sparkes regarding research; draft answers to Shaw's second set of interrogatories; draft e-mail to J. Marigomen regarding conference call | 720.00 |
| 06/17/04 | J. C. Hutchins | 0.40 | Review and analyze objection to claims by Shaw; review and analyze docket updates. | 158.00 |
| 06/17/04 | R. W. Sparkes | 0.60 | Meet with Amy Abbott to discuss research memo and conclusions on the Bankruptcy Court jurisdiction issues | 99.00 |
| 06/18/04 | A. B. Abbott | 3.10 | Draft response to motion for determination of non-core proceeding | 697.50 |
| 06/18/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; review and analyze docket updates. | 158.00 |
| 06/21/04 | A. B. Abbott | 5.40 | Conference with D. Rosenfeld regarding interrogatory responses; draft response to motion for determination of non-core proceeding | 1,215.00 |
| 06/21/04 | J. C. Hutchins | 1.40 | Review and analyze docket; prepare and send e-mail to K. Zinski regarding Hyundai Heavy Industries cure claim and administrative expense claim and objections; receive and review e-mail from K. Zinski regarding Hyundai documents; note differences and similarities to SAMBA positions; review and analyze status of core matter determination and sale order. | 553.00 |
| 06/21/04 | D. E. Rosenfeld | 1.60 | Prepare for conference call; conference with A. Abbott regarding drafting issues | 560.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/22/04 | A. B. Abbott | 9.70 | Conference with D. Rosenfeld regarding Shaw's second set of interrogatories; draft response to motion for determination of non-core proceeding; draft e-mails to J. Marigomen | 2,182.50 |
| 06/22/04 | J. C. Hutchins | 2.30 | Review and analyze objections of Hyundai Heavy Industries claim relative to assumed contracts and assumed liabilities; conference with D. Rosenfeld; review and analyze miscellaneous claim objections. | 908.50 |
| 06/23/04 | A. B. Abbott | 3.30 | Conference with D. Rosenfeld regarding discovery responses; draft e-mail to D. Rosenfeld regarding same; draft response to motion for determination that proceeding is non-core | 742.50 |
| 06/23/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |
| 06/23/04 | D. E. Rosenfeld | 1.10 | Prepare for and attend conference call with client | 385.00 |
| 06/24/04 | A. B. Abbott | 4.80 | Revise response to Shaw's motion for determination of non-core proceeding; conference with D. Rosenfeld regarding same; telephone conference with S. Jenkins regarding discovery responses; draft letter to S. Jenkins regarding same | 1,080.00 |
| 06/24/04 | J. C. Hutchins | 0.40 | Conference with D. Rosenfeld; review and analyze Shaw non-core motion. | 158.00 |
| 06/25/04 | A. B. Abbott | 3.60 | Conduct research and analyze case law regarding core proceedings; revise response to Shaw's motion for determination of non-core proceedings; draft mediation statement | 810.00 |
| 06/25/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld. | 118.50 |
| 06/25/04 | D. E. Rosenfeld | 1.70 | Prepare mediation statements and discovery answers | 595.00 |
| 06/26/04 | A. B. Abbott | 7.20 | Draft answering brief to Shaw's motion for withdrawal of the reference | 1,620.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/27/04 | A. B. Abbott | 4.60 | Revise answering brief to Shaw's motion for withdrawal of reference; draft mediation statement | 1,035.00 |
| 06/28/04 | A. B. Abbott | 7.20 | Conference with D. Rosenfeld regarding SAMBA's reply to Shaw's motion for determination of non-core proceeding and SAMBA's answering brief to Shaw's motion for withdrawal of the reference; draft mediation statement; conference with R. Cahill regarding compiling pleadings for mediator; conferences with DER regarding mediation statement | 1,620.00 |
| 06/28/04 | R. Cahill | 3.30 | Worked on preparation for mediation hearing | 528.00 |
| 06/28/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings, objections; review and analyze draft response to Shaw's motion for core determination. | 513.50 |
| 06/28/04 | D. E. Rosenfeld | 8.20 | Prepare non-core response; prepare and revise withdrawal response; prepare and revise mediation memoranda; prepare email to client; conferences with A. Abbott | 2,870.00 |
| 06/29/04 | A. B. Abbott | 7.90 | Draft mediation statements; conferences with DER regarding same; conference with D. Rosenfeld and J. Hutchins regarding response to motion for withdrawal of reference and motion for determination of non-core proceeding | 1,777.50 |
| 06/29/04 | R. Cahill | 0.90 | Worked on mediation preparation | 144.00 |
| 06/29/04 | J. C. Hutchins | 3.50 | Review and analyze draft of response regarding Shaw's non-core motion; review and analyze draft response regarding Shaw motion to withdraw reference; review and analyze sale order, Shaw's motion and related documents; revise and edit responses; conference with D. Rosenfeld and A. Abbott regarding same; review and analyze status. | 1,382.50 |

-7-

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/29/04 | D. E. Rosenfeld | 9.40 | Prepare non-core response; prepare and revise withdrawal response; prepare and revise mediation memoranda; prepare email to client; conferences with A. Abbott | 3,290.00 |
| 06/30/04 | A. B. Abbott | 8.80 | Review and revise mediation statements; conference with D. Rosenfeld and J. Hutchins regarding same; attention to filing and serving answering brief to Shaw's motion to withdraw the reference and response to Shaw's motion for determination of non-core proceeding; attention to filing mediation statements and relevant pleadings | 1,980.00 |
| 06/30/04 | R. Cahill | 2.10 | Worked on mediation preparation | 336.00 |
| 06/30/04 | J. C. Hutchins | 2.80 | Review and analyze revised draft of responses to Shaw motions for non-core determination and to withdraw reference; revise and edit same; conference with A. Abbott regarding same; telephone conference with D. Rosenfeld; review and analyze mediation statements for Shaw and Saudi Aramco mediations; conference with D. Rosenfeld and A. Abbott regarding same; review and analyze docket update. | 1,106.00 |
| 06/30/04 | D. E. Rosenfeld | 10.20 | Prepare and finalize pleadings and mediation statements; prepare correspondence to mediator | 3,570.00 |
| 06/30/04 | K. Zinski | 0.10 | Update the Stone and Webster adversary docket | 10.50 |
| | | TOTAL FEES | | $ 50,176.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 91.20 hrs at $ 225 / hr | | $20,520.00 |
| R. Cahill | | 6.30 hrs at $ 160 / hr | | $1,008.00 |
| J. C. Hutchins | | 26.20 hrs at $ 395 / hr | | $10,349.00 |
| D. E. Rosenfeld | | 41.30 hrs at $ 350 / hr | | $14,455.00 |
| K. A. Serrao | | 0.20 hrs at $ 180 / hr | | $36.00 |
| R. W. Sparkes | | 22.70 hrs at $ 165 / hr | | $3,745.50 |
| K. Zinski | | 0.60 hrs at $ 105 / hr | | $63.00 |
| | TOTAL FEES | 188.50 hrs | | $ 50,176.50 |

**Kirkpatrick & Lockhart** LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 15.12 |
| Facsimile | 5.25 |
| Copying Expense | 310.68 |
| Long Distance Courier | 108.43 |
| Westlaw Research | 87.84 |
| Travel Expenses | 1,029.95 |
| Transportation Expenses | 295.78 |
| Cab Fare | 125.50 |
| Air Fare | 360.70 |
| Binding Charges | 9.00 |
| Charge for Transcripts | 2,591.35 |
| Other | 70.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 5,009.60 |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 50,176.50 |
| Disbursements and Other Charges | $ | 5,009.60 |
| **CURRENT INVOICE DUE** | $ | 55,186.10 |

-9-