# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

August 19, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1298435
Services Through : July 31, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/01/04 | A. B. Abbott | 0.90 | Prepare and send pleadings to mediator | 202.50 |
| 07/01/04 | D. E. Rosenfeld | 0.40 | Review email; telephone conference with J. Houpt regarding mediation | 140.00 |
| 07/01/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 07/02/04 | J. C. Hutchins | 1.70 | Receive and review e-mail from Zinski; review and analyze docket updates regarding filings; attention to file maintenance. | 671.50 |
| 07/02/04 | D. E. Rosenfeld | 3.20 | Review court filings; conference call with J. Houpt; call to C. Benson | 1,120.00 |
| 07/02/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary dockets | 10.50 |
| 07/06/04 | A. B. Abbott | 0.50 | Conduct research regarding evidentiary rules in Delaware District Court | 112.50 |
| 07/07/04 | A. B. Abbott | 1.40 | Telephone conference with D. Rosenfeld; receive and review e-mail from J. Marigomen; draft e-mail to J. Marigomen; draft letter to Judge Conrad enclosing retainer; conference with S. Waelchli regarding admissibility of court orders | 315.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/07/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; attention to docket updates. | 237.00 |
| 07/07/04 | S. M. Waelchli | 0.80 | Consult with A. Abbott regarding assignment on admissibility of bankruptcy court rulings; begin Lexis research | 132.00 |
| 07/08/04 | A. B. Abbott | 0.60 | Attention to e-mails from K. Mangan, J. Houpt and D. Rosenfeld; Review transmittal of motion to district court and Shaw's completion of briefing notices; revise SAMBA's answers to Shaw's second set of interrogatories | 135.00 |
| 07/08/04 | J. C. Hutchins | 0.30 | Review and analyze agenda for hearing; docket entries regarding Shaw case. | 118.50 |
| 07/08/04 | S. M. Waelchli | 1.00 | Research print sources - evidence treatises for admission of bankruptcy rulings in district court | 165.00 |
| 07/08/04 | K. Zinski | 0.10 | Update the Stone & Webster adversary docket | 10.50 |
| 07/09/04 | A. B. Abbott | 0.30 | Revise SAMBA's answers to Shaw's second set of interrogatories | 67.50 |
| 07/09/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings, agenda; attention to file maintenance. | 553.00 |
| 07/12/04 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings regarding settlement of claims objections and Shaw objections regarding claims; review and analyze responses to Shaw motion to withdraw reference and for completion of briefing regarding non-core determination. | 355.50 |
| 07/13/04 | J. C. Hutchins | 1.30 | Attention to file maintenance; review and analyze invoices from local counsel; review and analyze miscellaneous pleadings regarding settlement of other adversary proceedings; additional file maintenance and organization. | 513.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/14/04 | J. C. Hutchins | 1.50 | Conference with D. Rosenfeld regarding support from liquidating trustee regarding Shaw case; status of mediation proceedings; review and analyze docket updates. | 592.50 |
| 07/15/04 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; review and analyze motion by liquidating trustee to dismiss action in Delaware District Court regarding Saudi Aramco withdrawal of reference; conference with D. Rosenfeld regarding same. | 474.00 |
| 07/16/04 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld; attention to file maintenance; review and analyze docket updates. | 355.50 |
| 07/16/04 | J. C. Hutchins | 1.40 | Conference with D. Rosenfeld; review and analyze miscellaneous pleadings; review and analyze docket update. | 553.00 |
| 07/19/04 | A. B. Abbott | 3.10 | Conference with D. Rosenfeld regarding mediation; review e-mails regarding same; telephone conference with D. Rosenfeld and Judge Conrad; telephone call to J. Marigomen; review and revise SAMBA's answers to Shaw's second set of interrogatories | 697.50 |
| 07/19/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings regarding claims, objections, settlements. | 237.00 |
| 07/19/04 | D. E. Rosenfeld | 1.20 | Revise discovery | 420.00 |
| 07/20/04 | A. B. Abbott | 9.10 | Telephone conference with J. Marigomen and D. Rosenfeld; revise SAMBA's answers to Shaw's second set of interrogatories; telephone conference with D. Rosenfeld regarding same; review and analyze documents; draft e-mail to J. Marigomen | 2,047.50 |
| 07/20/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 158.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/20/04 | D. E. Rosenfeld | 0.50 | Review interrogatories; conference with client; conference with A. Abbott; review F. Conrad's correspondence | 175.00 |
| 07/21/04 | A. B. Abbott | 0.90 | Receive and review e-mail from J. Marigomen; telephone conference with S. Jenkins regarding discovery responses and mediation; draft e-mail to D. Rosenfeld regarding same; draft letter to S. Jenkins regarding extension of time to respond to discovery | 202.50 |
| 07/21/04 | J. C. Hutchins | 0.80 | Attention to file maintenance. | 316.00 |
| 07/22/04 | J. C. Hutchins | 1.20 | Review and analyze miscellaneous pleadings, docket updates; attention to file maintenance. | 474.00 |
| 07/23/04 | A. B. Abbott | 0.60 | Conference with D. Rosenfeld and J. Hutchins regarding SAMBA's answers to Shaw's second set of interrogatories; review and analyze documents | 135.00 |
| 07/23/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; review and analyze docket updates; conference with D. Rosenfeld regarding answers to interrogatories; review and analyze draft answer to interrogatories. | 513.50 |
| 07/23/04 | D. E. Rosenfeld | 1.20 | Conference with J. Hutchins and A. Abbott regarding interrogatories; telephone conference with S. Jenkins regarding mediation | 420.00 |
| 07/26/04 | D. E. Rosenfeld | 0.20 | Review email regarding scheduling issues | 70.00 |
| 07/26/04 | S. M. Waelchli | 6.00 | Research admissibility of bankruptcy proceedings in district court case -- Westlaw and print sources search | 990.00 |
| 07/27/04 | S. M. Waelchli | 4.70 | Research case law and treatises on entering court orders into evidence; begin drafting memorandum | 775.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/28/04 | S. M. Waelchli | 1.90 | Read cases on judicial notice of court decisions; draft memorandum; Westlaw (free) research on judicial notice of court orders/transcripts | 313.50 |
| | | TOTAL FEES | | $ 14,790.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 17.40 hrs at $ 225 / hr | | $3,915.00 |
| J. C. Hutchins | | 15.50 hrs at $ 395 / hr | | $6,122.50 |
| D. E. Rosenfeld | | 6.70 hrs at $ 350 / hr | | $2,345.00 |
| S. M. Waelchli | | 14.40 hrs at $ 165 / hr | | $2,376.00 |
| K. Zinski | | 0.30 hrs at $ 105 / hr | | $31.50 |
| | TOTAL FEES | 54.30 hrs | | $ 14,790.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 10.48 |
| Facsimile | 12.75 |
| Copying Expense | 23.94 |
| Long Distance Courier | 87.76 |
| Westlaw Research | 140.08 |
| OT Dinner, Cabs, Parking | 22.00 |
| Travel Expenses | 95.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 392.51 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 07/19/04 | 1296442 | 50,176.50 | 5,009.60 | 55,186.10 |
| | OUTSTANDING BALANCE | | $ | 55,186.10 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 14,790.00 |
| Disbursements and Other Charges | $ | 392.51 |
| **CURRENT INVOICE DUE** | $ | 15,182.51 |
| Past Due Invoices * | $ | 55,186.10 |
| **TOTAL AMOUNT DUE** | $ | 70,368.61 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

September 24, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1309433
Services Through : August 31, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/02/04 | J. C. Hutchins | 0.80 | Review and analyze docket entries, miscellaneous pleadings, discovery issues. | 316.00 |
| 08/02/04 | S. M. Waelchli | 7.00 | Draft memo to A. Abbott regarding admissibility of bankruptcy court records into related district court case; case law and treatise research | 1,155.00 |
| 08/03/04 | J. C. Hutchins | 0.50 | Review and analyze draft answer to interrogatory; brief conference with D. Rosenfeld; review and analyze miscellaneous pleadings. | 197.50 |
| 08/03/04 | D. E. Rosenfeld | 0.40 | Conference call with J. Houpt regarding status | 140.00 |
| 08/03/04 | S. M. Waelchli | 1.80 | Edit memo; further Westlaw research on what facts in court records be judicially noticed | 297.00 |
| 08/04/04 | A. B. Abbott | 2.20 | Conference with D. Rosenfeld and J. Hutchins regarding SAMBA's answers to Shaw's second set of interrogatories; revise same; conference with D. Rosenfeld regarding mediation; conference with S. Waelchli regarding evidence research | 495.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/04/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld and A. Abbott regarding answers to interrogatories, status regarding mediations, case management matters. | 395.00 |
| 08/04/04 | S. M. Waelchli | 5.40 | Draft, edit, and proof-read memo to A. Abbott regarding admission of bankruptcy court record into district court | 891.00 |
| 08/05/04 | J. C. Hutchins | 1.70 | Review and analyze miscellaneous pleadings; file maintenance. | 671.50 |
| 08/05/04 | D. E. Rosenfeld | 0.30 | Email to F. Conrad regarding scheduling | 105.00 |
| 08/06/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; file maintenance. | 158.00 |
| 08/09/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; docket update. | 79.00 |
| 08/09/04 | D. E. Rosenfeld | 0.80 | Calls regarding mediation scheduling | 280.00 |
| 08/11/04 | A. B. Abbott | 1.30 | Telephone conference with A. Swope regarding omnibus objections; review file and docket | 292.50 |
| 08/11/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 08/12/04 | A. B. Abbott | 1.80 | Review files and docket regarding omnibus objections; review Shaw's objection to settlement agreement; conference with D. Rosenfeld regarding same | 405.00 |
| 08/13/04 | A. B. Abbott | 0.90 | Conference with D. Rosenfeld regarding status conference; review agenda | 202.50 |
| 08/13/04 | J. C. Hutchins | 0.40 | Review facsimile from liquidating Trustee regarding status conference on 3 adversary proceedings; telephone conference with Rosenfeld regarding attending; receive and review e-mail from K. Mumford regarding same. | 158.00 |
| 08/16/04 | A. B. Abbott | 0.60 | Conferences with D. Rosenfeld regarding status conference and mediation; review agenda | 135.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 08/16/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings, revised agenda; reconcile Monzack & Monaco invoices. | 276.50 |
| 08/16/04 | D. E. Rosenfeld | 11.60 | Travel to and from Delaware; prepare for and attend conference with Judge Walsh | 4,060.00 |
| 08/17/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 08/18/04 | J. C. Hutchins | 0.40 | Telephone call to D. Rosenfeld; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding status. | 158.00 |
| 08/19/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket updates. | 118.50 |
| 08/20/04 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld regarding Monzack & Monaco invoices; review and analyze miscellaneous pleadings. | 79.00 |
| 08/23/04 | J. C. Hutchins | 0.80 | Receive and review e-mail from D. Rosenfeld; receive and review e-mail from B. Allensworth; review and analyze Monzack & Monaco statements, payment history. | 316.00 |
| 08/24/04 | J. C. Hutchins | 0.60 | Reconcile Monzack & Monaco statements and accounts; conference with D. Rosenfeld; review and analyze miscellaneous pleadings regarding objections to claims, settlements. | 237.00 |
| 08/25/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; reconcile M&M invoices. | 197.50 |
| 08/26/04 | J. C. Hutchins | 0.90 | Draft letter to J. Marigomen regarding Monzack & Monaco reconciliation; telephone conference with K. Mangan regarding same; telephone conference with D. Rosenfeld regarding mediation. | 355.50 |
| 08/27/04 | J. C. Hutchins | 0.60 | Revise and edit letter to Marigomen; review and analyze miscellaneous pleadings. | 237.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/30/04 | A. B. Abbott | 0.20 | Receive and review e-mails from S. Jenkins; conference with D. Rosenfeld regarding mediation schedule | 45.00 |
| 08/30/04 | J. C. Hutchins | 1.50 | Revise and edit letter to J. Marigomen regarding Monzack & Monaco invoices; reconcile statements; proofread and review letter to Marigomen. | 592.50 |
| 08/31/04 | A. B. Abbott | 0.50 | Telephone conference with Judge Conrad regarding mediation; conference with D. Rosenfeld regarding same | 112.50 |
| 08/31/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings regarding objections to claims, motions to extend deadline for objecting. | 197.50 |
| 08/31/04 | D. E. Rosenfeld | 0.30 | Conference with A. Abbott regarding scheduling; review email from S. Jenkins and Judge F. Conrad regarding scheduling | 105.00 |
| | | | TOTAL FEES | $ 13,658.00 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 7.50 hrs at $ 225 / hr | | $1,687.50 |
| J. C. Hutchins | 12.50 hrs at $ 395 / hr | | $4,937.50 |
| D. E. Rosenfeld | 13.40 hrs at $ 350 / hr | | $4,690.00 |
| S. M. Waelchli | 14.20 hrs at $ 165 / hr | | $2,343.00 |
| | TOTAL FEES 47.60 hrs | | $ 13,658.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 9.58 |
| Copying Expense | 43.02 |
| Long Distance Courier | 45.15 |
| Lexis Research | 26.11 |
| Westlaw Research | 132.69 |
| Travel Expenses | 32.00 |
| Cab Fare | 33.30 |
| Air Fare | 52.60 |
| Other | 113.68 |
| DISBURSEMENTS & OTHER CHARGES | $ 488.13 |

**Kirkpatrick & Lockhart** LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 07/19/04 | 1296442 | 50,176.50 | 5,009.60 | 55,186.10 |
| 08/19/04 | 1298435 | 14,790.00 | 392.51 | 15,182.51 |
| | OUTSTANDING BALANCE | | $ | 70,368.61 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 13,658.00 |
| Disbursements and Other Charges | $ | 488.13 |
| **CURRENT INVOICE DUE** | $ | 14,146.13 |
| Past Due Invoices * | $ | 70,368.61 |
| **TOTAL AMOUNT DUE** | $ | 84,514.74 |

\* Does not include payments received after 9/23/04.

-5-

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 18, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1320272
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2004 in connection with the above-referenced matter, as more fully described in the attached itemization ................................................................ $   3,908.00

Disbursements and Other Charges ................................................................ $      761.62

**CURRENT AMOUNT DUE** ................................................................ $   4,669.62

Prior Outstanding Invoices ................................................................ $ ~~19,363.78~~ *14,146.13*

**TOTAL AMOUNT DUE** ................................................................ **$ 24,033.40**

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

October 18, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1320272
Services Through : September 30, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/04 | A. B. Abbott | 0.10 | Receive and review e-mails regarding mediation | 22.50 |
| 09/01/04 | D. E. Rosenfeld | 0.40 | Prepare for client call | 140.00 |
| 09/02/04 | A. B. Abbott | 0.90 | Receive and review e-mail from S. Jenkins; conference with D. Rosenfeld regarding mediation | 202.50 |
| 09/02/04 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings regarding claims settlements and objections to claims; memorandum to D. Rosenfeld | 276.50 |
| 09/06/04 | D. E. Rosenfeld | 0.40 | Call with clients regarding discovery and mediation | 140.00 |
| 09/08/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/13/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/14/04 | J. C. Hutchins | 0.70 | Review and analyze omnibus hearing notice, miscellaneous pleadings. | 276.50 |
| 09/15/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings regarding claim objections, discovery. | 158.00 |
| 09/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 09/17/04 | A. B. Abbott | 0.20 | Receive and review e-mails from K. Mangan | 45.00 |

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/20/04 | J. C. Hutchins | 0.40 | Review and analyze pleadings. | 158.00 |
| 09/21/04 | A. B. Abbott | 0.60 | Review e-mails regarding mediation; draft letter to Judge Conrad confirming mediation schedule; draft letter to client regarding retainer | 135.00 |
| 09/22/04 | A. B. Abbott | 0.70 | Review e-mail correspondence regarding mediation; revise letter to J. Conrad; review agenda of matters scheduled for hearing | 157.50 |
| 09/22/04 | J. C. Hutchins | 0.40 | Review and analyze agenda for omnibus hearings; review and analyze miscellaneous pleadings. | 158.00 |
| 09/23/04 | J. C. Hutchins | 0.40 | Receive and review e-mail from F. Monaco; prepare and send e-mail to D. Rosenfeld; review and analyze miscellaneous pleadings; prepare and send e-mail to C. Shitzinger (Monzack & Monaco). | 158.00 |
| 09/23/04 | D. E. Rosenfeld | 0.30 | Review correspondence from Court | 105.00 |
| 09/27/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous claim resolution proceedings; prepare and send e-mail to D. Rosenfeld. | 158.00 |
| 09/27/04 | D. E. Rosenfeld | 0.30 | Prepare for mediation; call to A. Mahrous regarding invoice issues and follow-up email | 105.00 |
| 09/28/04 | J. C. Hutchins | 0.60 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to F. Monaco; review and analyze miscellaneous pleadings. | 237.00 |
| 09/28/04 | D. E. Rosenfeld | 0.80 | Call to client; prepare for mediation | 280.00 |
| 09/29/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 79.00 |
| 09/30/04 | A. B. Abbott | 0.10 | Telephone call to L. Sherman regarding proposed scheduling order | 22.50 |
| 09/30/04 | J. C. Hutchins | 0.30 | Review and analyze Monaco invoice; review and analyze miscellaneous pleadings. | 118.50 |
| 09/30/04 | D. E. Rosenfeld | 1.20 | Prepare for mediation; review J. Robinson's order regarding scheduling | 420.00 |
| | TOTAL FEES | | | $ 3,908.00 |

**Kirkpatrick & Lockhart** LLP

| | | |
|---|---|---|
| A. B. Abbott | 2.60 hrs at $ 225 / hr | $585.00 |
| J. C. Hutchins | 5.40 hrs at $ 395 / hr | $2,133.00 |
| D. E. Rosenfeld | 3.40 hrs at $ 350 / hr | $1,190.00 |
| TOTAL FEES | 11.40 hrs | $ 3,908.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 0.50 |
| Facsimile | 9.00 |
| Copying Expense | 7.74 |
| Long Distance Courier | 134.82 |
| Lexis Research | 0.03 |
| Westlaw Research | 113.94 |
| Travel Expenses | 151.24 |
| Cab Fare | 79.65 |
| Air Fare | 264.70 |
| DISBURSEMENTS & OTHER CHARGES | $ 761.62 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 07/19/04 | 1296442 | 5,217.65 | 0.00 | 5,217.65 |
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| | OUTSTANDING BALANCE | | | $ 19,363.78 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 3,908.00 |
| Disbursements and Other Charges | $ 761.62 |
| **CURRENT INVOICE DUE** | $ 4,669.62 |
| Past Due Invoices * | $ 19,363.78 |
| **TOTAL AMOUNT DUE** | $ 24,033.40 |