# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 8, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1331512
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
October 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................. $ 59,207.50

Disbursements and Other Charges................................................................................ $     678.00

**CURRENT AMOUNT DUE** ....................................................................................... $ 59,885.50

Prior Outstanding Invoices ........................................................................................... $ 18,815.75

**TOTAL AMOUNT DUE**............................................................................................. $ 78,701.25

BOS-399960 v1 0950000-0102

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

November 8, 2004

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number  :  0508830.0901
Invoice          :  1331512
Services Through :  October 31, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/04 | A. B. Abbott | 0.20 | Receive and review e-mails from L. Sherman; attention to scheduling of telephone conference regarding discovery plan | 45.00 |
| 10/01/04 | J. C. Hutchins | 1.30 | Review and analyze miscellaneous pleadings; check status of local counsel invoices; attention to file maintenance; review and analyze agenda for hearing. | 513.50 |
| 10/04/04 | A. B. Abbott | 0.50 | Conference with D. Rosenfeld regarding mediation; receive and review e-mail from J. Marigomen; draft e-mail to J. Marigomen | 112.50 |
| 10/04/04 | J. C. Hutchins | 0.90 | Rview and analyze miscellaneous pleadings. | 355.50 |
| 10/05/04 | A. B. Abbott | 0.50 | Telephone conference with S. Jenkins, L. Sherman, and D. Rosenfeld regarding scheduling conference; review court order for scheduling conference | 112.50 |
| 10/05/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings and settlement stipulations; review and analyze docket. | 237.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/05/04 | D. E. Rosenfeld | 2.80 | Prepare for hearing; telephone conference with S. Jenkins, A. Abbott and L. Sherman | 980.00 |
| 10/06/04 | A. B. Abbott | 1.20 | Draft e-mail to client regarding interrogatory answers; revise interrogatory answers; review document response | 270.00 |
| 10/06/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 10/07/04 | A. B. Abbott | 0.20 | Review draft proposed scheduling order and letter to Judge Robinson | 45.00 |
| 10/08/04 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld re proposed scheduling order | 45.00 |
| 10/11/04 | A. B. Abbott | 1.30 | Receive and review e-mail from J. Marigomen; draft e-mail to J. Houpt re scheduling conference; telephone conference with D. Rosenfeld re same; revise SAMBA's answers to Shaw's second set of interrogatories; draft e-mail to J. Marigomen re same | 292.50 |
| 10/12/04 | A. B. Abbott | 1.80 | Conference with D. Rosenfeld regarding mediation; telephone conference with J. Marigomen regarding interrogatory answers; revise interrogatory answers; draft e-mails to J. Marigomen regarding same; attention to filing and serving interrogatory answers and document response | 405.00 |
| 10/12/04 | D. E. Rosenfeld | 4.60 | Prepare for telephone conference with court and all counsel; review email from J. Houpt regarding mediations | 1,610.00 |
| 10/13/04 | A. B. Abbott | 1.50 | Telephone conference with Judge Robinson, D. Rosenfeld, S. Jenkins, and J. Houpt; conference with D. Rosenfeld regarding same; review pleadings in preparation for mediation | 337.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/13/04 | J. C. Hutchins | 0.90 | Receive and review e-mail from D. Rosenfeld to J. Marigomen; receive and review e-mail from J. Marigomen; telephone conference with D. Rosenfeld; telephone call to D. Rosenfeld; review and analyze miscellaneous pleadings. | 355.50 |
| 10/13/04 | D. E. Rosenfeld | 3.10 | Telephone conference with Court, J. Houpt, S. Jenkins, L. Sherman, and A. Abbott; prepare for mediation and summary judgment hearing | 1,085.00 |
| 10/14/04 | A. B. Abbott | 1.60 | Conferences with D. Rosenfeld regarding research; telephone call from G. Rubin regarding status report; analyze case law regarding contract interpretation; review asset purchase agreement | 360.00 |
| 10/14/04 | J. C. Hutchins | 0.40 | Telephone conference with D. Rosenfeld regarding preparation for mediations, trials and certain issues regarding Shaw and In-Kingdom contract. | 158.00 |
| 10/14/04 | D. E. Rosenfeld | 2.90 | Prepare for mediation | 1,015.00 |
| 10/15/04 | A. B. Abbott | 2.90 | Conduct research and analyze case law regarding : ; conference with J. Hutchins and D. Rosenfeld regarding mediation; prepare materials for mediation | 652.50 |
| 10/15/04 | J. C. Hutchins | 2.80 | Review and analyze Shaw P&S and issues raised by D. Rosenfeld ; conference with d. Rosenfeld and A. Abbott; review SAMBA's motion for summary judgment. | 1,106.00 |
| 10/15/04 | D. E. Rosenfeld | 3.60 | Prepare for mediation; conference with J. Hutchins and A. Abbott | 1,260.00 |
| 10/17/04 | A. B. Abbott | 1.60 | Prepare materials for mediation; conduct research regarding mutual mistake | 360.00 |
| 10/18/04 | A. B. Abbott | 7.90 | Travel to New York; conference with D. Rosenfeld and J. Marigomen regarding mediation; conferences with D. Rosenfeld in preparation for mediation; review pleadings | 1,777.50 |

-3-

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/18/04 | J. C. Hutchins | 2.20 | Review and analyze mediation; telephone conference with D. Rosenfeld (in NY for mediation); review and analyze SWEC action regarding Saudi Aramco. | 869.00 |
| 10/18/04 | D. E. Rosenfeld | 8.40 | Travel to New York; prepare for mediations; prepare for summary judgment hearing, conference with A. Abbott; meeting with J. Marigomen and A. Abbott | 2,940.00 |
| 10/19/04 | A. B. Abbott | 9.10 | Review pleadings; attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same | 2,047.50 |
| 10/19/04 | J. C. Hutchins | 0.70 | Review and analyze SWEC complaint v. S. ARAMCO; telephone conference with D. Rosenfeld regarding status of mediation and strategy regarding Shaw; review and analyze notice of substitution of counsel. | 276.50 |
| 10/19/04 | D. E. Rosenfeld | 10.40 | Prepare for and attend mediation; conferences with J. Marigomen and A. Abbott | 3,640.00 |
| 10/20/04 | A. B. Abbott | 6.80 | Attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same; telephone conference with D. Rosenfeld and J. Hutchins regarding same; review pleadings | 1,530.00 |
| 10/20/04 | J. C. Hutchins | 1.90 | Review and analyze information regarding Aramco contract assignment by BSW; conference call with D. Rosenfeld and A. Abbott regarding failure of mediation with Aramco/Bugshan and preparation for mediation with Shaw. | 750.50 |
| 10/20/04 | D. E. Rosenfeld | 9.30 | Prepare for and attend mediation; meetings with A. Abbott and J. Marigomen | 3,255.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/21/04 | A. B. Abbott | 9.60 | Attend mediation; conferences with D. Rosenfeld and J. Marigomen regarding same; telephone conference with D. Rosenfeld and J. Hutchins regarding same; review pleadings and docket | 2,160.00 |
| 10/21/04 | J. C. Hutchins | 1.20 | Review and analyze ARAMCO telephone conference with D. Rosenfeld and A. Abbott regarding Shaw mediation; review and analyze miscellaneous pleadings and notices. | 474.00 |
| 10/21/04 | D. E. Rosenfeld | 10.30 | Prepare for and attend mediation; conferences with A. Abbott, J. Hutchins, B. Michaelson; conferences with J. Marigomen | 3,605.00 |
| 10/22/04 | A. B. Abbott | 6.40 | Review pleadings; conference with D. Rosenfeld and J. Marigomen regarding case strategy; conference with D. Rosenfeld and R. Michaelson regarding same; travel to Boston | 1,440.00 |
| 10/22/04 | J. C. Hutchins | 2.20 | Telephone conference with D. Rosenfeld regarding issues regarding Shaw and ARAMCO; conference with D. Rosenfeld regarding status of cases; review and analyze Shaw contract and December 01 letter agreement. | 869.00 |
| 10/22/04 | B. Michaelson | 2.80 | Review binders regarding SJ motions | 1,260.00 |
| 10/22/04 | D. E. Rosenfeld | 8.50 | Prepare for client meeting; review assignment; call with J. Hutchins; meeting with A. Abbott; meeting with J. Marigomen and A. Abbott; meeting with B. Michaelson and A. Abbott; travel to Boston; meet with J. Hutchins | 2,975.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/25/04 | A. B. Abbott | 5.40 | Conferences with D. Rosenfeld regarding summary judgment hearing; draft memorandum regarding mediation; conduct research and analyze case law regarding modification of asset purchase agreement and schedules; review docket and pleadings; draft e-mail to K. Serrano regarding same | 1,215.00 |
| 10/25/04 | J. C. Hutchins | 2.80 | Telephone conference with D. Rosenfeld; review and analyze Shaw P&S and schedules regarding completed contracts, rejected contracts, special project claims, excluded assets, briefs regarding summary judgment by and against Shaw, proposed settlement with S. Aramco, standstill agreements with Saudi Aramco; conference with D. Rosenfeld. | 1,106.00 |
| 10/25/04 | B. Michaelson | 1.20 | Review documents; telephone call to D. Rosenfeld | 540.00 |
| 10/25/04 | D. E. Rosenfeld | 3.90 | Prepare for summary judgment hearing; telephone conference with B. Michaelson; call with F. Monaco; conference with J. Hutchins and A. Abbott | 1,365.00 |
| 10/26/04 | A. B. Abbott | 6.80 | Review pleadings and court orders; conduct research and analyze case law regarding          ; telephone conference with D. Rosenfeld, J. Hutchins, and R. Michaelson regarding summary judgment hearing and case strategy | 1,530.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/26/04 | J. C. Hutchins | 3.90 | Review and analyze strategic alternatives regarding claim against Saudi Aramco, demand letters and non-interference letters; review and analyze Shaw's arguments regarding non-assumption of SWEC guaranty, analysis of Shaw P&S, special project claims exhibit and December 2002 letter agreement; conference with D. Rosenfeld, R. Michelsen and A. Abbott; review and analyze motion for debtor/Shaw settlement in December 2000. | 1,540.50 |
| 10/26/04 | B. Michaelson | 2.00 | Conference call with J. Hutchins and D. Rosenfeld regarding strategy; review documents | 900.00 |
| 10/26/04 | D. E. Rosenfeld | 2.30 | Prepare for and attend conference with J. Hutchins; A. Abbott and B. Michaelson | 805.00 |
| 10/26/04 | K. A. Serrao | 1.00 | E-mails with A. Abbott regarding requests for Stone & Webster pleadings; Pacer search for same; telephone conferences with Parcels regarding request; forward documents to A. Abbott | 180.00 |
| 10/27/04 | A. B. Abbott | 4.40 | Conduct research and analyze case law regarding sale orders, assumption agreement and notice to creditors; conference with D. Rosenfeld regarding same | 990.00 |
| 10/27/04 | J. C. Hutchins | 2.80 | Review and analyze motion for approval of December 2000 letter agreement and original draft of December 2000 agreement; review and analyze objections to December 2000 motion; review and analyze transcripts of court hearing; review and analyze December 2000 agreement regarding purpose and effect. | 1,106.00 |
| 10/27/04 | D. E. Rosenfeld | 3.10 | Prepare for hearing; conference with F. Monaco | 1,085.00 |
| 10/28/04 | A. B. Abbott | 3.80 | Review pleadings and deposition transcripts; conduct research regarding modification of sale order | 855.00 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/28/04 | J. C. Hutchins | 2.20 | Receive and review e-mail from D. Rosenfeld; review and analyze December 2000 letter agreement as signed and approval order; analyze status. | 869.00 |
| 10/28/04 | D. E. Rosenfeld | 3.20 | Prepare for summary judgment hearing; conference with A. Abbott; review email from J. Houpt and S. Jenkins | 1,120.00 |
| 10/29/04 | A. B. Abbott | 1.60 | Review and analyze sale orders, deposition transcripts, and asset purchase agreement; conference with D. Rosenfeld regarding same | 360.00 |
| 10/29/04 | J. C. Hutchins | 1.90 | Review and analyze release of indemnification rights in December 2001 letter agreement; review and analyze assumed liabilities and financial statement; receive and review e-mail from D. Rosenfeld; receive and review e-mail from S. Jenkins; conference with D. rosenfeld. | 750.50 |
| 10/29/04 | D. E. Rosenfeld | 3.40 | Prepare for hearing; conferences with A. Abbott and J. Hutchins | 1,190.00 |
| | | **TOTAL FEES** | | $ 59,207.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 75.30 hrs at $ 225 / hr | | $16,942.50 |
| J. C. Hutchins | | 29.00 hrs at $ 395 / hr | | $11,455.00 |
| B. Michaelson | | 6.00 hrs at $ 450 / hr | | $2,700.00 |
| D. E. Rosenfeld | | 79.80 hrs at $ 350 / hr | | $27,930.00 |
| K. A. Serrao | | 1.00 hrs at $ 180 / hr | | $180.00 |
| | **TOTAL FEES** | 191.10 hrs | $ | 59,207.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 18.57 |
| Facsimile | 7.50 |
| Copying Expense | 496.80 |
| Long Distance Courier | 137.13 |
| Binding Charges | 18.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 678.00 |

**Kirkpatrick & Lockhart** LLP

-9-

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| 10/18/04 | 1320272 | 3,908.00 | 761.62 | 4,669.62 |
| | OUTSTANDING BALANCE | | $ | 18,815.75 |

**Kirkpatrick & Lockhart** LLP

### INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 59,207.50 |
| Disbursements and Other Charges | $ 678.00 |
| **CURRENT INVOICE DUE** | $ **59,885.50** |
| Past Due Invoices * | $ 18,815.75 |
| **TOTAL AMOUNT DUE** | $ **78,701.25** |

* Does not include payments received after 11/8/04.