# Kirkpatrick & Lockhart LLP

75 State Street  
Boston, MA 02109-1808  
617.261.3100  
www.kl.com

December 20, 2004

Ahmed Mahrous  
Saudi American Bank  
Old Airport Street, P. O. Box 833  
Riyahd  11421  
SAUDI ARABIA

Our File Number : 0508830.0901  
Invoice : 1342624  
Services Through : November 30, 2004

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/04 | A. B. Abbott | 4.10 | Review and analyze pleadings, court orders, and asset purchase agreement; conferences with D. Rosenfeld regarding same | 922.50 |
| 11/01/04 | J. C. Hutchins | 1.40 | Conference with D. Rosenfeld; review and analyze regarding additional arguments against Shaw. | 553.00 |
| 11/01/04 | D. E. Rosenfeld | 5.90 | Prepare for summary judgment hearing | 2,065.00 |
| 11/02/04 | A. B. Abbott | 5.80 | Prepare outline for summary judgment hearing; compile documents for same; review docket | 1,305.00 |
| 11/02/04 | J. C. Hutchins | 1.60 | Research and analyze third party beneficiary case law; prepare and send e-mail to D. Rosenfeld regarding recent decision on third party beneficiary rights; prepare memorandum to D. Rosenfeld regarding | 632.00 |
| 11/02/04 | D. E. Rosenfeld | 5.80 | Prepare for hearing | 2,030.00 |

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/03/04 | A. B. Abbott | 13.50 | Draft outline for summary judgment hearing; prepare documents for same; conferences with D. Rosenfeld and J. Hutchins regarding same; review deposition transcripts; assist D. Rosenfeld with preparation for oral argument; travel to Delaware | 3,037.50 |
| 11/03/04 | R. Cahill | 2.90 | Worked on organizing cited cases for hearing preparations | 464.00 |
| 11/03/04 | J. C. Hutchins | 3.80 | Telephone conference with D. Rosenfeld; conference with A. Abbott and D. Rosenfeld regarding hearing on summary judgment motions and various issues; prepare memorandum to D. Rosenfeld regarding _____; revise and edit same; proofread and review same; conference with D, Rosenfeld regarding same; review and analyze Shaw brief and reply brief regarding arguments; review and analyze asset purchase agreement; conference with d. Rosenfeld; receive and review e-mail from A. Abbott (x3) regarding likely Shaw arguments and answers; revise and edit memorandum regarding | 1,501.00 |
| 11/03/04 | D. E. Rosenfeld | 14.60 | Prepare for summary judgment hearing; conferences with A. Abbott and J. Hutchins; travel to Delaware | 5,110.00 |
| 11/03/04 | K. A. Serrao | 0.20 | Research and e-mail to A. Abbott in response to request for pleading | 36.00 |
| 11/04/04 | A. B. Abbott | 10.50 | Assist D. Rosenfeld with preparation for summary judgment hearing; telephone conference with J. Hutchins regarding same; attend hearing; travel to Boston | 2,362.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/04/04 | J. C. Hutchins | 1.90 | Review and analyze briefs regarding summary judgment motions; review and analyze Saudi Aramco pleadings regarding assignment of contract proceeds by BSW; conference call with A. Abbott and D. Rosenfeld regarding results of hearing. | 750.50 |
| 11/04/04 | D. E. Rosenfeld | 13.10 | Prepare for and attend summary judgment hearing; conferences with A. Abbott and F. Monaco; travel to Boston | 4,585.00 |
| 11/05/04 | A. B. Abbott | 1.00 | Conference with D. Rosenfeld regarding summary judgment hearing; telephone conference with D. Rosenfeld and J. Marigomen regarding same | 225.00 |
| 11/05/04 | J. C. Hutchins | 2.60 | Conference with D. Rosenfeld regarding result of summary judgment hearing and need to address Saudi Aramco concerns; review and analyze Saudi Aramco documents, claims, pleadings regarding | 1,027.00 |
| 11/05/04 | D. E. Rosenfeld | 2.40 | Telephone conference with client; conference with J. Hutchins regarding strategy; review damages strategy | 840.00 |
| 11/08/04 | J. C. Hutchins | 2.90 | Review and analyze Shaw briefs; review and analyze Debtor's complaint against Saudi Aramco, Assignment of Contract Proceeds to SAMBA and related documents; ___; review and analyze C. Benson letter commitment; draft letters. | 1,145.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/09/04 | J. C. Hutchins | 3.50 | Draft letter to Saudi Aramco c/o C. Benson; revise and edit same; draft warning letter to liquidating trustee; revise and edit same; review and analyze records regarding Saudi Aramco assignment and Bugshan status; revise and edit demand letter and warning letter. | 1,382.50 |
| 11/09/04 | D. E. Rosenfeld | 2.10 | Prepare letter to S. Jenkins; conference with A. Abbott | 735.00 |
| 11/10/04 | J. C. Hutchins | 2.80 | Review and analyze Saudi Aramco Motion to Dismiss, acknowledgement of SAMBA's rights; review and edit demand letter to Saudi Aramco and warning letter to Bugshan and Liquidating Trustee for Debtor; prepare and send e-mail to D. Rosenfeld and A. Abbott; receive and review e-mail from D. Rosenfeld. | 1,106.00 |
| 11/11/04 | J. C. Hutchins | 1.50 | Receive and review e-mail from D. Rosenfeld; review and analyze relevant files regarding Saudi Aramco matter; review and analyze miscellaneous pleadings regarding claims, settlements, administration | 592.50 |
| 11/11/04 | D. E. Rosenfeld | 1.50 | Prepare strategy regarding damages issues; conference with A. Abbott | 525.00 |
| 11/12/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings; review and analyze Saudi Aramco issues | 395.00 |
| 11/12/04 | D. E. Rosenfeld | 1.10 | Review letters by J. Hutchins regarding S. Aramco matter | 385.00 |
| 11/15/04 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings and analyze claim regarding Saudi Aramco; telephone call to D. Rosenfeld regarding draft letter. | 553.00 |
| 11/16/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, docket. | 237.00 |
| 11/19/04 | A. B. Abbott | 0.30 | Review demand letters | 67.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/19/04 | J. C. Hutchins | 1.60 | Review and analyze miscellaneous pleadings; conference with D. Rosenfeld; review and analyze Saudi Aramco position. | 632.00 |
| 11/19/04 | D. E. Rosenfeld | 2.90 | Meet and confer concerning S. Aramco advice; conference with J. Hutchins; call with K. Mangan; review transcript | 1,015.00 |
| 11/22/04 | A. B. Abbott | 5.00 | Conference with D. Rosenfeld and J. Hutchins regarding demand letters and case strategy; conduct research and analyze case law regarding appealability of order denying intervention; conference with D. Rosenfeld regarding same; draft motion to lift stay; review docket | 1,125.00 |
| 11/22/04 | J. C. Hutchins | 3.70 | Receive and review e-mail from A. Abbott; review and analyze draft letters to Saudi Aramco and Liquidating Trustee's counsel; review and analyze status of motion to intervene; receive and review e-mail from A. Abbott regarding effect of denial of motion to intervene; conference with D. Rosenfeld and A. Abbott regarding strategy regarding intervention, demand on Saudi Aramco, Saudi law issues, local counsel, etc; revise and edit letter to Saudi Aramco; revise and edit letter to Liquidating Trustee and Bugshan; prepare and send e-mail to A. Abbott and D. Rosenfeld (x2); review and analyze miscellaneous pleadings. | 1,461.50 |
| 11/22/04 | D. E. Rosenfeld | 1.20 | Meeting with A. Abbott and J. Hutchins regarding letters and strategy | 420.00 |
| 11/23/04 | A. B. Abbott | 0.40 | Conference with D. Rosenfeld regarding motion to intervene; review and analyze same | 90.00 |
| 11/23/04 | D. E. Rosenfeld | 2.80 | Review letters; review S. Aramco pleadings; conferences with A. Abbott | 980.00 |
| 11/24/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |

**Kirkpatrick & Lockhart** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/29/04 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review facimile from liquidating trustee (agenda); review facimile from liquidating trustee (revised agenda). | 197.50 |
| 11/30/04 | J. C. Hutchins | 0.20 | Review and analyze hearing agenda. | 79.00 |
| | | | TOTAL FEES | $ 40,688.50 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 40.60 hrs at $ 225 / hr | | $9,135.00 |
| R. Cahill | | 2.90 hrs at $ 160 / hr | | $464.00 |
| J. C. Hutchins | | 31.30 hrs at $ 395 / hr | | $12,363.50 |
| D. E. Rosenfeld | | 53.40 hrs at $ 350 / hr | | $18,690.00 |
| K. A. Serrao | | 0.20 hrs at $ 180 / hr | | $36.00 |
| | TOTAL FEES | 128.40 hrs | | $ 40,688.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | 29.28 |
| Facsimile | 7.50 |
| Copying Expense | 535.14 |
| Copying Expense (Outside Off.) | 91.20 |
| Long Distance Courier | 155.86 |
| Westlaw Research | 337.02 |
| Travel Expenses | 3,525.16 |
| Transportation Expenses | 30.00 |
| Cab Fare | 74.00 |
| Air Fare | 1,269.92 |
| Business Meal | 601.69 |
| Binding Charges | 12.00 |
| Other | 28.70 |
| DISBURSEMENTS & OTHER CHARGES | $ 6,697.47 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 13,658.00 | 488.13 | 14,146.13 |
| 11/08/04 | 1331512 | 59,207.50 | 678.00 | 59,885.50 |
| | OUTSTANDING BALANCE | | | $ 74,031.63 |

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

December 20, 2004

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1342624
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
November 30, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ................................................................ $ 40,688.50

Disbursements and Other Charges .................................................................................... $ 6,697.47

**CURRENT AMOUNT DUE** ............................................................................................ $ 47,385.97

Prior Outstanding Invoices .............................................................................................. $ 74,031.63

**TOTAL AMOUNT DUE** ................................................................................................ **$121,417.60**

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham LLP**
January 24, 2004

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**   1352638
**Client No.:**    0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2004 in connection with the above-referenced matter, as more
fully described in the attached itemization ..............................................................$   3,546.00

Disbursements and Other Charges............................................................................$   1,891.91

**CURRENT AMOUNT DUE** ...................................................................................$   5,437.91

Prior Outstanding Invoices ........................................................................................$  47,828.59

**TOTAL AMOUNT DUE**........................................................................................$ 53,266.50

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 24, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1352638 |
| Services Through : | December 31, 2004 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/01/04 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings, agenda notices and amendments of same. | 237.00 |
| 12/02/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 118.50 |
| 12/06/04 | J. C. Hutchins | 1.30 | Review and analyze Monaco invoice; telephone conferences with regarding where is October bill; reconcile with August report; review and analyze miscellaneous pleadings; conference with D. Rosenfeld regarding Saudi Aramco, | 513.50 |
| 12/07/04 | J. C. Hutchins | 1.20 | Conference with D. Rosenfeld; conference with A. Abbott regarding Monaco invoices; review and analyze same; prepare letter to J. Marigomen; telephone conference with F. Monaco; revise and edit letter to J. Marigomen; review and analyze miscellaneous pleadings; receive and review e-mail from A. Abbott. | 474.00 |

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/08/04 | J. C. Hutchins | 1.00 | Review and analyze miscellaneous pleadings including service list motion; reconcile Monzack and Monaco bills; review facimile from F. Monaco; prepare and send correspondence to J. Marigomen. | 395.00 |
| 12/09/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous pleadings, docket updates. | 316.00 |
| 12/10/04 | J. C. Hutchins | 0.60 | Review and analyze pleadings regarding objections to claims and claims assumed by Shaw. | 237.00 |
| 12/13/04 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings | 158.00 |
| 12/16/04 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; hearing agenda | 118.50 |
| 12/17/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 79.00 |
| 12/21/04 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings | 79.00 |
| 12/22/04 | J. C. Hutchins | 0.20 | Review and analyze local counsel invoice and reconcile | 79.00 |
| 12/23/04 | J. C. Hutchins | 0.20 | Prepare and send correspondence to J. Margotmen | 79.00 |
| 12/29/04 | D. E. Rosenfeld | 0.20 | Correspondence and call with client regarding status issues | 70.00 |
| 12/30/04 | J. C. Hutchins | 0.80 | Review and analyze miscellaneous claims objections, docket notices, service list pleadings, fee applications and court orders regarding same. | 316.00 |
| 12/31/04 | J. C. Hutchins | 0.70 | Review and analyze pleadings; prepare and send memorandum to D. Rosenfeld regarding continuing to be on service list. | 276.50 |
| | | **TOTAL FEES** | | $ 3,546.00 |

| | | | | |
|---|---|---|---|---|
| J. C. Hutchins | | 8.80 hrs at $ 395 / hr | | $3,476.00 |
| D. E. Rosenfeld | | 0.20 hrs at $ 350 / hr | | $70.00 |
| | TOTAL FEES | 9.00 hrs | | $ 3,546.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 0.70 |
| Copying Expense | 29.88 |
| Long Distance Courier | 94.08 |
| Westlaw Research | 604.16 |
| OT Dinner, Cabs, Parking | 96.00 |
| Travel Expenses | 451.17 |
| Air Fare | 586.02 |
| Business Meal | 29.90 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,891.91 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
|  | OUTSTANDING BALANCE |  | $ | 47,828.59 |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 3,546.00 |
| Disbursements and Other Charges | $ | 1,891.91 |
| **CURRENT INVOICE DUE** | $ | 5,437.91 |
| Past Due Invoices * | $ | 47,828.59 |
| **TOTAL AMOUNT DUE** | $ | 53,266.50 |