

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 25, 2005

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** **1362428**
**Client No.:** **0508830.0901**

Tax Identification Number 25 0921018

Re: Guaranty Matter

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED through January 31, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization | $ 2,639.50 |
| Disbursements and Other Charges | $ 195.95 |
| **CURRENT AMOUNT DUE** | **$ 2,835.45** |
| Prior Outstanding Invoices | $ 53,266.50 |
| **TOTAL AMOUNT DUE** | **$ 56,101.95** |



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 25, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1362428
Services Through : January 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/04/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleading; attention to preparation of audit response. | 170.00 |
| 01/04/05 | N. A. Valente | 0.70 | Matters regarding audit letter; prepare inquiry memorandum and send to attorneys | 115.50 |
| 01/05/05 | A. B. Abbott | 0.20 | Draft audit response | 50.00 |
| 01/05/05 | J. C. Hutchins | 0.90 | Review and analyze miscellaneous claim objection pleadings, updates to hearing agenda and schedule; fee allowance proceedings and adjustments to professionals' fees. | 382.50 |
| 01/06/05 | J. C. Hutchins | 0.40 | Review and analyze claim objection pleadings. | 170.00 |
| 01/07/05 | A. B. Abbott | 0.20 | Draft audit response | 50.00 |
| 01/10/05 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous objection pleadings, affidavits, discovery. | 255.00 |
| 01/10/05 | N. A. Valente | 0.40 | Preparation of audit letter | 66.00 |
| 01/11/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 01/11/05 | N. A. Valente | 0.30 | Finalize audit letter | 49.50 |
| 01/12/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 01/13/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings, dockets. | 85.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/13/05 | N. A. Valente | 0.40 | Search on line for overseas addresses for accountants | 66.00 |
| 01/18/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings and notices. | 85.00 |
| 01/19/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 01/20/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings regarding claim objections. | 127.50 |
| 01/21/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 01/24/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 01/25/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 01/27/05 | A. B. Abbott | 0.30 | Review hearing agenda; review docket | 75.00 |
| 01/31/05 | J. C. Hutchins | 0.30 | Review and analyze agenda for hearing; review and analyze miscellaneous pleadings. | 127.50 |
| | TOTAL FEES | | | $ 2,639.50 |

| NAME | HOURS | | RATE | AMOUNT |
|---|---|---|---|---|
| A. B. Abbott | 0.70 | hrs at | $ 250 / hr | $175.00 |
| J. C. Hutchins | 5.10 | hrs at | $ 425 / hr | $2,167.50 |
| N. A. Valente | 1.80 | hrs at | $ 165 / hr | $297.00 |
| TOTAL FEES | 7.60 hrs | | | $ 2,639.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 7.38 |
| Long Distance Courier | 188.43 |
| Pacer Research | 0.14 |
| DISBURSEMENTS & OTHER CHARGES | $ 195.95 |



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

March 24, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1371923
Services Through : February 28, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 170.00 |
| 02/02/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze local counsel invoices. | 127.50 |
| 02/07/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket updates. | 127.50 |
| 02/08/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, settlements of claim objections. | 127.50 |
| 02/11/05 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; telephone call to K. Mangan. | 297.50 |
| 02/15/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 02/17/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 02/22/05 | A. B. Abbott | 2.60 | Telephone conference with J. Hutchins regarding status update; receive and review e-mail regarding same; review correspondence; draft status update | 650.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/22/05 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Mahrous; telephone call to D. Rosenfeld; conference with A. Abbott regarding preparing updating status report; prepare and send e-mail to A. Mahrous. | 170.00 |
| 02/23/05 | A. B. Abbott | 1.40 | Review and revise status update; conference with J. Hutchins regarding same | 350.00 |
| 02/23/05 | J. C. Hutchins | 1.20 | Receive and review e-mail from A. Abbott; review and analyze draft status report; revise and edit same; conference with A. Abbott regarding revised report; receive and review e-mail from A. Abbott. | 510.00 |
| 02/25/05 | A. B. Abbott | 0.40 | Review hearing agenda; draft e-mail to K. Mangan regarding same; conference with J. Hutchins regarding same; review docket | 100.00 |
| 02/25/05 | J. C. Hutchins | 0.50 | Review facimile from Debtor counsel regarding omnibus hearing; review and analyze agenda for omnibus hearing; telephone conference with D. Rosenfeld regarding Saudi Aramco adversary proceeding status conference; prepare and send e-mail to D. Rosenfeld; telephone conference with A. Abbott; telephone conference with D. Rosenfeld. | 212.50 |
| 02/28/05 | J. C. Hutchins | 0.40 | Receive and review e-mail from Ahmed; prepare and send e-mail to D. Rosenfeld; telephone conference with D. Rosenfeld regarding preparation of response; review and analyze Monzack & Monaco invoice as local counsel. | 170.00 |
| | TOTAL FEES | | | $ 3,267.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | | 4.40 hrs at $ 250 / hr | $1,100.00 |
| J. C. Hutchins | | 5.10 hrs at $ 425 / hr | $2,167.50 |
| | TOTAL FEES | 9.50 hrs | $ 3,267.50 |



## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| | OUTSTANDING BALANCE | | | $ 53,266.50 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 2,639.50 |
| Disbursements and Other Charges | $ 195.95 |
| **CURRENT INVOICE DUE** | **$ 2,835.45** |
| Past Due Invoices * | $ 53,266.50 |
| **TOTAL AMOUNT DUE** | **$ 56,101.95** |

* Does not include payments received after 2/25/05.



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 5.22 |
| Long Distance Courier | 234.08 |
| Other | 75.25 |
| DISBURSEMENTS & OTHER CHARGES | $ 314.55 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| 02/25/05 | 1362428 | 2,639.50 | 195.95 | 2,835.45 |
| | OUTSTANDING BALANCE | | | $ 56,101.95 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 3,267.50 |
| Disbursements and Other Charges | $ 314.55 |
| **CURRENT INVOICE DUE** | **$ 3,582.05** |
| Past Due Invoices * | $ 56,101.95 |
| **TOTAL AMOUNT DUE** | **$ 59,684.00** |

Kirkpatrick & Lockhart LLP

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 40,688.50 |
| Disbursements and Other Charges | $ 6,697.47 |
| **CURRENT INVOICE DUE** | **$ 47,385.97** |
| Past Due Invoices * | $ 74,031.63 |
| **TOTAL AMOUNT DUE** | **$ 121,417.60** |

* Does not include payments received after 12/20/04.




75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

April 19, 2005

**VIA FEDERAL EXPRESS**

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re: Guaranty Matter

Dear Mr. Marigomen:

Enclosed please find this firm's statement for professional services rendered through March 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

April 19, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1382314
Services Through : March 31, 2005

**Guaranty Matter**

---

Tax Identification Number 25 0921018

FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/05 | A. B. Abbott | 0.60 | Receive and review e-mail from K. Mangan regarding status conference; conference with D. Rosenfeld regarding same; review docket | 150.00 |
| 03/03/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 03/07/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 03/09/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings, docket. | 170.00 |
| 03/11/05 | J. C. Hutchins | 0.10 | Review and analyze pleading. | 42.50 |
| 03/15/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, docket. | 127.50 |
| 03/18/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 03/21/05 | J. C. Hutchins | 0.10 | Review and analyze miscellaneous pleadings. | 42.50 |
| 03/24/05 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding mediation and motion to disqualify; review docket | 75.00 |
| 03/24/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; review and analyze Monaco invoice. | 127.50 |
| 03/25/05 | J. C. Hutchins | 2.00 | Prepare and send correspondence to A. Mahrous. | 850.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/28/05 | J. C. Hutchins | 0.10 | Receive and review e-mail from Monaco's office regarding local counsel invoice. | 42.50 |
| 03/30/05 | A. B. Abbott | 0.40 | Review notes from mediation; conference with D. Rosenfeld regarding same | 100.00 |
| 03/30/05 | D. E. Rosenfeld | 0.80 | Prepare letter regarding F. Conrad | 308.00 |
| 03/31/05 | A. B. Abbott | 0.50 | Review and revise letter to A. Mahrous | 125.00 |
| 03/31/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; receive and review e-mail from Monaco office; review and analyze agenda for 4/4/05 hearing. | 170.00 |
| | TOTAL FEES | | | $ 2,628.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. B. Abbott | 1.80 | hrs | at | $ | 250 | / hr | $450.00 |
| J. C. Hutchins | 4.40 | hrs | at | $ | 425 | / hr | $1,870.00 |
| D. E. Rosenfeld | 0.80 | hrs | at | $ | 385 | / hr | $308.00 |
| TOTAL FEES | 7.00 hrs | | | | | | $ 2,628.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 2.88 |
| Long Distance Courier | 47.14 |
| DISBURSEMENTS & OTHER CHARGES | $ 50.02 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/20/04 | 1342624 | 40,688.50 | 6,697.47 | 47,385.97 |
| 01/24/05 | 1352638 | 3,546.00 | 1,891.91 | 5,437.91 |
| 02/25/05 | 1362428 | 2,639.50 | 195.95 | 2,835.45 |
| 03/24/05 | 1371923 | 3,267.50 | 314.55 | 3,582.05 |
| | OUTSTANDING BALANCE | | | $ 59,684.00 |




## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,628.00 |
| Disbursements and Other Charges | $ | 50.02 |
| **CURRENT INVOICE DUE** | **$** | **2,678.02** |
| Past Due Invoices * | $ | 59,684.00 |
| **TOTAL AMOUNT DUE** | **$** | **62,362.02** |

* Does not include payments received after 4/21/05.



75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

May 27, 2005

**VIA FEDERAL EXPRESS**

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re: Guaranty Matter

Dear Mr. Marigomen:

Enclosed please find this firm's statement for professional services rendered through April 30, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

May 27, 2005

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** **1395665**
**Client No.:** **0508830.0901**

Tax Identification Number 25 0921018

Re: Guaranty Matter

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED through April 30, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization | $ | 1,591.00 |
| Disbursements and Other Charges | $ | 206.88 |
| **CURRENT AMOUNT DUE** | **$** | **1,797.88** |
| Prior Outstanding Invoices | $ | 462.62 |
| **TOTAL AMOUNT DUE** | **$** | **2,260.50** |



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

May 27, 2005

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** **1395665**
**Client No.:** **0508830.0901**

Tax Identification Number 25 0921018

Re: Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization ....................$ ~~1,159.00~~ 1591.00

Disbursements and Other Charges ....................$ 206.88

**CURRENT AMOUNT DUE ....................$ 1,797.88**

Prior Outstanding Invoices ....................$ 462.62

**TOTAL AMOUNT DUE ....................$ 2,260.50**



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 27, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1395665
Services Through : April 30, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/01/05 | A. B. Abbott | 0.10 | Review hearing agenda | 25.00 |
| 04/01/05 | J. C. Hutchins | 0.20 | Receive and review fax from Landis Rath & Cobb; review and analyze agenda for 4/4 hearing regarding any SAMBA related matters. | 85.00 |
| 04/05/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings and docket. | 127.50 |
| 04/07/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 04/11/05 | D. E. Rosenfeld | 0.10 | Review email from A. Mahrous and respond | 38.50 |
| 04/13/05 | J. C. Hutchins | 0.20 | Review and analyze invoice of local counsel; prepare and send correspondence to A. Mahrous. | 85.00 |
| 04/18/05 | J. C. Hutchins | 0.50 | Review correspondence from Monzack & Monaco; review and analyze grantor trust tax reporting form; prepare letter to A. Mahrous regarding same. | 212.50 |
| 04/18/05 | J. C. Hutchins | 0.20 | Review miscellaneous pleadings. | 85.00 |
| 04/19/05 | D. Board | 0.60 | Conference with J. Hutchins regarding tax reporting obligations of liquidating trust for creditors; research regarding same | 222.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/19/05 | J. C. Hutchins | 0.20 | Conference with D. Board regarding tax reporting letter from SWE&C Liquidating Trust regarding grantor trust tax information. | 85.00 |
| 04/20/05 | J. C. Hutchins | 0.70 | Receive and review e-mail from D. Rosenfeld; review and analyze decision of Delaware Bankruptcy Court regarding claim in IT Bankruptcy allegedly assumed by Shaw; prepare and send e-mail to D. Rosenfeld regarding factually distinguishable decision. | 297.50 |
| 04/25/05 | D. E. Rosenfeld | 0.30 | Prepare for conference call | 115.50 |
| 04/29/05 | J. C. Hutchins | 0.30 | Review and analyze docket, miscellaneous pleadings. | 127.50 |
| | TOTAL FEES | | | $ 1,591.00 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 0.10 hrs at | $ 250 / hr | $25.00 |
| D. Board | 0.60 hrs at | $ 370 / hr | $222.00 |
| J. C. Hutchins | 2.80 hrs at | $ 425 / hr | $1,190.00 |
| D. E. Rosenfeld | 0.40 hrs at | $ 385 / hr | $154.00 |
| TOTAL FEES | 3.90 hrs | | $ 1,591.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 16.56 |
| Long Distance Courier | 190.32 |
| DISBURSEMENTS & OTHER CHARGES | $ 206.88 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 04/19/05 | 1382314 | 20.00 | 0.00 | 20.00 |
| | OUTSTANDING BALANCE | | | $ 462.62 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 1,591.00 |
| Disbursements and Other Charges | $ 206.88 |
| **CURRENT INVOICE DUE** | **$ 1,797.88** |
| Past Due Invoices * | $ 462.62 |
| **TOTAL AMOUNT DUE** | **$ 2,260.50** |

* Does not include payments received after 5/31/05.