

**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

June 22, 2005

**VIA FEDERAL EXPRESS**

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:    Guaranty Matter

Dear Mr. Marigomen:

Enclosed please find this firm's statement for professional services rendered through May 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA  02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

June 22, 2005

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Invoice No.:   1404045
Client No.:    0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
May 31, 2005 in connection with the above-referenced matter, as more
fully described in the attached itemization ..................................................$  85,818.50

Disbursements and Other Charges................................................................$     752.81

**CURRENT AMOUNT DUE** ........................................................................$  86,571.31

Prior Outstanding Invoices ...........................................................................$   2,260.50

**TOTAL AMOUNT DUE**.............................................................................<u>$  88,831.81</u>

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

June 22, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1404045
Services Through : May 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/04/05 | J. C. Hutchins | 0.20 | Review and analyze revised agenda for 4/4 omni hearing. | 85.00 |
| 05/04/05 | A. B. Abbott | 2.90 | Review memorandum opinion; conference with D. Rosenfeld regarding same; review documents, pleadings, and local rules; calculate damages | 725.00 |
| 05/04/05 | J. C. Hutchins | 2.80 | Receive and review e-mail from K. Mangan regarding decision; telephone conference with D. Rosenfeld; review and analyze Court's decisions granting client summary judgment and denying Shaw motion for summary judgment; receive and review e-mail from D. Rosenfeld; telephone call from B. Allensworth; brief conference with A. Abbott regarding preparing supplemental pleadings regarding damages; receive and review e-mail from A. Abbott; review and analyze Court's decision regarding Court's factual summary for accuracy; prepare and send e-mail to B. Allensworth. | 1,190.00 |
| 05/04/05 | D. E. Rosenfeld | 2.30 | Review decision; call with J. Hutchins; K. Mangan; and A. Abbott; call with client | 885.50 |

BOSTON · DALLAS · HARRISBURG · LONDON · LOS ANGELES · MIAMI · NEWARK · NEW YORK · PALO ALTO · PITTSBURGH · SAN FRANCISCO · WASHINGTON



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/05/05 | A. B. Abbott | 2.60 | Conference with D. Rosenfeld regarding assessment of damages; conduct research and analyze case law regarding petition for attorneys' fees and costs; draft motion for assessment of damages; review order and entry of judgment | 650.00 |
| 05/05/05 | J. C. Hutchins | 1.10 | Review and analyze summary judgment decision and possible factual errors as grounds for appeal; conference with D. Rosenfeld regarding preparing damages claim; receive and review e-mail from K. Mangan; review and analyze docket entry regarding judgment; telephone call to D. Rosenfeld. | 467.50 |
| 05/06/05 | A. B. Abbott | 2.60 | Review case law regarding application for attorneys' fees and costs; review hearing agenda and pleadings; draft motion for assessment of damages; conferences with D. Rosenfeld regarding memorandum opinion; review e-mail from J. Hutchins | 650.00 |
| 05/06/05 | A. Bierman | 0.10 | Meet with D. Rosenfeld re: fee application | 32.50 |
| 05/06/05 | J. C. Hutchins | 0.50 | Conference with D. Rosenfeld regarding preparing back-up information regarding counsel fees and motion regarding same. | 212.50 |
| 05/06/05 | D. E. Rosenfeld | 1.20 | Review decision; conference with A. Abbott regarding judgment and fee application; prepare email to client regarding judgment and fee application | 462.00 |
| 05/09/05 | A. B. Abbott | 6.30 | Review local rules and federal rules of civil procedure; conferences with A. Bierman and D. Rosenfeld regarding application for fees; review summary judgment briefs; draft opening brief in support of motion for assessment of fees | 1,575.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/09/05 | A. Bierman | 3.10 | Met with A. Abbott re: fee application; legal research re: fee applications under Delaware law; review pleadings and client documents | 1,007.50 |
| 05/09/05 | J. C. Hutchins | 0.80 | Conference with D. Rosenfeld and A. Abbott regarding preparing motion to assess damages, interest rate issues, etc. | 340.00 |
| 05/09/05 | D. E. Rosenfeld | 3.20 | Prepare motion regarding damages; conferences with A. Abbott | 1,232.00 |
| 05/10/05 | A. B. Abbott | 1.70 | Conference with J. Hutchins and D. Rosenfeld regarding assessment of damages; telephone conference with K. Mangan regarding motion for attorneys' fees; conduct research and analyze case law regarding same; review pleadings and docket | 425.00 |
| 05/10/05 | A. Bierman | 5.00 | Legal research re: pre and post judgment interest and awards of expenses, attorney's fees and costs; review court's summary judgment opinion | 1,625.00 |
| 05/10/05 | J. C. Hutchins | 1.50 | Conference with D. Rosenfeld; review and analyze judgment and decision regarding grounds for appeal and rights to claim interest and legal fees; review and analyze cross motion for summary judgment and all briefs regarding various issues in decision; telephone conference with D. Rosenfeld regarding Conrad recusal in Saudi Aramco mediation. | 637.50 |
| 05/10/05 | D. E. Rosenfeld | 1.60 | Prepare motion | 616.00 |
| 05/11/05 | A. B. Abbott | 6.50 | Conferences with D. Rosenfeld and A. Bierman regarding motion for assessment of damages; draft opening brief in support of motion for assessment of damages | 1,625.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/11/05 | A. Bierman | 10.90 | Continued legal research re: pre and post judgment interest and awards of expenses, attorney's fees, and costs; meet with J. Hutchins, D. Rosenfeld and A. Abbott re: same; e-mails to/from J. Hutchins, D. Rosenfeld and A. Abbott re: same; begin drafting motion for assessment od damages, affidavits in support of same and memorandum in support of same | 3,542.50 |
| 05/11/05 | J. C. Hutchins | 1.20 | Telephone conference with D. Rosenfeld regarding Conrad e-mail; telephone conference with G. Novack and D. Rosenfeld regarding Conrad's attempts to avoid recusal; review and analyze status of Saudi Aramco proceedings; telephone conference with A. Bierman regarding terms of engagement by SAMBA in May 2000; revise and edit D. Rosenfeld draft letter to Conrad. | 510.00 |
| 05/11/05 | D. E. Rosenfeld | 3.90 | Conference with G. Novack and J. Hutchins; review Conrad's email; conference with A. Abbott and A. Bierman regarding application and interest rates | 1,501.50 |
| 05/12/05 | A. B. Abbott | 8.40 | Conferences with J. Hutchins, D. Rosenfeld, and A. Bierman regarding motion for assessment of costs; attention to drafting same; review bills for attorneys' fees; telephone conferences with K. Mangan regarding local rules | 2,100.00 |

-4-

Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/12/05 | A. Bierman | 7.30 | Continued legal research re: pre and post judgment interest and awards of expenses, attorney's fees, and costs; meet with J. Hutchins, D. Rosenfeld and A. Abbott re: same; e-mails to/from J. Hutchins, D. Rosenfeld and A. Abbott re: same; begin drafting motion for assessment of damages, affidavits in support of same and memorandum in support of same | 2,372.50 |
| 05/12/05 | J. C. Hutchins | 2.30 | Conference with D. Rosenfeld; review and analyze draft letters to Conrad; receive and review e-mail from S. Jenkins regarding possible appeal; receive and review e-mail from A. Bierman regarding motion and brief; review and analyze motion and brief; receive and review e-mail from F. Conrad regarding Houpt; conference with D. Rosenfeld regarding Conrad recusal matter; conference with D. Rosenfeld, A. Abbott and A. Bierman regarding claim for interest and damages; conference call with K. Mangan; receive and review e-mail from K. Mangan regarding deadlines and how to file claim. | 977.50 |
| 05/12/05 | A. R. Rosenfeld | 0.50 | Conference with D. Rosenfeld | 225.00 |
| 05/12/05 | D. E. Rosenfeld | 6.80 | Meeting regarding damages issues with J. Hutchins, A. Abbott, and A. Bierman; call with K. Mangan; review memos; call with S. Jenkins; review J. Houpt letter; review F. Conrad email; conferences with J. Hutchins, A. Rosenfeld regarding conflict issue | 2,618.00 |