Case 1:04-cv-00834-SLR    Document 48-12    Filed 11/21/2006    Page 1 of 6



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/13/05 | A. B. Abbott | 8.20 | Review transcript of oral argument on motion to consolidate, deposition transcripts, and pleadings; revise opening brief in support of motion for assessment of costs; conferences with A. Bierman and D. Rosenfeld regarding same; review and analyze attorneys' fees; telephone conferences with K. Mangan regarding local counsel fees; conference with A. Bierman and D. Rosenfeld regarding strategy and filing of motion | 2,050.00 |
| 05/13/05 | A. Bierman | 6.20 | E-mail U.S. litigation group re: Judge Sue L. Robinson and bifurication of fee applications; legal research re: federal discount rate; continued revisions to motion for assessment of damages and memorandums and affidavits in support of same; meet with J. Hutchins, D. rosenfeld and A. Abbott re: same | 2,015.00 |
| 05/13/05 | J. C. Hutchins | 1.40 | Conference with D. Rosenfeld; conference with A. Bierman regarding brief for damages claim; telephone conference with D. Rosenfeld regarding letter to Conrad; receive and review e-mail from A. Bierman; review and analyze opening brief to support damage assessment; conference with D. Rosenfeld regarding Conrad matter. | 595.00 |
| 05/13/05 | D. E. Rosenfeld | 4.10 | Prepare letter regarding mediation; conference with J. Hutchins, A. Abbott, and A. Bierman | 1,578.50 |
| 05/15/05 | A. B. Abbott | 5.50 | Review and analyze attorneys' fees for main bankruptcy proceeding and adversary proceedings | 1,375.00 |

-6-



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/15/05 | J. C. Hutchins | 2.80 | Revise and edit draft of opening brief to support damage assessment; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld. | 1,190.00 |
| 05/16/05 | A. B. Abbott | 11.40 | Review and analyze attorneys' fees for main bankruptcy proceeding and adversary proceedings; conferences with D. Rosenfeld, J. Hutchins, and A. Bierman regarding motion for assessment of damages; review documents; draft e-mails to K. Mangan regarding legal fees; review and revise affidavits and opening brief; conferences with D. Rosenfeld regarding same; draft e-mail to A. Mahrous regarding same | 2,850.00 |
| 05/16/05 | A. Bierman | 8.50 | Meet with and e-mails to/from J. Hutchins, D. Rosenfeld and A. Abbott re: Plaintiff's Motion for Assessment of Damages and memorandum and affidavits in support of same; draft affidavit of Ahmed Mahrous in support of same; review K&LNG bills and M&M's bills | 2,762.50 |
| 05/16/05 | J. C. Hutchins | 4.30 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld, A. Bierman and A. Abbott; conference with D. Rosenfeld et al to review draft Motion for assessment of damages; revise and edit draft motion; review and analyze draft of affidavits; revise and edit Mahrous' affidavit; prepare and send e-mail to A. Bierman; review and analyze KLNG fee information and estimates; review and analyze revised drafts of brief; revise and edit same; conference with A. Abbott and A. Bierman,. | 1,827.50 |

Case 1:04-cv-00834-SLR   Document 48-12   Filed 11/21/2006   Page 3 of 6



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/16/05 | D. E. Rosenfeld | 8.70 | Prepare and edit motion for assessment of damages; conference call with client; conferences with A. Abbott and A. Bierman; conferences with J. Hutchins; review bills regarding privilege | 3,349.50 |
| 05/16/05 | K. Zinski | 0.10 | Download fee application as per A. Bierman | 11.00 |
| 05/17/05 | A. B. Abbott | 12.80 | Review and analyze attorneys' fees for main bankruptcy proceeding and adversary proceedings; review, analyze, and redact invoices for privilege; review and revise opening brief and affidavits; draft e-mail to A. Mahrous regarding same; prepare appendix of exhibits; conferences with D. Rosenfeld and A. Bierman regarding same | 3,200.00 |
| 05/17/05 | A. Bierman | 9.50 | Continued revisions to Motion for Assessment of Damages, Memorandum in Support of same; and Affidavits of D. Rosenfeld, K. Magnan and A. Mahrous in support of same; meet with J. Hutchins, D. Rosenfeld and A. Abbott re: same; e-mails to/from J. Hutchins, D. Rosenfeld, A. Abbott, K. Mangan and C. Stritzinger re: same | 3,087.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/17/05 | J. C. Hutchins | 4.90 | Review and analyze revised draft of brief; receive and review e-mail from D. Rosenfeld to A. Mahrous; receive and review e-mail from A. Abbott ((x2)); review and analyze revised brief; revise and edit same regarding various issues; conference with A. Bierman, A. Abbott and D. Rosenfeld; regarding issues; review and analyze revised A. Mahrous affidavit; review and analyze Usmani affidavit; receive and review e-mail from Mahrous regarding back-up exhibits; revise and edit revised brief regarding damages; revise and edit same; conference with A. Abbot and A. Bierman; conference with D. Rosenfeld; receive and review e-mail from A. Bierman to Mangan; review and analyze Mangan affidavit. | 2,082.50 |
| 05/17/05 | D. E. Rosenfeld | 9.20 | Prepare and edit motion for assessment of damages; conferences regarding editing; review bills regarding privilege | 3,542.00 |
| 05/18/05 | A. B. Abbott | 12.80 | Conferences with D. Rosenfeld and A. Bierman regarding motion for assessment of damages; review and revise opening brief; prepare opening brief, appendix, affidavits, and exhibits for filing and serving; telephone conferences with K. Mangan, F. Monaco, and H. Sasso regarding same | 3,200.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/18/05 | A. Bierman | 7.50 | Continued revisions to Motion for Assessment of Damages, Memorandum in Support of Same, and Affidavits of D. Rosenfeld, K. Mangan and A. Mahrous in support of same; meet with J. Hutchins, D. Rosenfeld and A. Abbott regarding same; e-mails to/from J. Hutchins, D. Rosenfeld, A. Abbott, K. Mangan and C. Stritzinger regarding same; e-mails to/from K. Mangan regarding same; finalize Motion for Assessment of Damages, Memorandum in Support of same, Affidavits of D. Rosenfeld, J. Hutchins, K. Mangan and A. Usmani in support of same for filing and service | 2,437.50 |
| 05/18/05 | R. Cahill | 1.40 | Work on appendix for filing | 238.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/18/05 | J. C. Hutchins | 4.70 | Receive and review e-mail from A. Abbott regarding revised draft of brief; review and analyze revised draft of brief regarding damages; revise and edit same; conference with A. Abbott and D. Rosenfeld regarding same; receive and review e-mail from K. Mangan regarding affidavit; receive and review e-mail from A. Bierman regarding Mangan affidavit; conference regarding affidavits and exhibits to brief; review and analyze revised brief; review and analyze Hutchins' affidavit and attachments; conference regarding same with A. Bierman; prepare and send e-mail to A. Bierman regarding interest computations; conference with A. Bierman regarding same; execute Hutchins' affidavit; review and analyze exhibits to brief and affidavits' review and analyze draft summary of argument and revision of same; revise and edit summary of argument; conference with D. Rosenfeld and A. Bierman regarding summary and conforming changes in body of brief to edits; receive and review e-mail from A. Abbott; review and analyze revised drafts of briefs and affidavits; receive and review e-mail from A. Abbott to K. Mangan regarding documents for filing (x10). | 1,997.50 |
| 05/18/05 | D. E. Rosenfeld | 8.60 | Revise and edit motion for assessment of damages; conferences regarding motion; review drafts; telephone conference with S. Jenkins | 3,311.00 |