IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INC. | ) | Bk. No. 00-02142 (PJW) |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK, | ) | Adv. No. 01-7766 (PJW) |
| Plaintiff | ) | |
| | ) | Civ. No. 04-834-SLR |
| v. | ) | |
| | ) | |
| THE SHAW GROUP INC., SWINC | ) | |
| ACQUISTION THREE, INC., and | ) | |
| SWE&C LIQUIDATING TRUSTEE, | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE**

     I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on November 21, 2006 upon:

**Via Hand Delivery**
Adam G. Landis, Esquire
Kerri K Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Document #: 54476

Dennis A. Meloro, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801


      Under penalty of perjury, I declare that the foregoing is true and correct.


<u>November 21, 2006</u>          ___/s/Heidi E. Sasso_____
Date                              Heidi E. Sasso

Document #: 54476