# **EXHIBIT A**

**K&LNG INVOICES DATED JULY 2000 THROUGH NOVEMBER 2006**

KEY

Preference and Recovery Actions

Recovery Action

Saudi Aramco Action