

**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/07/05 | A. B. Abbott | 11.70 | Conferences with A. Bierman and J. Hutchins regarding reply brief; attention to drafting reply brief; telephone conferences with D. Rosenfeld regarding same | 2,925.00 |
| 06/07/05 | A. Bierman | 6.30 | Continued revisions to Saudi American Bank's reply to Shaw's opposition; continued legal research regarding same; meet with A. Abbott and J. Hutchins regarding same; e-mails to/from A. Abbott and J. Hutchins regarding same | 2,047.50 |
| 06/07/05 | J. C. Hutchins | 7.20 | Rsearch and analyze choice of law principles in NY relative to stipulation of NY law; telephone conference with T. Russler; receive and review e-mail from T. Russler regarding Tribar reports; research and analyze case law in NY and Second Circuit regarding choice of law and law review articles regarding same; telephone conference with R. Michaelson regarding NY choice of law; prepare and send e-mail to F. Monaco; draft section for reply brief regarding NY choice of law; conference with A. Abbott regarding reply brief; review and analyze draft reply brief; revise and edit same; conference with A. Abbott regarding same; telephone conference with D. Rosenfeld. | 3,060.00 |
| 06/07/05 | D. E. Rosenfeld | 2.90 | Review email with A. Abbott and J. Hutchins; review and revise reply memorandum; conference calls with A. Abbott and J. Hutchins regarding reply memorandum | 1,116.50 |
| 06/07/05 | T. Russler | 0.50 | Review of NY law issue and conference with J. Hutchins | 275.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/08/05 | A. B. Abbott | 8.40 | Telephone conferences with D. Rosenfeld regarding reply brief; conferences with A. Bierman and J. Hutchins regarding same; attention to drafting and finalizing reply brief; draft e-mails to H. Sasso regarding filing and serving same | 2,100.00 |
| 06/08/05 | A. Bierman | 5.10 | Finalize Saudi American Bank's reply to Shaw's opposition; compile appendix; meet with A. Abbott and J. Hutchins regarding same; e-mails to/from A. Abbott, J. Hutchins and D. Rosenfeld regarding same | 1,657.50 |
| 06/08/05 | R. Cahill | 0.60 | Work on supplemental appendix for filing | 102.00 |
| 06/08/05 | J. C. Hutchins | 3.70 | Review and analyze drafts of reply brief; continue research regarding NY choice of law cases and commentary and impact in DE; conferences with A. Abbott and A. Bierman; conference with A. Abbott regarding revised structure of brief; revise and edit declaration of M. Al-Motlaq; review and analyze appendices; proofread and review reply; receive and review e-mail from Hoyt, Benson et al regarding Walsh conference call regarding Conrad rescheduled to omnibus hearing 6/13; receive and review e-mail from A. Abbott regarding Monaco's office regarding filing reply brief and attachments (x6); receive and review e-mail from H. Sasso regarding filing. | 1,572.50 |
| 06/08/05 | D. E. Rosenfeld | 0.80 | Call with A. Abbott regarding reply | 308.00 |
| 06/09/05 | A. B. Abbott | 1.10 | Receive and review e-mail from S. Jenkins regarding deposition; telephone conference with D. Rosenfeld regarding same; review hearing transcripts | 275.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/09/05 | J. C. Hutchins | 0.70 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; telephone conference with D. Rosenfeld; telephone conference with D. Rosenfeld regarding Conrad hearing and Jenkins support; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from A. Abbott; prepare and send e-mail to A. Abbott; receive and review e-mail from A. Abbott. | 297.50 |
| 06/09/05 | D. E. Rosenfeld | 8.20 | Review pleadings; prepare for conference; review correspondence from local counsel; prepare emails to client | 3,157.00 |
| 06/10/05 | A. B. Abbott | 3.60 | Conference with D. Rosenfeld regarding hearing; telephone conference with court clerk; review forms from Third Circuit; telephone conferences with F. Monaco regarding same; prepare applications for admission to Third Circuit; draft e-mail to client regarding corporate disclosure | 900.00 |
| 06/10/05 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from D. Rosenfeld; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from K. Dalton regarding agenda for 6/13 hearing. | 127.50 |
| 06/10/05 | D. E. Rosenfeld | 4.90 | Prepare for bankruptcy court conference; review Saudi Aramco pleadings | 1,886.50 |


Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/13/05 | A. B. Abbott | 3.30 | Conduct research and analyze case law regarding appealability of rulings on motion to intervene; telephone conferences with D. Rosenfeld regarding status conference; draft letter to counsel regarding recusal of mediator; draft e-mail to F. Monaco regarding transcript | 825.00 |
| 06/14/05 | A. B. Abbott | 2.70 | Conferences with D. Rosenfeld regarding status conference; draft letter to counsel regarding disqualification of mediator; draft e-mail to F. Monaco regarding transcript; prepare research assignments regarding motion to lift stay, motion to disqualify mediator, and stay of appeal | 675.00 |
| 06/14/05 | J. C. Hutchins | 1.10 | Telephone conference with D. Rosenfeld; telephone conference with A. Abbott; review and analyze agenda; review and analyze miscellaneous pleading and notice of appeal documents. | 467.50 |
| 06/15/05 | J. C. Hutchins | 0.70 | Receive and review e-mail from A. Abbott regarding Conrad; telephone conference with D. Rosenfeld regarding result of hearing and how to proceed. | 297.50 |
| 06/16/05 | A. B. Abbott | 1.70 | Conferences with D. Rosenfeld and J. Hutchins regarding appeal and disqualification of mediator; conduct research regarding motion to stay | 425.00 |
| 06/16/05 | A. Bierman | 0.20 | E-mails to/from D. Rosenfeld, J. Hutchins and A. Abbott regarding appellate issues | 65.00 |


Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/16/05 | J. C. Hutchins | 1.60 | Telephone conference with D. Rosenfeld; review and analyze A. Abbott draft letter to Conrad; conference with A. Abbott and D. Rosenfeld regarding strategy regarding Saudi Aramco/Conrad recusal, motion to lift stay, consideration of any appeal regarding damages with Shaw's appeal of judgment, etc.; revise and edit letter to Conrad; review and analyze Shaw disclosure statement regarding appeal. | 680.00 |
| 06/16/05 | D. E. Rosenfeld | 1.10 | Read correspondence; meeting with J. Hutchins and A. Abbott | 423.50 |
| 06/17/05 | J. C. Hutchins | 2.10 | Receive and review e-mail from A. Abbott; review and analyze Shaw disclosure statement regarding issues on appeal; prepare and send e-mail to D. Rosenfeld and A. Abbott; receive and review e-mail from D. Rosenfeld; re D. Rosenfeld to G. Laher and A. Marous regarding Shaw pleading, Conrad and staying appeal pending decision on damages; prepare and send e-mail to A. Abbott and D. Rosenfeld regarding letter to Conrad (track changes). | 892.50 |
| 06/20/05 | A. B. Abbott | 0.50 | Prepare assignment for summer associate regarding motion to stay; review docket and rules of appellate procedure | 125.00 |
| 06/20/05 | J. C. Hutchins | 0.70 | Review and analyze miscellaneous pleadings; receive and review e-mail from G. Laher; review and analyze Shaw appeal pleadings. | 297.50 |
| 06/22/05 | A. B. Abbott | 0.80 | Review status conference transcript; conferences with J. Hutchins regarding same | 200.00 |
| 06/22/05 | M. M. Cary | 3.60 | Info on staying appeal in 3rd circuit for A. Abbott | 756.00 |
| 06/22/05 | J. C. Hutchins | 0.20 | Receive and review e-mail from A. Abbott (hearing transcript regarding Conrad recusal). | 85.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/23/05 | A. B. Abbott | 0.40 | Attention to e-mails from M. Carey regarding motion to stay research; review rules of appellate procedure | 100.00 |
| 06/23/05 | M. M. Cary | 2.00 | Info on staying appeal in 3rd circuit for A. Abbot | 420.00 |
| 06/23/05 | J. C. Hutchins | 0.50 | Review and analyze hearing transcript; review and analyze Conrad status. | 212.50 |
| 06/24/05 | A. B. Abbott | 0.20 | Finalize letter to counsel regarding disqualification of Judge Conrad; telephone conference with D. Rosenfeld regarding same | 50.00 |
| 06/24/05 | M. M. Cary | 2.60 | Memo on staying appeal in 3rd circuit for A. Abbott | 546.00 |
| 06/28/05 | J. C. Hutchins | 0.60 | Review and analyze hearing transcript regarding Conrad recusal issues. | 255.00 |
| 06/29/05 | M. M. Cary | 0.80 | Prep for motion to dismiss for A. Abbot | 168.00 |
| 06/29/05 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld to Haupt et al regarding Conrad recusal. | 85.00 |
| 06/30/05 | M. M. Cary | 4.20 | PRep SAMBA motion to dismiss for A. Abbot | 882.00 |
| 06/30/05 | J. C. Hutchins | 0.90 | Review and analyze Hearing transcript from 6/13 hearing regarding Conrad. | 382.50 |
|  |  | **TOTAL FEES** |  | **$ 55,469.50** |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. B. Abbott | 58.70 hrs at | $ 250 / hr | $14,675.00 |
| A. Bierman | 38.40 hrs at | $ 325 / hr | $12,480.00 |
| R. Cahill | 0.60 hrs at | $ 170 / hr | $102.00 |
| M. M. Cary | 13.20 hrs at | $ 210 / hr | $2,772.00 |
| J. C. Hutchins | 31.10 hrs at | $ 425 / hr | $13,217.50 |
| R. N. Michaelson | 1.00 hrs at | $ 475 / hr | $475.00 |
| D. E. Rosenfeld | 29.80 hrs at | $ 385 / hr | $11,473.00 |
| T. Russler | 0.50 hrs at | $ 550 / hr | $275.00 |
| **TOTAL FEES** | **173.30 hrs** |  | **$ 55,469.50** |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Telephone | 16.98 |
| Facsimile | 56.25 |
| Copying Expense | 137.70 |
| Long Distance Courier | 285.46 |
| Westlaw Research | 1,964.40 |
| Travel Expenses | 140.00 |
| Transportation Expenses | 60.00 |
| Cab Fare | 57.55 |
| Local Courier | 14.45 |
| Court Costs | 410.00 |
| **DISBURSEMENTS & OTHER CHARGES** | **$ 3,142.79** |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 04/19/05 | 1382314 | 20.00 | 0.00 | 20.00 |
| 05/27/05 | 1395665 | 1,591.00 | 206.88 | 1,797.88 |
| 06/22/05 | 1404045 | 85,818.50 | 752.81 | 86,571.31 |
| | OUTSTANDING BALANCE | | | $ 88,831.81 |

## INVOICE SUMMARY

| | |
|---|---:|
| Fees | $ 55,469.50 |
| Disbursements and Other Charges | $ 3,142.79 |
| **CURRENT INVOICE DUE** | **$ 58,612.29** |
| Past Due Invoices * | $ 88,831.81 |
| **TOTAL AMOUNT DUE** | **$ 147,444.10** |