

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

August 24, 2005

**VIA FEDERAL EXPRESS**

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marigomen:

Enclosed please find this firm's statement for professional services rendered through July 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON
Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

August 24, 2005

Jose M. Marigomen
Saudi American Bank
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1425384
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization .................................................................$   1,940.50

Disbursements and Other Charges.....................................................................$   6,647.46

**CURRENT AMOUNT DUE** ..............................................................................$   8,587.96

Prior Outstanding Invoices ................................................................................$147,444.10

**TOTAL AMOUNT DUE**..................................................................................<u>$156,032.06</u>

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

August 24, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1425384
Services Through : July 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/01/05 | A. B. Abbott | 0.10 | Attention to e-mail from M. Carey regarding motion to stay research | 25.00 |
| 07/01/05 | J. C. Hutchins | 0.20 | Review and analyze hearing transcript; telephone call to D. Rosenfeld regarding Conrad matter; review and analyze miscellaneous pleadings. | 85.00 |
| 07/01/05 | D. E. Rosenfeld | 1.30 | Attention to appellate issues | 500.50 |
| 07/05/05 | A. B. Abbott | 0.10 | Attention to e-mail from M. Carey regarding motion for stay | 25.00 |
| 07/05/05 | J. C. Hutchins | 1.10 | Review and analyze miscellaneous pleadings; attention to file maintenance regarding damages, appeal to Third Circuit and Conrad/Saudi Aramco. | 467.50 |
| 07/08/05 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 85.00 |
| 07/14/05 | A. B. Abbott | 0.60 | Conferences with D. Rosenfeld regarding motion to stay; review rules of appellate procedure | 150.00 |
| 07/18/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings | 127.50 |
| 07/19/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings | 170.00 |
| 07/20/05 | A. B. Abbott | 0.20 | Telephone conference with clerk's office regarding briefing schedule | 50.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/20/05 | J. C. Hutchins | 0.10 | Receive and review e-mail from A. Abbott. | 42.50 |
| 07/25/05 | J. C. Hutchins | 0.30 | Review and analyze status; telephone call to D. Rosenfeld regarding Conrad recusal and Saudi-Aramco intervention. | 127.50 |
| 07/26/05 | J. C. Hutchins | 0.20 | Review and analyze local counsel invoices; draft transmittal. | 85.00 |
| | | | TOTAL FEES | $ 1,940.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 1.00 hrs at $ 250 / hr | | $250.00 |
| J. C. Hutchins | 2.80 hrs at $ 425 / hr | | $1,190.00 |
| D. E. Rosenfeld | 1.30 hrs at $ 385 / hr | | $500.50 |
| | TOTAL FEES | 5.10 hrs | $ 1,940.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 34.38 |
| Long Distance Courier | 55.59 |
| Lexis Research | 9.28 |
| Westlaw Research | 5,166.23 |
| Travel Expenses | 40.00 |
| Transportation Expenses | 135.44 |
| Taxi / Cab Fare | 135.00 |
| Air Fare | 1,009.90 |
| Business Meal | 61.64 |
| DISBURSEMENTS & OTHER CHARGES | $ 6,647.46 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 04/19/05 | 1382314 | 20.00 | 0.00 | 20.00 |
| 05/27/05 | 1395665 | 1,591.00 | 206.88 | 1,797.88 |
| 06/22/05 | 1404045 | 85,818.50 | 752.81 | 86,571.31 |
| 07/22/05 | 1414971 | 55,469.50 | 3,142.79 | 58,612.29 |
| | OUTSTANDING BALANCE | | | $ 147,444.10 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 1,940.50 |
| Disbursements and Other Charges | $ 6,647.46 |
| **CURRENT INVOICE DUE** | $ **8,587.96** |
| Past Due Invoices * | $ 147,444.10 |
| **TOTAL AMOUNT DUE** | $ **156,032.06** |

\* Does not include payments received after 8/31/05.

-3-



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

September 22, 2005

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through August 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON
Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 22, 2005

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1440339
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:  <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization ................................................. $ 2,733.00

Disbursements and Other Charges ............................................................... $    651.46

**CURRENT AMOUNT DUE** .......................................................................... $ 3,384.46

Prior Outstanding Invoices ............................................................................ $156,032.06

**TOTAL AMOUNT DUE** ............................................................................... <u>$159,416.52</u>

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

September 22, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1440339
Services Through : August 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/05 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Mahrous. | 127.50 |
| 08/02/05 | D. E. Rosenfeld | 0.40 | Conference with client; review strategy regarding mediation | 154.00 |
| 08/04/05 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; review and analyze Monaco invoices for submission to client. | 170.00 |
| 08/05/05 | A. B. Abbott | 0.50 | Conduct research regarding motion to stay appeal and to lift stay in Saudi Aramco proceeding | 125.00 |
| 08/05/05 | J. C. Hutchins | 0.80 | Review and analyze status of intervention/lifting of stay regarding Saudi Aramco; prepare plan of action regarding Shaw appeal and Saudi Aramco adversary proceeding. | 340.00 |
| 08/05/05 | D. E. Rosenfeld | 0.40 | Meeting regarding strategy | 154.00 |
| 08/08/05 | J. C. Hutchins | 0.30 | Review and analyze docket and miscellaneous pleadings | 127.50 |
| 08/12/05 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review and analyze invoices from Monzack and Monaco | 212.50 |

BOSTON · DALLAS · HARRISBURG · LONDON · LOS ANGELES · MIAMI · NEWARK · NEW YORK · PALO ALTO · PITTSBURGH · SAN FRANCISCO · WASHINGTON



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/16/05 | J. C. Hutchins | 0.40 | Receive and review e-mail from counsel to Credit Committee Trust; review and analyze omnibus agenda for 8/18 hearing regarding SAMBA matters; prepare and send e-mail to D. Rosenfeld et al regarding same. | 170.00 |
| 08/17/05 | A. B. Abbott | 0.40 | Draft motion for stay; review local rules of appellate procedure | 100.00 |
| 08/18/05 | A. B. Abbott | 0.60 | Review hearing agenda; draft motion to stay | 150.00 |
| 08/22/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 08/23/05 | A. B. Abbott | 0.80 | Research and analyze case law regarding motion to lift stay; review correspondence; draft motion to lift stay | 200.00 |
| 08/24/05 | A. B. Abbott | 0.80 | Conduct research and analyze case law regarding motion to lift stay | 200.00 |
| 08/25/05 | A. B. Abbott | 1.40 | Analyze case law regarding motion to lift stay; review rules of mediation; draft motion to lift stay | 350.00 |
| 08/30/05 | A. B. Abbott | 0.10 | Conference with J. Hutchins regarding motion to stay and motion to lift stay | 25.00 |
| | | TOTAL FEES | | $ 2,733.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 4.60 hrs at $ 250 /hr | | $1,150.00 |
| J. C. Hutchins | | 3.00 hrs at $ 425 /hr | | $1,275.00 |
| D. E. Rosenfeld | | 0.80 hrs at $ 385 /hr | | $308.00 |
| | TOTAL FEES | 8.40 hrs | | $ 2,733.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 37.44 |
| Long Distance Courier | 97.78 |
| Westlaw Research | 457.20 |
| Misc. Expenses | 59.04 |
| DISBURSEMENTS & OTHER CHARGES | $ 651.46 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 04/19/05 | 1382314 | 20.00 | 0.00 | 20.00 |
| 05/27/05 | 1395665 | 1,591.00 | 206.88 | 1,797.88 |
| 06/22/05 | 1404045 | 85,818.50 | 752.81 | 86,571.31 |
| 07/22/05 | 1414971 | 55,469.50 | 3,142.79 | 58,612.29 |
| 08/24/05 | 1425384 | 1,940.50 | 6,647.46 | 8,587.96 |
| | OUTSTANDING BALANCE | | $ | 156,032.06 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,733.00 |
| Disbursements and Other Charges | $ | 651.46 |
| **CURRENT INVOICE DUE** | $ | **3,384.46** |
| Past Due Invoices * | $ | 156,032.06 |
| **TOTAL AMOUNT DUE** | $ | **159,416.52** |

\* Does not include payments received after 9/23/05.

-3-



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

October 24, 2005

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:  Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through September 30, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham LLP**

October 24, 2005

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1449965
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through
September 30, 2005 in connection with the above-referenced matter, as more
fully described in the attached itemization ............................................................. $ 14,537.50

Disbursements and Other Charges ................................................................. $     287.15

**CURRENT AMOUNT DUE** ................................................................................ $ 14,824.65

Prior Outstanding Invoices ............................................................................. $159,416.52

**TOTAL AMOUNT DUE** ................................................................................... **$174,241.17**

BOS-399960 v1 0950000-0102

From: Origin ID: LWMA (617) 261-3110  
R. Bruce Allensworth  
Kirkpatrick & Lockhart Nichols  
75 State Street  

Boston, MA 02109  
UNITED STATES  

SHIP TO: 6172613110    BILL SENDER  
**Ahmed Marous**  
**Saudi American Bank**  
**Old Airport Street**  
**P.O. Box 833**  

**Riyahd, 11421**  
SA

Ship Date: 24OCT05  
ActWgt: 1 LB  
System#: 4208555/INET2300  
Account#: S ********  
TotWgt: 1 LB  

REF: 0508830-0901  
DESC-1: Correspondence/No Customs Value  
DESC-2:  
DESC-3:  
DESC-4:  
SED: NDR30.55(h)  
COUNTRY MFG: US  
CARRIAGE VALUE: 0.00 USD  
CUSTOMS VALUE: USD  
T/C: S 002125129    D/T: R  
SIGN: R. Bruce Allensworth  
EIN/VAT:

**IP ENVELOPE**

TRK# 7912 4618 6640    FORM 0430

11421    --SA




These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

**Shipping Label: Your shipment is complete** This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God,perils of the air, weather conditions, mechanical delays, acts of public enemies,war, strike civil commotion, or acts or omissions of public authorities(including cutoms and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.