

**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

November 7, 2005

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through October 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON

Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

November 7, 2005

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1457761
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization ............................................................$ 18,858.50

Disbursements and Other Charges............................................................$     613.50

**CURRENT AMOUNT DUE** ..........................................................................$ 19,472.00

Prior Outstanding Invoices ...........................................................................$174,241.17

**TOTAL AMOUNT DUE**................................................................................<u>$193,713.17</u>

BOS-399960 v1 0950000-0102



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

November 7, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1457761
Services Through : October 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/03/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleading; review and analyze Monzack & Monaco invoice; prepare and send correspondence to A. Mahrous | 127.50 |
| 10/05/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 10/17/05 | J. C. Hutchins | 0.20 | Receive and review e-mail from client regarding mediation on 10/20 (x2). | 85.00 |
| 10/17/05 | D. E. Rosenfeld | 6.20 | Prepare for mediation | 2,387.00 |
| 10/18/05 | D. E. Rosenfeld | 3.10 | Prepare for hearing | 1,193.50 |
| 10/19/05 | D. E. Rosenfeld | 11.30 | Prepare for mediation; conference call with client; travel to Philadelphia | 4,350.50 |
| 10/20/05 | D. E. Rosenfeld | 10.30 | Prepare for mediation; attend mediation; meeting with S. Jenkins; travel to Boston | 3,965.50 |
| 10/21/05 | D. E. Rosenfeld | 1.20 | Follow-up regarding mediation | 462.00 |
| 10/24/05 | D. E. Rosenfeld | 4.90 | Research regarding standing and intervention | 1,886.50 |
| 10/25/05 | D. E. Rosenfeld | 6.90 | Research concerning appellate standing | 2,656.50 |
| 10/31/05 | D. E. Rosenfeld | 4.20 | Call to J. Torregrossa; prepare strategy for appeal | 1,617.00 |
| | TOTAL FEES | | | $ 18,858.50 |

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| | | | |
|---|---|---|---|
| J. C. Hutchins | 0.80 hrs at $ 425 / hr | | $340.00 |
| D. E. Rosenfeld | 48.10 hrs at $ 385 / hr | | $18,518.50 |
| TOTAL FEES | 48.90 hrs | $ | 18,858.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls | 0.45 |
| Facsimile | 3.00 |
| Copying Expense | 63.54 |
| Long Distance Courier | 149.53 |
| Transportation Expenses | 30.00 |
| Air Fare | 350.89 |
| Binding Charges | 6.00 |
| Local Courier | 10.09 |
| DISBURSEMENTS & OTHER CHARGES | $ 613.50 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 04/19/05 | 1382314 | 20.00 | 0.00 | 20.00 |
| 05/27/05 | 1395665 | 1,591.00 | 206.88 | 1,797.88 |
| 06/22/05 | 1404045 | 85,818.50 | 752.81 | 86,571.31 |
| 07/22/05 | 1414971 | 55,469.50 | 3,142.79 | 58,612.29 |
| 08/24/05 | 1425384 | 1,940.50 | 6,647.46 | 8,587.96 |
| 09/22/05 | 1440339 | 2,733.00 | 651.46 | 3,384.46 |
| 10/24/05 | 1449965 | 14,537.50 | 287.15 | 14,824.65 |
| | OUTSTANDING BALANCE | | $ | 174,241.17 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 18,858.50 |
| Disbursements and Other Charges | $ | 613.50 |
| **CURRENT INVOICE DUE** | $ | 19,472.00 |
| Past Due Invoices * | $ | 174,241.17 |
| **TOTAL AMOUNT DUE** | $ | 193,713.17 |

From: Origin ID: LWMA (617) 261-3110
R. Bruce Allensworth
Kirkpatrick & Lockhart Nichols
75 State Street

Boston, MA 02109
UNITED STATES

SHIP TO: 6172613110    BILL SENDER

**Jose Marigomen**
**Saudi American Bank**
**Old Airport Street**
**P.O. Box 833**

**Riyahd, 11421**
SA

Ship Date: 07NOV05
ActWgt: 1 LB
System#: 4208555/INET2300
Account#: S ********        TotWgt: 1 LB
REF: 0508830-0901
DESC-1: Legal documents
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 002125129        D/T: R
SIGN: R. Bruce Allensworth
EIN/VAT:

**IP ENVELOPE**

TRK# 7925 7416 5602    FORM 0430

**11421**        - -SA




These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Shipping Label: Your shipment is complete **This shipping label constitutes the air waybill for this shipment.**
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God,perils of the air, weather conditions, mechanical delays, acts of public enemies,war, strike civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

https://www.fedex.com/cgi-bin/ship_it/unity/8FjVr7BaYz4DjWs0IaUu9AaXv6GfVt1Dh...    11/07/2005



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

December 19, 2005

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through November 30, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

December 19, 2005

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1469985
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:    Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2005 in connection with the above-referenced matter, as more fully described in the attached itemization..................................................$  9,506.00

Disbursements ...................................................................................$    739.91

**CURRENT** ..................................................................................$ 10,245.91

Prior Outstanding ............................................................................$442.62

**TOTAL** ........................................................................................**$10,688.53**

*[handwritten: Judy, Pls return to me before sending out. Thank you, Kathy]*



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

December 19, 2005

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1469985 |
| Services Through | : | November 30, 2005 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/05 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosengfeld regarding mediation failed. | 85.00 |
| 11/01/05 | D. E. Rosenfeld | 0.60 | Call with court; call with S. Jenkins; prepare correspondence to client | 231.00 |
| 11/02/05 | A. Bierman | 1.20 | Legal research regarding applicability of partial summary judgment; e-mails to/from D. Rosenfeld regarding same; draft Motion for Certification | 390.00 |
| 11/02/05 | J. C. Hutchins | 0.50 | Receive and review e-mail from S&W Trustee; review and analyze Omnibus hearing agenda (regarding A Samba); telephone conference with D. Rosenfeld and A. Bierman regarding motion to stay 3d Circuit Appeal and motion to District Court for clarification, and not broadening mediation to include Saudi Aramco. | 212.50 |
| 11/03/05 | J. C. Hutchins | 0.10 | Review and analyze updated hearing agenda. | 42.50 |
| 11/03/05 | D. E. Rosenfeld | 7.10 | Conference with A. Bierman and J. Hutchins; prepare motion concerning appeal; communications with opposing counsel, S. Jenkins | 2,733.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/07/05 | D. E. Rosenfeld | 6.20 | Prepare, edit and research regarding motion to dismiss appeal | 2,387.00 |
| 11/10/05 | A. Bierman | 2.90 | Review pleadings; legal research regarding Motion to Dismiss Appeal vis-a-vis rulings on partial summary judgment or findings of liability without determination of damages; e-mails to/from and meet with D. Rosenfeld regarding same; draft Motion to Dismiss Appeal | 942.50 |
| 11/11/05 | A. Bierman | 0.30 | E-mails to/from D. Rosenfeld regarding draft Motion to Dismiss Appeal and legal research in support of same | 97.50 |
| 11/14/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 127.50 |
| 11/17/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleading; review and analyze M&M bill; prepare and send e-mail to A. Mahrous. | 127.50 |
| 11/17/05 | D. E. Rosenfeld | 1.30 | Review pleadings and legal research | 500.50 |
| 11/28/05 | J. C. Hutchins | 0.30 | Review and analyze hearing agenda for 12/01 hearing; review and analyze miscellaneous pleadings; telephone call to A. Bierman. | 127.50 |
| 11/30/05 | D. E. Rosenfeld | 3.90 | Attention to appellate issues | 1,501.50 |
| | | **TOTAL FEES** | | $ 9,506.00 |

| | | | | |
|---|---|---|---|---|
| A. Bierman | | 4.40 hrs at $ 325 / hr | | $1,430.00 |
| J. C. Hutchins | | 1.70 hrs at $ 425 / hr | | $722.50 |
| D. E. Rosenfeld | | 19.10 hrs at $ 385 / hr | | $7,353.50 |
| **TOTAL FEES** | | 25.20 hrs | | $ 9,506.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| Copying Expense | 11.70 |
| Long Distance Courier | 153.92 |
| Travel Expenses | 420.62 |
| Taxi / Cab Fare | 80.00 |
| Air Fare | 50.51 |
| Travel Related Meals | 23.16 |
| DISBURSEMENTS & OTHER CHARGES | $ 739.91 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| | OUTSTANDING BALANCE | | $ | 442.62 |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 9,506.00 |
| Disbursements and Other Charges | $ | 739.91 |
| **CURRENT INVOICE DUE** | $ | **10,245.91** |
| Past Due Invoices * | $ | 442.62 |
| **TOTAL AMOUNT DUE** | $ | **10,688.53** |

From:   Origin ID: LWMA   (617) 261-3110
R. Bruce Allensworth
Kirkpatrick & Lockhart Nichols
75 State Street

Boston, MA 02109
UNITED STATES

SHIP TO:   6172613110          BILL SENDER
**Jose Marigomen**
**Saudi American Bank**
**Old Airport Street**
**P.O. Box 833**

**Riyahd, 11421**
SA



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Ship Date: 19DEC05
ActWgt: 1 LB
System#: 4208555/INET2300
Account#: S ********                    TotWgt: 1 LB
REF: 0508830-0901
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: USD
T/C: S 002125129           D/T: R
SIGN: R. Bruce Allensworth
EIN/VAT:

**IP ENVELOPE**

TRK#   **7913 1034 2707**   FORM 0430

**11421**             - -SA



Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God,perils of the air, weather conditions, mechanical delays, acts of public enemies,war, strike civil commotion, or acts or omissions of public authorities(including cutoms and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

January 23, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through December 31, 2005 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 23, 2006

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Invoice No.:   1485116
Client No.:    0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
December 31, 2005 in connection with the above-referenced matter, as more
fully described in the attached itemization............................................................... $   3,830.50

Disbursements and Other Charges ........................................................................ $   2,770.16

**CURRENT AMOUNT DUE** ................................................................................... $   **6,600.66**

Prior Outstanding Invoices..................................................................................... $      457.62

**TOTAL AMOUNT DUE** ....................................................................................... $   **7,058.28**



**Kirkpatrick & Lockhart Nicholson Graham** LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 23, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1485116
Services Through : December 31, 2005

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/06/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings, hearing agenda (revised). | 127.50 |
| 12/06/05 | D. E. Rosenfeld | 0.50 | Attention to appellate issues | 192.50 |
| 12/08/05 | J. C. Hutchins | 0.30 | Conference with A. Bierman regarding status; telephone call to D. Rosenfeld; review and analyze miscellaneous pleadings. | 127.50 |
| 12/12/05 | J. C. Hutchins | 0.30 | Receive and review e-mail from A. Mahrous | 127.50 |
| 12/12/05 | E. A. Montoni | 0.60 | Review audit response letter; prepare conflict clearance memorandum; prepare accounting audit opinion report | 102.00 |
| 12/13/05 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; telephone call to D. Rosenfeld | 127.50 |
| 12/15/05 | J. C. Hutchins | 0.20 | Conference with D. Rosenfeld regarding status | 85.00 |
| 12/19/05 | J. C. Hutchins | 0.90 | Review e-mail from A. Bierman; start review of draft brief | 382.50 |
| 12/19/05 | D. E. Rosenfeld | 0.60 | Attend to motion re appeal | 231.00 |
| 12/20/05 | J. C. Hutchins | 0.50 | Review e-mail from K. Mangan; review e-mail from D. Rosenfeld regarding Motion to Reclassify Claims; review and analyze Motion | 212.50 |

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/21/05 | J. C. Hutchins | 0.50 | Review and analyze Motion to Reclassify Claims (including SAMBA claims) | 212.50 |
| 12/22/05 | J. C. Hutchins | 0.30 | Review and analyze motion to reclassify | 127.50 |
| 12/27/05 | A. Bierman | 0.10 | Emails to D. Rosenfeld and J. Hutchins regarding draft motion to dismiss Third Circuit appeal | 32.50 |
| 12/27/05 | J. C. Hutchins | 0.90 | Review and analyze facsimile regarding hearing agenda regarding SAMBA matters; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from A. Bierman regarding motion to dismiss Shaw's appeal. | 382.50 |
| 12/29/05 | J. C. Hutchins | 1.90 | Review and analyze SWINC/SWE&C motion to reclassify claims; review and analyze status of SAMBA claim to verify no adverse effect; prepare and send e-mail to D. Rosenfeld regarding motion has no adverse effect on SAMBA; review and analyze A. Bierman brief regarding motion to dismiss appeal. | 807.50 |
| 12/30/05 | J. C. Hutchins | 1.30 | Revise and edit brief in support of motion to dismiss appeal; prepare and send memorandum to D. Rosenfeld; prepare and send e-mail to D. Rosenfeld and A. Bierman. | 552.50 |
| | TOTAL FEES | | | $ 3,830.50 |

| | | | | |
|---|---|---|---|---|
| A. Bierman | | 0.10 hrs at | $ 325 / hr | $32.50 |
| J. C. Hutchins | | 7.70 hrs at | $ 425 / hr | $3,272.50 |
| E. A. Montoni | | 0.60 hrs at | $ 170 / hr | $102.00 |
| D. E. Rosenfeld | | 1.10 hrs at | $ 385 / hr | $423.50 |
| | TOTAL FEES | | 9.50 hrs | $ 3,830.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls | 34.49 |
| Copying Expense | 5.04 |
| Long Distance Courier | 52.62 |
| Westlaw Research | 2,610.01 |
| Travel Expenses | 64.00 |
| Misc. Expenses | 4.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 2,770.16 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/19/05 | 1469985 | 15.00 | 0.00 | 15.00 |
| | OUTSTANDING BALANCE | | $ | 457.62 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,830.50 |
| Disbursements and Other Charges | $ | 2,770.16 |
| **CURRENT INVOICE DUE** | $ | **6,600.66** |
| Past Due Invoices * | $ | 457.62 |
| **TOTAL AMOUNT DUE** | $ | **7,058.28** |

From: Origin ID: LWMA (617) 261-3110
R. Bruce Allensworth
Kirkpatrick & Lockhart Nichols
75 State Street

Boston, MA 02109
UNITED STATES

SHIP TO: 6172613110    BILL SENDER
**Jose Marigomen**
**Saudi American Bank**
**Old Airport Street**
**P.O. Box 833**

**Riyahd, 11421**
SA

Ship Date: 25JAN06
ActWgt: 1 LB
System#: 4208555/INET2400
Account#: S *********    TotWgt: 1 LB

REF: 0508830-0901
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: USD
T/C: S 002125129    D/T: R
SIGN: R. Bruce Allensworth
EIN/VAT:

**IP ENVELOPE**

TRK# 7924 9759 8945    FORM 0430

**11421**    - -SA





These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be absolutely extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.