

Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

February 21, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through January 31, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON
Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 21, 2006

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** 1491282
**Client No.:** 0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through
January 31, 2006 in connection with the above-referenced matter, as more
fully described in the attached itemization................................................................. $   5,831.50

Disbursements and Other Charges ................................................................................. $      267.71

**CURRENT AMOUNT DUE** ....................................................................................... $   **6,099.21**

Prior Outstanding Invoices............................................................................................... $   7,058.28

**TOTAL AMOUNT DUE** ............................................................................................. <u>$  **13,157.49**</u>



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 21, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number  : 0508830.0901
Invoice          : 1491282
Services Through : January 31, 2006

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/03/06 | A. Bierman | 0.90 | Review J. Hutchins' proposed changes to Memorandum in Support of Motion to Dismiss Appeal; meet with D. Rosenfeld regarding same; revise same | 319.50 |
| 01/03/06 | J. C. Hutchins | 0.30 | Review and analyze agenda for hearing; review and analyze A. Bierman draft brief. | 135.00 |
| 01/04/06 | A. Bierman | 2.70 | Continued legal research regarding motion to dismiss appeal regarding finality of judgment | 958.50 |
| 01/04/06 | J. C. Hutchins | 0.50 | Attention to auditor request; review and analyze matters to be reported; prepare and send e-mail to E. Montoni and D. Rosenfeld regarding pending matters. | 225.00 |
| 01/05/06 | A. Bierman | 1.90 | Continued legal research regarding motion to dismiss appeal regarding finality of judgment; continued revisions to motion to dismiss appeal | 674.50 |
| 01/05/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 01/06/06 | A. Bierman | 0.80 | Continued revisions to motion to dismiss appeal; e-mail D. Rosenfeld regarding same | 284.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/17/06 | J. C. Hutchins | 0.30 | Review facimile from Landis Rath; review and analyze hearing agenda regarding SAMBA matters. | 135.00 |
| 01/18/06 | J. C. Hutchins | 0.30 | Conference with D. Rosenfeld; review and analyze agenda for hearing. | 135.00 |
| 01/19/06 | A. Bierman | 1.80 | Revise/finalize motion to dismiss appeal; meet with D. Rosenfeld regarding same; telephone conference with Third Circuit motion clerk regarding procedural requirements; review Federal Rules of Appellate Procedure and Local Third Circuit Rules of Appellate Procedure; finalize motion for filing and service; file and serve same; draft letter to court regarding same; e-mails to/from D. Rosenfeld regarding same | 639.00 |
| 01/19/06 | J. C. Hutchins | 0.40 | Review and analyze amended hearing agenda. | 180.00 |
| 01/19/06 | D. E. Rosenfeld | 3.90 | Attention to conference with J. Torregrossa; correspondence with Court of Appeals | 1,599.00 |
| 01/20/06 | J. C. Hutchins | 0.40 | Review and analyze Motion to Dismiss Appeal as filed. | 180.00 |
| 01/23/06 | A. Bierman | 0.20 | Review Third Circuit Court of Appeals' docket regarding Motion to Dismiss Appeal; teleconference with Third Circuit case manager regarding same; meet with D. Rosenfeld regarding same | 71.00 |
| 01/24/06 | A. Bierman | 0.20 | Teleconference with Third Circuit case manager regarding docketing of motion to dismiss; meet with D. Rosenfeld regarding same | 71.00 |
| 01/24/06 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 135.00 |
| | | TOTAL FEES | | $  5,831.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| | | | |
|---|---|---|---|
| A. Bierman | 8.50 hrs at $ 355 / hr | | $3,017.50 |
| J. C. Hutchins | 2.70 hrs at $ 450 / hr | | $1,215.00 |
| D. E. Rosenfeld | 3.90 hrs at $ 410 / hr | | $1,599.00 |
| TOTAL FEES | 15.10 hrs | $ | 5,831.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls | 0.35 |
| Facsimile | 6.00 |
| Copying Expense | 114.12 |
| Long Distance Courier | 105.24 |
| Binding Charges | 42.00 |
| Associate Counsel Fees/Expense | 0.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 267.71 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/19/05 | 1469985 | 15.00 | 0.00 | 15.00 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| | OUTSTANDING BALANCE | | $ | 7,058.28 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 5,831.50 |
| Disbursements and Other Charges | $ | 267.71 |
| **CURRENT INVOICE DUE** | $ | 6,099.21 |
| Past Due Invoices * | $ | 7,058.28 |
| **TOTAL AMOUNT DUE** | $ | 13,157.49 |