

Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

March 29, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re: Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through February 28, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON
Anthony P. LaRocco, Administrative Partner, New Jersey



Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

March 29, 2006

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:** **1502358**
**Client No.:** **0508830.0901**

Tax Identification Number 25 0921018

Re: Guaranty Matter

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2006 in connection with the above-referenced matter, as more fully described in the attached itemization .......... $ 34,974.00

Disbursements and Other Charges .......... $ 460.99

**CURRENT AMOUNT DUE .......... $ 35,434.99**

Prior Outstanding Invoices .......... $ 13,157.49

**TOTAL AMOUNT DUE .......... $ 48,592.48**



Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

March 29, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

Our File Number : 0508830.0901
Invoice : 1502358
Services Through : February 28, 2006

**Guaranty Matter**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld regarding possibly filing a report in Saudi Aramco case. | 90.00 |
| 02/03/06 | A. Bierman | 0.90 | Meet with D. Rosenfeld and J. Hutchins regarding bankruptcy court's request for status report; review same; review Shaw's opposition to SAMBA's motion to dismiss appeal; teleconferences with Third Circuit case manager regarding due date for reply regarding same; e-mails to/from D. Rosenfeld, J. Hutchins and S. Davis regarding same; meet with S. Davis regarding same; legal research regarding waiver of request for attorneys' fees | 319.50 |
| 02/03/06 | S. J. Davis | 0.20 | Meet with A. Bierman regarding research assignment; obtain copies of cases cited by defendant Shaw Group in its response to client's motion to dismiss appeal | 49.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/03/06 | J. C. Hutchins | 0.90 | Review and analyze Ashby & Geddes response to motion to dismiss appeal; telephone conference with D. Rosenfeld; receive and review e-mail from A. Bierman regarding deadline for reply to response. | 405.00 |
| 02/06/06 | A. Bierman | 2.20 | Draft status report for bankruptcy court; review pleadings/docket regarding same; review Shaw's opposition to SAMBA's motion to dismiss appeal; e-mails to/from S. Davis regarding same | 781.00 |
| 02/06/06 | S. J. Davis | 2.70 | Read Shaw Group's response to client's motion to dismiss appeal; review cases cited by the Shaw Group for purpose of reply brief | 661.50 |
| 02/06/06 | J. C. Hutchins | 0.90 | Review and analyze Ashby and Geddes response to motion to dismiss appeal; prepare comments; research and analyze cases cited. | 405.00 |
| 02/06/06 | D. E. Rosenfeld | 1.30 | Prepare reply for dismissal of appeal | 533.00 |
| 02/07/06 | A. Bierman | 4.50 | Continued drafting of status report for Bankruptcy Court; review pleadings/docket regarding same; draft reply to Shaw's Opposition to SAMBA's Motion to Dismiss Appeal; e-mails to/from S. Davis regarding same; meet with D. Rosenfeld, J. Hutchins and S. Davis regarding same; legal research regarding same | 1,597.50 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/07/06 | S. J. Davis | 3.30 | Review effect of Rule 54(d)(2)(B) on time for filing motion for attorneys' fees following grant of summary judgment; research federal cases on the same; review cases cited by the Shaw Group in preparation for meeting on drafting reply to its brief; attend meeting with J. Hutchins, D. Rosenfeld and A. Bierman on the Shaw Group's brief and formulating a response to the same; review the Shaw Group reply to SAMBA's motion for assessment of fees for its claims that SAMBA waived its right to seek attorneys' fees | 808.50 |
| 02/07/06 | J. C. Hutchins | 1.10 | Conference with D. Rosenfeld, A. Bierman, S. Davis regarding response to Shaw opposition to dismissal of appeal; receive and review e-mail from D. Rosenfeld regarding Houpt letter objecting to judgment against S&W trustee; review and analyze cases cited by Ashby and Geddes; receive and review e-mail from D. Rosenfeld. | 495.00 |
| 02/07/06 | D. E. Rosenfeld | 0.60 | Prepare reply; review email from Debtor's counsel; prepare correspondence to Debtor's counsel | 246.00 |
| 02/08/06 | A. Bierman | 3.00 | Continued drafting of reply to Shaw's opposition to SAMBA's motion to dismiss appeal; e-mails to/from S. Davis regarding same; conduct, review and analyze legal research regarding same | 1,065.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/08/06 | S. J. Davis | 4.70 | Review the Shaw Group's summary judgment briefs for references to SAMBA's claims for attorneys' fees, costs and interest; review federal cases on time sequence for filing motion for attorneys' fees with respect to other motions under Rule 54(d)(2)(B); e-mail A. Bierman with findings on the above | 1,151.50 |
| 02/08/06 | J. C. Hutchins | 1.40 | Receive and review e-mail from D. Rosenfeld regarding Haupt letter; prepare and send e-mail to D. Rosenfeld and A. Bierman regarding same; receive and review e-mail from A. Bierman; receive and review e-mail from D. Rosenfeld; telephone conference with D. Rosenfeld regarding how to proceed; review and analyze cases cited by Ashley & Geddes in opposition. | 630.00 |
| 02/08/06 | D. E. Rosenfeld | 2.20 | Attention to reply memorandum and letter to court | 902.00 |
| 02/09/06 | A. Bierman | 5.20 | Continued drafting of reply to Shaw's opposition to SAMBA's motion to dismiss appeal; e-mails to/from S. Davis regarding same; conduct, review and analyze legal research regarding same; meet with D. Rosenfeld regarding same; meet with J. Hutchins regarding same | 1,846.00 |
| 02/09/06 | S. J. Davis | 3.40 | Review the Shaw Group's Answer to SAMBA's complaint for responses to SAMBA's claims for commissions, interest and attorneys' fees; draft insert distinguishing cases cited by Shaw for reply brief to Shaw's opposition; research Third Circuit database for cases on waiver of affirmative defenses and e-mail findings on the same to A. Bierman | 833.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/09/06 | J. C. Hutchins | 1.20 | Review and analyze miscellaneous pleadings; receive and review e-mail from A. Bierman; review and analyze draft reply brief; review and analyze revised draft; revise and edit same; conference with A. Bierman. | 540.00 |
| 02/09/06 | D. E. Rosenfeld | 6.60 | Prepare reply | 2,706.00 |
| 02/10/06 | A. Bierman | 1.10 | Continued drafting of reply to Shaw's opposition to SAMBA's motion to dismiss appeal; emails to/from and teleconference with D. Rosenfeld re: same; finalize same for service and filing; serve and file same | 390.50 |
| 02/10/06 | J. C. Hutchins | 1.40 | Review and analyze revised brief regarding motion to dismiss appeal; prepare and send e-mail to A. Bierman regarding same; review and analyze miscellaneous pleadings; research and analyze cases cited in brief. | 630.00 |
| 02/10/06 | D. E. Rosenfeld | 0.50 | Review and revise reply memo | 205.00 |
| 02/13/06 | A. Bierman | 0.50 | Teleconferences with Third Circuit clerk regarding Shaw's opposition to SAMBA's motion to dismiss appeal; e-mails to/from and meet with D. Rosenfeld regarding same; meet with D. Rosenfeld regarding letter to J. Houpt regarding correction of judgment; draft same | 177.50 |
| 02/13/06 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings; review and analyze case regarding ripeness of appeal. | 180.00 |
| 02/14/06 | A. Bierman | 0.80 | Continued drafting of status report; review adversary proceeding pleadings regarding same | 284.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/14/06 | J. C. Hutchins | 0.40 | Receive and review e-mail from D. Rosenfeld; receive and review e-mail from K. Mumford regarding status conference called in Saudi Aramco matter; telephone conference with D. Rosenfeld regarding his attending status conference in Delaware on 2/16. | 180.00 |
| 02/14/06 | D. E. Rosenfeld | 2.20 | Review and revise pleading; prepare for conference | 902.00 |
| 02/15/06 | A. Bierman | 1.30 | Finalize status report for filing; meet with and e-mails to/from D. Rosenfeld and J. Hutchins regarding same; e-mails to/from K. Mangan regarding same; continued revisions to letter to J. Houpt regarding judgment against trustee; e-mails to/from D. Rosenfeld and J. Hutchins regarding same | 461.50 |
| 02/15/06 | J. C. Hutchins | 1.60 | Review and analyze revised omnibus hearing agenda; prepare and send e-mail to D. Rosenfeld regarding Saudi Aramco matter added to agenda; receive and review e-mail from A. Bierman regarding status report for Judge Walsh; review and analyze draft status report; prepare and send e-mail to A. Bierman, D. Rosenfeld regarding same; receive and review e-mail from A. Bierman; receive and review e-mail from D. Rosenfeld; receive and review e-mail from K. Mangan; receive and review e-mail from A. Bierman (x2); receive and review e-mail from A. Bierman (x3); review and analyze draft letters to J. Houpt and Judge Robinson; revise and edit same; prepare and send e-mail to A. Bierman and D. Rosenfeld. | 720.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/15/06 | D. E. Rosenfeld | 6.90 | Revise and edit letters; call with Ahmed Mahrous; travel to Delaware; prepare for conference | 2,829.00 |
| 02/16/06 | A. Bierman | 1.10 | Teleconference with D. Rosenfeld regarding status conference; continued revisions to letter to J. Houpt and Judge Robinson regarding judgment against trustee; review pleadings regarding same; e-mails to/from D. Rosenfeld and J. Hutchins regarding same | 390.50 |
| 02/16/06 | J. C. Hutchins | 2.20 | Receive and review e-mail from A. Bierman; review and analyze revised drafts of letters to Houpt and Judge Robinson; revise and edit same; prepare and send e-mail to A. Bierman; telephone conference with D. Rosenfeld; prepare and send e-mail to A. Bierman; review and analyze revised drafts of letters to Judge; revise and edit same; prepare and send e-mail to A. Bierman; receive and review e-mail from A. Bierman; conference with D. Rosenfeld regarding conference and 4/25 hearing preparation. | 990.00 |
| 02/16/06 | D. E. Rosenfeld | 8.20 | Attend conference; travel to Boston; meeting with K. Mangan; calls with J. Hutchins and A. Bierman | 3,362.00 |
| 02/17/06 | A. Bierman | 0.90 | Legal research regarding trustee's right to reopen briefing vis-a-vis 11 USC sec. 1009; meet with D. Rosenfeld regarding same | 319.50 |
| 02/17/06 | J. C. Hutchins | 1.40 | Review and analyze miscellaneous pleadings and draft letters to Houpt and Judge Robinson; review and analyze status of intervention case. | 630.00 |
| 02/17/06 | D. E. Rosenfeld | 3.10 | Review pleadings concerning intervention; conference with A. Bierman regarding intervention issues and research | 1,271.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/18/06 | D. E. Rosenfeld | 0.70 | Review email; prepare and send status report to client | 287.00 |
| 02/21/06 | A. Bierman | 0.90 | Review motion to intervene, memorandum in support of same and reply in support of same; meet with D. Rosenfeld regarding same | 319.50 |
| 02/21/06 | J. C. Hutchins | 0.20 | Review and analyze pleadings, status of SAMBA intervention. | 90.00 |
| 02/22/06 | A. Bierman | 0.30 | Review motion to intervene, memorandum in support of same and reply in support of same; e-mails to/from D. Rosenfeld regarding same | 106.50 |
| 02/22/06 | J. C. Hutchins | 0.30 | Receive and review e-mail from D. Rosenfeld, receive and review e-mail from Houpt regarding re-briefing intervention motion; prepare and send e-mail to D. Rosenfeld. | 135.00 |
| 02/22/06 | D. E. Rosenfeld | 1.90 | Attention to intervention issues; review Houpt's correspondence | 779.00 |
| 02/23/06 | A. Bierman | 0.20 | Meet with and e-mails to/from J. Hutchins regarding SAMBA's motion to intervene, memorandum in support of same and reply in support same | 71.00 |
| 02/23/06 | J. C. Hutchins | 0.70 | Receive and review e-mail from D. Rosenfeld; conference with A. Bierman; receive and review e-mail from A. Bierman; review and analyze briefs regarding intervention. | 315.00 |
| 02/24/06 | J. C. Hutchins | 0.60 | Review and analyze briefs regarding intervention motion in Saudi Aramco matter. | 270.00 |
| 02/27/06 | J. C. Hutchins | 0.50 | Review intervention briefs regarding updating issue. | 225.00 |
| 02/27/06 | D. E. Rosenfeld | 1.30 | Review motion papers regarding intervention | 533.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/28/06 | A. Bierman | 0.80 | Meet with J. Hutchins and D. Rosenfeld regarding briefing regarding motion for intervention; renewed motion to disqualify J. Conrad, motion to add SWEC Liquidating Trustees as a party and supplemental memorandum regarding status of case; review pleadings regarding same | 284.00 |
| 02/28/06 | J. C. Hutchins | 2.40 | Review and analyze briefs regarding SAMBA's right to intervene in case against Saudi Aramco; analysis of developments to be reported and possible defenses of SWEC Trustee based on being a different party; conference with D. Rosenfeld and A. Bierman | 1,080.00 |
| 02/28/06 | D. E. Rosenfeld | 1.20 | Attention to motion to intervene | 492.00 |
| | TOTAL FEES | | | $ 34,974.00 |

| | | | | |
|---|---|---|---|---|
| A. Bierman | 23.70 hrs | at | $ 355 / hr | $8,413.50 |
| S. J. Davis | 14.30 hrs | at | $ 245 / hr | $3,503.50 |
| J. C. Hutchins | 17.80 hrs | at | $ 450 / hr | $8,010.00 |
| D. E. Rosenfeld | 36.70 hrs | at | $ 410 / hr | $15,047.00 |
| TOTAL FEES | 92.50 hrs | | | $ 34,974.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Postage | 2.79 |
| Copying Expense | 160.56 |
| Long Distance Courier | 104.98 |
| Westlaw Research | 247.66 |
| OT Dinner, Cabs, Parking | 33.00 |
| Transportation Expenses | 60.00 |
| Binding Charges | 42.00 |
| Court Costs | (190.00) |
| DISBURSEMENTS & OTHER CHARGES | $ 460.99 |




## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 12/19/05 | 1469985 | 15.00 | 0.00 | 15.00 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 02/21/06 | 1491282 | 5,831.50 | 267.71 | 6,099.21 |
| | OUTSTANDING BALANCE | | | $ 13,157.49 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 34,974.00 |
| Disbursements and Other Charges | $ 460.99 |
| **CURRENT INVOICE DUE** | **$ 35,434.99** |
| Past Due Invoices * | $ 13,157.49 |
| **TOTAL AMOUNT DUE** | **$ 48,592.48** |

* Does not include payments received after 3/29/06.