

**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

April 28, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:   Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through March 31, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

April 28, 2006

Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

**Invoice No.:**   1513756
**Client No.:**    0508830.0901

Tax Identification Number 25 0921018

Re:   <u>Guaranty Matter</u>

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2006 in connection with the above-referenced matter, as more fully described in the attached itemization ..................................................$   7,785.50

Disbursements and Other Charges..............................................................$   1,253.01

**CURRENT AMOUNT DUE** ......................................................................$   9,011.51

Prior Outstanding Invoices ..........................................................................$ 42,478.27

**TOTAL AMOUNT DUE**............................................................................<u>$ 51,489.78</u>



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

April 28, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | |
|---|---|
| Our File Number : | 0508830.0901 |
| Invoice : | 1513756 |
| Services Through : | March 31, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/01/06 | A. Bierman | 1.40 | Legal research regarding motion to add SWEC Liquidating Trustee as party and supplemental memorandum regarding status of case; review various pleadings | 497.00 |
| 03/01/06 | S. T. Hogan | 0.60 | Conference with J. Hutchins to discuss review of Plan of Liquidation, Liquidating Trust and Disclosure Statement to determine what SWEC liquidating trustee took from SWEC | 129.00 |
| 03/01/06 | J. C. Hutchins | 0.80 | Conference with S. Hogan regarding reviewing rights, powers and duties of trustee of SWE&C liquidating trust relative to Saudi Aramco case. | 360.00 |
| 03/01/06 | D. E. Rosenfeld | 0.80 | Attention to motions | 328.00 |
| 03/02/06 | A. Bierman | 2.20 | Legal research regarding motion to disqaulify mediator; review various pleadings | 781.00 |
| 03/02/06 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; file maintenance; conference with S. Hogan. | 270.00 |
| 03/02/06 | D. E. Rosenfeld | 0.80 | Revise and edit letters to J. Houpt and Judge Robinson | 328.00 |


Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/03/06 | A. Bierman | 1.30 | Legal research regarding motion to disqualify mediator; review various pleadings; meet with J. Hutchins regarding timeframe for supplemental briefing regarding motion to intervene; review Local Rules regarding same; e-mails to/from and meet with d. Rosenfeld regarding same; revise and finalize letter to J. Houpt with attached proposed letter to Judge Robinson regarding docket entry | 461.50 |
| 03/03/06 | J. C. Hutchins | 0.20 | Review and analyze pleading regarding Aramco intervention. | 90.00 |
| 03/06/06 | A. Bierman | 0.80 | Continued drafting of motion to disqualify mediator; review local bankruptcy and district court rules regarding timing of filing and service of non-discovery motions; e-mails to/from D. Rosenfeld regarding same; meet with D. Rosenfeld regarding same | 284.00 |
| 03/06/06 | S. T. Hogan | 5.20 | Review Plan of Reorganization, Disclosure Statement, and Liquidating Trust Agreement relating to Stone and Webster Engineering Corporation; review Settlement Agreement between Saudi American Bank and Stone and Webster Engineering Corporation; draft memorandum discussing the terms of the documents reviewed and their effect on Saudi American Banks motion to intervene in Stone and Webster Engineering Corporation's litigation with Saudi Arabian Oil Company | 1,118.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 03/06/06 | J. C. Hutchins | 0.80 | Review correspondence from D. Rosenfeld to J. Houpt; conference with S. Hogan regarding research regarding statutes of SWE&C Liquidating Trust; telephone conference with D. Rosenfeld and S. Hogan. | 360.00 |
| 03/07/06 | J. C. Hutchins | 0.50 | Review and analyze miscellaneous pleadings; review and analyze letter to Houpt as sent and revised draft letter to Judge Robinson. | 225.00 |
| 03/08/06 | J. C. Hutchins | 0.60 | Review and analyze miscellaneous pleadings; review and analyze local counsel invoices; prepare and send correspondence to client; attention to files regarding Saudi Aramco; conference with S. Hogan. | 270.00 |
| 03/09/06 | J. C. Hutchins | 0.30 | Review and analyze calendar regarding Saudi Aramco matter. | 135.00 |
| 03/10/06 | J. C. Hutchins | 0.30 | Review and analyze records in Saudi Aramco intervention. | 135.00 |
| 03/13/06 | D. E. Rosenfeld | 0.20 | Call and emails with K. Mangan | 82.00 |
| 03/14/06 | J. C. Hutchins | 0.60 | Review and analyze S. Hogan memo regarding rights of SWC&C liquidation trustee as successor to SWEC regarding Saudi Aramco. | 270.00 |
| 03/14/06 | D. E. Rosenfeld | 1.20 | Prepare letter to court; review emails from court and local counsel | 492.00 |
| 03/15/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings; review and analyze S. Hogan memo. | 90.00 |
| 03/15/06 | D. E. Rosenfeld | 0.30 | Conference with K. Mangan | 123.00 |
| 03/21/06 | J. C. Hutchins | 0.20 | Review and analyze hearing agenda. | 90.00 |
| 03/22/06 | J. C. Hutchins | 0.20 | Review and analyze revised hearing agenda. | 90.00 |
| 03/27/06 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding motion to intervene; review and analyze local rules | 90.00 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/27/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld regarding remand of case to Judge Robinson. | 90.00 |
| 03/30/06 | A. B. Abbott | 1.30 | Review and analyze pleadings in Saudi Aramco matter; telephone call to K. Mangan regarding same; draft memorandum regarding procedural history of adversary proceedings | 390.00 |
| 03/31/06 | A. B. Abbott | 0.60 | Conference with D. Rosenfeld regarding motion to intervene; telephone calls to K. Mangan regarding same; review and analyze pleadings | 180.00 |
| | | | TOTAL FEES | $ 7,758.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 2.20 hrs at $ 300 / hr | | $660.00 |
| A. Bierman | 5.70 hrs at $ 355 / hr | | $2,023.50 |
| S. T. Hogan | 5.80 hrs at $ 215 / hr | | $1,247.00 |
| J. C. Hutchins | 5.50 hrs at $ 450 / hr | | $2,475.00 |
| D. E. Rosenfeld | 3.30 hrs at $ 410 / hr | | $1,353.00 |
| | TOTAL FEES | 22.50 hrs | $ 7,758.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls / Fax Line Trans | 0.80 |
| Facsimile | 7.50 |
| Copying Expense | 6.48 |
| Long Distance Courier | 47.12 |
| Westlaw Research | 471.14 |
| OT Dinner, Cabs, Parking | 132.00 |
| Travel Expenses | 481.57 |
| Taxi / Cab Fare | 50.00 |
| Air Fare | 34.00 |
| Business Meal | 22.40 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,253.01 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| | OUTSTANDING BALANCE | | $ | 42,478.27 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 7,758.50 |
| Disbursements and Other Charges | $ | 1,253.01 |
| **CURRENT INVOICE DUE** | $ | **9,011.51** |
| Past Due Invoices | $ | 42,478.27 |
| **TOTAL AMOUNT DUE** | $ | **51,489.78** |