

**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

June 30, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:    Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through
May 31, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed
statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617 261.3175
www.klng.com

June 30, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1536931 |
| Services Through | : | May 31, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/06 | D. E. Rosenfeld | 0.60 | Prepare for conference call | 246.00 |
| 05/02/06 | A. B. Abbott | 1.20 | Telephone conference with D. Rosenfeld, G. Laher and A. Mahrous regarding motion to intervene; review rules of appellate procedure; conference with W. Potter regarding appellate research | 360.00 |
| 05/02/06 | W. G. Potter | 0.50 | Meet with A. Abbott to discuss research regarding the appeal of a motion to intervene | 107.50 |
| 05/03/06 | D. E. Rosenfeld | 0.80 | Attention to appellate issues | 328.00 |
| 05/04/06 | A. B. Abbott | 1.30 | Review rules of appellate procedure; draft statement of issues | 390.00 |
| 05/04/06 | W. G. Potter | 1.60 | Begin researching standard of review on appeal of motion to intervene and whether judge may consider merits of the case in deciding motion to intervene | 344.00 |
| 05/05/06 | A. B. Abbott | 1.80 | Attention to email from K. Mangan regarding appeal; conferences with W. Potter regarding research; conduct legal research regarding intervention; draft statement of issues | 540.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/05/06 | W. G. Potter | 4.40 | Research standard of review on appeal of motion to intervene and whether judge may consider merits of the case in deciding motion to intervene, standard for removal of a judge due to bias | 946.00 |
| 05/08/06 | A. B. Abbott | 1.10 | Conduct research regarding judicial bias and intervention; analyze rules of appellate procedure; draft email to K. Mangan regarding same | 330.00 |
| 05/08/06 | J. C. Hutchins | 0.90 | Receive and review e-mail from D. Rosenfeld to A. Mahrous and G. Laher regarding appealing Walsh's denial of intervention; receive and review e-mail from G. Laher; receive and review e-mail from D. Rosenfeld; receive and review e-mail from K. Mangan regarding entry of order denying motion to intervene; receive and review e-mail from K. Mangan; review and analyze order by Judge Walsh. | 405.00 |
| 05/09/06 | A. B. Abbott | 0.70 | Draft email to A. Mahrous regarding appeal; attention to drafting notice of appeal | 210.00 |
| 05/09/06 | J. C. Hutchins | 0.20 | Telephone conference with D. Rosenfeld; review and analyze miscellaneous pleadings. | 90.00 |
| 05/09/06 | D. E. Rosenfeld | 0.60 | Attend to appellate issues | 246.00 |
| 05/10/06 | A. B. Abbott | 0.20 | Review notice of appeal; attention to filing same; receive and review emails from K. Mangan | 60.00 |
| 05/10/06 | J. C. Hutchins | 1.40 | Receive and review e-mail from A. Abbott, K. Mangan regarding notice of appeal; receive and review e-mail from K. Mangan with hearing transcript; review and analyze hearing transcript; telephone conference with D. Rosenfeld regarding same. | 630.00 |
| 05/11/06 | A. B. Abbott | 0.40 | Review and analyze hearing transcript | 120.00 |
| 05/11/06 | J. C. Hutchins | 0.10 | Receive and review e-mail from K. Mangan. | 45.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/12/06 | J. C. Hutchins | 0.30 | Receive and review e-mail from K. Mangan; review and analyze notice by liquidating trustee regarding relation to other matter before Judge Robinson. | 135.00 |
| 05/15/06 | A. B. Abbott | 0.40 | Review notice of related case filed by Trustee and hearing transcript | 120.00 |
| 05/15/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 05/16/06 | A. B. Abbott | 0.20 | Conference with D. Rosenfeld regarding record designations and briefing schedule; draft email to K. Mangan regarding same | 60.00 |
| 05/17/06 | J. C. Hutchins | 0.40 | Review correspondence from Monzack & Monaco (invoices); prepare and send correspondence to A. Mahrous; review and analyze miscellaneous pleadings. | 180.00 |
| 05/18/06 | A. B. Abbott | 2.50 | Draft statement of issues on appeal and record designations | 750.00 |
| 05/18/06 | J. C. Hutchins | 0.30 | Prepare and send correspondence to A. Mahrous; telephone conference with D. Rosenfeld regarding appeal | 135.00 |
| 05/19/06 | A. B. Abbott | 4.90 | Draft record designations and issues on appeal; conference with D. Rosenfeld and J. Hutchins regarding same; conduct legal research regarding appellate issues | 1,470.00 |
| 05/19/06 | J. C. Hutchins | 1.00 | Telephone conference with D. Rosenfeld; conference with D. Rosenfeld and A. Abbott regarding preparation of statement of issues on appeal; review and analyze A. Abbott draft of same. | 450.00 |
| 05/19/06 | D. E. Rosenfeld | 1.20 | Conference with A. Abbott regarding statement of issues on appeal; conference with A. Abbott and J. Hutchins regarding statement of issues on appeal and record appendix | 492.00 |
| 05/21/06 | A. B. Abbott | 0.50 | Review and revise record designations | 150.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/22/06 | A. B. Abbott | 5.10 | Review and revise record designations and issues on appeal; conference with D. Rosenfeld and J. Hutchins regarding same; draft email to K. Mangan regarding filing and serving same | 1,530.00 |
| 05/22/06 | J. C. Hutchins | 1.50 | Review and analyze A. Abbott draft of record and statement of issues on appeal; revise and edit same; conference with A. Abbott and D. Rosenfeld regarding issues on appeal; review and analyze revised draft; prepare and send e-mail to D. Rosenfeld; receive and review e-mail from A. Abbott to K. Mangan; receive and review e-mail from K. Mangan; receive and review e-mail from D. Rosenfeld regarding M&M addition to statement of issues. | 675.00 |
| 05/22/06 | D. E. Rosenfeld | 1.20 | Attend meeting regarding appellate issues; conference call with K. Mangan and F. Monaco regarding appellate issues | 492.00 |
| 05/23/06 | A. B. Abbott | 0.60 | Conferences with R. Cahill regarding record designations; conference with D. Rosenfeld regarding issues on appeal; draft emails to K. Mangan and H. Sasso regarding compilation of record items | 180.00 |
| 05/23/06 | J. C. Hutchins | 0.30 | Receive and review e-mail from K. Mangan; review and analyze designation of record and issues on appeal as filed. | 135.00 |
| 05/23/06 | D. E. Rosenfeld | 0.80 | Prepare appeal | 328.00 |
| 05/24/06 | J. C. Hutchins | 0.40 | Review correspondence from K. Mangan; review and analyze issues on appeal; review and analyze miscellaneous pleadings. | 180.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/25/06 | A. B. Abbott | 1.30 | Review rules of appellate procedure; draft email to A. Mahrous; conduct research regarding appellate issues; conference with R. Cahill regarding record designations | 390.00 |
| 05/25/06 | R. Cahill | 2.90 | Work on gathering pleadings from appendix binder | 536.50 |
| 05/26/06 | A. B. Abbott | 0.40 | Conference with R. Cahill regarding record designations; telephone call to K. Mangan regarding transmittal of record to court; draft emails to W. Potter regarding research | 120.00 |
| 05/30/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 05/31/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from K. Mangan; review and analyze SWEC designation of record. | 90.00 |
| | | | **TOTAL FEES** | $    14,176.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 22.60 hrs at | $    300 / hr | $6,780.00 |
| R. Cahill | | 2.90 hrs at | $    185 / hr | $536.50 |
| J. C. Hutchins | | 7.40 hrs at | $    450 / hr | $3,330.00 |
| W. G. Potter | | 6.50 hrs at | $    215 / hr | $1,397.50 |
| D. E. Rosenfeld | | 5.20 hrs at | $    410 / hr | $2,132.00 |
| | **TOTAL FEES** | 44.60 hrs | $    14,176.00 | |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone / Conference Calls / Fx Line Trans | 0.40 |
| Copying Expense | 3.96 |
| Long Distance Courier | 117.84 |
| Westlaw Research | 467.12 |
| Travel Expenses | 251.68 |
| Taxi / Cab Fare | 147.50 |
| Air Fare | 796.60 |
| Charge for Transcripts | 123.90 |
| Other | 10.24 |
| DISBURSEMENTS & OTHER CHARGES | $    1,919.24 |



Kirkpatrick & Lockhart Nicholson Graham LLP

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| 05/23/06 | 1524793 | 34,708.00 | 2,705.15 | 37,413.15 |
| | OUTSTANDING BALANCE | | $ | 79,891.42 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 14,176.00 |
| Disbursements and Other Charges | $ | 1,919.24 |
| **CURRENT INVOICE DUE** | $ | 16,095.24 |
| Past Due Invoices * | $ | 79,891.42 |
| **TOTAL AMOUNT DUE** | $ | 95,986.66 |

\* Does not include payments received after 6/30/06.



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com
R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

July 17, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:    Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through
June 30, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed
statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON

Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

July 17, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1550660 |
| Services Through | : | June 30, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/01/06 | A. B. Abbott | 0.10 | Review appellee's statement of issues and designations | 30.00 |
| 06/01/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from D. Rosenfeld; review and analyze designation of record by SWEC. | 90.00 |
| 06/05/06 | J. C. Hutchins | 0.40 | Review and analyze miscellaneous pleadings. | 180.00 |
| 06/07/06 | R. Cahill | 1.90 | Work on gathering and organizing pleadings for appendix | 351.50 |
| 06/08/06 | R. Cahill | 2.90 | Work on gathering and organizing documents for appendix | 536.50 |
| 06/13/06 | A. B. Abbott | 0.80 | Conferences with R. Cahill regarding record appendix; review documents; conference with D. Rosenfeld regarding status of Shaw matter | 240.00 |
| 06/13/06 | R. Cahill | 2.20 | Work on gathering documents for a record appeal appendix | 407.00 |
| 06/14/06 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings. | 135.00 |
| 06/15/06 | R. Cahill | 1.80 | Work on gathering documents for the record appendix | 333.00 |
| 06/16/06 | R. Cahill | 2.70 | Work on gathering and organizing court documents for a record appendix | 499.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/19/06 | A. B. Abbott | 4.90 | Conferences with R. Cahill regarding record appendix; review same; draft email to K. Mangan and H. Sasso regarding filing same; prepare record appendix for filing | 1,470.00 |
| 06/19/06 | R. Cahill | 5.10 | Work on gathering and organizing filed documents for the record appendix | 943.50 |
| 06/19/06 | J. C. Hutchins | 0.20 | Prepare and send correspondence to A. Mahrous. | 90.00 |
| 06/20/06 | A. B. Abbott | 1.30 | Conferences with R. Cahill regarding record on appeal; review same and prepare for filing | 390.00 |
| 06/20/06 | R. Cahill | 5.10 | Work on gathering documents and organizing documents for the filing of record appendix | 943.50 |
| 06/21/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from A. Abbott. | 90.00 |
| 06/22/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 06/23/06 | J. C. Hutchins | 0.20 | Receive and review e-mail from A. Abbott; review and analyze mediation order. | 90.00 |
| 06/27/06 | J. C. Hutchins | 0.20 | Review and analyze decision by Judge Walsh regarding liability of officers/directors of subsidiaries. | 90.00 |
| 06/30/06 | A. B. Abbott | 0.40 | Review notices from Bankruptcy and District Courts; review mediation procedure and guidelines; draft email to A. Mahrous regarding same | 120.00 |
| | | TOTAL FEES | | $   7,119.50 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 7.50 hrs at $ 300 / hr | | $2,250.00 |
| R. Cahill | 21.70 hrs at $ 185 / hr | | $4,014.50 |
| J. C. Hutchins | 1.90 hrs at $ 450 / hr | | $855.00 |
| | TOTAL FEES | 31.10 hrs | $   7,119.50 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 184.32 |
| Long Distance Courier | 50.90 |
| Westlaw Research | 372.60 |
| Air Fare | (560.60) |
| Associate Counsel Fees/Expense | 0.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 47.22 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| 05/23/06 | 1524793 | 34,708.00 | 2,705.15 | 37,413.15 |
| 06/30/06 | 1536931 | 14,176.00 | 1,919.24 | 16,095.24 |
| | OUTSTANDING BALANCE | | $ | 95,986.66 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 7,119.50 |
| Disbursements and Other Charges | $ | 47.22 |
| **CURRENT INVOICE DUE** | $ | 7,166.72 |
| Past Due Invoices | $ | 95,986.66 |
| **TOTAL AMOUNT DUE** | $ | 103,153.38 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

August 23, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| Our File Number | : | 0508830.0901 |
| Invoice | : | 1555813 |
| Services Through | : | July 31, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/10/06 | A. B. Abbott | 0.30 | Review notice of mediation; telephone conference with mediator; draft email to mediator regarding pre-mediation conference; draft email to K. Mangan regarding same | 90.00 |
| 07/10/06 | J. C. Hutchins | 0.40 | Receive and review e-mail from A. Abbott; review and analyze mediation notice; receive and review e-mail from A. Abbott (x3); receive and review e-mail from D. Rosenfeld. | 180.00 |
| 07/11/06 | A. B. Abbott | 0.30 | Review correspondence from mediator and docket; review and analyze mediation rules | 90.00 |
| 07/13/06 | A. B. Abbott | 0.20 | Review correspondence from mediator; draft email to A. Mahrous regarding same | 60.00 |
| 07/19/06 | A. B. Abbott | 1.30 | Telephone conference with mediator and opposing counsel regarding mediation; review documents and telephone conference with D. Rosenfeld in preparation for same | 390.00 |
| 07/28/06 | A. B. Abbott | 3.20 | Draft email to A. Mahrous and G. Laher regarding mediation; draft mediation position paper | 960.00 |
| 07/31/06 | A. B. Abbott | 4.20 | Draft mediation position paper | 1,260.00 |
| | | TOTAL FEES | | $ 3,030.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| | | | |
|---|---|---|---|
| A. B. Abbott | 9.50 hrs at $ 300 / hr | | $2,850.00 |
| J. C. Hutchins | 0.40 hrs at $ 450 / hr | | $180.00 |
| TOTAL FEES | 9.90 hrs | $ | 3,030.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Copying Expense | | 4.68 |
| Copying Expense (Outside Off.) | | 589.49 |
| Employee Overtime | | 20.00 |
| Long Distance Courier | | 269.15 |
| DISBURSEMENTS & OTHER CHARGES | $ | 883.32 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| 05/23/06 | 1524793 | 34,708.00 | 2,705.15 | 37,413.15 |
| 06/30/06 | 1536931 | 14,176.00 | 1,919.24 | 16,095.24 |
| 07/17/06 | 1550660 | 7,119.50 | 47.22 | 7,166.72 |
| OUTSTANDING BALANCE | | | $ | 103,153.38 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,030.00 |
| Disbursements and Other Charges | $ | 883.32 |
| **CURRENT INVOICE DUE** | $ | 3,913.32 |
| Past Due Invoices * | $ | 103,153.38 |
| **TOTAL AMOUNT DUE** | $ | 107,066.70 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com
R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

September 27, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:    Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through
August 31, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed
statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON

Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

September 27, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd  11421
SAUDI ARABIA

| Our File Number | : | 0508830.0901 |
|---|---|---|
| Invoice | : | 1566792 |
| Services Through | : | August 31, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01/06 | A. B. Abbott | 3.60 | Draft mediation position paper | 1,080.00 |
| 08/03/06 | A. B. Abbott | 2.30 | Draft mediation position paper | 690.00 |
| 08/03/06 | J. C. Hutchins | 0.30 | Review and analyze miscellaneous pleadings; brief conference with A. Abbott regarding preparation for mediation | 135.00 |
| 08/04/06 | A. B. Abbott | 3.70 | Draft mediation position paper; conduct research regarding motion to intervene | 1,110.00 |
| 08/08/06 | A. B. Abbott | 3.10 | Attention to email from D. Rosenfeld; review correspondence; draft email to G. Laher regarding status update; conference with D. Rosenfeld regarding same; conduct research regarding judicial bias; draft mediation position paper | 930.00 |
| 08/08/06 | J. C. Hutchins | 0.20 | Conference with D. rosenfeld regarding mediation. | 90.00 |
| 08/10/06 | J. C. Hutchins | 0.30 | Review correspondence from local counsel; prepare and send correspondence to client; review and analyze miscellaneous pleadings. | 135.00 |
| 08/11/06 | J. C. Hutchins | 0.10 | Prepare and send correspondence to A. Mahrous. | 45.00 |



**Kirkpatrick & Lockhart Nicholson Graham** LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/15/06 | A. B. Abbott | 0.10 | Attention to email from D. Rosenfeld regarding status update | 30.00 |
| 08/29/06 | A. B. Abbott | 0.30 | Conference with D. Rosenfeld regarding mediation; draft email to G. Laher regarding same | 90.00 |
| 08/29/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 08/29/06 | D. E. Rosenfeld | 0.20 | Review and revise email | 82.00 |
| 08/30/06 | D. E. Rosenfeld | 0.20 | Review email from client | 82.00 |
| 08/31/06 | A. B. Abbott | 2.60 | Attention to email from A. Mahrous; draft mediation position statement | 780.00 |
| | | TOTAL FEES | | $    5,369.00 |

| | | | | |
|---|---|---|---|---|
| A. B. Abbott | | 15.70 hrs at $  300 / hr | | $4,710.00 |
| J. C. Hutchins | | 1.10 hrs at $  450 / hr | | $495.00 |
| D. E. Rosenfeld | | 0.40 hrs at $  410 / hr | | $164.00 |
| | TOTAL FEES | 17.20 hrs | | $    5,369.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Telephone / Conference Calls / Fx Line Trans | 2.31 |
| Copying Expense | 8.64 |
| Copying Expense (Outside Off.) | 3,442.30 |
| Long Distance Courier | 53.65 |
| Other | 252.56 |
| DISBURSEMENTS & OTHER CHARGES | $    3,759.46 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| 08/23/06 | 1555813 | 20.00 | 0.00 | 20.00 |
| | OUTSTANDING BALANCE | | | $    42,498.27 |



**Kirkpatrick & Lockhart Nicholson Graham LLP**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 5,369.00 |
| Disbursements and Other Charges | $ | 3,759.46 |
| **CURRENT INVOICE DUE** | $ | **9,128.46** |
| Past Due Invoices * | $ | 42,498.27 |
| **TOTAL AMOUNT DUE** | $ | **51,626.73** |

\* Does not include payments received after 9/27/06.