*Copy for your files*



Kirkpatrick & Lockhart Nicholson Graham LLP

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

October 13, 2006

**VIA FEDERAL EXPRESS**

Mr. Ahmed Marous
Legal Department
Samba Financial Group
4th Floor, H.O.
Old Airport Street
P.O. Box 833
Riyahd 11421
Saudi Arabia

Re:    Guaranty Matter

Dear Mr. Marous:

Enclosed please find this firm's statement for professional services rendered through September 30, 2006 in connection with the above-entitled matter.

As always, it is this firm's policy that you be satisfied with our services and the enclosed statement, and I trust that you will be in touch in the event you have any questions.

Very truly yours,

R Bruce Allensworth
Bruce Allensworth

RBA/kpd
Enclosures

BOS-526625 v1 0950000-0102
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON
Anthony P. LaRocco, Administrative Partner, New Jersey



**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617 261.3175
www.klng.com

October 13, 2006

Ahmed Mahrous
Saudi American Bank
Old Airport Street, P. O. Box 833
Riyahd 11421
SAUDI ARABIA

| | | |
|---|---|---|
| Our File Number | : | 0508830.0901 |
| Invoice | : | 1576408 |
| Services Through | : | September 30, 2006 |

**Guaranty Matter**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/05/06 | A. B. Abbott | 2.00 | Draft email to A. Mahrous and G. Laher regarding mediation; review and analyze case law regarding intervention; draft mediation position statement | 600.00 |
| 09/05/06 | D. E. Rosenfeld | 0.30 | Prepare for mediation; prepare correspondence to client | 123.00 |
| 09/07/06 | A. B. Abbott | 4.10 | Conduct legal research and analyze case law regarding foreign law and appealability of order denying right of intervention | 1,230.00 |
| 09/08/06 | A. B. Abbott | 2.30 | Conduct legal research regarding foreign law and judicial bias; draft mediation position statement | 690.00 |
| 09/11/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 09/12/06 | A. B. Abbott | 0.70 | Draft mediation position statement | 210.00 |
| 09/15/06 | A. B. Abbott | 0.20 | Telephone conference with mediator; draft email regarding same; conference with D. Rosenfeld regarding same | 60.00 |
| 09/15/06 | J. C. Hutchins | 0.20 | Review and analyze miscellaneous pleadings. | 90.00 |
| 09/18/06 | A. B. Abbott | 0.10 | Telephone conference with mediator; draft email regarding same | 30.00 |



Kirkpatrick & Lockhart Nicholson Graham LLP

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/20/06 | A. B. Abbott | 0.30 | Attention to emails regarding mediation | 90.00 |
| 09/28/06 | J. C. Hutchins | 0.20 | Attention to conflict inquiry. | 90.00 |
|  |  | TOTAL FEES |  | $ 3,303.00 |

| | | | |
|---|---|---|---|
| A. B. Abbott | 9.70 hrs at $ 300 / hr | $2,910.00 |
| J. C. Hutchins | 0.60 hrs at $ 450 / hr | $270.00 |
| D. E. Rosenfeld | 0.30 hrs at $ 410 / hr | $123.00 |
| TOTAL FEES | 10.60 hrs | $ 3,303.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Copying Expense | 60.48 |
| Long Distance Courier | 161.41 |
| Other | 0.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 221.89 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 09/24/04 | 1309433 | 442.62 | 0.00 | 442.62 |
| 01/23/06 | 1485116 | 3,830.50 | 2,770.16 | 6,600.66 |
| 03/29/06 | 1502358 | 34,974.00 | 460.99 | 35,434.99 |
| 09/27/06 | 1566792 | 5,369.00 | 3,759.46 | 9,128.46 |
| OUTSTANDING BALANCE |  |  |  | $ 51,606.73 |

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 3,303.00 |
| Disbursements and Other Charges | $ 221.89 |
| **CURRENT INVOICE DUE** | $ 3,524.89 |
| Past Due Invoices * | $ 51,606.73 |
| **TOTAL AMOUNT DUE** | $ 55,131.62 |