KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | | |
| 07/26/2000 | $69.00 | | | |
| | $61.00 | | | |
| | $172.50 | | | |
| | $152.50 | | | |
| | $69.00 | | | |
| | $122.00 | | | |
| | $518.50 | | | |
| | $671.00 | | | |
| | $549.00 | | | |
| | $274.50 | | | |
| | $276.00 | | | |
| | $396.50 | | | |
| | $61.00 | | | |
| | $30.50 | | | |
| | $152.50 | | | |
| | $244.00 | | | |
| | $91.50 | | | |
| | $91.50 | | | |
| | $122.00 | | | |
| | $138.00 | | | |
| | $427.00 | | | |
| | $172.50 | | | |
| | $396.50 | | | |
| | $69.00 | | | |
| | $244.00 | | | |
| | $244.00 | | | |
| | $91.50 | | | |
| | $65.00 | | | |
| | $183.00 | | | |
| | $32.50 | | | |
| | $823.50 | | | |
| | $640.50 | | | |
| | $549.00 | | | |
| | $518.50 | | | |
| | $366.00 | | | |
| | | | | $105.42 |
| | | | | |
| 08/18/2000 | $274.50 | | | |
| | $244.00 | | | |
| | $122.00 | | | |
| | $549.00 | | | |
| | $97.50 | | | |
| | $976.00 | | | |
| | $91.50 | | | |
| | $152.50 | | | |
| | $61.00 | | | |
| | $61.00 | | | |
| | | | | $2.25 |
| | | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| 09/21/2000 | $793.00 | | | |
| | $195.50 | | | |
| | $213.50 | | | |
| | $115.00 | | | |
| | $396.50 | | | |
| | $152.50 | | | |
| | $152.50 | | | |
| | $91.50 | | | |
| | $1,281.00 | | | |
| | $299.00 | | | |
| | $1,067.50 | | | |
| | $115.00 | | | |
| | $1,250.50 | | | |
| | $183.00 | | | |
| | $366.00 | | | |
| | $1,281.00 | | | |
| | $671.00 | | | |
| | $457.50 | | | |
| | $244.00 | | | |
| | $61.00 | | | |
| | $366.00 | | | |
| | | $57.50 | | |
| | $671.00 | | | |
| | $1,159.00 | | | |
| | $732.00 | | | |
| | $183.00 | | | |
| | $152.50 | | | |
| | $366.00 | | | |
| | $91.50 | | | |
| | $640.50 | | | |
| | | | | $1,267.03 |
| | | | | |
| 10/18/2000 | $61.00 | | | |
| | $1,006.50 | | | |
| | $945.50 | | | |
| | $61.00 | | | |
| | $366.00 | | | |
| | $579.50 | | | |
| | $335.50 | | | |
| | $335.50 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $61.00 | | | |
| | $244.00 | | | |
| | $30.50 | | | |
| | $427.00 | | | |
| | $57.50 | | | |
| | $274.50 | | | |
| | $57.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | | $100.25 |
| | | | | |
| 11/06/2000 | $244.00 | | | |
| | $183.00 | | | |
| | $46.00 | | | |
| | $305.00 | | | |
| | $61.00 | | | |
| | $11.50 | | | |
| | $61.00 | | | |
| | $305.00 | | | |
| | $122.00 | | | |
| | $34.50 | | | |
| | $579.50 | | | |
| | $23.00 | | | |
| | $549.00 | | | |
| | $57.50 | | | |
| | $396.50 | | | |
| | $732.00 | | | |
| | $213.50 | | | |
| | $244.00 | | | |
| | $274.50 | | | |
| | $244.00 | | | |
| | $122.00 | | | |
| | $61.00 | | | |
| | $152.50 | | | |
| | | | | $11.34 |
| | | | | |
| 12/14/2000 | $122.00 | | | |
| | $183.00 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $213.50 | | | |
| | $244.00 | | | |
| | $183.00 | | | |
| | $396.50 | | | |
| | $183.00 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $762.50 | | | |
| | $579.50 | | | |
| | $207.00 | | | |
| | $549.00 | | | |
| | $69.00 | | | |
| | $579.50 | | | |
| | | | | $9.57 |
| | | | | |
| 01/26/2001 | $396.50 | | | |
| | $335.50 | | | |
| | $823.50 | | | |
| | $46.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $549.00 | | | |
| | $69.00 | | | |
| | $732.00 | | | |
| | $1,128.50 | | | |
| | $122.00 | | | |
| | $274.50 | | | |
| | $152.50 | | | |
| | $183.00 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $122.00 | | | |
| | $61.00 | | | |
| | $701.50 | | | |
| | $579.50 | | | |
| | $427.00 | | | |
| | $46.00 | | | |
| | $549.00 | | | |
| | $11.50 | | | |
| | | | | $148.80 |
| | | | | |
| 02/16/2001 | $66.00 | | | |
| | $363.00 | | | |
| | $40.50 | | | |
| | $429.00 | | | |
| | $198.00 | | | |
| | $297.00 | | | |
| | $66.00 | | | |
| | $528.00 | | | |
| | $54.00 | | | |
| | $297.00 | | | |
| | $13.50 | | | |
| | $231.00 | | | |
| | $54.00 | | | |
| | $33.00 | | | |
| | $99.00 | | | |
| | $297.00 | | | |
| | $429.00 | | | |
| | $54.00 | | | |
| | $594.00 | | | |
| | $67.50 | | | |
| | $66.00 | | | |
| | $132.00 | | | |
| | $66.00 | | | |
| | $99.00 | | | |
| | $99.00 | | | |
| | $99.00 | | | |
| | $33.00 | | | |
| | | | | $120.45 |
| | | | | |
| 03/22/2001 | $429.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $924.00 | | | |
| | $67.50 | | | |
| | $759.00 | | | |
| | $495.00 | | | |
| | $132.00 | | | |
| | $99.00 | | | |
| | $198.00 | | | |
| | $330.00 | | | |
| | $264.00 | | | |
| | $297.00 | | | |
| | $66.00 | | | |
| | $40.50 | | | |
| | $66.00 | | | |
| | $264.00 | | | |
| | $132.00 | | | |
| | $13.50 | | | |
| | $132.00 | | | |
| | $165.00 | | | |
| | | | | $236.24 |
| | | | | |
| 04/19/2001 | $99.00 | | | |
| | $66.00 | | | |
| | $66.00 | | | |
| | $264.00 | | | |
| | $528.00 | | | |
| | $66.00 | | | |
| | $33.00 | | | |
| | $99.00 | | | |
| | $99.00 | | | |
| | $363.00 | | | |
| | $198.00 | | | |
| | $160.00 | | | |
| | $132.00 | | | |
| | $231.00 | | | |
| | $1,023.00 | | | |
| | $627.00 | | | |
| | $495.00 | | | |
| | | $561.00 | | |
| | $462.00 | | | |
| | | | | $29.97 |
| | | | | |
| 05/21/2001 | $297.00 | | | |
| | $396.00 | | | |
| | $66.00 | | | |
| | $165.00 | | | |
| | $132.00 | | | |
| | $13.50 | | | |
| | $462.00 | | | |
| | $264.00 | | | |
| | $231.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $165.00 | | | |
| | $231.00 | | | |
| | $165.00 | | | |
| | $99.00 | | | |
| | $132.00 | | | |
| | $462.00 | | | |
| | $297.00 | | | |
| | $99.00 | | | |
| | $264.00 | | | |
| | $99.00 | | | |
| | $231.00 | | | |
| | $264.00 | | | |
| | | | | $12.09 |
| | | | | |
| 06/15/2001 | $13.50 | | | |
| | $132.00 | | | |
| | $99.00 | | | |
| | $66.00 | | | |
| | $957.00 | | | |
| | $40.50 | | | |
| | $1,518.00 | | | |
| | $23.50 | | | |
| | $120.00 | | | |
| | $324.00 | | | |
| | $693.00 | | | |
| | $693.00 | | | |
| | $165.00 | | | |
| | $297.00 | | | |
| | $363.00 | | | |
| | $528.00 | | | |
| | $363.00 | | | |
| | $231.00 | | | |
| | $561.00 | | | |
| | $264.00 | | | |
| | $66.00 | | | |
| | $99.00 | | | |
| | $297.00 | | | |
| | $165.00 | | | |
| | $99.00 | | | |
| | | | | $188.33 |
| | | | | |
| 07/20/2001 | $33.00 | | | |
| | $396.00 | | | |
| | $330.00 | | | |
| | $330.00 | | | |
| | $231.00 | | | |
| | $132.00 | | | |
| | $264.00 | | | |
| | $132.00 | | | |
| | $66.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $99.00 | | | |
| | $132.00 | | | |
| | $132.00 | | | |
| | $99.00 | | | |
| | $528.00 | | | |
| | $231.00 | | | |
| | $99.00 | | | |
| | | | | $99.69 |
| | | | | |
| 08/28/2001 | $495.00 | | | |
| | $264.00 | | | |
| | $297.00 | | | |
| | $297.00 | | | |
| | $132.00 | | | |
| | $627.00 | | | |
| | $561.00 | | | |
| | $891.00 | | | |
| | $1,353.00 | | | |
| | $1,485.00 | | | |
| | $297.00 | | | |
| | $429.00 | | | |
| | $462.00 | | | |
| | $429.00 | | | |
| | $198.00 | | | |
| | $66.00 | | | |
| | $363.00 | | | |
| | $627.00 | | | |
| | $891.00 | | | |
| | | | | $39.57 |
| | | | | |
| 09/26/2001 | | $363.00 | | |
| | $462.00 | | | |
| | $264.00 | | | |
| | $462.00 | | | |
| | $363.00 | | | |
| | $594.00 | | | |
| | $165.00 | | | |
| | $363.00 | | | |
| | $726.00 | | | |
| | $627.00 | | | |
| | $528.00 | | | |
| | $858.00 | | | |
| | $120.00 | | | |
| | $297.00 | | | |
| | $297.00 | | | |
| | $150.00 | | | |
| | $1,287.00 | | | |
| | $375.00 | | | |
| | $1,353.00 | | | |
| | $693.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $693.00 | | | |
| | $54.00 | | | |
| | $462.00 | | | |
| | $99.00 | | | |
| | $66.00 | | | |
| | $66.00 | | | |
| | $33.00 | | | |
| | $132.00 | | | |
| | | | | $117.42 |
| | | | | |
| 10/26/2001 | $1,122.00 | | | |
| | $462.00 | | | |
| | $924.00 | | | |
| | $858.00 | | | |
| | $1,287.00 | | | |
| | $1,287.00 | | | |
| | $2,145.00 | | | |
| | $66.00 | | | |
| | $350.00 | | | |
| | $262.50 | | | |
| | $1,386.00 | | | |
| | $250.00 | | | |
| | $175.00 | | | |
| | $1,775.00 | | | |
| | $231.00 | | | |
| | $2,100.00 | | | |
| | $182.00 | | | |
| | $99.00 | | | |
| | $168.00 | | | |
| | | $420.00 | | |
| | $363.00 | | | |
| | | $532.00 | | |
| | | $490.00 | | |
| | $231.00 | | | |
| | $2,025.00 | | | |
| | $644.00 | | | |
| | | $1,120.00 | | |
| | $363.00 | | | |
| | $1,275.00 | | | |
| | $980.00 | | | |
| | $99.00 | | | |
| | | $1,036.00 | | |
| | $1,188.00 | | | |
| | $400.00 | | | |
| | $775.00 | | | |
| | $600.00 | | | |
| | | $725.00 | | |
| | | $1,078.00 | | |
| | | $308.00 | | |
| | $924.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $100.00 | | | |
| | $200.00 | | | |
| | | $1,525.00 | | |
| | | $966.00 | | |
| | $262.50 | | | |
| | $891.00 | | | |
| | $280.00 | | | |
| | $700.00 | | | |
| | | $714.00 | | |
| | | $1,120.00 | | |
| | $726.00 | | | |
| | | $1,078.00 | | |
| | | $532.00 | | |
| | $285.00 | | | |
| | $858.00 | | | |
| | $720.00 | | | |
| | $2,050.00 | | | |
| | | $630.00 | | |
| | | | | $1,980.59 |
| | | | | |
| 11/19/2001 | | $980.00 | | |
| | $726.00 | | | |
| | $340.00 | | | |
| | $1,725.00 | | | |
| | $627.00 | | | |
| | $2,125.00 | | | |
| | $462.00 | | | |
| | $85.00 | | | |
| | $616.00 | | | |
| | $330.00 | | | |
| | $575.00 | | | |
| | $770.00 | | | |
| | $1,353.00 | | | |
| | $1,353.00 | | | |
| | $1,050.00 | | | |
| | $1,023.00 | | | |
| | $170.00 | | | |
| | $1,525.00 | | | |
| | $1,023.00 | | | |
| | $1,550.00 | | | |
| | $210.00 | | | |
| | $1,122.00 | | | |
| | $297.50 | | | |
| | $2,075.00 | | | |
| | | $420.00 | | |
| | $280.00 | | | |
| | $1,287.00 | | | |
| | $1,875.00 | | | |
| | $148.50 | | | |
| | $756.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $660.00 | | | |
| | $56.00 | | | |
| | $1,584.00 | | | |
| | $2,100.00 | | | |
| | $40.50 | | | |
| | $924.00 | | | |
| | $957.00 | | | |
| | $2,350.00 | | | |
| | $1,260.00 | | | |
| | $693.00 | | | |
| | $925.00 | | | |
| | $693.00 | | | |
| | $1,325.00 | | | |
| | $67.50 | | | |
| | $420.00 | | | |
| | $825.00 | | | |
| | $350.00 | | | |
| | $13.50 | | | |
| | $686.00 | | | |
| | $429.00 | | | |
| | $13.50 | | | |
| | $1,022.00 | | | |
| | $231.00 | | | |
| | $575.00 | | | |
| | $13.50 | | | |
| | $518.00 | | | |
| | $396.00 | | | |
| | $13.50 | | | |
| | $210.00 | | | |
| | $231.00 | | | |
| | $13.50 | | | |
| | $378.00 | | | |
| | $165.00 | | | |
| | $13.50 | | | |
| | $264.00 | | | |
| | $13.50 | | | |
| | $575.00 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | | | | $3,508.27 |
| | | | | |
| 12/27/2001 | $168.00 | | | |
| | $33.00 | | | |
| | $1,050.00 | | | |
| | $13.50 | | | |
| | $784.00 | | | |
| | $13.50 | | | |
| | $196.00 | | | |
| | $165.00 | | | |
| | $13.50 | | | |