KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $132.00 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | $165.00 | | | |
| | $1,575.00 | | | |
| | $13.50 | | | |
| | $231.00 | | | |
| | $13.50 | | | |
| | $330.00 | | | |
| | $2,050.00 | | | |
| | $13.50 | | | |
| | $66.00 | | | |
| | $13.50 | | | |
| | $99.00 | | | |
| | $13.50 | | | |
| | $280.00 | | | |
| | $198.00 | | | |
| | $2,150.00 | | | |
| | $13.50 | | | |
| | $1,075.00 | | | |
| | $13.50 | | | |
| | $132.00 | | | |
| | $2,075.00 | | | |
| | $13.50 | | | |
| | $99.00 | | | |
| | $350.00 | | | |
| | $1,850.00 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | $13.50 | | | |
| | | | | $779.32 |
| 01/30/2002 | $165.00 | | | |
| | $99.00 | | | |
| | $132.00 | | | |
| | $165.00 | | | |
| | $132.00 | | | |
| | $13.50 | | | |
| | $99.00 | | | |
| | | $150.00 | | |
| | $13.50 | | | |
| | $66.00 | | | |
| | $775.00 | | | |
| | $13.50 | | | |
| | $627.00 | | | |
| | $875.00 | | | |
| | $13.50 | | | |
| | $66.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $13.50 | | | |
| | $66.00 | | | |
| | $13.50 | | | |
| | $264.00 | | | |
| | $13.50 | | | |
| | $264.00 | | | |
| | $13.50 | | | |
| | $99.00 | | | |
| | $450.00 | | | |
| | $13.50 | | | |
| | $33.00 | | | |
| | $400.00 | | | |
| | $13.50 | | | |
| | $132.00 | | | |
| | $13.50 | | | |
| | $198.00 | | | |
| | $1,325.00 | | | |
| | $13.50 | | | |
| | $462.00 | | | |
| | $13.50 | | | |
| | $396.00 | | | |
| | $231.00 | | | |
| | $396.00 | | | |
| | $700.00 | | | |
| | $528.00 | | | |
| | $528.00 | | | |
| | $13.50 | | | |
| | $462.00 | | | |
| | $924.00 | | | |
| | $200.00 | | | |
| | | | | $98.03 |
| | | | | |
| 02/27/2002 | $14.50 | | | |
| | $884.00 | | | |
| | $476.00 | | | |
| | $477.00 | | | |
| | $476.00 | | | |
| | $848.00 | | | |
| | $1,224.00 | | | |
| | $1,563.50 | | | |
| | $644.00 | | | |
| | $646.00 | | | |
| | $742.00 | | | |
| | $102.00 | | | |
| | $1,007.00 | | | |
| | $378.00 | | | |
| | $272.00 | | | |
| | $1,007.00 | | | |
| | $136.00 | | | |
| | $556.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $28.00 | | | |
| | $280.00 | | | |
| | $770.00 | | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | $1,378.00 | | | |
| | $462.00 | | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | $1,351.50 | | | |
| | $1,036.00 | | | |
| | $220.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |
| | $1,106.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,218.00 | | | |
| | $8.50 | | | |
| | $17.00 | | | |
| | $1,224.00 | | | |
| | $798.00 | | | |
| | $150.00 | | | |
| | $137.50 | | | |
| | $424.00 | | | |
| | $2,014.00 | | | |
| | $8.50 | | | |
| | $1,564.00 | | | |
| | $2,067.00 | | | |
| | $560.00 | | | |
| | $8.50 | | | |
| | $1,462.00 | | | |
| | $2,226.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |
| | $2,411.50 | | | |
| | $728.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $3,498.00 | | | |
| | $518.00 | | | |
| | $8.50 | | | |
| | $1,530.00 | | | |
| | $689.00 | | | |
| | $1,148.00 | | | |
| | $8.50 | | | |
| | $1,326.00 | | | |
| | $504.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $658.00 | | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | $1,008.00 | | | |
| | | | | $516.50 |
| | | | | |
| 03/27/2002 | $8.50 | | | |
| | $136.00 | | | |
| | $714.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $8.50 | | | |
| | $442.00 | | | |
| | $106.00 | | | |
| | $318.00 | | | |
| | $448.00 | | | |
| | $8.50 | | | |
| | $714.00 | | | |
| | $2,173.00 | | | |
| | $1,120.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $768.50 | | | |
| | $252.00 | | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | $742.00 | | | |
| | $868.00 | | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | $715.50 | | | |
| | $1,008.00 | | | |
| | $8.50 | | | |
| | $646.00 | | | |
| | $2,358.50 | | | |
| | $868.00 | | | |
| | $8.50 | | | |
| | $476.00 | | | |
| | $901.00 | | | |
| | $1,078.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |
| | $1,696.00 | | | |
| | $1,260.00 | | | |
| | $490.00 | | | |
| | $14.50 | | | |
| | $1,564.00 | | | |
| | $2,014.00 | | | |
| | $1,330.00 | | | |
| | $490.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $1,462.00 | | | |
| | $397.50 | | | |
| | $556.50 | | | |
| | $630.00 | | | |
| | $14.50 | | | |
| | $1,088.00 | | | |
| | $556.50 | | | |
| | $700.00 | | | |
| | $14.50 | | | |
| | $374.00 | | | |
| | $602.00 | | | |
| | $14.50 | | | |
| | $204.00 | | | |
| | $3,471.50 | | | |
| | $294.00 | | | |
| | $14.50 | | | |
| | $34.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $322.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $1,064.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $938.00 | | | |
| | | | | $2,379.26 |
| | | | | |
| 04/30/2002 | $8.50 | | | |
| | $136.00 | | | |
| | $1,961.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $2,332.00 | | | |
| | $896.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $1,351.50 | | | |
| | $1,260.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $2,173.00 | | | |
| | $1,148.00 | | | |
| | $90.00 | | | |
| | $8.50 | | | |

Case 1:04-cv-00834-SLR    Document 50-3    Filed 11/21/2006    Page 5 of 10
KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
|  | $340.00 |  |  |  |
|  | $583.00 |  |  |  |
|  | $1,050.00 |  |  |  |
|  | $340.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $1,669.50 |  |  |  |
|  | $40.50 |  |  |  |
|  | $980.00 |  |  |  |
|  | $130.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $68.00 |  |  |  |
|  | $1,669.50 |  |  |  |
|  | $1,106.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $136.00 |  |  |  |
|  | $2,358.50 |  |  |  |
|  | $1,106.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $476.00 |  |  |  |
|  | $2,173.00 |  |  |  |
|  | $980.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $238.00 |  |  |  |
|  | $3,339.00 |  |  |  |
|  | $602.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $238.00 |  |  |  |
|  | $1,881.50 |  |  |  |
|  | $210.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $612.00 |  |  |  |
|  | $1,802.00 |  |  |  |
|  | $840.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $306.00 |  |  |  |
|  | $874.50 |  |  |  |
|  | $1,120.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $374.00 |  |  |  |
|  | $768.50 |  |  |  |
|  | $1,820.00 |  |  |  |
|  | $1,300.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $136.00 |  |  |  |
|  | $1,260.00 |  |  |  |
|  | $850.00 |  |  |  |
|  | $8.50 |  |  |  |
|  | $238.00 |  |  |  |
|  | $556.50 |  |  |  |
|  | $980.00 |  |  |  |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $340.00 | | | |
| | $1,033.50 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $646.00 | | | |
| | $2,252.50 | | | |
| | $459.00 | | | |
| | $770.00 | | | |
| | $8.50 | | | |
| | $2,491.00 | | | |
| | $351.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $1,007.00 | | | |
| | $283.50 | | | |
| | $1,120.00 | | | |
| | $85.00 | | | |
| | $427.50 | | | |
| | $1,908.00 | | | |
| | $216.00 | | | |
| | $420.00 | | | |
| | $742.00 | | | |
| | | | | $1,809.26 |
| | | | | |
| 05/22/2002 | $8.50 | | | |
| | $1,404.50 | | | |
| | $154.00 | | | |
| | $8.50 | | | |
| | $742.00 | | | |
| | $1,204.00 | | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | $1,431.00 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | $2,597.00 | | | |
| | $8.50 | | | |
| | $476.00 | | | |
| | $2,703.00 | | | |
| | $1,400.00 | | | |
| | $556.50 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $2,358.50 | | | |
| | $1,680.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $3,763.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,680.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $3,577.50 | | | |
| | $1,610.00 | | | |
| | $85.50 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $4,001.50 | | | |
| | $2,142.00 | | | |
| | $8.50 | | | |
| | $154.00 | | | |
| | $272.00 | | | |
| | $1,934.50 | | | |
| | $700.00 | | | |
| | $962.50 | | | |
| | $2,491.00 | | | |
| | $70.00 | | | |
| | $272.00 | | | |
| | $106.00 | | | |
| | $8.50 | | | |
| | $77.00 | | | |
| | $544.00 | | | |
| | $291.50 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $77.00 | | | |
| | $306.00 | | | |
| | $2,756.00 | | | |
| | $1,190.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,908.00 | | | |
| | $1,050.00 | | | |
| | $8.50 | | | |
| | $408.00 | | | |
| | $1,828.50 | | | |
| | $966.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $1,802.00 | | | |
| | $210.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $1,351.50 | | | |
| | $98.00 | | | |
| | $8.50 | | | |
| | $2,252.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $238.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $848.00 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $2,173.00 | | | |
| | $98.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,570.50 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,491.00 | | | |
| | $322.00 | | | |
| | | | | $5,621.61 |
| | | | | |
| 06/30/2002 | $8.50 | | | |
| | $102.00 | | | |
| | $1,961.00 | | | |
| | $280.00 | | | |
| | $350.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $2,570.50 | | | |
| | $350.00 | | | |
| | $250.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $1,987.50 | | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | $4,611.00 | | | |
| | $854.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $3,100.50 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $2,729.50 | | | |
| | $1,050.00 | | | |
| | $34.00 | | | |
| | $3,021.00 | | | |
| | $770.00 | | | |
| | $102.00 | | | |
| | $4,399.00 | | | |
| | $644.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $272.00 | | | |
| | $2,173.00 | | | |
| | $560.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $1,510.50 | | | |
| | $8.50 | | | |
| | $34.00 | | | |
| | $1,351.50 | | | |
| | $53.00 | | | |
| | $324.00 | | | |
| | $8.50 | | | |
| | $1,643.00 | | | |
| | $54.00 | | | |
| | $238.00 | | | |
| | $8.50 | | | |
| | $2,067.00 | | | |
| | $70.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $1,802.00 | | | |
| | $448.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,332.00 | | | |
| | $518.00 | | | |
| | $8.50 | | | |
| | $680.00 | | | |
| | $1,219.00 | | | |
| | $94.50 | | | |
| | $392.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $1,272.00 | | | |
| | $70.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $1,086.50 | | | |
| | $112.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,908.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $636.00 | | | |
| | $882.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $1,092.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES