## KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $238.00 | | | |
| | $742.00 | | | |
| | $420.00 | | | |
| | | | | $3,887.73 |
| | | | | |
| 07/31/2002 | $8.50 | | | |
| | $170.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $2,173.00 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,643.00 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $1,643.00 | | | |
| | $812.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $1,537.00 | | | |
| | $210.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,146.50 | | | |
| | $729.00 | | | |
| | $350.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,703.00 | | | |
| | $526.50 | | | |
| | $700.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $2,729.50 | | | |
| | $391.50 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $544.00 | | | |
| | $2,332.00 | | | |
| | $108.00 | | | |
| | $1,190.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $2,729.50 | | | |
| | $1,400.00 | | | |
| | $2,252.50 | | | |
| | $1,260.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $136.00 | | | |
| | $2,438.00 | | | |
| | $1,680.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $3,365.50 | | | |
| | $1,750.00 | | | |
| | $8.50 | | | |
| | $408.00 | | | |
| | $3,471.50 | | | |
| | $1,848.00 | | | |
| | $340.00 | | | |
| | $1,643.00 | | | |
| | $560.00 | | | |
| | $340.00 | | | |
| | $1,007.00 | | | |
| | $420.00 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $700.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $630.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,190.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $159.00 | | | |
| | $952.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $882.00 | | | |
| | | | | $5,167.91 |
| | | | | |
| 08/31/2002 | $8.50 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $2,173.00 | | | |
| | $980.00 | | | |
| | $25.50 | | | |
| | $1,378.00 | | | |
| | $910.00 | | | |
| | $742.00 | | | |
| | $8.50 | | | |
| | $986.00 | | | |
| | $2,279.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,292.00 | | | |
| | $1,378.00 | | | |
| | $420.00 | | | |
| | $8.50 | | | |
| | $1,054.00 | | | |
| | $418.50 | | | |
| | $840.00 | | | |
| | $8.50 | | | |
| | $1,156.00 | | | |
| | $972.00 | | | |
| | $840.00 | | | |
| | $8.50 | | | |
| | $1,122.00 | | | |
| | $702.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |
| | $1,802.00 | | | |
| | $1,120.00 | | | |
| | $8.50 | | | |
| | $884.00 | | | |
| | $2,332.00 | | | |
| | $1,162.00 | | | |
| | $8.50 | | | |
| | $2,093.50 | | | |
| | $798.00 | | | |
| | $8.50 | | | |
| | $1,394.00 | | | |
| | | | $630.00 | |
| | $8.50 | | | |
| | $2,176.00 | | | |
| | $1,961.00 | | | |
| | $1,050.00 | | | |
| | $8.50 | | | |
| | $408.00 | | | |
| | $2,226.00 | | | |
| | $700.00 | | | |
| | $8.50 | | | |
| | $1,292.00 | | | |
| | $2,809.00 | | | |
| | $1,148.00 | | | |
| | $8.50 | | | |
| | $1,190.00 | | | |
| | $3,127.00 | | | |
| | $1,190.00 | | | |
| | $8.50 | | | |
| | $952.00 | | | |
| | $3,047.50 | | | |
| | $280.00 | | | |
| | $8.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $986.00 | | | |
| | $2,994.50 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $2,703.00 | | | |
| | $283.50 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,173.00 | | | |
| | $513.00 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $1,908.00 | | | |
| | $140.00 | | | |
| | -$7,400.00 | | | $6,733.66 |
| | | | | |
| 09/20/2002 | $8.50 | | | |
| | $204.00 | | | |
| | $2,173.00 | | | |
| | $560.00 | | | |
| | $8.50 | | | |
| | $476.00 | | | |
| | $556.50 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $1,245.50 | | | |
| | | $980.00 | | |
| | $8.50 | | | |
| | $578.00 | | | |
| | $848.00 | | | |
| | $630.00 | | | |
| | $476.00 | | | |
| | $768.50 | | | |
| | | $700.00 | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,007.00 | | | |
| | | $770.00 | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $1,033.50 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $578.00 | | | |
| | $1,113.00 | | | |
| | $318.00 | | | |
| | | $1,162.00 | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $646.00 | | | |
| | $1,563.50 | | | |
| | $1,190.00 | | | |
| | $14.50 | | | |
| | $1,088.00 | | | |
| | | $2,411.50 | | |
| | | $532.00 | | |
| | $14.50 | | | |
| | $1,292.00 | | | |
| | $2,358.50 | | | |
| | $42.00 | | | |
| | | $1,330.00 | | |
| | $14.50 | | | |
| | $850.00 | | | |
| | $2,332.00 | | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | | $2,358.50 | | |
| | | $1,162.00 | | |
| | $8.50 | | | |
| | $442.00 | | | |
| | | $397.50 | | |
| | $636.00 | | | |
| | $350.00 | | | |
| | $8.50 | | | |
| | $442.00 | | | |
| | | $1,404.50 | | |
| | $742.00 | | | |
| | $560.00 | | | |
| | $116.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $344.50 | | | |
| | $2,173.00 | | | |
| | $70.00 | | | |
| | $130.50 | | | |
| | $442.00 | | | |
| | | $901.00 | | |
| | $821.50 | | | |
| | $848.00 | | | |
| | $700.00 | | | |
| | $848.00 | | | |
| | | $1,351.50 | | |
| | $8.50 | | | |
| | $1,156.00 | | | |
| | $1,113.00 | | | |
| | $318.00 | | | |
| | | $1,749.00 | | |
| | $770.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $1,224.00 | | | |
| | $2,411.50 | | | |
| | $1,470.00 | | | |
| | $8.50 | | | |
| | $782.00 | | | |
| | $1,378.00 | | | |
| | $910.00 | | | |
| | $8.50 | | | |
| | $1,190.00 | | | |
| | $2,173.00 | | | |
| | $868.00 | | | |
| | $8.50 | | | |
| | $986.00 | | | |
| | $556.50 | | | |
| | | $2,173.00 | | |
| | $448.00 | | | |
| | $53.00 | | | |
| | | | | $4,218.40 |
| | | | | |
| 10/11/2002 | $927.50 | | | |
| | $8.50 | | | |
| | $986.00 | | | |
| | $318.00 | | | |
| | $238.50 | | | |
| | | $2,146.50 | | |
| | $1,120.00 | | | |
| | $8.50 | | | |
| | $952.00 | | | |
| | $1,934.50 | | | |
| | $308.00 | | | |
| | $8.50 | | | |
| | $714.00 | | | |
| | $609.50 | | | |
| | $280.00 | | | |
| | $14.50 | | | |
| | $374.00 | | | |
| | | $924.00 | | |
| | $8.50 | | | |
| | $408.00 | | | |
| | | $1,696.00 | | |
| | $840.00 | | | |
| | $8.50 | | | |
| | $578.00 | | | |
| | $2,703.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $816.00 | | | |
| | | $2,093.50 | | |
| | $322.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $374.00 | | | |
| | | $344.50 | | |
| | | $1,148.00 | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | | $2,544.00 | | |
| | | $1,218.00 | | |
| | $43.50 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | | $556.50 | | |
| | | $1,190.00 | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | | $2,464.50 | | |
| | $1,232.00 | | | |
| | $8.50 | | | |
| | $408.00 | | | |
| | | $2,491.00 | | |
| | | $1,260.00 | | |
| | $8.50 | | | |
| | $578.00 | | | |
| | $2,411.50 | | | |
| | | $1,330.00 | | |
| | $8.50 | | | |
| | $1,088.00 | | | |
| | $2,676.50 | | | |
| | $1,232.00 | | | |
| | | $1,378.00 | | |
| | | $630.00 | | |
| | | $1,166.00 | | |
| | | $280.00 | | |
| | $8.50 | | | |
| | $1,156.00 | | | |
| | $2,173.00 | | | |
| | | $1,050.00 | | |
| | $8.50 | | | |
| | $986.00 | | | |
| | | $2,729.50 | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $952.00 | | | |
| | | $1,934.50 | | |
| | | $700.00 | | |
| | $8.50 | | | |
| | $952.00 | | | |
| | | $2,067.00 | | |
| | $378.00 | | | |
| | $8.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,122.00 | | | |
| | $2,676.50 | | | |
| | $840.00 | | | |
| | $748.00 | | | |
| | $1,033.50 | | | |
| | $476.00 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $1,326.00 | | | |
| | $2,491.00 | | | |
| | $1,414.00 | | | |
| | | | | $4,521.79 |
| | | | | |
| 11/11/2002 | $8.50 | | | |
| | $782.00 | | | |
| | | $1,987.50 | | |
| | $812.00 | | | |
| | $8.50 | | | |
| | $476.00 | | | |
| | $2,703.00 | | | |
| | $980.00 | | | |
| | $8.50 | | | |
| | $4,284.00 | | | |
| | $3,816.00 | | | |
| | | $630.00 | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | | $2,014.00 | | |
| | $105.00 | | | |
| | | $1,050.00 | | |
| | | $770.00 | | |
| | $116.00 | | | |
| | $8.50 | | | |
| | $986.00 | | | |
| | | $2,809.00 | | |
| | $504.00 | | | |
| | $43.50 | | | |
| | $8.50 | | | |
| | $1,836.00 | | | |
| | | $848.00 | | |
| | | $1,022.00 | | |
| | $8.50 | | | |
| | | $1,734.00 | | |
| | | $2,438.00 | | |
| | | $1,288.00 | | |
| | $8.50 | | | |
| | $1,632.00 | | | |
| | | $4,319.50 | | |
| | | $2,240.00 | | |
| | $8.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,054.00 | | | |
| | | $2,358.50 | | |
| | | $121.50 | | |
| | | $1,260.00 | | |
| | | $910.00 | | |
| | | $1,054.00 | | |
| | | $420.00 | | |
| | $8.50 | | | |
| | $1,428.00 | | | |
| | | $2,729.50 | | |
| | $8.50 | | | |
| | | $1,190.00 | | |
| | | $700.00 | | |
| | $8.50 | | | |
| | $612.00 | | | |
| | | $2,809.00 | | |
| | | $630.00 | | |
| | $8.50 | | | |
| | | $770.00 | | |
| | $1,598.00 | | | |
| | $3,074.00 | | | |
| | | $700.00 | | |
| | | $150.00 | | |
| | $8.50 | | | |
| | $850.00 | | | |
| | $2,491.00 | | | |
| | | $54.00 | | |
| | | $700.00 | | |
| | | $150.00 | | |
| | $420.00 | | | |
| | $1,802.00 | | | |
| | $8.50 | | | |
| | $1,428.00 | | | |
| | $2,782.50 | | | |
| | $1,050.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $636.00 | | | |
| | $1,080.00 | | | |
| | $200.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $1,961.00 | | | |
| | $8.50 | | | |
| | $544.00 | | | |
| | $821.50 | | | |
| | $8.50 | | | |
| | $68.00 | | | |
| | $556.50 | | | |
| | $112.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $170.00 | | | |
| | $2,279.00 | | | |
| | $840.00 | | | |
| | $8.50 | | | |
| | $476.00 | | | |
| | $2,332.00 | | | |
| | $26.50 | | | |
| | $462.00 | | | |
| | $8.50 | | | |
| | $748.00 | | | |
| | $2,411.50 | | | |
| | $560.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | | | $2,279.00 | |
| | $378.00 | | | |
| | $490.00 | | | |
| | | | | $6,586.40 |
| | | | | |
| 12/14/2002 | $8.50 | | | |
| | $170.00 | | | |
| | | | $4,107.50 | |
| | $229.50 | | | |
| | $1,972.00 | | | |
| | | | $1,537.00 | |
| | $68.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | | | $1,120.00 | |
| | $8.50 | | | |
| | $238.00 | | | |
| | | | $1,120.00 | |
| | $8.50 | | | |
| | $544.00 | | | |
| | | | $840.00 | |
| | $8.50 | | | |
| | $136.00 | | | |
| | | | $420.00 | |
| | $8.50 | | | |
| | $646.00 | | | |
| | $1,696.00 | | | |
| | $8.50 | | | |
| | $748.00 | | | |
| | $2,173.00 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $748.00 | | | |
| | $1,113.00 | | | |
| | $280.00 | | | |