KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $374.00 | | | |
| | $2,067.00 | | | |
| | $210.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $609.50 | | | |
| | $210.00 | | | |
| | $8.50 | | | |
| | $340.00 | | | |
| | $1,616.50 | | | |
| | $210.00 | | | |
| | $8.50 | | | |
| | $374.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $2,146.50 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $2,067.00 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,298.50 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $901.00 | | | |
| | $140.00 | | | |
| | $8.50 | | | |
| | $442.00 | | | |
| | $1,007.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $1,908.00 | | | |
| | $8.50 | | | |
| | $238.00 | | | |
| | $1,404.50 | | | |
| | | | | $844.44 |
| | | | | |
| 01/16/2003 | $8.50 | | | |
| | $204.00 | | | |
| | $397.50 | | | |
| | $490.00 | | | |
| | $8.50 | | | |
| | $510.00 | | | |
| | $2,146.50 | | | |
| | $280.00 | | | |
| | $8.50 | | | |
| | $306.00 | | | |
| | $768.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $420.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $1,351.50 | | | |
| | $560.00 | | | |
| | $8.50 | | | |
| | $136.00 | | | |
| | $518.00 | | | |
| | $1,033.50 | | | |
| | $1,050.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $2,199.50 | | | |
| | $52.50 | | | |
| | $770.00 | | | |
| | $8.50 | | | |
| | $544.00 | | | |
| | $240.50 | | | |
| | $2,756.00 | | | |
| | $770.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | | | $2,279.00 | |
| | | | $1,120.00 | |
| | $8.50 | | | |
| | $408.00 | | | |
| | $610.50 | | | |
| | | | $1,484.00 | |
| | $1,162.00 | | | |
| | $8.50 | | | |
| | $884.00 | | | |
| | $2,782.50 | | | |
| | | | $980.00 | |
| | $8.50 | | | |
| | $204.00 | | | |
| | | | $2,438.00 | |
| | $588.00 | | | |
| | $8.50 | | | |
| | $204.00 | | | |
| | $481.00 | | | |
| | | | $2,146.50 | |
| | | | $938.00 | |
| | $8.50 | | | |
| | $476.00 | | | |
| | | $2,729.50 | | |
| | | | $1,316.00 | |
| | $8.50 | | | |
| | $408.00 | | | |
| | | $2,570.50 | | |
| | | | $1,190.00 | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $8.50 | | | |
| | $374.00 | | | |
| | | $2,014.00 | | |
| | | $1,190.00 | | |
| | $672.00 | | | |
| | $14.50 | | | |
| | | $2,146.50 | | |
| | | | $980.00 | |
| | $34.00 | | | |
| | $1,987.50 | | | |
| | $14.50 | | | |
| | $136.00 | | | |
| | $2,252.50 | | | |
| | $14.50 | | | |
| | $742.00 | | | |
| | $1,086.50 | | | |
| | $102.00 | | | |
| | $8.50 | | | |
| | $272.00 | | | |
| | $1,616.50 | | | |
| | $1,008.00 | | | |
| | $8.50 | | | |
| | $102.00 | | | |
| | $1,855.00 | | | |
| | $1,050.00 | | | |
| | | | | $3,098.14 |
| | | | | |
| 02/18/2003 | $9.50 | | | |
| | $292.00 | | | |
| | $3,930.00 | | | |
| | $901.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $2,340.00 | | | |
| | $1,445.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $2,760.00 | | | |
| | $595.00 | | | |
| | $90.00 | | | |
| | $9.50 | | | |
| | $474.50 | | | |
| | $2,250.00 | | | |
| | $275.50 | | | |
| | $1,666.00 | | | |
| | $60.00 | | | |
| | $9.50 | | | |
| | $511.00 | | | |
| | $3,030.00 | | | |
| | $130.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $2,040.00 | | | |
| | $9.50 | | | |
| | $5,130.00 | | | |
| | $2,465.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $4,350.00 | | | |
| | $578.00 | | | |
| | $2,400.00 | | | |
| | $2,400.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $3,900.00 | | | |
| | $1,139.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $2,430.00 | | | |
| | $85.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $6,960.00 | | | |
| | $9.50 | | | |
| | $620.50 | | | |
| | $1,560.00 | | | |
| | $9.50 | | | |
| | $511.00 | | | |
| | $1,470.00 | | | |
| | $306.00 | | | |
| | $9.50 | | | |
| | $474.50 | | | |
| | $2,550.00 | | | |
| | $1,020.00 | | | |
| | $9.50 | | | |
| | $1,058.50 | | | |
| | $2,370.00 | | | |
| | $935.00 | | | |
| | $9.50 | | | |
| | $620.50 | | | |
| | $2,520.00 | | | |
| | $100.00 | | | |
| | $680.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $2,490.00 | | | |
| | $850.00 | | | |
| | $9.50 | | | |
| | $438.00 | | | |
| | $2,670.00 | | | |
| | $85.00 | | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $219.00 | | | |
| | $540.00 | | | |
| | $680.00 | | | |
| | $9.50 | | | |
| | $657.00 | | | |
| | $1,740.00 | | | |
| | $255.00 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $680.00 | | | |
| | $152.00 | | | |
| | $547.50 | | | |
| | | | | $3,576.40 |
| | | | | |
| 03/22/2003 | $9.50 | | | |
| | $1,131.50 | | | |
| | $2,430.00 | | | |
| | $255.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $2,160.00 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $1,440.00 | | | |
| | $34.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $630.00 | | | |
| | $51.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $374.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $1,530.00 | | | |
| | $952.00 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $1,462.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $240.00 | | | |
| | $1,870.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $2,520.00 | | | |
| | $73.00 | | | |
| | $374.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $9.50 | | | |
| | $292.00 | | | |
| | $2,430.00 | | | |
| | $850.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $1,470.00 | | | |
| | $425.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $102.00 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $390.00 | | | |
| | $255.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $1,260.00 | | | |
| | $425.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $2,130.00 | | | |
| | $9.50 | | | |
| | $401.50 | | | |
| | $2,490.00 | | | |
| | $119.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $204.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | | | | $12,847.99 |
| | | | | |
| 04/30/2003 | $51.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $780.00 | | | |
| | $1,292.00 | | | |
| | $159.50 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $1,560.00 | | | |
| | $1,360.00 | | | |
| | $9.50 | | | |
| | $876.00 | | | |
| | $1,410.00 | | | |
| | $1,020.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $960.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,275.00 | | | |
| | $812.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $840.00 | | | |
| | $1,326.00 | | | |
| | $478.50 | | | |
| | $9.50 | | | |
| | $547.50 | | | |
| | $1,470.00 | | | |
| | $1,819.00 | | | |
| | $9.50 | | | |
| | $620.50 | | | |
| | $1,140.00 | | | |
| | $1,173.00 | | | |
| | $127.50 | | | |
| | $304.50 | | | |
| | $9.50 | | | |
| | $693.50 | | | |
| | $2,550.00 | | | |
| | $49.50 | | | |
| | $680.00 | | | |
| | $681.50 | | | |
| | $9.50 | | | |
| | $474.50 | | | |
| | $2,670.00 | | | |
| | $675.00 | | | |
| | $275.50 | | | |
| | $9.50 | | | |
| | $693.50 | | | |
| | $657.00 | | | |
| | $2,730.00 | | | |
| | $16.50 | | | |
| | $9.50 | | | |
| | $876.00 | | | |
| | $2,070.00 | | | |
| | $680.00 | | | |
| | $9.50 | | | |
| | $401.50 | | | |
| | $2,340.00 | | | |
| | $935.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $2,160.00 | | | |
| | $1,530.00 | | | |
| | $9.50 | | | |
| | $401.50 | | | |
| | $630.00 | | | |
| | $1,445.00 | | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $876.00 | | | |
| | $2,490.00 | | | |
| | $1,581.00 | | | |
| | $9.50 | | | |
| | $912.50 | | | |
| | $2,250.00 | | | |
| | $1,700.00 | | | |
| | $9.50 | | | |
| | $1,569.50 | | | |
| | $630.00 | | | |
| | $180.00 | | | |
| | $2,580.00 | | | |
| | $1,326.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $2,160.00 | | | |
| | $340.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $1,170.00 | | | |
| | $340.00 | | | |
| | $9.50 | | | |
| | $985.50 | | | |
| | $870.00 | | | |
| | -$7,180.25 | | | $1,186.62 |
| | | | | |
| 05/16/2003 | $9.50 | | | |
| | $401.50 | | | |
| | $9.50 | | | |
| | $876.00 | | | |
| | $1,350.00 | | | |
| | $1,710.00 | | | |
| | $51.00 | | | |
| | $9.50 | | | |
| | $693.50 | | | |
| | $900.00 | | | |
| | $1,470.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $1,275.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $2,190.00 | | | |
| | $1,479.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $1,237.50 | | | |
| | $2,070.00 | | | |
| | $1,207.00 | | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,387.00 | | | |
| | $1,860.00 | | | |
| | $731.00 | | | |
| | $203.00 | | | |
| | $9.50 | | | |
| | $803.00 | | | |
| | $630.00 | | | |
| | $188.50 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $787.50 | | | |
| | $1,230.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $472.50 | | | |
| | $2,130.00 | | | |
| | $1,411.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $540.00 | | | |
| | $1,717.00 | | | |
| | $9.50 | | | |
| | $495.00 | | | |
| | $2,006.00 | | | |
| | $377.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $562.50 | | | |
| | $2,520.00 | | | |
| | $1,683.00 | | | |
| | $1,642.50 | | | |
| | $1,260.00 | | | |
| | $2,074.00 | | | |
| | $2,137.50 | | | |
| | $1,309.00 | | | |
| | $73.00 | | | |
| | $3,037.50 | | | |
| | $2,040.00 | | | |
| | $2,244.00 | | | |
| | $9.50 | | | |
| | $2,812.50 | | | |
| | $2,460.00 | | | |
| | $544.00 | | | |
| | $9.50 | | | |
| | $876.00 | | | |
| | $337.50 | | | |
| | $360.00 | | | |
| | $459.00 | | | |
| | $9.50 | | | |
| | $657.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $562.50 | | | |
| | $2,490.00 | | | |
| | $1,156.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $1,440.00 | | | |
| | $1,105.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $1,326.00 | | | |
| | $9.50 | | | |
| | $766.50 | | | |
| | $1,170.00 | | | |
| | $1,800.00 | | | |
| | $170.00 | | | |
| | $9.50 | | | |
| | $693.50 | | | |
| | $2,002.50 | | | |
| | $3,060.00 | | | |
| | $901.00 | | | |
| | $188.50 | | | |
| | $9.50 | | | |
| | $693.50 | | | |
| | $2,070.00 | | | |
| | $3,360.00 | | | |
| | | | | $4,550.01 |
| | | | | |
| 06/19/2003 | $1,513.00 | | | |
| | $9.50 | | | |
| | $1,058.50 | | | |
| | $1,170.00 | | | |
| | $3,090.00 | | | |
| | $1,173.00 | | | |
| | $9.50 | | | |
| | $1,423.50 | | | |
| | $967.50 | | | |
| | $3,960.00 | | | |
| | $547.50 | | | |
| | $2,340.00 | | | |
| | $1,054.00 | | | |
| | $292.00 | | | |
| | $900.00 | | | |
| | $840.00 | | | |
| | $1,054.00 | | | |
| | $9.50 | | | |
| | $1,606.00 | | | |
| | $1,057.50 | | | |
| | $2,370.00 | | | |
| | $204.00 | | | |
| | $9.50 | | | |