KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,022.00 | | | |
| | $1,470.00 | | | |
| | $9.50 | | | |
| | $1,204.50 | | | |
| | $840.00 | | | |
| | $9.50 | | | |
| | $1,168.00 | | | |
| | $990.00 | | | |
| | $102.00 | | | |
| | $429.00 | | | |
| | $9.50 | | | |
| | $912.50 | | | |
| | $1,170.00 | | | |
| | $90.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $306.00 | | | |
| | $9.50 | | | |
| | $328.50 | | | |
| | $9.50 | | | |
| | $328.50 | | | |
| | $238.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $9.50 | | | |
| | $1,168.00 | | | |
| | $540.00 | | | |
| | $9.50 | | | |
| | $620.50 | | | |
| | $9.50 | | | |
| | $1,058.50 | | | |
| | $9.50 | | | |
| | $547.50 | | | |
| | $9.50 | | | |
| | $1,168.00 | | | |
| | $870.00 | | | |
| | $9.50 | | | |
| | $1,679.00 | | | |
| | | $1,860.00 | | |
| | $420.00 | | | |
| | $68.00 | | | |
| | $9.50 | | | |
| | $839.50 | | | |
| | $510.00 | | | |
| | $9.50 | | | |
| | $401.50 | | | |
| | $840.00 | | | |
| | $289.00 | | | |
| | $9.50 | | | |
| | $657.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $136.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | | | | $7,797.59 |
| | | | | |
| 07/11/2003 | $374.00 | | | |
| | $9.50 | | | |
| | $657.00 | | | |
| | $60.00 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $9.50 | | | |
| | $438.00 | | | |
| | $570.00 | | | |
| | $9.50 | | | |
| | $511.00 | | | |
| | $840.00 | | | |
| | $9.50 | | | |
| | $766.50 | | | |
| | $870.00 | | | |
| | $442.00 | | | |
| | $9.50 | | | |
| | $511.00 | | | |
| | $870.00 | | | |
| | $9.50 | | | |
| | $803.00 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $1,260.00 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $1,500.00 | | | |
| | $9.50 | | | |
| | $438.00 | | | |
| | $240.00 | | | |
| | $9.50 | | | |
| | $438.00 | | | |
| | $9.50 | | | |
| | | | $146.00 | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $870.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $9.50 | | | |
| | $146.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $9.50 | | | |
| | $219.00 | | | |
| | $182.50 | | | |
| | $474.50 | | | |
| | $9.50 | | | |
| | $584.00 | | | |
| | $180.00 | | | |
| | | | | $11,154.39 |
| | | | | |
| 08/22/2003 | $9.50 | | | |
| | $328.50 | | | |
| | $240.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $9.50 | | | |
| | $810.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | | $374.00 | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | | $357.00 | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | | $390.00 | | |
| | | $51.00 | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | | $544.00 | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | | $68.00 | | |
| | $9.50 | | | |
| | $438.00 | | | |
| | | $544.00 | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | | $629.00 | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | | $2,160.00 | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
|  | $146.00 |  |  |  |
|  | $1,260.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $620.50 |  |  |  |
|  |  | $810.00 |  |  |
|  | $9.50 |  |  |  |
|  | $146.00 |  |  |  |
|  | $240.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $73.00 |  |  |  |
|  |  | $870.00 |  |  |
|  | $9.50 |  |  |  |
|  | $109.50 |  |  |  |
|  | $17.00 |  |  |  |
|  | $9.50 |  |  |  |
|  |  | $73.00 |  |  |
|  |  |  |  | $2,004.73 |
|  |  |  |  |  |
| 09/23/2003 | $9.50 |  |  |  |
|  | $292.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $438.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $219.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $255.50 |  |  |  |
|  | $9.50 |  |  |  |
|  | $292.00 |  |  |  |
|  | $960.00 |  |  |  |
|  | $182.50 |  |  |  |
|  | $16.50 |  |  |  |
|  | $9.50 |  |  |  |
|  | $328.50 |  |  |  |
|  | $9.50 |  |  |  |
|  | $255.50 |  |  |  |
|  | $9.50 |  |  |  |
|  | $182.50 |  |  |  |
|  | $9.50 |  |  |  |
|  | $73.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $219.00 |  |  |  |
|  |  | $930.00 |  |  |
|  | $9.50 |  |  |  |
|  | $365.00 |  |  |  |
|  | $840.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $292.00 |  |  |  |
|  | $120.00 |  |  |  |
|  | $9.50 |  |  |  |
|  | $109.50 |  |  |  |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $9.50 | | | |
| | $292.00 | | | |
| | $90.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $960.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | | | | $43.08 |
| | | | | |
| 10/20/2003 | $328.50 | | | |
| | $17.50 | | | |
| | $109.50 | | | |
| | $17.50 | | | |
| | $17.50 | | | |
| | $109.50 | | | |
| | $90.00 | | | |
| | $17.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $90.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $240.00 | | | |
| | $119.00 | | | |
| | $73.00 | | | |
| | $17.50 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $34.00 | | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $109.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $109.50 | | | |
| | $17.50 | | | |
| | $17.50 | | | |
| | $9.50 | | | |
| | $182.50 | | | |
| | $9.50 | | | |
| | $474.50 | | | |
| | $9.50 | | | |
| | $474.50 | | | |
| | | | | $97.10 |
| | | | | |
| 11/17/2003 | $9.50 | | | |
| | $292.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $630.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $120.00 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $9.50 | | | |
| | $219.00 | | | |
| | $68.00 | | | |
| | $9.50 | | | |
| | $255.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $401.50 | | | |
| | $9.50 | | | |
| | $146.00 | | | |
| | $9.50 | | | |
| | $264.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $676.50 | | | |
| | $9.50 | | | |
| | $17.50 | | | |
| | $627.00 | | | |
| | $9.50 | | | |
| | $292.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $297.00 | | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | | $379.50 | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | | $528.00 | | |
| | $9.50 | | | |
| | | $1,560.00 | | |
| | | $528.00 | | |
| | $9.50 | | | |
| | | $676.50 | | |
| | $9.50 | | | |
| | | | | $73.08 |
| | | | | |
| 12/23/2003 | $9.50 | | | |
| | $109.50 | | | |
| | | $870.00 | | |
| | $9.50 | | | |
| | $109.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $9.50 | | | |
| | $73.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $510.00 | | | |
| | $12.00 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $36.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | $9.50 | | | |
| | | | | $84.90 |
| | | | | |
| 01/20/2004 | $9.50 | | | |
| | $9.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $9.50 | | | |
| | $90.00 | | | |
| | $36.00 | | | |
| | $255.50 | | | |
| | $10.00 | | | |
| | $10.00 | | | |
| | $219.00 | | | |
| | $109.50 | | | |
| | $182.50 | | | |
| | $36.50 | | | |
| | $73.00 | | | |
| | $10.00 | | | |
| | $146.00 | | | |
| | $109.50 | | | |
| | $10.00 | | | |
| | $109.50 | | | |
| | $109.50 | | | |
| | $10.00 | | | |
| | $109.50 | | | |
| | $17.50 | | | |
| | $73.00 | | | |
| | $17.50 | | | |
| | | | | $319.27 |
| | | | | |
| 02/26/2004 | $197.50 | | | |
| | $10.50 | | | |
| | $671.50 | | | |
| | $316.00 | | | |
| | | $316.00 | | |
| | $10.50 | | | |
| | $632.00 | | | |
| | $750.50 | | | |
| | $10.50 | | | |
| | $21.00 | | | |
| | $553.00 | | | |
| | $276.50 | | | |
| | $10.50 | | | |
| | $158.00 | | | |
| | $10.50 | | | |
| | $118.50 | | | |
| | $10.50 | | | |
| | $79.00 | | | |
| | $10.50 | | | |
| | $197.50 | | | |
| | $45.00 | | | |
| | $10.50 | | | |
| | $79.00 | | | |
| | $45.00 | | | |
| | $39.50 | | | |
| | $490.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $10.50 | | | |
| | $79.00 | | | |
| | $10.50 | | | |
| | | | | $119.39 |
| | | | | |
| 03/15/2004 | $79.00 | | | |
| | $67.50 | | | |
| | $31.50 | | | |
| | $10.50 | | | |
| | $39.50 | | | |
| | $118.50 | | | |
| | $10.50 | | | |
| | $10.50 | | | |
| | $276.50 | | | |
| | $79.00 | | | |
| | $158.00 | | | |
| | $118.50 | | | |
| | $158.00 | | | |
| | $10.50 | | | |
| | $118.50 | | | |
| | $10.50 | | | |
| | $79.00 | | | |
| | $79.00 | | | |
| | $118.50 | | | |
| | $10.50 | | | |
| | | | | $46.17 |
| | | | | |
| 04/21/2004 | $79.00 | | | |
| | $118.50 | | | |
| | $79.00 | | | |
| | $10.50 | | | |
| | $10.50 | | | |
| | $607.50 | | | |
| | $118.50 | | | |
| | $455.00 | | | |
| | $630.00 | | | |
| | $158.00 | | | |
| | $420.00 | | | |
| | $157.50 | | | |
| | $79.00 | | | |
| | $1,855.00 | | | |
| | $292.50 | | | |
| | $79.00 | | | |
| | $5,320.00 | | | |
| | $562.50 | | | |
| | $355.50 | | | |
| | $1,505.00 | | | |
| | $10.50 | | | |
| | $270.00 | | | |
| | $118.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $10.50 | | | |
| | $45.00 | | | |
| | $118.50 | | | |
| | $1,085.00 | | | |
| | $10.50 | | | |
| | $158.00 | | | |
| | $10.50 | | | |
| | $90.00 | | | |
| | $118.50 | | | |
| | $45.00 | | | |
| | $118.50 | | | |
| | $202.50 | | | |
| | $118.50 | | | |
| | $157.50 | | | |
| | $79.00 | | | |
| | $90.00 | | | |
| | $79.00 | | | |
| | $270.00 | | | |
| | $118.50 | | | |
| | $237.00 | | | |
| | $10.50 | | | |
| | $45.00 | | | |
| | $79.00 | | | |
| | $247.50 | | | |
| | $118.50 | | | |
| | $10.50 | | | |
| | | | | $491.99 |
| | | | | |
| 05/13/2004 | $270.00 | | | |
| | $118.50 | | | |
| | $652.50 | | | |
| | $158.00 | | | |
| | $1,057.50 | | | |
| | $607.50 | | | |
| | $79.00 | | | |
| | $10.50 | | | |
| | $45.00 | | | |
| | $79.00 | | | |
| | $90.00 | | | |
| | $39.50 | | | |
| | $10.50 | | | |
| | $472.50 | | | |
| | $118.50 | | | |
| | $595.00 | | | |
| | $18.00 | | | |
| | $360.00 | | | |
| | $18.00 | | | |
| | $39.50 | | | |
| | $18.00 | | | |
| | $90.00 | | | |