KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $79.00 | | | |
| | $18.00 | | | |
| | $90.00 | | | |
| | $39.50 | | | |
| | $18.00 | | | |
| | $45.00 | | | |
| | $10.50 | | | |
| | $135.00 | | | |
| | $158.00 | | | |
| | $427.50 | | | |
| | $118.50 | | | |
| | $118.50 | | | |
| | $18.00 | | | |
| | $1,715.00 | | | |
| | $18.00 | | | |
| | $1,710.00 | | | |
| | $1,395.00 | | | |
| | $197.50 | | | |
| | $742.50 | | | |
| | $316.00 | | | |
| | $945.00 | | | |
| | $2,555.00 | | | |
| | $1,620.00 | | | |
| | $416.00 | | | |
| | $158.00 | | | |
| | $2,870.00 | | | |
| | $10.50 | | | |
| | $1,035.00 | | | |
| | $768.00 | | | |
| | $39.50 | | | |
| | $1,890.00 | | | |
| | $10.50 | | | |
| | | | | $1,485.98 |
| 06/17/2004 | $1,147.50 | | | |
| | $2,542.50 | | | |
| | $79.00 | | | |
| | $3,465.00 | | | |
| | $10.50 | | | |
| | $2,475.00 | | | |
| | $3,780.00 | | | |
| | $2,250.00 | | | |
| | $276.50 | | | |
| | $3,605.00 | | | |
| | $39.50 | | | |
| | $140.00 | | | |
| | $10.50 | | | |
| | $118.50 | | | |
| | $79.00 | | | |
| | $10.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $158.00 | | | |
| | $420.00 | | | |
| | $10.50 | | | |
| | $39.50 | | | |
| | $10.50 | | | |
| | $90.00 | | | |
| | $276.50 | | | |
| | $45.00 | | | |
| | $553.00 | | | |
| | $4,655.00 | | | |
| | $10.50 | | | |
| | $135.00 | | | |
| | $513.50 | | | |
| | $1,120.00 | | | |
| | $202.50 | | | |
| | $118.50 | | | |
| | $45.00 | | | |
| | $1,461.50 | | | |
| | | $237.00 | | |
| | $10.50 | | | |
| | $276.50 | | | |
| | $105.00 | | | |
| | $10.50 | | | |
| | | $180.00 | | |
| | $237.00 | | | |
| | $315.00 | | | |
| | | $135.00 | | |
| | $316.00 | | | |
| | $210.00 | | | |
| | $10.50 | | | |
| | $829.50 | | | |
| | $105.00 | | | |
| | | | | $7,158.55 |
| 07/19/2004 | $472.50 | | | |
| | $197.50 | | | |
| | $1,015.00 | | | |
| | $360.00 | | | |
| | $829.50 | | | |
| | $1,015.00 | | | |
| | $10.50 | | | |
| | | $652.50 | | |
| | $197.50 | | | |
| | $10.50 | | | |
| | $45.00 | | | |
| | $632.00 | | | |
| | $10.50 | | | |
| | $67.50 | | | |
| | $434.50 | | | |
| | | $22.50 | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | $434.50 | | |
| | $18.00 | | | |
| | $585.00 | | | |
| | $237.00 | | | |
| | $1,155.00 | | | |
| | $726.00 | | | |
| | $247.50 | | | |
| | $907.50 | | | |
| | | $1,057.50 | | |
| | $197.50 | | | |
| | | $858.00 | | |
| | $553.00 | | | |
| | $18.00 | | | |
| | | $1,155.00 | | |
| | $987.50 | | | |
| | $10.50 | | | |
| | | $1,530.00 | | |
| | | $434.50 | | |
| | $10.50 | | | |
| | $720.00 | | | |
| | $158.00 | | | |
| | | $99.00 | | |
| | | $697.50 | | |
| | $158.00 | | | |
| | | $1,215.00 | | |
| | $553.00 | | | |
| | $560.00 | | | |
| | $2,182.50 | | | |
| | $908.50 | | | |
| | | $742.50 | | |
| | $158.00 | | | |
| | $385.00 | | | |
| | | $1,080.00 | | |
| | $158.00 | | | |
| | $810.00 | | | |
| | $118.50 | | | |
| | $595.00 | | | |
| | | $1,620.00 | | |
| | $1,035.00 | | | |
| | $1,620.00 | | | |
| | $528.00 | | | |
| | $513.50 | | | |
| | $2,870.00 | | | |
| | $1,777.50 | | | |
| | $144.00 | | | |
| | | $1,382.50 | | |
| | $3,290.00 | | | |
| | $1,980.00 | | | |
| | $336.00 | | | |
| | $1,106.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
|  | $3,570.00 |  |  |  |
|  | $10.50 |  |  |  |
|  |  |  |  | $5,009.60 |
|  |  |  |  |  |
| 08/19/2004 | $202.50 |  |  |  |
|  | $140.00 |  |  |  |
|  | $10.50 |  |  |  |
|  | $671.50 |  |  |  |
|  | $1,120.00 |  |  |  |
|  | $10.50 |  |  |  |
|  | $112.50 |  |  |  |
|  | $315.00 |  |  |  |
|  | $237.00 |  |  |  |
|  |  | $132.00 |  |  |
|  | $135.00 |  |  |  |
|  | $118.50 |  |  |  |
|  |  | $165.00 |  |  |
|  | $10.50 |  |  |  |
|  |  | $67.50 |  |  |
|  | $553.00 |  |  |  |
|  | $355.50 |  |  |  |
|  | $513.50 |  |  |  |
|  | $592.50 |  |  |  |
|  | $474.00 |  |  |  |
|  | $355.50 |  |  |  |
|  | $553.00 |  |  |  |
|  | $697.50 |  |  |  |
|  | $237.00 |  |  |  |
|  |  | $420.00 |  |  |
|  | $2,047.50 |  |  |  |
|  | $158.00 |  |  |  |
|  | $175.00 |  |  |  |
|  | $202.50 |  |  |  |
|  | $316.00 |  |  |  |
|  | $474.00 |  |  |  |
|  |  | $135.00 |  |  |
|  | $513.50 |  |  |  |
|  |  | $420.00 |  |  |
|  | $70.00 |  |  |  |
|  |  | $990.00 |  |  |
|  |  | $775.50 |  |  |
|  |  | $313.50 |  |  |
|  |  |  |  | $392.51 |
|  |  |  |  |  |
| 09/24/2004 | $316.00 |  |  |  |
|  |  | $1,155.00 |  |  |
|  | $197.50 |  |  |  |
|  | $140.00 |  |  |  |
|  |  | $297.00 |  |  |
|  | $495.00 |  |  |  |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $395.00 | | | |
| | | $891.00 | | |
| | $671.50 | | | |
| | $105.00 | | | |
| | $158.00 | | | |
| | $79.00 | | | |
| | $280.00 | | | |
| | $292.50 | | | |
| | $79.00 | | | |
| | $405.00 | | | |
| | $202.50 | | | |
| | $158.00 | | | |
| | $135.00 | | | |
| | $276.50 | | | |
| | $4,060.00 | | | |
| | $118.50 | | | |
| | $158.00 | | | |
| | $118.50 | | | |
| | $79.00 | | | |
| | $316.00 | | | |
| | $237.00 | | | |
| | $197.50 | | | |
| | $355.50 | | | |
| | $237.00 | | | |
| | $45.00 | | | |
| | $592.50 | | | |
| | $112.50 | | | |
| | $197.50 | | | |
| | $105.00 | | | |
| | | | | $488.13 |
| | | | | |
| 10/18/2004 | $22.50 | | | |
| | $140.00 | | | |
| | $202.50 | | | |
| | $276.50 | | | |
| | $140.00 | | | |
| | $118.50 | | | |
| | $118.50 | | | |
| | $276.50 | | | |
| | $158.00 | | | |
| | $118.50 | | | |
| | $45.00 | | | |
| | $158.00 | | | |
| | $135.00 | | | |
| | $157.50 | | | |
| | $158.00 | | | |
| | $158.00 | | | |
| | $105.00 | | | |
| | $158.00 | | | |
| | $105.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $237.00 | | | |
| | $280.00 | | | |
| | $79.00 | | | |
| | | $22.50 | | |
| | $118.50 | | | |
| | $420.00 | | | |
| | | | | $761.62 |
| | | | | |
| 11/08/2004 | | $45.00 | | |
| | $513.50 | | | |
| | $112.50 | | | |
| | $355.50 | | | |
| | | $112.50 | | |
| | $237.00 | | | |
| | | $980.00 | | |
| | | $270.00 | | |
| | $118.50 | | | |
| | | $45.00 | | |
| | | $45.00 | | |
| | $292.50 | | | |
| | $405.00 | | | |
| | $1,610.00 | | | |
| | $337.50 | | | |
| | $355.50 | | | |
| | $1,085.00 | | | |
| | $360.00 | | | |
| | $158.00 | | | |
| | $1,015.00 | | | |
| | $652.50 | | | |
| | $1,106.00 | | | |
| | $1,260.00 | | | |
| | $360.00 | | | |
| | $1,777.50 | | | |
| | $869.00 | | | |
| | $2,940.00 | | | |
| | $2,047.50 | | | |
| | $276.50 | | | |
| | $3,640.00 | | | |
| | $1,530.00 | | | |
| | $750.50 | | | |
| | $3,255.00 | | | |
| | $2,160.00 | | | |
| | $474.00 | | | |
| | $3,605.00 | | | |
| | $1,440.00 | | | |
| | $869.00 | | | |
| | | $1,260.00 | | |
| | $2,975.00 | | | |
| | $1,215.00 | | | |
| | $1,106.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $540.00 | | | |
| | $1,365.00 | | | |
| | $1,530.00 | | | |
| | $1,540.50 | | | |
| | $900.00 | | | |
| | $805.00 | | | |
| | $180.00 | | | |
| | | $990.00 | | |
| | | $1,106.00 | | |
| | | $1,085.00 | | |
| | | $855.00 | | |
| | $869.00 | | | |
| | $1,120.00 | | | |
| | | $360.00 | | |
| | | $750.50 | | |
| | | $1,190.00 | | |
| | | | | $678.00 |
| 12/20/2004 | | $922.50 | | |
| | | $553.00 | | |
| | | $2,065.00 | | |
| | | $1,305.00 | | |
| | | $632.00 | | |
| | | $2,030.00 | | |
| | | $3,037.50 | | |
| | | $464.00 | | |
| | | $1,501.00 | | |
| | | $5,110.00 | | |
| | | $36.00 | | |
| | | $2,362.50 | | |
| | $750.50 | | | |
| | | $4,585.00 | | |
| | | $225.00 | | |
| | $1,027.00 | | | |
| | $840.00 | | | |
| | $1,145.50 | | | |
| | | | $1,382.50 | |
| | $735.00 | | | |
| | $1,106.00 | | | |
| | $592.50 | | | |
| | $525.00 | | | |
| | $395.00 | | | |
| | | | $385.00 | |
| | $553.00 | | | |
| | $237.00 | | | |
| | | | $67.50 | |
| | $632.00 | | | |
| | $1,015.00 | | | |
| | | | $1,125.00 | |
| | $1,461.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $420.00 | | | |
| | | | $90.00 | |
| | $980.00 | | | |
| | $118.50 | | | |
| | $197.50 | | | |
| | $79.00 | | | |
| | | | | $6,697.47 |
| | | | | |
| 01/24/2005 | $237.00 | | | |
| | $118.50 | | | |
| | $513.50 | | | |
| | $474.00 | | | |
| | $395.00 | | | |
| | $316.00 | | | |
| | $237.00 | | | |
| | $158.00 | | | |
| | $118.50 | | | |
| | $79.00 | | | |
| | $79.00 | | | |
| | $79.00 | | | |
| | $79.00 | | | |
| | $70.00 | | | |
| | $316.00 | | | |
| | $276.50 | | | |
| | | | | $1,891.91 |
| | | | | |
| 02/25/2005 | $170.00 | | | |
| | $115.50 | | | |
| | $50.00 | | | |
| | $382.50 | | | |
| | $170.00 | | | |
| | $50.00 | | | |
| | $255.00 | | | |
| | $66.00 | | | |
| | $85.00 | | | |
| | $49.50 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $66.00 | | | |
| | $85.00 | | | |
| | $170.00 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $170.00 | | | |
| | $127.50 | | | |
| | $75.00 | | | |
| | $127.50 | | | |
| | | | | $195.95 |
| | | | | |
| 03/24/2005 | $170.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $127.50 | | | |
| | $127.50 | | | |
| | $127.50 | | | |
| | $297.50 | | | |
| | $127.50 | | | |
| | $127.50 | | | |
| | $650.00 | | | |
| | $170.00 | | | |
| | $350.00 | | | |
| | $510.00 | | | |
| | $100.00 | | | |
| | $212.50 | | | |
| | $170.00 | | | |
| | | | | $314.55 |
| 04/19/2005 | $150.00 | | | |
| | $85.00 | | | |
| | $85.00 | | | |
| | $170.00 | | | |
| | $42.50 | | | |
| | $127.50 | | | |
| | $127.50 | | | |
| | $42.50 | | | |
| | $75.00 | | | |
| | $127.50 | | | |
| | $850.00 | | | |
| | $42.50 | | | |
| | $100.00 | | | |
| | $308.00 | | | |
| | $125.00 | | | |
| | $170.00 | | | |
| | | | | $50.02 |
| 05/27/2005 | $25.00 | | | |
| | $85.00 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $38.50 | | | |
| | $85.00 | | | |
| | $212.50 | | | |
| | $85.00 | | | |
| | $222.00 | | | |
| | $85.00 | | | |
| | $297.50 | | | |
| | $115.50 | | | |
| | $127.50 | | | |
| | | | | $206.88 |
| 06/22/2005 | $85.00 | | | |
| | | $725.00 | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $1,190.00 | | | |
| | | $885.50 | | |
| | | $650.00 | | |
| | | $467.50 | | |
| | | $650.00 | | |
| | | $32.50 | | |
| | | $212.50 | | |
| | | $462.00 | | |
| | | $1,575.00 | | |
| | | $1,007.50 | | |
| | | $340.00 | | |
| | | $1,232.00 | | |
| | | $425.00 | | |
| | | $1,625.00 | | |
| | $637.50 | | | |
| | | $616.00 | | |
| | | $1,625.00 | | |
| | | $3,542.50 | | |
| | $510.00 | | | |
| | $1,501.50 | | | |
| | | $2,100.00 | | |
| | | $2,372.50 | | |
| | $977.50 | | | |
| | | | $225.00 | |
| | $2,618.00 | | | |
| | | $2,050.00 | | |
| | | $2,015.00 | | |
| | $595.00 | | | |
| | $1,578.50 | | | |
| | | $1,375.00 | | |
| | $1,190.00 | | | |
| | | $2,850.00 | | |
| | | $2,762.50 | | |
| | | $1,827.50 | | |
| | $3,349.50 | | | |
| | | $11.00 | | |
| | | $3,200.00 | | |
| | | $3,087.50 | | |
| | $2,082.50 | | | |
| | | $3,542.00 | | |
| | | $3,200.00 | | |
| | | $2,437.50 | | |
| | | $238.00 | | |
| | | $1,997.50 | | |
| | | $3,311.00 | | |
| | | $775.00 | | |
| | | $637.50 | | |
| | | $50.00 | | |
| | $510.00 | | | |
| | $1,386.00 | | | |