KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $125.00 | | | |
| | | $65.00 | | |
| | $467.50 | | | |
| | | $175.00 | | |
| | | $1,072.50 | | |
| | $807.50 | | | |
| | $2,579.50 | | | |
| | $209.00 | | | |
| | $50.00 | | | |
| | $765.00 | | | |
| | | $423.50 | | |
| | | $550.00 | | |
| | $467.50 | | | |
| | $170.00 | | | |
| | | $585.00 | | |
| | $25.00 | | | |
| | | $65.00 | | |
| | $1,020.00 | | | |
| | $1,848.00 | | | |
| | | | | $752.81 |
| | | | | |
| 07/22/2005 | | $275.00 | | |
| | | $467.50 | | |
| | | $1,116.50 | | |
| | | $1,275.00 | | |
| | | $2,112.50 | | |
| | $1,530.00 | | | |
| | | $1,150.00 | | |
| | | $1,332.50 | | |
| | | $935.00 | | |
| | $1,578.50 | | | |
| | | $1,332.50 | | |
| | $1,193.50 | | | |
| | | $1,025.00 | | |
| | | $942.50 | | |
| | | $2,350.00 | | |
| | | $2,990.00 | | |
| | $1,572.50 | | | |
| | $475.00 | | | |
| | $693.00 | | | |
| | | $2,925.00 | | |
| | | $2,047.50 | | |
| | | $3,060.00 | | |
| | | $1,116.50 | | |
| | | $275.00 | | |
| | | $2,100.00 | | |
| | | $1,657.50 | | |
| | | $102.00 | | |
| | $1,572.50 | | | |
| | | $308.00 | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | $275.00 | | |
| | $297.50 | | | |
| | $3,157.00 | | | |
| | $900.00 | | | |
| | $127.50 | | | |
| | | | $1,886.50 | |
| | $825.00 | | | |
| | $675.00 | | | |
| | $467.50 | | | |
| | $297.50 | | | |
| | $425.00 | | | |
| | | $65.00 | | |
| | $680.00 | | | |
| | $423.50 | | | |
| | $892.50 | | | |
| | | $125.00 | | |
| | $297.50 | | | |
| | | | $200.00 | |
| | | $756.00 | | |
| | $85.00 | | | |
| | | $100.00 | | |
| | | $420.00 | | |
| | $212.50 | | | |
| | $50.00 | | | |
| | | $546.00 | | |
| | $255.00 | | | |
| | $168.00 | | | |
| | $85.00 | | | |
| | | $882.00 | | |
| | $382.50 | | | |
| | | | | $3,142.79 |
| | | | | |
| 08/24/2005 | | $25.00 | | |
| | $85.00 | | | |
| | | $500.50 | | |
| | | $25.00 | | |
| | $467.50 | | | |
| | $85.00 | | | |
| | | $150.00 | | |
| | $127.50 | | | |
| | $170.00 | | | |
| | | $50.00 | | |
| | $42.50 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | | | | $6,647.46 |
| | | | | |
| 09/22/2005 | $127.50 | | | |
| | $154.00 | | | |
| | $170.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $125.00 | | | |
| | $340.00 | | | |
| | $154.00 | | | |
| | $127.50 | | | |
| | $212.50 | | | |
| | $170.00 | | | |
| | | $100.00 | | |
| | $150.00 | | | |
| | $127.50 | | | |
| | | | $200.00 | |
| | | | $200.00 | |
| | | | $350.00 | |
| | $25.00 | | | |
| | | | | $651.46 |
| | | | | |
| 10/24/2005 | $127.50 | | | |
| | $170.00 | | | |
| | | $65.00 | | |
| | $127.50 | | | |
| | $847.00 | | | |
| | $85.00 | | | |
| | | $808.50 | | |
| | | $1,202.50 | | |
| | $127.50 | | | |
| | | $462.00 | | |
| | | $552.50 | | |
| | $127.50 | | | |
| | | $1,235.00 | | |
| | | $1,235.00 | | |
| | | $1,722.50 | | |
| | | $780.00 | | |
| | $807.50 | | | |
| | | $2,387.00 | | |
| | | $292.50 | | |
| | $297.50 | | | |
| | $231.00 | | | |
| | | $539.00 | | |
| | $308.00 | | | |
| | | | | $287.15 |
| | | | | |
| 11/07/2005 | $127.50 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $2,387.00 | | | |
| | $1,193.50 | | | |
| | $4,350.50 | | | |
| | $3,965.50 | | | |
| | $462.00 | | | |
| | | | $1,886.50 | |
| | $2,656.50 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | $1,617.00 | | |
| | | | | $613.50 |
| | | | | |
| 12/19/2005 | $85.00 | | | |
| | $231.00 | | | |
| | $390.00 | | | |
| | $212.50 | | | |
| | $42.50 | | | |
| | $2,733.50 | | | |
| | | $2,387.00 | | |
| | | $942.50 | | |
| | | $97.50 | | |
| | $127.50 | | | |
| | $127.50 | | | |
| | $500.50 | | | |
| | $127.50 | | | |
| | | $1,501.50 | | |
| | | | | $739.91 |
| | | | | |
| 01/23/2006 | $127.50 | | | |
| | | $192.50 | | |
| | $127.50 | | | |
| | $127.50 | | | |
| | $102.00 | | | |
| | $127.50 | | | |
| | $85.00 | | | |
| | $382.50 | | | |
| | | $231.00 | | |
| | $212.50 | | | |
| | $212.50 | | | |
| | $127.50 | | | |
| | | $32.50 | | |
| | $382.50 | | | |
| | $807.50 | | | |
| | | $552.50 | | |
| | | | | $2,770.16 |
| | | | | |
| 02/21/2006 | | $319.50 | | |
| | $135.00 | | | |
| | | $958.50 | | |
| | $225.00 | | | |
| | | $674.50 | | |
| | $90.00 | | | |
| | | $284.00 | | |
| | $135.00 | | | |
| | $135.00 | | | |
| | | $639.00 | | |
| | $180.00 | | | |
| | | $1,599.00 | | |
| | | $180.00 | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | $71.00 | | |
| | | $71.00 | | |
| | $135.00 | | | |
| | | | | $267.71 |
| | | | | |
| 03/29/2006 | | | $90.00 | |
| | $319.50 | | | |
| | | $49.00 | | |
| | | $405.00 | | |
| | $781.00 | | | |
| | | $661.50 | | |
| | | $405.00 | | |
| | | $533.00 | | |
| | $1,597.50 | | | |
| | | $808.50 | | |
| | $495.00 | | | |
| | $246.00 | | | |
| | | $1,065.00 | | |
| | | $1,151.50 | | |
| | $630.00 | | | |
| | | $902.00 | | |
| | | $1,846.00 | | |
| | | $833.00 | | |
| | $540.00 | | | |
| | | $2,706.00 | | |
| | | $390.50 | | |
| | $630.00 | | | |
| | | $205.00 | | |
| | $177.50 | | | |
| | $180.00 | | | |
| | | | $284.00 | |
| | $180.00 | | | |
| | | | $902.00 | |
| | $461.50 | | | |
| | $720.00 | | | |
| | $2,829.00 | | | |
| | $390.50 | | | |
| | $990.00 | | | |
| | $3,362.00 | | | |
| | $319.50 | | | |
| | $630.00 | | | |
| | | | $1,271.00 | |
| | $287.00 | | | |
| | | | $319.50 | |
| | $90.00 | | | |
| | | | $106.50 | |
| | $135.00 | | | |
| | | | $779.00 | |
| | | | $71.00 | |
| | $315.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | $270.00 | |
| | | | $225.00 | |
| | | | $533.00 | |
| | $284.00 | | | |
| | $1,080.00 | | | |
| | | | $492.00 | |
| | | | | $460.99 |
| | | | | |
| 04/28/2006 | $497.00 | | | |
| | $129.00 | | | |
| | | | $360.00 | |
| | $328.00 | | | |
| | $781.00 | | | |
| | $270.00 | | | |
| | $328.00 | | | |
| | $461.50 | | | |
| | | | $90.00 | |
| | $284.00 | | | |
| | | | $1,118.00 | |
| | $360.00 | | | |
| | $225.00 | | | |
| | $270.00 | | | |
| | | | $135.00 | |
| | | | $135.00 | |
| | $82.00 | | | |
| | | | $270.00 | |
| | $492.00 | | | |
| | $90.00 | | | |
| | $123.00 | | | |
| | $90.00 | | | |
| | $90.00 | | | |
| | | | $90.00 | |
| | | $90.00 | | |
| | $390.00 | | | |
| | $180.00 | | | |
| | | | | $1,253.01 |
| | | | | |
| 05/23/2006 | $1,410.00 | | | |
| | $90.00 | | | |
| | | | $30.00 | |
| | $405.00 | | | |
| | $123.00 | | | |
| | | | $270.00 | |
| | $120.00 | | | |
| | $82.00 | | | |
| | $60.00 | | | |
| | $60.00 | | | |
| | | | $210.00 | |
| | | | $86.00 | |
| | $270.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | $870.00 | | | |
| | $225.00 | | | |
| | $630.00 | | | |
| | $60.00 | | | |
| | $765.00 | | | |
| | | | $738.00 | |
| | | | $2,130.00 | |
| | | | $585.00 | |
| | | | $3,060.00 | |
| | | | $230.00 | |
| | $1,260.00 | | | |
| | | | $1,890.00 | |
| | $1,440.00 | | | |
| | | | $1,080.00 | |
| | $720.00 | | | |
| | | | $1,640.00 | |
| | | | $2,520.00 | |
| | $1,530.00 | | | |
| | | | $861.00 | |
| | | | $3,240.00 | |
| | $360.00 | | | |
| | | | $4,961.00 | |
| | | | $120.00 | |
| | $225.00 | | | |
| | $82.00 | | | |
| | | | $270.00 | |
| | | | | $2,705.15 |
| | | | | |
| 06/30/2006 | $246.00 | | | |
| | | | $360.00 | |
| | | | $107.50 | |
| | | | $328.00 | |
| | | | $390.00 | |
| | | | $344.00 | |
| | | | $540.00 | |
| | | | $946.00 | |
| | | | $330.00 | |
| | $405.00 | | | |
| | | | $210.00 | |
| | $90.00 | | | |
| | | | $246.00 | |
| | | | $60.00 | |
| | | | $630.00 | |
| | | | $120.00 | |
| | $45.00 | | | |
| | $135.00 | | | |
| | | | $120.00 | |
| | $90.00 | | | |
| | | | $60.00 | |
| | $180.00 | | | |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | $750.00 | |
| | $135.00 | | | |
| | | | $1,470.00 | |
| | $450.00 | | | |
| | | | $492.00 | |
| | | | $150.00 | |
| | | | $1,530.00 | |
| | $675.00 | | | |
| | | | $492.00 | |
| | | | $180.00 | |
| | $135.00 | | | |
| | | | $328.00 | |
| | $180.00 | | | |
| | $390.00 | | | |
| | | | $536.50 | |
| | | | $120.00 | |
| | $90.00 | | | |
| | $90.00 | | | |
| | | | | $1,919.24 |
| | | | | |
| 07/17/2006 | | | $30.00 | |
| | $90.00 | | | |
| | $180.00 | | | |
| | | | $351.50 | |
| | | | $536.50 | |
| | $240.00 | | | |
| | | | $407.00 | |
| | $135.00 | | | |
| | | | $333.00 | |
| | | | $499.50 | |
| | | | $1,470.00 | |
| | | | $943.50 | |
| | $90.00 | | | |
| | | | $390.00 | |
| | | | $943.50 | |
| | $90.00 | | | |
| | $90.00 | | | |
| | $90.00 | | | |
| | $90.00 | | | |
| | $120.00 | | | |
| | | | | $47.22 |
| | | | | |
| 08/23/2006 | | | $90.00 | |
| | $180.00 | | | |
| | | | $90.00 | |
| | | | $60.00 | |
| | | | $390.00 | |
| | | | $960.00 | |
| | | | $1,260.00 | |
| | | | | $883.32 |

KIRKPATRICK LOCKHART NICHOLSON GRAHAM'S INVOICES

| INVOICE DATE | PREFERENCE & RECOVERY ACTIONS | RECOVERY ACTION | SAUDI ARAMCO ACTION | COSTS |
|---|---|---|---|---|
| | | | | |
| 09/27/2006 | | | $1,080.00 | |
| | | | $690.00 | |
| | $135.00 | | | |
| | | | $1,110.00 | |
| | $930.00 | | | |
| | | | $90.00 | |
| | $135.00 | | | |
| | $45.00 | | | |
| | $30.00 | | | |
| | | | $90.00 | |
| | $90.00 | | | |
| | | | $82.00 | |
| | $82.00 | | | |
| | $780.00 | | | |
| | | | | $3,759.46 |
| | | | | |
| 10/13/2006 | | | $600.00 | |
| | $123.00 | | | |
| | | | $1,230.00 | |
| | | | $690.00 | |
| | $90.00 | | | |
| | | | $210.00 | |
| | | | $60.00 | |
| | $90.00 | | | |
| | | | $30.00 | |
| | | | $90.00 | |
| | $90.00 | | | |
| | | | | $221.89 |
| | | | | |
| 11/16/2006 | | | $30.00 | |
| | $90.00 | | | |
| | $45.00 | | | |
| | $630.00 | | | |
| | | $450.00 | | |
| | | $492.00 | | |
| | | $1,740.00 | | |
| | | $225.00 | | |
| | | $810.00 | | |
| | $1,050.00 | | | |
| | $720.00 | | | |
| | | $180.00 | | |
| | | $180.00 | | |
| | | $240.00 | | |
| | $135.00 | | | |
| | | | | $359.15 |
| | | | | |
| TOTAL | $1,553,254.25 | $319,557.50 | $92,207.50 | $151,445.99 |