# EXHIBIT E

# KEY

<u>Preference and Recovery Actions</u>

<u>Recovery Action</u>

<u>Saudi Aramco Action</u>

```
Proforma Number:  1001778                                    KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP        21 Nov 2006             Page (3)   3
Invoice Number:   ******                                                                                        Batch #:      1124139
Client: Samba Financial Group                                                                                   Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                                                                             Matter Number: 0508830.0901
```

UNBILLED FEES - UNBILLED TIME

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| A. B. Abbott | 18231475 | | 05804 | 2 Nov 2006 | Attention to email from A. Mahrous; review invoices | .30 | 90.00 |
| J. C. Hutchins | 18232347 | | 05094 | 2 Nov 2006 | Review and analyze Shaw original statement of issues on appeal. | .20 | 90.00 |
| A. B. Abbott | 18236851 | | 05804 | 3 Nov 2006 | Draft email to A. Mahrous; conference with D. Rosenfeld regarding same; review invoices | 1.40 | 420.00 |
| J. C. Hutchins | 18239455 | | 05094 | 3 Nov 2006 | Receive and review e-mail from K. Mangan; review and analyze revised memorandum opinion regarding damages and corrected order. | .60 | 270.00 |
| A. B. Abbott | 18236921 | | 05804 | 4 Nov 2006 | Review invoices in connection with preparation of itemization of attorneys' fees | 1.70 | 510.00 |
| A. B. Abbott | 18236948 | | 05804 | 5 Nov 2006 | Review invoices in connection with preparation of itemization of attorneys' fees | 1.10 | 330.00 |
| A. B. Abbott | 18244405 | | 05804 | 6 Nov 2006 | Review invoices | .30 | 90.00 |
| D. E. Rosenfeld | 18246459 | | 05127 | 6 Nov 2006 | Review correspondence | .30 | 123.00 |
| A. B. Abbott | 18251546 | | 05804 | 7 Nov 2006 | Review invoices | .90 | 270.00 |
| A. B. Abbott | 18261678 | | 05804 | 9 Nov 2006 | Review invoices; conference with R. Cahill regarding preparation of index for itemization of costs and fees | 3.90 | 1,170.00 |
| R. Cahill | 18264471 | | 05780 | 9 Nov 2006 | Work on excel chart re attorney's fees | 2.10 | 388.50 |
| R. Cahill | 18264475 | | 05780 | 10 Nov 2006 | Work on excel chart re attorney's fees | 4.60 | 851.00 |
| A. B. Abbott | 18271175 | | 05804 | 12 Nov 2006 | Review invoices | 1.00 | 300.00 |
| A. B. Abbott | 18282563 | | 05804 | 13 Nov 2006 | Review invoices; draft itemization of costs and fees; conferences with R. Cahill | 2.70 | 810.00 |

```
Proforma Number: 1001778                                      KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP                        21 Nov 2006                    Page (4)   4
Invoice Number: ******                                                                                                           Batch #:          1124139
Client:    Samba Financial Group                                                                                                 Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                                                                                              Matter Number: 0508830.0901
```

UNBILLED FEES - UNBILLED TIME

| TIMEKEEPER | INDEX | T/A CODE TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| R. Cahill | 18272214 | 05780 | 13 Nov 2006 | Work on excel chart re attorney's fees regarding same' | 2.70 | 499.50 |
| A. B. Abbott | 18289001 | 05804 | 14 Nov 2006 | Draft itemization of costs and fees; conferences with D. Rosenfeld regarding same | 6.80 | 2,040.00 |
| R. Cahill | 18282026 | 05780 | 14 Nov 2006 | Work on excel chart re attorney's fees | 3.10 | 573.50 |
| A. B. Abbott | 18295392 | 05804 | 15 Nov 2006 | Attention to emails to/from D. Rosenfeld and A. Mahrous; review and revise itemization of fees and costs | 1.50 | 450.00 |
| A. B. Abbott | 18303446 | 05804 | 16 Nov 2006 | Review and revise itemization of fees and costs; conference with D. Rosenfeld regarding same; draft email to J. Hutchins regarding same; revise mediation position statement | 4.50 | 1,350.00 |
| J. C. Hutchins | 18304509 | 05094 | 16 Nov 2006 | Receive and review e-mail from A. Abbott with draft of itemization of fees and expenses; review and analyze itemization; brief conference with D. Rosenfeld regarding same. | .60 | 270.00 |
| A. B. Abbott | 18309528 | 05804 | 17 Nov 2006 | Review and revise mediation position paper; draft emails to J. Hutchins and D. Rosenfeld regarding same | 5.40 | 1,620.00 |
| J. C. Hutchins | 18314369 | 05094 | 17 Nov 2006 | Revise and edit A. Abbott draft of itemization of SAMBA fees and expenses; prepare and send e-mail to A. Abbott regarding same; receive and review e-mail from A. Abbott; prepare and send e-mail to A. Abbott; review and analyze A. Abbott draft mediation statement (regarding Saudi Aramco intervention mediation); revise and edit same; prepare and send e-mail to A. Abbott with track changes. | 2.40 | 1,080.00 |
| A. B. Abbott | 18309585 | 05804 | 19 Nov 2006 | Review and revise itemization of fees and costs; draft affidavits; attention to emails to/from J. Hutchins, D. Rosenfeld and K. Mangan regarding same | 5.70 | 1,710.00 |
| A. B. Abbott | 18318313 | 05804 | 20 Nov 2006 | Finalize itemization of fees and costs and | 9.80 | 2,940.00 |

```
Proforma Number: 1001778                                              21 Nov 2006      Page (5) 5
Invoice Number: ******                                                Batch #: 1124139
Client: Samba Financial Group                                         Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                                   Matter Number: 0508830.0901
```

## KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

### UNBILLED FEES - UNBILLED TIME

| TIMEKEEPER | INDEX | T/A CODE | TKID | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| R. Cahill | 18314180 | | 05780 | 20 Nov 2006 | Work on attorneys fees filing | 7.70 | 1,424.50 |
| J. C. Hutchins | 18318611 | | 05094 | 20 Nov 2006 | Receive and review e-mail from A. Abbott with revised drafts of itemizations (x3); review and analyze draft itemizations of SAMBA fees and expenses; conference with A. Abbott regarding same; review and analyze draft affidavits and exhibits; telephone conference with A. Abbott regarding reconciliation of fees, etc. | 1.90 | 855.00 |
| | | | | | supporting affidavits for filing and service; conferences with J. Hutchins regarding same; telephone conferences with K. Mangan and H. Sasso regarding same | | |

```
                                      TOTAL FEES - UNBILLED TIME      73.20     20,525.00
                                                                   ========  ============
```

```
Proforma Number: 1001778                                              21 Nov 2006              Page (6) 6
Invoice Number: ******                                                Batch #:    1124139
Client:  Samba Financial Group                                        Inventory Manager: Allensworth,
Matter Description: Guaranty Matter                                   Matter Number:  0508830.0901
```

### KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

#### TIMEKEEPER SUMMARY

| TKID  | TIMEKEEPER NAME | RANK       | HOURS | RATE   | AMOUNT    |
|-------|-----------------|------------|-------|--------|-----------|
| 05127 | D. E. Rosenfeld | Partner    | .30   | 410.00 | 123.00    |
| 05804 | A. B. Abbott    | Associate  | 47.00 | 300.00 | 14,100.00 |
| 05780 | R. Cahill       | Paralegal  | 20.20 | 185.00 | 3,737.00  |
| 05094 | J. C. Hutchins  | Of Counsel | 5.70  | 450.00 | 2,565.00  |
|       |                 | TOTAL      | 73.20 |        | 20,525.00 |
|       |                 |            | ===== |        | ========= |

Proforma Number: 1001778
Invoice Number: ******
Client: Samba Financial Group
Matter Description: Guaranty Matter

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

21 Nov 2006
Batch #: 1124139
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

Page (7) 7

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 9494061 | 10 | 05094 | 10 Nov 2006 | Long Distance Courier FEDEX Invoice dtd 10/30/06 re J Hutchins to Ahmed Mahrous at Saudi American Bank 10/20/06 | 53.88 | 53.88 | 1 |
| 9494063 | 10 | 05009 | 10 Nov 2006 | Long Distance Courier FEDEX Invoice dtd 10/30/06 re R B Allensworth to Ahmed Mahrous at Saudi American Bank 10/20/06 | 53.88 | 53.88 | 1 |
| 9502438 | 10 | 05094 | 20 Nov 2006 | Long Distance Courier FEDEX Invoice dtd 11/6/06 re J Hutchins to Ahmed Mahrous at Saudi American Bank 11/2/06 | 53.88 | 53.88 | 1 |
| | | | | Subtotal Long Distance Courier | 161.64 | 161.64 | |
| 9502515 | 94h | 05804 | 20 Nov 2006 | Arbitration Services - Connolly Bove Lodge & Hutz LLP Guaranty Matter Voucher # 879622    Check # 5013333* | 1,000.00 | 1,000.00 | 1 |
| | | | | Subtotal Arbitration Services | 1,000.00 | 1,000.00 | |
| 9498664 | 97h | 05127 | 15 Nov 2006 | Other-Payment for Monzack & Monaco-local Counsel | (355.50) | (355.50) | 1 |
| 9499577 | 97h | 05127 | 16 Nov 2006 | Other - Monzack and Monaco PA Payment of local counsel fees Voucher # 878887    Check # 5013273 | 88.00 | 88.00 | 1 |
| 9499578 | 97h | 05127 | 16 Nov 2006 | Other - Monzack and Monaco PA Payment of local counsel fees Voucher # 878888    Check # 5013273 | 267.50 | 267.50 | 1 |
| | | | | Subtotal Other | .00 | .00 | |
| | | | | **TOTAL DISBURSEMENTS AND OTHER CHARGES** | 1,161.64 | 1,161.64 | |

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Proforma Number: 1001778
Invoice Number: ******
Client: Samba Financial Group
Matter Description: Guaranty Matter

21 Nov 2006
Batch #: 1124139
Inventory Manager: Allensworth,
Matter Number: 0508830.0901

Page (8) 8

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|----------------|-----------------|
| 10   | Long Distance Courier | 161.64 | 161.64 |
| 94h  | Arbitration Services  | 1,000.00 | 1,000.00 |
| 97h  | Other                 | .00 | .00 |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | | 1,161.64 | 1,161.64 |