# EXHIBIT A

**CLOSED, DismPrej**

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Adversary Proceeding #: 01-01120-PJW

*Assigned to:* Peter J. Walsh
*Related BK Case:* 00-02142
*Related BK Title:* STONE & WEBSTER, INCORPORATED
*Related BK Chapter:* 11
*Demand:* $975000
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 08/03/01
*Date Terminated:* 05/26/04
*Date Dismissed:* 05/25/04

**Plaintiff**
-----------------------

**STONE & WEBSTER, INC., ET AL**     represented by **Gary Adam Rubin**
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
302-651-3000
Fax : 302-651-3001
Email: garubin@skadden.com

**Gregg M. Galardi**
Skadden, Arps, Slate, Meagher
One Rodney Square
Wilmington, DE 19899
usa
302 651-3000
Fax : 302-651-3001
Email: ggalardi@skadden.com
*LEAD ATTORNEY*

**STONE & WEBSTER ENGINEERING CORPORATION**     represented by **Gary Adam Rubin**
(See above for address)

**Gregg M. Galardi**
(See above for address)
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**SAUDI AMERICAN BANK**     represented by
Flour Arabia Building                    **Francis A. Monaco Jr.**
Monzack and Monaco, P.A.

P.O. Box 842
Al Khobar 31952
Saudia Ara

1201 Orange St., Ste 400
Wilmington, DE 19801
usa
302 656-8162
Fax : 302-656-2769
Email: fmonaco@monlaw.com

**Kevin J Mangan**
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
302-656-8162
Fax : 302-656-2769
Email: kmangan@monlaw.com

**Successor Trustee**
-------------------------

**SWE&C Liquidating Trust**

| Filing Date | # | Docket Text |
|---|---|---|
| 08/03/2001 | 1 | Complaint by STONE & WEBSTER, INC., ET AL, STONE & WEBSTER ENGINEERING CORPORATION against SAUDI AMERICAN BANK. Receipt Number 054286, Fee Amount $150. (Galardi, Gregg) Modified on 8/3/2001 (IDD, ). Additional attachment(s) added on 8/3/2001 (IDD, ). Modified on 8/8/2001 (Seningen, Donna). (Entered: 08/03/2001) |
| 08/03/2001 | 2 | Summons Issued on 9/18/01 Answer Due 10/8/2001 Filed by STONE & WEBSTER ENGINEERING CORPORATION . (CAM, )(Pre-Trial Conference - Hearing To Be Determined) Re: Doc. #1 Modified on 9/18/2001 (CAM, ). (Entered: 09/18/2001) |
| 08/03/2001 | 3 | Amended/Summons Issued on 9/18/01 Answer Due 10/18/2001 Filed by STONE & WEBSTER ENGINEERING CORPORATION . Pre-Trial Conference-Hearing To Be Determined Re: Doc. #2 (CAM, ) (Entered: 09/18/2001) |
| 10/18/2001 | 4 | Response *Answer to Complaint* Filed by SAUDI AMERICAN BANK (related document(s)1). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 10/18/2001) |
| 11/02/2001 | 5 | Notice of Service *of Plaintiff's First Request for Production of Documents Directed to Saudi American Bank and Plaintiffs' First Set of Interrogatories to Saudi American Bank* Filed by STONE & WEBSTER ENGINEERING CORPORATION. (Fink, Mark) (Entered: 11/02/2001) |
|  |  |  |

| | | |
|---|---|---|
| 11/28/2001 | 6 | Notice of Hearing *PRE-TRIAL CONFERENCE* Filed by STONE & WEBSTER ENGINEERING CORPORATION. Hearing scheduled for 1/17/2001 at 10:00 AM (check with court for location). (Galardi, Gregg) (Entered: 11/28/2001) |
| 01/07/2002 | 7 | Motion to Consolidate for Trial *Motion for Consolidation or Dismissal* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2002) |
| 01/07/2002 | 8 | Memorandum of Law *in Support of Saudi American Bank's Motion for Consolidation or Dismissal* Filed by SAUDI AMERICAN BANK (related document(s)7). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/07/2002) |
| 01/14/2002 | 9 | Motion for Summary Judgment *(Debtors' Motion)* Filed by STONE & WEBSTER, INC., ET AL. Hearing scheduled for 1/25/2002 at 11:00 AM at US District Court, 844 King St., Wilmington, Delaware. Objections due by 1/22/2002. (Attachments: # 1 Notice # 2 Debtors' Brief In Opposition to Saudi American Bank's Motion for Consolidation or Dismissal and in Support of Debtors' Motion for Summary Judgment# 3 Proposed Form of Order # 4 Certificate of Service) (Rubin, Gary) (Entered: 01/14/2002) |
| 01/17/2002 | 10 | Judgment on Pleadings - Motion *Debtors' Motion for Partial Judgement on the Pleadings* Filed by STONE & WEBSTER, INC., ET AL. Hearing scheduled for 2/21/2002 at 11:30 AM at US District Court, 844 King St., Wilmington, Delaware. Objections due by 2/8/2002. (Attachments: # 1 Notice # 2 Debtors' Brief In Support of Debtors' Motion for Partial Judgment on the Pleadings# 3 Proposed Form of Order # 4 Certificate of Service) (Rubin, Gary) (Entered: 01/17/2002) |
| 01/22/2002 | 11 | Response to *Plaintiff Saudi American Bank's Opposition to Debtors' Motion for Summary Judgment and Reply to Debtors' Opposition to Plaintiff's Motion for Consolidation or Dismissal* Filed by SAUDI AMERICAN BANK (related document(s)9). (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 01/22/2002) |
| 01/22/2002 | 12 | Notice of Service of Discovery *of the Response of Saudi American Bank to Plaintiffs' First Set of Interrogatories* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Service List)(Monaco Jr., Francis) (Entered: 01/22/2002) |
| 01/22/2002 | 13 | Notice of Service of Discovery *of the Response of Saudi American Bank to Plaintiffs' First Request for Production of Documents* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Service List) (Monaco Jr., Francis) (Entered: 01/22/2002) |

| | | |
|---|---|---|
| 01/22/2002 | 14 | Notice of Service of Discovery *Saudi American Bank's First Set of Interrogatories Propounded to Plaintiffs Stone & Webster, Incorporated and Stone & Webster Engineering Corporation* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Service List) (Monaco Jr., Francis) (Entered: 01/22/2002) |
| 01/22/2002 | 15 | Notice of Service of Discovery *Saudi American Bank's First Request of Production of Documents and Things to Plaintiffs Stone & Webster, Incorporated and Stone & Webster Engineering Corporation* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Service List)(Monaco Jr., Francis) (Entered: 01/22/2002) |
| 01/24/2002 | 16 | Notice of Service of Discovery *Saudi American Bank's First Request for Production of Documents and Things to Defendant the Shaw Group Inc.* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 01/24/2002) |
| 01/24/2002 | 17 | Notice of Service of Discovery *of Saudi American Bank's First Set of Interrogatories Propounded to Defendant the Shaw Group, Inc.* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 01/24/2002) |
| 01/24/2002 | 18 | Response to Motion *of the Shaw Group Inc's Response to Saudi American Bank's Motion for Leave to File an Amended Complaint and for Consolidation or Dismissal* Filed by SAUDI AMERICAN BANK (related document(s)7). (Mangan, Kevin) (Entered: 01/24/2002) |
| 02/06/2002 | 19 | Notice of Service of Discovery *of First Request for Admissions* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 02/06/2002) |
| 02/08/2002 | 20 | Objection to Motion *by Debtors for Partial Judgment on the Pleadings* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 02/08/2002) |
| 02/15/2002 | 21 | Reply *Debtors' Brief in Reply to Defendant Saudi American Bank's Opposition to Debtors' Motion for Partial Judgment on the Pleadings* Filed by STONE & WEBSTER, INC., ET AL (related document(s) 20). (Attachments: # 1 Certificate of Service # 2 Proposed Form of Order Revised Order) (Rubin, Gary) (Entered: 02/15/2002) |
| 02/15/2002 | 22 | Notice of Service of Discovery Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 02/15/2002) |
| 03/18/2002 | 23 | Notice of Service of Discovery Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin |

| | | |
|---|---|---|
| | | (Entered: 03/18/2002) |
| 03/26/2002 | 24 | Notice of Service of Discovery *of Supplelemtal Response to the Shaw Group, Inc.'s First Request for Admissions* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/26/2002) |
| 04/04/2002 | 25 | Notice of Service of Discovery *(Supplemental Response to the Shaw Group, Inc.'s First Request for Admissions)* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 04/04/2002) |
| 04/09/2002 | 26 | Notice of Service of Discovery *First Request for Admissions Directed to Defendant and Second Set of Interrogatories Propounded to Defendant* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 04/09/2002) |
| 04/17/2002 | 27 | Notice of Filing *of Cancellation of Trial* Filed by STONE & WEBSTER ENGINEERING CORPORATION. (Rubin, Gary) (Entered: 04/17/2002) |
| 06/04/2002 | | Judge Peter J. Walsh added to case. (MEL, ) (Entered: 06/04/2002) |
| 06/07/2002 | 28 | Notice of Deposition *of Mr. Sheheryar Ali* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 06/07/2002) |
| 06/07/2002 | 29 | Notice of Deposition *(CORRECTED)* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 06/07/2002) |
| 07/12/2002 | 30 | Notice of Service *of Notice of Deposition of Charles Strauss*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 31 | Notice of Service *re: Notice of Deposition of Gary Graphia*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 32 | Notice of Service *re: Notice of Deposition of Gerard Halpin*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 33 | Notice of Service of Discovery *re: Notice of Deposition of Michael Mott*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/12/2002 | 34 | Notice of Service *re: Notice of Deposition of John Rase*. (Mangan, Kevin) (Entered: 07/12/2002) |
| 07/17/2002 | 35 | Notice of Service *of Notice of 30(b)(6) Deposition*. (Mangan, Kevin) (Entered: 07/17/2002) |
| | | |

| 07/22/2002 | 36 | Motion For Summary Judgment *(PARTIAL)* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 07/22/2002) |
| --- | --- | --- |
| 07/23/2002 | 37 | Affidavit/Declaration of Service *Regarding Debtor's Motion for Partial Summary Judgement (Docket No. 36)* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 07/23/2002) |
| 09/03/2002 | 38 | Brief *Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment* Filed by SAUDI AMERICAN BANK (related document(s)36). (Attachments: # 1 Exhibit A# 2 Service List) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/03/2002 | 39 | Exhibit *Declaration of Haider Al-Shakhes* Filed by SAUDI AMERICAN BANK (related document(s)38). (Attachments: # 1 Exhibit # 2 Service List) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/03/2002 | 40 | Exhibit *Declaration of Bhupendra Bharakda in SUpport of Answering Brief in Opposition to Debtors Motion for Partial SUmmary Judgment* Filed by SAUDI AMERICAN BANK (related document(s)38). (Attachments: # 1 Exhibit # 2 Certificate of Service) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/03/2002 | 41 | Motion to Strike *the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Exhibit Brief in Support of Motion to STrike# 2 Exhibit to Brief in Support of Motion to STrike# 3 Certificate of Service) (Mangan, Kevin) (Entered: 09/03/2002) |
| 09/09/2002 | 42 | Certification of Counsel *in Support of Order Granting Partial Judgment on the Pleadings (Re: Docket No. 10)* Filed by STONE & WEBSTER, INC., ET AL. (Attachments: # 1 Proposed Form of Order) (Rubin, Gary) (Entered: 09/09/2002) |
| 09/16/2002 | 43 | Order Granting Partial Judgment On The Pleadings. Signed on 9/16/2002 (Related Document(s)10). (TAS, ) (Entered: 09/17/2002) |
| 09/19/2002 | 44 | Motion to Strike *DEBTORS' MOTION TO STRIKE DECLARATIONS OF HAIDER AL-SHAKHES AND BHUPENDRA BHARAKDA* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/19/2002) |
| 09/19/2002 | 45 | Brief *DEBTORS' (I) REPLY BRIEF IN SUPPORT OF DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (II) ANSWERING BRIEF IN OPPOSITION TO SAUDI AMERICAN BANK'S MOTION TO STRIKE VERIFICATION OF JAMES P. CARROLL AND (III) OPENING BRIEF IN SUPPORT OF MOTION* |

|  |  |  |
|---|---|---|
|  |  | *TO STRIKE DECLARATIONS OF HAIDER AL-SHAKHES AND BHUPENDRA BHARAKDA* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/19/2002) |
| 09/19/2002 | 46 | Affidavit Re: *DECLARATION OF JAMES P. CARROLL, ON BEHALF OF DEBTORS, IN SUPPORT OF DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/19/2002) |
| 09/19/2002 | 47 | Notice of Completion of Briefing *and Request for Oral Argument on October 3, 2002* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/19/2002) |
| 09/19/2002 | 48 | Affidavit/Declaration of Service *of (i) Debtors' Motion to Strike, (ii) Debtors' (I) Reply Brief in Support of Debtors' Motion for Partial Summary Judgment, (II) Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and (III) Opening Brief in Support of Motion to Strike Declarations of Haider al-Shakhes and Bhupendra Bharakda, (iii) Declaration of James P. Carroll, and (iv) Notice of Completion of Briefing* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/19/2002) |
| 09/23/2002 | 49 | Objection to *Debtors' Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 09/23/2002) |
| 09/23/2002 | 50 | Motion For Summary Judgment *[Joint Stipulaton Regarding Extension of Time to Respond to Defendant the Shaw Group, Inc.'s Motion for Summary Judgment]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 09/23/2002) |
| 09/24/2002 | 51 | Reply *(I) to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and (II) Answering Brief ini Opposition to Debtors' Motion to Strike Declaration of Haider Al-Shakhes and Bhupendra Bharakda* Filed by SAUDI AMERICAN BANK (related document(s)41, 44). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# (Mangan, Kevin) Additional attachment(s) added on 9/25/2002 (MEL, ). (Entered: 09/24/2002) |
| 09/26/2002 | 52 | ORDER APPROVING JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANT THE SHAW GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT- Order signed on 9/26/2002 (related document(s)50). (MDE, ) (Entered: 09/27/2002) |

| 09/30/2002 | 53 | Notice of Completion of Briefing *and Request for Oral Argument on October 3, 2002* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 09/30/2002) |
|---|---|---|
| 09/30/2002 | 54 | Notice of Pretrial Conference Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. Pre-Trial Conference set for 10/3/2002 at 01:30 PM (check with court for location). (Rubin, Gary) (Entered: 09/30/2002) |
| 10/01/2002 | 55 | Motion for Leave to File Reply *[Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Exhibit 1# 2 Proposed Form of Order # 3 Certificate of Service) (Mangan, Kevin) (Entered: 10/01/2002) |
| 10/01/2002 | 56 | Objection to Motion *Debtors; Answering Brief in Opposition to Motion of Saudi American Bank for Leave to File Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment* Filed by STONE & WEBSTER ENGINEERING CORPORATION (related document(s)55). (Rubin, Gary) (Entered: 10/01/2002) |
| 10/02/2002 | 57 | Notice of Completion of Briefing *relating to Saudi American Bank's Motion to Strike the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 10/02/2002) |
| 10/15/2002 | 58 | Amended Complaint *DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 10/15/2002) |
| 10/15/2002 | 59 | Affidavit/Declaration of Service *of (1) Debtors' Motion for Leave to File Amended Complaint and (2) Amended Complaint* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 10/15/2002) |
| 10/25/2002 | 60 | Objection to Motion *Answering Brief in Opposition to Debtors' Motion for Leave to File Amended Complaint* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Exhibit 1# 2 Certificate of Service) (Mangan, Kevin) (Entered: 10/25/2002) |
| 10/31/2002 | 61 | Notice of Completion of Briefing *Relating to Motion of Saudi American Bank For Leave to File Sur-Reply Brief In Opposition to Debtors' Motion for Partial Summary Judgment [Docket. No. 55]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 10/31/2002) |

| | | |
|---|---|---|
| 10/31/2002 | 62 | Notice of Completion of Briefing *Relating To Saudi American Bank's Motion For Consolidation or Dismissal* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 10/31/2002) |
| 11/04/2002 | 63 | Reply *Brief in Support of Debotrs' Motion for Leave to File Amended Complaint* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 11/04/2002) |
| 11/08/2002 | 64 | Notice of Completion of Briefing *of Debtors' Motion for Leave to File Amended Complaint* Filed by STONE & WEBSTER ENGINEERING CORPORATION. (Rubin, Gary) (Entered: 11/08/2002) |
| 12/06/2002 | 65 | Notice of Deposition *[Oral and Video Deposition]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 12/06/2002) |
| 12/06/2002 | 66 | Notice of Deposition *Regarding Oral and Video Deposition of Gerard A. Halpin, III* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 12/06/2002) |
| 12/16/2002 | 67 | Amended Notice of Deposition *[Re-notice of Oral and Video Deposition]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 12/16/2002) |
| 12/23/2002 | 68 | Brief *Plaintiff Saudi American Bank's Reply Brief in Response to the Shaw Group, Inc.'s Reply to SAMBA's Cross-Motion for Summary Judgment and in Further Support of SAMBA'S Cross-Motion for Summary Judgment* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Monaco Jr., Francis) (Entered: 12/23/2002) |
| 12/24/2002 | 69 | Notice of Hearing *NOTICE OF STATUS CONFERENCE* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. Hearing scheduled for 1/2/2003 at 02:00 PM (check with court for location). (Rubin, Gary) (Entered: 12/24/2002) |
| 12/31/2002 | 70 | Motion to Compel *the Depositions of John Rase and Michael W.Mott or Alternatively to Preclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW)* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Proposed Form of Order # (2) Certificate of Service) (Mangan, Kevin) (Entered: 12/31/2002) |
| 12/31/2002 | 71 | Brief *in Support of Motion to Compel Depositions of John RAse and* |

| | | |
|---|---|---|
| | | *Michael Mott* Filed by SAUDI AMERICAN BANK (related document(s)70). (Attachments: # 1 Exhibit 1 through 6# 2 Certificate of Service) (Mangan, Kevin) (Entered: 12/31/2002) |
| 01/02/2003 | 72 | Brief *{Amended - In Support of Its Motion to Compel the Depositions of John Rase and Michael W. Mott}* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Exhibit 1 to 6# 2 Certificate of Service) (Mangan, Kevin) (Entered: 01/02/2003) |
| 01/06/2003 | 73 | Notice of Service *Regarding Debtors' Third Set of Interrogatories Propounded to Saudi American Bank* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/06/2003) |
| 01/07/2003 | 74 | Notice of Service of Discovery *[Oral and Video Deposition]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 01/07/2003) |
| 01/07/2003 | 75 | Notice of Deposition *[Oral and Video of James P. Carroll]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 01/07/2003) |
| 01/07/2003 | 76 | Notice of Deposition *[Oral and Video of John C. Smith]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 01/07/2003) |
| 01/10/2003 | 77 | Brief *Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Compel the Depositions of John Rase and Michael Mott or Alternatively to Preclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW)* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/10/2003) |
| 01/15/2003 | 78 | Notice of Service *of Debtors' Second Set of Requests for Production of Documents and Third Set of Interrogatories Directed to Saudi American Bank* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/15/2003) |
| 01/17/2003 | 79 | Certificate of No Objection *(CORRECTED) CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/17/2003) |
| 01/21/2003 | 80 | Order Granting Leave to File Amended Complaint signed on 1/21/2003 (related document(s)58, 60, 63). (MAS, ) (Entered: |

| | | 01/23/2003) |
|---|---|---|
| 01/23/2003 | 81 | Amended Complaint *(Re: Docket No. 58)* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/23/2003) |
| 01/23/2003 | 82 | Affidavit/Declaration of Service *Regarding Amended Complaint (Docket No. 81)* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 01/23/2003) |
| 01/24/2003 | 83 | Notice of Service of Discovery *[Second Set of Interrogatories Propounded to Plaintiffs Stone & Webster, Incorporated and Stone & Webster Engineering Corporation]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 01/24/2003) |
| 02/03/2003 | 84 | Answer. Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 02/03/2003) |
| 02/07/2003 | 85 | Certification of Counsel *Regarding Stipulated Scheduling Order* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 02/07/2003) |
| 02/07/2003 | 86 | Notice of Service *Joint Stipulation Regarding Extension of Time for Saudi American Bank to Respond to Debtors' Third Set of Interrogatories, Second Set of Requests for Production of Documents and Fourth Set of Interrogatories; and, for Debtors to REspond to Saudi American Bank's Second Set of Interrogatories* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 02/07/2003) |
| 02/11/2003 | 87 | Scheduling Order (Stipulated) signed on 2/11/2003. Pre-Trial Conference set for 5/9/2003 at 01:30 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Trial date set for 5/14/2003 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. (Related document(s)85). (JSJ, ) Added Related Docket Number Modified on 2/20/2003 (JSJ, ). (Entered: 02/13/2003) |
| 02/19/2003 | 88 | Notice of Service of Discovery *[Debtors' Third Set of Interrogatories]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 02/19/2003) |
| 02/19/2003 | 89 | Order Regarding Joint Stipulation To Extend Time For Saudi American Bank To Respond To Debtors Third Set of Interrogatories, |

| | | |
|---|---|---|
| | | Second Set of Requests For Production of Documents & Fourth Set of Interrogatories; & For Debtors To Respond To Saudi American Bank's Second Set of Interrrogatories signed on 2/19/2003 (related document(s)86). (JSJ, ) (Entered: 02/21/2003) |
| 02/24/2003 | 90 | Notice of Service of Discovery regarding *DEBTORS' FIFTH SET OF INTERROGATORIES DIRECTED TO SAUDI AMERICAN BANK* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 02/24/2003) |
| 03/03/2003 | 91 | Notice of Service of Discovery *[Response of Saudi American and to Debtors Second Set of Requests for Production of Documents Directed to Saudi American Bank]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 03/03/2003) |
| 03/03/2003 | 92 | Notice of Service of Discovery *[Answer of Saudi American Bank to Debtors Fourth Set of Interrogatories Directed to Saudi American Bank]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 03/03/2003) |
| 03/03/2003 | 93 | Notice of Service of Discovery *[Saudi American Bank's Third Set of Interrogatories Propounded to Plaintiffs Stone & Webster, Incorporated and Stone & Webster Engineering Corporation]* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 03/03/2003) |
| 03/03/2003 | 94 | Notice of Service of Discovery Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 03/03/2003) |
| 03/07/2003 | 95 | Notice of Deposition *[Michael W. Mott]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/07/2003) |
| 03/07/2003 | 96 | Notice of Deposition *[John C. Smith]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/07/2003) |
| 03/07/2003 | 97 | Notice of Deposition *[James P. Carroll]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/07/2003) |
| 03/07/2003 | 98 | Notice of Deposition *[30(b)(6)]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/07/2003) |
| 03/07/2003 | 99 | Notice of Service of Discovery *[Second Request for Production of Documents and Things to Plaintiffs Stone & Webster, Incorporated and Stone & Webster Engineering Corporation]* Filed by SAUDI |

| | | |
|---|---|---|
| | | AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 03/07/2003) |
| 03/10/2003 | 100 | Amended Notice of Deposition *[Oral and Video for Michael W. Mott]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/10/2003) |
| 03/13/2003 | 101 | Amended Notice of Deposition *[[30(b)(6)]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/13/2003) |
| 03/13/2003 | 102 | Amended Notice of Deposition *[ James P. Carroll]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/13/2003) |
| 03/13/2003 | 103 | Amended Notice of Deposition *[John C. Smith]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/13/2003) |
| 03/27/2003 | 104 | Notice of Service of Discovery *[Answer of Saudi American Bank to Debtors Fifth Set of Interrogatories Directed to Saudi American Bank]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 03/27/2003) |
| 03/31/2003 | 105 | Notice of Service *of DEBTORS' RESPONSES AND OBJECTIONS TO SAUDI AMERICAN BANK'S THIRD SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFFS STONE & WEBSTER, INCORPORATED AND STONE & WEBSTER ENGINEERING CORPORATION* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL (Rubin, Gary) (Entered: 03/31/2003) |
| 04/07/2003 | 106 | Proposed Scheduling Order *[Stipulated Amended Scheduling Order]* Filed by SAUDI AMERICAN BANK. (Mangan, Kevin) (Entered: 04/07/2003) |
| 04/07/2003 | 107 | Notice of Service *of DEBTORS' RESPONSES AND OBJECTIONS TO SAUDI AMERICAN BANK'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS STONE & WEBSTER, INCORPORATED AND STONE & WEBSTER ENGINEERING CORPORATION* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL (Rubin, Gary) (Entered: 04/07/2003) |
| 04/07/2003 | 108 | Motion For Summary Judgment *DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT* Filed by STONE & WEBSTER, INC., ET AL. (Attachments: # 1 part 2) (Rubin, Gary) (Entered: 04/07/2003) |
| 04/08/2003 | 109 | STIPULATED AMENDED SCHEDULING ORDER(related document(s)106) -Order Signed on 4/8/2003 (MDE, ) (Entered: |

| | | |
|---|---|---|
| | | 04/09/2003) |
| 04/16/2003 | 110 | Notice of Service *of list of exhibits Debtors intend to offer at trial* Filed by STONE & WEBSTER ENGINEERING CORPORATION, STONE & WEBSTER, INC., ET AL (Rubin, Gary) (Entered: 04/16/2003) |
| 04/18/2003 | 111 | Notice of Deposition Filed by SAUDI AMERICAN BANK. (Monaco Jr., Francis) (Entered: 04/18/2003) |
| 04/18/2003 | 112 | Notice of Deposition Filed by SAUDI AMERICAN BANK. (Monaco Jr., Francis) (Entered: 04/18/2003) |
| 04/21/2003 | 113 | Brief *In Opposition To Debtor's Motion For Partial Summary Judgment* Filed by SAUDI AMERICAN BANK. (Attachments: # 1 Certificate of Service) (Mangan, Kevin) (Entered: 04/21/2003) |
| 04/21/2003 | 114 | Exhibit *1 through 28* (related document(s)113 ) Filed by SAUDI AMERICAN BANK (related document(s)113). (Attachments: # 1 Exhibit part 2 of 2) (Mangan, Kevin) (Entered: 04/21/2003) |
| 04/23/2003 | 115 | Brief *(amended) in opposition to debtor's motion for partial summary judgment* (related document(s)113 ) Filed by SAUDI AMERICAN BANK (related document(s)113). (Mangan, Kevin) (Entered: 04/23/2003) |
| 05/01/2003 | 116 | Reply *Debtors' Reply Brief in SUpport of Debtors' Motion for Partial Summary Judgement* Filed by STONE & WEBSTER, INC., ET AL (Rubin, Gary) (Entered: 05/01/2003) |
| 05/01/2003 | 117 | Affidavit/Declaration of Service *Regarding Debtors' Reply Brief in Support of Debtors' Motion for Partial Summary Judgment* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 05/01/2003) |
| 05/02/2003 | 118 | Notice of Completion of Briefing *on Debtors' Motion for Partial Summary Judgment* Filed by STONE & WEBSTER, INC., ET AL. (Rubin, Gary) (Entered: 05/02/2003) |
| 04/05/2004 | 119 | Stipulation *and Agreed Order Dismissing Adversary Proceeding* Between SWE&C Liquidating Trust and *the Consolidated SWINC Estate and Saudi American Bank*. Filed by SWE&C Liquidating Trust. (Attachments: # 1 Exhibit A) (Mumford, Kerri) (Entered: 04/05/2004) |
| 05/25/2004 | 120 | Order (AGREED) and Stipulation Dismissing Adversary Proceeding. (related document(s)119 ) Signed on 5/24/2004. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A) (LCN, ) Modified text on 5/25/2004 (LCN, ). (Entered: 05/25/2004) |
| 05/26/2004 | | Adversary Case 01-1120 Closed by Deputy Clerk. Filed by Deputy Clerk, United States Bankruptcy Court (LCo, ) (Entered: 05/26/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/01/2006 15:27:45 | | | |
| PACER Login: | am0014 | Client Code: | shwgrp-6 |
| Description: | Docket Report | Search Criteria: | 01-01120-PJW Fil or Ent: filed From: 1/1/2001 To: 12/1/2006 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 8 | Cost: | 0.64 |