IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED, *et al.*, | ) | |
| | ) | Case No. 00-02142 (PJW) |
| | ) | Jointly Administered |
| Debtors, | ) | Adv. No. 01-7766 (PJW) |
| | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | 1:04-cv-00834-SLR |
| | ) | |
| THE SHAW GROUP INC. and | ) | JURY TRIAL DEMANDED |
| SWINC ACQUISITION THREE, INC., | ) | |
| and STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, *et. al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective December 18, 2006, the law firm of Ashby & Geddes has changed its delivery address to:

Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

The firm's telephone number, facsimile number, e-mail address, and P.O. Box address will remain the same.

ASHBY & GEDDES

*/s/ Catherine A. Strickler (I.D. No. 4310)*

_____
Stephen E. Jenkins (I.D. No. 2152)
Catherine A. Strickler (I.D. No. 4310)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Dated: December 15, 2006                *Attorneys for The Shaw Group Inc.*
176071.1