UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2717 & 07-1772

In re: Stone & Webster

(District of Del. DC No. 04-cv-834)

**ORDER**

By order entered March 27, 2006, this Court entered an Order remanding the appeal at No. 05-2717 to the District Court for clarification regarding damages. It appears that the Clerk inadvertently closed that appeal upon docketing the Order.

It is noted that the District Court issued a Memorandum Opinion and Order clarifying the damages on February 13, 2007. Appellant, The Shaw Group, Inc. filed a new notice of appeal from the Order because it was advised that's it's earlier appeal had been closed. The new appeal has been assigned a separate appeal number, No. 07-1772.

Accordingly, it is hereby ORDERED that the appeal at No. 05-2717 shall be reopened. The appeals at Nos. 05-2717 and 07-1772 shall be consolidated for all purposes.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy

Date: March 19, 2007

Marcia M. Waldron, Clerk

CH/cc:  Stephen E. Jenkins, Esq.         Christopher S. Sontchi, Esq.
       Catherine A. Strickler, Esq.      Amy B. Abbott, Esq.
       Francis A. Monaco Jr., Esq.       Daniel E. Rosenfeld, Esq.
       Gary A. Rubin, Esq.               Adam G. Landis, Esq.
       Kevin J. Mangan, Esq.             Gregory A. Taylor, Esq.