IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br>Adv. No. 01-7766 (PJW) |
| SAUDI AMERICAN BANK,<br>    Plaintiff<br><br>v.<br><br>THE SHAW GROUP INC., SWINC<br>ACQUISTION THREE, INC., and<br>STONE & WEBSTER ENGINEERING<br>CORPORATION, et al.,<br>    Defendants | 1:04-cv-00834-SLR |

## SUPERSEDEAS BOND NO. 29-55-78

KNOW ALL PERSONS BY THESE PRESENTS:

That we, The Shaw Group Inc. ("Shaw"), as Principal, and National Union Fire Insurance Company of Pittsburgh, PA, a corporation authorized to do surety business in the State of Delaware, as Surety, are held firmly bound unto Saudi American Bank ("SAMBA"), its administrators, executors, successors, attorneys and assigns, in the sum of Eleven Million Three Hundred Eighty-Five Thousand and No/100 Dollars ($11,385,000.00), for the payment of which well and truly to be made, we bind ourselves, successors, assigns and legal representatives, firmly by these presents.

THE CONDITION of the above obligation is such that WHEREAS SAMBA has recovered a judgment against Shaw in the above-captioned action, and WHEREAS Shaw has

appealed from the judgment to the United States Court of Appeals for the Third Circuit and gives this bond pursuant to Fed. R. Civ. P. 62(d).

NOW, THEREFORE, if Shaw shall satisfy such final judgment together with costs, interest and damages for delay as may be entered in this case, then this obligation will be void; otherwise the obligation of this bond, which in no case shall exceed $11,385,000.00, shall remain in full force and effect.

Dated this 23rd day of March, 2007.

Sworn to before me this 23rd day of March, 2007.

(See Attached)
_____
Notary Public

National Union Fire Insurance Company of Pittsburgh, PA

By: _____
Its: Attorney-in-fact
    Jane L. Cole, DE Licensed Agent

Sworn to before me this 28 day of March, 2007.
_____
Notary Public  Kenneth S. Doph
My Commission expires at date
LABar no. 30241

THE SHAW GROUP INC.

By: _____
Its: Secretary, Gary P. Graphia

## ORDER

This Court hereby: (1) approves, pursuant to Fed. R. Civ. P. 62, National Union Fire Insurance Company of Pittsburgh, PA as surety on this supersedeas bond; and (2) approves the form and sufficiency of the bond.

_____
United States District Judge

## ACKNOWLEDGMENT BY SURETY

STATE OF __Pennsylvania__  
County of __Chester__   } ss

On this __23rd__ day of __March__, __2007__, before me personally appeared __Jane L. Cole__, known to me to be the Attorney-in-Fact of __National Union Fire Insurance Company of Pittsburgh, PA__ _____, the corporation that executed the within instrument, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid County, the day and year in this certificate first above written.

*Sandra D. Fitzgerald*  
Notary Public in the State of   Pennsylvania  
County of  Chester

(Seal)

**NOTARIAL SEAL**  
**SANDRA O FITZGERALD**  
**Notary Public**  
**TREDYFFRIN TWP, CHESTER COUNTY**  
**My Commission Expires Jun 14, 2008**

WC-230/EP 8/90                                                                                                      PRINTED IN U.S.A.

National Union Fire Insurance Company
of Pittsburgh, Pa.
Executive Offices
70 Pine Street
New York, NY 10270

# STATUTORY
# AMENDED FINANCIAL STATEMENT
## as of DECEMBER 31, 2005

| Assets | | Liabilities | |
|---|---:|---|---:|
| Bonds | $ 10,806,318,683 | Reserve for Losses and Loss Expense.. | $ 11,939,929,981 |
| Stocks | 8,556,125,371 | Reserve for Unearned Premiums | 4,291,223,545 |
| Collateral Loans | - | Reserve for Expenses, Taxes, | |
| Cash & Short-Term Investments | 219,666,751 | Licenses and Fees | 120,205,247 |
| Agents' Balances or Uncollected Premiums | 705,460,544 | Provision for Reinsurance | 201,761,032 |
| Funds Held by Ceding Reinsurers | 25,025,674 | Funds Held Under Reinsurance | |
| Reinsurance Recoverable on Loss Payments | 419,911,311 | Treaties | 267,739,649 |
| Equities & Deposits in Pools & Associations | 609,771,878 | Other Liabilities | 3,620,701,532 |
| Other Admitted Assets | 7,419,545,215 | Capital Stock | 4,478,750 |
| | | Surplus | 8,115,685,691 |
| TOTAL ASSETS | $ 28,761,725,427 | TOTAL POLICYHOLDERS' SURPLUS | 8,120,164,441 |
| | | TOTAL LIABILITIES AND POLICYHOLDERS' SURPLUS | $ 28,761,725,427 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners. Securities carried at $ 1,505,901,551 in the above statement are deposited as required by law or otherwise pledged.

## CERTIFICATE

John Q. Doyle, President, and Richard T. Pisano, Comptroller, of National Union Fire Insurance Company of Pittsburgh, Pa. being duly sworn, each for himself deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2005, the Company actually possessed the assets set forth in the foregoing statement and that such assets were available for the payment of losses and claims and held for the protection of its policyholders and creditors, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2005, according to the best of their information, knowledge and belief respectively.

_____ President      _____ Comptroller

STATE OF NEW YORK     } SS.:
COUNTY OF NEW YORK

On this 1 day of July, 2006, before me came the above named
officers of National Union Fire Insurance Company of Pittsburgh,
Pa. to me known to be the individuals and officers described herein,
and acknowledged that they executed the foregoing instrument and
affixed the seal of said corporation thereto by authority of their
office.

Vincent J Patalano



VINCENT J. PATALANO
Notary Public, State of New York
No. 31-4957423
Qualified in New York County
Commission Expires October 15 2007

31079 (3/03)

# POWER OF ATTORNEY

**American Home Assurance Company**  
**National Union Fire Insurance Company of Pittsburgh, PA.**  
Principal Bond Office: 175 Water Street, New York, NY 10038.

Power No. 5347  
No. 01-B-03386

## KNOW ALL MEN BY THESE PRESENTS:

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, PA., a Pennsylvania corporation, does each hereby appoint:

---Wendy Lee Wadkins, Jane L. Cole, Joseph J. Kent, Christopher F. Mulvaney, Frank J. Mason, Mark V. Niemeyer, Leonard J. Powell, Jr.: of Radnor, Pennsylvania---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. have each executed these presents

this 4th day of October, 2006.

Vincent P. Forte, Vice President

**STATE OF NEW YORK**  
**COUNTY OF NEW YORK** } ss.

On this 4th day of October, 2006, before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

JULIANA E. HALLENBECK  
NOTARY PUBLIC, STATE OF NEW YORK  
No. 01-HA6125671  
QUALIFIED IN BRONX COUNTY  
MY COMMISSION EXPIRES APRIL 18, 2009

## CERTIFICATE

Excerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA., on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance and other contract of indemnity and writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M. Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, PA., do hereby certify that the foregoing excerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 23rd day of March, 2007.



Elizabeth M. Tuck, Secretary

65166 (4/96)

## **POLICYHOLDER NOTICE**

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aigproducercompensation.com or by calling AIG at 1-800-706-3102.

## OFAC TERRITORY RIDER

Payment of loss under this bond shall only be made in full compliance with all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

89644 (7/05)