## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED, *et al.*, | ) | |
| | ) | Case No. 00-02142 (PJW) |
| | ) | Jointly Administered |
| Debtors, | ) | Adv. No. 01-7766 (PJW) |
| _____ | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | 1:04-cv-00834-SLR |
| | ) | |
| THE SHAW GROUP INC. and | ) | JURY TRIAL DEMANDED |
| SWINC ACQUISITION THREE, INC., | ) | |
| and STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, *et. al.* | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## ORDER GRANTING STAY PENDING APPEAL

WHEREAS defendant The Shaw Group Inc. has posted a supersedeas bond pursuant to

Federal Rule of Civil Procedure 62(d);

WHEREAS the Court has approved Shaw's supersedeas bond in accordance with Rule

62(d);

**IT IS HEREBY ORDERED** this ___ day of _____, 2007 that this action is stayed

pending appeal pursuant to Rule 62(d).


_____
Sue L. Robinson
Chief Judge