IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STONE & WEBSTER, INCORPORATED, *et al.*, ) | |
| ) | Case No. 00-02142 (PJW) |
| ) | Jointly Administered |
| Debtors, ) | Adv. No. 01-7766 (PJW) |
| ) | |
| ) | |
| SAUDI AMERICAN BANK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -against- ) | 1:04-cv-00834-SLR |
| ) | |
| THE SHAW GROUP INC. and ) | JURY TRIAL DEMANDED |
| SWINC ACQUISITION THREE, INC., ) | |
| and STONE & WEBSTER ENGINEERING ) | |
| CORPORATION, *et. al.* ) | |
| ) | |
| Defendants ) | |

## ORDER GRANTING STAY PENDING APPEAL

WHEREAS defendant The Shaw Group Inc. has posted a supersedeas bond pursuant to Federal Rule of Civil Procedure 62(d);

WHEREAS the Court has approved Shaw's supersedeas bond in accordance with Rule 62(d);

**IT IS HEREBY ORDERED** this 4th day of April, 2007 that this action is stayed pending appeal pursuant to Rule 62(d).

_____
Sue L. Robinson
Chief Judge