IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STONE & WEBSTER, INC. et al., | ) Bk. No. 00-2142(PJW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| SAUDI AMERICAN BANK, | ) Adv. No. 01-7766(PJW) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-834-SLR |
| | ) |
| SHAW GROUP, INC., SWINC ACQUISITION THREE, INC., and SWE&C LIQUIDATING TRUSTEE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of November, 2007, having granted the motion to withdraw the reference for the above captioned adversary proceeding at a time (July 2004) when the two judges of the United States Bankruptcy Court for the District of Delaware carried perhaps the heaviest docket per judge in the country;

IT IS ORDERED that the above captioned adversary proceeding is referred once again to the judges of the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. § 157(a).

_____
United States District Judge