OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2007

David D. Bird
Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

In Re: Saudi American Bank v. Shaw Group, Inc., et al. ; BK. No. 00-2142(PJW); Adv. No. 01-7766, and Civ. No. 04-834-SLR

Dear Mr. Bird,

Consistent with Judge Robinson's order of November 27, 2007 wherein the above referenced case was referred back to the judges of the United States Bankruptcy Court for the District of Delaware, I am forwarding to your office a copy of the order and docket sheet for your reference.

Peter T. Dalleo, Clerk

By: *Francesca Passore*
Deputy Clerk

Enclosures (2)

cc:  The Honorable Sue L. Robinson
     All counsel of record were noticed electronically